ARI D. KUNOFSKY
ERIN F. DARDEN
Trial Attorneys, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
Tel. (202) 353-9187
Fax (202) 514-6866
Ari.D.Kunofsky@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>SHANT HOVNANIAN, )<br><br>PETER HOVNANIAN,<br>in his capacity as trustee for the<br>Pachava Asset Trust, )<br><br>NINA HOVNANIAN,<br>both in her individual capacity and as<br>as trustee for the VSHPHH Trust, )<br><br>ADELPHIA WATER COMPANY, INC., )<br><br>MTAG SERVICES, LLC, )<br><br>ULYSSES ASSET SUB II, LLC, and )<br><br>TOWNSHIP OF HOWELL, )<br><br>Defendants. ) | Case No. _____ |

## COMPLAINT FOR FEDERAL TAXES

PLAINTIFF, the United States of America, at the request and with the authorization of

the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of Treasury, and

at the direction of the Attorney General of the United States, seeks to: (1) reduce to judgment the

income tax assessments made against Defendant Shant Hovnanian for the 2002 through 2004 and 2007 tax years; (2) declare that the Pachava Asset Trust, VSHPHH Trust, and Adelphia Water Company, Inc., are nominees of Shant Hovnanian; and (3) foreclose on the real property held by those entities.

## JURISDICTION & VENUE

1.      Jurisdiction over this action is conferred upon this court by virtue of 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a), and 7403.

2.      Venue is proper in this district and division under 28 U.S.C. §§ 1391 and 1396.

## PARTIES

3.      The plaintiff is the United States of America.

4.      Defendant Shant Hovnanian resides in Monmouth County, New Jersey, which is within the jurisdiction of this Court.

5.      Defendant Peter Hovnanian is the trustee of the Pachava Asset Trust, which holds bare legal title to the property commonly known as 520 Navesink River Road, Middletown Township, New Jersey.

6.      Defendant MTAG Services, LLC, may claim an interest in the 520 Navesink River Road property.

7.      Defendant Nina Hovnanian is the trustee of the VSHPHH Trust.  The VSHPHH Trust holds bare legal title to the Village Mall property, which is located at 1 Dag Hammarskjold Boulevard, Freehold, New Jersey.

8.      Adelphia Water Company, Inc., holds bare legal title to the property commonly known as 572 Wyckoff Mills Road, Freehold, New Jersey.

9.      Defendant Nina Hovnanian may individually claim an interest in the 572 Wyckoff Mills Road property.

10.     Defendant Ulysses Asset Sub, II, LLC, may claim an interest in the 572 Wyckoff Mills Road property.

11.     Defendant Township of Howell may claim an interest in the 572 Wyckoff Mills Road property.

12.     The 520 Navesink River Road property, the Village Mall property, and the 572 Wyckoff Mills Road property, and are all located within the jurisdiction of this Court.

## COUNT I
## REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT

13.     The United States incorporates paragraphs 1 through 12, of the Complaint as if fully set forth herein.

14.     A delegate of the Secretary of the Treasury made the following federal income tax (Form 1040) assessments against Shant Hovnanian for the tax periods identified below:

| Tax Period | Date of Assessment | Amount of Tax Assessment | Balance as of September 30, 2018 |
|---|---|---|---|
| 2002 | 10/22/2008 | $3,914,430 | $12,274,759 |
|      | 2/13/2013 | 241,764 |  |
| 2003 | 10/22/2008 | $7,964 | $840,528 |
|      | 2/13/2013 | $309,108 |  |
| 2004 | 2/13/2013 | $983,773 | $3,074,834 |
| 2007 | 3/29/2010 | $11,223 | $19,268 |
|      |           | **Total** | **$16,209,389** |

15.     Notice and demand for the payment of the tax assessments described in paragraph 14, above, was given to Shant Hovnanian.

16.     Interest and statutory additions to tax have accrued, and will continue to accrue, on the unpaid balance of the federal income tax assessments described in paragraph 14, above, until paid in full.

17.     Shant Hovnanian has failed to pay the full amounts of the federal income tax liabilities due and owing, and there remains due and owing to the United States the sum of $16,209,389 as of September 30, 2018, plus interest and statutory additions accruing after those dates according to law.

WHEREFORE, the United States requests:

A.     That the Court enter judgment in favor of the United States and against Shant Hovnanian for income tax liabilities for tax years 2002, 2003, 2004, and 2007 in the amount of $16,209,389 as of September 30, 2018, together with all interest and statutory additions that have accrued and will continue accruing thereafter according to law.

## COUNT II
## DECLARE THAT THE PACHAVA ASSET TRUST IS THE NOMINEE OR ALTER EGO OF SHANT HOVNANIAN

18.     The United States incorporates paragraphs 1 through 17 of the Complaint as if fully set forth herein.

19.     On June 21, 2011, Shant Hovnanian's mother transferred the property commonly known as 520 Navesink River Road, Middletown Township (Block 1043, Lot 67.02), to the Shant S. Hovnanian Asset Trust for nominal consideration.  This property is a mansion located between the Navesink Country Club and the Navesink River.

20.     On October 11, 2011, the Shant S. Hovnanian Asset Trust changed its name to the Pachava Asset Trust.  On December 16, 2011, the Shant S. Hovnanian Asset Trust filed a

"corrective deed" purporting to transfer the property to the Pachava Asset Trust for nominal consideration.

21.     The transfer to the Pachava Asset Trust, rather than to Shant Hovnanian directly, was an attempt to avoid encumbering the property with the federal tax liens, which attached to all of Shant Hovnanian's property and rights to property.  26 U.S.C. § 6321.

22.     The Pachava Asset Trust holds bare legal title to the 520 Navesink River Road property.  Shant Hovnanian is the true and equitable owner of the property.

23.     Shant Hovnanian enjoys the benefits of owning the 520 Navesink River Road property.  Shant Hovnanian resides in this property, and he receives his mail at this address.

24.     Shant Hovnanian also bears the burdens of ownership.  He pays the municipal taxes associated with the property from bank accounts under his control.

25.     He also pays the utility bills associated with the 520 Navesink River Road property, including the natural gas, water, and electrical bills from bank accounts under his control.

26.     Shant Hovnanian has taken steps to hide his ownership of the 520 Navesink River Road property.  He reported to an Internal Revenue Officer that he does not reside at that property.  He asserts instead that he lives at Village Mall, which is an office building that is not zoned for residential use.  In addition, he has also kept utility bills listed in his deceased father's name, rather than in his own name or the Pachava Asset Trust.

27.     Accordingly, the Pachava Asset Trust is the nominee or alter ego of Shant Hovnanian.

WHEREFORE, the United States requests:

B. that the Court decree that Defendant Pachava Asset Trust is the nominee of Shant Hovnanian, and thus Shant Hovnanian is the true and equitable owner of the property commonly known as 520 Navesink River Road, Middletown Township.

## COUNT III
## DECLARE THAT THE VSHPHH TRUST IS THE NOMINEE OR ALTER EGO OF SHANT HOVNANIAN

28.     The United States incorporates paragraphs 1 through 27 of the Complaint as if fully set forth herein.

29.     Shant Hovnanian's parents settled the VSHPHH Trust on December 28, 2012. Defendant Shant Hovnanian and his sister, Defendant Nina Hovnanian, were named as co-trustees.  Shant's and Nina's children are the beneficiaries of the VSHPHH Trust.

30.     Defendant Nina Hovnanian recently represented to the IRS that Shant Hovnanian is no longer a trustee of the VSHPHH Trust.  Thus, Nina Hovnanian is the only trustee, and Shant Hovnanian has no formal role with the VSHPHH Trust.  He has not right to take income from the VSHPHH Trust and no obligation to pay the Trust's expenses.

31.     On January 1, 2015, Shant Hovanian's parents transferred ownership of the Village Mall property, which is commonly known as 1 Dag Hammarskjold Boulevard, Freehold, New Jersey (Block 143, Lot 25.04) to the VSHPHH Trust.  The Village Mall property is an office building with several rented units.

32.    The transfer to the VSHPHH Trust, rather than to Shant Hovnanian directly, was an attempt to avoid encumbering the property with the federal tax liens, which attached to all of Shant Hovnanian's property and rights to property.

33.    Shant Hovnanian enjoys the benefit of ownership of the property.  He receives the rental income from this property through a company under his control.

34.    Shant Hovnanian also carries the burden of ownership.  He has paid municipal taxes and utility bills associated with the Village Mall property from bank accounts under his control.

35.    Shant Hovnanian has attempted to hide his ownership of the Village Mall property.  Even after the transfer from his parents to the VSHPHH Trust, Shant Hovnanian had the tenants make rent payments payable to his father (their previous landlord) through January of 2017.  Shant Hovnanian's father, however, died on August 31, 2015.  These checks were deposited in the bank account of a company under Shant Hovnanian's control, HovSat, Inc.  In February of 2017, Shant Hovnanian instructed the tenants to pay rent directly to HovSat, Inc.

WHEREFORE, the United States requests:

C.    that the Court decree that Defendant VSHPHH Trust is the nominee of Shant Hovnanian, and thus Shant Hovnanian is the true and equitable owner of the Village Mall property.

## COUNT IV
## DECLARE THAT ADELPHIA WATER COMPANY, INC. IS THE NOMINEE OR ALTER EGO OF SHANT HOVNANIAN

36.     The United States incorporates paragraphs 1 through 35 of the Complaint as if fully set forth herein.

37.     On September 29, 1978, Hovbilt, Inc., transferred the real property commonly knowns as 572 Wyckoff Mills Road, Howell Township, New Jersey (Block 143, Lot 26.01 and Block 143, Lot 26.01; Qual T01) to Adelphia Water Company, Inc., for $3,100.  This property consists of a vacant building and a water tower that hosts a cellular tower.

38.     Adelphia Water is a Hovnanian-controlled business.  It has not filed a federal income tax return since 1999.  In 1999, Adelphia Water listed Shant Hovnanian as owning a 25% interest in the corporation, his sister Nina owning a 25% interest, and their parents owning the remaining 50%.

39.     Adelphia Water had its corporate charter revoked in 2012 after failing to file annual reports.

40.     Because the Adelphia Water had its corporate charter revoked, Shant Hovnanian and Nina Hovnanian are now the owners of the corporate assets under New Jersey law, including the 572 Wyckoff Mills Road property.

41.     Alternatively, Adelphia Water is the nominee or alter ego of Shant Hovnanian.  Adelphia Water holds bare legal title to the 572 Wyckoff Mills Road property, and he is the true and equitable owner of the property.

42.     Shant Hovnanian enjoy the benefits of ownership of the 572 Wyckoff Mills Road property.  Shant Hovnanian manages the 572 Wyckoff Mills Road property.  He also bears the burdens of ownership.  A company under Shant Hovnanian's control (HovSat, Inc.) pays the

utility bills associated with the property, but the bills are charged to different companies, all of which are controlled by Shant Hovnanian.

WHEREFORE, the United States requests:

D. that the Court decree that Defendant Adelphia Water Company, Inc., is the nominee of Shant Hovnanian, and thus Shant Hovnanian is the true and equitable owners of Adelphia Water Company.

## COUNT V
## FORECLOSE FEDERAL TAX LIENS AGAINST THE REAL PROPERTIES

43.     The United States incorporates paragraphs 1 through 43, above of the Complaint as if fully set forth herein.

44.     A delegate of the Secretary of the Treasury of the United States made income tax assessments against Shant Hovnanian as described in paragraph 14, above.

45.     Federal tax liens arose upon assessment of the income tax assessments described in paragraphs 14, above.  These federal tax liens attached to all of the Shant Hovnanian's property and rights to property then owned or thereafter acquired.

46.     Because the Pachava Asset Trust, VSHPHH Trust, and Adelphia Water Company are the nominees of Shant Hovnanian as explained more fully in Counts II, III, and IV, the United States' federal tax liens attach to the 520 Navesink Road property, the Village Mall property, and 572 Wyckoff Mills Road.

### A.  520 Navesink Road Property

47.     On January 16, 2018, the United States filed a notice of federal tax lien in the Office of the County Clerk of Monmouth County against Shant Hovnanian for his unpaid federal income taxes, listing the Pachava Asset Trust as his nominee.

48.    MTAG Service, LLC, may claim an interest in the 520 Navesink Road property by virtue of a certificate of tax lien sale for taxes owed in 2017 that was certificate number 17-00554, which was filed with the Office of the County Clerk of Monmouth County on March 2, 2018.

### B.  Village Mall Property

49.    On January 16, 2018, the United States filed a notice of federal tax lien in the Office of the County Clerk of Monmouth County against Shant Hovnanian, listing the VSHPHH Trust as his nominee.

### C.  Adelphia Water Company, Inc.

50.    On January 16, 2018, the United States filed a notice of federal tax lien in the Office of the County Clerk of Monmouth County against Shant Hovnanian, listing the Adelphia Water Company as his nominee.

51.    Ulysses Asset Sub II, LLC, may claim an interest in the 572 Wyckoff Mills Road property.

52.    The Township of Howell may claim an interest in the 572 Wyckoff Mills Road property by virtue of a certificate of tax lien sale for taxes owed in 2011 that was certificate number 20120199, which was filed with the Office of the County Clerk of Monmouth County on July 27, 2012.

53.     Nina Hovnanian may claim an interest in the 572 Wyckoff Mills Road property.

WHEREFORE, the plaintiff, United States of America, prays:

E.  That the Court order and adjudge that the United States of America has valid and subsisting federal tax liens against the property and rights to property owned by Defendant Shant Hovnanian, including his interest in the 520 Navesink Road property, the Village Mall property, 572 Wyckoff Mills Road property;

F.  That the Court determine the respective interests of the parties in the 520 Navesink Road property, the Village Mall property, and the 572 Wyckoff Mills Road property;

G.  That the Court order and adjudge that:  the federal tax liens be foreclosed against Defendant Shant Hovnanian's interest in the subject real property, and that the Real Property to be sold, according to law, free and clear of any right, title, lien, claim, or interest of any of the parties herein, and that the proceeds of the sale be distributed in accordance with the rights of the parties determined herein, with the amounts attributable to the interest of Shant Hovnanian be paid to the United States to be applied against his liabilities; and

H. That this Court grant such other and further relief that is just and equitable.


//

//

//

## DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

> Chief, Civil Division
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Ste. 700
> Newark, New Jersey 07102

                                    /s/ Ari D. Kunofsky
                                    ARI D. KUNOFSKY
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the foregoing Complaint is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Date: October 18, 2018,

                                    RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General
                                    Tax Division

                                    */s/ Ari D. Kunofsky*
                                    ARI D. KUNOFSKY
                                    ERIN F. DARDEN
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 227
                                    Washington, D.C. 20044
                                    Telephone: (202) 353-9187
                                    Facsimile: (202) 514-6866
                                    Email: Ari.D.Kunofsky@usdoj.gov

                                    *Counsel for the United States*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff _____
   *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
   *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
    THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
   Plaintiff

☐ 3   Federal Question
   *(U.S. Government Not a Party)*

☐ 2   U.S. Government
   Defendant

☐ 4   Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
   Proceeding

☐ 2   Removed from
   State Court

☐ 3   Remanded from
   Appellate Court

☐ 4   Reinstated or
   Reopened

☐ 5   Transferred from
   Another District
   *(specify)*

☐ 6   Multidistrict
   Litigation -
   Transfer

☐ 8   Multidistrict
   Litigation -
   Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐  CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☐ Yes   ☐No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| _____ | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | )
|---|---|
| _____ | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| _____ | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: