IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

*So Ordered
Anne E Thomp
US DJ
2/13/19*

UNITED STATES OF AMERICA,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)　Index No.: 18cv15099
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)　Stipulation Dismissing
　　　　　　　　　　　　　　　　　　　　)　Nina Hovnanian in Her
SHANT HOVNANIAN, PETER HOVNANIAN,　　)　Individual Capacity,
in his capacity as trustee for the Pachava Asset Trust,　)　Extending the Time for The
NINA HOVNANIAN, both in her individual capacity　)　Pachava Asset Trust and
and as trustee for the VSHPHH Trust, ADELPHIA　)　the VSHPHH Trust to
WATER COMPANY, INC., MTAG SERVICES, LLC,　)　Answer, Move or Respond
ULYSSES ASSET SUB II, LLC, and TOWNSHIP OF　)　To the Complaint, and
HOWELL,　　　　　　　　　　　　　　　)　Dismissing Peter Hovnanian
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　)

Plaintiff and defendants Nina Hovnanian, the Pachava Asset Trust, and the VSHPHH Trust hereby stipulate and agree as follows:

1. Nina Hovnanian disclaims any personal ownership interest, or potential personal ownership interest, in the 572 Wyckoff Mills Road property identified in Plaintiff's complaint, dated October 18, 2018 (the "Complaint"), irrespective of whether such personal ownership results from the purported revocation of the corporate charter of Adelphia Water Company, Inc. (as alleged in the Complaint) or otherwise. Thus, if the United States is entitled to sell the 572 Wyckoff Mills Road property in this action, then Nina Hovnanian agrees that she is not entitled to any proceeds from any such sale.

2. Based on this disclaimer of any personal interest in paragraph 1, Plaintiff dismisses Nina Hovnanian, in her individual capacity, as a defendant in this action.

3. Nina Hovnanian further avers that she is the sole trustee of the Pachava Asset Trust and the VSHPHH Trust. Nina Hovnanian acknowledges and accepts service of the Summons and Complaint in this proceeding as trustee for each of the trusts.

4. The time for the Pachava Asset Trust and the VSHPHH Trust to answer, move, or otherwise respond to the Complaint is extended to February 12, 2019.

    5. Nina Hovnanian is substituted for Peter Hovnanian as trustee of the Pachava Asset Trust in this action. Plaintiff dismisses Peter Hovnanian as a defendant in this action.


Dated: February 11, 2019

UNITED STATES DEPARTMENT
OF JUSTICE

KOSTELANETZ & FINK, LLP


By: s/ Ari Kunofsky

By: s/ Caroline Rule

Ari Kunofsky, Esq.
Erin Darden, Esq.
Trial Attorneys, Tax Division
U.S. Department of Justice
555 4th Street, NW, Suite 6112
Washington, DC 20001
Telephone: (202) 353-9187
Facsimile: (202) 514-6866
Email: Ari.D.Kunofsky@usdoj.gov

*Attorneys for Plaintiff,*
*United States of America*

Caroline Rule, Esq.
7 World Trade Center, 34th Floor
New York, New York 10007
Telephone: (212) 808-8100
Facsimile: (212) 808-8108
Email: Crule@kflaw.com


*Attorneys for Nina Hovnanian,*
*The Pachava Asset Trust, and*
*The VSHPHH Trust*