NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANT HOVNANIAN, PETER HOVNANIAN, in his capacity as trustee for the Pachava Asset Trust, NINA HOVNANIAN, both in her individual capacity and as trustee for the VSHPHH Trust, ADELPHIA WATER COMPANY, INC., MTAG SERVICES, LLC, ULYSSA ASSET SUB II, LLC, and TOWNSHIP OF HOWELL, <br><br> Defendant. | Civ. No. 18-15099 <br><br><br> ORDER |

THOMPSON, U.S.D.J.

For the reasons stated in the Opinion issued this same day,

IT IS, on this 18th day of March, 2019,

ORDERED that Defendant Nina Hovnanian, in her capacity as trustee for the Pachava Asset Trust, is SUBSTITUTED for Defendant Peter Hovnanian, in his capacity as trustee for the Pachava Asset Trust, and thus the Complaint (ECF No. 1) is DISMISSED as to Defendant Peter Hovnanian (*see* Stipulation ¶ 5, Ex. D, ECF No. 18-1); and it is further

ORDERED that the Complaint (ECF No. 1) is DISMISSED as to Defendant Nina Hovnanian in her individual capacity (*see* Stipulation ¶¶ 1–2, Ex. D, ECF No. 18-1); and it is further

1

ORDERED that the Motion to Dismiss brought by Defendant Nina Hovnanian in her capacity as trustee for the VSHPHH Trust (ECF No. 17) is DENIED; and it is further

ORDERED that the Motion to Dismiss brought by Defendant Nina Hovnanian in her capacity as trustee for the Pachava Asset Trust (ECF No. 18) is DENIED.

*/s/ Anne E. Thompson*_____
ANNE E. THOMPSON, U.S.D.J.