NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHANT HOVNANIAN, PETER HOVNANIAN, in his capacity as trustee for the Pachava Asset Trust, NINA HOVNANIAN, both in her individual capacity and as trustee for the VSHPHH Trust, ADELPHIA WATER COMPANY, INC., MTAG SERVICES, LLC, ULYSSA ASSET SUB II, LLC, and TOWNSHIP OF HOWELL,<br><br>  Defendants. | Civ. No. 18-15099<br><br>**ORDER** |

THOMPSON, U.S.D.J.

   For the reasons stated in the Opinion issued this same day,

   IT IS, on this 21st day of May, 2019,

   ORDERED that Plaintiff's Motion for an Order Declaring the Defendants Served (ECF No. 26) is GRANTED.  Plaintiff properly served Defendants Shant Hovnanian and Adelphia Water Company, Inc. by ordinary mail on November 28, 2018.

                                            */s/ Anne E. Thompson*
                                            ANNE E. THOMPSON, U.S.D.J.