IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-15099 |
| ) | |
| SHANT HOVNANIAN et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of the United States' *Motion for Default Judgment* and for good cause shown, it is

ORDERED that the Motion for Default Judgment is GRANTED as to Count I of the United States' Complaint, and it is

ORDERED that judgment is ENTERED in favor of the United States and against Defendant Shant Hovnanian for the federal income tax liabilities for the years 2002, 2003, 2004, and 2007 in the amount of $16,209,389 as of September 30, 2018, with interest accruing after that date according to law until paid.

SO ORDERED on this 25 day of July, 2019,

**WILLIAM T. WALSH**
_____
CLERK OF THE COURT