ARI D. KUNOFSKY
CATRIONA M. COPPLER
Trial Attorneys, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
Tel. (202) 353-9187
Fax (202) 514-6866
Ari.D.Kunofsky@usdoj.gov
*Counsel for the United States*

*So Ordered*
*Anne E Thompson USDJ*
*4/26/21*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHANT HOVNANIAN, *et al.*,<br><br>        Defendants. | Case No. 18-cv-15099-AET-ZNQ |

## STIPULATION REGARDING MTAG SERVICES, LLC

The undersigned parties stipulate to the following facts and to the dismissal of MTAG Services, LLC, as custodian for ATCF II, NJ, LLC ("MTAG"):

    1.    MTAG was named as a party to the above-captioned action under 26 U.S.C. § 7403(b), because it may claim an interest in the real property commonly known as 520 Navesink River Road, Middletown Township (Block 1043, Lot 67.02), Newark, New Jersey ("520 Navesink Road property"), which is the subject of one of the lien foreclosure counts of the Complaint.

    2.    MTAG asserted an interest in the 520 Navesink Road property by virtue of a certificate of tax lien sale (certificate number 17-00554), which was filed with the Office of the County Clerk of Monmouth County on March 2, 2018.

3. MTAG received full and complete satisfaction of its claim. Thus, MTAG does not have a claim against the 520 Navesink River Road property.

4. The parties stipulate to the dismissal of MTAG as a party to this civil action.

Date: April 26, 2021,

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY
CATRIONA M. COPPLER
Trial Attorneys
U.S. Department of Justice-Tax Division
PO Box 227
Ben Franklin Station
Washington, DC 20044
(202) 353-9187 – t
ari.d.kunofsky@usdoj.gov
*Attorneys for United States of America*

/s/ John M. Hanamirian
JOHN M. HANAMIRIAN
Hanamirian Law Firm, PC
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
(856) 793-9121 – f
jmh@hanamirian.com
*Attorneys for Nina Hovnanian both in her individual capacity and as Trustee of the Trusts*

/s/ Linda S. Fossi
LINDA S. FOSSI
Gary C. Zeitz, LLC
1101 Laurel Oak Road, Suite 170
Voorhees, NJ 08043
(856) 857-1222 - t
lfossi@zeitzlawfirm.com
*Attorneys for MTAG Services, LLC*

/s/ William N. Aumenta
WILLIAM N. AUMENTA
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
PO Box 275
Morristown, NJ 07962-2075
(973) 993-8100 – t
(973) 425-0161 – f
waumenta@mdmc-law.com
*Attorneys for Ulysses Asset Sub II, LLC*

/s/ David A. Clark
DAVID A. CLARK
GluckWalrath, LLP
4 Paragon Way, Suite 400
Freehold, NJ 07728
(732) 530-8822 – t
(732) 530-6770 – f
dclark@glucklaw.comm
*Attorney for Township of Howell*