**GluckWalrath LLP**
By: David A. Clark, Esq. (02104-1988)
4 Paragon Way, Suite 400
Freehold, New Jersey 07728
(732) 530-8822 (Phone)
(732) 530-6770 (Facsimile)
Attorneys for Defendant, Township of Howell

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANT HOVNANIAN, et al.<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NUMBER: 3:18-cv-15099 (AET) (LHG)<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS AGAINST DEFENDANT HOWELL TOWNSHIP WITHOUT PREJUDICE** |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), the parties herein hereby voluntarily dismiss all claims and any cross-claims against Defendant, Howell Township, without prejudice and without costs against any party.

**U.S. Department of Justice – Tax Division**
Attorneys for Plaintiff, United States of America

/s/ *Ari D. Kunofsky*                Dated: August 30, 2021
Ari D. Kunofsky, Esq.

**GluckWalrath LLP**
Attorneys for Defendant, Howell Township

/s/ *David A. Clark*                Dated: August 30, 2021
David A. Clark, Esq.

**McElroy Deutsch Mulvaney & Carpenter, LLP**
Attorneys for Defendant, Ulysses Asset Sub II, LLC

/s/ William N. Aumenta                    Dated: August 24, 2021
William N. Aumenta, Esq.


**Hanamirian Law Firm, PC**
Attorneys for Defendant, Nina Hovnanian, *as trustee for the VSHPHH Trust and Pachava Trust.*

/s/ John M. Hanamirian                    Dated: August 30, 2021
John M. Hanamirian, Esq.


It is so ordered this 31st day of August, 2021

_____
Anne E. Thompson, U.S.D.J.