NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANT HOVNANIAN *et al.*,<br><br>Defendants. | Civ. No. 18-15099<br><br>**ORDER** |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 29th day of March, 2022,

ORDERED that the Motion for Default Judgment on Count IV and Partial Default Judgment on Count V Against Defendants Shant Hovnanian ("Defendant Shant") and Adelphia Water Company, Inc., ("Adelphia") filed by Plaintiff United States of America (the "United States") (ECF No. 96) is GRANTED; and it is further

ORDERED that the Court declares that Adelphia is the nominee of Defendant Shant; and it is further

ORDERED that Defendant Shant and Adelphia shall be precluded from contesting the attachment of the federal tax lien on the property known as 572 Wyckoff Mills Road, Howell Township, New Jersey, or receiving proceeds from its sale.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

1