Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
--------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

              -against-              Case No.
                                     18-cv-15099

SHANT HOVNANIAN et al.,

                        Defendants.

--------------------------------------x

Remote 30(b)(6) Deposition of Pachava Asset Trust

          by NINA HOVNANIAN

        Monday, January 11, 2021

Reported by:

Joseph Danyo V

Job No.: SY970

Page 2

1

2

3                                    January 11, 2021
                                     10:05 a.m.
4

5

6            Remote 30(b)(6) Deposition of Pachava

7     Asset Trust by NINA HOVNANIAN taken via Zoom

8     before Joseph Danyo V, a Shorthand Reporter and

9     Notary Public within and for the State of New

10    York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2      A P P E A R A N C E S :

 3

 4      U.S. DEPARTMENT OF JUSTICE
        Trial Attorneys, Tax Division
 5              Post Office Box 227
                Washington, D.C. 20044
 6              (202)353-9187
        By:     ARI KUNOFSKY, ESQ.
 7              Ari.D.Kunofsky@usdoj.gov
                CATRIONA M. COPPLER, ESQ.
 8              Catriona.M.Coppler@usdoj.gov

 9

        HANAMIRIAN LAW FIRM P.C.
10      Attorneys for Nina Hovnanian
                40 Main Street
11              Moorestown, New Jersey 08057
        By:     JOHN HANAMIRIAN, ESQ
12              jmh@hanamirian.com

13

14      Also Present:

15          RAFFY PUNO, Videographer

16

17

18

19

20

21

22

23

24

25
```

1                    N. Hovnanian

2          THE VIDEOGRAPHER:  Good morning.  We

3     are now on the record.  Today's date is

4     January 11, 2021, and the time is 10:05

5     a.m. Eastern Time.

6          This is the video deposition of Nina

7     Hovnanian in the matter of United States

8     of America versus Shant Hovnanian, et al.,

9     filed in the United States District Court,

10    District of New Jersey, Civil Action

11    number 18-15099.

12         This deposition is taking place by a

13    web videoconference with all participants

14    attending remotely due to the COVID-19

15    pandemic.  My name is Raffy Puno.  I'm the

16    videographer representing TransPerfect.

17         Would counsel on the conference

18    please identify yourselves and state whom

19    you represent, beginning with the

20    questioning attorney.

21         MR. KUNOFSKY:  Ari Kunofsky on behalf

22    of the United States of America.

23         MR. HANAMIRIAN:  And then -- go

24    ahead.

25         MS. COPPLER:  Catriona Coppler, also

1                    N. Hovnanian

2          on behalf of the United States of America.

3              MR. HANAMIRIAN:  And John Hanamirian

4          on behalf of the Pachava Asset Trust.

5              THE VIDEOGRAPHER:  Okay.  Our court

6          reporter today is Joseph Danyo,

7          representing TransPerfect.  The court

8          reporter will now swear in the witness.

9    N I N A   H O V N A N I A N, having been first

10   duly sworn by Joseph Danyo V, a Notary Public,

11   was examined and testified as follows:

12             THE COURT REPORTER:  All right.  Mr.

13         Kunofsky?

14   EXAMINATION BY MR. KUNOFSKY:

15         Q.   Good morning.  This is Ari Kunofsky,

16   and I'm with the Department of Justice, as I've

17   said now a few times.  We're here today in the

18   action of United States versus Shant Hovnanian,

19   et al.

20             MR. KUNOFSKY:  Are there any

21         objections to this deposition being taken

22         via electronic means or the oath you've

23         just been administered?

24             THE WITNESS:  No.

25             MR. HANAMIRIAN:  No.

1                    N. Hovnanian

2              MR. KUNOFSKY:  Thank you.

3         Q.   I'd like to lay down a couple of

4    ground rules just to make sure we're all on the

5    same page.  If you don't understand a question,

6    please let me know.  If you don't hear the

7    question because the audio breaks up or I mumble,

8    please let me know and I'll repeat the question.

9              If you need a break let me know, and

10   I'll be happy to take one.  However, if there is

11   a question pending, I may ask that you answer the

12   question before we take that break.

13             Be sure to answer clearly so the

14   court reporter can understand.  Please verbally

15   answer my questions, so no un-uns, um-hums or

16   shaking of the head.  I need some sort of oral

17   response with words.

18             Do you understand these instructions?

19        A.   Yes.

20        Q.   Okay.  We want to make sure that

21   everything is aboveboard and you're providing

22   just your testimony.  Can you please state on the

23   record that you will not check your phone or

24   other electronic devices during this deposition?

25        A.   Yes.  Yes.

1                    N. Hovnanian

2          Q.   Beyond what's being used for this

3     deposition.

4          A.   Except for what we're using.

5          Q.   Right.  I've got to tweak that

6     question a little.  Are there any other items in

7     front of you -- what items are in front of you

8     right now?

9          A.   A coffee mug, a book on Benjamin

10    Franklin, a book on The Athena Doctrine and some

11    scribbling.

12         Q.   Okay, and the iPad?

13         A.   And the iPad and the pencil on top.

14         Q.   Okay.

15         A.   And a plant next to me.

16         MR. HANAMIRIAN:  She anticipates that

17         she'll have some time to read during your

18         questioning, Ari.

19         MR. KUNOFSKY:  That's fine.

20         MR. HANAMIRIAN:  To read a book.

21         THE WITNESS:  Yes.

22         A.   No.  I just put the books for the

23    height, you know.

24         Q.   No, no, that makes sense.  Are there

25    any documents, phones or electronic devices you

Page 8

```
 1                    N. Hovnanian
 2    plan on checking other than this iPad for
 3    purposes of this deposition?
 4         A.   No.
 5         Q.   Okay.  If you check those or use
 6    those to answer questions, we may be entitled to
 7    see them.
 8         A.   Okay.
 9              MR. HANAMIRIAN:  See, what happens,
10              Nina, the point is -- I'm sorry, Ari, but
11              the point is that there are bad people out
12              there who are trying to -- who cheat
13              during this time period, and so somebody
14              is texting them in response to the answer.
15              Sometimes it's a bad lawyer and saying
16              don't answer or do this or do that.
17              That's why Ari is asking you the questions
18              he's asking you.
19         Q.   I just want to make sure --
20              THE WITNESS:  Oh, okay.
21         Q.   -- we all have the same ground rules.
22         A.   Okay.
23         Q.   So I got a couple of sets of --
24         A.   I'm sorry, my mouth is like --
25         Q.   No, no, it's okay.  If you need to,
```

1                    N. Hovnanian

2     you know, get some Anbesol or, you know, a clove

3     or something, that's fine.

4           A.    Yes.  I think I'm OD'ing on the oral

5     gel.

6           Q.    Okay.

7           A.    Orajel, okay.

8           Q.    I have a couple of standard questions

9     I ask of all my witnesses.  Is there any reason

10    that you're aware of that you're not suited or

11    fit to give your deposition testimony today?

12          A.    No.

13          Q.    Are you on any medications or using

14    any drugs that would affect your testimony?

15          A.    No.  Just Orajel, so my mouth is a

16    little numb.

17          Q.    If I don't understand something

18    clearly, I'll ask you to repeat.

19          A.    Okay.

20          Q.    Do you have Alzheimer's, dementia or

21    another condition that could affect your memory?

22          A.    I hope not.  I don't think so.

23          Q.    Okay.  What did you do to prepare for

24    this deposition?

25          A.    What did I do to prepare?  I went

Page 10

                        N. Hovnanian

1

2      through your list of topics.

3              Q.   Okay.

4              A.   And also I saw the exhibits or

5      whatever that you released in the morning.

6              Q.   Okay.

7              A.   Your morning, my evening.

8              Q.   Understood.  Did you speak with

9      anybody to prepare for this deposition?

10             A.   John, my lawyer.

11             Q.   Okay.

12             A.   He just --

13             Q.   Anyone else?

14             A.   No.

15             Q.   Did you review any --

16             A.   I went through -- I also went

17     through, you know, the answers that I've given

18     before today just to refresh.

19             Q.   In response to our discovery

20     requests?

21             A.   Yes.

22             Q.   Okay.

23             A.   Just to refresh.

24             Q.   Did you review any other documents

25     other than the exhibits I sent you and your

 1                    N. Hovnanian

 2      responses to our discovery requests?

 3              A.   No.  No.

 4                   (Pachava Exhibit A, Notice of

 5              deposition, was so marked for

 6              identification, as of this date.)

 7              Q.   I'm going to show you what I've

 8      marked as Government's Exhibit A.  Can you see

 9      Government's Exhibit A?

10              A.   Um-hum.

11                   THE COURT REPORTER:  Yes.

12              Q.   And this is the notice of deposition

13      you've mentioned earlier?

14              A.   Yes.

15              Q.   I'm going to go to page 3, and this

16      is the notice of topics for the Pachava Trust?

17              A.   Right.

18              Q.   And you will be the 30(b)(6) witness

19      for these topics, correct?

20              A.   I will -- excuse me?  Say it again.

21              Q.   You're going to be the party

22      representative on all of these topics --

23              A.   Yes.

24              Q.   -- in the Pachava Trust notice?  And

25      they go from 1 to 30.

Page 12

```
 1                    N. Hovnanian

 2          A.   Um-hum.

 3          Q.   Is there anybody else who will be a

 4     witness for any of these topics?

 5          A.   I think you're deposing me, right?

 6          Q.   Yes.  I'm just making sure that there

 7     is nobody else that's going to show up in two

 8     hours.

 9          A.   No.

10          Q.   Okay.

11          A.   Not to my knowledge.

12          Q.   Okay.  In preparing for these topics,

13     did you review any documents, any additional

14     documents beyond the ones we just discussed?

15          A.   No.  No.  I mean --

16          Q.   And did you --

17          A.   I --

18          Q.   Did you talk with anybody --

19          A.   I just had --

20          Q.   -- about these topics?

21          A.   Did I talk with anybody?  I just

22     answered that, no.

23          Q.   About these topics related to the

24     deposition.

25          A.   I spoke with John.
```

Page 13

1                        N. Hovnanian

2            Q.   Okay.

3            A.   My lawyer.

4            Q.   Okay.  I'd like to start by just

5     getting the basic family tree down.  Were your

6     parents Vahak and Hasmig Hovnanian?

7            A.   Yes.

8            Q.   Okay.  These are the easy questions.

9     And where did they live?

10           A.   They lived in 520 Navesink River Road

11    in Red Bank, New Jersey.

12           Q.   Did they ever move to Armenia?

13           A.   Yes, they did.

14           Q.   When did they move to Armenia?

15           A.   I would say 2006.

16           Q.   Okay.

17           A.   But they were back and forth like all

18    of us, you know.  I mean my permanent resident

19    has been Armenia for a long time, but they -- in

20    2006 they spent most of the time in here.

21           Q.   Okay, and why did they move to

22    Armenia?

23           A.   Because my father started a job here,

24    and he needed to be here full time.

25           Q.   Okay, and --

Page 14

1                         N. Hovnanian

2          A.   And I'd like to think he wanted to be

3     closer to his grandchildren.

4          Q.   Okay, and Shant Hovnanian is your

5     brother?

6          A.   Yes.

7          Q.   Where has he lived over the past

8     several years?

9          A.   That's a good question.  He's lived

10    here.  He's spent time in Stepanakert.  He's been

11    in Europe extensively.  I don't know.  In Norway.

12    All around.

13         Q.   Let's try this.  Let's start in 2010

14    and kind of work forward.  Can you tell me where

15    your brother has lived and the time frames where

16    he's lived there?

17         A.   In 2010?

18         Q.   Yes.

19         A.   I can't -- I don't recall.  He's

20    lived in a lot of places.  He lived in New York.

21    He lived in Norway.  I don't know the date

22    specifically.

23         Q.   Did he ever live in New Jersey?

24         A.   He stayed in New Jersey.

25         Q.   From 2010 on?

1                    N. Hovnanian

2          A.   Pardon me?

3          Q.   So not as a child but like as an

4    adult from say 2010 on, has he lived in New

5    Jersey?

6          A.   He has stayed in New Jersey whenever

7    he is in town, but he's been constantly

8    traveling.

9          Q.   Okay.  Where did he stay in New

10   Jersey?

11         A.   At his kids' place.  First in my

12   parents' place, and then it was transferred to

13   the kids.

14         Q.   Okay.  And that's 520 Navesink?

15         A.   Yes.

16         Q.   And your parents' address got

17   changed -- was at one point 520 Navesink and is

18   currently 500 Navesink River Road?

19         A.   My parents sold their house.

20         Q.   Right, but that house, your parents'

21   house was 500 Navesink?

22         A.   Yes.

23         Q.   Okay.  What is Shant's current

24   address?

25         A.   He doesn't have one.

```
 1                    N. Hovnanian
 2         Q.   Okay.
 3         A.   Specifically.
 4         Q.   Where does he live?
 5              MR. HANAMIRIAN:  I mean, Ari, excuse
 6         me.  This is the trust deposition, right?
 7         This is in the --
 8              MR. KUNOFSKY:  Yes.
 9              MR. HANAMIRIAN:  -- capacity as far
10         as the trustee?  Okay.
11              MR. KUNOFSKY:  Yes.
12         Q.   What is his current address?
13         A.   He doesn't have one.
14         Q.   Is he homeless?
15         A.   Sort of.
16         Q.   Okay.  Does he live at the Vahakni
17    Community?
18         A.   The what?
19         Q.   I might be mispronouncing it.
20         A.   Okay.
21         Q.   The Hovnanians own a community in --
22    or control a community in -- where does he
23    receive his mail right now?  Let's just ask that
24    one.
25         A.   He doesn't get any physical mail.
```

Page 17

1                        N. Hovnanian

2            Q.   If I were to send him a letter, where

3      should I send it?

4            A.   Send it to me.

5            Q.   And you would get it to him?

6            A.   I'd photo -- I'd probably take a

7      photo and get it to him somehow, yes.

8            Q.   I said --

9            A.   I don't know.  He doesn't have a

10     physical address.

11           Q.   -- if I were to send him a letter,

12     how would you get it to him?

13                THE COURT REPORTER:  Excuse me.  It

14           needs to be one at a time, please, witness

15           and Counselor.

16           Q.   If I say take this letter and

17     hand-deliver it to him, where would you take that

18     letter?

19           A.   I would read the letter to him on the

20     phone.

21           Q.   Where does he sleep?

22           A.   Let's say he has a lot of

23     girlfriends, and how is this relevant?

24           Q.   That's not for you to ask.  I'm the

25     one asking the questions today.

Page 18

1                      N. Hovnanian

2          A.   Well, I just want to know.  You're --

3          Q.   No.

4          A.   You're deposing me.

5          Q.   I'm asking a simple question.  Where

6    does your brother sleep right now?  Where does he

7    live?  What is his residence?

8          A.   He doesn't have a residence.  He

9    doesn't reside anywhere permanently.

10         Q.   Okay.  Does your brother have any

11   aliases or alternative names?

12         A.   No.

13         Q.   Has he ever been known as Baron

14   Scancelli, S-c-a-n-c-e-l-l-i?

15         A.   Yes.

16         Q.   Okay.

17         A.   That's not -- but that's his artistic

18   name.

19         Q.   Fine.  Shant has been married before.

20   Who are his wives?

21         A.   Yes.  One is in Denmark, and the

22   other one is in Connecticut.

23         Q.   Okay, and the Denmark wife is Hilde

24   Hovnanian?  Sorry.

25              MR. HANAMIRIAN:  At this point I mean

Page 19

```
 1                    N. Hovnanian
 2        you have a list of questions relative or a
 3        scope of area that you wanted to go
 4        through with Nina in this particular
 5        context.  I mean if you want to depose
 6        Nina in a different context, maybe this
 7        would all be okay, but you do have some
 8        parameters here as far as your --
 9             MR. KUNOFSKY:  No.
10             MR. HANAMIRIAN:  -- questioning here
11        today.
12             MR. KUNOFSKY:  That's not how a
13        30(b)(6) works.
14             MR. HANAMIRIAN:  Okay.
15   Q.   Nina --
16             MR. HANAMIRIAN:  I mean what
17        information is this relative to 30(b)(6)?
18             MR. KUNOFSKY:  This is relevant given
19        that the question I'm about to ask is who
20        was the first trustee, and it's his wife.
21             MR. HANAMIRIAN:  Yes.  Okay, so then
22        ask that.  I mean, but his location and
23        where he sleeps and whether he has
24        girlfriends and things like that, I don't
25        think are 30(b)(6).  If you want to ask
```

Page 20

1                    N. Hovnanian

2          who the trustees are and that kind of

3          thing, that's relative to -- it's your

4          own -- they are your own parameters.

5          Q.   All right.  The first wife you

6    mentioned who now lives in Denmark, what's her

7    name?

8          A.   She's actually the second ex-wife.

9          Q.   Second ex-wife.

10         A.   Her name is Hilde Jenssen Hovnanian.

11         Q.   And when were they --

12         A.   And now it's Jenssen.

13         Q.   And from when to when were they

14   married?

15         A.   I think they were married 2002 to

16   2015.

17         Q.   And the first wife, when were they

18   married?

19         A.   1995 to '96.

20         Q.   What was the name of that woman?

21         A.   Nina.

22         Q.   And the last name?

23         A.   Nina Vermilion Tower.

24         Q.   Okay, and Shant has three children,

25   correct?

Page 21

1                          N. Hovnanian

2              A.    Correct.

3              Q.    Who are they and what are their ages?

4              A.    Vahak is 24, Paris is 17 and Chates

5       is 16.

6              Q.    And what about your children?

7              A.    They are 17.

8              Q.    Okay.  Okay, who is Karen Gandolfo?

9              A.    Who?  What?

10             Q.    Who is Karen Gandolfo?

11             A.    Oh, Gandolfo, she is -- she works for

12      Speedus, but she's my big help.

13             Q.    Okay.  What do you mean?

14             A.    I'm in Armenia 90 percent of the

15      time, and she helps me keep abreast of what's

16      going on and helps me deal with tenants at --

17      well, this doesn't have anything to do with

18      Pachava, but if there needs to be work done, if

19      there needs -- something to be paid or whatever

20      and they are -- notices are coming to the house

21      or to the office, she tells me and helps me get

22      it paid and that sort of thing.

23             Q.    What is her role at Speedus?

24             A.    I think she's the bookkeeper.  She's

25      a longtime employee.  She's been working there

Page 22

                              N. Hovnanian

1

2        30 years, trusted employee.

3               Q.   And she goes to the house and picks

4        up notices for you or picks up the mail?

5               A.   Yes.

6               Q.   Okay.

7               A.   Yes, because I'm not there.  I

8        mean --

9               Q.   Okay.  Very briefly, can you give me

10       a background of your education?  What is your --

11       take me from like high school forward.

12              A.   I graduated from Peddie, went to

13       school, Franklin College in Switzerland in '78,

14       '79, graduated from Barnard College with a BA in

15       diplomatic history and art history in 1983.

16              Q.   Okay, and then what did you do after

17       you graduated?

18              A.   How is this relevant?

19              Q.   I'm allowed to ask questions about

20       your background.

21              A.   Okay.  I worked for the New York

22       Academy of Art with the founder, Stuart Pivar,

23       doing special projects for him.  Then what did I

24       do after that?  I worked for the Princess Grace

25       Foundation, and I worked for my father briefly.

Page 23

1                    N. Hovnanian

2          Q.   Okay, and when did you move to

3     Armenia?

4          A.   In 2001.

5          Q.   What did you do in Armenia?

6          A.   I was the director of the Tourism

7     Development Agency, and also I had a store called

8     Treasures of Armenia where -- oh, and I'm a

9     designer too, Nina Hovnanian Couture.

10         Q.   Okay, and did you then take over -- I

11    botched the pronunciation.

12         A.   My father's business.

13         Q.   Yes.

14         A.   Hovnanian International, yes.

15         Q.   Okay, and that's kind of a gated

16    community in New Jersey -- in Armenia?

17         A.   Yes.

18         Q.   Okay.  What do you call -- how do you

19    pronounce that, the name of the gated --

20         A.   Vahakni.

21         Q.   Vahakni.

22         A.   Vahakni.

23         Q.   I apologize for mispronouncing that

24    before.

25         A.   That's okay.

Page 24

1                    N. Hovnanian

2          Q.   Is Shant helping you with the

3    Vahakni?

4          A.   No.

5          Q.   Does he have any role in the Vahakni?

6          A.   Does he have any role?

7          Q.   Yes.

8          A.   No.  No.

9          Q.   So --

10         A.   He's an artist.

11         Q.   Okay.  Does he have any role in

12   Hovnanian International?

13         A.   No.

14         Q.   Is there any difference between

15   Vahakni and Hovnanian International?

16         A.   Not really.

17         Q.   Okay.  Can I just use Hovnanian

18   International and we'll leave --

19         A.   Just use HI.

20         Q.   Okay.  I can do that.  Did you

21   recently give an update to your student yearbook

22   for Peddie?

23         A.   Maybe.  I don't know.  I can't

24   remember.

25         Q.   Okay.  Did you comment on the fact

Page 25

1                    N. Hovnanian

2      that -- in the yearbook that Shant was helping

3      you with HI?

4            A.   I may have.

5            Q.   Okay.  Were you telling the truth?

6            A.   Well, the thing is that I had

7      problems with the community.  They were ganging

8      up on me, and so he was helping me with that.

9            Q.   Okay.

10           A.   But in terms of --

11           Q.   So he does have a role in Hovnanian.

12           A.   Hmm?

13           Q.   So he does have a business role right

14     now.

15           A.   He doesn't have a business role.  He

16     was advising me on how to deal with the

17     community, because he has experience in it.  I

18     don't.  I mean --

19           Q.   Okay.  Does he advise you in any

20     other areas?

21           A.   Personal areas, but that's -- you

22     know, it has nothing to do with this case.

23           Q.   Okay.  What about with regards to the

24     520 Navesink property, does he ever advise you

25     with regard to that property?

Page 26

1                      N. Hovnanian

2          A.    He's advised me, yes.

3          Q.    Okay.  What about -- and what sort of

4      advice has he given you with regard to the

5      520 Navesink property?

6          A.    I didn't know any of the intricacies

7      of the trust before, you know, so he explained to

8      me when my parents sold their house and that sort

9      of thing.

10         Q.    When did you learn about the

11     intricacies of the trust?

12         A.    I'm still learning.  When I started

13     doing the discovery stuff, I learned a lot.

14     There is not really that much.  It's just -- Read

15     also helped me understand, you know, the stuff.

16     When I was finding the stuff I was asking him.

17         Q.    And that's William Read Rankin?

18         A.    Yes.

19         Q.    Okay.  What did Shant tell you about

20     the trust?

21         A.    What did he tell me?

22         Q.    Yes.

23         A.    Well, we were -- I was surprised that

24     this situation was happening, and he explained to

25     me why.

Page 27

1                        N. Hovnanian

2              Q.   Okay.

3              A.   I mean it just -- you know, I had no

4        idea what was going on.

5              Q.   And are you talking about the tax

6        liability arising?

7              A.   Yes.

8              Q.   Okay.

9              A.   I was asking him why you guys were

10       coming after me --

11             Q.   And --

12             A.   -- and the properties.

13             Q.   And what did he say about that?

14             A.   He said because, you know, you --

15       because he owed things, and they were trying to

16       take property to pay off what he owes.

17             Q.   Okay, and did he explain why he might

18       think that 520 Navesink was really his property?

19             A.   No.  He has no doubt that it's not

20       his property.

21             Q.   Okay.  When did you first become

22       trustee?

23             A.   In November of 2016.

24             Q.   Okay.  How did you become trustee?

25             A.   My cousin Peter resigned.

Page 28

1                          N. Hovnanian

2              Q.    Okay, and then what happened?

3              A.    I was always the co-trustee, so I

4     just took over.

5              Q.    Did Peter tell you why he resigned?

6              A.    He did not specify, but I don't think

7     he had the time.

8              Q.    Okay.  How did you find out he was

9     resigning?  Who told you?

10             A.    In an e-mail.

11             Q.    Okay.  Did you keep that e-mail?

12             A.    I have it somewhere in my stacks of

13    stuff.

14             Q.    Okay.  I don't believe that's been

15    produced to us.  I'd ask that that be produced.

16             A.    Okay.

17             Q.    What are your duties and roles as

18    trustee?

19             A.    To make sure that the property is

20    maintained, taxes are paid.  That kind of stuff.

21             Q.    Okay.  Any other roles other than

22    maintaining the property?

23             A.    And paying the bills and that sort of

24    thing, the fiduciary stuff.

25             Q.    So it's all related to the

Page 29

1                         N. Hovnanian

2      520 Navesink property?

3              A.   Yes.

4              Q.   Okay.  How did you learn your duties

5      and roles as trustee?

6              A.   I asked Read.

7              Q.   Okay.  What did he tell you?

8              A.   He explained everything to me.

9              Q.   And did he explain to you who you

10     were responsible to?

11             A.   I was responsible to the kids.

12             Q.   Okay, and who do you communicate with

13     about the trust?

14             A.   Karen, Read.

15             Q.   Anyone else?

16             A.   Well, I complained to John.

17             Q.   How do you communicate with Karen?

18             A.   Telegram.

19             Q.   Okay, and how do you communicate with

20     Read?

21             A.   Telephone.

22             Q.   Is that an app or is that just you

23     pick up the --

24             A.   It's, you know, like a telephone.

25     Hello, that kind of thing.

Page 30

1                     N. Hovnanian

2          Q.   Okay.

3          A.   He doesn't have a mobile or any of

4     that stuff, so...

5          Q.   Okay, and how do you communicate with

6     the beneficiaries?

7          A.   The telephone or in person.

8          Q.   Okay, and do you give them any sort

9     of records or reports about how their trust is

10    doing?

11         A.   Do I give them reports?  Verbal.

12         Q.   Okay.  Nothing in writing?

13         A.   No.

14         Q.   Okay, and what do you tell them?

15         A.   Am I supposed to?  I don't even know.

16         Q.   I can't provide --

17              THE COURT REPORTER:  What did you

18         say, Counsel?

19              MR. KUNOFSKY:  I can't provide the

20         response.  Sorry.

21         Q.   What do you report to them?

22         A.   Well, they are most concerned about

23    this case, so they say, Auntie Nina, are we going

24    to -- are we going to keep this thing and, you

25    know, they are all like this, and I say yes, of

Page 31

1                    N. Hovnanian

2    course, we are.

3          Q.   Okay.  Do you ever report about the

4    condition or finances of the house?

5          A.   Well, my eldest nephew, Vahak, is

6    aware of it, because he was present while the

7    reconstruction and the work was being done, but

8    they're aware of it because whenever they are

9    there, they'll see that something, you know,

10   needs to be fixed or whatever.

11         Q.   Okay.  Do you report to them who is

12   contributing to their trust?

13         A.   No.

14         Q.   Do you report to them --

15         A.   There are no contributions.  From

16   what I can tell, there are no contributions.

17         Q.   Okay.  Where did Paris and -- where

18   did -- let's just ask it different.  Where do

19   Shant's three children live?

20         A.   Paris and Chates live in Denmark, and

21   Vahak lives between 520, here and Greenwich where

22   his mom is.  Not Greenwich.  I'm sorry.

23   Somewhere in Connecticut.

24         Q.   Okay.

25         A.   Oh, and also he was in New York at

Page 32

```
 1                    N. Hovnanian
 2     school.
 3          Q.   Okay.  Has he graduated?
 4          A.   No.  He's still -- he's still there.
 5          Q.   Yes.
 6          A.   It's been a rough year for most
 7     students.
 8          Q.   So describe the house, the
 9     520 Navesink River Road house.
10          A.   What do you want to know about it?
11          Q.   How big is it?  How many bedrooms?
12     Tell me about it.
13          A.   How is this relevant?  I don't
14     understand where this is going.  It's a house.
15          Q.   Okay.
16               MR. KUNOFSKY:  Counsel, would you
17               like to instruct your witness to answer
18               the question?
19               MR. HANAMIRIAN:  Yes.  No, I was
20               waiting to see whether she would be.
21               Nina, on this kind of thing, the
22               relevance is it's an asset of the trust,
23               and he's asking about the composition of
24               the assets of the trust.
25               The analogous situation would be if
```

Page 33

                        N. Hovnanian

1

2          he said that if you held all the assets in

3          a stock portfolio and he was asking you

4          about the composition of the stock

5          portfolio --

6              THE WITNESS:  Oh, okay.

7              MR. HANAMIRIAN:  -- I would answer

8          this is the composition of the house which

9          is an asset of the trust.

10             THE WITNESS:  Okay.

11        A.   So there are five bedrooms and a

12   living room, dining room, den, bar, kitchen.

13        Q.   Okay.

14        A.   And garage and a guest house.

15        Q.   How many acres?

16        A.   Over two.

17        Q.   Is it located across the street from

18   the Navesink Country Club?

19        A.   Yes.

20        Q.   And the land for 520 Navesink, did it

21   come from -- was it split from property that's

22   now known as 500 Navesink River Road?

23        A.   Yes.

24        Q.   And --

25        A.   It was all 520.

Page 34

1                    N. Hovnanian

2          Q.   Just to keep things simple, I'm going

3     to call the original, the portion that stayed

4     with your parents 500 and the property that's

5     actually part of this case 520, even though at

6     one point all of it was known as 520.  Do you

7     understand that?

8          A.   Um-hum.

9          Q.   Is that a yes?

10         A.   Yes.

11         Q.   Okay, and was 500 Navesink River

12    Road -- was there already a house on that

13    property?

14         A.   Yes.

15         Q.   Okay.  When 520 Navesink was

16    constructed?

17         A.   Yes.

18         Q.   Okay, and did you ever use

19    520 Navesink or 500 Navesink for yourself?

20         A.   Yes.

21         Q.   Okay.  How?

22         A.   Well, it was my parents' house, so I

23    stayed there whenever I was in town.

24         Q.   Okay.

25         A.   And it was my address.  I used it as

Page 35

1                     N. Hovnanian

2     my permanent legal address very often.

3          Q.   And what about what I'm calling 520?

4     Did you ever use 520 as your permanent legal

5     address?

6          A.   Yes.

7          Q.   Meaning the subdivided part that came

8     out, you used that part as your --

9          A.   Yes.  Yes, in other words, like for

10    instance, my driver's license is at 520.  I think

11    my U.S. passport has used that.  I've used it as

12    my address.

13         Q.   Okay.  Have your children ever lived

14    at 520 Navesink?

15         A.   Yes.

16         Q.   Okay.

17         A.   Not lived.  I mean they stay there.

18    It's their -- it's where we stay.

19         Q.   Okay, so if you're going -- before

20    the time when 500 was sold to third parties,

21    500 Navesink River Road, did you ever stay or did

22    your children ever stay at 520 Navesink?

23         A.   Yes.  In the guest house.

24         Q.   Okay.  Who decided to build what I've

25    been calling 520 Navesink River Road?

Page 36

1                     N. Hovnanian

2          A.    My father.

3          Q.    Why did he decide to build a second

4     home next door to his current house?

5          A.    Because there are a lot of little

6     kids running around.  He wanted to be near them,

7     but he didn't want them running around under his

8     nose.

9          Q.    Okay, and did Shant use that

10    520 Navesink as his primary address at any point

11    in time?

12         A.    Not to my knowledge.

13         Q.    Okay, and what is the basis for your

14    knowledge?  How do you know that or how do you

15    not know that?

16         A.    Well, because he was living in New

17    York when he built it, and that was his

18    residence, and then they were there during the

19    summers and stuff.  We were there during the

20    summers.  It was like a family compound, the

21    three -- the three, you know.

22         Q.    What was the third house?

23         A.    The guest house.

24         Q.    When did your dad decide to build

25    that?

Page 37

1                    N. Hovnanian

2          A.   I have no idea.

3          Q.   Okay.  When was --

4          A.   He was always talking about it.

5          Q.   When was it actually built?

6          A.   I don't know.  I'm not sure.  It's in

7     the -- I think it's in the papers that I sent

8     you.

9          Q.   Okay, so I'm putting up a copy of

10    part of what you produced to me.

11         A.   Um-hum.

12         Q.   This is a page marked, I'm going to

13    jump around for just a second, HOVPROD 1068 to

14    1072, and is the first page Dad Builds New Home

15    8?

16         A.   Um-hum.

17         Q.   Yes?

18         A.   Yes.

19         Q.   Okay, and on the second page, on page

20    HOVPROD 1069, it says -- whose handwriting is

21    this?

22         A.   That's my handwriting.

23         Q.   And it says "Need more files to

24    confirm and a solid timeline.  Decision made to

25    build new house.  Subdivision done.  Mortgage,

Page 38

1                    N. Hovnanian

2     planning, design.  Then mom has accident.  Dad

3     moves to Armenia.  Takes mom."

4          A.   Right.

5          Q.   When did your mom have her accident?

6          A.   January 2006.

7          Q.   And briefly, just what was the

8     accident?

9          A.   She fell -- this is -- I think this

10    is why -- now that you mention this, she fell

11    down the elevator shaft in the 5 -- the original

12    520, and she was there for 17 hours.  It was in

13    January.  It was very cold, and she was in the

14    hospital for a long time afterwards.  It was

15    pretty horrible.

16         Q.   That's terrible.  I'm sorry that

17    happened.  And then if we look at the next page,

18    this is -- sorry.  Page -- sorry.  I'm bouncing

19    here, because this first letter is not dated.

20              Ah, it is.  On page 1070 does it say,

21    "Here is signed, sealed detailed drawings for the

22    above-mentioned slab prepared by KSi Structural

23    Engineers dated 8/25/2005."

24         A.   Um-hum.  I see it.

25         Q.   All right.  Does that help solidify

Page 39

1                          N. Hovnanian

2     for you when construction of the second --

3              A.   I'm not sure.  You know what?  This

4     might be a document, but I'm not sure that

5     construction started --

6              Q.   Wait.  Does this help --

7              A.   -- at this point.

8              Q.   Does this help refresh your memory as

9     to when construction started?

10             A.   You know what?  I was living in

11    Armenia.  I'm not sure of anything at this point.

12    I mean, you know, I had two young daughters.  We

13    would come and stay with my parents, and that's

14    it.  I don't have any recollection.  I don't

15    recall.

16             Q.   And up top there is a group, the VS

17    Hovnanian Group.  What is VS Hovnanian Group?

18             A.   That was the umbrella company for all

19    the companies.

20             Q.   Um-hum.  For all of the companies for

21    whom?  Whose companies?

22             A.   My father's companies.

23             Q.   Okay, and what does VS stand for?

24             A.   Vahak Stephan Hovnanian.

25             Q.   Okay.

Page 40

1                          N. Hovnanian

2              A.    That's my father's name.

3              Q.    Who -- what company -- can you give

4     me the companies held by the Hovnanian Group or

5     examples?

6              A.    The VS Hovnanian Group?

7              Q.    Yes.

8              A.    Hovbilt.

9              Q.    Um-hum.

10             A.    There was a Grand View Cable that I

11    think later became HovSat.  And there was a bunch

12    of other companies that were and then weren't,

13    yes.

14             Q.    What about -- and then did Shant have

15    any role in the VS Hovnanian Group?

16             A.    He did in the 80's, and then he

17    became involved in the Speedus, Speed u-s, were a

18    cellular vision.

19             Q.    What was his role at the Speedus --

20    at the VSH -- VS Hovnanian Group?

21             A.    He was vice president until he left

22    in the early 90's.

23             Q.    He was CEO of the Speedus Group or

24    Speedus Corporation?

25             A.    Yes.  Yes.  I think so.  Yes.

Page 41

1                    N. Hovnanian

2          Q.   So why was the trust formed, the

3     Pachava Trust?

4          A.   Why was the trust born?

5          Q.   Formed.  Why did it --

6          A.   Oh, formed.  Well, I think estate

7     planning.  My parents were getting older, and

8     they needed to plan their estates.  It's

9     pretty --

10         Q.   Do you know why they decided not to

11    give the property directly to you or Shant?

12         A.   Well, I was living in Armenia, and I

13    can't -- I don't know what they were thinking,

14    but they gave it to the kids.  What can I say?

15    They were delighted that they had grandchildren,

16    and this way they were making sure they were

17    going to be okay.

18         Q.   Did your parents ever explain to you

19    why they decided not to give you or Shant the

20    property?

21         A.   No.

22         Q.   So what are you basing your previous

23    statement that they were delighted to just give

24    it to the grandkids on?

25         A.   Well, you know, they had grandkids.

Page 42

                        N. Hovnanian

1
2      They were doing their estate planning.  There

3      were five of them.  And I guess that's it.  I

4      don't know.

5              Q.   Okay.  Why didn't --

6              A.   I really don't know.  I wasn't in

7      their heads.

8              Q.   Why didn't they give it -- do you

9      know why they didn't -- why they only gave to

10     Shant's children and not to you, your children?

11             A.   They didn't only give to Shant's

12     children.  They had an easement that was given to

13     me for my kids.

14             Q.   Why did they set it up with that

15     structure?

16             A.   I have no idea.

17             Q.   Okay.  What was the original name of

18     the trust?

19             A.   I think it was or I know it was

20     Shant S. Hovnanian Trust.  It was an irrevocable

21     trust.

22             Q.   And Shant set up that trust?

23             A.   Yes, but it was valueless.  It didn't

24     have anything of value in it, and it was more or

25     less inactive.

Page 43

1                         N. Hovnanian

2           Q.   And then the trust changed its name.

3      Why did it change its name?

4           A.   It changed its name because it was

5      cost effective, and Art Havighorst found it

6      easier just to take that and change the name

7      rather than starting from scratch and opening a

8      new trust.

9           Q.   I'm sorry.  Did you say -- I must

10     have misheard that.  Did you say Catholic horse?

11          A.   No.

12          Q.   I'm sorry.  It just -- I mis --

13          A.   No.  That's the funniest thing.

14     Havighorst, he was the person that put together

15     the trusts.

16          Q.   I see.  Arthur --

17          A.   He -- Arthur Havighorst, yes.

18          Q.   Okay.

19          A.   He was an in-house counsel, and he

20     advised to use the Shant S. Hovnanian and change

21     the name.

22          Q.   All right.  Did he give any reasons

23     as to why he said to change the name?

24          A.   No.  He didn't give any -- well, from

25     what I understand, it was cost effective, and

Page 44

```
1                    N. Hovnanian
2     because he explained it to me, and it was there,
3     and it was -- basically it had no value.
4          Q.   So how was it -- wait.
5          A.   I don't know.
6          Q.   How was it cost effective to --
7          A.   You know what?
8          Q.   I just --
9               THE COURT REPORTER:  It has to be one
10         at a time, please.
11              THE WITNESS:  I wasn't -- I wasn't --
12         I'm sorry.
13              THE COURT REPORTER:  Yes.  Please let
14         him finish his question.
15         Q.   Go ahead.
16              THE COURT REPORTER:  All right.
17         Q.   How was it cost effective?  I'm just
18    kind of missing that.
19         A.   You know, that's what Read said.
20    Read said it was there.  It wasn't really being
21    used, and instead of starting from scratch, Art
22    went in and changed the name.  This is what I was
23    told, and, you know, that's it.
24         Q.   Why not leave the name as Shant S.
25    Hovnanian Asset Trust?
```

Page 45

1                    N. Hovnanian

2         A.   I don't think it -- because they were

3    putting in assets of theirs that didn't belong to

4    Shant.  That's why.

5         Q.   Okay, and the three beneficiaries of

6    the Shant S. Hovnanian Asset Trust and Pachava

7    Asset Trust were Shant's three children, correct?

8         A.   Say it again.

9         Q.   The three beneficiaries were Shant's

10   children, correct?

11        A.   Yes.  Yes.

12        Q.   And Pachava or Pachava is an acronym

13   built off of the three children's names?

14        A.   Yes.

15        Q.   When have the children used the house

16   as their -- before we get off the topic of the

17   name change, in your interrogatory response you

18   said it was a clerical error to call it the

19   Pachava Trust, or sorry, to call it the Shant

20   Trust.

21        A.   Is that what I said?

22        Q.   Yes.

23        A.   I don't -- to call it the Pachava

24   Trust was a clerical error?

25        Q.   To call it the Shant Trust.  The

Page 46

1                    N. Hovnanian

2      Shant S. Hovnanian Asset Trust was a clerical

3      error.

4           A.   No.  No.  I --

5           Q.   Okay.  Let me show you.

6           A.   Where are you looking?

7           Q.   One second.

8                All right, so this is part of your

9      response, and in response to interrogatory number

10     20, "Why did the Shant" --

11          A.   Oh.

12          Q.   -- "S. Hovnanian Asset Trust change

13     its name to the Pachava Asset Trust?"  Response:

14     "The trust was not supposed to be named the

15     Shant S. Hovnanian Asset Trust.  That was a

16     clerical error."

17          A.   Oh, that is not --

18          Q.   Sorry.  Is that your response to the

19     interrogatory?

20          A.   Well, I don't think that's the

21     response that I gave.  Maybe that's the way it

22     was interpreted.

23          Q.   Okay.  Let's look at page 9.  Sorry.

24     Sorry for the scrolling.  Did you certify under

25     penalty of perjury in September that your answers

Page 47

```
 1                    N. Hovnanian
 2    were true and correct to those interrogatories?
 3            A.   That's my signature, yes.
 4            Q.   Did you review the interrogatories --
 5            A.   But --
 6            Q.   Before you --
 7            A.   But I -- I told --
 8            Q.   Wait.
 9            A.   I told John that there were some
10    answers that needed tweaking.
11                 MR. HANAMIRIAN:  Yes.  I mean it
12            might be a mistake.  It may be a mistake
13            on our part.  I don't know.  We'll have to
14            look.
15            Q.   Did you review this, the answers to
16    interrogatories, before they were sent to me or
17    before they were served?
18            A.   On my -- well, let me say this, that
19    in my -- in my papers that I looked through this
20    weekend and before the correct answer was
21    handwritten in, and I discussed it with John.  I
22    just thought that that was the answer that was
23    given, you know.  I don't know.
24                 It wasn't a clerical error.  It was
25    changed.  Art Havighorst changed -- took Shant's
```

Page 48

1                         N. Hovnanian

2    that was valueless and changed it to Pachava,

3    because he didn't want to start from scratch, and

4    this is what I understood, and we sent you the

5    paperwork for that, I think, in the stuff that I

6    sent you.

7              Q.   Okay, so did you not review the

8    version that was sent to me before it was signed

9    under penalty of perjury?

10             A.   Is this a last version?

11             Q.   Yes.  This is the version that was

12   sent to me, so was this something that you

13   reviewed before you signed it under penalty of

14   perjury?

15             A.   I don't know what to say.  I

16   didn't -- I didn't -- I think that my answer was

17   interpreted in this way, and I don't know what to

18   say.

19             Q.   Okay.  When did the beneficiaries of

20   the Shant Hovnanian Trust use the property as

21   their residence?

22             A.   As -- they never --

23             Q.   When did they -- let me ask it a

24   different way without legal connotations.  When

25   did they live there?

Page 49

1                      N. Hovnanian

2          A.   The kids lived there in the early

3     2000's and -- no, not in the early -- in the

4     mid-2000's until they moved to Norway and then

5     again after the divorce.  They were there with

6     me, with nannies, with Shant sometimes.

7          Q.   Did Shant live there during that time

8     with their -- with his kids?

9          A.   He stayed with them.  He stayed with

10    them whenever we had a nanny change.  It was a

11    very -- he was constantly traveling.  It was a

12    tough time.  My father was sick.  My mother was

13    sick.  My mom was there.  She had caretakers.  My

14    dad was there.  He had caretakers.  It was a

15    crazy time.

16         Q.   You keep distinguishing between

17    somebody living somewhere and residing somewhere.

18    What is your understanding of that difference?

19         A.   My understanding of that difference

20    is if someone lives there, it's their home.  It's

21    their permanent home.  And it hasn't been Shant's

22    permanent home, and it's been the kids' on and

23    off, and I stay there.  Shant stays there.  The

24    kids live there when -- previously, but now they

25    live and reside in Denmark.  Vahak is in and out.

Page 50

1                    N. Hovnanian

2          Q.   And what about reside?  What does the

3     term "reside" when you're using it or

4     distinguishing it?

5          A.   Reside means -- reside means that's

6     your permanent home.

7          Q.   Okay.

8          A.   In my opinion.

9          Q.   So --

10         A.   Nonlegal.

11         Q.   All right.  I think -- so when you

12    say reside, you mean that's a permanent place

13    where somebody lives, and live is more of a fluid

14    term for you.  Would that be a fair description

15    of those two terms?

16         A.   That's not what I said.

17         Q.   Okay.  Give it to me one more time,

18    because I think I missed it, please.

19         A.   Stay.  Stay is fluid.

20         Q.   Okay.

21         A.   Live and reside are pretty much the

22    same thing.

23         Q.   Okay.  When was the last time Shant

24    had a residence?

25         A.   I have no idea.

Page 51

1                    N. Hovnanian

2          Q.   What is the longest he ever stayed at

3     520 Navesink?

4          A.   I don't know.  You have to ask him.

5          Q.   Okay.  How often do you talk with

6     Shant?

7          A.   Often.

8          Q.   Weekly?  Daily?

9          A.   Weekly.

10          Q.   Okay.  All right.  Let's look at --

11     I'm just making it bigger so it will be a little

12     bit easier.  Let's look at Pachava 4, which is

13     the notice of motion to dismiss complaint, and it

14     goes from page 1432 to 1497, and I'd like to

15     focus on -- sorry for the scrolling.  Is this

16     the --

17          A.   Hold on.  I need to -- okay.

18          Q.   And we're now on page 1463.  Do you

19     see that?

20          A.   Yes.

21          Q.   And that's from the Hovnanian

22     production to us.  Is this the trust agreement

23     dated October 8th, 2007?

24          A.   Hold on.  Hold on.

25          Q.   I can make it a little bigger if that

Page 52

```
 1                    N. Hovnanian
 2      would help.
 3               Does that help?
 4          A.   This, the trust, Pachava Trust is
 5      2011.
 6          Q.   Right.  Is this the original --
 7          A.   This is --
 8          Q.   Is this the original trust agreement
 9      for the Shant S. Hovnanian Trust?
10          A.   Okay, so what's your question?
11          Q.   Is this the trust agreement dated
12      October 8th, 2007?
13          A.   For the Shant Hovnanian Trust.
14          Q.   Okay.
15          A.   Yes, it is.  It says it right -- yes.
16          Q.   I'm not asking these questions to be
17      difficult.  I'm asking it to take the steps I
18      need to make sure I have a good record going
19      forward, okay?  This is -- I'm not trying to
20      trick you or anything.  This is just -- I'm just
21      trying to do what I need to do for my case.
22               Okay, who is listed as the settlor of
23      this trust?
24          A.   He is.  Shant is.
25          Q.   Okay, and his wife at the time, Hilde
```

Page 53

                        N. Hovnanian

1
2       Jenssen Hovnanian, is listed as the trustee?
3              A.   Yes.
4              Q.   And is anybody else listed there as
5       the trustee, as the original trustee?
6              A.   I don't see it, no.
7              Q.   Okay.  Sorry for the scrolling, and
8       this document on page HOVPROD 1468 was signed by
9       Shant and Hilde, Shant as the settlor and Hilde
10      as the trustee?
11             A.   Um-hum.
12             Q.   Yes?
13             A.   Yes.
14             Q.   And then we go to page 1689.  Is this
15      the -- this is the amendment that changes the
16      name from the Shant S. Hovnanian Trust to the
17      Pachava Trust, correct?
18             A.   Give me a minute.  Let me just read.
19                  Yes, it says that it's the amendment,
20      but there was -- let me just make sure this is
21      the right amendment.
22             Q.   Do you need me to scroll down or
23      anything with the mouse?
24             A.   Yes.  I think this is right.  There
25      was something screwy that Art did, and then he

Page 54

1                    N. Hovnanian

2      fixed it.  I can't see the second page to see

3      which one this is.

4           Q.   Okay.  I'm going to zoom out a

5      little, so this is -- all that's on the second

6      page is a signature by Shant and Hilde, correct?

7           A.   Um-hum.

8           Q.   All right.

9                THE COURT REPORTER:  Yes?

10          Q.   If you look up on page 1489, the only

11     change made to the trust agreement was it was

12     amended by the settlor and the original trustee

13     to change the name of the trust, correct?

14          A.   Yes.  Correct.

15          Q.   Any other changes made to the trust

16     or any other amendments were in effect?

17          A.   Not that I can see.

18          Q.   Okay.

19          A.   I don't have the actual document in

20     front of me.

21          Q.   As the current trustee, are you aware

22     of any other trust documents like a trust

23     agreement or amended trust agreement that would

24     change what's required under the terms of the

25     trust?

Page 55

1                          N. Hovnanian

2          A.   No.   There was an incorrect

3    amendment, and it looks like this is the correct

4    one.

5          Q.   Okay.   What happened in the incorrect

6    amendment?

7          A.   I can't -- I can't recall.   It was --

8    it was a screw-up in terms of names.

9          Q.   What would it have changed --

10         A.   So --

11         Q.   -- the names to?

12         A.   I can't -- I can't -- I can't

13   remember the details.   I'm really sorry.   It was

14   just a screw-up, and --

15         Q.   Who would know?

16         A.   Who would know?

17         Q.   Yes.

18         A.   Read would know.   Well, you have the

19   document.   You have the interim wrong document

20   that was changed to this right one.

21         Q.   Okay.   If you were to rent out

22   520 Navesink --

23         A.   Um-hum.

24         Q.   -- how much would you receive in rent

25   per month if you were having to take over that

Page 56

1                    N. Hovnanian

2    property?

3          A.   I don't know.

4          Q.   Okay.

5          A.   Maybe somewhere around 8 or 9 or

6    10,000.  Something like that.

7          Q.   A month?

8          A.   Um-hum.

9          Q.   That's a yes?

10         A.   Yes.

11         Q.   Okay.  Again, I'm not being a

12   stickler for no reason.  I'm just trying to make

13   sure that my record when we get a printout of it

14   is clean.

15              And how much have you collected in

16   the past five years in rent?

17         A.   I don't recall receiving anything in

18   rent.

19         Q.   So zero?

20         A.   Yes.  I think so.

21         Q.   Okay.  How does receiving nothing in

22   rent rather than renting out the property benefit

23   the trustees or, sorry, beneficiaries?

24         A.   Actually I was going to do that.  I'm

25   planning on doing that.

Page 57

1                    N. Hovnanian

2          Q.   Okay.

3          A.   The house had a lot of damages.  I

4    was fixing it up, and hopefully we can rent it.

5    Although there are more damages.

6          Q.   What damages have occurred to the

7    house?

8          A.   Water damages from storms, and we

9    filed for insurance.  The insurance paid, but

10   there were more -- other damages that I have

11   to -- I've been asking for the insurance company

12   to reinsure, and hopefully they'll pay.

13         Q.   What are the damages other than the

14   water damages from the storm?

15         A.   The water damages from the storm.

16   There were -- you know.

17         Q.   Okay, so they are just further

18   damages than what the insurance company covered,

19   correct?

20         A.   Yes.  They are -- yes.

21              MR. KUNOFSKY:  Can we take a

22         five-minute break?

23              THE WITNESS:  Yes.

24              THE VIDEOGRAPHER:  We are going off

25         the record.  The time is 11:11 a.m.

Page 58

1                    N. Hovnanian

2              (Recess taken)

3              THE VIDEOGRAPHER:  We are back on the

4        record.  The time is 11:18 a.m. Eastern

5        Time.

6   BY MR. KUNOFSKY:

7        Q.   Ms. Hovnanian, you understand that

8   you're still under oath, right?

9        A.   Yes.

10       Q.   And did you confer with anyone during

11  the break?

12       A.   Yes.

13       Q.   Who did you confer with?

14       A.   John Hanamirian, my lawyer.

15       Q.   Okay.  Did you guys confer about

16  whether to assert a privilege?

17       A.   A privilege?

18       Q.   Like attorney-client privilege or a

19  work product privilege or another sort of legal

20  privilege to -- from testifying?

21       A.   No.  I don't think so.  I mean --

22       Q.   What did you guys talk about then?

23       A.   I asked him how I was doing.  He said

24  okay.

25       Q.   Good.

Page 59

1                    N. Hovnanian

2          A.   And then we discussed that clerical

3     thing.

4          Q.   Okay.  What did you guys decide about

5     the clerical thing?

6          A.   He said it was his fault.  He sent

7     the wrong version.

8               THE WITNESS:  Sorry, John.  Threw you

9               under the bus.

10         Q.   Okay.  Let's look at the trust

11    agreement again.

12         A.   This is the not Art trust, right?

13         Q.   This is the trust that has been

14    renamed from Shant Hovnanian Trust to Pachava

15    Trust, and this is page 1463 of the Hovnanian

16    production.

17         A.   But that -- can I just say something?

18         Q.   Please.

19         A.   These are two different trusts.  This

20    trust is different from the next trust.  I mean

21    from the renamed trust.

22         Q.   Other than the change of the name,

23    what's different?

24         A.   Well, the stuff that's in it.

25         Q.   Okay.  Are you saying --

Page 60

1                         N. Hovnanian

2          A.   I just wanted to point that out.

3          Q.   What are the requirements, what is

4     your understanding of the requirements of the

5     Pachava Trust versus the Shant Trust?

6          A.   Well, the house is not in the trust.

7          Q.   Okay.

8          A.   In the Shant Trust.

9          Q.   If it's --

10         A.   I don't know what's in the -- I don't

11    know what's in the Shant Trust, but --

12         Q.   If it's just a name change, why would

13    it -- if the name changed and that's the only

14    change that you've identified, are you

15    including --

16         A.   Excuse me.

17         Q.   Yes.

18         A.   I just -- this is what I know.  What

19    I know is this.  My parents started a trust for

20    their grandchildren, and they put the house in

21    the grandchildren's trust.  Shant's Trust was

22    more or less an empty trust.  They just took it,

23    renamed it and made it a different trust.  I

24    think that you're confusing things, as far as I'm

25    concerned.

Case 3:18-cv-15099-RK-JBD   Document 123-3   Filed 05/13/22   Page 61 of 204 PageID: 4455

Page 61

```
 1                      N. Hovnanian
 2           Q.    Okay.   Where is the trust agreement
 3      that your parents set up for the house?
 4           A.    That's the Pachava Trust.
 5           Q.    Okay.   Where is --
 6           A.    That's a different trust.
 7           Q.    -- the trust agreement that says what
 8      that trust is meant for?
 9           A.    It's not on the page.
10           Q.    So there is no -- what you're saying
11      is --
12           A.    I'm saying they are two different
13      trusts.
14           Q.    Okay.
15           A.    They are -- I'm saying as far as I'm
16      concerned, they are two different trusts.  One
17      trust is defunct, it was renamed Pachava Trust,
18      and my parents put their home, entrusted it or
19      whatever the term is, to their grandchildren.
20           Q.    Okay, and under your understanding,
21      who are the beneficiaries of the Pachava Trust?
22           A.    The three kids, Paris, Chates and
23      Vahak.
24           Q.    Okay.
25           A.    Pachava.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 62

1                        N. Hovnanian

2          Q.   How are you supposed to handle the

3    income and principal of the trust?

4          A.   I don't understand the question.

5          Q.   Okay.  Are there any rules about how

6    you're supposed to handle the principals, the

7    assets inside the trust?

8          A.   I still don't -- I'm really sorry, I

9    still don't understand your question.

10         Q.   Okay.

11         A.   What rules?

12         Q.   Is there a written trust agreement or

13   oral trust agreement or some other trust

14   agreement that says how you're supposed to handle

15   the assets in that trust?

16         A.   How I am?

17         Q.   Yes.

18         A.   I don't recall.

19         Q.   Okay.

20         A.   I don't recall, but this trust has

21   nothing to do with me, this one that's on the

22   page here.

23         Q.   So the Shant S. Hovnanian Trust has

24   nothing to do with -- okay.  Let's just do it

25   this way, and as far as --

Page 63

                          N. Hovnanian

1
2          A.    Can I have some -- can I just take a
3     sip of my coffee?  Is it okay?
4          Q.    Is hot water okay with the tooth?  If
5     it helps, yes.  If it doesn't, no.  Yes, whatever
6     you need to do with the tooth, just go for it.
7     If you need water or a break, we're fine with
8     that.
9          A.    Okay.  Okay, there's everybody.
10         Q.    Yes.  Sorry.  When I put up the
11    screen share, it makes your screen smaller.
12               Is this the original trust or, sorry,
13    the original deed transferring 520 Navesink, what
14    we've been calling 520 Navesink from Paris
15    Hovnanian, your grandmother, or sorry, your
16    mother --
17         A.    No.  My mother.
18         Q.    Yes.
19               -- your mother, to the Shant S.
20    Hovnanian Asset Trust?
21         A.    Hold on a second.  No, this is -- the
22    deed -- what?  No.  The deed went to the Pachava
23    Asset Trust.  This is -- I don't know what this
24    is.
25         Q.    Okay, and is this, I'm not being coy,

Page 64

1                    N. Hovnanian

2       but is this marked at the bottom right HOVPROD

3       1253 through 1257?  I'm just reading out the page

4       numbers.

5            A.   Hold on a second.  I just have to

6       look at this.  This is -- I think this could be

7       the mistake that -- oh, wait a second.  You just

8       took it off the page.

9            Q.   Sorry.  I messed it up.  I'm sorry.

10           A.   Okay.  Okay.  Excuse me.  I think

11      this has to do with the mistake that Art made.

12      This --

13           Q.   And that's Art Havighorst, and his

14      name is --

15           A.   Havighorst, correct.

16           Q.   And his name is in the lower

17      left-hand corner of page HOVPROD 1253?

18           A.   Yes.

19           Q.   Okay.

20           A.   I think that this is -- this is the

21      mistake that he made.

22           Q.   Okay.

23           A.   And then they reissued it.

24           Q.   And if you look here on page --

25           A.   What's this?

Page 65

1                    N. Hovnanian

2          Q.   Just wait one moment.  Sorry for

3   having to scroll through all this stuff.  So just

4   wait.  The original deed was dated June 11th,

5   2011, correct?

6          A.   Correct, and that was -- correct.

7   Well, according to this paper, yes, but then it

8   was corrected in the other -- in the other --

9   what date is this?

10         Q.   Yes.  Let's lay this down.  In

11  October 11th, 2011, the agreement was made to

12  amend the Shant S. Hovnanian Trust and --

13         A.   Yes.  Correct.  No.  It was initially

14  to be renamed, and Art made the mistake of

15  putting it in the Shant, which it wasn't anymore.

16  It was Pachava.

17         Q.   And this rename was on October 11th,

18  2011, if you look on the first page of page

19  HOVPROD 1489, correct?

20         A.   I think the renaming should have

21  happened beforehand, but I'm not sure.  I don't

22  have the papers in front of me.  If you asked me

23  this three years ago, I could have been like

24  this, but --

25         Q.   So looking at this document, which I

Page 66

                        N. Hovnanian

1

2    just note the one that the trust filed with the

3    court, the renaming occurred on October 11th,

4    2011, yes?

5            A.   I'm not a fast reader.  Can you

6    please wait.

7            Q.   Okay.  Sorry.

8            A.   Yes.  That's what it says.

9            Q.   Okay.  Do you want to change your

10   prior statement that the Pachava Trust is just a

11   renaming of the Shant S. Hovnanian Trust and all

12   the prior terms of that trust other than the name

13   remain the same, having seen this?

14           A.   I'm sorry.  I also said that they are

15   two different trusts.  They took the trust --

16           Q.   Okay.

17           A.   -- changed it and renamed it.

18           Q.   Okay.  Who can add property to the

19   trust?

20           A.   Now?

21           Q.   Yes.  The Pachava Trust.

22           A.   No one.  I don't think anyone.

23           Q.   Okay.  What about cash, who can add

24   cash to the Pachava Trust?

25           A.   Cash?  We can loan.

Page 67

1                      N. Hovnanian

2          Q.   All right.  Who can loan?

3          A.   It's an irrevocable trust, so I don't

4      think it can be changed.

5          Q.   Can Shant add cash to the trust?  Can

6      Shant give trust -- the cash trust?

7          A.   No.  No, he has nothing to do with

8      the trust.

9          Q.   Okay.  Who can sell the property in

10     the trust?

11         A.   I guess I can.

12         Q.   Okay.  Can the trust --

13         A.   With the agreement of --

14         Q.   -- engage in any business?

15         A.   Pardon me?

16         Q.   Can the trust engage in any business?

17         A.   Can the trust engage in any business?

18     I don't know.

19         Q.   Okay.  Can it open bank accounts?

20         A.   Yes.  It has a bank account.

21         Q.   Okay.  Where are the records -- what

22     records or minutes are kept of the decisions to

23     start businesses, open bank accounts, sell the

24     assets, take in loans?

25         A.   We haven't done -- we haven't opened

Page 68

1                    N. Hovnanian

2     a business.  The bank account was opened before I

3     was the trustee.

4              Q.   Okay.

5              A.   And I don't know where the minutes

6     are.

7              Q.   You don't know where the what are?

8              A.   The minutes are.  I mean --

9              Q.   Are there minutes?

10             A.   -- I just -- I don't think so.  I

11    mean I just discussed it with the kids, and they

12    say yes, no.  You know, they fight.

13             Q.   What about with the prior trustees,

14    were there minutes from their tenure?

15             A.   I didn't receive any.

16             Q.   Okay.  Under the Shant S. Hovnanian

17    Asset Trust, Shant was not allowed to be trustee.

18    Can Shant be trustee of this trust?

19             A.   No, he cannot.

20             Q.   Why not?  How do you know that?

21             A.   I don't know it, but I'm the trustee,

22    and I don't want him as trustee.

23             Q.   Okay.  Who designates --

24             A.   No.  I mean he --

25             Q.   Who designates who becomes the next

Page 69

1                    N. Hovnanian

2     trustee?

3              A.    I do.

4              Q.    So the trust -- and before your

5     tenure, who had the power to designate who became

6     trustee?

7              A.    I was always the second trustee.  I

8     was always the co-trustee, so I automatically

9     became the next trustee.

10             Q.    Okay.  Okay, and there is no written

11    record anywhere, other than the name change,

12    there's no records showing you as co-trustee of

13    the trust, is there?

14             A.    Of the Pachava?

15             Q.    Yes.

16             A.    I think I sent you that document.

17    They are -- it says on the initial document, I

18    believe, that I am the co-trustee.  I remember

19    seeing it and sending it to you.

20             Q.    The terms of the asset trust

21    agreement, or sorry.

22             A.    Yes.

23             Q.    The Shant S. Hovnanian Asset Trust

24    agreement?

25             A.    No.  Not the Shant.  I had no -- I

Page 70

1                    N. Hovnanian

2      just finished telling you, I have nothing to do

3      with them, that I am the co-trustee and always

4      have been for the Pachava Asset, but I was never

5      active until I became full trustee.

6           Q.   And can you give me the name of the

7      document that you say does this?

8           A.   No, I can't.  I think it's that --

9      it's the asset -- the Pachava Asset Trust

10     document, original document.

11          Q.   All right.  I'm going to re-share

12     Pachava, what I've marked as Pachava 4.  This is

13     the trust agreement made, this 11 -- is this the

14     document you're talking -- sorry.  The document

15     on page 1489 of HOVPROD, the trust agreement made

16     this 11th day of October 2011, is that the

17     document you're talking about?

18          A.   I don't know.

19          Q.   Okay.

20          A.   Because this is only a portion of the

21     full document, and I don't have it in front of

22     me.

23          Q.   Okay.

24          A.   That I can recall.

25          Q.   I e-mailed your --

Page 71

1                          N. Hovnanian

2            A.    Okay?

3            Q.    I e-mailed your counsel copies of

4     Pachava 04.  Can you please open the pdf Pachava

5     04, and please take look at it.

6            A.    Okay.  Hold on a second.  It's 04?

7            Q.    Yes.

8            A.    I only -- hold on a second.

9            Q.    Sorry.

10           A.    I have -- I can't find it.  I'm

11    sorry, I just -- I just got it like --

12           Q.    All right.

13           A.    -- an hour before, so it's not like

14    I've memorized everything.  I have three files.

15           Q.    I apologize.  There was a squirrel

16    outside.  My dog needed to take care of it.

17           A.    Okay.  I only have -- hold on a

18    second.  I have 39 files, and I only -- here I

19    only have -- oh, here it is.  Hold on a second.

20    04.  This -- my 04 document is --

21           Q.    Yes.

22           A.    -- the notice.

23           Q.    Right.  Please go to page 58.

24           A.    Oh, okay.

25           Q.    Sorry.

Page 72

                         N. Hovnanian

1

2        A.   What page is this?  36.  This is --

3   see, this is the incorrect one.  Oh, wait.  No,

4   it's the right one.  Okay, what do you want me to

5   do for this?  I don't understand.

6        Q.   For Pachava 04 -- so come back on the

7   screen once you've had a chance to review that

8   document.

9        A.   Can I review the whole document so I

10  can see what I'm reviewing?

11       Q.   Yes.

12            (Pachava Exhibit B, Resignation

13            e-mail of Peter J. Hovnanian, was so

14            marked for identification, as of this

15            date.)

16       A.   Exhibit B?  Yes.  Exhibit B.  Okay.

17  Okay, oh, you have the Peter J. Hovnanian e-mail

18  of resignation.  I just saw it.

19       Q.   Yes, we do.

20       A.   It's in this thing, so why do you

21  want me to send it again?

22       Q.   I made a mistake.  Sorry.

23       A.   Okay, so let me go back on the

24  screen.  Let me see -- how do I do this?  Where

25  are you?  Shoot.  Oh, here?  No.  Wait.  Sorry.

Page 73

1                       N. Hovnanian

2        Somebody help me here.

3               Q.   There is a button called stop that

4        looks like a video, like a rectangle with a

5        triangle next to it.

6               A.   Hold on.  What's this?  I got it.

7        Sorry.

8               Q.   We're all learning these new things.

9               A.   Well, I got this for Christmas from

10       my kids, so I don't know how to use it yet.

11                   (Pachava Exhibit 6, Document Bates

12                   stamped HOVPROD 1258 through HOVPROD 1262,

13                   was so marked for identification, as of

14                   this date.)

15              Q.   Okay.  I'm going to show you what's

16       been marked as Pachava 06 now.  I'll make it a

17       little bigger.  All right, and --

18              A.   All right.  Here's the corrected

19       deed.

20              Q.   Wait.  Wait.  This goes from HOVPROD

21       1258 to HOVPROD 1262, and is this the corrected

22       deed that you were talking about?

23              A.   Yes.  Correct.

24              Q.   And the property is transferred

25       from -- the 520 Navesink property is transferred

Page 74

1                       N. Hovnanian

2      from the Shant Asset Trust to the Pachava Trust,

3      correct?

4             A.   Well, it is because of the mistake.

5      Because of that June mistake that Art had made,

6      it mistakenly went into the Shant Trust, and

7      that's why it went from the Shant Trust into the

8      Pachava Trust.

9             Q.   Isn't that the very point?  Earlier

10     you said the point in renaming the trust was it

11     would be more cost effective to start -- to just

12     rename the trust than to start a new trust from

13     scratch.  Do you remember testifying to that?

14            A.   Yes, I do.

15            Q.   So how does that -- how can you say

16     that and then say, but the Pachava and the Shant

17     Trust are different in ways other than their

18     name?

19            A.   Well, yes, they are.  They are

20     totally different trusts.  The Shant Trust was

21     the trust to his kids from him.  The Pachava

22     Trust is the trust that my parents created for

23     their grandchildren.

24            Q.   Okay.

25            A.   Art didn't start from scratch.  He

Page 75

1                        N. Hovnanian

2      just took an empty trust or a valueless one and

3      renamed it for the purpose of my parents putting

4      their asset in a trust for their grandchildren.

5              Q.   Okay.

6              A.   How is that different than what I was

7      trying to say before?

8              Q.   Again, I can't testify today.  Today

9      is your testimony, not mine.

10             A.   Okay.  Well --

11             Q.   So I'm asking you to explain how you

12     can say --

13             A.   I just did.

14             Q.   Okay.  When was the Pachava Trust

15     formed, the one that you say that your

16     grandparents -- that your parents set up?

17             A.   In 2011.

18             Q.   When?  What day?

19             A.   I don't know.  I think in probably

20     June.  I'm not sure.

21             Q.   Okay.

22             A.   I don't know.  I wasn't there.

23             Q.   Is there any documents defined --

24             A.   I wasn't party to any of it except

25     when they asked me to be a co-thing.

Page 76

1                    N. Hovnanian

2          Q.   Co-trustee?

3          A.   Yes.

4          Q.   Okay, and there is nothing in writing

5    from your parents about that separate trust, the

6    Pachava Trust?

7          A.   I don't think so.  I don't recall

8    anything.

9          Q.   Have you talked with anybody else who

10   would know --

11         A.   Whatever I found -- whatever I found,

12   I have sent to you.

13         Q.   And who have you talked to about the

14   distinction between the Shant Hovnanian Trust and

15   the Pachava Trust?

16         A.   Read.

17         Q.   Anyone else?

18         A.   I tried to talk to Hilde, but she

19   said she didn't remember anything.  I tried to

20   talk to Art, and he said he didn't remember

21   anything.  He said it was a long time ago.

22         Q.   What did Read tell you about the --

23         A.   Read told me that Art made a mistake,

24   and instead of the asset going into -- or I don't

25   know, he made a mistake, and then they had to do

Page 77

1                       N. Hovnanian

2        a corrective deed.

3              Q.   Okay.  How does the trust maintain

4        its records?

5              A.   How does it maintain its records?

6        What kind of records?

7              Q.   What kind, that was going to be my

8        next question.  Where does it keep its documents?

9        Is it in Armenia?  Is it in the U.S.?  And I'm

10       talking about the Pachava and the Shant Asset

11       Trust.

12             A.   I don't know about the Shant S.

13       Trust.

14             Q.   Okay.

15             A.   Whatever -- okay.  The Shant S. Trust

16       was in Art's office.  I sent it to you.

17       Everything was in Art's office, and again I sent

18       it to you.  And as far as the accounting and

19       stuff, Karen helps me with it, and I check the

20       bank account.  Everything is online.

21             Q.   Okay, and where is Art, Art and

22       Karen, do they both have offices or did they both

23       have offices in 1 Dag Hammarskjold, the Village

24       Mall?

25             A.   Art did up until he resigned, and

Page 78

1                         N. Hovnanian

2      Karen still works out of there and out of 520.

3      I've asked her to go there a few times a month,

4      because I'm not there, and, you know.

5              Q.   And --

6              A.   And I have cameras everywhere, but...

7              Q.   And so you said you can look at the

8      bank records online?

9              A.   Um-hum.

10             Q.   Are there any other online or

11     electronic records that you have from the trust?

12             A.   Yes.  All the utility bills.

13             Q.   Okay.  Did you take any records from

14     Pete or Hilde when you took over it?

15             A.   No.  Again, I asked Hilde for help,

16     and she said she didn't have anything, to ask

17     Art, and Art said he didn't have anything.

18             Q.   Did you ask Hilde before this

19     litigation started?

20             A.   Hilde and I weren't talking actually.

21             Q.   That's fine, and what about Peter,

22     did you talk with Peter before --

23             A.   I did, and he said everything is

24     online.

25             Q.   Okay.  Is there any Google Drive or

Page 79

1                        N. Hovnanian

2      other online place where you kept files related

3      to this trust?

4            A.    No.

5            Q.    Okay.  Are there any QuickBook files

6      related to this trust?

7            A.    You'd have to ask Karen.  She's the

8      one that keeps that stuff, I think.

9            Q.    Have you asked --

10           A.    I think she does.

11           Q.    Have you asked Karen?

12           A.    Have I asked Karen?

13           Q.    Yes.

14           A.    Yes.  I ask her a lot of stuff.

15           Q.    Have you asked Karen if the Pachava

16     Trust has any QuickBook files?

17           A.    No, I haven't.

18           Q.    Okay.  Why not?

19           A.    Because I pay everything online.

20     Everything gets paid online, and she takes care

21     of the books.  I mean it's not -- it's like --

22     it's a home, it's not like a business where I

23     have to be on top of the QuickBooks.

24           Q.    Okay.  What is the Pachava -- are

25     there any files you took over from Peter, and

Page 80

1                         N. Hovnanian

2        before him Hilde, that you have not turned over

3        in discovery?

4               A.    No.

5               Q.    Okay.  Who can access the records

6        of -- other than you and Karen, can anybody else

7        access the records of the trust or bank accounts

8        of the trust?

9               A.    Not to my knowledge, no.

10              Q.    Okay.  What is Vapacha LLC?

11              A.    It's a holding company.

12              Q.    Okay.  What does that mean?  Like

13       what does it hold?

14              A.    It has nothing to do with this trust.

15              Q.    Okay, and is Vapacha the same letters

16       at Pachava?

17              A.    Of course.

18              Q.    Now, why is that an "of course" and a

19       laugh?  Why --

20              A.    Huh?

21              Q.    Why?  Why does it have the same

22       letters?

23              A.    Because -- I mean if you look at the

24       letters, they are the same.

25              Q.    Does that have meaning or is it --

Page 81

1                          N. Hovnanian

2        Pachava was named for the three children of Shant

3        Hovnanian.  Is Vapacha named for the three

4        children of Shant Hovnanian?

5                A.   Vahak, Paris are my parents' names

6        and children's assets.

7                Q.   Okay, and why was the L -- why was

8        this Vapacha LLC set up?  What was its purpose?

9                A.   Well, I think that there is an

10       easement in there, and also that actually is

11       connected to the house, and also it was for the

12       Hovnanian -- the VSH, VS Hovnanian Group, holding

13       company.

14               Q.   Tell me about the easement.

15               A.   Tell you about the easement?  It

16       was --

17               Q.   Yes.

18               A.   My father gave it to me as, I guess

19       when he was doing his estate planning he didn't

20       want everything to go to Shant's children.  I was

21       living in Armenia.  I was in a very bad marriage,

22       and he wanted me to have something, so he wrote

23       an easement so that I would have a part of their

24       property or access to the property, so there

25       wouldn't be a problem down the line with the

Page 82

1                        N. Hovnanian

2       kids.

3                Q.   Okay.

4                A.   You know, it's mine.  It's mine.

5       That kind of thing.

6                Q.   So rather --

7                A.   You know, that --

8                Q.   -- than giving you the title to the

9       property, he just gave you access to the

10      property?

11               A.   Yes.

12               Q.   Okay.  Why not give you the easement

13      directly?  Why not say Nina --

14               A.   Pardon me?

15               Q.   Why not say Nina and her children?

16               A.   It does say Nina and her children.

17               Q.   Well, why put it in the LLC?  Why not

18      give it to you directly?

19               A.   Because I was in a bad marriage, a

20      very bad marriage.

21                    (Pachava Exhibit 7, Document Bates

22                    stamped HOVPROD 1041, was so marked for

23                    identification, as of this date.)

24               Q.   Understood.  All right.  I'm going to

25      show you what has been marked as Pachava 07, and

Page 83

1                    N. Hovnanian

2      this is -- is this the easement?

3             A.   Hold on a second.  I can't -- yes.  I

4      think so.  It seems to be.

5             Q.   All right, and it was signed by Vahak

6      and Paris on page, sorry, 1043 of the HOVPROD?

7             A.   Yes.  That's their signatures.

8             Q.   Okay, and this document on page --

9      the first page, 1041, has a typed note.  "Nina

10     Hokis, I want to write you a description of what

11     mom and I recently did to ensure your use and was

12     filed with Monmouth County, et cetera."

13            A.   Um-hum.

14            Q.   And it says you own Vapacha here.

15            A.   Okay.

16            Q.   Do you own Vapacha?

17            A.   I guess so.

18            Q.   Do you have any records showing you

19     own Vapacha?

20            A.   Um-hum.

21            Q.   Yes?

22            A.   Yes.

23            Q.   Okay.  What records do you have that

24     show that you own Vapacha?

25            A.   I have paperwork.

Page 84

1                      N. Hovnanian

2          Q.   Okay.  I assume Baba is your father's

3     nickname?

4          A.   Yes.

5          Q.   Did he type this note?

6          A.   Either he or his assistant.

7          Q.   Okay, and it's not signed or dated.

8          A.   No.  It doesn't seem to be.

9          Q.   Okay, so when was this note sent to

10    you?

11         A.   I don't recall.

12         Q.   Is there any way that we can show

13    this note was actually sent to you or that your

14    father wrote it?

15         A.   I'll try to find it.  I'm pretty sure

16    there must be some kind of document.  It didn't

17    come in the thing, in the package?

18         Q.   This is what we received.

19         A.   With no date or anything.

20         Q.   For what -- this is what we received,

21    and it's HOV -- what I've marked as HOVPROD 1041,

22    and the document goes to 1043, as we've marked

23    it.

24         A.   Okay.  Well, I'll go -- it may have

25    been done from New Jersey or Armenia.  I don't

Page 85

```
 1                    N. Hovnanian
 2    know.
 3          Q.   Okay.  Is Vapacha LLC still a valid
 4    corporation?
 5          A.   I believe so.
 6          Q.   Did it ever lose its status as a
 7    valid Delaware corporation?
 8          A.   I think so.
 9          Q.   Okay.  Do you know --
10          A.   I renewed it.
11          Q.   Do you know when it lost its status
12    and when you renewed it?
13          A.   I don't know.  I renewed it last year
14    some point when I was looking for -- when I was
15    looking for stuff.
16          Q.   What does the Pachava Trust own?
17    What are its assets?
18          A.   It's the house.
19          Q.   Does it own anything else?
20          A.   Not to my knowledge.  Maybe the title
21    of, there is like something for the water.
22          Q.   Like an access deed or easement or
23    some permit?
24          A.   I just paid it last year again.
25    There's -- like every year they send the bill.
```

Page 86

1                        N. Hovnanian

2        It's for the river.  I think for the dock.  Like

3        the --

4              Q.   Okay.  And it has a bank account at

5        Morgan Stanley?

6              A.   Um-hum.

7              Q.   Does it own anything else?

8              A.   I don't recall anything else.

9              Q.   Did it ever own shares of Speedus?

10             A.   I don't know.

11             Q.   Okay.  Did Shant ever ask to use the

12       house as his home?

13             A.   As his home?  No.

14             Q.   Did Shant ever receive his mail at

15       the home?

16             A.   Yes.  He's been receiving mail at

17       520 Navesink River Road since the early 80's.

18             Q.   Okay.

19             A.   As have I, by the way.

20             Q.   And by that, you mean before the

21       house was constructed, he was receiving his mail

22       at 500?

23             A.   No.  No, he was receiving his mail at

24       520 Navesink River Road, as was I.  That was the

25       original -- that is the original address for 500.

Page 87

                        N. Hovnanian

1

2          Q.   Yes, so --

3          A.   Okay, so, yes.  We were receiving

4     mail at 520 Navesink River Road since the early

5     80's.

6          Q.   Okay, and that's where your parents

7     have lived since the early 80's?

8          A.   Yes.

9          Q.   Okay, and then --

10         A.   That was their residence.

11         Q.   And then when they split between 500

12    and 520, did Shant's mail then switch over to the

13    new house?

14         A.   I don't know.

15         Q.   Okay.

16         A.   But mine stayed at 520.

17         Q.   Okay.  Did you know that Shant was --

18         A.   The new house -- wait.  The new house

19    is 520.

20         Q.   Yes, but that is from our discussion

21    I tried to remedy earlier, which is talk about

22    the old house as 500, talk about the new house as

23    520.  I just want to make sure given the answer,

24    he's been receiving his mail at 520 since the

25    early '80, but the house didn't exist until

Page 88

```
 1                    N. Hovnanian
 2     mid-2000's.  That creates a confusion.  I'm just
 3     trying to make -- again, just trying to make --
 4          A.   But as an address -- okay, as an
 5     address --
 6          Q.   Nina.
 7               MR. KUNOFSKY:  I think she's frozen.
 8               John, can you hear her?
 9               THE COURT REPORTER:  You're on mute,
10          sir.
11               MR. HANAMIRIAN:  No.  Yes.  No, I
12          can't hear either.
13               THE VIDEOGRAPHER:  Do you want to go
14          off, Counsel?
15               MR. KUNOFSKY:  Yes.  Let's go off the
16          record for right now.
17               THE VIDEOGRAPHER:  Okay.  We are
18          going off the record.  The time is 12:01
19          p.m.
20               (Recess taken)
21               THE VIDEOGRAPHER:  We are back on the
22          record.  The time is 12:03 p.m. Eastern
23          Time.
24     BY MR. KUNOFSKY:
25          Q.   Hi.  Nina, it seems like we had a
```

Page 89

1                          N. Hovnanian

2      simple technical glitch there.

3              A.   Um-hum.

4              Q.   You are still under oath, correct?

5              A.   Yes.

6              Q.   Okay.  I believe where we left off on

7      the record was you were discussing Shant's use of

8      the new building of 520 Navesink as --

9              A.   That's not what I was saying.

10             Q.   Sorry.

11                  -- as a place for him to receive

12     mail.  I believe that's where you left off.

13             A.   Yes.  I said that as an address, both

14     he and I and my parents have been receiving, not

15     e-mails, mail at 520 Navesink River Road since

16     the early 1980's.

17             Q.   Okay.  Have you or Shant ever

18     received mail at 500 Navesink River Road?

19             A.   I think I received mail there, yes.

20     After, huh?  After I realized that, pardon me?

21             Q.   What about Shant?  Sorry.  Go ahead.

22     You said after you realized?

23             A.   Yes.  After I realized, one day I was

24     driving into the driveway of my parents' house

25     and I saw that it was 500.  I got all confused,

Page 90

1                        N. Hovnanian

2     so --

3            Q.   Okay, and what about Shant, has he

4     ever received mail at 500 Navesink?

5            A.   I believe so, yes.

6            Q.   Okay, so you said that --

7                 (Record read)

8            Q.   Okay.  When did he receive mail at

9     500 Navesink?

10           A.   I have no idea.

11           Q.   Who has resided -- from 2009 on, who

12    has resided at the house?

13           A.   2009 on, who has resided?

14           Q.   At 520 Navesink.

15           A.   Well, my parents --

16           Q.   Okay.

17           A.   -- have resided there.

18           Q.   Resided there rather than at 500?  I

19    mean they've got the two houses.

20           A.   Well, okay.  Now that you specify

21    that, they resided at 520 after they sold 500.

22           Q.   Okay, and --

23           A.   And all of us have stayed there in

24    our things.  You know, in our instances when we

25    were in town.

Page 91

1                          N. Hovnanian

2              Q.   Did Shant's children ever live there?

3              A.   Yes.

4              Q.   Okay, and they were going to school

5        in the local community.  They were going to the

6        Ranney School.  Or Paris was going to --

7              A.   Yes.

8              Q.   -- the Ranney School?

9              A.   Yes.

10             Q.   During the time she was at the Ranney

11       School, was she using 520 Navesink as her

12       address, as her --

13             A.   Yes, because -- she was using 520,

14       but it still belonged to my mom.

15             Q.   I'm not worried about who had legal

16       title or where it belonged, I'm asking where did

17       she live?  What did she use as her --

18             A.   She lived at 520.

19             Q.   Okay, and what about -- so during the

20       time -- okay.  During the time she was living

21       there, she was a minor, who lived with her?

22             A.   Her family.

23             Q.   Which family members?

24             A.   Her brothers, her parents, they lived

25       there, and they were traveling too.  I mean --

Page 92

1                        N. Hovnanian

2              Q.   Okay.

3              A.   -- between there, you know, or

4       Europe, Armenia.

5              Q.   When was that time that she was

6       living there?

7              A.   When was the dates of their -- of the

8       construction of the house?

9              Q.   I don't remember off the top of my

10      head.  Sometime in 2011, let's call it.  Early

11      2010's.

12             A.   Okay, so the early 2010's.

13             Q.   Okay.

14             A.   They lived in New York.  That was

15      their primary residence.

16             Q.   The entire, through when?

17             A.   In the early 2000's until the house

18      was built, and then they moved there briefly

19      before going to Norway.

20             Q.   And how long were they -- when were

21      they in Norway?

22             A.   In the early '10s.

23             Q.   Okay.

24             A.   I don't know dates.

25             Q.   That's fine.  Have you done anything

Page 93

1                        N. Hovnanian

2      to try and focus in on this timeline?  Have you

3      reviewed any records?

4           A.   I haven't reviewed any -- I know that

5      they visited me here in Armenia in 2012, and they

6      were already living there.

7           Q.   In Norway, you mean?

8           A.   Yes.  I think so.  I think that

9      that's the case, yes.

10          Q.   And is there anybody that you could

11     contact that would know that information?

12          A.   I could contact the kids, I guess,

13     and Hilde.

14          Q.   Okay, and you said you tried to talk

15     with Hilde.  Did you talk with anybody else about

16     who was living in the house and when?

17          A.   We were all living in the house off

18     and on in that house from the moment it was, you

19     know, built.  My father -- my father and mother,

20     my mother had this accident.  My father hated

21     staying there.  My mother hated staying there

22     because she was afraid to, so whenever anybody

23     was in town, they stayed there.

24          Q.   Wait.  The "theres" are getting a

25     little bit confusing.  When you said they hated

Page 94

1                    N. Hovnanian

2    staying there, you meant the 500 Navesink.

3              A.   500.

4              Q.   Okay.

5              A.   500.

6              Q.   Now, during what times have you lived

7    at 500 -- have you or your family lived at 500 --

8    520 Navesink for more than a month, meaning --

9              A.   For more than a month?  Practically

10   every summer.  Practically every summer and

11   Christmases and sometimes in October or November

12   for the kids' October breaks, and when my mom was

13   there.

14             Q.   And sick.

15             A.   And my dad.  Huh?

16             Q.   When your mom was there and sick or

17   just your mom was in the house in general?

18             A.   She was there, and she was there

19   sick.

20             Q.   Okay.  You had mentioned in your

21   interrogatory a friend named Tatiana.  What is

22   Tatiana's last name?

23             A.   I don't know.  She was staying in the

24   house.  In the guest house.  Sorry.

25             Q.   All right, so your response to the

Page 95

1                        N. Hovnanian

2      interrogatory when I asked who has resided in the

3      house, you said a friend of mine, Tatiana, is

4      staying there to help with --

5              A.   Well, she's my nephew's friend, and

6      by virtue of me being there --

7              Q.   Do you have her phone number or

8      e-mail address?

9              A.   No, I do not.

10             Q.   Okay, and did you ask her to pay any

11     sort of rent?

12             A.   I think my nephew did or to pay the

13     utilities at least.

14             Q.   Has she?

15             A.   I don't know.  I told him that, you

16     know, if she paid them, that he could keep it.

17             Q.   And I'm assuming this is Vahak,

18     Shant's son's girlfriend?

19             A.   No.

20             Q.   Okay.  Who is --

21             A.   Not a girlfriend.

22             Q.   Okay.  Friend who is a girl?

23             A.   Just a friend.  She was having

24     problems apparently with her father, and so Vahak

25     suggested that she move in briefly with -- into

Page 96

1                          N. Hovnanian

2     the guest house, and there was flooding in the --

3     she helped clean it up.  That kind of stuff.

4          Q.   Okay.  Could you ask Shant, as

5     settlor of the trust, who has resided and when in

6     the -- or could you have asked Shant about who

7     resided at the house and when he's lived there?

8          A.   I can ask him when he's stayed there.

9          Q.   Have you?

10         A.   No.  Not specifically.  I think --

11    actually I think that I gave you -- I think I

12    gave you his stamps for his passport.

13         Q.   Yes.

14         A.   Okay.

15         Q.   Are you saying that when he came to

16    the U.S. during those interim periods when he was

17    in --

18         A.   He may have -- well, he may -- in the

19    interim periods he may have stayed there or he

20    may have traveled again, I don't know, but that

21    was sort of an idea of what his traveling was,

22    which was quite extensive.

23         Q.   Okay.

24              MR. KUNOFSKY:  Let's take a

25              five-minute break.

Page 97

```
 1                    N. Hovnanian
 2              THE WITNESS:  Okay.
 3              THE VIDEOGRAPHER:  We are going off
 4         the record.  The time is 12:15 p.m.
 5              (Recess taken)
 6              THE VIDEOGRAPHER:  We are back on the
 7         record.  The time is 12:24 p.m. Eastern
 8         Time.
 9    BY MR. KUNOFSKY:
10         Q.   Okay.  I'd like to -- we briefly
11    mentioned -- you understand you're still under
12    oath, correct?
13         A.   Yes.
14         Q.   Okay, and did you talk with anybody
15    during the break other than me?
16         A.   Yes.
17         Q.   Did you talk about a privilege?
18         A.   No.  I asked John how I was doing,
19    and he said you were doing fine, and he said
20    you're telling the truth, and you can't do
21    anything other than that, and that's that.
22         Q.   Okay, so the Pachava bank account was
23    originally UBS and then switched over to Morgan
24    Stanley.  Do you know why it was switched from
25    UBS to Morgan Stanley?
```

Page 98

1                         N. Hovnanian

2            A.   No.

3            Q.   Is there anybody you could have

4       asked?

5            A.   I asked, and no one had -- I asked

6       the people at Morgan Stanley, and they said they

7       didn't know.

8            Q.   Okay.

9            A.   And I asked -- I asked Read.  He

10      didn't know.  I asked Karen.  She didn't know.

11      And that was it.  I didn't know.  I mean -- and I

12      tried to get the bank records, and there were

13      none.

14           Q.   From UBS or Morgan Stanley?

15           A.   From UBS.

16           Q.   Okay.

17           A.   I think.  I don't know if I did.

18           Q.   Did you ask --

19           A.   Or I asked them --

20           Q.   Did you ask Shant about why the bank

21      accounts changed from one to the other?

22           A.   No.

23           Q.   Okay.  Why not?

24           A.   He has nothing to do with the trust,

25      so why would I ask him?

Page 99

1                          N. Hovnanian

2              Q.   Okay, and briefly, the bill -- we

3      talked about the bills associated with the house.

4              A.   Yes.

5              Q.   All right, so there's the utilities?

6              A.   Yes.

7              Q.   Electric, water.

8              A.   Yes.

9              Q.   Okay.  What are the average utilities

10     for the house?

11             A.   It depends if it's occupied or not.

12             Q.   All right.

13             A.   When it's occupied, the guest house

14     is about anywhere from 95 to 140.

15             Q.   Okay.

16             A.   And the main house is anywhere from,

17     I don't know, 650 to 1200.

18             Q.   Okay.

19             A.   Depending on the season and the

20     occupation and --

21             Q.   And real estate taxes is another --

22             A.   Are obscene.

23             Q.   What are those right now?

24             A.   110, around.  102, 110.  Something

25     like that.

Page 100

                              N. Hovnanian
1
2          Q.   How often?
3          A.   How often?  Yearly.  Yearly.
4          Q.   Okay.
5          A.   Not monthly.
6          Q.   $102,000 per month is what you're
7     saying, or per year.  Sorry.
8          A.   No.
9          Q.   Okay.
10         A.   Annual.  Annually.
11         Q.   Okay.  Okay.  And has anybody paid
12    the utility bills other than the trust?
13         A.   I don't recall.
14         Q.   You mentioned Tatiana earlier.  Did
15    Vahak collect any money from her to pay
16    utilities?
17         A.   I have to -- I have to ask him.
18         Q.   Okay.
19         A.   He never -- I told him it was okay,
20    but he didn't say whether -- what happened.
21         Q.   Okay.  Do you know if she's still
22    living there?
23         A.   No, she's not.
24         Q.   Okay, and you said you have cameras
25    throughout the house?

Page 101

1                        N. Hovnanian

2            A.   Yes.

3            Q.   Okay.  Can you tell when people are

4       living -- how often do you check those cameras?

5            A.   Pretty often.  There is a big fat

6       raccoon right now.  I mean there was right before

7       this --

8            Q.   In the house?

9            A.   Really -- not in the house.  At the

10      doorstep.

11           Q.   Okay.  That's fine.  If it was in the

12      house, I'd have more questions.

13           A.   No.  No.  No.  No.

14           Q.   When were the cameras installed?

15           A.   Starting last -- wait.  We're in 2021

16      now.

17           Q.   Yes.

18           A.   In the fall of -- in the late summer,

19      fall of 2019.

20           Q.   Okay.

21           A.   And then adding more and more as we

22      went along.

23           Q.   Why did you add the cameras?

24           A.   Because the house is more or less

25      unoccupied.

Page 102

1                          N. Hovnanian

2             Q.   Okay, and you wanted --

3             A.   For safety.

4             Q.   -- to keep an eye on it?

5             A.   Right.

6             Q.   Okay.  The utilities are in Vahak

7        Hovnanian's name.

8             A.   I know.

9             Q.   Why is that?

10            A.   Well, the bills are getting paid, and

11       they have been getting paid.  I just haven't --

12       to tell you the truth, I haven't done it.  I

13       haven't done the change.  I'm always like, oh, I

14       have to do that, I have to do that, but I

15       haven't.  And it wasn't done before, because I

16       guess the bills were getting paid.

17            Q.   Okay, and did you talk with Hilde and

18       Peter, the former trustees, about why the bills

19       were not getting paid or why the bills were still

20       in Vahak's name?

21            A.   Because the bills were getting -- I

22       always get the same answer.  The bills are

23       getting paid.

24                 (Pachava Exhibit 9, Document Bates

25                 stamped USAPROD 567 through USAPROD 649,

Page 103

1                         N. Hovnanian

2              was so marked for identification, as of

3              this date.)

4              Q.   Okay.  I'd like to turn to Pachava 9,

5       and I'm going to show it to you, read off the

6       pages, and then we'll talk about this.  All

7       right, so Pachava 9 starts on Bates USAPROD

8       567 --

9              A.   Wait a second.

10             Q.   -- through USAPROD 649.

11             A.   Okay.  Hold on.  There we are.

12             Q.   Are these the records -- these are

13      the records that were sent from New Jersey

14      Natural Gas to the IRS.  Do you see these

15      records?  On your screen do you see them?

16             A.   Yes.

17             Q.   Okay.

18             A.   I see one page.  February 22nd, 2017.

19             Q.   Okay, and that -- okay.  If you look

20      at the next page, page USAPROD 568 --

21             A.   Okay.

22             Q.   -- does this show payments by a

23      credit card?

24             A.   Yes.

25             Q.   Okay, and whose e-mail is that,

```
1                    N. Hovnanian

2       sh@hiops.com?

3            A.   Oh, that's Shant's e-mail.

4            Q.   Okay, and does it show payments in

5       2016 on this New Jersey Natural Gas account?

6            A.   Yes.

7            Q.   Okay.

8            A.   But I don't know whose credit card

9       that is.

10           Q.   Okay, and then if we go to page 4, it

11      has the payor name for two payments, and who does

12      it list as the payor's name?

13           A.   Shant.

14           Q.   Do you know why he was making those

15      payments?

16           A.   I don't know.

17           Q.   Okay.

18           A.   I don't -- this is before my time.

19           Q.   Yes.

20           A.   Certainly before my time.

21           Q.   Just before your time, so you can't

22      tell from -- could you have asked Peter or Hilde,

23      the former trustees, why these payments were

24      being made?

25           A.   I don't know that I knew that they
```

Page 105

1                     N. Hovnanian

2     were being paid by him.

3             Q.   And then if we look at page, sorry,

4     571 -- sorry.  I'm not good at manipulating the

5     pages here.  Does it show the account ID is for

6     Vahak Hovnanian?

7             A.   Yes.

8             Q.   And do you recognize this bank

9     account at UMB NA Bank?

10            A.   No, I don't.

11            Q.   Okay.  Sorry.  Okay, let's look at --

12    is there any reason to think Shant did not pay

13    that utility bill, given what you just saw?

14            A.   Frankly, I'm surprised.

15            Q.   Okay.  I'm going to do the same thing

16    with what I've marked as Pachava 10, and this is

17    the FirstEnergy response to an IRS subpoena for

18    records, and it goes from page 688 to 718 of

19    USAPROD.

20            A.   Um-hum.

21            Q.   Okay, and -- sorry.  I'm going to --

22    I'll rotate the page so you can actually read

23    what's there.

24            A.   Okay.

25            Q.   Does this look like the records for

1                    N. Hovnanian

2       the electrical bill for the house?

3            A.   I guess.

4            Q.   Okay, and it shows the account name

5       is in the name of Vahak S. Hovnanian.  That's

6       your dad, not your nephew, right?

7            A.   Right.

8            Q.   Okay.  On the next page it lists the

9       service address as 520 Navesink River Road.

10      That's the house, right?

11           A.   Um-hum.

12           Q.   Yes?

13           A.   Yes.  Correct.

14           Q.   And it lists the mailing address as

15      1 Dag Hammarskjold.

16           A.   Yes.

17           Q.   That's the Village Mall, correct?

18           A.   Yes.

19           Q.   Okay, and what e-mail address is

20      associated with the account?

21           A.   I don't find it.  Where is it?  It

22      says Paris Hovnanian, wife.  Oh, there it is.

23      Shant's.

24           Q.   Okay.  Sorry.  Okay, and are you

25      aware there are also electrical payments --

Page 107

1                    N. Hovnanian

2      payments of the electrical bills from a Speedus

3      account?

4           A.   Well, that is probably better

5      explained because Speedus is -- my mom loaned

6      money to Speedus, and in repayment to that --

7           Q.   Okay.

8           A.   -- they may have been.

9           Q.   Okay.  I want to go through the kind

10     of history of the appointments here for the

11     Pachava Trust.  Was Hilde the initial trustee of

12     the trust?

13          A.   According to the documents you showed

14     me, yes.

15          Q.   Okay, and she was married to Shant at

16     the time she became trustee?

17          A.   Yes.

18          Q.   Okay.  Other than being the settlor

19     of the trust, did Shant have any role with the

20     trust when Hilde was trustee?

21          A.   I don't think so.  Doubtful.  Hilde

22     is -- she's a smart cookie.  I mean she's a

23     banker.

24          Q.   Did Shant or his companies make any

25     transfers to the trust?

Page 108

1                    N. Hovnanian

2          A.    In the thing that you sent me as a

3     sample --

4          Q.    Yes.

5          A.    -- it showed that Zargis made a

6     payment for the real estate taxes.

7          Q.    Yes.

8          A.    That's not Shant though, that's

9     Zargis, and Zargis is a subsidiary of Speedus

10    that owes money to my mother, so...

11         Q.    And has the Pachava Trust made any

12    payments to HovSat or any of the Hovnanian

13    companies?

14         A.    I made a few of these kinds of things

15    over the summer, because we were redoing the --

16    we were redoing the parking lot for the Village

17    Mall.

18         Q.    Okay.

19         A.    So I can't recall specifically, but I

20    think there was some, you know, like transfers or

21    payments in place of.  That kind of thing.

22         Q.    Do you know --

23         A.    It's the same beneficiaries, so I

24    loaned from one trust to the other.

25         Q.    Your children --

Page 109

1                     N. Hovnanian

2          A.   Or I did a consulting thing from one

3     to the other.

4          Q.   Okay.   What do you mean when you say

5     consulting thing?

6          A.   Well, Hovbilt was consulting Pachava

7     on reconstruction, and Pachava was paying them

8     for the reconstruction.

9          Q.   Now --

10         A.   Or for consulting.

11         Q.   -- Hovbilt was bankrupt.   Who were

12    you working with?

13         A.   Hov --

14         Q.   Hovbilt was bankrupt.

15         A.   HovSat.   HovSat.

16         Q.   No.   Hovbilt went through bankruptcy.

17         A.   Right.

18         Q.   Who were you --

19         A.   But HovSat -- HovSat was managing the

20    Village Mall.

21         Q.   Right, but you just said that you

22    consulted with Hovbilt.   Was that just a --

23         A.   Sorry.   It's a mistake.

24         Q.   Too many Hov companies.   It happens.

25         A.   Yes.   I think so.

Page 110

N. Hovnanian

1

2      Q.   Okay.  In 2014, before your time,

3   were there any payments --

4      A.   Yes.

5      Q.   -- made from Pachava to HovSat?

6      A.   You answered your question.  That was

7   before my time.

8      Q.   Okay.  As the 30(b)(6) representative

9   for the Pachava Trust, did you look into times

10  before your appointment to see what was going on

11  with distributions or payments out of HovSat or,

12  sorry, Pachava?

13     A.   No.

14     Q.   Okay.  Is there anybody who you could

15  have talked to about that topic?

16     A.   No.

17     Q.   Okay.

18     A.   Hilde was in charge then, and we

19  weren't really on speaking terms.

20          (Pachava Exhibit 37, Document Bates

21          stamped Morgan Stanley 1412 through 1415,

22          was so marked for identification, as of

23          this date.)

24     Q.   Okay.  All right.  I'd like to show

25  you what I've marked as Government's Exhibit 37

```
 1                    N. Hovnanian
 2     or file name Pachava 37, and it goes from page
 3     Morgan Stanley 1412 through 1415.  Do you see
 4     this document?
 5          A.   Yes.
 6          Q.   Okay.
 7          A.   Oh, wait.  Let me see this.
 8               Okay.
 9          Q.   Do you know who Jennifer McLaughlin
10     is?
11          A.   Yes.
12          Q.   Okay.  Who is she?
13          A.   She is the banker at Morgan Stanley.
14          Q.   And she's the banker for the Pachava
15     Trust?
16          A.   Yes.
17          Q.   Okay, and she sent an e-mail to Hilde
18     on January 21, 2014.  Do you see that?
19          A.   Yes.
20          Q.   Okay, and it says "Hi, Hilde and
21     Shant, I received the signed letter.  Thank you.
22     Dawn Rylyk in the Middletown office was on
23     vacation.  She provided me a paid off due of
24     26,503.  This has been issued as a certified
25     check from the Pachava Asset Trust."
```

Page 112

1                        N. Hovnanian

2                  She's discussing --

3         A.    Okay.  Is that a problem?

4         Q.    She's discussing the real estate

5    taxes for the Pachava Trust, correct?

6         A.    Correct.  I guess.  I'm assuming.

7         Q.    Why does she say "Hi Hilde and

8    Shant"?

9         A.    Because, to my recollection, they

10   were living in Norway together, and Jennifer

11   knows them personally, so I guess she took the

12   opportunity to say hello to both of them.

13        Q.    Okay.

14        A.    It says "Hi Hilde and Shant."

15        Q.    Yes, and then there is confirmation

16   that they had the payment, and then Shant says,

17   and I believe this is a typo, "Jen," and I think

18   he means "any luck on this," and below that said,

19   there's an e-mail address jetSSH@jetio.  That's

20   Shant's e-mail, right?

21        A.    Yes.  It was.  I think -- I don't use

22   that anymore.

23        Q.    Okay.  That's the e-mail address I

24   believe you gave me.  Do you have a better e-mail

25   address?

Page 113

1                    N. Hovnanian

2          A.   That's the one I gave you?

3          Q.   I think so.

4          A.   Okay.  I can't remember.

5          Q.   Do you have a better --

6          A.   Okay.

7          Q.   -- Shant e-mail address you use from

8     right now?

9          A.   I call him.

10         Q.   Okay.  On January 29th, 2014 did

11    Shant say "Can you transfer 9K to HovSat and 750

12    to Vahak?"

13         A.   Okay.  You know what?  I have no idea

14    about that stuff, because --

15         Q.   That's fine.  I'm just asking you is

16    that what it says?

17         A.   Yes.

18         Q.   And then --

19         A.   Okay.

20         Q.   -- does Jennifer say ultimately, "I

21    will execute the wires."  She says that in

22    response, right?

23         A.   Yes.

24         Q.   And then --

25         A.   Are you sure that this is from

Page 114

1                    N. Hovnanian

2    Pachava, or maybe his own account.

3          Q.   All right.  You see where it says at

4    the top, "Please find the reference number below

5    for the $9,000 wire to HovSat at (inaudible)

6    Federal Credit Union," and it says 1/30/2014?

7          A.   Yes.

8          Q.   There is a transfer on 1/30/2014 from

9    Pachava --

10         A.   Um-hum.

11         Q.   -- to HovSat.

12         A.   Um-hum.

13         Q.   (Inaudible) Shant?

14         A.   I have no idea.  Again, this wasn't

15   my time.

16         Q.   Okay, so during that time it appears

17   that Shant could have funds sent out of the trust

18   to another Hovnanian company?

19         A.   I have no comment about that.  I mean

20   this is the first time I'm seeing this.

21         Q.   Do you have any reason to think that

22   this -- if you have no comment on it, is there

23   any reason to think that there is -- no comment

24   is fine.  Is there any -- well, that's fine.

25         A.   I mean --

Page 115

          N. Hovnanian

1

2     Q.   Okay.  Let's look at Pachava 11, and

3  this -- this is a Morgan Stanley document

4  starting on page 6690 through 6691, correct?

5     A.   I don't know those numbers, but it

6  says "Important notice to recipients," and it

7  says Morgan Stanley.

8     Q.   Okay.

9     A.   Wait.  Let me see, and what is the

10  date on this?

11     Q.   It is January 31st, 2014.

12     A.   Okay.  You know what my answer is for

13  this.

14     Q.   Let's just go through it really

15  quick.  It won't take very long.  This is Karen

16  Gandolfo writing to Jennifer McLaughlin?

17     A.   Pardon me?

18     Q.   Jennifer -- sorry.  Karen Gandolfo is

19  writing to --

20     A.   Yes.

21     Q.   -- Jennifer McLaughlin here, correct?

22     A.   Oh, well, I only see "Hello, Shant

23  asked me."  I don't see --

24     Q.   I'm sorry.

25     A.   -- who she addressed it to.

Page 116

                        N. Hovnanian

1

2          Q.   I'll zoom up a little.  Do you see

3     that on page 6690, Karen Gandolfo --

4          A.   Yes.  I do see it.

5          Q.   Okay, and it says "Hello, Shant asked

6     me to give you this information.  He'd like to

7     pay JCP&L for the main and guest house at

8     520 Navesink."  JCP&L is New Jersey Power and

9     Light?

10         A.   Jersey -- yes.  Yes.

11         Q.   And Hilde is instructing that

12    Shant -- she's instructing the bank to make a

13    transfer on behalf of the trust at Shant's

14    direction.

15         A.   Yes.  I want you to remember that

16    Speedus owed money to my mother, and she

17    transferred those loans to, you know, everything

18    that belonged to her went into the trust, so that

19    payoff was Speedus probably.  It was -- I don't

20    know.  I don't know what -- frankly, I don't know

21    what this is.

22         Q.   So --

23         A.   You have to ask Karen.  Ask Karen.

24    Ask Jennifer.  This is before my time.

25         Q.   Okay.

Page 117

```
 1                    N. Hovnanian
 2          A.   Okay?
 3          Q.   You can't answer --
 4          A.   Do me a favor.  Anything before my
 5      time, don't ask me.
 6               MR. KUNOFSKY:  John.
 7               MR. HANAMIRIAN:  Well, I mean -- yes.
 8               I mean he can -- has to be able to ask
 9               you, Nina.  That's all.  I mean you've
10               just got to -- I don't know.
11               THE WITNESS:  I mean he's asking me
12               an opinion on something I know nothing
13               about.
14               MR. HANAMIRIAN:  Well, it's just a
15               history of the trust administration,
16               that's all, so just say you don't know.
17               If you don't know, you don't know.
18               THE WITNESS:  Okay.
19          A.   I don't know.
20               MR. HANAMIRIAN:  That's all.
21          Q.   Is there anybody -- and as the
22      30(b)(6) representative of the trust, is there
23      somebody that you could have asked to know these
24      answers and be prepared for today?
25          A.   As far as -- I spoke with John, and I
```

```
1                    N. Hovnanian
2      said I found all the documents, you know, that I
3      found, and I looked through them all the time.  I
4      asked Read, and I was assured that nothing was
5      paid from Shant, so this has taken me by
6      surprise, and I don't know what it is.  I don't
7      know what it is.
8              Q.   Okay.
9              A.   I'm sure there is an explanation for
10     it.
11             Q.   All right.  I'd like to show you --
12     could one of those explanations be Shant had some
13     control over the trust before you got involved?
14                  Okay, wait.  Let's pause on this
15     moment for a second.
16             A.   Okay.
17             Q.   Could one of those explanations be
18     Shant had some control over the trust before your
19     involvement?
20             A.   I don't know.
21             Q.   If you don't know what was going on
22     beforehand, is it possible that Shant had some
23     control, given those e-mails that took you by
24     surprise today?
25             A.   Again, my answer is I don't know.  I
```

```
 1                    N. Hovnanian
 2   don't know.  And I also said I'm sure there is an
 3   explanation for it.  Unfortunately, I don't have
 4   it.  You have to ask Hilde.  She's communicating
 5   with Hilde.  She's communicating with Karen.  Ask
 6   them, please.
 7         Q.   Okay.  One of the -- and sitting here
 8   today, you cannot, you will not answer if it's
 9   possible that one of those explanations is Shant
10   had some control over the trust?
11              MR. HANAMIRIAN:  Ari, it's not that
12         she won't answer.  She's answered you
13         twice.  This is the third time.  She said
14         she doesn't know.
15              MR. KUNOFSKY:  Okay.
16              MR. HANAMIRIAN:  The third time is
17         not a charm.  She doesn't know.
18              MR. KUNOFSKY:  Okay.
19              (Pachava Exhibit 38, Document Bates
20         stamped Morgan Stanley 11261 through
21         11262, was so marked for identification,
22         as of this date.)
23         Q.   All right.  Let's look at this
24   e-mail.  Jennifer -- and this is from -- this is
25   United States or, sorry, Pachava Exhibit 38, and
```

Page 120

 1                      N. Hovnanian

 2      it goes from page Morgan Stanley 11261 to 11262,

 3      e-mail before your time, and it says "As per our

 4      conversation, all available cash has been

 5      transferred to HovSat."

 6                 Now, I will tell you this is about

 7      the Pachava Trust and the transfer of assets from

 8      Pachava to HovSat.  Why would the trust transfer

 9      all of its available cash to HovSat?

10           A.   I don't know what Sito is.  I don't

11      know --

12           Q.   It's a stock.

13           A.   -- any of -- okay.  Well, I don't

14      know.

15           Q.   And NOK is --

16           A.   And this is between -- and Hilde is

17      the trustee, and she's doing this, so --

18           Q.   Okay.

19           A.   -- this means nothing to me.  I mean

20      it means that Hilde was doing something.

21           Q.   Okay.  Okay, Shant here is in this --

22      sorry.  This is page 11472 of the Morgan Stanley

23      documents.

24           A.   Um-hum.

25           Q.   In this document Shant asks for

Page 121

1                    N. Hovnanian

2    Vahak's wire info.  Thanks Shant.  And Jennifer

3    McLaughlin provides a Wells Fargo Bank account to

4    Vahak Hovnanian, the account holder.  I'm not

5    going to read the account number online, and the

6    account address is there at 520 Navesink.  Is

7    that Shant's son or Shant's dad?

8          A.   I think it's his -- I'm not sure, but

9    I think it's -- it could be dad.  I don't know --

10         Q.   Okay.

11         A.   -- again.  It could be his son.  This

12   is 2014.  It could -- it's probably his son, but

13   again, I don't know.

14         Q.   Okay.  Now, let's look at -- here is

15   an e-mail.  It's page Morgan Stanley 5100.  Karen

16   sends an e-mail to Hilde.  Shant said to send

17   this to you.  It's a bill for the fire alarm --

18   for -- sorry, for the alarm system in the house.

19   Typo.  It get billed yearly.  This bill is for

20   2/1/14 to 1/3/15, and then 520 NRR alarm invoice

21   is the subject line.  Do you see that?

22         A.   Yes.

23         Q.   And Karen Gandolfo's e-mail address

24   is KSG@jet.io?

25         A.   Um-hum.

Page 122

1              N. Hovnanian

2         Q.   And Hilde's e-mail is

3    HildeHov@gmail.gov?

4         A.   Um-hum.

5         Q.   So if you got an e-mail from Hilde or

6    from Karen from those addresses, you'd think it

7    was them?

8         A.   I think so, yes.

9         Q.   5/20 --

10        A.   I don't know.  Hilde may have changed

11   hers.

12        Q.   Okay, but at the time

13   HildeHov@gmail.com --

14        A.   Yes.  Yes.  Yes.

15        Q.   Okay.  Again, I'm just trying to make

16   a clean record here.  I'm not -- no trick

17   questions here.

18        A.   No.  I know.  It's --

19        Q.   So --

20        A.   Can I just say --

21        Q.   Yes.

22        A.   -- that it's Karen saying to Hilde

23   that this bill goes to the house.

24        Q.   Right.

25        A.   And Hilde is in charge of the house.

Page 123

1                    N. Hovnanian

2          Q.    And who did Karen --

3          A.    So --

4          Q.    -- say said that?

5          A.    Karen works for Speedus, and Shant is

6     the CEO of Speedus.

7          Q.    Right.

8          A.    And so she tells him, oh, I got all

9     these bills, and he says, oh, yes.  That one

10    belongs to the house, give it to Hilde.

11         Q.    Okay.  How does he know what belongs

12    to the house versus --

13         A.    Huh?

14         Q.    How does he know what belongs to the

15    house?

16         A.    Because it doesn't belong to the

17    mall.

18         Q.    Okay, and if the underlying bill said

19    ShantHov@520Navesink, do you think that would --

20         A.    That he would know.

21         Q.    -- be Shant Hovnanian?  What?

22         A.    Where, show me that.  Show me the

23    underlying bill.

24         Q.    It's the next page of the production,

25    and I unfortunately did not print it off into my

Page 124

```
 1                    N. Hovnanian
 2    exhibits.
 3           A.   Okay.  Then, well, when you do, you
 4    can send me a copy.
 5           Q.   Okay.  Your counsel has a copy.  If
 6    the bill says ShantHov@520Navesink, why would it
 7    say that for the house?
 8           A.   I don't know.
 9           Q.   Okay.  Is it possible that it could
10    say that because Shant was living and using the
11    house and treating it as his?
12           A.   It's possible that it said that
13    because my mom and my dad were elderly.  I don't
14    know.
15           Q.   Okay, but you don't know?
16           A.   I don't know.
17           Q.   Okay.
18           A.   I don't know.  Again, it's before my
19    time.
20           Q.   Okay.  When did Hilde resign?
21           A.   I'm thinking that she resigned at the
22    time of the divorce.
23           Q.   Okay, and I believe earlier you said
24    that was around 2015?
25           A.   Yes.  The divorce was in 2015.
```

Page 125

1                    N. Hovnanian

2          Q.   Does there need to be a written

3    record of her resignation or revocation of her

4    status as trustee?

5          A.   I don't know.

6          Q.   Okay.  Did she resign because of the

7    divorce?

8          A.   I am assuming that, yes.

9          Q.   Okay, but there is no letter or

10   e-mail like we have with Peter?

11         A.   I don't think I came across one.

12   Maybe Peter has an e-mail from her.  I don't

13   know.

14         Q.   Okay.  Have you asked Peter for that

15   e-mail?

16         A.   No, I haven't.

17         Q.   You haven't?

18         A.   No, I haven't.

19         Q.   Why not?

20         A.   Does that make me a bad trustee?

21         Q.   It may be --

22         A.   I have --

23         Q.   -- in response to discovery.  I mean

24   I don't want you to take this lightly.  We've

25   been spending a while trying to get these

Page 126

1                       N. Hovnanian

2      records, and so any --

3              A.   Did you specify that you wanted

4      Hilde's resignation e-mail or letter?

5              Q.   I believe we did.

6              A.   Uh-oh.  Sorry.

7              Q.   When asking for the records, did

8      you --

9              MR. HANAMIRIAN:  Excuse me.  Excuse

10             me just one minute.  We don't know even if

11             it exists, right?  We're still speculating

12             about whether it exists, aren't we?

13             THE WITNESS:  Yes.

14             MR. HANAMIRIAN:  Before we get to a

15             discovery issue, I mean maybe we can

16             determine whether it exists or not.

17             MR. KUNOFSKY:  Okay.  I can give you

18             guys -- I mean I think we're --

19             A.   I mean I asked -- again, I asked

20     Hilde for everything that, you know, she had, and

21     she said she has nothing.  And it was a long time

22     ago.  She doesn't remember.

23             Q.   And did you ask --

24             A.   So --

25             Q.   -- Peter for everything?

Page 127

```
 1                    N. Hovnanian
 2          A.   I did.
 3          Q.   Okay.  If you've asked Peter for
 4   everything --
 5          A.   I said what do I need, and he said
 6   don't worry about it.
 7          Q.   Did Peter give you anything other
 8   than --
 9          A.   I have the resignation letter.
10          Q.   His resignation letter?
11          A.   Yes.
12               (Pachava Exhibit 14, Document Bates
13               stamped Morgan Stanley 9361 through 9364,
14               was so marked for identification, as of
15               this date.)
16          Q.   Okay.  Okay, I'd like to show you
17   what I've marked as USA 14.  It's a four-page
18   e-mail, and my mouse is not behaving, and it
19   starts on page Morgan Stanley 9361 and goes
20   through page 9364.
21          A.   Okay.
22          Q.   Okay, and I'd like to go to -- sorry,
23   somebody is calling me.
24               All right, and this is an e-mail from
25   Jennifer to, I can't tell whom.  Ah, here we go.
```

Page 128

                         N. Hovnanian

1

2     Jennifer to Shant, and it says -- sorry, from

3     Jennifer, and it says "Good afternoon, Shant and

4     Karen.  Nice to hear from you.  I did enjoy the

5     4th long weekend.  Thanks.  I hope you did also.

6     Please send the 2014 tax and the 1099's."

7               Those are tax forms, right?

8          A.   Um-hum.

9          Q.   Right, and then it goes through some

10    stuff, and then at the very end it says "Also on

11    another note, I learned Hilde, the trustee" --

12         A.   Okay, so?

13         Q.   -- "that the cash balance in Pachava

14    was 86274.  I think there are bills set up, so I

15    want to bring it to your attention."

16         A.   Okay.

17         Q.   Does that kind of look like they are

18    running low on cash in the trust?

19         A.   Right.

20         Q.   Why is she bringing it to Shant's

21    attention that the trust is running low on cash?

22         A.   Well, I don't know, to tell you the

23    truth.

24         Q.   Okay.

25         A.   I don't know.  I don't know.

Page 129

1                         N. Hovnanian

2          Q.    And earlier you said Shant wasn't

3     making any contributions.

4          A.    Look, they may -- well, not that I

5     knew of.  I don't know about this stuff.

6          Q.    Okay.

7          A.    And also --

8               MR. HANAMIRIAN: And also, Nina, Nina,

9          wait.  Nina, wait a second.  I mean just

10         be careful, because, and again I'm not --

11             Ari, I'm being very careful not to

12         suggest anything.

13             But if you really -- if you don't

14         know, we've talked about this, don't

15         guess, because --

16             THE WITNESS:  Okay.

17         A.    I don't know.

18             MR. HANAMIRIAN:  -- you're going to

19         be held to the guess, so either you know

20         or you don't.

21             THE WITNESS:  Okay.

22         A.    I don't know.

23             MR. KUNOFSKY:  Counsel, I understand

24         you're trying to be careful, but you can't

25         coach, and I think that that would

Page 130

1                      N. Hovnanian

2        constitute coaching, saying don't guess

3        during -- while --

4            MR. HANAMIRIAN:  Well, I think it's

5        part of the instruction, isn't it?  Don't

6        you instruct people not to guess at

7        answers when you start depositions?

8            MR. KUNOFSKY:  I said if they need to

9        guess or make an estimate, they should do

10       so, but I don't think it's your

11       position -- if you have a valid objection,

12       raise it, but otherwise she needs to

13       answer the question.

14           MR. HANAMIRIAN:  You tell people to

15       guess?  Is that what you said?

16           MR. KUNOFSKY:  I say if they needed

17       to give me an estimate or a guess, that's

18       okay.

19           MR. HANAMIRIAN:  Right.

20           MR. KUNOFSKY:  They can tell me they

21       are doing that.

22           MR. HANAMIRIAN:  Oh, yes, that's

23       fine.  That's what I was trying to say to

24       her.  That's fine.

25           MR. KUNOFSKY:  What I'm telling you

Page 131

1                        N. Hovnanian

2            is when you say don't guess, you stopped

3            her from answering a question.  It wasn't

4            to assert a privilege.  Please don't do

5            that again.

6                 MR. HANAMIRIAN:  Okay.  I don't agree

7            with you, but I hear what you're saying,

8            but I don't agree.

9                 MR. KUNOFSKY:  That's fine.

10           Q.   All right.  If you look at Shant's

11      response to Jennifer --

12           A.   Okay.  Show me.

13           Q.   Right above, so there is the Monday

14      e-mail that was first sent, and then Shant's

15      response was, "No need to alert her any further.

16      Will transfer sum in the a.m."

17           A.   Okay.

18           Q.   Does that look like Shant is about to

19      transfer money to the Pachava Trust?

20           A.   You know what?  I have to go onto

21      the -- I have to go into those things that you've

22      sent this morning.

23                Oh, here we go.

24           Q.   Does that make it -- is that easier

25      to read?

Page 132

1                        N. Hovnanian

2          A.   Yes.  Thank you.  It says "No need to

3     alert her any."  Um-hum.

4          Q.   So that looks like Shant was saying

5     do not alert Hilde anymore about the Pachava

6     Trust, and he will transfer funds in the morning.

7          A.   Um-hum.

8          Q.   Is that what that says?

9          A.   It says "Will transfer sum in the

10    a.m."  It doesn't say I will.

11         Q.   Okay.  And that's Shant's e-mail

12    address though?

13         A.   Correct, but it doesn't say I will.

14         Q.   Okay, and then the part before that,

15    the prior e-mail said, "I alerted Hilde, the

16    trustee, last week about the cash balance in

17    Pachava," and his response was "No need to alert

18    her any further," correct?

19         A.   Correct.  That's what it said.

20         Q.   Why was Morgan Stanley taking

21    instructions about the Pachava Trust from Shant?

22         A.   I have no idea.

23         Q.   Okay.

24         A.   That's my answer.  I have no idea.

25         Q.   Now, there are no e-mails about the

Page 133

1                          N. Hovnanian

2       Pachava Trust as far as between Morgan Stanley

3       and Hilde after this point.  Does this look like

4       the time when Hilde would have resigned or been

5       revoked in her status as trustee?

6              A.    Could be.  I don't know.

7              Q.    Okay.  Is Hilde currently the

8       trustee?

9              A.    Is she currently the trustee now?

10             Q.    Yes.

11             A.    Why are you asking me this question?

12             Q.    I mean I'm trying to get this -- if

13      you don't know when she resigned --

14             A.    She is not currently the trustee.  I

15      am currently the trustee.

16             Q.    Okay.  When was Peter appointed?

17             A.    He resigned on November 1st.  I

18      believe right after she resigned.  I don't know

19      when specifically.  I know that it was in --

20      right after she resigned.

21             Q.    Okay, did she resign in -- so if the

22      divorce was in 2015, this e-mail that says in

23      July 2015, "No need to alert her further," does

24      that look like about the time she resigned?

25             A.    It looks like it, but I can't confirm

Page 134

                         N. Hovnanian

1

2    it because I don't know.

3        Q.   Okay.  "Good morning," and this is an

4    e-mail from Morgan Stanley.  It goes from page

5    2635 to 2636, and is PJHHovHomes.com Peter

6    Hovnanian's e-mail address?

7        A.   Yes.

8        Q.   Okay, and it says "Good morning, Mr.

9    Hovnanian."  That's Peter, because that's who

10   it's to, right?

11       A.   Pardon me?  "Good morning, Mr.

12   Hovnanian," because that's Peter's last name too,

13   correct.

14       Q.   Correct, right.  I'm just trying to

15   clarify that, yes?

16       A.   Okay.

17       Q.   All right.  "As per my correspondence

18   with Shant, we understand that you have replaced

19   Hilde as trustee for the Pachava Asset Trust."

20   And then it goes on to say "Please fill out this

21   paperwork and have a brief call."  Correct?

22       A.   Yes.  It does say that.

23       Q.   Why were they corresponding with

24   Shant about the replacement trustee?

25       A.   I don't know.

Page 135

1                    N. Hovnanian

2          Q.   Okay, and during the year from

3    7/6/2015 through 8/2/2016, the 13 months, who was

4    in control of the trust during that time?

5          A.   I don't know.

6          Q.   Who was making decisions for the

7    trust at that time?

8          A.   I don't know.

9          Q.   Okay.  As a 30(b)(6) representative,

10   your answer is for a year, 13 months, you don't

11   know who was making the decisions for the trust?

12         A.   No, I don't know.

13         Q.   That should be yes, I don't know,

14   correct?  Sorry.

15         A.   Can you rephrase the question so I

16   can answer correctly?

17         Q.   I'll try.  As a 30(b)(6)

18   representative, your answer to who was in charge

19   of the trust during that year is I don't know?

20         A.   Correct.  I do not know.

21         Q.   Okay.  Is Peter Shant's cousin?

22         A.   Yes, he is.

23         Q.   Why was he chosen as the replacement

24   trustee?  Why not send it to --

25         A.   Because -- pardon me?

Page 136

1                          N. Hovnanian

2          Q.   Why not make you the trustee?

3          A.   Because he's there, and because he's

4    a trusted cousin, and we're family.

5          Q.   Okay.

6          A.   And I was busy taking care of my

7    father's business and my mom --

8          Q.   Okay.

9          A.   -- at this time.

10         Q.   Why is there no communications

11   between Peter and Morgan Stanley after this

12   e-mail?

13         A.   I don't know.

14         Q.   Okay, and as a 30(b)(6) witness, your

15   answer is I don't know?

16         A.   Correct.

17         Q.   If Shant did not have the authority

18   under the trust agreement, who had the authority

19   to replace the trustee or appoint a new trustee

20   under the trust?

21         A.   I don't know.

22         Q.   According to the Shant S. Hovnanian

23   Trust Agreement, it was the current trustee of

24   the trust.

25         A.   Okay.

Page 137

1                     N. Hovnanian

2          Q.   Why was Shant in this correspondence

3     about who would be replacing Hilde as the

4     trustee?

5          A.   I can't know that.

6               (Pachava Exhibit 16, Document Bates

7               stamped Morgan Stanley 4180 through 4182,

8               was so marked for identification, as of

9               this date.)

10         Q.   Okay.  I'm showing you what has been

11    marked as Pachava 16.  It goes from Morgan

12    Stanley 4180 to 4182.  Now, this is an e-mail

13    sent between the time that Shant said don't

14    contact Hilde and Peter's appointment, and is

15    Jennifer McLaughlin reaching out to -- sorry.

16    Let me get the first e-mail.  Reaching out to

17    Shant?  I can zoom out or zoom in if you need me

18    to.

19         A.   Okay.  I can -- I don't know about

20    this.

21         Q.   Okay.  Any reason to doubt that

22    that's Shant and Jennifer McLaughlin's e-mail?

23         A.   I have no idea what this is.  None

24    whatsoever.

25         Q.   Does it appear that the trust is --

Page 138

1                          N. Hovnanian

2       Morgan Stanley is reaching out to -- and I can

3       show you the whole e-mail if you need to see it

4       all.

5                A.   You know, you're showing me things

6       that I don't know about, and I can't say what it

7       appears to look like, because that's one of those

8       weird words.

9                Q.   Okay.

10               A.   So please don't ask me to guess.  I

11      don't know.

12               Q.   Okay.

13               A.   It's just a blanket I don't know.

14               Q.   Okay.  Is the e-mail subject line

15      "Bounced Check Coverage Pachava Asset Trust"?

16               A.   Yes, it is.

17               Q.   And Morgan Stanley is reaching out to

18      Shant.

19               A.   Yes.  I see that.

20               Q.   And Shant is responding about those

21      payments.

22               A.   Yes.  I see that.

23               Q.   Okay.  Who is Anthony --

24               MR. HANAMIRIAN:  I mean, Ari, I am

25               going to object a little bit here, and

Page 139

1                    N. Hovnanian

2          again it's not the usual course, but I

3          mean she can't -- if you're looking for

4          somebody to authenticate the document,

5          she's telling you she can't, and so are

6          you taking her through for that purpose?

7          If you are, I object.  If you're not --

8               MR. KUNOFSKY:  I'm authenticating --

9               MR. HANAMIRIAN:  If you're just

10         taking her through to see, I mean you're

11         saying, well, does the subject line say

12         this?  Well, the document is what it is,

13         right?  It's not hers.

14              MR. KUNOFSKY:  Counsel, you can

15         object to form of the question.  You can

16         assert a privilege.  She's the 30(b)(6)

17         witness.  She's --

18              MR. HANAMIRIAN:  Right.

19              MR. KUNOFSKY:  -- the only one you've

20         identified, and she's --

21              MR. HANAMIRIAN:  Right, but these

22         communications aren't between her and

23         anybody.

24              MR. KUNOFSKY:  You're saying --

25              MR. HANAMIRIAN:  Right?

Page 140

1                    N. Hovnanian

2          MR. KUNOFSKY:  -- she's talking about

3          issues, any issue before her appointment

4          she can no longer testify to?

5          MR. HANAMIRIAN:  No.  There is no

6          issue.  You're asking her to identify the

7          subject line of an e-mail that's not hers.

8          That's not an issue.

9          MR. KUNOFSKY:  Okay.  Your objection

10          is on the record.

11     A.    Sorry.

12     Q.    Do you know who Anthony Falcone is?

13     A.    Yes.

14     Q.    Who is he?

15     A.    He's our former accountant.

16     Q.    Who is the current accountant?

17     A.    I haven't gotten one yet, because

18  I've been stuck here.  I asked my nephew to find

19  one, and he said he couldn't, and then I asked

20  Read to reach out to Anthony to continue to do it

21  until I found one, and he said he just couldn't.

22  It was getting too much for him, and so he

23  resigned, but he promised that when I do find a

24  new one, he would help --

25     Q.    And then --

Page 141

                        N. Hovnanian

1

2       A.   -- get the person up to speed.  But I

3   have not -- to be honest, I haven't found one,

4   because I've been stuck in Armenia with this

5   COVID situation.

6       Q.   And you mentioned that he's our

7   accountant.  Who is he an accountant for?

8       A.   Pachava Asset Trust and also VSHPHH,

9   but we don't have anything there.

10      Q.   Anybody else?

11      A.   Not to my knowledge, no.

12      Q.   Okay, and I mean obviously --

13      A.   I mean I don't know.  I'm sure he has

14  tons of clients.

15      Q.   Right.

16      A.   I just know that he's Pachava's

17  client.  I mean accountant.

18      Q.   Got it.  Okay, here is an e-mail from

19  Jennifer to Anthony and Shant, and it goes from

20  page -- it's on page 3545 to 3546, and it says "I

21  am verbally confirmed and," sorry.  Going down,

22  The September 12th, 2016 will be the time before

23  Peter's appointment and Anthony Falcone reached

24  out to the trust -- to the Morgan Stanley to get

25  a --

Page 142

1                    N. Hovnanian

2          A.   No.  This is not before Peter's

3    appointment.

4          Q.   Peter was appointed --

5          A.   You said that -- from that document

6    you showed me --

7          Q.   Oh, you're right.  You're right.  He

8    was appointed on 8/2/2016.  I apologize.  And

9    Anthony Falcone reached out and said, "I'm

10   looking for the 2015 tax year end reports and

11   investments and the form 1099," and he copied

12   Shant but not Peter, is that correct?

13         A.   Yes.

14         Q.   And then Jennifer responded, "I have

15   verbally confirmed this request with Shant, and I

16   will fax over the request to inform you" -- "the

17   requested information within the hour."  Why was

18   she reaching out to Shant and not Peter?

19         A.   I don't know.

20         Q.   Okay.  All right.

21              THE VIDEOGRAPHER:  The time is

22         1:19 p.m.  We're off the record.

23              (Recess taken)

24              THE VIDEOGRAPHER:  We are back on the

25         record.  The time is 1:43 p.m. Eastern

1                    N. Hovnanian

2           Time.

3    BY MR. KUNOFSKY:

4           Q.   Okay.  Ms. Hovnanian, you understand

5    you're still under oath, correct?

6           A.   Correct.

7           Q.   While we were on break, you mentioned

8    that the Pachava house, you had earlier testified

9    that it had five houses -- five bedrooms, but in

10   actuality it has six bedrooms in total, correct?

11          A.   Correct.

12          Q.   Okay.

13          A.   That was the bedroom where the

14   caretakers of my parents stayed.  It's like in

15   the --

16          Q.   Okay, and when we were talking about

17   the times when Peter was in charge of the

18   house -- of the trust and Hilde was -- sorry.

19   When Peter and Hilde were the trustees -- let me

20   scratch that and try again.

21               When we were talking about Peter and

22   Hilde being trustees and Shant having some

23   activity in the trust, you testified to some

24   questions "I don't know."

25          A.   Correct.

Page 144

1                       N. Hovnanian

2          Q.   As the 30(b)(6) witness, have you

3     reached out to Shant to see if he had any

4     involvement in the trust?

5          A.   Recent -- I mean like just after we

6     spoke?  No, but I did, and he said no.  He said

7     no.  And the only thing I can imagine, and I'm

8     going out on a limb here, is Matthew and Mona

9     Schuster are personal friends of Shant's, so I

10    guess they may have assumed that Hilde was

11    divorced from him, so they wanted -- they wanted

12    to keep things going.  They reached out to him.

13    I don't know.  That's --

14         Q.   Okay.

15         A.   That's a guesstimate.  Don't hang me

16    for it.

17         Q.   Okay, but the short answer to the

18    question that I asked was you have not reached

19    out to anyone?  So you have not reached out to --

20         A.   No.

21         Q.   -- Shant about those --

22         A.   I asked Shant were you ever involved.

23    He said no.

24         Q.   Okay.  All right.  Can you also shift

25    more towards the center so we can get a good --

Page 145

1                    N. Hovnanian

2           A.   Okay.  Wait.

3                (Pachava Exhibit 4, e-mail dated

4           January 13th, 2017, was so marked for

5           identification, as of this date.)

6           Q.   There you go.  Okay, I'm going to

7    show you what has been marked as Pachava 4, and

8    this is page 1493, and this says that -- this was

9    a letter, an e-mail sent January 13th, 2017, and

10   dated -- and it says "This letter is to confirm

11   that as of November 1, 2016, I am no longer the

12   trustee of the Pachava Asset Trust."

13          A.   Um-hum.

14          Q.   Did I read it too quickly?

15          A.   No.  I can read that fast.

16          Q.   Okay, and it was sent to Jennifer

17   McLaughlin, who we talked about is at Morgan

18   Stanley, and Anthony Falcone, who as we talked

19   about is the trustee -- is the accountant for the

20   trust.

21          A.   Um-hum.

22          Q.   Do you know why this e-mail was being

23   sent on January 13th if Peter had resigned three

24   months earlier, two months earlier?

25          A.   No.  I don't know.

Page 146

                        N. Hovnanian

1

2      Q.   And then after Peter left, you were

3   appointed on November 20th, 2017.

4      A.   Um-hum.

5      Q.   Yes?

6      A.   Oh, yes.

7      Q.   Okay.  What happened during that

8   month, those roughly two months between

9   November 1st and December 20th?  Who was in

10  charge of the trust during that time?

11     A.   I don't know.

12     Q.   Okay.  Is it possible that Shant

13  could have been in charge of the trust during

14  that time?

15     A.   I don't know.  It's one of those

16  questions that, you know, I don't know.

17     Q.   Okay.  What steps did you take upon

18  your appointment as trustee of the trust?

19     A.   I tried to familiarize myself with

20  the trust, and I went to America.  Excuse me.

21  Let me just hang up my phone.  It's ringing.

22     Q.   Okay.

23     A.   Just one minute.

24          It hung up.

25     Q.   Okay, so the question was, what did

Page 147

1                    N. Hovnanian

2    you do to familiarize yourself, and you had said

3    you went to America, and then the phone rang.

4          A.   Oh, I started meeting with Read so

5    that he could read me into what I was responsible

6    for.

7          Q.   So William Read Rankin was telling

8    you what the trust -- was giving you instructions

9    about the trust?

10         A.   Yes.

11         Q.   And what did he tell you?

12         A.   He told me the whole history of his

13   relationship with my dad and my mom and that he

14   had worked with Shant and that dad wanted to

15   create these trusts, and then he told me all

16   sorts of stuff about the bankruptcy that, with

17   him, I just didn't know about.  That kind of

18   stuff.

19         Q.   Okay, and did he say that the trust

20   was set up in response to the litigation that he

21   was having?

22         A.   No.

23         Q.   Okay.

24         A.   He said that the trust was set up as

25   a direct request from my father so that his

Page 148

                        N. Hovnanian

1

2    grandchildren would be receiving his -- he wanted

3    estate planning --

4         Q.   Okay.

5         A.   -- for his grandchildren.

6         Q.   Why did he need to tell you about the

7    bankruptcy and his litigation?

8         A.   Because I asked him.

9         Q.   Okay.

10        A.   I didn't know anything that had

11   transpired.  As I said, I've been living in

12   Armenia.  My parents had just recently -- my mom

13   had just recently passed.  I really didn't know

14   any of the New Jersey stuff, so he was my go-to

15   person.

16        Q.   Okay.

17        A.   And --

18        Q.   Go ahead.

19        A.   Yes, and so, you know, I came to rely

20   on him for information, background information.

21        Q.   Okay, and did the Hovbilt bankruptcy

22   have anything to do with the Pachava house?  Is

23   there any connection with that?

24        A.    No, I don't think so.  What I do know

25   is that around this same time my mom had just

Page 149

                         N. Hovnanian

1

2   died, so I was getting prepped for the VS --

3        Q.   Nina, you just cut out.  Nina, you

4   cut out right at "I was getting prepped for the

5   VS," and then it cut.  Can you please --

6        A.   VSHPHH.

7        Q.   Okay.

8        A.   I needed background for that.

9        Q.   Okay.  What else did you do to get

10  prepped for being trustee of the Pachava Trust?

11  Anything else?

12       A.   Well, I spent time there.  I was

13  looking for stuff, looking for information.  I

14  tried to reach out to -- I tried to reach out to

15  Art Havighorst.

16       Q.   Okay.

17       A.   Because he was the man that put it

18  all together.  I tried to reach out to Hilde, and

19  I was doing a lot of babysitting.

20       Q.   What do you mean when you say

21  babysitting?

22       A.   Well, at that time Shant's kids were

23  in the States.  They were staying at 520, and

24  they had a nanny there, and I was overseeing the

25  nanny and that sort of thing, so...

Page 150

1                          N. Hovnanian

2          Q.   Okay.  All right, so if we look at,

3     let me see.  I'm trying to see if I can find the

4     document right now.

5               All right, so previously you had said

6     that you didn't know -- we had looked at -- you

7     had mentioned pay earlier, the payment from

8     Zargis to pay the real estate taxes of the trust.

9          A.   Um-hum.

10         Q.   And you said that was in payment of a

11    loan from your mother to Speedus and that Speedus

12    wholly owned Zargis.

13         A.   Yes.

14         Q.   How do you know that?

15         A.   Because when you sent me that thing,

16    I went back and looked.

17         Q.   Okay.  What records do you have --

18         A.   I don't have any records.  In my

19    interrogatories I had --

20         Q.   How did you answer that interrogatory

21    then?  How did you get that information?  How do

22    you know that?

23         A.   Huh?

24         Q.   How do you know about the loan?

25         A.   Read.

Page 151

1                    N. Hovnanian

2          Q.   Read?

3          A.   Yes.

4          Q.   Okay, so he told you, and that's how

5     you know it?

6          A.   Yes.  I'm pretty sure.

7          Q.   And there are no written ledgers or

8     notes or other written records showing the loan

9     being paid from your mother to Speedus or --

10         A.   I think there must be.  I think there

11    must be.

12         Q.   Okay.

13         A.   And I'm surprised I didn't send --

14         Q.   All right.  At a point Speedus was

15    publicly traded, correct?

16         A.   Correct.

17         Q.   Okay, and it's got 10-K's and other

18    filings publicly available --

19         A.   Um-hum.

20         Q.   -- on the SEC's website, correct?

21    Did you check those records to see if there is

22    anything there, any mention of this loan?

23         A.   No.

24         Q.   How much did your mom loan?

25         A.   A lot.

Page 152

1                    N. Hovnanian

2          Q.   Can we --

3          A.   A few hundred thousand.  Maybe 500,

4     600,000.

5          Q.   What were the repayment terms?

6          A.   I don't know.  I don't recall.

7          Q.   What was the interest rate on the

8     loan?

9          A.   I don't recall.

10         Q.   Were there any penalties for

11    nonpayment?

12         A.   I don't recall.

13         Q.   Other than the $317,000, were there

14    any other payments made on this loan?

15         A.   I don't recall.

16         Q.   Okay.  As the 30(b)(6) witness for

17    all those "I don't recalls" you just gave, what

18    did you do to find out?

19         A.   Now, I'll go back and look.

20         Q.   Before this deposition what did you

21    do to find out?

22         A.   I just took it.  I mean my mom had

23    mentioned something to me about it.  Not about

24    the Zargis payment, but that she had made a loan,

25    and I just accepted it as that.

Page 153

1                    N. Hovnanian

2              (Pachava Exhibit 21, Document Bates

3         stamped Morgan Stanley 100034, was so

4         marked for identification, as of this

5         date.)

6         Q.   Okay.  I'm going to show you what

7    I've marked as Government Exhibit 21, and this is

8    an e-mail Morgan Stanley 100034.  Here is the

9    page, and it says -- it's from Jennifer to Shant.

10   Do you see that?

11        A.   Yes, I do.

12        Q.   And this was before your appointment,

13   but does Shant say -- does Jennifer say that

14   she -- is she providing this e-mail, the

15   (inaudible) 520 Navesink?

16        A.   "As per your request last week,

17   please find the updated figures."  Okay, can

18   you --

19        Q.   Scroll down?

20        A.   Can you, yes.  Go down.

21        Q.   Yes.

22        A.   Okay.

23             (Pachava Exhibit 20, Document Bates

24        stamped 9135 through 9136, was so marked

25        for identification, as of this date.)

```
 1                    N. Hovnanian
 2           Q.   And if we look at, for example, this
 3      is Government Exhibit 20, and it goes from 9135
 4      to 9136, and this is Shant asking for the update
 5      on the real estate tax due for 520 Navesink,
 6      correct?
 7           A.   Um-hum.
 8           Q.   Why is Shant asking?
 9           A.   Because there was -- let's see.  I
10      don't know.
11           Q.   Okay.
12           A.   Wait.  This is -- wait.  Can you
13      please go back?
14           Q.   Yes.
15           A.   I just want to see the date.
16                1/12.  That's after Peter had
17      resigned.
18           Q.   Yes.  Would this indicate that Shant
19      is taking care of the house?
20           A.   1/12/2017, is that January or
21      December 1st?
22           Q.   It's American style, not European.
23           A.   Okay.  I don't know.
24           Q.   Is there any reason why this wouldn't
25      show that Shant is looking into the real estate
```

Page 155

1                    N. Hovnanian

2       taxes?

3              A.   I'm trying to like look further down.

4              Q.   Okay.  I'll scroll down for you.

5              A.   Okay, and that is on the 14th of

6       October.  I don't know.

7              Q.   Okay.  What can you do to find out

8       why Shant was looking --

9              A.   Well, it's apparent that I didn't do

10      a lot of stuff before my time, okay?

11             Q.   Right.

12             A.   Guilty as charged.

13             Q.   Would it be fair to say that Peter

14      didn't do a lot of stuff before your time and

15      that it was Shant who --

16             A.   I can't answer for Peter, and I can't

17      answer for Shant.

18             Q.   As the 30(b)(6) witness of this

19      trust, was Shant having -- did Shant have a role

20      in this, in paying these expenses?  Sorry.  You

21      can answer.

22             A.   I can't answer.  I can't answer.  I

23      don't know.

24             Q.   Okay, so the payment amount was, I

25      apologize for flipping back and forth.  I

Page 156

1                              N. Hovnanian

2      apologize.  The payment amount for this estate,

3      for this real estate tax payment was $317,000

4      approximately.  Do you know how this payment was

5      made?

6              A.   Well, obviously this was arranged

7      before I was involved, so I don't know how it was

8      paid.

9              Q.   Okay.

10             A.   And no, I didn't ask anyone.

11             Q.   All right.  Is this the payment from

12     Zargis Medical to pay the real estate taxes or

13     this authorized the certified check to be issued

14     for the real estate taxes?

15             A.   It appears to be.  I don't know.

16             Q.   Okay.  Whose signature is there at

17     the bottom right corner of that top block?

18             A.   Shant's.

19                  (Pachava Exhibit 22, Document Bates

20                  stamped PNC 133, was so marked for

21                  identification, as of this date.)

22             Q.   Okay, and if you look, this is PNC

23     page 133, and that was Government Exhibit 22,

24     correct?

25             A.   I don't know what Government Exhibit

Page 157

1                         N. Hovnanian

2       it is, but --

3              Q.    Sure.  Pachava Exhibit 22.

4              A.    Where does it say that?

5              Q.    That's the file name.

6              A.    Okay.

7              Q.    Yes.  I just have to move it a

8       little, down would be --

9              A.    Okay.

10             Q.    I have a little box that I can see

11      while I'm sharing.  This $319,000 is what you

12      said was repayment for a loan from your mother to

13      Speedus, correct?

14             A.    Yes.

15             Q.    Okay.

16             A.    I just -- I'm thinking, yes.  That's

17      the explanation for it.  I don't know.

18             Q.    Okay, and when we asked you in

19      discovery to explain -- sorry.  Was Shant the

20      only person who could access this Zargis Medical

21      Corp. bank account at this time?  Was he the only

22      one with signature authority over it?

23             A.    I don't know.  I think so but I don't

24      know.

25                         (Pachava Exhibit 23, Document Bates

Page 158

1                    N. Hovnanian

2          stamped PNC 258, was so marked for

3          identification, as of this date.)

4          Q.   Does this look like the bank

5    signature card for PNC Bank?  It is page PNC 258

6    and Government Exhibit 23 or Pachava Exhibit 23.

7          A.   Um-hum.  It does say that, and that's

8    his signature.

9          Q.   Who is the sole person with signature

10   authority on that account?

11         A.   It says Shant Hovnanian.

12         Q.   Do Zargis or Speedus have QuickBook

13   files?

14         A.   I don't know.

15         Q.   Who would know?

16         A.   Karen.

17         Q.   Do you think those QuickBook files

18   may show, if they exist, would show a loan from

19   Paris Hovnanian, Shant's mom, to Speedus or

20   Zargis?

21         A.   Probably.

22         Q.   Who owns Speedus currently?

23         A.   It's a publicly traded company.

24         Q.   Does the trust have --

25         A.   I don't know.

Page 159

1                    N. Hovnanian

2           Q.   Or does --

3           A.   Does the trust own it?  No.

4           Q.   Has the trust ever owned shares in

5      Speedus?

6           A.   I don't know.

7           Q.   Okay.

8           A.   I don't know that Speedus was active

9      at the time.

10          Q.   Okay.

11          A.   I don't know.

12          Q.   Is Zargis still an active company?

13          A.   I don't know.

14          Q.   Speedus is no longer publicly traded.

15     Do you know who has taken over ownership of it?

16     Or at least it's fallen off the --

17          A.   No.

18          Q.   -- NYSE, I believe.  Do you know who

19     has taken up -- who has ownership of it or who

20     has majority ownership?

21          A.   No.

22          Q.   Okay, and is Zargis still 100 percent

23     owned by Speedus?

24          A.   I don't -- I think so.  I'm not sure,

25     but I think so.

1                    N. Hovnanian

2         Q.   Okay.  What does Zargis do for its

3    business at this time?  I mean 2017.  Sorry.

4         A.   I don't know.

5         Q.   Okay.

6         A.   I'm not involved in Zargis.  I'm not

7    involved in Speedus.  None of that has anything

8    to do with me.

9         Q.   Was Shant the CEO or was Shant --

10   well, do you believe there is a difference

11   between Speedus and Speedus.comLP?

12        A.   I don't know.

13        Q.   Is there anything that would -- you

14   could show that would show that these things are

15   anything more than -- that this Zargis Medical

16   Corp. account is anything more than basically

17   Shant's bank account?

18        A.   Is there anything more that I can

19   show?

20        Q.   Do you have any evidence that would

21   show that this is anything more than Shant's

22   personal bank account?

23        A.   How am I -- can you phrase that

24   another way, please?  Because I'm not

25   understanding how this --

1                      N. Hovnanian

2          Q.   Okay, so you've said that this was --

3     this $317,000 was repayment of a loan.

4          A.   Um-hum.  No, I said I'm assuming that

5     it was.

6          Q.   Okay.  Do you know who is in charge

7     of Zargis Medical Corporation at this point or

8     who was in charge of Zargis Medical Corp.?

9          A.   No, I don't.  I don't know if it's

10    operational.  I don't -- you know.

11         Q.   Okay.  When you are answering these

12    questions with I don't know, you're speaking on

13    behalf of the trust as well, correct?

14         A.   Yes.

15         Q.   Okay, so if I said that was Shant

16    paying with his money, the only thing that you

17    would have, paying the $317,000, that was Shant

18    using his money to pay this account, pay off the

19    real estate taxes on the house, the only thing

20    you would have to contradict that is statements

21    you've heard from third parties that the payment

22    was a repayment of a loan?

23              MR. HANAMIRIAN:  Yes, and objection.

24         I mean seriously?  I don't even know what

25              that is.  I mean you want her to prove the

Page 162

```
                        N. Hovnanian
 1
 2          case or what -- what are you trying to --
 3          where are we going?
 4              MR. KUNOFSKY:  If you're instructing
 5          her not to answer, that's fine.
 6              MR. HANAMIRIAN:  No, I'm not
 7          instructing her not to answer.  I want to
 8          understand what the question is.
 9              MR. KUNOFSKY:  I'm trying to figure
10          out what -- you guys have -- the Pachava
11          Trust has asserted that there was a
12          loan --
13              THE WITNESS:  Isn't that your job, to
14          find out what the Zargis thing is?
15              MR. HANAMIRIAN:  Wait.  Wait.  Nina,
16          wait.  Wait.  Just wait.  Wait.
17              Go ahead.  Go ahead.  Go ahead, Ari.
18          Q.   You've asserted this loan, and I just
19     want to make sure that I'm right, because I'm
20     saying Shant is the sole person in charge of this
21     company.  I want to know if there is any other
22     evidence out there that you have for this loan or
23     anything else you have that could contradict that
24     this was --
25          A.   I will find that evidence, I just --
```

Page 163

1                        N. Hovnanian

2          Q.   What evidence --

3          A.   My mother told me.  Don't forget.

4               MR. HANAMIRIAN:  All right, so that's

5          the question, so I think she's --

6          obviously she's answered, so --

7               MR. KUNOFSKY:  I'd like to hear the

8          answer one more time.

9          A.   What was the question?

10         Q.   I think your answer was I will find

11    the evidence when I said what evidence do you

12    have --

13         A.   Yes.

14         Q.   -- of the loan.

15         A.   If you want me to find the evidence

16    of that loan, I will do my best to find the

17    evidence of that loan if it's not in the

18    QuickBooks.

19              MR. HANAMIRIAN:  And if it exists

20         obviously, right?  So we don't know if it

21         exists.

22              THE WITNESS:  And if it exists.

23              MR. HANAMIRIAN:  And I only --

24         Q.   So --

25              MR. HANAMIRIAN:  -- I only talk, Ari,

Page 164

1                        N. Hovnanian

2              because it's part of discovery, right?  So

3              if it existed, we would have produced it,

4              so if it --

5                   MR. KUNOFSKY:  That's what I'm

6              getting to, yes.

7                   MR. HANAMIRIAN:  Well, there is a

8              real question about that.  We don't know.

9              I mean if you think that --

10                  MR. KUNOFSKY:  (Inaudible) the loan

11             documents.

12             Q.   Have you done a complete and thorough

13        search for the loan documents in the related

14        files?

15             A.   Yes.  I looked for them.  I looked

16        for everything that you asked for.  I mean I

17        don't think you understand how hard it was going

18        through --

19             Q.   If you don't have the files and you

20        don't have anything to contradict what I -- you

21        know, you don't have any documents for this loan,

22        and the only source you have is what your mother

23        and William Read Rankin told you, if that's the

24        case, say yes, that's the case, as far as this

25        loan.

Page 165

1                        N. Hovnanian

2          A.    So far.   That's the case so far.

3          Q.    You don't have it.

4          A.    I will look some more.

5          Q.    When you say so far -- okay.   What

6     more do you need to do to get that to a yes?

7     From a so far to a yes?

8          A.    I'll ask Karen if she has anything in

9     her QuickBooks.

10         Q.    Okay.

11         A.    And you know what?   I don't know if

12    the banks have any record of it.   I don't know.

13         Q.    Have you asked Karen in the past for

14    these files, these QuickBooks files and whatever

15    other files there might be for this?

16         A.    No.

17         Q.    Why not?

18         A.    I don't know.   I don't know.

19         Q.    Okay.   Let's talk about the levy on

20    Speedus.

21         A.    The levy on Speedus?

22         Q.    Yes.   Okay.

23         A.    Okay.

24                 (Pachava Exhibit 25, Document Bates

25                 stamped 3365 through 3366, was so marked

Page 166

1                    N. Hovnanian

2          for identification, as of this date.)

3          Q.   I'm showing you what has been marked

4    as Government Exhibit 25.  It goes from page 3365

5    to 3366.  Who is Jennifer Generoso?

6          A.   That's the married name of Jennifer

7    McLaughlin.

8          Q.   I see.  They didn't change the e-mail

9    address but the name changed.  Got it.

10         During your tenure, she asked Shant,

11   "The Pachava Trust has a balance of $10.  I know

12   there's normally a few other bills for the month.

13   Should we move funds over from Speedus to cover

14   these?"  Why is she asking Shant?

15         A.   I don't know.

16         Q.   What was Shant's role at Speedus that

17   she could talk with him about this?

18         A.   I don't know.  I mean he was the CEO

19   at Speedus when it was operational.  I don't know

20   what his role is now.  I don't know what it was

21   on March 12th of 2018.

22         Q.   Did Shant tell you he was

23   communicating with Morgan Stanley while you were

24   trustee about this?

25         A.   No, he did not.  He did not.

Page 167

```
 1                    N. Hovnanian
 2         Q.   Okay.  Have you asked him about it?
 3         A.   Well, now that I see it, I will ask
 4    him about it.
 5         Q.   Okay.  All right, so on the 20 --
 6    let's look at --
 7         A.   When I asked him have you had any --
 8    have you made any payments or anything like that
 9    and he said no, so in effect I have asked him,
10    but I didn't know about these, so now I'll ask
11    him about these.
12         Q.   He didn't give you a truthful answer
13    is what you're saying?
14         A.   Perhaps.
15              (Pachava Exhibit 26, Document Bates
16              stamped Morgan Stanley 1767 to 7180, was
17              so marked for identification, as of this
18              date.)
19         Q.   Okay.  Let's look at Pachava 26.
20    It's Morgan Stanley 1767 to 7180, and here it
21    talks again about -- you know -- sorry.
22    Jennifer, who I'm just going to call McLaughlin
23    to keep things simple, says "(Inaudible) posted
24    to Pachava.  We need to move over the $97 you
25    have in Speedus just to cover the payment."  And
```

Page 168

1                        N. Hovnanian

2     Shant said "Sure.  Go ahead."  And this happened

3     on March 27th, 2018.  Do you see that?

4              A.    Yes, I do see that.

5              Q.    Do you know why Shant was authorizing

6     payments to cover expenses for Pachava Trust?

7              A.    No.  I do not.

8              Q.    Okay, and then here is another one.

9     "$10,000 was wired from Speedus posted this

10    morning.  Should we move funds to cover April's

11    bills?  March 28th from Speedus to Shant."  Do

12    you see that request right here?

13             A.    I do see it, yes, I do see it.

14             Q.    Okay, and Shant wrote "Do 3K and mark

15    it on behalf of Zargis."  Do you know why he did

16    that?

17             A.    No, I don't know why he did that.

18             Q.    Okay.  All right.  If we go up,

19    May 8th, 2018, "The Pachava Trust has $1,000 of

20    cash available.  We want to let you know in case

21    you want to transfer additional funds."  Do you

22    see that, and do you know why they are talking

23    with Shant about the Pachava Asset Trust?

24             A.    No, I don't know.

25             Q.    And then here we go.  We have May 10,

```
 1                    N. Hovnanian

 2     2018, "We have received the attached notice from

 3     the IRS.  The Speedus NY account has been

 4     frozen."

 5            A.   Okay.

 6            Q.   All right.  How did you learn about

 7     this levy in the past?

 8            A.   I didn't know about this levy.

 9            (Pachava Exhibit 27, Document Bates

10            stamped 7543, was so marked for

11            identification, as of this date.)

12            Q.   Okay.  Here is another e-mail.  It's

13     Pachava 27, and it's page 7543.  "Good morning,"

14     and this is from Jennifer McLaughlin to Shant.

15     Do you see that?

16            A.   Um-hum.

17            Q.   And it says "Good morning, Shant.  I

18     hope this e-mail finds you well.  Just an FYI,

19     the Chubb payment of 3490 will bounce from in the

20     Pachava Trust account due to lack of funds.  I

21     would like to deposit $2,825 prior to 1 p.m.

22     Eastern, then the payment will be made."  Chubb

23     is the company that covers --

24            A.   The insurance company, correct.

25            Q.   For the house?
```

Page 170

1                        N. Hovnanian

2           A.   For the house, um-hum.

3           Q.   Okay, so that's her response, and

4      Shant does not reply to it.

5           A.   No.

6           Q.   Do you know what Shant did next?

7           A.   I know that I was involved in this.

8           Q.   Okay.  How did you become involved?

9           A.   Hilde notified me.

10          Q.   Why was Hilde involved?

11          A.   Because they were contacting her.

12          Q.   Chubb or --

13          A.   Chubb.

14          Q.   Okay.  Okay, and then what happened?

15          A.   She wrote to me or called me, and I

16     wrote to them saying I'm the trustee, why are you

17     contacting Shant?

18          Q.   So when we get this e-mail, and it's

19     Government Exhibit 27, two days later you write

20     to Jennifer, and you said, "Dear Jennifer,

21     please" -- sorry.  "Please be apprised that I am

22     the trustee of this account, not Shant H.  From

23     now on please send me these notifications.  Thank

24     you for understanding this clarification."

25          A.   Yes.

Page 171

1                    N. Hovnanian

2          Q.   Okay.  How did you know that they

3     e-mailed Shant or communicated with --

4          A.   Because Shant must have contacted

5     Hilde, I don't know, or maybe Chubb contacted or

6     maybe Shant told me.  I don't know.

7          Q.   Do you have any records of Shant

8     telling you and what he told you?

9          A.   No, I don't have any record.

10         Q.   Okay, and this is Morgan Stanley

11    7520.

12         A.   He responded.

13         Q.   Do you remember if Shant told you

14    about this?  So rather than mentioning anything

15    about Hilde here, you said "I'm the trustee, not

16    Shant."

17         A.   Yes, because they contacted Shant, so

18    he must have told me.

19         Q.   Okay.  Given that Shant had been

20    authorizing payments for the several months

21    beforehand, why did he decide at this point to

22    tell you?

23         A.   I don't know.

24         Q.   Did you ask why am I suddenly

25    starting to have to do things here?  Did you

Page 172

1                       N. Hovnanian

2    discuss that with him?

3           A.   No.  I said when am I going to start.

4    He said you should have started a long time ago,

5    and I said no one told me.

6           Q.   Who was making the decisions in that

7    time before you started?

8           A.   I don't know.

9           Q.   Given the e-mails we've just gone

10   through, does it look like Shant was making those

11   decisions?

12          A.   Yes, it does look that way, but I

13   can't be certain.  It could have been Karen.  It

14   could have -- in place of me.  I should have been

15   making these decisions.

16          Q.   When did you first learn about the

17   IRS lawsuit or the potential for an IRS lawsuit?

18          A.   When they seized my car.

19          Q.   Okay.  When was that?

20          A.   July 13th.

21          Q.   '20?

22          A.   2018 or 2019.  I can't remember, but

23   a long time ago.

24          Q.   Before the lawsuit when this suit was

25   filed in 2018, so does 2018 sound correct?

Page 173

1                        N. Hovnanian

2          A.   Yes.

3          Q.   Okay.  I'd like to show you this.

4    Who was your car titled -- what company was your

5    car titled in the name of?

6          A.   What company?

7          Q.   Yes.  How was your car titled?

8          A.   It belonged to me.  It was in my

9    name.

10              (Pachava Exhibit 30, Document Bates

11              stamped HOVPROD743 down through 748, was

12              so marked for identification, as of this

13              date.)

14         Q.   Okay.  Okay, this is one of the

15    documents you sent us.  It's Pachava 30, HOVPROD

16    743 down to 748.

17         A.   Um-hum.

18         Q.   So when did you first see this

19    letter?

20         A.   Probably in July.

21         Q.   Of 2018?

22         A.   When I -- huh?

23         Q.   July of 2018?

24         A.   Yes.

25         Q.   Okay, and what is the carpet there?

Page 174

                        N. Hovnanian

1

2      Whose carpet is that or what carpet is that?

3              A.   I have no idea.

4              Q.   Okay.  Who sent you this photo?

5      Whose fingers are those on page 744?

6              A.   Can you show me?

7              Q.   I'll zoom in a little bit more if

8      that helps.  Who sent you these -- this letter?

9      I mean obviously it was a photograph of the

10     letter, so who sent it to you?

11             A.   I don't recall.  It could be my

12     nephew's fingers.

13             Q.   Would he have e-mailed it to you?

14             A.   I don't know.  Snapchat.  I don't

15     know.  I don't recall this.  I don't recall

16     seeing this letter.

17             Q.   Okay.

18             A.   I recall getting all these -- you

19     know, the things, the notifications that were

20     with my name on them.

21             Q.   What did you do in response to this

22     letter?

23             A.   Can you show me the first page,

24     please?

25             Q.   I flipped it up to the first page so

Page 175

1                    N. Hovnanian

2     you can see that.

3          A.   Yes.  Thank you.  I'm certain I was

4     pretty upset.

5          Q.   Do you know if --

6          A.   I don't know.  I don't know that

7     this -- to be honest, I don't recall seeing this

8     letter.

9          Q.   Okay.

10         A.   I think -- yes, I think maybe I saw

11    this letter when I was going through discovery,

12    maybe.  I just don't know.

13         Q.   Do you know if it was sent to you

14    around the date it was dated?

15         A.   Probably not.

16         Q.   Okay.  Let's take a -- when your car

17    was levied -- you said you hadn't heard about the

18    Speedus levy but you remember your car being

19    levied.

20         A.   Yes.

21         Q.   What did you do when your car got

22    levied?

23         A.   Yes.

24         Q.   Okay.  What was your -- I mean

25    obviously you were upset, but what did you do

Page 176

1                        N. Hovnanian

2       like in response?  Did you call Shant and say

3       what's going on?  What were your -- what did you

4       do?

5            A.   Well, my nephew called me, because I

6       was on route from Armenia to New Jersey.  It was

7       my nephew's birthday, and I called when I was --

8       I think I was coming from either Moscow or Paris,

9       and I called, and they -- the kids were there.

10      They were freaking out, and I said that doesn't

11      make any sense.  Call Read.

12           Q.   What happened next?

13           A.   I got on the plane, on the

14      connection.

15           Q.   Well, I mean a bigger picture of what

16      happened next, like you made your connection.

17      Then you immediately picked up your phone and did

18      what?

19           A.   Oh, I didn't pick up the --

20      immediately, because I got on the plane and I

21      was --

22           Q.   Right, but after?

23           A.   -- on the plane for the next nine

24      hours.  So as soon as I got back, I arrived in

25      America.  I guess I called the kids and said what

1                    N. Hovnanian

2    happened?  What did Read say.  And they said that

3    Read said that it was illegal, and they had no

4    right to do this, but they took it anyway.

5                    So I got there, and I'm certain that

6    my nephew had called his father saying they took

7    the car, blah, blah, blah, blah, and so then we

8    went and rented a car, and I was pissed as hell.

9           Q.   Okay.

10          A.   And I went and saw Read the next day.

11          Q.   Then what happened?

12          A.   Then I contacted Usman, who was my

13   lawyer then, and he said that he would work on it

14   and all that kind of stuff.

15          Q.   Okay.

16          A.   He said that he would write a letter

17   saying that it was a wrongful levy, and that's

18   it.  He said that he would work on it.  And my

19   license was also suspended, which I wasn't happy

20   about.

21               MR. KUNOFSKY:  Okay.  Let's take a

22               three-minute break.  I have an e-mail from

23               Kevin, the TransPerfect guy.

24               THE WITNESS:  Oh, gosh.  I hope he

25               says that we can do it tomorrow.

Page 178

1              N. Hovnanian

2          THE VIDEOGRAPHER:  We are going off

3      the record.  The time is 2:30 p.m.

4          (Recess taken)

5          THE VIDEOGRAPHER:  We are back on the

6      record.  The time is 2:36 Eastern Time.

7          MR. KUNOFSKY:  This is Ari Kunofsky

8      on behalf of the United States.  I'm just

9      putting on the record the agreement I

10     reached with Mr. Hanamirian just a moment

11     ago.

12         Given the time zone difference

13     between Armenia and New Jersey, we're

14     going to pause this 30(b)(6) deposition

15     for right now, and it will be continued

16     tomorrow starting at 10 a.m. through

17     TransPerfect.  This will still count as a

18     single deposition, it will just be taken

19     over two days.

20         Mr. Hanamirian?  10 a.m. Eastern.

21         MR. HANAMIRIAN:  Yes.  No.  We're in

22     agreement.  That reflects our agreement.

23         MR. KUNOFSKY:  And we'll just pick up

24     again at 10.

25         MR. HANAMIRIAN:  Great.

Page 179

1                    N. Hovnanian

2              THE WITNESS:  Okay.  Thank you very

3       much.

4              MR. HANAMIRIAN:  Thanks, everyone.

5              THE VIDEOGRAPHER:  This concludes

6       today's deposition of Nina Hovnanian.  We

7       are going off the record at 2:37 p.m.

8       Eastern Time.

9              (Time noted:  2:37 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 180

1

2                          ACKNOWLEDGMENT

3

4             I, NINA HOVNANIAN, hereby certify that

5      I have read the transcript of my testimony taken

6      under oath in my deposition on January 11, 2021;

7      that the transcript is a true, complete and correct

8      record of my testimony; and that the answers on the

9      record as given by me are true and correct.

10                          _____

11                            NINA HOVNANIAN

12

13     Signed and subscribed to before me

14     this_____day of_____, 2021.

15     _____

16          Notary Public

17

18

19

20

21

22

23

24

25

Page 181

```
 1

 2              C E R T I F I C A T I O N

 3

 4          I, JOSEPH DANYO V, a Shorthand Reporter

 5    and Notary Public, within and for the State of New

 6    York, do hereby certify:

 7              That I reported the proceedings in the

 8    within entitled matter, and that the within

 9    transcript is a true record of such proceedings.

10              I further certify that I am not related,

11    by blood or marriage, to any of the parties in this

12    matter and that I am in no way interested in the

13    outcome of this matter.

14              IN WITNESS WHEREOF, I have hereunto

15    set my hand this 28th day of January, 2021.

16

17

18                        JOSEPH DANYO V

19

20

21

22

23

24

25
```

```
                                              Page 182

 1

 2                        I N D E X

 3   Witness                                      Page

 4   NINA HOVNANIAN                                  5

 5

 6                     E X H I B I T S

 7   Pachava                                      Page

 8        Exhibit A  Notice of deposition           11

 9        Exhibit B  Resignation e-mail of          72
                     Peter J. Hovnanian
10
          Exhibit 6  Document Bates stamped HOVPROD  73
11                   1258 through HOVPROD 1262

12        Exhibit 7  Document Bates stamped HOVPROD  82
                     1041
13
          Exhibit 9  Document Bates stamped USAPROD 102
14                   567 through USAPROD 649

15        Exhibit 37 Document Bates stamped Morgan  110
                     Stanley 1412 through 1415
16
          Exhibit 38 Document Bates stamped Morgan  119
17                   Stanley 11261 through 11262

18        Exhibit 14 Document Bates stamped Morgan  127
                     Stanley 9361 through 9364
19
          Exhibit 16 Document Bates stamped Morgan  137
20                   Stanley 4180 through 4182

21        Exhibit 4  e-mail dated January 13th, 2017 145

22        Exhibit 21 Document Bates stamped Morgan  153
                     Stanley 100034
23
          Exhibit 20 Document Bates stamped 9135    153
24                   through 9136

25        Exhibit 22 Document Bates stamped PNC 133 156
```

Page 183

1

2       Exhibit 23   Document Bates stamped PNC 258       157

3       Exhibit 25   Document Bates stamped 3365          165
                     through 3366
4
        Exhibit 26   Document Bates stamped Morgan        167
5                    Stanley 1767 to 7180

6       Exhibit 27   Document Bates stamped 7543          169

7       Exhibit 30   Document Bates stamped
                     HOVPROD743 down through 748
8

9                              ~oOo~

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 184

1                    *** ERRATA SHEET ***

2       CASE: United States v. Shant Hovnanian, et al.,

3       DATE: January 11, 2021

4       WITNESS: Nina Hovnanian

5       JOB NO.: 270

6        PAGE/LINE        CHANGE          REASON

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19       _____

20

21              _____

                        Nina Hovnanian
22
        Subscribed and sworn to before me
23
        this ____ day of _____, 20__.
24
         _____.
25            Notary Public

**A**

**a.m** 2:3 4:5 57:25
58:4 131:16
132:10 178:16,20
**able** 117:8
**above-mentioned**
38:22
**aboveboard** 6:21
**abreast** 21:15
**Academy** 22:22
**accepted** 152:25
**access** 80:5,7 81:24
82:9 85:22 157:20
**accident** 38:2,5,8
93:20
**account** 67:20 68:2
77:20 86:4 97:22
104:5 105:5,9
106:4,20 107:3
114:2 121:3,4,5,6
157:21 158:10
160:16,17,22
161:18 169:3,20
170:22
**accountant** 140:15
140:16 141:7,7,17
145:19
**accounting** 77:18
**accounts** 67:19,23
80:7 98:21
**ACKNOWLED...**
180:2
**acres** 33:15
**acronym** 45:12
**action** 4:10 5:18
**active** 70:5 159:8
159:12
**activity** 143:23
**actual** 54:19
**actuality** 143:10
**add** 66:18,23 67:5
101:23
**adding** 101:21
**additional** 12:13
168:21
**address** 15:16,24

16:12 17:10 34:25
35:2,5,12 36:10
86:25 88:4,5
89:13 91:12 95:8
106:9,14,19
112:19,23,25
113:7 121:6,23
132:12 134:6
166:9
**addressed** 115:25
**addresses** 122:6
**administered** 5:23
**administration**
117:15
**adult** 15:4
**advice** 26:4
**advise** 25:19,24
**advised** 26:2 43:20
**advising** 25:16
**affect** 9:14,21
**afraid** 93:22
**afternoon** 128:3
**against-** 1:6
**Agency** 23:7
**ages** 21:3
**ago** 65:23 76:21
126:22 172:4,23
178:11
**agree** 131:6,8
**agreement** 51:22
52:8,11 54:11,23
54:23 59:11 61:2
61:7 62:12,13,14
65:11 67:13 69:21
69:24 70:13,15
136:18,23 178:9
178:22,22
**Ah** 38:20 127:25
**ahead** 4:24 44:15
89:21 148:18
162:17,17,17
168:2
**al** 1:7 4:8 5:19
184:2
**alarm** 121:17,18,20
**alert** 131:15 132:3
132:5,17 133:23

**alerted** 132:15
**aliases** 18:11
**allowed** 22:19
68:17
**alternative** 18:11
**Alzheimer's** 9:20
**amend** 65:12
**amended** 54:12,23
**amendment** 53:15
53:19,21 55:3,6
**amendments** 54:16
**America** 1:4 4:8,22
5:2 146:20 147:3
176:25
**American** 154:22
**amount** 155:24
156:2
**analogous** 32:25
**Anbesol** 9:2
**Annual** 100:10
**Annually** 100:10
**answer** 6:11,13,15
8:6,14,16 32:17
33:7 47:20,22
48:16 87:23
102:22 115:12
117:3 118:25
119:8,12 130:13
132:24 135:10,16
135:18 136:15
144:17 150:20
155:16,17,21,22
155:22 162:5,7
163:8,10 167:12
**answered** 12:22
110:6 119:12
163:6
**answering** 131:3
161:11
**answers** 10:17
46:25 47:10,15
117:24 130:7
180:8
**Anthony** 138:23
140:12,20 141:19
141:23 142:9
145:18

**anticipates** 7:16
**anybody** 10:9 12:3
12:18,21 53:4
76:9 80:6 93:10
93:15,22 97:14
98:3 100:11
110:14 117:21
139:23 141:10
**anymore** 65:15
112:22 132:5
**anyway** 177:4
**apologize** 23:23
71:15 142:8
155:25 156:2
**app** 29:22
**apparent** 155:9
**apparently** 95:24
**appear** 137:25
**appears** 114:16
138:7 156:15
**appoint** 136:19
**appointed** 133:16
142:4,8 146:3
**appointment**
110:10 137:14
140:3 141:23
142:3 146:18
153:12
**appointments**
107:10
**apprised** 170:21
**approximately**
156:4
**April's** 168:10
**area** 19:3
**areas** 25:20,21
**Ari** 3:6 4:21 5:15
7:18 8:10,17 16:5
119:11 129:11
138:24 162:17
163:25 178:7
**Ari.D.Kunofsky...**
3:7
**arising** 27:6
**Armenia** 13:12,14
13:19,22 21:14
23:3,5,8,16 38:3

39:11 41:12 77:9
81:21 84:25 92:4
93:5 141:4 148:12
176:6 178:13
**arranged** 156:6
**arrived** 176:24
**art** 22:15,22 43:5
44:21 47:25 53:25
59:12 64:11,13
65:14 74:5,25
76:20,23 77:21,21
77:25 78:17,17
149:15
**Art's** 77:16,17
**Arthur** 43:16,17
**artist** 24:10
**artistic** 18:17
**asked** 29:6 58:23
65:22 75:25 78:3
78:15 79:9,11,12
79:15 95:2 96:6
97:18 98:4,5,5,9,9
98:10,19 104:22
115:23 116:5
117:23 118:4
125:14 126:19,19
127:3 140:18,19
144:18,22 148:8
157:18 164:16
165:13 166:10
167:2,7,9
**asking** 8:17,18
17:25 18:5 26:16
27:9 32:23 33:3
52:16,17 57:11
75:11 91:16
113:15 117:11
126:7 133:11
140:6 154:4,8
166:14
**asks** 120:25
**assert** 58:16 131:4
139:16
**asserted** 162:11,18
**asset** 1:14 2:7 5:4
32:22 33:9 44:25
45:6,7 46:2,12,13

46:15 63:20,23
68:17 69:20,23
70:4,9,9 74:2 75:4
76:24 77:10
111:25 134:19
138:15 141:8
145:12 168:23
**assets** 32:24 33:2
45:3 62:7,15
67:24 81:6 85:17
120:7
**assistant** 84:6
**associated** 99:3
106:20
**assume** 84:2
**assumed** 144:10
**assuming** 95:17
112:6 125:8 161:4
**assured** 118:4
**Athena** 7:10
**attached** 169:2
**attending** 4:14
**attention** 128:15,21
**attorney** 4:20
**attorney-client**
58:18
**Attorneys** 3:4,10
**audio** 6:7
**Auntie** 30:23
**authenticate** 139:4
**authenticating**
139:8
**authority** 136:17
136:18 157:22
158:10
**authorized** 156:13
**authorizing** 168:5
171:20
**automatically** 69:8
**available** 120:4,9
151:18 168:20
**average** 99:9
**aware** 9:10 31:6,8
54:21 106:25

_____
**B**
_____
**B** 72:12,16,16

182:6,9
**BA** 22:14
**Baba** 84:2
**babysitting** 149:19
149:21
**back** 13:17 58:3
72:6,23 88:21
97:6 142:24
150:16 152:19
154:13 155:25
176:24 178:5
**background** 22:10
22:20 148:20
149:8
**bad** 8:11,15 81:21
82:19,20 125:20
**balance** 128:13
132:16 166:11
**bank** 13:11 67:19
67:20,23 68:2
77:20 78:8 80:7
86:4 97:22 98:12
98:20 105:8,9
116:12 121:3
157:21 158:4,5
160:17,22
**banker** 107:23
111:13,14
**bankrupt** 109:11
109:14
**bankruptcy** 109:16
147:16 148:7,21
**banks** 165:12
**bar** 33:12
**Barnard** 22:14
**Baron** 18:13
**basic** 13:5
**basically** 44:3
160:16
**basing** 41:22
**basis** 36:13
**Bates** 73:11 82:21
102:24 103:7
110:20 119:19
127:12 137:6
153:2,23 156:19
157:25 165:24

167:15 169:9
173:10 182:10,12
182:13,15,16,18
182:19,22,23,25
183:2,3,4,6,7
**bedroom** 143:13
**bedrooms** 32:11
33:11 143:9,10
**beginning** 4:19
**behalf** 4:21 5:2,4
116:13 161:13
168:15 178:8
**behaving** 127:18
**believe** 28:14 69:18
85:5 89:6,12 90:5
112:17,24 124:23
126:5 133:18
159:18 160:10
**belong** 45:3 123:16
**belonged** 91:14,16
116:18 173:8
**belongs** 123:10,11
123:14
**beneficiaries** 30:6
45:5,9 48:19
56:23 61:21
108:23
**benefit** 56:22
**Benjamin** 7:9
**best** 163:16
**better** 107:4 112:24
113:5
**beyond** 7:2 12:14
**big** 21:12 32:11
101:5
**bigger** 51:11,25
73:17 176:15
**bill** 85:25 99:2
105:13 106:2
121:17,19 122:23
123:18,23 124:6
**billed** 121:19
**bills** 28:23 78:12
99:3 100:12
102:10,16,18,19
102:21,22 107:2
123:9 128:14

166:12 168:11
**birthday** 176:7
**bit** 51:12 93:25
138:25 174:7
**blah** 177:7,7,7,7
**blanket** 138:13
**block** 156:17
**blood** 181:11
**book** 7:9,10,20
**bookkeeper** 21:24
**books** 7:22 79:21
**born** 41:4
**botched** 23:11
**bottom** 64:2 156:17
**bounce** 169:19
**Bounced** 138:15
**bouncing** 38:18
**box** 3:5 157:10
**break** 6:9,12 57:22
58:11 63:7 96:25
97:15 143:7
177:22
**breaks** 6:7 94:12
**brief** 134:21
**briefly** 22:9,25 38:7
92:18 95:25 97:10
99:2
**bring** 128:15
**bringing** 128:20
**brother** 14:5,15
18:6,10
**brothers** 91:24
**build** 35:24 36:3,24
37:25
**building** 89:8
**Builds** 37:14
**built** 36:17 37:5
45:13 92:18 93:19
**bunch** 40:11
**bus** 59:9
**business** 23:12
25:13,15 67:14,16
67:17 68:2 79:22
136:7 160:3
**businesses** 67:23
**busy** 136:6
**button** 73:3

_____
**C**
_____
**C** 3:2 181:2,2
**Cable** 40:10
**call** 23:18 34:3
45:18,19,23,25
92:10 113:9
134:21 167:22
176:2,11
**called** 23:7 73:3
170:15 176:5,7,9
176:25 177:6
**calling** 35:3,25
63:14 127:23
**cameras** 78:6
100:24 101:4,14
101:23
**capacity** 16:9
**car** 172:18 173:4,5
173:7 175:16,18
175:21 177:7,8
**card** 103:23 104:8
158:5
**care** 71:16 79:20
136:6 154:19
**careful** 129:10,11
129:24
**caretakers** 49:13
49:14 143:14
**carpet** 173:25
174:2,2
**case** 1:6 25:22
30:23 34:5 52:21
93:9 162:2 164:24
164:24 165:2
168:20 184:2
**cash** 66:23,24,25
67:5,6 120:4,9
128:13,18,21
132:16 168:20
**Catholic** 43:10
**Catriona** 3:7 4:25
**Catriona.M.Cop...**
3:8
**cellular** 40:18
**center** 144:25
**CEO** 40:23 123:6

160:9 166:18
**certain** 172:13
175:3 177:5
**Certainly** 104:20
**certified** 111:24
156:13
**certify** 46:24 180:4
181:6,10
**cetera** 83:12
**chance** 72:7
**change** 43:3,6,20
43:23 45:17 46:12
49:10 54:11,13,24
59:22 60:12,14
66:9 69:11 102:13
166:8 184:6
**changed** 15:17 43:2
43:4 44:22 47:25
47:25 48:2 55:9
55:20 60:13 66:17
67:4 98:21 122:10
166:9
**changes** 53:15
54:15
**charge** 110:18
122:25 135:18
143:17 146:10,13
161:6,8 162:20
**charged** 155:12
**charm** 119:17
**Chates** 21:4 31:20
61:22
**cheat** 8:12
**check** 6:23 8:5
77:19 101:4
111:25 138:15
151:21 156:13
**checking** 8:2
**child** 15:3
**children** 20:24 21:6
31:19 35:13,22
42:10,10,12 45:7
45:10,15 81:2,4
81:20 82:15,16
91:2 108:25
**children's** 45:13
81:6

**chosen** 135:23
**Christmas** 73:9
**Christmases** 94:11
**Chubb** 169:19,22
170:12,13 171:5
**Civil** 4:10
**clarification**
170:24
**clarify** 134:15
**clean** 56:14 96:3
122:16
**clearly** 6:13 9:18
**clerical** 45:18,24
46:2,16 47:24
59:2,5
**client** 141:17
**clients** 141:14
**closer** 14:3
**clove** 9:2
**Club** 33:18
**co-thing** 75:25
**co-trustee** 28:3
69:8,12,18 70:3
76:2
**coach** 129:25
**coaching** 130:2
**coffee** 7:9 63:3
**cold** 38:13
**collect** 100:15
**collected** 56:15
**College** 22:13,14
**come** 33:21 39:13
72:6 84:17
**coming** 21:20 27:10
176:8
**comment** 24:25
114:19,22,23
**communicate**
29:12,17,19 30:5
**communicated**
171:3
**communicating**
119:4,5 166:23
**communications**
136:10 139:22
**community** 16:17
16:21,22 23:16

25:7,17 91:5
**companies** 39:19
39:20,21,22 40:4
40:12 107:24
108:13 109:24
**company** 39:18
40:3 57:11,18
80:11 81:13
114:18 158:23
159:12 162:21
169:23,24 173:4,6
**complained** 29:16
**complaint** 51:13
**complete** 164:12
180:7
**composition** 32:23
33:4,8
**compound** 36:20
**concerned** 30:22
60:25 61:16
**concludes** 179:5
**condition** 9:21 31:4
**confer** 58:10,13,15
**conference** 4:17
**confirm** 37:24
133:25 145:10
**confirmation**
112:15
**confirmed** 141:21
142:15
**confused** 89:25
**confusing** 60:24
93:25
**confusion** 88:2
**connected** 81:11
**Connecticut** 18:22
31:23
**connection** 148:23
176:14,16
**connotations** 48:24
**constantly** 15:7
49:11
**constitute** 130:2
**constructed** 34:16
86:21
**construction** 39:2,5
39:9 92:8

**consulted** 109:22
**consulting** 109:2,5
109:6,10
**contact** 93:11,12
137:14
**contacted** 171:4,5
171:17 177:12
**contacting** 170:11
170:17
**context** 19:5,6
**continue** 140:20
**continued** 178:15
**contradict** 161:20
162:23 164:20
**contributing** 31:12
**contributions**
31:15,16 129:3
**control** 16:22
118:13,18,23
119:10 135:4
**conversation** 120:4
**cookie** 107:22
**copied** 142:11
**copies** 71:3
**Coppler** 3:7 4:25
4:25
**copy** 37:9 124:4,5
**corner** 64:17
156:17
**Corp** 157:21
160:16 161:8
**corporation** 40:24
85:4,7 161:7
**correct** 11:19 20:25
21:2 45:7,10 47:2
47:20 53:17 54:6
54:13,14 55:3
57:19 64:15 65:5
65:6,6,13,19
73:23 74:3 89:4
97:12 106:13,17
112:5,6 115:4,21
132:13,18,19
134:13,14,21
135:14,20 136:16
142:12 143:5,6,10
143:11,25 151:15

151:16,20 154:6
156:24 157:13
161:13 169:24
172:25 180:7,9
**corrected** 65:8
73:18,21
**corrective** 77:2
**correctly** 135:16
**correspondence**
134:17 137:2
**corresponding**
134:23
**cost** 43:5,25 44:6
44:17 74:11
**counsel** 4:17 30:18
32:16 43:19 71:3
88:14 124:5
129:23 139:14
**Counselor** 17:15
**count** 178:17
**Country** 33:18
**County** 83:12
**couple** 6:3 8:23 9:8
**course** 31:2 80:17
80:18 139:2
**court** 1:2 4:9 5:5,7
5:12 6:14 11:11
17:13 30:17 44:9
44:13,16 54:9
66:3 88:9
**cousin** 27:25
135:21 136:4
**Couture** 23:9
**cover** 166:13
167:25 168:6,10
**Coverage** 138:15
**covered** 57:18
**covers** 169:23
**COVID** 141:5
**COVID-19** 4:14
**coy** 63:25
**crazy** 49:15
**create** 147:15
**created** 74:22
**creates** 88:2
**credit** 103:23 104:8
114:6

**current** 15:23
  16:12 36:4 54:21
  136:23 140:16
**currently** 11:17
  133:7,9,14,15
  158:22
**cut** 149:3,4,5

**D**

**D** 182:2
**D.C** 3:5
**dad** 36:24 37:14
  38:2 49:14 94:15
  106:6 121:7,9
  124:13 147:13,14
**Dag** 77:23 106:15
**Daily** 51:8
**damages** 57:3,5,6,8
  57:10,13,14,15,18
**Danyo** 1:24 2:8 5:6
  5:10 181:4,18
**date** 4:3 11:6 14:21
  65:9 72:15 73:14
  82:23 84:19 103:3
  110:23 115:10
  119:22 127:15
  137:9 145:5 153:5
  153:25 154:15
  156:21 158:3
  166:2 167:18
  169:11 173:13
  175:14 184:3
**dated** 38:19,23
  51:23 52:11 65:4
  84:7 145:3,10
  175:14 182:21
**dates** 92:7,24
**daughters** 39:12
**Dawn** 111:22
**day** 70:16 75:18
  89:23 177:10
  180:14 181:15
  184:23
**days** 170:19 178:19
**deal** 21:16 25:16
**Dear** 170:20
**December** 146:9

154:21
**decide** 36:3,24 59:4
  171:21
**decided** 35:24
  41:10,19
**Decision** 37:24
**decisions** 67:22
  135:6,11 172:6,11
  172:15
**deed** 63:13,22,22
  65:4 73:19,22
  77:2 85:22
**Defendants** 1:8
**defined** 75:23
**defunct** 61:17
**Delaware** 85:7
**delighted** 41:15,23
**dementia** 9:20
**den** 33:12
**Denmark** 18:21,23
  20:6 31:20 49:25
**Department** 3:4
  5:16
**Depending** 99:19
**depends** 99:11
**depose** 19:5
**deposing** 12:5 18:4
**deposit** 169:21
**deposition** 1:14 2:6
  4:6,12 5:21 6:24
  7:3 8:3 9:11,24
  10:9 11:5,12
  12:24 16:6 152:20
  178:14,18 179:6
  180:6 182:8
**depositions** 130:7
**describe** 32:8
**description** 50:14
  83:10
**design** 38:2
**designate** 69:5
**designates** 68:23,25
**designer** 23:9
**detailed** 38:21
**details** 55:13
**determine** 126:16
**Development** 23:7

**devices** 6:24 7:25
**died** 149:2
**difference** 24:14
  49:18,19 160:10
  178:12
**different** 19:6
  31:18 48:24 59:19
  59:20,23 60:23
  61:6,12,16 66:15
  74:17,20 75:6
**difficult** 52:17
**dining** 33:12
**diplomatic** 22:15
**direct** 147:25
**direction** 116:14
**directly** 41:11
  82:13,18
**director** 23:6
**discovery** 10:19
  11:2 26:13 80:3
  125:23 126:15
  157:19 164:2
  175:11
**discuss** 172:2
**discussed** 12:14
  47:21 59:2 68:11
**discussing** 89:7
  112:2,4
**discussion** 87:20
**dismiss** 51:13
**distinction** 76:14
**distinguishing**
  49:16 50:4
**distributions**
  110:11
**District** 1:2,2 4:9
  4:10
**Division** 3:4
**divorce** 49:5
  124:22,25 125:7
  133:22
**divorced** 144:11
**dock** 86:2
**Doctrine** 7:10
**document** 39:4
  53:8 54:19 55:19
  55:19 65:25 69:16

69:17 70:7,10,10
  70:14,14,17,21
  71:20 72:8,9
  73:11 82:21 83:8
  84:16,22 102:24
  110:20 111:4
  115:3 119:19
  120:25 127:12
  137:6 139:4,12
  142:5 150:4 153:2
  153:23 156:19
  157:25 165:24
  167:15 169:9
  173:10 182:10,12
  182:13,15,16,18
  182:19,22,23,25
  183:2,3,4,6,7
**documents** 7:25
  10:24 12:13,14
  54:22 75:23 77:8
  107:13 118:2
  120:23 164:11,13
  164:21 173:15
**dog** 71:16
**doing** 22:23 26:13
  30:10 42:2 56:25
  58:23 81:19 97:18
  97:19 120:17,20
  130:21 149:19
**door** 36:4
**doorstep** 101:10
**doubt** 27:19 137:21
**Doubtful** 107:21
**drawings** 38:21
**Drive** 78:25
**driver's** 35:10
**driveway** 89:24
**driving** 89:24
**drugs** 9:14
**due** 4:14 111:23
  154:5 169:20
**duly** 5:10
**duties** 28:17 29:4

**E**

**E** 3:2,2 181:2 182:2
  182:6

**e-mail** 28:10,11
  72:13,17 95:8
  103:25 104:3
  106:19 111:17
  112:19,20,23,24
  113:7 119:24
  120:3 121:15,16
  121:23 122:2,5
  125:10,12,15
  126:4 127:18,24
  131:14 132:11,15
  133:22 134:4,6
  136:12 137:12,16
  137:22 138:3,14
  140:7 141:18
  145:3,9,22 153:8
  153:14 166:8
  169:12,18 170:18
  177:22 182:9,21
**e-mailed** 70:25
  71:3 171:3 174:13
**e-mails** 89:15
  118:23 132:25
  172:9
**earlier** 11:13 74:9
  87:21 100:14
  124:23 129:2
  143:8 145:24,24
  150:7
**early** 40:22 49:2,3
  86:17 87:4,7,25
  89:16 92:10,12,17
  92:22
**easement** 42:12
  81:10,14,15,23
  82:12 83:2 85:22
**easier** 43:6 51:12
  131:24
**Eastern** 4:5 58:4
  88:22 97:7 142:25
  169:22 178:6,20
  179:8
**easy** 13:8
**education** 22:10
**effect** 54:16 167:9
**effective** 43:5,25
  44:6,17 74:11

either 84:6 88:12
129:19 176:8
elderly 124:13
eldest 31:5
Electric 99:7
electrical 106:2,25
107:2
electronic 5:22
6:24 7:25 78:11
elevator 38:11
employee 21:25
22:2
empty 60:22 75:2
engage 67:14,16,17
Engineers 38:23
enjoy 128:4
ensure 83:11
entire 92:16
entitled 8:6 181:8
entrusted 61:18
ERRATA 184:1
error 45:18,24 46:3
46:16 47:24
ESQ 3:6,7,11
estate 41:6 42:2
81:19 99:21 108:6
112:4 148:3 150:8
154:5,25 156:2,3
156:12,14 161:19
estates 41:8
estimate 130:9,17
et 1:7 4:8 5:19
83:12 184:2
Europe 14:11 92:4
European 154:22
evening 10:7
everybody 63:9
evidence 160:20
162:22,25 163:2
163:11,11,15,17
ex-wife 20:8,9
EXAMINATION
5:14
examined 5:11
example 154:2
examples 40:5
excuse 11:20 16:5

17:13 60:16 64:10
126:9,9 146:20
execute 113:21
Exhibit 11:4,8,9
72:12,16,16 73:11
82:21 102:24
110:20,25 119:19
119:25 127:12
137:6 145:3 153:2
153:7,23 154:3
156:19,23,25
157:3,25 158:6,6
165:24 166:4
167:15 169:9
170:19 173:10
182:8,9,10,12,13
182:15,16,18,19
182:21,22,23,25
183:2,3,4,6,7
exhibits 10:4,25
124:2
exist 87:25 158:18
existed 164:3
exists 126:11,12,16
163:19,21,22
expenses 155:20
168:6
experience 25:17
explain 27:17 29:9
41:18 75:11
157:19
explained 26:7,24
29:8 44:2 107:5
explanation 118:9
119:3 157:17
explanations
118:12,17 119:9
extensive 96:22
extensively 14:11
eye 102:4

F
F 181:2
fact 24:25
fair 50:14 155:13
Falcone 140:12
141:23 142:9

145:18
fall 101:18,19
fallen 159:16
familiarize 146:19
147:2
family 13:5 36:20
91:22,23 94:7
136:4
far 16:9 19:8 60:24
61:15 62:25 77:18
117:25 133:2
164:24 165:2,2,5
165:7
Fargo 121:3
fast 66:5 145:15
fat 101:5
father 13:23 22:25
36:2 49:12 81:18
84:14 93:19,19,20
95:24 147:25
177:6
father's 23:12
39:22 40:2 84:2
136:7
fault 59:6
favor 117:4
fax 142:16
February 103:18
Federal 114:6
fell 38:9,10
fiduciary 28:24
fight 68:12
figure 162:9
figures 153:17
file 111:2 157:5
filed 4:9 57:9 66:2
83:12 172:25
files 37:23 71:14,18
79:2,5,16,25
158:13,17 164:14
164:19 165:14,14
165:15
filings 151:18
fill 134:20
finances 31:4
find 28:8 71:10
84:15 106:21

114:4 140:18,23
150:3 152:18,21
153:17 155:7
162:14,25 163:10
163:15,16
finding 26:16
finds 169:18
fine 7:19 9:3 18:19
63:7 78:21 92:25
97:19 101:11
113:15 114:24,24
130:23,24 131:9
162:5
fingers 174:5,12
finish 44:14
finished 70:2
fire 121:17
FIRM 3:9
first 5:9 15:11
19:20 20:5,17
27:21 37:14 38:19
65:18 83:9 114:20
131:14 137:16
172:16 173:18
174:23,25
FirstEnergy 105:17
fit 9:11
five 33:11 42:3
56:16 143:9,9
five-minute 57:22
96:25
fixed 31:10 54:2
fixing 57:4
flipped 174:25
flipping 155:25
flooding 96:2
fluid 50:13,19
focus 51:15 93:2
follows 5:11
forget 163:3
form 139:15 142:11
formed 41:2,5,6
75:15
former 102:18
104:23 140:15
forms 128:7
forth 13:17 155:25

forward 14:14
22:11 52:19
found 43:5 76:11
76:11 118:2,3
140:21 141:3
Foundation 22:25
founder 22:22
four-page 127:17
frames 14:15
Franklin 7:10
22:13
frankly 105:14
116:20
freaking 176:10
friend 94:21 95:3,5
95:22,23
friends 144:9
front 7:7,7 54:20
65:22 70:21
frozen 88:7 169:4
full 13:24 70:5,21
funds 114:17 132:6
166:13 168:10,21
169:20
funniest 43:13
further 57:17
131:15 132:18
133:23 155:3
181:10
FYI 169:18

G
Gandolfo 21:8,10
21:11 115:16,18
116:3
Gandolfo's 121:23
ganging 25:7
garage 33:14
Gas 103:14 104:5
gated 23:15,19
gel 9:5
general 94:17
Generoso 166:5
getting 13:5 41:7
93:24 102:10,11
102:16,19,21,23
140:22 149:2,4

164:6 174:18
**girl** 95:22
**girlfriend** 95:18,21
**girlfriends** 17:23
 19:24
**give** 9:11 22:9
 24:21 30:8,11
 40:3 41:11,19,23
 42:8,11 43:22,24
 50:17 53:18 67:6
 70:6 82:12,18
 116:6 123:10
 126:17 127:7
 130:17 167:12
**given** 10:17 19:18
 26:4 42:12 47:23
 87:23 105:13
 118:23 171:19
 172:9 178:12
 180:9
**giving** 82:8 147:8
**glitch** 89:2
**go** 4:23 11:15,25
 19:3 44:15 53:14
 63:6 71:23 72:23
 78:3 81:20 84:24
 88:13,15 89:21
 104:10 107:9
 115:14 127:22,25
 131:20,21,23
 145:6 148:18
 152:19 153:20
 154:13 162:17,17
 162:17 168:2,18
 168:25
**go-to** 148:14
**goes** 22:3 51:14
 73:20 84:22
 105:18 111:2
 120:2 122:23
 127:19 128:9
 134:4,20 137:11
 141:19 154:3
 166:4
**going** 11:7,15,21
 12:7 21:16 27:4
 30:23,24 32:14

34:2 35:19 37:12
 41:17 52:18 54:4
 56:24 57:24 70:11
 73:15 76:24 77:7
 82:24 88:18 91:4
 91:5,6 92:19 97:3
 103:5 105:15,21
 110:10 118:21
 121:5 129:18
 138:25 141:21
 144:8,12 145:6
 153:6 162:3
 164:17 167:22
 172:3 175:11
 176:3 178:2,14
 179:7
**good** 4:2 5:15 14:9
 52:18 58:25 105:4
 128:3 134:3,8,11
 144:25 169:13,17
**Google** 78:25
**gosh** 177:24
**gotten** 140:17
**Government** 153:7
 154:3 156:23,25
 158:6 166:4
 170:19
**Government's** 11:8
 11:9 110:25
**Grace** 22:24
**graduated** 22:12,14
 22:17 32:3
**Grand** 40:10
**grandchildren** 14:3
 41:15 60:20 61:19
 74:23 75:4 148:2
 148:5
**grandchildren's**
 60:21
**grandkids** 41:24,25
**grandmother** 63:15
**grandparents**
 75:16
**Great** 178:25
**Greenwich** 31:21
 31:22
**ground** 6:4 8:21

**group** 39:16,17,17
 40:4,6,15,20,23
 81:12
**guess** 42:3 67:11
 81:18 83:17 93:12
 102:16 106:3
 112:6,11 129:15
 129:19 130:2,6,9
 130:15,17 131:2
 138:10 144:10
 176:25
**guesstimate** 144:15
**guest** 33:14 35:23
 36:23 94:24 96:2
 99:13 116:7
**Guilty** 155:12
**guy** 177:23
**guys** 27:9 58:15,22
 59:4 126:18
 162:10

---
**H**

**H** 5:9 170:22 182:6
**Hammarskjold**
 77:23 106:15
**Hanamirian** 3:9,11
 4:23 5:3,3,25 7:16
 7:20 8:9 16:5,9
 18:25 19:10,14,16
 19:21 32:19 33:7
 47:11 58:14 88:11
 117:7,14,20
 119:11,16 126:9
 126:14 129:8,18
 130:4,14,19,22
 131:6 138:24
 139:9,18,21,25
 140:5 161:23
 162:6,15 163:4,19
 163:23,25 164:7
 178:10,20,21,25
 179:4
**hand** 181:15
**hand-deliver** 17:17
**handle** 62:2,6,14
**handwriting** 37:20
 37:22

**handwritten** 47:21
**hang** 144:15 146:21
**happened** 28:2
 38:17 55:5 65:21
 100:20 146:7
 168:2 170:14
 176:12,16 177:2
 177:11
**happening** 26:24
**happens** 8:9 109:24
**happy** 6:10 177:19
**hard** 164:17
**Hasmig** 13:6
**hated** 93:20,21,25
**Havighorst** 43:5,14
 43:17 47:25 64:13
 64:15 149:15
**head** 6:16 92:10
**heads** 42:7
**hear** 6:6 88:8,12
 128:4 131:7 163:7
**heard** 161:21
 175:17
**height** 7:23
**held** 33:2 40:4
 129:19
**hell** 177:8
**hello** 29:25 112:12
 115:22 116:5
**help** 21:12 38:25
 39:6,8 52:2,3 73:2
 78:15 95:4 140:24
**helped** 26:15 96:3
**helping** 24:2 25:2,8
**helps** 21:15,16,21
 63:5 77:19 174:8
**hereunto** 181:14
**Hi** 24:19 25:3 88:25
 111:20 112:7,14
**high** 22:11
**Hilde** 18:23 20:10
 52:25 53:9,9 54:6
 76:18 78:14,15,18
 78:20 80:2 93:13
 93:15 102:17
 104:22 107:11,20
 107:21 110:18

111:17,20 112:7
 112:14 116:11
 119:4,5 120:16,20
 121:16 122:5,10
 122:22,25 123:10
 124:20 126:20
 128:11 132:5,15
 133:3,4,7 134:19
 137:3,14 143:19
 143:19,22 144:10
 149:18 170:9,10
 171:5,15
**Hilde's** 122:2 126:4
**HildeHov@gmai...**
 122:13
**HildeHov@gmai...**
 122:3
**history** 22:15,15
 107:10 117:15
 147:12
**Hmm** 25:12
**Hokis** 83:10
**hold** 51:17,24,24
 63:21 64:5 71:6,8
 71:17,19 73:6
 80:13 83:3 103:11
**holder** 121:4
**holding** 80:11
 81:12
**home** 36:4 37:14
 49:20,21,22 50:6
 61:18 79:22 86:12
 86:13,15
**homeless** 16:14
**honest** 141:3 175:7
**hope** 9:22 128:5
 169:18 177:24
**hopefully** 57:4,12
**horrible** 38:15
**horse** 43:10
**hospital** 38:14
**hot** 63:4
**hour** 71:13 142:17
**hours** 12:8 38:12
 176:24
**house** 15:19,20,21
 21:20 22:3 26:8

31:4 32:8,9,14
33:8,14 34:12,22
35:23 36:4,22,23
37:25 45:15 57:3
57:7 60:6,20 61:3
81:11 85:18 86:12
86:21 87:13,18,18
87:22,22,25 89:24
90:12 92:8,17
93:16,17,18 94:17
94:24,24 95:3
96:2,7 99:3,10,13
99:16 100:25
101:8,9,12,24
106:2,10 116:7
121:18 122:23,25
123:10,12,15
124:7,11 143:8,18
148:22 154:19
161:19 169:25
170:2
**houses** 90:19 143:9
**Hov** 84:21 109:13
109:24
**Hovbilt** 40:8 109:6
109:11,14,16,22
148:21
**Hovnanian** 1:7,15
2:7 3:10 4:1,7,8
5:1,18 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1,6 14:1,4
15:1 16:1 17:1
18:1,24 19:1 20:1
20:10 21:1 22:1
23:1,9,14 24:1,12
24:15,17 25:1,11
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1,17,17
39:24 40:1,4,6,15
40:20 41:1 42:1
42:20 43:1,20
44:1,25 45:1,6
46:1,2,12,15 47:1

48:1,20 49:1 50:1
51:1,21 52:1,9,13
53:1,2,16 54:1
55:1 56:1 57:1
58:1,7 59:1,14,15
60:1 61:1 62:1,23
63:1,15,20 64:1
65:1,12 66:1,11
67:1 68:1,16 69:1
69:23 70:1 71:1
72:1,13,17 73:1
74:1 75:1 76:1,14
77:1 78:1 79:1
80:1 81:1,3,4,12
81:12 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1,6 106:1,5
106:22 107:1
108:1,12 109:1
110:1 111:1 112:1
113:1 114:1,18
115:1 116:1 117:1
118:1 119:1 120:1
121:1,4 122:1
123:1,21 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1,9,12 135:1
136:1,22 137:1
138:1 139:1 140:1
141:1 142:1 143:1
143:4 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1,11,19 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1

169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1,6
180:4,11 182:4,9
184:2,4,21
**Hovnanian's** 102:7
134:6
**Hovnanians** 16:21
**HOVPROD** 37:13
37:20 53:8 64:2
64:17 65:19 70:15
73:12,12,20,21
82:22 83:6 84:21
173:15 182:10,11
182:12
**HOVPROD743**
173:11 183:7
**HovSat** 40:11
108:12 109:15,15
109:19,19 110:5
110:11 113:11
114:5,11 120:5,8
120:9
**huh** 80:20 89:20
94:15 123:13
150:23 173:22
**hundred** 152:3
**hung** 146:24

**I**

**ID** 105:5
**idea** 27:4 37:2
42:16 50:25 90:10
96:21 113:13
114:14 132:22,24
137:23 174:3
**identification** 11:6
72:14 73:13 82:23
103:2 110:22
119:21 127:14
137:8 145:5 153:4
153:25 156:21
158:3 166:2
167:17 169:11
173:12
**identified** 60:14

139:20
**identify** 4:18 140:6
**illegal** 177:3
**imagine** 144:7
**immediately**
176:17,20
**Important** 115:6
**in-house** 43:19
**inactive** 42:25
**inaudible** 114:5,13
153:15 164:10
167:23
**including** 60:15
**income** 62:3
**incorrect** 55:2,5
72:3
**indicate** 154:18
**info** 121:2
**inform** 142:16
**information** 19:17
93:11 116:6
142:17 148:20,20
149:13 150:21
**initial** 69:17 107:11
**initially** 65:13
**inside** 62:7
**installed** 101:14
**instance** 35:10
**instances** 90:24
**instruct** 32:17
130:6
**instructing** 116:11
116:12 162:4,7
**instruction** 130:5
**instructions** 6:18
132:21 147:8
**insurance** 57:9,9
57:11,18 169:24
**interest** 152:7
**interested** 181:12
**interim** 55:19
96:16,19
**International**
23:14 24:12,15,18
**interpreted** 46:22
48:17
**interrogatories**

47:2,4,16 150:19
**interrogatory**
45:17 46:9,19
94:21 95:2 150:20
**intricacies** 26:6,11
**investments** 142:11
**invoice** 121:20
**involved** 40:17
118:13 144:22
156:7 160:6,7
170:7,8,10
**involvement**
118:19 144:4
**iPad** 7:12,13 8:2
**irrevocable** 42:20
67:3
**IRS** 103:14 105:17
169:3 172:17,17
**issue** 126:15 140:3
140:6,8
**issued** 111:24
156:13
**issues** 140:3
**items** 7:6,7

**J**

**J** 72:13,17 182:9
**January** 1:16 2:3
4:4 38:6,13
111:18 113:10
115:11 145:4,9,23
154:20 180:6
181:15 182:21
184:3
**JCP&L** 116:7,8
**Jen** 112:17
**Jennifer** 111:9
112:10 113:20
115:16,18,21
116:24 119:24
121:2 127:25
128:2,3 131:11
137:15,22 141:19
142:14 145:16
153:9,13 166:5,6
167:22 169:14
170:20,20

**Jenssen** 20:10,12
  53:2
**Jersey** 1:2 3:11
  4:10 13:11 14:23
  14:24 15:5,6,10
  23:16 84:25
  103:13 104:5
  116:8,10 148:14
  176:6 178:13
**jetSSH@jetio**
  112:19
**jmh@hanamiria...**
  3:12
**job** 1:25 13:23
  162:13 184:5
**John** 3:11 5:3
  10:10 12:25 29:16
  47:9,21 58:14
  59:8 88:8 97:18
  117:6,25
**Joseph** 1:24 2:8 5:6
  5:10 181:4,18
**July** 133:23 172:20
  173:20,23
**jump** 37:13
**June** 65:4 74:5
  75:20
**Justice** 3:4 5:16

**K**
**Karen** 21:8,10
  29:14,17 77:19,22
  78:2 79:7,11,12
  79:15 80:6 98:10
  115:15,18 116:3
  116:23,23 119:5
  121:15,23 122:6
  122:22 123:2,5
  128:4 158:16
  165:8,13 172:13
**keep** 21:15 28:11
  30:24 34:2 49:16
  77:8 95:16 102:4
  144:12 167:23
**keeps** 79:8
**kept** 67:22 79:2
**Kevin** 177:23

**kids** 15:13 29:11
  36:6 41:14 42:13
  49:2,8,24 61:22
  68:11 73:10 74:21
  82:2 93:12 149:22
  176:9,25
**kids'** 15:11 49:22
  94:12
**kind** 14:14 20:2
  23:15 28:20 29:25
  32:21 44:18 77:6
  77:7 82:5 84:16
  96:3 107:9 108:21
  128:17 147:17
  177:14
**kinds** 108:14
**kitchen** 33:12
**knew** 104:25 129:5
**know** 6:6,8,9 7:23
  9:2,2 10:17 13:18
  14:11,21 17:9
  18:2 24:23 25:22
  26:6,7,15 27:3,14
  29:24 30:15,25
  31:9 32:10 36:14
  36:15,21 37:6
  39:3,10,12 41:10
  41:13,25 42:4,6,9
  42:19 44:5,7,19
  44:23 47:13,23,23
  48:15,17 51:4
  55:15,16,18 56:3
  57:16 60:10,11,18
  60:19 63:23 67:18
  68:5,7,12,20,21
  70:18 73:10 75:19
  75:22 76:10,25
  77:12 78:4 82:4,7
  85:2,9,11,13
  86:10 87:14,17
  90:24 92:3,24
  93:4,11,19 94:23
  95:15,16 96:20
  97:24 98:7,10,10
  98:11,17 99:17
  100:21 102:8
  104:8,14,16,25

108:20,22 111:9
  113:13 115:5,12
  116:17,20,20,20
  117:10,12,16,17
  117:17,19,23
  118:2,6,7,20,21
  118:25 119:2,14
  119:17 120:10,11
  120:14 121:9,13
  122:10,18 123:11
  123:14,20 124:8
  124:14,15,16,18
  125:5,13 126:10
  126:20 128:22,25
  128:25 129:5,14
  129:17,19,22
  131:20 133:6,13
  133:18,19 134:2
  134:25 135:5,8,11
  135:12,13,19,20
  136:13,15,21
  137:5,19 138:5,6
  138:11,13 140:12
  141:13,16 142:19
  143:24 144:13
  145:22,25 146:11
  146:15,16,16
  147:17 148:10,13
  148:19,24 150:6
  150:14,22,24
  151:5 152:6
  154:10,23 155:6
  155:23 156:4,7,15
  156:25 157:17,23
  157:24 158:14,15
  158:25 159:6,8,11
  159:13,15,18
  160:4,12 161:6,9
  161:10,12,24
  162:21 163:20
  164:8,21 165:11
  165:11,12,18,18
  166:11,15,18,19
  166:20 167:10,21
  168:5,15,17,20,22
  168:24 169:8
  170:6,7 171:2,5,6

171:23 172:8
  174:14,15,19
  175:5,6,6,12,13
**knowledge** 12:11
  36:12,14 80:9
  85:20 141:11
**known** 18:13 33:22
  34:6
**knows** 112:11
**KSG@jet.io**
  121:24
**KSi** 38:22
**Kunofsky** 3:6 4:21
  4:21 5:13,14,15
  5:20 6:2 7:19
  16:8,11 19:9,12
  19:18 30:19 32:16
  57:21 58:6 88:7
  88:15,24 96:24
  97:9 117:6 119:15
  119:18 126:17
  129:23 130:8,16
  130:20,25 131:9
  139:8,14,19,24
  140:2,9 143:3
  162:4,9 163:7
  164:5,10 177:21
  178:7,7,23

**L**
**L** 81:7
**lack** 169:20
**land** 33:20
**late** 101:18
**laugh** 80:19
**LAW** 3:9
**lawsuit** 172:17,17
  172:24
**lawyer** 8:15 10:10
  13:3 58:14 177:13
**lay** 6:3 65:10
**learn** 26:10 29:4
  169:6 172:16
**learned** 26:13
  128:11
**learning** 26:12 73:8
**leave** 24:18 44:24

**ledgers** 151:7
**left** 40:21 89:6,12
  146:2
**left-hand** 64:17
**legal** 35:2,4 48:24
  58:19 91:15
**let's** 14:13,13 16:23
  17:22 31:18 46:23
  51:10,12 59:10
  62:24 65:10 88:15
  92:10 96:24
  105:11 115:2,14
  118:14 119:23
  121:14 154:9
  165:19 167:6,19
  175:16 177:21
**letter** 17:2,11,16,18
  17:19 38:19
  111:21 125:9
  126:4 127:9,10
  145:9,10 173:19
  174:8,10,16,22
  175:8,11 177:16
**letters** 80:15,22,24
**levied** 175:17,19,22
**levy** 165:19,21
  169:7,8 175:18
  177:17
**liability** 27:6
**license** 35:10
  177:19
**Light** 116:9
**lightly** 125:24
**limb** 144:8
**line** 81:25 121:21
  138:14 139:11
  140:7
**list** 10:2 19:2
  104:12
**listed** 52:22 53:2,4
**lists** 106:8,14
**litigation** 78:19
  147:20 148:7
**little** 7:6 9:16 36:5
  51:11,25 54:5
  73:17 93:25 116:2
  138:25 157:8,10

174:7
**live** 13:9 14:23 16:4
  16:16 18:7 31:19
  31:20 48:25 49:7
  49:24,25 50:13,21
  91:2,17
**lived** 13:10 14:7,9
  14:15,16,20,20,21
  15:4 35:13,17
  49:2 87:7 91:18
  91:21,24 92:14
  94:6,7 96:7
**lives** 20:6 31:21
  49:20 50:13
**living** 33:12 36:16
  39:10 41:12 49:17
  81:21 91:20 92:6
  93:6,16,17 100:22
  101:4 112:10
  124:10 148:11
**LLC** 80:10 81:8
  82:17 85:3
**loan** 66:25 67:2
  150:11,24 151:8
  151:22,24 152:8
  152:14,24 157:12
  158:18 161:3,22
  162:12,18,22
  163:14,16,17
  164:10,13,21,25
**loaned** 107:5
  108:24
**loans** 67:24 116:17
**local** 91:5
**located** 33:17
**location** 19:22
**long** 13:19 38:14
  76:21 92:20
  115:15 126:21
  128:5 172:4,23
**longer** 140:4
  145:11 159:14
**longest** 51:2
**longtime** 21:25
**look** 38:17 46:23
  47:14 51:10,12
  54:10 59:10 64:6

64:24 65:18 71:5
  78:7 80:23 103:19
  105:3,11,25 110:9
  115:2 119:23
  121:14 128:17
  129:4 131:10,18
  133:3,24 138:7
  150:2 152:19
  154:2 155:3
  156:22 158:4
  165:4 167:6,19
  172:10,12
**looked** 47:19 118:3
  150:6,16 164:15
  164:15
**looking** 46:6 65:25
  85:14,15 139:3
  142:10 149:13,13
  154:25 155:8
**looks** 55:3 73:4
  132:4 133:25
**lose** 85:6
**lost** 85:11
**lot** 14:20 17:22
  26:13 36:5 57:3
  79:14 108:16
  149:19 151:25
  155:10,14
**low** 128:18,21
**lower** 64:16
**luck** 112:18

---

**M**

**M** 3:7
**mail** 16:23,25 22:4
  86:14,16,21,23
  87:4,12,24 89:12
  89:15,18,19 90:4
  90:8
**mailing** 106:14
**main** 3:10 99:16
  116:7
**maintain** 77:3,5
**maintained** 28:20
**maintaining** 28:22
**majority** 159:20
**making** 12:6 41:16

51:11 104:14
  129:3 135:6,11
  172:6,10,15
**mall** 77:24 106:17
  108:17 109:20
  123:17
**man** 149:17
**managing** 109:19
**manipulating**
  105:4
**March** 166:21
  168:3,11
**mark** 168:14
**marked** 11:5,8
  37:12 64:2 70:12
  72:14 73:13,16
  82:22,25 84:21,22
  103:2 105:16
  110:22,25 119:21
  127:14,17 137:8
  137:11 145:4,7
  153:4,7,24 156:20
  158:2 165:25
  166:3 167:17
  169:10 173:12
**marriage** 81:21
  82:19,20 181:11
**married** 18:19
  20:14,15,18
  107:15 166:6
**matter** 4:7 181:8,12
  181:13
**Matthew** 144:8
**McLaughlin** 111:9
  115:16,21 121:3
  137:15 145:17
  166:7 167:22
  169:14
**McLaughlin's**
  137:22
**mean** 12:15 13:18
  16:5 18:25 19:5
  19:16,22 21:13
  22:8 25:18 27:3
  35:17 39:12 47:11
  50:12 58:21 59:20
  68:8,11,24 79:21

80:12,23 86:20
  90:19 91:25 93:7
  98:11 101:6
  107:22 109:4
  114:19,25 117:7,8
  117:9,11 120:19
  125:23 126:15,18
  126:19 129:9
  133:12 138:24
  139:3,10 141:12
  141:13,17 144:5
  149:20 152:22
  160:3 161:24,25
  164:9,16 166:18
  174:9 175:24
  176:15
**meaning** 35:7
  80:25 94:8
**means** 5:22 50:5,5
  112:18 120:19,20
**meant** 61:8 94:2
**Medical** 156:12
  157:20 160:15
  161:7,8
**medications** 9:13
**meeting** 147:4
**members** 91:23
**memorized** 71:14
**memory** 9:21 39:8
**mention** 38:10
  151:22
**mentioned** 11:13
  20:6 94:20 97:11
  100:14 141:6
  143:7 150:7
  152:23
**mentioning** 171:14
**messed** 64:9
**mid-2000's** 49:4
  88:2
**Middletown**
  111:22
**mine** 75:9 82:4,4
  87:16 95:3
**minor** 91:21
**minute** 53:18
  126:10 146:23

**minutes** 67:22 68:5
  68:8,9,14
**mis** 43:12
**misheard** 43:10
**mispronouncing**
  16:19 23:23
**missed** 50:18
**missing** 44:18
**mistake** 47:12,12
  64:7,11,21 65:14
  72:22 74:4,5
  76:23,25 109:23
**mistakenly** 74:6
**mobile** 30:3
**mom** 31:22 38:2,3
  38:5 49:13 83:11
  91:14 94:12,16,17
  107:5 124:13
  136:7 147:13
  148:12,25 151:24
  152:22 158:19
**moment** 65:2 93:18
  118:15 178:10
**Mona** 144:8
**Monday** 1:16
  131:13
**money** 100:15
  107:6 108:10
  116:16 131:19
  161:16,18
**Monmouth** 83:12
**month** 55:25 56:7
  78:3 94:8,9 100:6
  146:8 166:12
**monthly** 100:5
**months** 135:3,10
  145:24,24 146:8
  171:20
**Moorestown** 3:11
**Morgan** 86:5 97:23
  97:25 98:6,14
  110:21 111:3,13
  115:3,7 119:20
  120:2,22 121:15
  127:13,19 132:20
  133:2 134:4
  136:11 137:7,11

138:2,17 141:24
145:17 153:3,8
166:23 167:16,20
171:10 182:15,16
182:18,19,22
183:4
**morning** 4:2 5:15
10:5,7 131:22
132:6 134:3,8,11
168:10 169:13,17
**Mortgage** 37:25
**Moscow** 176:8
**mother** 49:12 63:16
63:17,19 93:19,20
93:21 108:10
116:16 150:11
151:9 157:12
163:3 164:22
**motion** 51:13
**mouse** 53:23
127:18
**mouth** 8:24 9:15
**move** 13:12,14,21
23:2 95:25 157:7
166:13 167:24
168:10
**moved** 49:4 92:18
**moves** 38:3
**mug** 7:9
**mumble** 6:7
**mute** 88:9

**N**

**N** 3:2 4:1 5:1,9,9,9
5:9,9 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1

45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
181:2 182:2
**name** 4:15 18:18

20:7,10,20,22
23:19 40:2 42:17
43:2,3,4,6,21,23
44:22,24 45:17
46:13 53:16 54:13
59:22 60:12,13
64:14,16 66:12
69:11 70:6 74:18
94:22 102:7,20
104:11,12 106:4,5
111:2 134:12
157:5 166:6,9
173:5,9 174:20
**named** 46:14 81:2
81:3 94:21
**names** 18:11 45:13
55:8,11 81:5
**nannies** 49:6
**nanny** 49:10
149:24,25
**Natural** 103:14
104:5
**Navesink** 13:10
15:14,17,18,21
25:24 26:5 27:18
29:2 32:9 33:18
33:20,22 34:11,15
34:19,19 35:14,21
35:22,25 36:10
51:3 55:22 63:13
63:14 73:25 86:17
86:24 87:4 89:8
89:15,18 90:4,9
90:14 91:11 94:2
94:8 106:9 116:8
121:6 153:15
154:5
**near** 36:6
**need** 6:9,16 8:25
37:23 51:17 52:18
52:21 53:22 63:6
63:7 125:2 127:5
130:8 131:15
132:2,17 133:23
137:17 138:3
148:6 165:6
167:24

**needed** 13:24 41:8
47:10 71:16
130:16 149:8
**needs** 17:14 21:18
21:19 31:10
130:12
**nephew** 31:5 95:12
106:6 140:18
176:5 177:6
**nephew's** 95:5
174:12 176:7
**never** 48:22 70:4
100:19
**new** 1:2 2:9 3:11
4:10 13:11 14:20
14:23,24 15:4,6,9
22:21 23:16 31:25
36:16 37:14,25
43:8 73:8 74:12
84:25 87:13,18,18
87:22 89:8 92:14
103:13 104:5
116:8 136:19
140:24 148:14
176:6 178:13
181:5
**Nice** 128:4
**nickname** 84:3
**Nina** 1:15 2:7 3:10
4:6 8:10 19:4,6,15
20:21,23 23:9
30:23 32:21 82:13
82:15,16 83:9
88:6,25 117:9
129:8,8,9 149:3,3
162:15 179:6
180:4,11 182:4
184:4,21
**nine** 176:23
**NOK** 120:15
**Nonlegal** 50:10
**nonpayment**
152:11
**normally** 166:12
**Norway** 14:11,21
49:4 92:19,21
93:7 112:10

**nose** 36:8
**Notary** 2:9 5:10
180:16 181:5
184:25
**note** 66:2 83:9 84:5
84:9,13 128:11
**noted** 179:9
**notes** 151:8
**notice** 11:4,12,16
11:24 51:13 71:22
115:6 169:2 182:8
**notices** 21:20 22:4
**notifications**
170:23 174:19
**notified** 170:9
**November** 27:23
94:11 133:17
145:11 146:3,9
**NRR** 121:20
**numb** 9:16
**number** 4:11 46:9
95:7 114:4 121:5
**numbers** 64:4
115:5
**NY** 169:3
**NYSE** 159:18

**O**

**O** 5:9 181:2
**oath** 5:22 58:8 89:4
97:12 143:5 180:6
**object** 138:25 139:7
139:15
**objection** 130:11
140:9 161:23
**objections** 5:21
**obscene** 99:22
**obviously** 141:1
156:6 163:6,20
174:9 175:25
**occupation** 99:20
**occupied** 99:11,13
**occurred** 57:6 66:3
**October** 51:23
52:12 65:11,17
66:3 70:16 94:11
94:12 155:6

OD'ing 9:4
office 3:5 21:21
  77:16,17 111:22
offices 77:22,23
oh 8:20 21:11 23:8
  31:25 33:6 41:6
  46:11,17 64:7
  71:19,24 72:3,17
  72:25 102:13
  104:3 106:22
  111:7 115:22
  123:8,9 130:22
  131:23 142:7
  146:6 147:4
  176:19 177:24
okay 5:5 6:20 7:12
  7:14 8:5,8,20,22
  8:25 9:6,7,19,23
  10:3,6,11,22
  12:10,12 13:2,4,8
  13:16,21,25 14:4
  15:9,14,23 16:2
  16:10,16,20 18:10
  18:16,23 19:7,14
  19:21 20:24 21:8
  21:8,13 22:6,9,16
  22:21 23:2,10,15
  23:18,25 24:11,17
  24:20,25 25:5,9
  25:19,23 26:3,19
  27:2,8,17,21,24
  28:2,8,11,14,16
  28:21 29:4,7,12
  29:19 30:2,5,8,12
  30:14 31:3,11,17
  31:24 32:3,15
  33:6,10,13 34:11
  34:15,18,21,24
  35:13,16,19,24
  36:9,13 37:3,9,19
  39:23,25 41:17
  42:5,17 43:18
  45:5 46:5,23 48:7
  48:19 50:7,17,20
  50:23 51:5,10,17
  52:10,14,19,22,25
  53:7 54:4,18 55:5

55:21 56:4,11,21
57:2,17 58:15,24
59:4,10,25 60:7
61:2,5,14,20,24
62:5,10,19,24
63:3,4,9,9,25
64:10,10,19,22
66:7,9,16,18,23
67:9,12,19,21
68:4,16,23 69:10
69:10 70:19,23
71:2,6,17,24 72:4
72:16,17,23 73:15
74:24 75:5,10,14
75:21 76:4 77:3
77:14,15,21 78:13
78:25 79:5,18,24
80:5,10,12,15
81:7 82:3,12 83:8
83:15,23 84:2,7,9
84:24 85:3,9 86:4
86:11,18 87:3,6,9
87:15,17 88:4,17
89:6,17 90:3,6,8
90:16,20,22 91:4
91:19,20 92:2,12
92:13,23 93:14
94:4,20 95:10,20
95:22 96:4,14,23
97:2,10,14,22
98:8,16,23 99:2,9
99:15,18 100:4,9
100:11,11,18,19
100:21,24 101:3
101:11,20 102:2,6
102:17 103:4,11
103:17,19,19,21
103:25 104:4,7,10
104:17 105:11,11
105:15,21,24
106:4,8,19,24,24
107:7,9,15,18
108:18 109:4
110:2,8,14,17,24
111:6,8,12,17,20
112:3,13,23 113:4
113:6,10,13,19

114:16 115:2,8,12
116:5,25 117:2,18
118:8,14,16 119:7
119:15,18 120:13
120:18,21,21
121:10,14 122:12
122:15 123:11,18
124:3,5,9,15,17
124:20,23 125:6,9
125:14 126:17
127:3,16,16,21,22
128:12,16,24
129:6,16,21
130:18 131:6,12
131:17 132:11,14
132:23 133:7,16
133:21 134:3,8,16
135:2,9,21 136:5
136:8,14,25
137:10,19,21
138:9,12,14,23
140:9 141:12,18
142:20 143:4,12
143:16 144:14,17
144:24 145:2,6,16
146:7,12,17,22,25
147:19,23 148:4,9
148:16,21 149:7,9
149:16 150:2,17
151:4,12,17
152:16 153:6,17
153:22 154:11,23
155:4,5,7,10,24
156:9,16,22 157:6
157:9,15,18 159:7
159:10,22 160:2,5
161:2,6,11,15
165:5,10,19,22,23
167:2,5,19 168:8
168:14,18 169:5
169:12 170:3,8,14
170:14 171:2,10
171:19 172:19
173:3,14,14,25
174:4,17 175:9,16
175:24 177:9,15
177:21 179:2

old 87:22
older 41:7
once 72:7
ones 12:14
online 77:20 78:8
  78:10,24 79:2,19
  79:20 121:5
oOo 183:9
open 67:19,23 71:4
opened 67:25 68:2
opening 43:7
operational 161:10
  166:19
opinion 50:8
  117:12
opportunity 112:12
Orajel 9:7,15
oral 6:16 9:4 62:13
original 34:3 38:11
  42:17 52:6,8 53:5
  54:12 63:12,13
  65:4 70:10 86:25
  86:25
originally 97:23
outcome 181:13
outside 71:16
overseeing 149:24
owed 27:15 116:16
owes 27:16 108:10
owned 150:12
  159:4,23
ownership 159:15
  159:19,20
owns 158:22

_____
            **P**
P 3:2,2
P.C 3:9
p.m 88:19,22 97:4
  97:7 142:22,25
  169:21 178:3
  179:7,9
Pachava 1:14 2:6
  5:4 11:4,16,24
  21:18 41:3 45:6
  45:12,12,19,23
  46:13 48:2 51:12

52:4 53:17 59:14
60:5 61:4,17,21
61:25 63:22 65:16
66:10,21,24 69:14
70:4,9,12,12 71:4
71:4 72:6,12
73:11,16 74:2,8
74:16,21 75:14
76:6,15 77:10
79:15,24 80:16
81:2 82:21,25
85:16 97:22
102:24 103:4,7
105:16 107:11
108:11 109:6,7
110:5,9,12,20
111:2,14,25 112:5
114:2,9 115:2
119:19,25 120:7,8
127:12 128:13
131:19 132:5,17
132:21 133:2
134:19 137:6,11
138:15 141:8
143:8 145:3,7,12
148:22 149:10
153:2,23 156:19
157:3,25 158:6
162:10 165:24
166:11 167:15,19
167:24 168:6,19
168:23 169:9,13
169:20 173:10,15
182:7
Pachava's 141:16
package 84:17
page 6:5 11:15
  37:12,14,19,19
  38:17,18,20 46:23
  51:14,18 53:8,14
  54:2,6,10 59:15
  61:9 62:22 64:3,8
  64:17,24 65:18,18
  70:15 71:23 72:2
  83:6,8,9 103:18
  103:20,20 104:10
  105:3,18,22 106:8

111:2 115:4 116:3
120:2,22 121:15
123:24 127:19,20
134:4 141:20,20
145:8 153:9
156:23 158:5
166:4 169:13
174:5,23,25 182:3
182:7
**PAGE/LINE** 184:6
**pages** 103:6 105:5
**paid** 21:19,22
28:20 57:9 79:20
85:24 95:16
100:11 102:10,11
102:16,19,23
105:2 111:23
118:5 151:9 156:8
**pandemic** 4:15
**paper** 65:7
**papers** 37:7 47:19
65:22
**paperwork** 48:5
83:25 134:21
**parameters** 19:8
20:4
**pardon** 15:2 67:15
82:14 89:20
115:17 134:11
135:25
**parents** 13:6 15:19
26:8 34:4 39:13
41:7,18 60:19
61:3,18 74:22
75:3,16 76:5 87:6
89:14 90:15 91:24
143:14 148:12
**parents'** 15:12,16
15:20 34:22 81:5
89:24
**Paris** 21:4 31:17,20
61:22 63:14 81:5
83:6 91:6 106:22
158:19 176:8
**parking** 108:16
**part** 34:5 35:7,8
37:10 46:8 47:13

81:23 130:5
132:14 164:2
**participants** 4:13
**particular** 19:4
**parties** 35:20
161:21 181:11
**party** 11:21 75:24
**passed** 148:13
**passport** 35:11
96:12
**pause** 118:14
178:14
**pay** 27:16 57:12
79:19 95:10,12
100:15 105:12
116:7 150:7,8
156:12 161:18,18
**paying** 28:23 109:7
155:20 161:16,17
**payment** 108:6
112:16 150:7,10
152:24 155:24
156:2,3,4,11
161:21 167:25
169:19,22
**payments** 103:22
104:4,11,15,23
106:25 107:2
108:12,21 110:3
110:11 138:21
152:14 167:8
168:6 171:20
**payoff** 116:19
**payor** 104:11
**payor's** 104:12
**pdf** 71:4
**Peddie** 22:12 24:22
**penalties** 152:10
**penalty** 46:25 48:9
48:13
**pencil** 7:13
**pending** 6:11
**people** 8:11 98:6
101:3 130:6,14
**percent** 21:14
159:22
**period** 8:13

**periods** 96:16,19
**perjury** 46:25 48:9
48:14
**permanent** 13:18
35:2,4 49:21,22
50:6,12
**permanently** 18:9
**permit** 85:23
**person** 30:7 43:14
141:2 148:15
157:20 158:9
162:20
**personal** 25:21
144:9 160:22
**personally** 112:11
**Pete** 78:14
**Peter** 27:25 28:5
72:13,17 78:21,22
79:25 102:18
104:22 125:10,12
125:14 126:25
127:3,7 133:16
134:5,9 135:21
136:11 142:4,12
142:18 143:17,19
143:21 145:23
146:2 154:16
155:13,16 182:9
**Peter's** 134:12
137:14 141:23
142:2
**phone** 6:23 17:20
95:7 146:21 147:3
176:17
**phones** 7:25
**photo** 17:6,7 174:4
**photograph** 174:9
**phrase** 160:23
**physical** 16:25
17:10
**pick** 29:23 176:19
178:23
**picked** 176:17
**picks** 22:3,4
**picture** 176:15
**pissed** 177:8
**Pivar** 22:22

**PJHHovHomes.c...**
134:5
**place** 4:12 15:11,12
50:12 79:2 89:11
108:21 172:14
**places** 14:20
**Plaintiff** 1:5
**plan** 8:2 41:8
**plane** 176:13,20,23
**planning** 38:2 41:7
42:2 56:25 81:19
148:3
**plant** 7:15
**please** 4:18 6:6,8,14
6:22 17:14 44:10
44:13 50:18 59:18
66:6 71:4,5,23
114:4 119:6 128:6
131:4 134:20
138:10 149:5
153:17 154:13
160:24 170:21,21
170:23 174:24
**PNC** 156:20,22
158:2,5,5 182:25
183:2
**point** 8:10,11 15:17
18:25 34:6 36:10
39:7,11 60:2 74:9
74:10 85:14 133:3
151:14 161:7
171:21
**portfolio** 33:3,5
**portion** 34:3 70:20
**position** 130:11
**possible** 118:22
119:9 124:9,12
146:12
**Post** 3:5
**posted** 167:23
168:9
**potential** 172:17
**power** 69:5 116:8
**Practically** 94:9,10
**prepare** 9:23,25
10:9
**prepared** 38:22

117:24
**preparing** 12:12
**prepped** 149:2,4,10
**present** 3:14 31:6
**president** 40:21
**pretty** 38:15 41:9
50:21 84:15 101:5
151:6 175:4
**previous** 41:22
**previously** 49:24
150:5
**primary** 36:10
92:15
**Princess** 22:24
**principal** 62:3
**principals** 62:6
**print** 123:25
**printout** 56:13
**prior** 66:10,12
68:13 132:15
169:21
**privilege** 58:16,17
58:18,19,20 97:17
131:4 139:16
**probably** 17:6
75:19 107:4
116:19 121:12
158:21 173:20
175:15
**problem** 81:25
112:3
**problems** 25:7
95:24
**proceedings** 181:7
181:9
**produced** 28:15,15
37:10 164:3
**product** 58:19
**production** 51:22
59:16 123:24
**projects** 22:23
**promised** 140:23
**pronounce** 23:19
**pronunciation**
23:11
**properties** 27:12
**property** 25:24,25

26:5 27:16,18,20
28:19,22 29:2
33:21 34:4,13
41:11,20 48:20
56:2,22 66:18
67:9 73:24,25
81:24,24 82:9,10
**prove** 161:25
**provide** 30:16,19
**provided** 111:23
**provides** 121:3
**providing** 6:21
153:14
**Public** 2:9 5:10
180:16 181:5
184:25
**publicly** 151:15,18
158:23 159:14
**Puno** 3:15 4:15
**purpose** 75:3 81:8
139:6
**purposes** 8:3
**put** 7:22 43:14
60:20 61:18 63:10
82:17 149:17
**putting** 37:9 45:3
65:15 75:3 178:9

**Q**

**question** 6:5,7,8,11
6:12 7:6 14:9
18:5 19:19 32:18
44:14 52:10 62:4
62:9 77:8 110:6
130:13 131:3
133:11 135:15
139:15 144:18
146:25 162:8
163:5,9 164:8
**questioning** 4:20
7:18 19:10
**questions** 6:15 8:6
8:17 9:8 13:8
17:25 19:2 22:19
52:16 101:12
122:17 143:24
146:16 161:12

**quick** 115:15
**QuickBook** 79:5,16
158:12,17
**QuickBooks** 79:23
163:18 165:9,14
**quickly** 145:14
**quite** 96:22

**R**

**R** 3:2 181:2
**raccoon** 101:6
**Raffy** 3:15 4:15
**raise** 130:12
**rang** 147:3
**Rankin** 26:17
147:7 164:23
**Ranney** 91:6,8,10
**rate** 152:7
**re-share** 70:11
**reach** 140:20
149:14,14,18
**reached** 141:23
142:9 144:3,12,18
144:19 178:10
**reaching** 137:15,16
138:2,17 142:18
**read** 7:17,20 17:19
26:14,17 29:6,14
29:20 44:19,20
53:18 55:18 76:16
76:22,23 90:7
98:9 103:5 105:22
118:4 121:5
131:25 140:20
145:14,15 147:4,5
147:7 150:25
151:2 164:23
176:11 177:2,3,10
180:5
**reader** 66:5
**reading** 64:3
**real** 99:21 108:6
112:4 150:8 154:5
154:25 156:3,12
156:14 161:19
164:8
**realized** 89:20,22

89:23
**really** 24:16 26:14
27:18 42:6 44:20
55:13 62:8 101:9
110:19 115:14
129:13 148:13
**reason** 9:9 56:12
105:12 114:21,23
137:21 154:24
184:6
**reasons** 43:22
**recall** 14:19 39:15
55:7 56:17 62:18
62:20 70:24 76:7
84:11 86:8 100:13
108:19 152:6,9,12
152:15 174:11,15
174:15,18 175:7
**recalls** 152:17
**receive** 16:23 55:24
68:15 86:14 89:11
90:8
**received** 84:18,20
89:18,19 90:4
111:21 169:2
**receiving** 56:17,21
86:16,21,23 87:3
87:24 89:14 148:2
**Recess** 58:2 88:20
97:5 142:23 178:4
**recipients** 115:6
**recognize** 105:8
**recollection** 39:14
112:9
**reconstruction**
31:7 109:7,8
**record** 4:3 6:23
52:18 56:13 57:25
58:4 69:11 88:16
88:18,22 89:7
90:7 97:4,7
122:16 125:3
140:10 142:22,25
165:12 171:9
178:3,6,9 179:7
180:8,9 181:9
**records** 30:9 67:21

67:22 69:12 77:4
77:5,6 78:8,11,13
80:5,7 83:18,23
93:3 98:12 103:12
103:13,15 105:18
105:25 126:2,7
150:17,18 151:8
151:21 171:7
**rectangle** 73:4
**Red** 13:11
**redoing** 108:15,16
**reference** 114:4
**reflects** 178:22
**refresh** 10:18,23
39:8
**regard** 25:25 26:4
**regards** 25:23
**reinsure** 57:12
**reissued** 64:23
**related** 12:23 28:25
79:2,6 164:13
181:10
**relationship** 147:13
**relative** 19:2,17
20:3
**released** 10:5
**relevance** 32:22
**relevant** 17:23
19:18 22:18 32:13
**rely** 148:19
**remain** 66:13
**remedy** 87:21
**remember** 24:24
55:13 69:18 74:13
76:19,20 92:9
113:4 116:15
126:22 171:13
172:22 175:18
**Remote** 1:14 2:6
**remotely** 4:14
**rename** 65:17
74:12
**renamed** 59:14,21
60:23 61:17 65:14
66:17 75:3
**renaming** 65:20
66:3,11 74:10

**renewed** 85:10,12
85:13
**rent** 55:21,24 56:16
56:18,22 57:4
95:11
**rented** 177:8
**renting** 56:22
**repayment** 107:6
152:5 157:12
161:3,22
**repeat** 6:8 9:18
**rephrase** 135:15
**replace** 136:19
**replaced** 134:18
**replacement**
134:24 135:23
**replacing** 137:3
**reply** 170:4
**report** 30:21 31:3
31:11,14
**reported** 1:23
181:7
**reporter** 2:8 5:6,8
5:12 6:14 11:11
17:13 30:17 44:9
44:13,16 54:9
88:9 181:4
**reports** 30:9,11
142:10
**represent** 4:19
**representative**
11:22 110:8
117:22 135:9,18
**representing** 4:16
5:7
**request** 142:15,16
147:25 153:16
168:12
**requested** 142:17
**requests** 10:20 11:2
**required** 54:24
**requirements** 60:3
60:4
**reside** 18:9 49:25
50:2,3,5,5,12,21
**resided** 90:11,12,13
90:17,18,21 95:2

96:5,7
**residence** 18:7,8
   36:18 48:21 50:24
   87:10 92:15
**resident** 13:18
**residing** 49:17
**resign** 124:20 125:6
   133:21
**resignation** 72:12
   72:18 125:3 126:4
   127:9,10 182:9
**resigned** 27:25 28:5
   77:25 124:21
   133:4,13,17,18,20
   133:24 140:23
   145:23 154:17
**resigning** 28:9
**responded** 142:14
   171:12
**responding** 138:20
**response** 6:17 8:14
   10:19 30:20 45:17
   46:9,9,13,18,21
   94:25 105:17
   113:22 125:23
   131:11,15 132:17
   147:20 170:3
   174:21 176:2
**responses** 11:2
**responsible** 29:10
   29:11 147:5
**review** 10:15,24
   12:13 47:4,15
   48:7 72:7,9
**reviewed** 48:13
   93:3,4
**reviewing** 72:10
**revocation** 125:3
**revoked** 133:5
**right** 5:12 7:5,8
   11:17 12:5 15:20
   16:6,23 18:6 20:5
   25:13 38:4,25
   43:22 44:16 46:8
   50:11 51:10 52:6
   52:15 53:21,24
   54:8 55:20 58:8

59:12 64:2 67:2
   70:11 71:12,23
   72:4 73:17,18
   82:24 83:5 88:16
   94:25 99:5,12,23
   101:6,6 102:5
   103:7 106:6,7,10
   109:17,21 110:24
   112:20 113:8,22
   114:3 118:11
   119:23 122:24
   123:7 126:11
   127:24 128:7,9,19
   130:19 131:10,13
   133:18,20 134:10
   134:14,17 139:13
   139:18,21,25
   141:15 142:7,7,20
   144:24 149:4
   150:2,4,5 151:14
   155:11 156:11,17
   162:19 163:4,20
   164:2 167:5
   168:12,18 169:6
   176:22 177:4
   178:15
**ringing** 146:21
**river** 13:10 15:18
   32:9 33:22 34:11
   35:21,25 86:2,17
   86:24 87:4 89:15
   89:18 106:9
**Road** 13:10 15:18
   32:9 33:22 34:12
   35:21,25 86:17,24
   87:4 89:15,18
   106:9
**role** 21:23 24:5,6
   24:11 25:11,13,15
   40:15,19 107:19
   155:19 166:16,20
**roles** 28:17,21 29:5
**room** 33:12,12
**rotate** 105:22
**rough** 32:6
**roughly** 146:8
**route** 176:6

**rules** 6:4 8:21 62:5
   62:11
**running** 36:6,7
   128:18,21
**Rylyk** 111:22

_____

### S

**S** 3:2 42:20 43:20
   44:24 45:6 46:2
   46:12,15 52:9
   53:16 62:23 63:19
   65:12 66:11 68:16
   69:23 77:12,15
   106:5 136:22
   182:6
**S-c-a-n-c-e-l-l-i**
   18:14
**safety** 102:3
**sample** 108:3
**saw** 10:4 72:18
   89:25 105:13
   175:10 177:10
**saying** 8:15 59:25
   61:10,12,15 89:9
   96:15 100:7
   122:22 130:2
   131:7 132:4
   139:11,24 162:20
   167:13 170:16
   177:6,17
**says** 37:20,23 52:15
   53:19 61:7 62:14
   66:8 69:17 83:14
   106:22 111:20
   112:14,16 113:16
   113:21 114:3,6
   115:6,7 116:5
   120:3 123:9 124:6
   128:2,3,10 132:2
   132:8,9 133:22
   134:8 141:20
   145:8,10 153:9
   158:11 167:23
   169:17 177:25
**Scancelli** 18:14
**school** 22:11,13
   32:2 91:4,6,8,11

**Schuster** 144:9
**scope** 19:3
**scratch** 43:7 44:21
   48:3 74:13,25
   143:20
**screen** 63:11,11
   72:7,24 103:15
**screw-up** 55:8,14
**screwy** 53:25
**scribbling** 7:11
**scroll** 53:22 65:3
   153:19 155:4
**scrolling** 46:24
   51:15 53:7
**sealed** 38:21
**search** 164:13
**season** 99:19
**SEC's** 151:20
**second** 20:8,9 36:3
   37:13,19 39:2
   46:7 54:2,5 63:21
   64:5,7 69:7 71:6,8
   71:18,19 83:3
   103:9 118:15
   129:9
**see** 8:7,9 11:8 31:9
   32:20 38:24 43:16
   51:19 53:6 54:2,2
   54:17 72:3,10,24
   103:14,15,18
   110:10 111:3,7,18
   114:3 115:9,22,23
   116:2,4 121:21
   138:3,19,22
   139:10 144:3
   150:3,3 151:21
   153:10 154:9,15
   157:10 166:8
   167:3 168:3,4,12
   168:13,13,22
   169:15 173:18
   175:2
**seeing** 69:19 114:20
   174:16 175:7
**seen** 66:13
**seized** 172:18
**sell** 67:9,23

**send** 17:2,3,4,11
   72:21 85:25
   121:16 124:4
   128:6 135:24
   151:13 170:23
**sending** 69:19
**sends** 121:16
**sense** 7:24 176:11
**sent** 10:25 37:7
   47:16 48:4,6,8,12
   59:6 69:16 76:12
   77:16,17 84:9,13
   103:13 108:2
   111:17 114:17
   131:14,22 137:13
   145:9,16,23
   150:15 173:15
   174:4,8,10 175:13
**separate** 76:5
**September** 46:25
   141:22
**seriously** 161:24
**served** 47:17
**service** 106:9
**set** 42:14,22 61:3
   75:16 81:8 128:14
   147:20,24 181:15
**sets** 8:23
**settlor** 52:22 53:9
   54:12 96:5 107:18
**sh@hiops.com**
   104:2
**shaft** 38:11
**shaking** 6:16
**Shant** 1:7 4:8 5:18
   14:4 18:19 20:24
   24:2 25:2 26:19
   36:9 40:14 41:11
   41:19 42:20,22
   43:20 44:24 45:4
   45:6,19,25 46:2
   46:10,15 48:20
   49:6,7,23 50:23
   51:6 52:9,13,24
   53:9,9,16 54:6
   59:14 60:5,8,11
   62:23 63:19 65:12

65:15 66:11 67:5
67:6 68:16,17,18
69:23,25 74:2,6,7
74:16,20 76:14
77:10,12,15 81:2
81:4 86:11,14
87:17 89:17,21
90:3 96:4,6 98:20
104:13 105:12
107:15,19,24
108:8 111:21
112:8,14,16 113:7
113:11 114:13,17
115:22 116:5,12
118:5,12,18,22
119:9 120:21,25
121:2,16 123:5,21
124:10 128:2,3
129:2 131:18
132:4,21 134:18
134:24 136:17,22
137:2,13,17,22
138:18,20 141:19
142:12,15,18
143:22 144:3,21
144:22 146:12
147:14 153:9,13
154:4,8,18,25
155:8,15,17,19,19
157:19 158:11
160:9,9 161:15,17
162:20 166:10,14
166:22 168:2,5,11
168:14,23 169:14
169:17 170:4,6,17
170:22 171:3,4,6
171:7,13,16,17,19
172:10 176:2
184:2
**Shant's** 15:23
31:19 42:10,11
45:7,9 47:25
49:21 60:21 81:20
87:12 89:7 91:2
95:18 104:3
106:23 112:20
116:13 121:7,7

128:20 131:10,14
132:11 135:21
144:9 149:22
156:18 158:19
160:17,21 166:16
**ShantHov@520...**
123:19 124:6
**share** 63:11
**shares** 86:9 159:4
**sharing** 157:11
**she'll** 7:17
**SHEET** 184:1
**shift** 144:24
**Shoot** 72:25
**short** 144:17
**Shorthand** 2:8
181:4
**show** 11:7 12:7
46:5 73:15 82:25
83:24 84:12 103:5
103:22 104:4
105:5 110:24
118:11 123:22,22
127:16 131:12
138:3 145:7 153:6
154:25 158:18,18
160:14,14,19,21
173:3 174:6,23
**showed** 107:13
108:5 142:6
**showing** 69:12
83:18 137:10
138:5 151:8 166:3
**shows** 106:4
**sick** 49:12,13 94:14
94:16,19
**signature** 47:3 54:6
156:16 157:22
158:5,8,9
**signatures** 83:7
**signed** 38:21 48:8
48:13 53:8 83:5
84:7 111:21
180:13
**simple** 18:5 34:2
89:2 167:23
**single** 178:18

**sip** 63:3
**sir** 88:10
**Sito** 120:10
**sitting** 119:7
**situation** 26:24
32:25 141:5
**six** 143:10
**slab** 38:22
**sleep** 17:21 18:6
**sleeps** 19:23
**smaller** 63:11
**smart** 107:22
**Snapchat** 174:14
**sold** 15:19 26:8
35:20 90:21
**sole** 158:9 162:20
**solid** 37:24
**solidify** 38:25
**somebody** 8:13
49:17 50:13 73:2
117:23 127:23
139:4
**son** 121:7,11,12
**son's** 95:18
**soon** 176:24
**sorry** 8:10,24 18:24
30:20 31:22 38:16
38:18,18 43:9,12
44:12 45:19 46:18
46:23,24 51:15
53:7 55:13 56:23
59:8 62:8 63:10
63:12,15 64:9,9
65:2 66:7,14
69:21 70:14 71:9
71:11,25 72:22,25
73:7 83:6 89:10
89:21 94:24 100:7
105:3,4,11,21
106:24 109:23
110:12 115:18,24
119:25 120:22
121:18 126:6
127:22 128:2
135:14 137:15
140:11 141:21
143:18 155:20

157:19 160:3
167:21 170:21
**sort** 6:16 16:15
21:22 26:3,8
28:23 30:8 58:19
95:11 96:21
149:25
**sorts** 147:16
**sound** 172:25
**source** 164:22
**speak** 10:8
**speaking** 110:19
161:12
**special** 22:23
**specifically** 14:22
16:3 96:10 108:19
133:19
**specify** 28:6 90:20
126:3
**speculating** 126:11
**speed** 40:17 141:2
**Speedus** 21:12,23
40:17,19,23,24
86:9 107:2,5,6
108:9 116:16,19
123:5,6 150:11,11
151:9,14 157:13
158:12,19,22
159:5,8,14,23
160:7,11 165:20
165:21 166:13,16
166:19 167:25
168:9,11 169:3
175:18
**Speedus.comLP**
160:11
**spending** 125:25
**spent** 13:20 14:10
149:12
**split** 33:21 87:11
**spoke** 12:25 117:25
144:6
**squirrel** 71:15
**stacks** 28:12
**stamped** 73:12
82:22 102:25
110:21 119:20

127:13 137:7
153:3,24 156:20
158:2 165:25
167:16 169:10
173:11 182:10,12
182:13,15,16,18
182:19,22,23,25
183:2,3,4,6,7
**stamps** 96:12
**stand** 39:23
**standard** 9:8
**Stanley** 86:5 97:24
97:25 98:6,14
110:21 111:3,13
115:3,7 119:20
120:2,22 121:15
127:13,19 132:20
133:2 134:4
136:11 137:7,12
138:2,17 141:24
145:18 153:3,8
166:23 167:16,20
171:10 182:15,17
182:18,20,22
183:5
**start** 13:4 14:13
48:3 67:23 74:11
74:12,25 130:7
172:3
**started** 13:23 26:12
39:5,9 60:19
78:19 147:4 172:4
172:7
**starting** 43:7 44:21
101:15 115:4
171:25 178:16
**starts** 103:7 127:19
**state** 2:9 4:18 6:22
181:5
**statement** 41:23
66:10
**statements** 161:20
**States** 1:2,4 4:7,9
4:22 5:2,18
119:25 149:23
178:8 184:2
**status** 85:6,11

125:4 133:5
**stay** 15:9 35:17,18
　35:21,22 39:13
　49:23 50:19,19
**stayed** 14:24 15:6
　34:3,23 49:9,9
　51:2 87:16 90:23
　93:23 96:8,19
　143:14
**staying** 93:21,21
　94:2,23 95:4
　149:23
**stays** 49:23
**Stepanakert** 14:10
**Stephan** 39:24
**steps** 52:17 146:17
**stickler** 56:12
**stock** 33:3,4 120:12
**stop** 73:3
**stopped** 131:2
**store** 23:7
**storm** 57:14,15
**storms** 57:8
**street** 3:10 33:17
**Structural** 38:22
**structure** 42:15
**Stuart** 22:22
**stuck** 140:18 141:4
**student** 24:21
**students** 32:7
**stuff** 26:13,15,16
　28:13,20,24 30:4
　36:19 48:5 59:24
　65:3 77:19 79:8
　79:14 85:15 96:3
　113:14 128:10
　129:5 147:16,18
　148:14 149:13
　155:10,14 177:14
**style** 154:22
**subdivided** 35:7
**Subdivision** 37:25
**subject** 121:21
　138:14 139:11
　140:7
**subpoena** 105:17
**subscribed** 180:13

184:22
**subsidiary** 108:9
**suddenly** 171:24
**suggest** 129:12
**suggested** 95:25
**suit** 172:24
**suited** 9:10
**sum** 131:16 132:9
**summer** 94:10,10
　101:18 108:15
**summers** 36:19,20
**supposed** 30:15
　46:14 62:2,6,14
**sure** 6:4,13,20 8:19
　12:6 28:19 37:6
　39:3,4,11 41:16
　52:18 53:20 56:13
　65:21 75:20 84:15
　87:23 113:25
　118:9 119:2 121:8
　141:13 151:6
　157:3 159:24
　162:19 168:2
**surprise** 118:6,24
**surprised** 26:23
　105:14 151:13
**suspended** 177:19
**swear** 5:8
**switch** 87:12
**switched** 97:23,24
**Switzerland** 22:13
**sworn** 5:10 184:22
**SY970** 1:25
**system** 121:18

────────────
**T**
**T** 181:2,2 182:6
**take** 6:10,12 17:6
　17:16,17 22:11
　23:10 27:16 43:6
　52:17 55:25 57:21
　63:2 67:24 71:5
　71:16 78:13 96:24
　115:15 125:24
　146:17 175:16
　177:21
**taken** 2:7 5:21 58:2

88:20 97:5 118:5
　142:23 159:15,19
　178:4,18 180:5
**takes** 38:3 79:20
**talk** 12:18,21 51:5
　58:22 76:18,20
　78:22 87:21,22
　93:14,15 97:14,17
　102:17 103:6
　163:25 165:19
　166:17
**talked** 76:9,13 99:3
　110:15 129:14
　145:17,18
**talking** 27:5 37:4
　70:14,17 73:22
　77:10 78:20 140:2
　143:16,21 168:22
**talks** 167:21
**Tatiana** 94:21 95:3
　100:14
**Tatiana's** 94:22
**tax** 3:4 27:5 128:6,7
　142:10 154:5
　156:3
**taxes** 28:20 99:21
　108:6 112:5 150:8
　155:2 156:12,14
　161:19
**technical** 89:2
**Telegram** 29:18
**telephone** 29:21,24
　30:7
**tell** 14:14 26:19,21
　28:5 29:7 30:14
　31:16 32:12 76:22
　81:14,15 101:3
　102:12 104:22
　120:6 127:25
　128:22 130:14,20
　147:11 148:6
　166:22 171:22
**telling** 25:5 70:2
　97:20 130:25
　139:5 147:7 171:8
**tells** 21:21 123:8
**tenants** 21:16

**tenure** 68:14 69:5
　166:10
**term** 50:3,14 61:19
**terms** 25:10 50:15
　54:24 55:8 66:12
　69:20 110:19
　152:5
**terrible** 38:16
**testified** 5:11 143:8
　143:23
**testify** 75:8 140:4
**testifying** 58:20
　74:13
**testimony** 6:22
　9:11,14 75:9
　180:5,8
**texting** 8:14
**Thank** 6:2 111:21
　132:2 170:23
　175:3 179:2
**Thanks** 121:2
　128:5 179:4
**theirs** 45:3
**theres** 93:24
**thing** 20:3 21:22
　25:6 26:9 28:24
　29:25 30:24 32:21
　43:13 50:22 59:3
　59:5 72:20 82:5
　84:17 105:15
　108:2,21 109:2,5
　144:7 149:25
　150:15 161:16,19
　162:14
**things** 19:24 27:15
　34:2 60:24 73:8
　90:24 108:14
　131:21 138:5
　144:12 160:14
　167:23 171:25
　174:19
**think** 9:4,22 12:5
　14:2 19:25 20:15
　21:24 27:18 28:6
　35:10 37:7 38:9
　40:11,25 41:6
　42:19 45:2 46:20

48:5,16 50:11,18
　53:24 56:20 58:21
　60:24 64:6,10,20
　65:20 66:22 67:4
　68:10 69:16 70:8
　75:19 76:7 79:8
　79:10 81:9 83:4
　85:8 86:2 88:7
　89:19 93:8,8
　95:12 96:10,11,11
　98:17 105:12
　107:21 108:20
　109:25 112:17,21
　113:3 114:21,23
　121:8,9 122:6,8
　123:19 125:11
　126:18 128:14
　129:25 130:4,10
　148:24 151:10,10
　157:23 158:17
　159:24,25 163:5
　163:10 164:9,17
　175:10,10 176:8
**thinking** 41:13
　124:21 157:16
**third** 35:20 36:22
　119:13,16 161:21
**thorough** 164:12
**thought** 47:22
**thousand** 152:3
**three** 20:24 31:19
　36:21,21 45:5,7,9
　45:13 61:22 65:23
　71:14 81:2,3
　145:23
**three-minute**
　177:22
**Threw** 59:8
**time** 4:4,5 7:17
　8:13 13:19,20,24
　14:10,15 17:14
　21:15 28:7 35:20
　36:11 38:14 44:10
　49:7,12,15 50:17
　50:23 52:25 57:25
　58:4,5 76:21
　88:18,22,23 91:10

91:20,20 92:5
97:4,7,8 104:18
104:20,21 107:16
110:2,7 114:15,16
114:20 116:24
117:5 118:3
119:13,16 120:3
122:12 124:19,22
126:21 133:4,24
135:4,7 136:9
137:13 141:22
142:21,25 143:2
146:10,14 148:25
149:12,22 155:10
155:14 157:21
159:9 160:3 163:8
172:4,7,23 178:3
178:6,6,12 179:8
179:9
**timeline** 37:24 93:2
**times** 5:17 78:3
94:6 110:9 143:17
**title** 82:8 85:20
91:16
**titled** 173:4,5,7
**today** 5:6,17 9:11
10:18 17:25 19:11
75:8,8 117:24
118:24 119:8
**today's** 4:3 179:6
**told** 28:9 44:23
47:7,9 76:23
95:15 100:19
147:12,15 151:4
163:3 164:23
171:6,8,13,18
172:5
**tomorrow** 177:25
178:16
**tons** 141:14
**tooth** 63:4,6
**top** 7:13 39:16
79:23 92:9 114:4
156:17
**topic** 45:16 110:15
**topics** 10:2 11:16
11:19,22 12:4,12

12:20,23
**total** 143:10
**totally** 74:20
**tough** 49:12
**Tourism** 23:6
**Tower** 20:23
**town** 15:7 34:23
90:25 93:23
**traded** 151:15
158:23 159:14
**transcript** 180:5,7
181:9
**transfer** 113:11
114:8 116:13
120:7,8 131:16,19
132:6,9 168:21
**transferred** 15:12
73:24,25 116:17
120:5
**transferring** 63:13
**transfers** 107:25
108:20
**TransPerfect** 4:16
5:7 177:23 178:17
**transpired** 148:11
**traveled** 96:20
**traveling** 15:8
49:11 91:25 96:21
**Treasures** 23:8
**treating** 124:11
**tree** 13:5
**Trial** 3:4
**triangle** 73:5
**trick** 52:20 122:16
**tried** 76:18,19
87:21 93:14 98:12
146:19 149:14,14
149:18
**true** 47:2 180:7,9
181:9
**trust** 1:14 2:7 5:4
11:16,24 16:6
26:7,11,20 29:13
30:9 31:12 32:22
32:24 33:9 41:2,3
41:4 42:18,20,21
42:22 43:2,8

44:25 45:6,7,19
45:20,24,25 46:2
46:12,13,14,15
48:20 51:22 52:4
52:4,8,9,11,13,23
53:16,17 54:11,13
54:15,22,22,23,25
59:10,12,13,14,15
59:20,20,21 60:5
60:5,6,8,11,19,21
60:21,22,23 61:2
61:4,6,7,8,17,17
61:21 62:3,7,12
62:13,13,15,20,23
63:12,20,23 65:12
66:2,10,11,12,15
66:19,21,24 67:3
67:5,6,6,8,10,12
67:16,17 68:17,18
69:4,13,20,23
70:9,13,15 74:2,2
74:6,7,8,10,12,12
74:17,20,21,22,22
75:2,4,14 76:5,6
76:14,15 77:3,11
77:13,15 78:11
79:3,6,16 80:7,8
80:14 85:16 96:5
98:24 100:12
107:11,12,19,20
107:25 108:11,24
110:9 111:15,25
112:5 114:17
116:13,18 117:15
117:22 118:13,18
119:10 120:7,8
128:18,21 131:19
132:6,21 133:2
134:19 135:4,7,11
135:19 136:18,20
136:23,24 137:25
138:15 141:8,24
143:18,23 144:4
145:12,20 146:10
146:13,18,20
147:8,9,19,24
149:10 150:8

155:19 158:24
159:3,4 161:13
162:11 166:11
168:6,19,23
169:20
**trusted** 22:2 136:4
**trustee** 16:10 19:20
27:22,24 28:18
29:5 53:2,5,5,10
54:12,21 68:3,17
68:18,21,22 69:2
69:6,7,9 70:5
107:11,16,20
120:17 125:4,20
128:11 132:16
133:5,8,9,14,15
134:19,24 135:24
136:2,19,19,23
137:4 145:12,19
146:18 149:10
166:24 170:16,22
171:15
**trustees** 20:2 56:23
68:13 102:18
104:23 143:19,22
**trusts** 43:15 59:19
61:13,16 66:15
74:20 147:15
**truth** 25:5 97:20
102:12 128:23
**truthful** 167:12
**try** 14:13 84:15
93:2 135:17
143:20
**trying** 8:12 27:15
52:19,21 56:12
75:7 88:3,3
122:15 125:25
129:24 130:23
133:12 134:14
150:3 155:3 162:2
162:9
**turn** 103:4
**turned** 80:2
**tweak** 7:5
**tweaking** 47:10
**twice** 119:13

**two** 12:7 33:16
39:12 50:15 59:19
61:12,16 66:15
90:19 104:11
145:24 146:8
170:19 178:19
**type** 84:5
**typed** 83:9
**typo** 112:17 121:19

---
**U**

**u-s** 40:17
**U.S** 3:4 35:11 77:9
96:16
**UBS** 97:23,25
98:14,15
**Uh-oh** 126:6
**ultimately** 113:20
**um-hum** 11:10
12:2 34:8 37:11
37:16 38:24 39:20
40:9 53:11 54:7
55:23 56:8 78:9
83:13,20 86:6
89:3 105:20
106:11 114:10,12
120:24 121:25
122:4 128:8 132:3
132:7 145:13,21
146:4 150:9
151:19 154:7
158:7 161:4
169:16 170:2
173:17
**um-hums** 6:15
**UMB** 105:9
**umbrella** 39:18
**un-uns** 6:15
**underlying** 123:18
123:23
**understand** 6:5,14
6:18 9:17 26:15
32:14 34:7 43:25
58:7 62:4,9 72:5
97:11 129:23
134:18 143:4
162:8 164:17

**understanding**
49:18,19 60:4
61:20 160:25
170:24
**understood** 10:8
48:4 82:24
**unfortunately**
119:3 123:25
**Union** 114:6
**United** 1:2,4 4:7,9
4:22 5:2,18
119:25 178:8
184:2
**unoccupied** 101:25
**update** 24:21 154:4
**updated** 153:17
**upset** 175:4,25
**USA** 127:17
**USAPROD** 102:25
102:25 103:7,10
103:20 105:19
182:13,14
**use** 8:5 24:17,19
34:18 35:4 36:9
43:20 48:20 73:10
83:11 86:11 89:7
91:17 112:21
113:7
**Usman** 177:12
**usual** 139:2
**utilities** 95:13 99:5
99:9 100:16 102:6
**utility** 78:12 100:12
105:13

**V**
**v** 1:24 2:8 5:9,10
181:4,18 184:2
**vacation** 111:23
**Vahak** 13:6 21:4
31:5,21 39:24
49:25 61:23 81:5
83:5 95:17,24
100:15 102:6
105:6 106:5
113:12 121:4
**Vahak's** 102:20

121:2
**Vahakni** 16:16
23:20,21,22 24:3
24:5,15
**valid** 85:3,7 130:11
**value** 42:24 44:3
**valueless** 42:23
48:2 75:2
**Vapacha** 80:10,15
81:3,8 83:14,16
83:19,24 85:3
**Verbal** 30:11
**verbally** 6:14
141:21 142:15
**Vermilion** 20:23
**version** 48:8,10,11
59:7
**versus** 4:8 5:18
60:5 123:12
**vice** 40:21
**video** 4:6 73:4
**videoconference**
4:13
**videographer** 3:15
4:2,16 5:5 57:24
58:3 88:13,17,21
97:3,6 142:21,24
178:2,5 179:5
**View** 40:10
**Village** 77:23
106:17 108:16
109:20
**virtue** 95:6
**vision** 40:18
**visited** 93:5
**VS** 39:16,17,23
40:6,15,20 81:12
149:2,5
**VSH** 40:20 81:12
**VSHPHH** 141:8
149:6

**W**
**wait** 39:6 44:4 47:8
64:7 65:2,4 66:6
72:3,25 73:20,20
87:18 93:24

101:15 103:9
111:7 115:9
118:14 129:9,9
145:2 154:12,12
162:15,15,16,16
162:16,16
**waiting** 32:20
**want** 6:20 8:19
18:2 19:5,25
32:10 36:7 48:3
66:9 68:22 72:4
72:21 81:20 83:10
87:23 88:13 107:9
116:15 125:24
128:15 154:15
161:25 162:7,19
162:21 163:15
168:20,21
**wanted** 14:2 19:3
36:6 60:2 81:22
102:2 126:3
144:11,11 147:14
148:2
**Washington** 3:5
**wasn't** 42:6 44:11
44:11,20 47:24
65:15 75:22,24
102:15 114:14
129:2 131:3
177:19
**water** 57:8,14,15
63:4,7 85:21 99:7
**way** 41:16 46:21
48:17,24 62:25
84:12 86:19
160:24 172:12
181:12
**ways** 74:17
**we'll** 24:18 47:13
103:6 178:23
**we're** 5:17 6:4 7:4
51:18 63:7 73:8
101:15 126:11,18
136:4 142:22
178:13,21
**we've** 63:14 84:22
125:24 129:14

172:9
**web** 4:13
**website** 151:20
**week** 132:16
153:16
**weekend** 47:20
128:5
**Weekly** 51:8,9
**weird** 138:8
**Wells** 121:3
**went** 9:25 10:16,16
22:12 44:22 63:22
74:6,7 101:22
109:16 116:18
146:20 147:3
150:16 177:8,10
**weren't** 40:12
78:20 110:19
**whatsoever** 137:24
**WHEREOF**
181:14
**wholly** 150:12
**wife** 18:23 19:20
20:5,17 52:25
106:22
**William** 26:17
147:7 164:23
**wire** 114:5 121:2
**wired** 168:9
**wires** 113:21
**witness** 5:8,24 7:21
8:20 11:18 12:4
17:14 32:17 33:6
33:10 44:11 57:23
59:8 97:2 117:11
117:18 126:13
129:16,21 136:14
139:17 144:2
152:16 155:18
162:13 163:22
177:24 179:2
181:14 182:3
184:4
**witnesses** 9:9
**wives** 18:20
**woman** 20:20
**words** 6:17 35:9

138:8
**work** 14:14 21:18
31:7 58:19 177:13
177:18
**worked** 22:21,24
22:25 147:14
**working** 21:25
109:12
**works** 19:13 21:11
78:2 123:5
**worried** 91:15
**worry** 127:6
**wouldn't** 81:25
154:24
**write** 83:10 170:19
177:16
**writing** 30:12 76:4
115:16,19
**written** 62:12 69:10
125:2 151:7,8
**wrong** 55:19 59:7
**wrongful** 177:17
**wrote** 81:22 84:14
168:14 170:15,16

**X**
**x** 1:3,9 182:2,6

**Y**
**year** 32:6 85:13,24
85:25 100:7 135:2
135:10,19 142:10
**yearbook** 24:21
25:2
**yearly** 100:3,3
121:19
**years** 14:8 22:2
56:16 65:23
**York** 2:10 14:20
22:21 31:25 36:17
92:14 181:6
**young** 39:12

**Z**
**Zargis** 108:5,9,9
150:8,12 152:24
156:12 157:20

158:12,20 159:12
159:22 160:2,6,15
161:7,8 162:14
168:15
**zero** 56:19
**zone** 178:12
**zoom** 2:7 54:4
116:2 137:17,17
174:7

**0**

**04** 71:4,5,6,20,20
72:6
**06** 73:16
**07** 82:25
**08057** 3:11

**1**

**1** 11:25 77:23
106:15 145:11
169:21
**1,000** 168:19
**1/12** 154:16
**1/12/2017** 154:20
**1/3/15** 121:20
**1/30/2014** 114:6,8
**1:19** 142:22
**1:43** 142:25
**10** 105:16 166:11
168:25 178:16,20
178:24
**10-K's** 151:17
**10,000** 56:6 168:9
**10:05** 2:3 4:4
**100** 159:22
**100034** 153:3,8
182:22
**102** 99:24 182:13
**102,000** 100:6
**1041** 82:22 83:9
84:21 182:12
**1043** 83:6 84:22
**1068** 37:13
**1069** 37:20
**1070** 38:20
**1072** 37:14
**1099** 142:11

**1099's** 128:6
**10s** 92:22
**11** 1:16 2:3 4:4
70:13 115:2 180:6
182:8 184:3
**11:11** 57:25
**11:18** 58:4
**110** 99:24,24
182:15
**11261** 119:20 120:2
182:17
**11262** 119:21 120:2
182:17
**11472** 120:22
**119** 182:16
**11th** 65:4,11,17
66:3 70:16
**12:01** 88:18
**12:03** 88:22
**12:15** 97:4
**12:24** 97:7
**1200** 99:17
**1253** 64:3,17
**1257** 64:3
**1258** 73:12,21
182:11
**1262** 73:12,21
182:11
**127** 182:18
**12th** 141:22 166:21
**13** 135:3,10
**133** 156:20,23
182:25
**137** 182:19
**13th** 145:4,9,23
172:20 182:21
**14** 127:12,17
182:18
**140** 99:14
**1412** 110:21 111:3
182:15
**1415** 110:21 111:3
182:15
**1432** 51:14
**145** 182:21
**1463** 51:18 59:15
**1468** 53:8

**1489** 54:10 65:19
70:15
**1493** 145:8
**1497** 51:14
**14th** 155:5
**153** 182:22,23
**156** 182:25
**157** 183:2
**16** 21:5 137:6,11
182:19
**165** 183:3
**167** 183:4
**1689** 53:14
**169** 183:6
**17** 21:4,7 38:12
**1767** 167:16,20
183:5
**18-15099** 4:11
**18-cv-15099** 1:6
**1980's** 89:16
**1983** 22:15
**1995** 20:19
**1st** 133:17 146:9
154:21

**2**

**2,825** 169:21
**2/1/14** 121:20
**2:30** 178:3
**2:36** 178:6
**2:37** 179:7,9
**20** 46:10 153:23
154:3 167:5
172:21 182:23
184:23
**2000's** 49:3 92:17
**2001** 23:4
**2002** 20:15
**20044** 3:5
**2006** 13:15,20 38:6
**2007** 51:23 52:12
**2009** 90:11,13
**2010** 14:13,17,25
15:4
**2010's** 92:11,12
**2011** 52:5 65:5,11
65:18 66:4 70:16

75:17 92:10
**2012** 93:5
**2014** 110:2 111:18
113:10 115:11
121:12 128:6
**2015** 20:16 124:24
124:25 133:22,23
142:10
**2016** 27:23 104:5
141:22 145:11
**2017** 103:18 145:4
145:9 146:3 160:3
182:21
**2018** 166:21 168:3
168:19 169:2
172:22,25,25
173:21,23
**2019** 101:19 172:22
**202)353-9187** 3:6
**2021** 1:16 2:3 4:4
101:15 180:6,14
181:15 184:3
**20th** 146:3,9
**21** 111:18 153:2,7
182:22
**22** 156:19,23 157:3
182:25
**227** 3:5
**22nd** 103:18
**23** 157:25 158:6,6
183:2
**24** 21:4
**25** 165:24 166:4
183:3
**258** 158:2,5 183:2
**26** 167:15,19 183:4
**26,503** 111:24
**2635** 134:5
**2636** 134:5
**27** 169:9,13 170:19
183:6
**270** 184:5
**27th** 168:3
**28th** 168:11 181:15
**29th** 113:10

**3**

**3** 11:15
**30** 11:25 22:2
173:10,15 183:7
**30(b)(6)** 1:14 2:6
11:18 19:13,17,25
110:8 117:22
135:9,17 136:14
139:16 144:2
152:16 155:18
178:14
**317,000** 152:13
156:3 161:3,17
**319,000** 157:11
**31st** 115:11
**3365** 165:25 166:4
183:3
**3366** 165:25 166:5
183:3
**3490** 169:19
**3545** 141:20
**3546** 141:20
**36** 72:2
**37** 110:20,25 111:2
182:15
**38** 119:19,25
182:16
**39** 71:18
**3K** 168:14

**4**

**4** 51:12 70:12
104:10 145:3,7
182:21
**40** 3:10
**4180** 137:7,12
182:20
**4182** 137:7,12
182:20
**4th** 128:5

**5**

**5** 38:11 182:4
**5/20** 122:9
**500** 15:18,21 33:22
34:4,11,19 35:20
35:21 86:22,25
87:11,22 89:18,25

90:4,9,18,21 94:2
94:3,5,7,7 152:3
**5100** 121:15
**520** 13:10 15:14,17
25:24 26:5 27:18
29:2 31:21 32:9
33:20,25 34:5,6
34:15,19 35:3,4
35:10,14,22,25
36:10 38:12 51:3
55:22 63:13,14
73:25 78:2 86:17
86:24 87:4,12,16
87:19,23,24 89:8
89:15 90:14,21
91:11,13,18 94:8
106:9 116:8 121:6
121:20 149:23
153:15 154:5
**567** 102:25 103:8
182:14
**568** 103:20
**571** 105:4
**58** 71:23

**6**

**6** 73:11 182:10
**600,000** 152:4
**649** 102:25 103:10
182:14
**650** 99:17
**6690** 115:4 116:3
**6691** 115:4
**688** 105:18

**7**

**7** 82:21 182:12
**7/6/2015** 135:3
**718** 105:18
**7180** 167:16,20
183:5
**72** 182:9
**73** 182:10
**743** 173:16
**744** 174:5
**748** 173:11,16
183:7

**750** 113:11
**7520** 171:11
**7543** 169:10,13
183:6
**78** 22:13
**79** 22:14

**8**

**8** 37:15 56:5
**8/2/2016** 135:3
142:8
**8/25/2005** 38:23
**80** 87:25
**80's** 40:16 86:17
87:5,7
**82** 182:12
**86274** 128:14
**8th** 51:23 52:12
168:19

**9**

**9** 46:23 56:5 102:24
103:4,7 182:13
**9,000** 114:5
**90** 21:14
**90's** 40:22
**9135** 153:24 154:3
182:23
**9136** 153:24 154:4
182:24
**9361** 127:13,19
182:18
**9364** 127:13,20
182:18
**95** 99:14
**96** 20:19
**97** 167:24
**9K** 113:11