IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA,

                    Plaintiff,


        vs.                    Case No. 18-cv-15099


SHANT HOVNANIAN,

                    Defendant.

_____



30(b)(6) Deposition of VSHPHH TRUST

by NINA HOVNANIAN

Monday, February 22, 2021 - 9:10 a.m.




Reported by:

Paula S. Raskin, CSR-4757

Job No.: 1466

```
 1        A P P E A R A N C E S (All Remote):

 2

 3        CATRIONA M. COPPLER, ESQ.

 4        ARI KUNOFSKY, ESQ.

 5        U.S. DEPARTMENT OF JUSTICE

 6        Trial Attorneys, Tax Division

 7        Post Office Box 227

 8        Washington, DC 20044

 9        (202)353-9187

10        Catriona.M.Coppler@usdoj.gov

11        Ari.D.Kunofsky@usdoj.gov

12            Appearing on behalf of the Plaintiff

13

14        JOHN HANAMIRIAN, ESQ

15        HANAMIRIAN LAW FIRM PC

16        40 Main Street

17        Moorestown, New Jersey 08057

18        jmh@hanamirian.com

19            Appearing on behalf of Defendant

20

21

22        ALSO PRESENT:

23            Elza Grigoryan - Hanamirian Law

24            Caylob Suarez - Videographer

25
```

Page 3

1                    E X A M I N A T I O N S

2

3         WITNESS                                    PAGE

4         VSHPHH TRUST (NINA HOVNANIAN)

5         EXAMINATION BY MS. COPPLER:                    6

6

7

8                      E X H I B I T S

9

10        NUMBER                DESCRIPTION          PAGE

11

12

13                  (Exhibits not offered.)

14

15

16

17

18

19

20

21

22

23

24

25

1              VSHPHH TRUST (NINA HOVNANIAN)

2       Taken remotely via Zoom

3       Monday, February 22, 2021

4       9:10 a.m.

5              VIDEOGRAPHER:  We're on the record on

6              February 22nd, 2021, at approximately

7              9:10 a.m. Eastern Time for the 30(b)(6)

8              remote deposition of Ms. Nina Hovnanian.

9              My name is Caylob Suarez, and I'm the

10             videographer.  All present will be noted on

11             the stenographic record.

12             Will the court reporter please swear

13             in the witness.

14                     NINA HOVNANIAN,

15       was thereupon called as a witness herein,

16       and after having been first duly sworn to

17       testify to the truth, the whole truth and

18       nothing but the truth, was examined and

19       testified as follows:

20             MS. COPPLER:  Good morning,

21       Ms. Hovnanian.  My name is Catriona

22       Coppler, and I'm with the Department of

23       Justice Tax Division.

24             Just so we have a clean record, can

25       we please have everybody who's

1        VSHPHH TRUST (NINA HOVNANIAN)

2    participating in this video deposition

3    introduce themselves, starting with -- go

4    ahead, Ari.

5        MR. KUNOFSKY:  Ari Kunofsky, also on

6    behalf of the United States.

7        MR. HANAMIRIAN:  John Hanamirian on

8    behalf of Nina Hovnanian as trustee of the

9    VSHPHH Trust.

10       THE WITNESS:  Nina Hovnanian, VSHPHH

11   trustee.

12       MS. COPPLER:  Thank you.  And I

13   believe that we also have Elza Grigoryan --

14   sorry if I mispronounced that -- who will

15   be observing the deposition today.

16       So we are here in the civil action of

17   the United States v. Shant Hovnanian, and

18   we're going to be taking this deposition

19   remotely via electronic means.

20       Before I go any further, if anybody

21   objects to the deposition, could you please

22   let me know right now.

23

24

25

Page 6

1              VSHPHH TRUST (NINA HOVNANIAN)

2              Okay.  I'm going to take that as

3        we're all set to go forward.

4                         EXAMINATION

5   BY MS. COPPLER:

6        Q.    So I know that you just recently had

7   your deposition taken, but I'm going to go --

8   start by going over the ground rules again, if

9   that's okay with you.

10       A.    Uh-huh.

11       Q.    If you don't understand a question,

12  please let me know.  If you don't hear a

13  question, please ask me and I will repeat the

14  question.

15              If you need a break, please just let

16  me know and I'll be happy to take one.  The only

17  thing that I ask is that if there's a question

18  pending, please just answer that question before

19  we take that break just so that there's a clear

20  record.

21              Please make sure to answer clearly so

22  that everybody who is on this call today can

23  hear you.  Sometimes it's a little tricky, so we

24  have to make sure that we're -- you know, if I'm

25  not speaking loud enough, please let me know so

```
 1              VSHPHH TRUST (NINA HOVNANIAN)

 2      that I can speak louder.  I just want to make

 3      sure that everybody can hear me today.

 4              Please verbally answer my questions.

 5      Unfortunately nodding or shaking your head will

 6      not come across in the transcript.

 7      Additionally, please say yes or no rather than

 8      uh-huh or uh-uh, as it can be a bit confusing.

 9              And, yeah, do you understand these

10      instructions?

11      A.    Yes, I do.

12      Q.    Perfect.

13              Because we're taking this deposition

14      remotely, we may run into some interruptions or

15      lags, so I just ask that you be patient with us.

16      If you get kicked off the internet connection,

17      please just rejoin using the link that you used

18      to start this deposition.  If there's any

19      technical issues that arise, let me know and we

20      can try to handle them as they come up, but --

21      A.    I just want to say that I'm having a

22      lot of back problems, and I've had two shots and

23      I'm on painkillers.  So I just want you to know

24      that, okay.

25      Q.    Yeah, thank you for letting me know.
```

```
 1                 VSHPHH TRUST (NINA HOVNANIAN)
 2      Yeah, if it gets to be too bad or if you need me
 3      to break, you need to get up and stretch or
 4      anything, please let me know and I'd be happy to
 5      take a break.
 6           A.    Okay.
 7           Q.    We just want to make sure that there
 8      aren't any distractions or anything while you're
 9      taking this deposition, so could you please say
10      on the record that you will not check your phone
11      or any electronic devices during this
12      deposition?
13           A.    My phone is off and I won't do that.
14           Q.    Thank you.
15                 Is there anybody else in the room
16      with you right now?
17           A.    No, no.
18           Q.    Do you have any --
19           A.    And the door is closed.  And the door
20      is closed.
21           Q.    Do you have any documents or other
22      items in front of you right now?
23           A.    No, I don't have anything.  I have
24      you in front of me.
25           Q.    Perfect.  That's all I ask.
```

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2              If you do -- just so you're aware,
 3     that if you do check any documents, your phone
 4     or electronic devices, we may be entitled to see
 5     what you're reviewing.  So I just want to make
 6     that clear at the very beginning.
 7              So do you have any questions of what
 8     is expected of you today?
 9         A.    The deposition.
10         Q.    Yes, okay.
11              So I have a couple of standard
12     questions that I've already asked, and you'll
13     probably recognize these from the last time, but
14     is there any reason that you are aware of that
15     you are not suited or fit to give your
16     deposition today?
17         A.    No.
18         Q.    I know you mentioned that you did
19     have shots, but are you on any other medications
20     that may affect your testimony today?
21         A.    I'm on a lot of pain killers, but
22     the -- if -- this pain that I have, it just
23     comes out of -- it's like a searing, horrible
24     like attack kind of pain, and if that happens,
25     I -- you know, I did this.  I took those shots
```

Page 10

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2    and everything so that we won't have that, but
 3    if we do, I don't know, you know, how I can
 4    continue.  I might ask for -- you know, because
 5    it's just horrible.
 6         Q.    Of course, I completely understand.
 7    Again, please, if it gets to be that bad, please
 8    just tell me and we can take a break.
 9              But do any of those medications,
10    would they impact your ability to tell the truth
11    today?
12         A.    Not to tell the truth, no.
13         Q.    Okay.  And I'm sorry I have to ask
14    this, but could you please tell me what kind of
15    painkiller you're on?
16         A.    Well, 1800 milligrams of ibuprofen
17    and diclofenac.
18         Q.    Are you feeling clearheaded to speak
19    with the ibuprofen and the medicine?
20         A.    Yeah.  Yeah, I think so.  Let's just
21    start and see how it goes.
22         Q.    Yeah.  And if at any point you feel
23    like you can't go forward, please, again, just
24    tell me and we'll deal with it at that time.
25              MR. HANAMIRIAN:  Yeah.  I mean, what
```

```
 1            VSHPHH TRUST (NINA HOVNANIAN)
 2         happened is early this morning, Nina had
 3         reached out to me about seeing if we could
 4         postpone it, and I said I just don't think
 5         we're going to be able to do that because
 6         we've had a few postponements, and so I
 7         don't think that, you know, it's going to
 8         be possible.  I said "So why don't you just
 9         see how it goes."
10              MS. COPPLER:  Yeah.
11              MR. HANAMIRIAN:  Yeah, just see.
12              MS. COPPLER:  Okay.  Thank you all so
13         much for that.  I'll keep my eye out and --
14    BY MS. COPPLER:
15         Q.   But we understand that you're
16    clearheaded and you're okay to proceed for now,
17    and so we're going to go forward.  But if that
18    changes at any time, we'll discuss it at that
19    time.
20              So have you taken any drugs, alcohol,
21    or other substance in the past 24 hours that may
22    impede your ability to answer questions honestly
23    today?
24         A.   No, I don't think so.
25         Q.   Okay.
```

Page 12

1                VSHPHH TRUST (NINA HOVNANIAN)

2        A.    Not -- I mean, I am going to answer

3   honestly.

4        Q.    Perfect.

5              Is there anything else that may --

6   anything else besides what we've already

7   discussed that may affect your ability to give

8   your testimony today?

9        A.    No, except for pain.

10        Q.    Thank you.

11              What did you do to prepare for this

12   deposition?

13        A.    I went through my interrogatory

14   answers and tried -- I am in Armenia, so I have

15   no access to any of the files or anything.  You

16   know, and I went through the -- all stuff that I

17   had access to.

18        Q.    And so all the stuff that you have

19   access to, does that include everything that

20   you've produced in discovery to this date?

21        A.    Yeah, mostly.  I asked the -- I asked

22   John and Elza to forward me everything that they

23   had so that I could review it.

24        Q.    Did you speak with anybody in

25   preparation for the deposition today?

Page 13

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2          A.     No.   I spoke to Elz- -- to John and

3     Read, and that's it.

4          Q.     Did you --

5          A.     Went through some files.

6          Q.     I apologize.  Can you repeat that

7     last part?

8          A.     Which part?

9          Q.     Sorry.  After Read, you said

10    something and I didn't hear it.

11         A.     No, I said I spoke with John and

12    Read, and we discussed what would be, you know,

13    probably questioned or whatever.

14         Q.     And when you say Read, are you

15    referring to William Read Rankin?

16         A.     Yes.

17         Q.     Did you speak with Shant Hovnanian?

18         A.     I -- well, I speak to him now and

19    then, and I told him I have the deposition.

20         Q.     So is Shant aware of this litigation?

21         A.     Yes, he is aware.

22         Q.     And have you spoken with him at all

23    besides telling him that you're testifying today

24    about this litigation?

25         A.     I did.  I asked him a few questions

Page 14

1                 VSHPHH TRUST (NINA HOVNANIAN)

2        like why the hell he got me in this mess.

3              Q.    And just so that we're clear, who

4        does William Read Rankin represent?

5              A.    He is co-counsel or --

6              MR. HANAMIRIAN:  Counsel, I'm going

7              to object.  I think -- I don't think Nina's

8              qualified to identify whom he might

9              represent.  And if he represents someone,

10             the fact of representation can be protected

11             information as well.

12             So if you want to ask her if he

13             represents her, that's okay, or the trust,

14             that's okay, but anybody else or any other

15             person or entity, I think we have to -- I

16             have to object.

17             MS. COPPLER:  Okay.

18       BY MS. COPPLER:

19             Q.    Ms. Hovnanian, does William Read

20       Rankin represent you?

21             A.    Yes.

22             Q.    Does he represent the trust -- sorry,

23       hold on a second.

24             Does he represent you in your

25       personal capacity?

Page 15

1             VSHPHH TRUST (NINA HOVNANIAN)

2        A.    He represents the trust.  He actually

3   was the person that made the trust, so...

4        Q.    So just to clarify, he represents the

5   trust, and because he represents the trust, he

6   also represents you?

7        A.    Right.

8        Q.    Perfect, thank you.

9             Did you review -- I'm sorry, we

10  already discussed this a bit, but did you review

11  any documents in preparation for this

12  deposition?

13       A.    Can you please repeat that?

14       Q.    Not a problem.  Did you review any

15  documents in preparation for this deposition?

16       A.    Yes.  I just said I did.

17       Q.    Have you reviewed any records that

18  were not produced to the United States in

19  discovery while you were preparing for this

20  deposition?

21       A.    No.

22       Q.    Do you understand that you've been

23  designated by the VSHPHH Trust to testify on

24  specific topics?

25       A.    Yes.

Page 16

1          VSHPHH TRUST (NINA HOVNANIAN)

2          Q.    Now, this case involves two trusts;

3     the Pachava Asset Trust and the VSHPHH Trust.

4              Just to make sure that there's no

5     confusion, during this deposition, I'm going to

6     be referring to the VSHPHH Trust as "the trust"

7     just because otherwise it's a bit of a mouthful.

8     So if -- I just want to make that clear.  If you

9     have any questions later on, please let me know,

10    but if I want to refer to the Pachava Asset

11    Trust, then I will actually say "Pachava Asset

12    Trust."

13             But otherwise just assume when I say

14    "trust," I am referring to the VSHPHH Trust.

15    Does that make sense?

16        A.    Uh-huh.

17        Q.    Is that a yes?

18        A.    Yes, yes.

19        Q.    Thank you.

20             MR. HANAMIRIAN:  Nina, you have to

21        say yes or no in the questions.

22             THE WITNESS:  Oh, yeah, I remember.

23    BY MS. COPPLER:

24        Q.    Do you understand that as a

25    Rule 30(b)(6) witness, you have a duty to

Page 17

1                     VSHPHH TRUST (NINA HOVNANIAN)

2        prepare to testify about the topics that were

3        listed in the notice of deposition?

4              A.    Yes.

5                    MS. COPPLER:   Okay.   I am now sharing

6              what was previously marked as VSHPHH001 and

7              in parentheses "Revised."

8        BY MS. COPPLER:

9              Q.    Ms. Hovnanian, is this the second

10       amended third notice of deposition that you

11       received in this matter?

12             A.    I didn't understand the question.

13             Q.    Is this the second amended third

14       notice of deposition that you received in this

15       matter?

16             A.    Yes.

17             Q.    Now I'm going to scroll down to the

18       fourth page of VSHPHH001, which says --

19                   (Reporter clarification.)

20             Q.    So we're on Page 4 of VSHPHH001.

21       We're talking about the notice of topics here,

22       and if you --

23             A.    Uh-huh, yes.

24             Q.    Are you prepared to testify about the

25       topics listed in this exhibit?

Page 18

1              VSHPHH TRUST (NINA HOVNANIAN)

2          A.    Yes.

3          Q.    Can you see all of these topics, just

4     first of all?

5          A.    I can see Topics 1 through 12, the

6     top of 12.

7          Q.    Okay.  And it goes from 1 to 26,

8     correct?

9          A.    Yes.

10          Q.    Are you prepared to testify about all

11     of these topics listed here?

12          A.    I'll try my best.  I'm as prepared as

13     I -- you know, tried to be.

14          Q.    How did you try to prepare yourself?

15          A.    Well, I went through whatever

16     documents I had access to and my interrogatory

17     answers.

18          Q.    Are there any topics listed here that

19     you are not prepared to testify about?

20          A.    Let me just go through -- no, not

21     really.  I mean, can you scroll up so I can see

22     all of them or can I do that?  I don't --

23          Q.    Yeah.  Tell me where you want to

24     start.  So can you see starting at 1 right here?

25          A.    Can we just start and I'll tell

1          VSHPHH TRUST (NINA HOVNANIAN)

2     you -- you know, and I'll answer.  Can we just

3     start?

4          Q.    Okay, we can go ahead and do that.

5               So just to start off, can you please

6     tell me who established the trust.

7          A.    My parents.  Read made it for them.

8     My dad asked Read to create the trust because he

9     wanted to get everything organized for his

10    grandchildren.

11         Q.    When was this?

12         A.    This was before 2000- -- I would say

13    before December 2012.

14         Q.    Why was it established?

15         A.    Estate planning, regular estate

16    planning.  My parents worked hard their whole

17    lives.  They wanted to make sure their

18    grandchildren were taken care of.

19         Q.    Who were the beneficiaries of the

20    trust?

21         A.    The beneficiaries of the trust are

22    their grandchildren: my children, Gayane and

23    Kataya; and Vahak, Paris, and Chas, Chates.

24         Q.    How old were your parents in 2012

25    when they first established the trust?

Page 20

1                VSHPHH TRUST (NINA HOVNANIAN)

2          A.    My father was 80 and my mother was 83

3     or 80- -- almost 84.

4          Q.    Why did they decide to start estate

5     planning at that time?

6          A.    Well, I think they didn't start

7     estate planning, but they were getting old.  I

8     mean, I don't know why.

9          Q.    Okay.  So you and Shant were the

10    original trustees of the trust?

11         A.    Yes.

12         Q.    Has anybody else been a trustee of

13    the trust?

14         A.    No.

15         Q.    Currently who is the trustee?

16         A.    I am.

17         Q.    When did Shant stop becoming the

18    trustee?

19         A.    Sometime in 2017.

20         Q.    Why did he stop being the trustee?

21         A.    I don't know.

22         Q.    Do you know whether he resigned or

23    whether his designation as trustee was revoked?

24         A.    No.  He resigned.

25         Q.    He resigned?

1                VSHPHH TRUST (NINA HOVNANIAN)

2          A.    But I couldn't find the resignation

3     letter, but I remember that he resigned.

4          Q.    How did he inform you that he was

5     resigning?

6          A.    In a letter.

7          Q.    Is that the first time that he -- you

8     heard that he was resigning or did he discuss it

9     before that?

10         A.    He discussed it.  He was -- he

11    discussed it.  He said he didn't want to do it

12    anymore, it was time for me to take over.

13         Q.    I know you mentioned that he resigned

14    via letter, but you don't have a copy of that

15    letter anymore?

16         A.    I couldn't find it in my papers, and

17    I lost an e-mail, so...

18         Q.    Do you typically -- how long do you

19    typically keep records relating to the trust?

20         A.    I keep them.  I had a lot of things

21    in this e-mail that -- this -- the -- it was

22    Ninachka@Ninachka.com, and it -- some Chinese

23    company bought the thing and I lost all my

24    e-mails.  I lost -- so I thought it was secure

25    and lost everything.

Page 22

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    I'm sorry to hear that.

3              So before Shant stopped being the

4    trustee, could you tell me specifically what he

5    did when he was acting as trustee?

6         A.    Well, he set up the auto pays for the

7    payment systems, I guess.

8              I don't know really.  I don't know

9    specifically.  I didn't ask him, but I started

10   and learned the ropes.

11        Q.    Would you say that when you both were

12   co-trustees, that you split the responsibility

13   evenly, or was one of you, did they take more

14   control than the other?

15        A.    Well, he was there more than I was,

16   so he would discuss to me -- with me what was

17   going on, and I would agree or disagree and that

18   kind of thing.

19        Q.    So it was more of a conversation

20   where you both were working together as

21   trustees?

22        A.    Yeah, I would say.  I mean, I was

23   apprised of I guess all of it.  I was more

24   involved really in taking care of my mom and the

25   kids.

Page 23

1              VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    Okay, I understand.  So, I'm sorry,

3    I'm -- I'm just making sure that I'm clear on

4    this.

5              So he would make decisions, and then

6    he would apprise you of those decisions and then

7    you would --

8        A.    It wasn't really that -- to tell you

9    the truth, there really weren't that many

10   decisions happening.  Everything was already

11   organized and, you know -- and that was it, you

12   know.  It's the Village Mall, the tenants, it

13   was operating.  There wasn't like a lot going

14   on, not very many decisions to be made kind of

15   thing.

16       Q.    So which one of you was managing the

17   Village Mall, for example?

18       A.    Well, HovSat was.

19       Q.    And how would you know how HovSat was

20   managing the Village Mall?

21       A.    Well, he told me.  HovSat was a

22   tenant, and he designated HovSat to be -- you

23   know, to be managing the mall.  Karen and Kevin

24   were taking care of it.

25       Q.    And when you say "he," you're

Page 24

1            VSHPHH TRUST (NINA HOVNANIAN)

2      referring to Shant?

3            A.    Yes.

4            Q.    So essentially Shant was in charge of

5      HovSat?  Is that correct?

6            A.    No, Shant was not in charge of

7      HovSat.  Shant was -- he was the trustee for

8      VSHPHH that was in location, and HovSat was

9      managing the Village Mall.

10           Q.    Who was in charge of HovSat then?

11           A.    I don't know.

12           Q.    So how would you --

13           A.    I think Karen was.

14           Q.    Okay.  And so whenever you needed to

15     know about how the Village Mall was being

16     operated, you would talk to Karen?

17           A.    Yeah.

18           Q.    Okay.  I'm a little bit confused

19     because I think you said earlier that Shant was

20     telling you about HovSat.

21                 So can you just clarify the

22     relationship between the Village Mall, HovSat,

23     Karen, and Shant, please?

24           A.    I'm confused too.  I'm sorry, can you

25     repeat the --

1              VSHPHH TRUST (NINA HOVNANIAN)

2              MR. HANAMIRIAN:  -- instruction.

3        A.    -- can you repeat the -- your voice

4    was jump- --

5              THE WITNESS:  You guys are all

6         frozen.

7              VIDEOGRAPHER:  This is the

8         videographer.  She is frozen.  Would you

9         like to get off the record?

10             MS. COPPLER:  Yeah, let's take a

11        break for her to get back on.

12             VIDEOGRAPHER:  The time is 9:35 a.m.

13        We're now going off the record.

14             (Off the record at 9:35 a.m.)

15             (Back on the record at 9:36 a.m.)

16             VIDEOGRAPHER:  The time is 9:36 a.m.

17        We're now back on the record.

18   BY MS. COPPLER:

19        Q.   I'm just going to repeat the question

20   that I had just asked.

21             I said that I was having a little bit

22   of a hard time understanding the connection

23   between Village Mall, Karen Gandolfo, Shant, and

24   HovSat.  So I was just wondering if you could

25   clarify, please.

Page 26

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2        A.    Actually I was told that HovSat

3    organi- -- you know, manages the Village Mall.

4    Karen is the bookkeeper and Kevin is like the

5    maintenance guy.

6        Q.    What about Shant?

7        A.    Shant was a trustee.

8        Q.    So you just testified before that

9    Karen was in charge of HovSat.  Why was --

10       A.    Yeah.

11       Q.    -- the bookkeeper in charge --

12       A.    She was --

13       Q.    Sorry.  Can you -- sorry, I

14   apologize.  Please let me finish my question.

15             So why was Karen, who was a

16   bookkeeper, making decisions on behalf of

17   HovSat?

18       A.    I don't know.  I mean, I don't know.

19   That was before.  Now I'm in charge.  I mean,

20   before, I don't know.

21       Q.    Before what?

22       A.    Before I took over control of the

23   trust.

24       Q.    I'm sorry, I thought that you were

25   always trustee of the trust.  So when

Page 27

1              VSHPHH TRUST (NINA HOVNANIAN)
2      specifically did you take over?
3              A.    I became the sole trustee when Shant
4      resigned.
5              Q.    Okay.  In 2017, correct?
6              A.    In 2017.  And Shant was the person
7      really in touch with Karen, and -- for the
8      VSHPHH before that.  He would confer with me,
9      but he was, you know, in charge more or less.
10             Q.    Prior to being the trustee of either
11     the Pachava Asset Trust or the VSHPHH Trust, had
12     you had any experiences of being trustee?
13             A.    No.
14             Q.    How did you know --
15             A.    I was on -- I've been on boards and
16     stuff as a trustee, but not a trustee of a
17     trust.
18             Q.    How did you know what to do?
19             A.    I didn't.  I just learned by, you
20     know, just asking a lot of questions and
21     questions and questions and questions.
22             Q.    Who did you ask those questions to?
23             A.    I asked questions to Karen, to Read,
24     to Shant.  Lots of people.  I tried to ask Art.
25             Q.    And just so the record is clear, who

```
 1                  VSHPHH TRUST (NINA HOVNANIAN)
 2       do you mean by Art?  What's his full name?
 3            A.    Art Havighorst.
 4            Q.    How often would you say that you
 5       reached out to these people with your questions?
 6            A.    Often.
 7            Q.    Do you still reach out to them
 8       whenever you have a question?
 9            A.    Yes, I do.
10            Q.    The same people, or has that changed?
11            A.    Well, no.  I asked Karen and, again,
12       to Read.  Not Art anymore because he says he
13       doesn't remember anything.
14            Q.    Do you still ask Shant questions
15       about the trust?
16            A.    Not about the trust, no.
17            Q.    Could you please describe your
18       responsibilities and your duties as trustee.
19            A.    I just make sure everything runs
20       smoothly, that the properties are taken care of,
21       bills are paid, money in the account.  That sort
22       of stuff.  Maintenance, that everything runs
23       smoothly.
24            Q.    Anything else?
25            A.    I can't think of anything right now.
```

Page 29

1              VSHPHH TRUST (NINA HOVNANIAN)

2    I mean...

3         Q.   You said that something changed in

4    2017 that led to Shant's resignation.  What

5    changed?

6         A.   Well, my mother died and -- my mother

7    died and he started traveling more, and he

8    wanted me to be there more, more often, to pick

9    up the slack sort of thing.

10        Q.   And you also mentioned that you

11   stopped speaking to Shant about this trust.  Why

12   is that?

13        A.   Why did I stop talking to him about

14   the trust?

15        Q.   Yes.

16        A.   I mean, on the -- well, like -- okay.

17   I stopped talking to him about the trust in the

18   present day and like operations now, but I ask

19   him questions about the past.

20        Q.   How frequently would you say you talk

21   to him about what happened in the past?

22        A.   Not very frequently except to yell at

23   him.

24        Q.   How do you typically communicate with

25   Shant?

Page 30

1                    VSHPHH TRUST (NINA HOVNANIAN)

2          A.    By phone or he comes over for coffee.

3          Q.    Now, last time, you testified that

4     you didn't know where Shant was living.  Do you

5     know where he is living now?

6          A.    No.

7          Q.    Is he still bouncing around with his

8     girlfriends, or how would you --

9          A.    He's bouncing around with his

10    girlfriends, he camps, he goes on these

11    expeditions.  He's like...

12         Q.    You mean he's like all over the

13    place?  Is that what you meant by your hand

14    gestures?

15         A.    Yeah.

16         Q.    Okay.

17         A.    Yes.  He's all over the place.

18         Q.    Is he going to different countries,

19    or does he primarily stay in a certain country?

20         A.    He's between here and Nagorno

21    Karabakh.

22         Q.    How do you maintain records for the

23    trust?

24         A.    Well, Karen is the bookkeeper, and

25    all the file- -- all the previous files and

Page 31

1              VSHPHH TRUST (NINA HOVNANIAN)

2     everything are at the Village Mall, and that's

3     that.

4          Q.   So if you ever want to see any of the

5     records, you would have to ask Karen to go and

6     look through them to find whatever you're

7     looking for, right?

8          A.   Yeah.

9          Q.   What kind of records do you typically

10    keep?

11         A.   Well, what kind of rec- -- the

12    banking records are all online, and she's there

13    on-site.  So, I mean, she's constantly informing

14    me if there's bills to be paid, if there's

15    things to be done.  She's more or less in charge

16    of that.

17         Q.   How do you decide which records to

18    keep or how does Karen decide which records to

19    keep?

20         A.   I think she keeps everything.

21         Q.   For how long?

22         A.   I don't know.

23         Q.   So, for example, do you have a policy

24    where you will keep a record for ten years, or

25    is it just you assume that everything's going to

Page 32

1              VSHPHH TRUST (NINA HOVNANIAN)

2     be --

3          A.    I haven't made any -- I haven't made

4     any kind of policy, to be honest.

5          Q.    Okay.  And now just getting back to

6     something you said before, you said that

7     basically Karen is in charge, but it's she's in

8     charge because you allow her to be in charge,

9     right?

10         A.    Can you -- all right, can you define

11    records?

12         Q.    Sorry, I was going back to something

13    that you said before.  I wasn't really talking

14    about records.

15              But you had just mentioned that Karen

16    was basically in charge, and so I was --

17         A.    She's the one that's on -- in

18    location, she's at the office.  Papers come in,

19    go out, she notifies me.

20              Is that what you mean by records?

21    You know, I don't know what you mean by records;

22    that's why I asked you to define them.

23         Q.    Okay.  Well, by records, I'm just

24    talking about any papers or any documents that

25    the trust receives or that are in any way

Page 33

1                    VSHPHH TRUST (NINA HOVNANIAN)

2      related to the trust and its business.

3           A.    Uh-huh.

4           Q.    Does that make sense?

5           A.    Yes, it does.

6                 So she is there, so if they're coming

7      there, paperwork or whatever, she's there on

8      location, and she's in charge of letting me know

9      and that sort of thing.  That's what I meant by

10     she's in charge.

11          Q.    Okay.

12          A.    And she does the recordkeeping.

13          Q.    But just to be clear, you are the

14     trustee and Karen is an employee of the trust,

15     right?

16          A.    She's not an employee of the trust.

17          Q.    Who is she an employee of?

18          A.    She's an employee of SpeedUS, but she

19     does bookkeeping for us as a favor because she's

20     a tenant there.

21          Q.    Karen Gandolfo is a tenant of the

22     Village Mall?

23          A.    She's not a tenant of the Village

24     Mall.  SpeedUS is a tenant of the Village Mall.

25          Q.    Okay.  So Karen Gandolfo, who is an

Page 34

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2      employee of SpeedUS, is just helping out the
 3      trust voluntarily?
 4              A.    Yeah.
 5              Q.    Why as trustee are you permitting
 6      somebody to help out in that manner?
 7              A.    Because it's convenient.  She's been
 8      with -- she's been with us for like 30 years,
 9      and she's very trusted and she does good
10      bookkeeping and she's there.
11              Q.    If Karen is not an employee, then
12      what oversight do you have over her with respect
13      to the trust?
14              A.    Meaning?
15              Q.    How do -- if she's not your employee,
16      then how can you direct her to do things?
17              A.    I do.  I do and she does.
18              Q.    Do you ever check in to make sure
19      that she is properly doing things?
20              A.    Yeah.
21              Q.    How often?
22              A.    Pretty often.  I mean, we converse.
23      The past year has been less so because of this
24      COVID thing, but when I'm in the States, we see
25      each other often and we discuss everything and
```

1            VSHPHH TRUST (NINA HOVNANIAN)

2      she's very helpful.

3           Q.    Other than meeting face to face, how

4      else do you communicate with Karen Gandolfo?

5           A.    Through phone conversations, through

6      telegram.

7           Q.    Anything else?

8           A.    I guess sometimes through e-mails.

9           Q.    Would you say that you tend to speak

10     over the phone with Karen Gandolfo more than

11     using any of those other means of communication

12     that you just mentioned?

13          A.    I would say, yeah, if it's -- if

14     things need to be really clarified, yes.

15          Q.    Do you ever make notes of either your

16     in-person or your telephone calls?

17          A.    No.

18          Q.    Does Karen?

19          A.    I don't know.  Ask her.

20          Q.    When -- so if you, for example, are

21     having a phone call asking Karen to do something

22     for the trust, do you ever follow up to make

23     sure that she does that?

24          A.    Yes, and sometimes I forget what I

25     said and then I'll ask her to tell "Me what was

1                  VSHPHH TRUST (NINA HOVNANIAN)

2      that we did?"

3                  Sorry.  Wait one second, please.

4           Q.    Do you want to take a break?

5           A.    Yeah, can we take a -- no, I'm good.

6      I'm good.

7           Q.    Okay.  Let me know if it gets too

8      bad.

9           A.    Okay.

10          Q.    If you need a break, I'm happy to

11     take one.

12                So when would you say that Karen

13     Gandolfo started helping out with the trust?

14          A.    Repeat the question, please.  It was

15     bouncy.

16          Q.    No problem.  When did you say -- or

17     when did Karen Gandolfo begin helping out with

18     the trust?

19          A.    Well, for me, when I was doing it,

20     from the moment that I started I guess in 2017.

21          Q.    Before 2017, did she help Shant out

22     with the trust?

23          A.    Yes.

24          Q.    What was her role before 2017?

25          A.    I think bookkeeper, and because she

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2      was on-site, just, you know, if there had to be
 3      any maintenance done at the Village Mall, she
 4      would notify or take care of it or that sort of
 5      thing.
 6           Q.    If there was something that came up
 7      that she had to take care of, would she inform
 8      either you or Shant that it had --
 9           A.    Yes.
10           Q.    -- to be taken care of?
11           A.    Yes.
12           Q.    Would then -- would she then ask, you
13      know, how she was supposed to pay for it?
14           A.    For now, that I'm in charge, yes, she
15      does.  She does ask.  Of course.
16           Q.    So before 2017 when Shant was
17      primarily in charge, would she ask Shant?
18           A.    Yes.
19           Q.    Now, you said that Karen is just
20      helping out, so the trust does not pay Karen,
21      right?
22           A.    Correct.
23                 Well, no.  The -- I've paid Karen a
24      few times I think from one or the other trust if
25      she says there's no money in the HovSat account.
```

Page 38

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2          Q.    What is the trust paying her for?

3          A.    Well, for her work.  Not as an

4    employee of the trust, but to cover the HovSat

5    expenses, which -- or the -- I don't know.  For

6    helping out.

7          Q.    For helping out with HovSat.

8          A.    For helping out with HovSat.  And now

9    it's VSHPHH that's managing everything.

10         Q.    Okay.

11         A.    No longer HovSat.  I opened --

12         Q.    You --

13         A.    -- an account -- yeah.  You know

14   that.

15         Q.    Sorry, go ahead.

16         A.    I said I opened an account, but you

17   know that, so...

18         Q.    So you also mentioned that you are

19   paying her on behalf of the other trust, Pachava

20   Asset Trust.

21               Are you paying her from funds

22   coming --

23         A.    No, no.  No, no.  Wait.

24               I'm not paying her out of the trust

25   or the trust.  If there's no money in -- when

Page 39

1           VSHPHH TRUST (NINA HOVNANIAN)

2      there was no money in the HovSat account,

3      because she was getting paid -- I think she was

4      getting paid from HovSat.  I don't know where

5      she was getting -- but she would say "I don't --

6      "I need my paycheck" or whatever.  So if there

7      wasn't, then I would take care of it through one

8      of the trusts.

9               But it was all interconnected

10     because, you know, one owed the -- wherever the

11     money was basically.  If the SpeedUS owes the

12     trust or the -- all these different like things,

13     and it all washes out.

14          Q.   So just to make sure that I'm

15     understanding you correctly, basically wherever

16     the money came from, it would go to wherever it

17     needed to be, whether it was in the VSHPHH

18     Trust, the Pachava Asset Trust, or any of these

19     entities?  Is that a fair representation?

20          A.   Well, I opened -- it's -- between the

21     two trusts, I have in the past year, because

22     it -- I have in the past year loaned money from

23     one of the trusts to the other to take care of

24     expenses or whatever because I'm taking care of

25     things remotely, and if I'm doing a transfer to

Page 40

1                  VSHPHH TRUST (NINA HOVNANIAN)

2       one account, then I'm like, "Okay, just borrow

3       that and then we'll repay," and so it's like the

4       trusts are loaning each other money.

5            Q.   Do you keep any records of those

6       loans?

7            A.   Karen has them, and I saw that you

8       have them in your documents as well.

9            Q.   So, for example, do you keep records

10      of the terms of those loans, what the -- when

11      they're supposed to be repaid, any interest, and

12      things of that nature?

13           A.   There's no interest.  It's just

14      basically they're the same trustee -- I mean

15      beneficiary, so it's one -- you know, one and

16      the other.

17                I know that you're going to say that

18      Pachava's trustees are different, but in fact,

19      it's the same because of the easement.  So as

20      far as -- you know, it will all get repaid.

21      Everything will even out.

22           Q.   How do you keep track of that,

23      though?

24           A.   How do I keep track of it?

25           Q.   Yes.

Page 41

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2          A.    Through the bank records and the

3    QuickBooks.

4          Q.    Just give me one second.

5                I am now showing you what was

6    previously marked as VSHPHH005.

7          A.    Yes.

8          Q.    And, as you can see, this is a check

9    from the VSHPHH Trust to Karen Gandolfo.

10               Do you recognize this check?

11         A.    Wait a second.  I have low battery.

12   Hold on.  Why is -- hold on.

13               Yeah, I see it.

14         Q.    Okay.  Do you recognize this check?

15         A.    I didn't draw it.

16         Q.    But it's from the VSHPHH --

17         A.    Yes.

18         Q.    -- Trust account.

19         A.    She's also a signatory on the

20   account.  I put her on the account because I'm

21   not there all the time and bills need to be

22   paid.

23         Q.    So it looks like a check paid to the

24   order of Karen Gandolfo, and --

25         A.    Yes.

Page 42

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    -- it's been signed by Karen

3    Gandolfo.

4         A.    Yes.

5         Q.    Do you know --

6         A.    Yes.

7         Q.    -- what this check is for?

8         A.    It was for the maid.  We had work

9    done and -- at the Village Mall.  One of the

10   tenants was moving in or, you know, whatever.

11   There was a fix-up, and she had to pay the maid

12   and so that was the expense.  The maid wanted

13   cash.

14        Q.    Okay.  So Karen paid cash to the maid

15   and then she reimbursed herself from the trust

16   bank account.

17        A.    Correct.

18        Q.    Did you ask her to do this?

19        A.    Yes, I did.

20        Q.    Now I'm going to scroll down to

21   Page 2.  This is another check from the VSHPHH

22   Trust bank account --

23        A.    Yes.

24        Q.    -- paid to the order of Karen.

25        A.    Uh-huh.

Page 43

1           VSHPHH TRUST (NINA HOVNANIAN)

2       Q.    Do you recognize this check?

3       A.    Yes.  That's her salary.

4       Q.    Salary for --

5       A.    I told her to -- for her work,

6    because she needed to be paid, and the account

7    that she gets paid out of didn't have any money

8    in the account, so I told her to pay her, and

9    then we would -- that they would reimburse us.

10      Q.    Okay.  Just stepping up -- stepping

11   back, what work was this for?

12      A.    No, this is not work for us.  This is

13   her employ- -- the SpeedUS work that she does or

14   whatever the name of the company is.

15      Q.    Okay.

16      A.    Her employer.  She works for her

17   employer, SPDE or whatever, and she said there

18   was no money in the account, and I said, "Okay,

19   just pay yourself, and then we'll get reimbursed

20   from them."

21      Q.    Why is the VSHPHH Trust paying Karen

22   for the work she is doing for SpeedUS?

23      A.    Pardon me?  I just explained to you.

24   She needed her paycheck, and she said that she

25   wasn't -- there wasn't enough money in the

Page 44

                    VSHPHH TRUST (NINA HOVNANIAN)

1       SpeedUS account, so I said, "Okay, just pay

2       yourself, and then we'll get reimbursed from

3       SpeedUS."

4            Q.    Is SpeedUS separate from the trust?

5            A.    Yes.

6            Q.    Then why --

7            A.    Absolutely.

8            Q.    -- is the trust paying a SpeedUS

9       employee for SpeedUS work?

10           A.    I thought I just answered that

11      question.

12           Q.    I --

13           A.    She -- hello?  Hello?

14           Q.    We're still here.  Go ahead.

15           A.    Okay.  I answered that question.

16           Q.    So I understand that SpeedUS's bank

17      account had insufficient funds, right?

18           A.    Yeah.

19           Q.    And because SpeedUS had insufficient

20      funds, you took funds -- you used the VSHPHH

21      bank account to pay Karen, right?

22           A.    Yes.

23           Q.    What I'm not understanding here is

24      why that happened other than the insufficient

Page 45

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2      funds.  Because if these are two separate

3      entities, why is one -- why is the trust paying

4      a separate entity's expenses?

5           A.    If you're questioning whether or not

6      I'm a good trustee, that's one thing, but if

7      you're questioning why, I think I've answered

8      that question.

9               She helps us out, and I didn't want

10     her to not get paid.  She needed the money, and

11     I said, "Okay, just there's money in the VSHPHH,

12     pay yourself and we'll get SpeedUS to repay us."

13              What part of that don't you

14     understand?

15          Q.    So that's something that you said

16     that you think that SpeedUS is going to repay

17     the trust for the money it's paying Karen.  Is

18     that right?

19          A.    Yes.

20          Q.    Okay.  When is it supposed to repay

21     it?

22          A.    I don't know.

23          Q.    How does SpeedUS know that it's

24     supposed to repay this money?

25          A.    She would organize it.

Page 46

1                 VSHPHH TRUST (NINA HOVNANIAN)

2           Q.    And when you say "she," you're

3      referring to Karen Gandolfo?

4           A.    Karen, yes.

5           Q.    Is Karen in charge of SpeedUS?

6           A.    She's their bookkeeper, yeah.

7           Q.    Is Karen authorized to make

8      transactions on behalf of SpeedUS?

9                 MR. HANAMIRIAN:  Objection --

10          A.    I don't know.

11                MR. HANAMIRIAN:  -- she's not --

12          objection, she's not --

13          A.    I don't know.

14                MR. HANAMIRIAN:  She's not here to

15          testify on behalf of SpeedUS.

16          A.    Yeah, I don't know how SpeedUS

17     operates, but...

18     BY MS. COPPLER:

19          Q.    Then how could you be sure that

20     SpeedUS is ever going to repay the trust?

21                MR. HANAMIRIAN:  Again, objection,

22          she's not here to testify on behalf of

23          SpeedUS.

24                MS. COPPLER:  I understand, Counsel,

25          but I'm asking her about how she is aware

Page 47

1        VSHPHH TRUST (NINA HOVNANIAN)

2            that SpeedUS is going to repay money.  And

3            I think because it resolves the trust --

4            because it involves the trust, I think

5            she's able to answer that.

6    BY MS. COPPLER:

7        Q.    So to the extent you can --

8        A.    Well, Karen was pretty sure that that

9    would happen.  I mean, she assured me that that

10   would happen, and I said okay.

11       Q.    Okay.

12       A.    I mean, this is back in April.  I

13   don't remember the details of the conversation.

14       Q.    How does it benefit the beneficiaries

15   to have the trust make payments on behalf of

16   separate entities?

17       A.    I don't understand your question.

18       Q.    So as a trustee, you have a duty to

19   the beneficiaries to ensure that the trust is

20   operating in a way that is beneficial to them.

21   Is that a fair description?

22       A.    Yes.

23       Q.    Okay.  So then how does it benefit --

24       A.    Wait, wait.

25            Okay, sorry.

Page 48

1          VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    Do you need a break?

3        A.    In like three minutes, yeah.

4        Q.    Three minutes, okay.  Let me just

5    finish asking this question, and then we can go

6    ahead and take a break.

7              So how does it benefit the

8    beneficiaries to have the trust paying expenses

9    of a separate entity?

10       A.    How does it benefit the beneficiaries

11   to have the trust pay the salary of another

12   entity?

13             Well, she is helping us out by

14   keeping our books and helping manage the

15   properties and stuff, so I think it benefits,

16   especially if I'm -- if I'm assured that that

17   money will be repaid.

18       Q.    Has SpeedUS repaid the trust the

19   $4,500?

20       A.    I don't think so.  Not yet.

21             Okay, now can we take --

22             MS. COPPLER:  Yeah.  Let's take a

23   ten-minute break and we'll go off the

24   record.

25             VIDEOGRAPHER:  The time is 10:06 a.m.

Page 49

1              VSHPHH TRUST (NINA HOVNANIAN)

2         We're now going off the record.

3              (Recess taken at 10:06 a.m.)

4              (Back on the record at 10:23 a.m.)

5              VIDEOGRAPHER:  The time is 10:23 a.m.

6         We're now back on the record.

7              MS. COPPLER:  Thank you.

8    BY MS. COPPLER:

9         Q.    So before we went on break, we were

10   discussing the payment by the trust to SpeedUS

11   for Karen's work as a SpeedUS employee.

12        A.    No.  No, we were discussing my

13   telling Karen to pay herself out of the VSHPHH.

14   Not paying SpeedUS; paying Karen.

15        Q.    Okay.  Is Shant in control of

16   SpeedUS?

17        A.    I don't know if it's even

18   operational.  It's a publicly traded company.

19   Why don't you guys look it up and figure it out,

20   okay?  I -- don't ask me about anything about

21   SpeedUS and who runs it, what any -- that has

22   nothing to do with me, please.  Just schlug down

23   that.

24        Q.    But the trust made a payment to a

25   SpeedUS employee where work was the SpeedUS

Page 50

1              VSHPHH TRUST (NINA HOVNANIAN)

2    employee --

3         A.   It was a temporary band-aid for a

4    situation.  She's a trusted employee of over

5    30 years for my family's companies, and she

6    needed her paycheck and I said, okay, just take

7    care of that, and she said, okay, and then we'll

8    figure it out from there.  And I trusted her

9    because she's trustworthy and that's it.  Can we

10   just move on?

11        Q.   I'm sorry.  I'm controlling the

12   deposition here, so I'm going to -- I'm allowed

13   to ask you as many questions as I want, and so

14   I'm going to --

15        A.   Okay.  Go ahead.

16        Q.   -- keep doing it until I understand

17   it completely, so please just bear with me here.

18        A.   Okay.

19        Q.   So why would you authorize payment on

20   behalf of SpeedUS if it is not currently

21   operating?

22        A.   I don't know why she gets paid from

23   SpeedUS or how she gets paid from SpeedUS.

24             She said to me "I'm not paid, I don't

25   have -- "there's no money in the account that

Page 51

```
 1                  VSHPHH TRUST (NINA HOVNANIAN)
 2       pays me," and I said, "Okay, no problem, just
 3       pay yourself, and then whatever, when you get --
 4       "when the paycheck comes in there, either you
 5       repay us or they'll repay us, whatever."
 6                  It's not a big deal.  She needed to
 7       get paid.
 8            Q.    But the trust hasn't been repaid yet.
 9            A.    That's okay.  It will be.  I'm sure
10       she'll --
11            Q.    How do you know that?
12            A.    -- repay us.
13                  MR. HANAMIRIAN:  I mean, I don't
14            think you need to argue about it.  I think
15            if it's a question, you know --
16            A.    How do I know?  I sense it.  I don't
17       know, but I sense it and I trust her.  How's
18       that?  Is that an answer?
19       BY MS. COPPLER:
20            Q.    Doesn't it concern you -- because
21       here you're acting on behalf of the
22       beneficiaries, so aren't you at least a bit
23       concerned about, you know, that the
24       beneficiaries may not potentially be repaid?
25            A.    I hadn't really thought about it
```

Page 52

1                    VSHPHH TRUST (NINA HOVNANIAN)

2        until now, but I'm pretty sure that it will work

3        out.

4                    MS. COPPLER:  Wait one second.

5                    Sorry, I am pulling -- trying to get

6              the next exhibit to pull up, so just bear

7              with me for a second here.

8                    So I have just put on the screen what

9              was previously marked as VSHPHH007.

10       BY MS. COPPLER:

11            Q.    Do you recognize this check?

12            A.    I mean, I didn't -- obviously Karen

13       wrote it.  I haven't seen it physically, but

14       yes, okay.

15            Q.    Okay.  And down here in this "For"

16       line -- sorry, it's not letting me highlight it,

17       but it says "Travel March"?

18            A.    Yes.

19            Q.    What travel was the trust paying for?

20            A.    Her traveling to the office.  It's

21       part of her pay, and -- oh, no, it's

22       traveling -- she also goes twice a week -- or

23       sometimes once a week, twice a week, to 520 to

24       check on things because there's no one there,

25       and so also we pay for her gas money.

Page 53

                    VSHPHH TRUST (NINA HOVNANIAN)

1
2        Q.    I'm sorry, so the -- before, you
3    testified that Karen was not an employee of the
4    trust, so again, I'm just trying to figure out
5    why it's paying these expenses.
6        A.    Why?  Because she's doing me a favor,
7    that's why.
8        Q.    So the trust is paying Karen for work
9    that she is doing on behalf of the trust.
10       A.    This is at a time when -- it's all
11   around the same time that there was no money in
12   the account where she gets paid from.  So she
13   said "I didn't get my gas money," so I said,
14   "All right, just pay."  It's the same story.
15             But that she travels to 520?  Yeah,
16   she does that as a favor to me.
17       Q.    So you authorized --
18       A.    And it -- and that benefits the
19   beneficiaries because none of us are there.
20       Q.    When the trust was first established,
21   what assets did it have?
22       A.    The Village Mall and those
23   properties.
24       Q.    What properties are you referring to?
25       A.    The ones -- I can't remember the

1          VSHPHH TRUST (NINA HOVNANIAN)

2     names now.  I just call it the properties, the

3     VSHPHH properties.

4               The one that's -- they're farm

5     properties that we rent out with like -- you

6     know, for nothing.  And there's a Wyckoff

7     property.  There's several different little

8     properties in there.

9          Q.   Is it your understanding that all of

10    those properties were placed into the trust at

11    its inception?

12         A.   I think so, yeah.  That's my

13    understanding, yeah.

14         Q.   Now, prior to 2017, who would -- who

15    was responsible for monitoring and, you know,

16    dealing with anything that came up with respect

17    to all of these properties?

18         A.   Shant, as the other trustee who was,

19    you know, there; for instance, you know, filing

20    the tax and all that stuff.

21         Q.   And, sorry, I've been saying 2017,

22    but can you narrow it down any more than that?

23              So, for example, do you have a month

24    when you kind of -- when he resigned and you

25    took over?

Page 55

1                 VSHPHH TRUST (NINA HOVNANIAN)

2          A.    I think it was in September, but I --

3    I couldn't find that, so...

4          Q.    Okay.  So, I mean, it sounds like

5    this is a lot to manage, and I know that you are

6    also trustee of another trust.

7                 So, currently, like do you have any

8    help with managing all the properties in the

9    trust?

10         A.    Actually my nephew is -- he's become

11   very helpful too.

12         Q.    Okay.  And who's your nephew?

13         A.    Vahak.

14         Q.    Does the trust own any companies,

15   either in whole or in part?

16         A.    Not to my knowledge, no.

17         Q.    So are you aware that we took Karen

18   Gandolfo's deposition a few weeks ago?

19         A.    Yes, I am.

20         Q.    Okay.  During her deposition, she

21   testified that the trust owns Grand View Cable

22   and HovSat, and we're just trying to understand.

23   So is that correct?

24         A.    No, I don't think so, not to my

25   knowledge.  I don't know who owns -- but they

Page 56

1                VSHPHH TRUST (NINA HOVNANIAN)

2        are -- she probably just assumed that.

3            Q.    So other than the properties that we

4        discussed, does the trust own any other assets?

5            A.    No.

6            Q.    Okay.

7            A.    Maybe -- no.

8            Q.    So we're going to focus in on the

9        Village Mall for a minute.

10           A.    Okay.

11           Q.    So before the Village Mall was

12       transferred to the trust, how was it managed?

13           A.    I think it was my dad and Art.

14           Q.    And after --

15           A.    Art was the man.

16           Q.    After the Village Mall was

17       transferred into the trust, how was it managed?

18           A.    I think that HovSat managed it.

19           Q.    And --

20           A.    And I think that actually Art was

21       also the manager of HovSat before.

22           Q.    What --

23           A.    I don't know, though.  I'm not sure.

24           Q.    Was there a management agreement

25       between HovSat and the Village Mall?

1              VSHPHH TRUST (NINA HOVNANIAN)

2        A.    I don't think so.  I think that

3   HovSat was a tenant at the Village Mall, and it

4   was requested for -- at the time, it was

5   already -- this is something that is even

6   before -- I think it started even before the

7   trust.

8        Q.    Okay.  So just -- let's just focus in

9   on when the Village Mall was placed into the

10  trust.  So who was in charge of HovSat at that

11  time?

12       A.    I think Karen.  I mean, Karen was

13  the -- she was in charge of the books, I think.

14       Q.    Do you know what kind of business

15  HovSat was engaged in when it was managing the

16  trust -- the -- sorry, not the trust -- the

17  Village Mall?

18       A.    Wait, wait, say it again?

19       Q.    Yeah, I apologize.

20             Do you know what kind of business

21  HovSat was engaged in at the time that it was

22  managing the Village Mall?

23       A.    I'm not sure, but I think that

24  it's -- the Village Mall is in The Villages, and

25  The Villages have cable, and I think that HovSat

Page 58

1              VSHPHH TRUST (NINA HOVNANIAN)

2     manages the cable or managed the cable for

3     The Villages.

4          Q.    To the best of your knowledge, is

5     there anybody besides Karen who operates or

6     controls HovSat?

7          A.    Kevin was also -- he's like a

8     technical guy.

9          Q.    Anybody else?

10         A.    Art Havighorst, but he's no longer.

11         Q.    Is there anybody else?

12         A.    For a long time.

13               That's it.  That's all I know.  I

14     mean, I don't know.  It's not in the -- that

15     doesn't relate to VSHPHH because it's not in the

16     trust.

17         Q.    Okay.  I am now showing you what was

18     previously marked as KSG005.

19               Have you seen this joint venture

20     agreement before?

21         A.    No.

22         Q.    And so just -- I'm on Page 1, and I'm

23     just going to scroll through it very quickly.

24               But can we agree that this is a joint

25     venture agreement between HovSat and Omniverse

Page 59

1                VSHPHH TRUST (NINA HOVNANIAN)

2      One Television?  Omniverse One World Television,

3      excuse me.

4           A.   Okay.

5           Q.   Okay, and I'm just going to --

6           A.   So why -- wait.  Why are we -- okay,

7      keep going.

8           Q.   I'm going to scroll down until we

9      reach -- we are reaching Page 5, which is marked

10     as OMNIPROD-125.

11          A.   Right.

12          Q.   Do you recognize the signatures here?

13          A.   Yes, I do.

14          Q.   Whose signature is this?

15               MR. HANAMIRIAN:  Can you just tell --

16          A.   How does this relate to me?

17               MS. COPPLER:  I'm sorry --

18               MR. HANAMIRIAN:  Nina, let me just do

19          this.

20               Can you tell us where you're going

21          with this so we know what the basis for the

22          questioning is?

23               MS. COPPLER:  Again, we're talking

24          about HovSat, which manages the Village

25          Mall, which is one of the trust assets, and

Page 60

1          VSHPHH TRUST (NINA HOVNANIAN)

2          we're just trying to get to the bottom of

3          who is in control of this company.

4               MR. HANAMIRIAN:  Who's in control of

5          HovSat?

6               MS. COPPLER:  Yes.

7               MR. HANAMIRIAN:  And for what

8          purpose?

9               MS. COPPLER:  Because HovSat is

10         managing the Village Mall.

11              MR. HANAMIRIAN:  Okay.  That's been

12         established.

13              MS. COPPLER:  I think she just

14         testified that Hov- -- that there was a

15         management agreement between HovSat and the

16         Village Mall.

17         A.    No, I didn't say there was a

18    management agreement.

19    BY MS. COPPLER:

20         Q.    Is Hov- -- okay, can we --

21         A.    It was -- it was -- they -- HovSat

22    had been managing the Village Mall for a long

23    time, and I said I guess it just carried on.  I

24    don't know how that happened.

25         Q.    So just to be clear --

Page 61

1                VSHPHH TRUST (NINA HOVNANIAN)

2         A.    -- formal -- you asked me if there

3    was a formal agreement, and I said I don't know.

4    That's what I said, but you turned around and

5    said that I said there was an agreement.

6              MR. HANAMIRIAN:  Right.  That's why

7         I'm asking what I'm asking.  I'm just

8         trying to figure out where we're -- where

9         we're going because it's not with -- it's

10        not consistent with the testimony to date.

11   BY MS. COPPLER:

12        Q.    Okay.  Just to be clear, did HovSat

13   manage the Village Mall?

14        A.    Yes.

15        Q.    Up until when did HovSat manage the

16   Village Mall?

17        A.    Up until December -- well, up

18   until -- let me put it to you this way.

19              When I took over control --

20   operations for the VSHPHH, I was in control of

21   the Village Mall that HovSat was collecting the

22   rents and everything for payments.  It was a

23   zero sum.  I mean, trust me, we're not making

24   any money on that.

25        Q.    Okay.  And now I'm going to direct

Page 62

1              VSHPHH TRUST (NINA HOVNANIAN)

2     your --

3          A.    But they were managing -- they were

4     managing it.

5          Q.    Okay.  So if you could please --

6          A.    There's two words here.  Let me

7     finish.  There's management and there's control.

8     HovSat was not controlling Village Mall; it was

9     managing it.

10         Q.    Okay.  So I think we're clear that --

11         A.    So now I know --

12         Q.    Go ahead, please continue.

13         A.    So now I see Shant's signature, and

14    it says he's an authorized representative.  That

15    doesn't mean that he's in control of it.  He's

16    just an authorized representative.

17         Q.    Okay.

18         A.    I don't know who's in control of it,

19    and I don't think it's functioning anymore

20    anyway.  And it's no longer managing the Village

21    Mall anyway, so...

22         Q.    Okay.  Just to be clear, when the

23    Village Mall was in the trust, HovSat --

24         A.    Yes.

25         Q.    -- was managing it for a period of

Page 63

1                    VSHPHH TRUST (NINA HOVNANIAN)

2       time.

3             A.    Correct, managing it.

4             Q.    Okay, fair enough.

5             A.    Okay.

6             Q.    As you can see from KSG005, which is

7       currently on the screen, Shant Hovnanian was an

8       authorized representative of HovSat.  Can we

9       agree on that?

10            A.    Yes.

11            Q.    Okay.  Now, you made a distinction

12      between managing and control.  I just want to go

13      into that and understand that a little bit

14      better.

15                  So what kind of tasks was HovSat

16      responsible for with respect to the Village

17      Mall?

18            A.    I think that they were using HovSat

19      bank account for auto pay for all the payments

20      and stuff.  That kind of management.

21            Q.    Okay.

22            A.    And the --

23            Q.    Why?

24            A.    Because it was probably the only

25      functioning company.  I don't know why.  I don't

Page 64

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2     know why.  I just inherited it, you know.  I
 3     mean, it was set up that way and it was
 4     functioning that way.  Ask Art why.
 5          Q.   Did you ask Art in preparation for
 6     this deposition?
 7          A.   Art has asked that I don't ask him
 8     any -- he said, "I don't remember anything,
 9     don't contact me again," and that was a while
10     ago, like two years ago, when I started asking
11     him to help me figure out what's going on.
12          Q.   But in preparing for this deposition,
13     you didn't reach out to Art again?
14          A.   No.  He asked me not to reach out to
15     him again.
16          Q.   Did you ask --
17          A.   He said --
18          Q.   Please continue.  Sorry for
19     interrupting.
20          A.   No.  Go ahead, ask me.
21          Q.   Did you speak with Shant about this?
22          A.   Did I seek with Shant about what?
23          Q.   About HovSat's management of the
24     Village Mall.
25          A.   I think I asked him a long time ago,
```

Page 65

1          VSHPHH TRUST (NINA HOVNANIAN)
2     and he said HovSat is the manager and that's it,
3     and I -- and Karen said the same thing.
4     Everything is managed through HovSat, the bills
5     are paid through HovSat.  And when finally I
6     have had enough, I said "I think that we need
7     our own bank account," I opened one.
8          Q.    So then that's a good point.  Why was
9     there no separate bank account in the past --
10         A.    I have no -- you know what, I don't
11    know.  But when I finally said these things have
12    to be separate, you know, it's too confusing for
13    me, I opened one.
14         Q.    Did you speak with Shant about why
15    there was no separate bank account?
16         A.    No, I spoke with Karen, and she said
17    that's the way it was set up and Art set it up
18    that way and it was the only functioning
19    company.
20         Q.    And when you say "it," you're
21    referring to HovSat?
22         A.    Yes.
23         Q.    Okay.  So if there was no management
24    agreement, how did HovSat know what it was
25    authorized to do on behalf of the trust -- or

Page 66

1                VSHPHH TRUST (NINA HOVNANIAN)

2      sorry, no, let me rephrase that.

3                   How did HovSat know what it could do

4      with respect to the Village Mall?

5          A.    How did HovSat know what it could

6      do -- say it again.

7          Q.    I apologize.  That's my fault because

8      I -- my first question wasn't very clear.

9          A.    Wait.  Can you just wait.

10         Q.    Do you need another break?

11         A.    I would say in another 15 minutes.

12     I -- it's just -- okay.

13         Q.    Okay.

14         A.    Let's go.

15         Q.    We can take a break sooner, okay, but

16     I'll try to make sure that we get a break in 15

17     minutes.

18                   Okay.  So how did HovSat know what it

19     was authorized to do with respect to the Village

20     Mall?

21         A.    It had been operating that way for a

22     long time and they knew what to do.  I mean,

23     everything was -- all the electric bills, all

24     the -- everything was set up that way.

25         Q.    Who set it up that way?

Page 67

1                    VSHPHH TRUST (NINA HOVNANIAN)

2          A.    Art was the -- my father's person

3     that took care of everything, so maybe he did.

4          Q.    Who handled the money that was coming

5     in from the Village Mall?

6          A.    Karen.

7          Q.    Where was the money deposited that

8     was coming from rent from the Village Mall?

9          A.    It was going to -- first it was going

10    to my father's personal account, but then he

11    died, you know, so Shant arranged for the money

12    to be sent to HovSat.

13         Q.    Do you know why that is?

14         A.    Because it was the only functioning

15    company and it was managing the Village Mall.

16         Q.    Who had access to the HovSat account?

17         A.    I think Karen.

18         Q.    Was she the only one?

19         A.    I think so.

20         Q.    Who made the decision to give Karen

21    access to the HovSat account?

22         A.    Either Art or Shant.

23         Q.    Could you access --

24         A.    No, no, not Art because he had

25    already left.  Probably Shant.

Page 68

```
 1                VSHPHH TRUST (NINA HOVNANIAN)
 2        Q.    Could you access the HovSat account?
 3        A.    No.  I wasn't a signatory on it.
 4        Q.    Did that concern you in any way?
 5        A.    No.
 6        Q.    How could you ensure that, you know,
 7   money that was supposed to be going to the trust
 8   was actually going toward the trust and it
 9   wasn't being used for improper purposes if you
10   couldn't view the account?
11        A.    Well, I had Karen telling me
12   everything.
13        Q.    But you couldn't verify that in any
14   way, could you?
15        A.    If I had asked her for access to the
16   account, she would give me the log-in and
17   everything.
18        Q.    But you never did that, did you?
19        A.    No.  Everything was on auto pay,
20   so -- and then I said, "Okay, it's time to open
21   up our own account" because we started dealing
22   with the tenants and there was, like, this
23   needed to be done, that needed to be done.  I
24   said "Time to open up our account."
25        Q.    Now, before, I think you testified
```

1          VSHPHH TRUST (NINA HOVNANIAN)

2     that Karen is only an employee of SpeedUS,

3     right?

4          A.    Uh-huh.

5          Q.    So why would you give -- why would

6     you authorize a SpeedUS employee to have access

7     over the HovSat and Village Mall bank account?

8          A.    Because she was the bookkeeper and a

9     trusted employee for over 30 years for various

10    companies -- not for various companies.  For

11    SpeedUS.  And she was trusted and she was doing

12    it, so...

13         Q.    But you would have no idea if she was

14    doing it other than if she told you she was

15    doing something, right?

16         A.    If there was -- everything was more

17    or less a zero sum.  What came in went to cover

18    the expenses.  If there was something missing in

19    the account, I think I would know because she

20    would say "This isn't getting covered."

21         Q.    Just taking that apart a bit, what

22    expenses are you referring to?

23         A.    Gas, electricity.  You know, just

24    that kind of a -- utility expenses, maintenance

25    expenses.  Actually, maintenance expenses I

Page 70

                    VSHPHH TRUST (NINA HOVNANIAN)

1       always had to put in a little more or we had to

2       figure out what to do, but more or less the

3       utilities and all these other expenses were

4       covered by the rents.

5            Q.    Expenses just for the Village Mall?

6            A.    Expenses just for the Village Mall

7       and I guess the HovSat operations.  I don't

8       know.  I don't know anything about the HovSat

9       operations, but our expenses were covered there,

10      just as they were covered -- the -- HovSat

11      started taking in the rent after my father died,

12      after that account was closed, so that was --

13      you know, that wasn't a long -- it was I guess

14      sometime in 2017.

15           Q.    How could you tell that the income

16      coming in from the Village Mall only went

17      towards Village Mall expenses?

18           A.    Because -- it's not much money.

19      There's not a lot of money coming in from the

20      Village Mall.

21                (Outside interruption.)

22           A.    It's -- let me just get rid of this,

23      okay?  Sorry.

24           Q.    But what --

Page 71

1              VSHPHH TRUST (NINA HOVNANIAN)

2        A.    It's not like tons of money is coming

3   in and, "Oh, my God, it's going to go missing."

4   It barely covers the utilities and stuff,

5   operational costs.  It's not a lot of money.

6        Q.    But you understand that because

7   HovSat is sharing a bank account with Village

8   Mall, like how can you distinguish between

9   Village Mall income coming in and going towards

10  Village Mall expenses versus Village Mall income

11  coming in and going towards HovSat expenses?

12       A.    Karen differentiated because she was

13  keeping the books, okay?

14       Q.    How do you know she differentiated?

15       A.    Because she said she did.

16       Q.    Did you ever check?

17       A.    No.

18       Q.    Would you be concerned if income

19  coming in from the Village Mall was used to pay

20  HovSat's expenses?

21       A.    Not really.

22       Q.    Why is that?

23       A.    Because it's one of the family

24  companies, I think.

25              I don't know, but it's my

Page 72

1          VSHPHH TRUST (NINA HOVNANIAN)
2      understanding that HovSat is another one of
3      these things that eventually it will go to the
4      kids.
5          Q.    Okay.  Can you list all of the family
6      companies that you're referring to?
7          A.    I really can't, no.  There's Hov- --
8      I guess there was -- I can list what I knew
9      there was before the formation of the trusts and
10     everything.
11              A long time ago, when I lived in
12     New Jersey, there was HovBilt, Adelphia Water
13     Company.  I don't -- Clear Title Agency.
14              I don't know, it's a long time ago.
15     But none of these function.  HovBilt's bankrupt,
16     so...
17         Q.    Can we talk about like 2012 on, what
18     were some of the family companies operating?
19         A.    None of them were functioning.
20         Q.    Okay.
21         A.    None of them except for HovSat.
22         Q.    So just to make sure that I
23     understand you correctly, you're saying that it
24     didn't really matter whether income was being
25     used to pay HovSat expenses because ultimately

Page 73

1              VSHPHH TRUST (NINA HOVNANIAN)

2       it would somehow benefit the beneficiaries?  Is

3       that fair?

4              A.   Yeah, but there wasn't like a lot

5       of -- there -- the monies that come in from the

6       rent basically cover the expenses for the

7       operation of Village Mall to this day.

8       Sometimes I have to supplement because there's

9       not enough.  That's how I know that HovSat isn't

10      going to -- well, going to town spending Village

11      Mall money, okay?

12             Q.   How do you supplement?

13             A.   I borrow money from my company here

14      and I send it there.

15             Q.   What company is that?

16             A.   Hovnanian International.

17             Q.   Do you keep records of the money

18      that --

19             A.   Absolutely.

20             Q.   Also just going back a little bit,

21      would you consider SpeedUS or SpeedUS NY to be

22      family companies?

23             A.   No.  It's a publicly traded company.

24             Q.   Okay.  But we were talking before

25      about family companies, your family companies,

Page 74

1                   VSHPHH TRUST (NINA HOVNANIAN)

2          but you wouldn't consider them to be a part of

3          that category.

4                   A.    No.

5                   Q.    And is that because you believe that

6          they're publicly traded?

7                   A.    No, because it was a separate

8          company.  It was a -- it was completely

9          separate.  We had nothing to do with it except

10         my parents loaned it a lot of money.

11                  Q.    But Karen Gandolfo was an employee of

12         SpeedUS and she was also helping out with the

13         trust, correct?

14                  A.    Correct.

15                  Q.    And the trust was also paying Karen's

16         salary for SpeedUS as needed.

17                  A.    No, the trust was fronting Karen her

18         salary until SpeedUS covered it, not paying her

19         salary.  Not paying her salary.

20                        Please understand we are not paying

21         Karen's SpeedUS salary.  We are accommodating

22         her, her salary, until SpeedUS pays her what is

23         owed, and then we will be repaid by either

24         SpeedUS or Karen, whichever comes first.

25                  Q.    Why would you do that if it's not a

Page 75

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2     family company?
 3          A.    Why would -- because I like Karen and
 4     she helps me, so I help her.
 5          Q.    Okay.
 6          A.    That's why.  She does me a lot of
 7     favors.  She's there, she's my eyes, she's my
 8     ears, and she takes care of things and so I take
 9     care of her.
10          Q.    Is -- are you allowed to do that
11     under the terms of the trust agreement?
12          A.    I think so, yes.
13          Q.    So I think you mentioned this before,
14     but is HovSat currently managing the Village
15     Mall?
16          A.    No.
17          Q.    Okay.  And about when did it stop
18     managing?
19          A.    December 2019.
20          Q.    Okay.  Why did that -- why did it
21     stop managing the Village Mall?
22          A.    Because I wanted to start -- I wanted
23     VSHPHH to have its own account because I wanted
24     it to be very clear to me that we're operating
25     things and we had expenses coming up that I
```

Page 76

1                    VSHPHH TRUST (NINA HOVNANIAN)

2        wanted to be in charge of.

3             Q.    Who did you communicate with at

4        HovSat to tell them that you no longer wanted

5        HovSat to manage the Village Mall?

6             A.    Karen.

7                  MS. COPPLER:  I think this is

8             probably a good place to take a break, so

9             do you want to take another ten-minute

10            break?

11                 THE WITNESS:  Sounds good.

12                 MS. COPPLER:  Okay, thank you.  Go

13            off the record.

14                 VIDEOGRAPHER:  The time is 11 a.m.

15            We're now going off the record.

16                 (Recess taken at 11:00 a.m.)

17                 (Back on the record at 11:17 a.m.)

18                 VIDEOGRAPHER:  The time is 11:17 a.m.

19            We're now back on the record.

20        BY MS. COPPLER:

21            Q.    Before we go any farther, I just

22        wanted to take a step back and clarify one

23        thing.  We were talking about -- before about

24        when the Village Mall was placed into the trust,

25        and I'm going to show you an exhibit now.

Page 77

1                    VSHPHH TRUST (NINA HOVNANIAN)

2                    I'm showing you now what was

3          previously marked as VSHPHH008.  Do you

4          recognize this deed?

5               A.    Yes.

6               Q.    So this is a deed between Vahak

7          Hovnanian and Hasmig Hovnanian, a/k/a Paris

8          Hovnanian.  These are your parents, correct?

9               A.    Correct.

10              Q.    And this is Vahak transferring the

11         Village Mall into the trust?

12              A.    Yes.

13              Q.    Okay.  And it says that this deed is

14         made January 1, 2105, but I'm assuming that's a

15         typo and it's actually 2015.

16              A.    Yep.

17              Q.    So just to clarify and make sure the

18         record is clear, the Village Mall was

19         transferred into the trust on January 1st, 2015.

20              A.    Okay.  That makes sense.

21              Q.    Perfect.  I'm actually going to put

22         up another exhibit, which is VSHPHH029.

23              A.    Uh-huh.

24              Q.    And I'm actually going to start at

25         the bottom because this is an e-mail.  I'm

Page 78

1             VSHPHH TRUST (NINA HOVNANIAN)

2        starting at the very last page, which is Page 6,

3        and it's marked MorganStanley-9189.

4             A.    Uh-huh.

5             Q.    Is this an e-mail between William

6        Read Rankin and Shant?

7             A.    Okay.

8             Q.    And as you can see, it was sent

9        March 30th, 2015?

10            A.    Uh-huh.

11            Q.    Okay.  So this was only a few months

12       after the Village Mall was placed into the

13       trust, right?

14            A.    Uh-huh.

15            Q.    And here we have Mr. Rankin is saying

16       that there are some real estate taxes due to the

17       township of Howell, and he indicates that the

18       lien payoff is 181,000, and there's --

19            A.    Uh-huh.

20            Q.    -- on top of that a past due amount

21       of around $9,000.  Is that right?

22            A.    Yes, I see that.

23            Q.    Okay.  So my question -- sorry, let

24       me -- can you still see that?

25            A.    Yes.

Page 79

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2        Q.    Okay, perfect.
 3              So my question is, is it appears that
 4   there were some outstanding real estate taxes
 5   for the Village Mall.  Would you think that's a
 6   fair depiction of what we just discussed?
 7        A.    Yes.
 8        Q.    Okay.  So my question is, why was the
 9   Village Mall placed into the trust when there
10   was such a large amount of outstanding real
11   estate taxes due?
12        A.    Because we still -- I mean, it was
13   still my -- it was still belonging to the
14   family, and of course we were going to pay that
15   tax bill, you know.
16              My father was very sick at the time,
17   and it was obviously going to be paid, so that's
18   why it was -- went into the trust.  I don't see
19   any -- I don't see anything weird about that.
20        Q.    How would it benefit the
21   beneficiaries to take title to a property that
22   had so much outstanding real estate taxes?
23        A.    It had -- the real estate taxes is
24   only like 5 percent of the value of the
25   property.
```

Page 80

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    And before, I think that you

3    mentioned that HovSat didn't have a ton of

4    business, so -- or the Village Mall didn't

5    have -- I'm sorry, I'm mixing up my companies

6    and my entities here.

7              But before, you said that the Village

8    Mall didn't have a ton of income, so I'm just

9    wondering how the trust could expect to pay back

10   such a large amount of real estate taxes if it

11   really didn't have that much income.

12        A.    See, I didn't hear any of that

13   question.  Do you hear me?  Do you hear me?

14        Q.    I can hear you, yes.  Can you hear

15   me?

16        A.    No.  That's what I'm saying.  Can you

17   start way -- I -- can you start the question

18   that you started right after I answered?

19        Q.    Yeah.

20              MR. HANAMIRIAN:  Can you hear her

21        now?

22   BY MS. COPPLER:

23        Q.    Can you hear me now?

24        A.    I can hear you now, but you had cut

25   off.  I heard bits and pieces.

Page 81

1               VSHPHH TRUST (NINA HOVNANIAN)

2          Q.    Okay.  I apologize.

3               So I asked -- before, we were talking

4     about income to the trust, and you mentioned

5     that the Village Mall really didn't have that

6     much income.  So I was just wondering how it

7     made sense to take in a property with such a

8     large outstanding real estate taxes when the

9     Village Mall didn't have all that much income.

10         A.    There's a potential to have more

11    income.  It's a -- it's got land, it's got a

12    physical building.  It has value.

13              And it says right here in this letter

14    from Read.  He says it's -- the property itself

15    is worth over a million dollars, so why wouldn't

16    you put that in the trust?  What's owed in taxes

17    is only 5 percent, and they paid it.

18         Q.    Okay.  I'm going to scroll up, and

19    now we are on MorganStanley-918 -- I think

20    that's --

21         A.    9188.

22         Q.    Sorry.  I need to make it bigger

23    because my eyesight's pretty bad.

24              And talking about this e-mail from

25    Shant to Michele.

Page 82

1                    VSHPHH TRUST (NINA HOVNANIAN)

2          A.     Uh-huh.

3          Q.     Do you see that it was sent April

4     2015?

5          A.     Yes, I see that.

6          Q.     Okay.  And Shant asked Michele --

7     first of all, who's Michele?

8          A.     I don't know.

9          Q.     Okay.  Are you aware of the Morgan

10    Stanley account, bank account?

11         A.     No.

12         Q.     Well, just for our purposes, it's not

13    really important, but she works at Morgan

14    Stanley.

15         A.     Yeah, but our banker at Morgan

16    Stanley for the Pachava account is someone

17    completely different.  This is a different

18    account I'm not aware of.

19         Q.     Okay.  Well, regardless, Shant tells

20    Michele that he needs this money for the real

21    estate taxes, presumably, by Monday, and he

22    wants to know if he has to include --

23              MR. HANAMIRIAN:  Cat, before we go

24         any further, I mean, I object to the form.

25         There's no foundation.  I mean, even you're

Page 83

```
 1                VSHPHH TRUST (NINA HOVNANIAN)
 2          saying presumably this relates to the real
 3          estate taxes.  We have no way of knowing.
 4          Nina's not a party to this e-mail, and you
 5          can't tell from the face of the e-mail that
 6          that's correct, so we need some foundation
 7          for that presumption.
 8               MS. COPPLER:  Okay.  Well, what I'm
 9          highlighting right here, it says forwarded
10          message.
11   BY MS. COPPLER:
12          Q.    Can you see that, Ms. Hovnanian?
13          A.    Yes, I can.
14          Q.    Okay.  And it's the message from
15   William Read Rankin to Shant Hovnanian, and
16   again, this message that was forwarded says --
17   it discusses the real estate taxes that we were
18   discussing before.
19          A.    Okay.
20          Q.    Okay.  So we can agree that Shant
21   forwarded this e-mail to Michele, and so we can
22   all agree here that they were discussing the
23   real estate taxes, right?
24          A.    Yes.
25               MR. HANAMIRIAN:  I still don't see
```

Page 84

1              VSHPHH TRUST (NINA HOVNANIAN)

2         it.  I mean, all I see is the Vahak, Paris

3         payoff.  I mean, this document, given the

4         fact that neither party -- no parties to

5         the e-mail are testifying, I don't know how

6         we all agree on anything.

7              THE WITNESS:  Yeah, okay.

8              MR. HANAMIRIAN:  I mean, that's --

9              MS. COPPLER:  What's the basis of

10        your objection, Counsel?

11             MR. HANAMIRIAN:  I'm objecting to the

12        form of the question because I don't think

13        that there's a basis for the introduction

14        of the document in the context of this

15        deposition of this witness.

16        A.   And what does this have to do with --

17   okay, go ahead.

18             MS. COPPLER:  Okay.  But you're not

19        instructing her not to answer, correct?

20             MR. HANAMIRIAN:  No, I am not

21        instructing her not --

22   BY MS. COPPLER:

23        Q.   Okay.  So you can go ahead.  I'm

24   going to ask questions, and you can go ahead and

25   answer these questions unless your counsel --

Page 85

1              VSHPHH TRUST (NINA HOVNANIAN)

2         A.    Okay.

3         Q.    -- instructs you not to answer.

4              Okay.  So in this e-mail, Shant says

5    that he wants to get money from the SpeedUS NY

6    account, correct?

7         A.    Okay.

8         Q.    Okay.  So it appears to me that he

9    was intending to take money from the SpeedUS

10   account to pay the real estate taxes for the

11   Village Mall.

12             MR. HANAMIRIAN:  I mean, again, is

13        that a question, because you're saying it

14        appears to you.  Is he saying --

15             THE WITNESS:  It sounds like a

16        statement, yeah.

17   BY MS. COPPLER:

18        Q.    Again, was the -- okay.  Was -- did

19   Shant need money from the SpeedUS NY account to

20   pay the real estate taxes for Village Mall?

21        A.    I don't know.  Ask him.

22        Q.    Okay.  I'm going to scroll up to the

23   previous page, which is MorganStanley-9250.

24        A.    Okay.

25        Q.    Again, this is still part of the same

Page 86

1                   VSHPHH TRUST (NINA HOVNANIAN)

2       e-mail chain, so we're still talking about the

3       money needed for the real estate taxes, and

4       on --

5                   MR. HANAMIRIAN:  And, again, I still

6              have the same objection, but all right.

7       BY MS. COPPLER:

8              Q.    -- on Wednesday, April 8th, 2015,

9       Michele writes to Shant "Please sign and return

10      the attached letter of authorization," correct?

11             A.    Yes.

12             Q.    Okay.  Then scrolling up a little bit

13      more, and we have an e-mail from Shant to

14      Michele, and as an attachment, it has SpeedUS US

15      loan wire, correct?

16             A.    Uh-huh.

17             Q.    And he sent --

18                  MR. HANAMIRIAN:  Again, I object

19             to -- the objection is -- I'm going to have

20             an ongoing objection to form on the basis

21             of this based upon foundation, so just

22             instead of interrupting you each time.

23                  MS. COPPLER:  Thank you, Counsel.

24      BY MS. COPPLER:

25             Q.    So then, again, he attached the -- he

Page 87

1                    VSHPHH TRUST (NINA HOVNANIAN)

2       attached here the signed SpeedUS NY LP loan

3       wire, correct?

4            A.    Uh-huh.

5            Q.    (Audio distortion) that she confirm

6       receipt.

7            A.    Uh-huh.

8                   (Reporter clarification.)

9       BY MS. COPPLER:

10           Q.    Shant confirmed receipt.  Or, no,

11      sorry, I apologize.

12                  Shant asked Michele to confirm

13      receipt.

14                  (Off the written record.)

15           Q.    Just to make it clear --

16           A.    You're asserting that it says "Please

17      confirm receipt."  Yes, it does say "Please

18      confirm receipt," and the e-mail is from Shant.

19           Q.    Okay.  That's all I wanted to know.

20      I'm just confirming what it says.  We're walking

21      through what it says.

22           A.    Okay.

23           Q.    Okay.  So now we're up to Page 2848,

24      and actually this is just the contact

25      information, so I'm skipping this page.

Page 88

1                VSHPHH TRUST (NINA HOVNANIAN)

2                We're going up to 2847 -- actually,

3       no, that's not it.

4                Okay.  2846, we have an e-mail from

5       Lori to Read Rankin informing him that the check

6       has been issued.  Do you agree that's what it

7       says?

8            A.    Wait, let me read it.

9            Q.    Okay.

10           A.    Okay, I read it.

11           Q.    And you agree that this e-mail says

12      that the check has been issued?

13           A.    That a check has been issued.  I --

14      you know, it says "Last minute transfer

15      provision of -- that a check has been issued,

16      yes.

17           Q.    Okay, thank you.

18                MR. HANAMIRIAN:  Well, wait, does it

19           really?  I mean, I don't see that.  Again,

20           this is the problem with this, is that

21           these aren't --

22                THE WITNESS:  It does in the subject.

23                MR. HANAMIRIAN:  It says "In the

24           meantime, we will get check issued."  It

25           doesn't say a check was issued.

Page 89

```
 1                VSHPHH TRUST (NINA HOVNANIAN)
 2           THE WITNESS:  Oh, okay, correct.
 3           MR. HANAMIRIAN:  The document says
 4      what the document says.  Can we avoid all
 5      this?  She can't verify this document.
 6      It's not her document.  She wasn't a party
 7      to it.  I mean, she -- it's the first time
 8      she's seen the document.  What's -- or in
 9      the context of discovery, and so what's the
10      point of this?
11           MS. COPPLER:  The point --
12           MR. HANAMIRIAN:  She can't testify
13      for Shant.
14           MS. COPPLER:  Okay.  She's testifying
15      on behalf of --
16           MR. HANAMIRIAN:  She can't testify
17      for Read --
18           (Unreportable crosstalk.)
19           MR. HANAMIRIAN:  Now I'm going to
20      instruct her not to answer because it's
21      gotten silly.  Like if we want to say like,
22      oh, what the document says?  It says what
23      it says.  We can't add anything to it
24      because it's -- we're not a party to the
25      document.
```

Page 90

1           VSHPHH TRUST (NINA HOVNANIAN)

2           If you want to ask her if she's seen

3      it and she knows about the document and she

4      understands what it is, that's different,

5      but she can't verify the document for you.

6           MS. COPPLER:  Counsel, I would

7      appreciate it if going forward you stop

8      with your speaking objections, but just to

9      clarify, I'm asking these questions.  She

10     has been designated as the witness on

11     behalf of VSHPHH Trust.  This is a question

12     about real estate taxes of a property once

13     it was placed into the trust, and she had a

14     duty to prepare herself to answer questions

15     about this.

16          MR. HANAMIRIAN:  Yeah, no, I know

17     what that argument is.  I don't agree with

18     that argument in the context of this

19     dialogue.  So I understand what that means

20     and I understand you guys hang your hat on

21     that for knowing every communication in the

22     universe, but that's not this.

23          You're asking her to verify the

24     content of the e-mail, so the obligation

25     under 30(b)(6) would be to know of the

Page 91

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2         existence of documentation.  That's it,
 3         right?  So she can't verify the underlying
 4         dialogue.  How can she?  She wasn't a
 5         party.
 6              MS. COPPLER:  Right.  Are you going
 7         to designate --
 8              (Unreportable crosstalk.)
 9              MR. HANAMIRIAN:  But you're trying to
10         put this through as a document in this
11         context, and it's not this witness.  That's
12         not 30(b)(6).  If you want to ask her if
13         she's aware of it, that's 30(b)(6), not
14         this.
15              MS. COPPLER:  Are you going to
16         designate Shant Hovnanian as a witness to
17         answer questions as to this e-mail?
18              MR. HANAMIRIAN:  That's not the
19         answer.  I'm saying to you --
20              MS. COPPLER:  Yeah, that is.
21              MR. HANAMIRIAN:  -- if it's not --
22              MS. COPPLER:  I'm sorry.  Listen, I'm
23         sorry, Counsel.
24              MR. HANAMIRIAN:  I don't
25         understand --
```

Page 92

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2         MS. COPPLER:  We're here to discuss
 3    e-mails about the VSHPHH Trust.  As a
 4    witness, she had a duty to prepare, and
 5    part of that duty was to review documents
 6    about the trust.
 7         MR. HANAMIRIAN:  Okay.
 8         MS. COPPLER:  If she --
 9         (Unreportable crosstalk.)
10         MS. COPPLER:  Please let me finish.
11         If she is not prepared or she cannot
12    testify about this document, then are you
13    going to designate Shant Hovnanian to
14    answer these -- this line of questioning?
15         MR. HANAMIRIAN:  We can't designate
16    Shant Hovnanian to answer anything, so
17    we've designated --
18         MS. COPPLER:  Why is that?
19         MR. HANAMIRIAN:  -- a person to
20    answer on behalf of the trust, and she's
21    here.
22         What I'm suggesting to you is that,
23    this document, she can't authenticate, and
24    that's what you're asking her to do.  The
25    document says what it says.  30(b)(6)
```

 1              VSHPHH TRUST (NINA HOVNANIAN)

 2         doesn't say that you need to interpret the

 3         document.  It says you need to know what

 4         happened.

 5              MS. COPPLER:  Okay.  And I'm asking

 6         questions, but because she is not aware of

 7         the document, I'm trying to walk her

 8         through it so that we can then -- I can

 9         then ask the questions, okay?

10              MR. HANAMIRIAN:  Well, we're asking

11         her to read the document and confirm that

12         that's what it means.  That's not the same

13         thing.

14              MS. COPPLER:  Okay.  I don't

15         understand what you want from me because

16         she said she hasn't seen it, so we're

17         walking through it so that she can

18         familiarize herself with it, and once she

19         familiarizes herself, I want to be able to

20         ask questions.

21              So you're saying that I can't even

22         walk through the document to begin with

23         with her.

24              MR. HANAMIRIAN:  No, I didn't say

25         that.  I'm saying to you that she can't --

Page 94

```
 1              VSHPHH TRUST (NINA HOVNANIAN)

 2              MS. COPPLER:  Okay.  Then can we

 3         continue, please?

 4              MR. HANAMIRIAN:  You're asking me to

 5         let you finish, so you have to let me

 6         finish.

 7              So I'm saying to you that she can't

 8         authenticate the document.

 9              MS. COPPLER:  I'm not asking her to

10         authenticate this right now.

11              (Unreportable crosstalk.)

12              MR. HANAMIRIAN:  I'm sorry?  When you

13         say to her --

14              MS. COPPLER:  Can we please continue,

15         Counsel?

16              (Reporter clarification.)

17              MR. HANAMIRIAN:  When you say to her

18         "Isn't this what it says," you're asking

19         her to authenticate it.  If you say to her

20         whether she has seen a document and if she

21         understands that this is what it says,

22         that's different.

23              MS. COPPLER:  I asked her that --

24              MR. HANAMIRIAN:  If you're asking

25         her --
```

Page 95

```
 1              VSHPHH TRUST (NINA HOVNANIAN)

 2              MS. COPPLER:  -- and she said that

 3         she has not seen it.

 4              Okay, listen.  I understand where

 5         you're coming from and I'm not trying to be

 6         difficult here, but I do think that there's

 7         limitations on how -- like if we were in a

 8         normal deposition, I would put it in front

 9         her and she could look through it, but we

10         can't really do that unless she wants to

11         pull it up and look through it herself.  So

12         either I'm --

13              MR. HANAMIRIAN:  Yeah, if --

14              MS. COPPLER:  -- going to continue to

15         go through it with her or we can take a few

16         seconds and she can look through it.  Which

17         one would you prefer?

18              MR. HANAMIRIAN:  Just let her read

19         the document.

20              MS. COPPLER:  Okay.

21              MR. HANAMIRIAN:  And then you can ask

22         her a question about the document.

23              MS. COPPLER:  Okay.  We can do that.

24         Thank you.

25    BY MS. COPPLER:
```

Page 96

1          VSHPHH TRUST (NINA HOVNANIAN)

2          Q.    Ms. Hovnanian, can you -- would you

3     like me to flip through this, or would you like

4     to pull it up on your own?  How would you like

5     to review this document?

6          A.    Can I scroll on my own?

7          Q.    I don't think you'd be able to do

8     that, but I can scroll for you if that would

9     help.

10          A.    Okay.

11          Q.    Tell me if you'd like me to go up or

12     down.

13          A.    I would like you to go back to the

14     previous document.

15          Q.    This is all the same document.

16          A.    Oh, I see.

17          Q.    This is were we started, right here.

18     Here, let me make it smaller so you can see the

19     entire page.

20                Is that better?

21          A.    I see.  Okay.

22          Q.    So this is the earliest e-mail.

23     Would you like me to go up?

24          A.    It's -- okay.  And what is the date

25     of this e-mail?

Page 97

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2       Q.    It's right here.
 3       A.    Okay.
 4       Q.    Can you see that?
 5       A.    Uh-huh.  March 30th, okay.
 6       Q.    Would you like me to scroll up?
 7       A.    Yeah, scroll down.  And then --
 8  uh-huh, that's a week later.
 9             Okay.
10       Q.    You ready to scroll up?
11       A.    Not yet.  Okay.  Please scroll so
12  that I can read below.
13             Okay.
14             Okay.
15             Okay, I've read it.  I've read the
16  document.
17       Q.    I'm going to continue going so that
18  you can see all of it so that we can just --
19       A.    Okay.
20             Okay.  Please scroll down.
21             Okay.
22       Q.    Okay.  So now that you've had a
23  chance to read the document, I'm going to ask
24  you some questions about it.
25       A.    Okay.
```

Page 98

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    So as set forth in the e-mail, there

3    were some real estate taxes that were due on the

4    Village Mall.

5         A.    Uh-huh.

6         Q.    Shant took money from SpeedUS or

7    SpeedUS NY to pay these real estate taxes.

8         A.    Okay.

9         Q.    Why is that?

10        A.    I think you need to ask him.  I don't

11   know.  Probably because the taxes needed to be

12   paid.

13        Q.    One second.

14              I am putting up -- okay.  I am

15   putting up what was previously marked and what

16   we previously discussed --

17        A.    Uh-huh.

18        Q.    -- VSHPHH001 revised.

19        A.    Uh-huh.

20        Q.    And I had --

21        A.    Uh-huh.

22              (Reporter clarification.)

23   BY MS. COPPLER:

24        Q.    I'm putting up VSHPHH001 revised, and

25   I am directing your attention to Topic

Page 99

                    VSHPHH TRUST (NINA HOVNANIAN)

1      Number 20, which is transfer made to the trust

2      from Shant Hovnanian, Zargis Medical Corp, and

3      SpeedUS.

4              So we can agree that one of the

5      topics we listed was transfers between SpeedUS

6      and the trust, right?

7          A.    Right.

8          Q.    Okay.  And so going back to

9      VSHPHH029, I had asked you why SpeedUS

10     transferred money to pay for the real estate

11     taxes of the Village Mall, and you said you

12     didn't know, right?

13         A.    Correct.

14         Q.    Okay.  So what did you do to prepare

15     yourself for this deposition to discuss

16     transactions between SpeedUS and the Village

17     Mall?

18         A.    I didn't know that there was any

19     transactions between SpeedUS and the Village

20     Mall in this context, so I didn't prepare.  This

21     completely threw me off.  I mean, this -- I've

22     never seen that document before.

23         Q.    Okay.  Let us talk about the tenants

24     of the Village Mall.


Page 100

1              VSHPHH TRUST (NINA HOVNANIAN)

2              How many --

3        A.    Okay.

4        Q.    -- tenants -- how many tenants would

5   you say are currently at the Village Mall?

6        A.    Four or five.

7        Q.    I apologize, sorry.  One more

8   question.  I --

9        A.    So if you include -- six, including

10  SpeedUS, Karen, whatever.

11       Q.    I apologize.  I just want to go back.

12  I realize I forgot to ask you this.

13            Who could talk about the payment of

14  the real estate taxes?

15       A.    Well, Anthony -- farm lands, I can.

16            I don't have an accountant right now.

17  I have to still get one.

18       Q.    Sorry, no.  The last topic we were

19  discussing, the payment of SpeedUS of the real

20  estate taxes for the Village Mall, who could

21  specifically talk about that?

22       A.    Well, I think Read could certainly.

23       Q.    Okay.  Did you speak with Read prior

24  to this deposition about this?

25       A.    Yes, and he did not indicate to me

Page 101

1                    VSHPHH TRUST (NINA HOVNANIAN)

2        that this kind of -- he never told me about

3        this.

4             Q.    Did you speak with Shant about the

5        payment of the real estate taxes?

6             A.    No.

7             Q.    Okay.  Now, going back to what we

8        were talking about before, about the tenants of

9        the Village Mall, you said that there were four

10       or five.  Could you please --

11            A.    Okay.  There's the foot doctor, the

12       hairdresser, Dr. Pectu, Joanne, and there -- I

13       guess SpeedUS is also a tenant.  Hopefully we

14       will have more soon.

15            Q.    Is HovSat a tenant?

16            A.    It was a tenant.  I don't think that

17       HovSat is operational.

18            Q.    About when did it stop being

19       operational and stop being a tenant?

20            A.    Last year sometime.  Last year or the

21       year before.

22            Q.    How did it inform you that it was no

23       longer going to be a tenant?

24            A.    I know exactly when.  It was when Art

25       sent me these things.  It was around February of

Page 102

                    VSHPHH TRUST (NINA HOVNANIAN)
1
2      last year.  I was sent, by Karen, a thing from
3      Art, which was basically a lawsuit against
4      HovSat, and I was like, "Okay, we're done."
5           Q.    Are you talking about HovSat or
6      HovBilt?
7           A.    HovSat.
8           Q.    HovSat, okay.  Was HovSat -- when it
9      was a tenant, did it have a separate space?  Or
10     just walk me through where each of like --
11          A.    Well, I think it's just basically
12     open -- upstairs is all open space, so I
13     don't -- I think that -- I think that it was
14     operated by Karen, I mean, more or less, the
15     bookkeeping and everything.  And the space, when
16     it was -- when the company was actually
17     functioning or, you know, whatever, under Art,
18     it was in Art's office.
19          Q.    So was Art also a tenant, or was he
20     just there because of the companies?
21          A.    He was my dad's lawyer.  He was my
22     dad's man.
23          Q.    Who approved the tenants, speaking
24     generally of all of them?
25          A.    Well, Dr. Pectu's been there for a

Page 103

1                    VSHPHH TRUST (NINA HOVNANIAN)

2        very long time; the hairdresser was our most

3        recent tenant, and I approved of her; the foot

4        doctor's been there a long time, although I

5        don't know if he's going to continue; and I

6        guess Shant as the trustee or Art as the person

7        before the trust and Dad.  But as -- the new

8        tenant that's been there since I've been on

9        board, I approved.

10            Q.   What kind of leases have the tenants

11       entered into?

12            A.   Right now, they're all basically

13       month to month.

14            Q.   Have those leases been updated at any

15       time?

16            A.   We updated a few of them, and we're

17       going to update them March 1.  We're issuing new

18       leases.

19            Q.   Why is that?

20            A.   Because I've made a lot of

21       improvements to the property.  I'm upgrading

22       heating units, I've put in a new parking lot.

23       There's a lot of work to be done and it's

24       expensive, so I need to raise the rent.  They

25       haven't been raised in a long time.

Page 104

1            VSHPHH TRUST (NINA HOVNANIAN)

2       Q.   When was the last time the rents were

3   raised?

4       A.   Probably 2012, '11.  I mean, when --

5   they've never been raised except the hairdresser

6   got a new lease.

7       Q.   Okay.  So just to make sure that I'm

8   clear, have any of those -- were any of those

9   tenants there before the prop- -- the Village

10  Mall was transferred into the trust?

11      A.   Yes.

12      Q.   So when the property was transferred,

13  how did you deal with their leases?

14      A.   I think there was a new lease made

15  between my parents and Dr. Pectu, I don't know.

16  But I do know that I've asked them now, once I

17  opened the account, to start paying the account

18  instead of HovSat.  And before that, I've

19  asked -- I mean Shant asked that instead of

20  paying Dad, they pay HovSat, so...

21      Q.   Who did the -- who does the tenant

22  contact if they have any issues or concerns?

23      A.   Karen and now me.

24      Q.   Okay.  What about prior to 2017, who

25  did they contact?

Page 105

1              VSHPHH TRUST (NINA HOVNANIAN)

2        A.    Karen and Shant.

3        Q.    How often would --

4        A.    As trustee.

5        Q.    How often would you say that you

6   communicate with the tenants?

7        A.    Well, when I'm there, I go and say,

8   you know, "Hi" or whatever, but whenever there's

9   a problem, they communicate with me.  And now

10  I'm about to communicate with them because I'm

11  raising the rents.

12       Q.    How do the tenants pay rent?

13       A.    Through check.

14       Q.    Okay.

15       A.    Sometimes through transfers.  I mean,

16  you know, now things are -- in Armenia

17  everything is electronic.  In America it's still

18  checks.

19       Q.    So currently who do those checks go

20  to?

21       A.    VSHPHH Trust account.

22       Q.    Was that ever different?

23       A.    Yes.  They used to go -- first they

24  went to Dad, and then they went to HovSat, and

25  now they go to VSHPHH.

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    How was it decided how much rent the

3    tenants would be paying?

4         A.    That's before my time.  That's -- my

5    father established that.

6         Q.    And he established that before the

7    Village Mall was placed into the trust?

8         A.    I think so, yes, for the long -- yes.

9         Q.    So when the Village Mall was placed

10   into the trust, you, for example, did not go in

11   and immediately change the rents.

12        A.    I didn't, no.

13        Q.    What was the rent that the Village

14   Mall was charging when it first was placed into

15   the trust?

16        A.    I don't recall.  It's probably the

17   same amount now.

18        Q.    Who would know?

19        A.    Karen.

20        Q.    Okay.  Would anybody else know?

21        A.    The tenants.

22        Q.    Did you speak with Karen about the

23   amount of rents before this deposition?

24        A.    Can you ask that question again,

25   please?

1             VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    Did you speak with Karen about the

3   amount of rents before this deposition?

4        A.    No.

5        Q.    Do you know whether the rent is

6   competitive in that market?

7        A.    It is.  It's -- last year we had a

8   few tenants, we let them slide because, you

9   know, they weren't operating and it was a little

10  screwy.  So we let them slide a little bit

11  because I had full intent to raise the rents

12  this year when this COVID thing is over.

13       Q.    And to the best of your knowledge,

14  the rents have not been changed from when the

15  leases began to the present?

16       A.    To my knowledge, no, except for the

17  hairdresser that...

18       Q.    Yeah.  Now, typically don't rents

19  tend to increase every year?

20             MR. HANAMIRIAN:  Objection.

21       A.    I don't think that that's a -- I

22  mean, I don't want to judge your question, but I

23  don't see how that's relevant.

24  BY MS. COPPLER:

25       Q.    Well, I mean -- I guess my question

Page 108

1               VSHPHH TRUST (NINA HOVNANIAN)

2      is, it just seems strange to me that from 2015

3      to the present there hasn't been any change in

4      the rent, so can you just explain to me how --

5      why that would be?

6               MR. HANAMIRIAN:  Objection as to

7          form.  Whether it seems strange to you or

8          not isn't the -- I don't think is the

9          question, right?  So --

10     BY MS. COPPLER:

11         Q.   I'm sorry, my question is why

12     hasn't -- hadn't the rent been increased from

13     2015 to the present?

14         A.   Because there's -- there's

15     maintenance needs that need to be made.  It's

16     not like it's been kept up fabulously,

17     perfectly.  So now that we're making these

18     improvements, we're going to raise the rent.

19         Q.   But you hadn't felt the need to raise

20     the rent anytime before now?

21         A.   Since I've taken over, I didn't find

22     that necessary to raise the rent until I started

23     making improvements to the property or, you

24     know, maintaining the property to -- up to

25     snuff.

Page 109

1          VSHPHH TRUST (NINA HOVNANIAN)

2          Q.   So just so that I'm understanding

3     you, it sounds like the property hadn't been

4     maintained all that well in the past?

5          A.    It was okay, but you know, I mean

6     it's not like it was 20 years ago, let's put it

7     that way, when all the companies were running

8     well and -- no, not at all.  My father was not

9     there, Art wasn't there.  No, I don't think it

10    was -- if you're asking me was it fabulous, no,

11    it wasn't.  That's why we didn't raise the rent.

12         Q.   Okay.  When HovSat was a tenant of

13    the Village Mall, did it pay rent?

14         A.   I don't know.

15         Q.   Who would know?

16         A.   Karen.

17         Q.   Did you speak with Karen prior to

18    this deposition?

19         A.   No, I didn't.

20         Q.   Did -- when -- I think you mentioned

21    that SpeedUS is also a tenant.  Is that right?

22         A.    It was a tenant, yes, I think so

23    simply because Karen is there and she's their

24    employee.

25         Q.   When SpeedUS was a tenant, did it pay

Page 110

```
 1                VSHPHH TRUST (NINA HOVNANIAN)
 2      rent?
 3            A.    I think so.
 4            Q.    How much did it pay in rent?
 5            A.    I don't know.
 6            Q.    Who would know?
 7            A.    Karen would know because it's on
 8      HovSat's bank accounts and stuff.
 9            Q.    Did you speak with Karen prior to
10      this deposition about whether SpeedUS was paying
11      rent?
12            A.    No, I did not.
13            Q.    Sorry, I didn't think I asked about
14      this, but was Zargis ever a tenant?
15            A.    Zargis belongs or partially belongs,
16      something like that, to SpeedUS, so -- I don't
17      think it operated out of there, no, but because
18      Zargis is part of SpeedUS, then -- I don't know.
19      Frankly, I don't know.  That's my answer.
20            Q.    Are all tenants current on their
21      rent?
22            A.    Almost.
23            Q.    I know that we're in a bit of a
24      strange situation because of the pandemic,
25      but --
```

1          VSHPHH TRUST (NINA HOVNANIAN)

2          A.    Right.

3          Q.    -- how would it benefit the

4    beneficiaries if those tenants are not current

5    on their rent?

6          A.    It will benefit the beneficiaries

7    because they're paying some rent, and they're

8    tenants, which means they will be paying rent,

9    and when I increase the rent, we'll make up for

10   the loss.

11         Q.    Prior to --

12         A.    It's better than throwing them out on

13   the street and having no tenants.

14         Q.    Prior to 2020 -- let's narrow it down

15   that way -- had any of the tenants fallen behind

16   on their rents?

17         A.    There was a situation where -- we had

18   with Dr. Pectu because they gave the rent check

19   to the IRS.

20         Q.    Okay.  Other than that, were there

21   any instances of tenants falling behind on their

22   rents prior to 2020?

23         A.    Prior to 2020?  Wait.  They

24   were complain- -- Pectu was complaining about

25   the parking lot, so maybe I think they held back

Page 112

1              VSHPHH TRUST (NINA HOVNANIAN)

2       in paying one or two months, but that was all

3       cured.  That was all fixed.

4              Q.    When was that?

5              A.    In the -- it was leading up to the

6       summer when we did the parking lot, so, yeah, in

7       the spring.

8              Q.    Spring, okay.

9              Does the trust keep records of all of

10      the rent payments it has received?

11             A.    Of all the what?

12             Q.    Rent payments.

13             A.    Yes.

14             Q.    How?

15             A.    QuickBooks.  I think you have them.

16             Q.    Are there any other --

17             A.    And also the bank accounts.  Now it's

18      all in VSHPHH.  It shows when the tenants have

19      made the deposit, and that's noted as rent

20      payment.

21             Q.    Okay.  The trust collected

22      approximately 75,000 in rent every year.  How

23      much of that cash was distributed -- or how much

24      of that income was distributed to the

25      beneficiaries?

1              VSHPHH TRUST (NINA HOVNANIAN)

2         A.    There were a few minor payments to my

3    nephew Vahak.

4         Q.    Do you know like a ballpark estimate

5    of how much was distributed to him?

6         A.    3,000.

7         Q.    Do you have an idea of when it was

8    distributed?

9         A.    Last year, but -- I don't know.  My

10   time -- to be honest, my time -- I know that it

11   was done, but my sense of time is off because --

12   because of COVID, because I've been through two

13   wars and two earthquakes, so -- and my daughter

14   has health problems and now I do.

15             So my time -- my sense of time is a

16   little off, but I know it was last year.

17        Q.    Okay.  Is --

18        A.    It's just a lot of stress.

19        Q.    I understand.  It is a very difficult

20   time that we're all living through right now and

21   especially for everything that you've had to

22   deal with, so that makes sense.

23             But I do have to ask, when we deposed

24   Karen, she testified that there had been no

25   distributions to the beneficiaries.  So why

Page 114

1                VSHPHH TRUST (NINA HOVNANIAN)

2       would Karen, who is a bookkeeper, not be aware

3       of any of these distributions?

4              A.    Well, maybe she didn't think it was a

5       distribution.  Maybe she thought it was a loan.

6       My nephew needed money.  I said pay him out of

7       one of the accounts, so maybe she didn't

8       recognize it as a distribution.

9                    I can't answer for her, but I know

10      that I authorized her to get him some money out

11      of one of the trusts, and from what I

12      understand, that is a distribution.

13             Q.    So whenever you wanted a distribution

14      or a payment to be made, would you specify

15      whether that was a loan or whether that was just

16      a distribution?

17             A.    To her?

18             Q.    Yes.

19             A.    No.

20             Q.    But Karen was the bookkeeper, right?

21             A.    Uh-huh.

22             Q.    So wouldn't it have been helpful for

23      her to keep accurate records if she knew what

24      specifically the transaction was?

25             A.    Okay.  So I may have said it was a

1          VSHPHH TRUST (NINA HOVNANIAN)

2     loan.  I'm pretty certain I didn't say it was a

3     distribution because I didn't really -- when it

4     happened, I wasn't really familiar with the term

5     "distribution."

6          Q.    So just to be clear, the money that

7     was paid to Vahak was a loan?  I'm sorry, I just

8     got confused so I want to make sure that I'm

9     clear.

10         A.    Vahak needed money.  I couldn't get

11    it to him in time, so I may have said loan.  I

12    may have said loan, I may have said just give it

13    to him.  I don't know what I said.  She...

14         Q.    Are you okay?  Do you need a break?

15         A.    No.  I just lifted my painful leg

16    because my ankle hurts too.

17              Okay.

18         Q.    So there's really no way of

19    knowing -- because there's no records, we can't

20    say for sure one way or the other whether it was

21    a loan or whether it was a distribution?

22         A.    There must be records.  I mean, I'll

23    go through them and look through the bank.

24              She notes everything.  I didn't look

25    at that specific thing.  I didn't look at that

1                 VSHPHH TRUST (NINA HOVNANIAN)

2      specific payout from the bank when I was in

3      preparation.  No, I didn't -- I mean, I didn't

4      pinpoint that.

5           Q.    Did you generally look at the

6      QuickBook files and the bank statements before

7      this deposition?

8           A.    Yes, I did.

9           Q.    Are the tenants responsible for

10     paying their own utilities?

11          A.    A portion of them.

12          Q.    What portion?

13          A.    65 percent.

14          Q.    So can you just walk me through how

15     that works?

16          A.    We get the bill, and -- actually it's

17     not 65 percent.  That's just -- it depends on --

18     it's sort of like a floor area ratio.  However

19     much space they are, they get their -- get the

20     bill, and we divide it up and they pay their

21     portion, their -- a portion, a percentage of

22     that portion.

23          Q.    So they will pay the trust, and the

24     trust in turn pays the utilities?

25          A.    I'm getting it confused with the

1          VSHPHH TRUST (NINA HOVNANIAN)

2     company here.  Sorry, wait.  Let me just...

3               They pay their portion, and we pay

4     the general -- the parking lot and the utilities

5     for the building itself; you know, the common

6     areas.

7          Q.    Okay.  So the tenants will pay for

8     their respective utilities directly to the

9     utility provider.

10          A.    Correct.

11          Q.    And the trust will only pay for the

12     common area utilities.

13          A.    Yes.

14          Q.    Okay.  Does Shant have an office in

15     the Village Mall?

16          A.    No.  I mean, Shant as what?  As

17     trustee?  He worked out of the Village Mall when

18     he was trustee.  He -- it -- when he was working

19     at SpeedUS, I guess he would be there, yeah.

20     But he doesn't have an office there, no.

21          Q.    Okay.  Is the space that he was using

22     as his office, was that SpeedUS's space or whose

23     space was that?

24          A.    I think it's Karen's space is

25     SpeedUS's space.  He -- does he have an office?

1                VSHPHH TRUST (NINA HOVNANIAN)

2        No, he doesn't.  That's the answer.  There's no

3        office that says Shant Hovnanian.

4             Q.    Okay.  If it -- it may not say his

5        name, but there's still office space that he

6        uses in the Village Mall?

7             A.    No.  No, there's -- in the Village

8        Mall, there's Karen and the tenants.  There's

9        nobody else.

10            Q.    Okay.  Are you aware that Shant has

11       said that he actually lives in the Village Mall?

12            A.    No.

13            Q.    Okay.  Would it surprise you?

14            A.    It's an office building.  Yeah.

15            Q.    Is the Village Mall zoned for

16       personal residence?

17            A.    I don't think so.  But if you're

18       saying that he used it as an address, I don't

19       see anything wrong with that.  I think I used it

20       as an address.

21            Q.    Did he use it as an address?

22            A.    I'm saying if you said that he used

23       it as an address, then I don't see anything

24       wrong with that, but living -- he said -- you're

25       saying that he said that he lived there?

Page 119

1               VSHPHH TRUST (NINA HOVNANIAN)

2          Q.     Yes.

3          A.     That's interesting.

4          Q.     Is there a bed anywhere in the

5     SpeedUS office space?

6          A.     No, but there's couches.

7          Q.     Is there --

8          A.     I don't know.  I don't know where

9     this is going, but you know, I don't think he

10    lived there.

11         Q.     Okay.

12         A.     I mean, I'm not aware of it.

13         Q.     Okay.  So you say -- you said that it

14    was interesting that he would be living there

15    and he said that he was -- he would be living

16    there.  Why is that interesting?

17         A.     Interesting like "That's weird," not

18    interesting like, "Oh, that's interesting."

19         Q.     Give me one second to pull up an

20    exhibit.

21                I am showing you an exhibit that was

22    previously marked as KSG009.  Do you recognize

23    this check?

24         A.     Well, I haven't seen it before, but

25    it's a check from our bank.

Page 120

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    Okay.  And in the -- and when you say

3    our bank, you're referring to the VSHPHH bank

4    account?

5         A.    Yes.

6         Q.    Okay.  In the top right corner

7    here -- let me highlight it if I can -- it says

8    "Hovnanian Office."  Do you know what that's

9    referring to?

10        A.    Yeah.  The VSHPHH stands for Vahak

11   Stephan Hovnanian, Paris Hasmig Hovnanian,

12   office.  That's the Village Mall.

13        Q.    I'm just trying to clarify what do

14   you mean by Hovnanian office?  Is that the

15   SpeedUS office or are those two separate

16   offices?

17        A.    Again, it says Vahak Stephan

18   Hovnanian, Paris Hasmig Hovnanian Trust, 1 Dag

19   Hammarskjold Boulevard, Suite 1, Freehold, New

20   Jersey.  That is the address of the trust and

21   that is an office building, so that is the

22   trust's office.

23        Q.    So the trust also had office space

24   within the Village Mall.

25        A.    Yes.  I neglected to say that the

Page 121

1              VSHPHH TRUST (NINA HOVNANIAN)

2      trust is also a tenant.

3              Q.    Okay.  That makes sense.

4                    And is it -- where is this office

5      space located?

6              A.    It's located where Karen is as well.

7      It's the whole -- it's -- especially these days,

8      it's virtual.  It's, it's -- it's in the

9      building.

10             Q.    Perhaps it would be helpful if you

11     would just explain the building a little bit

12     more.  It will help put everything into context.

13             A.    Okay.  It's a mall, okay, so there's

14     several outbuildings.  When you -- you drive in,

15     there's a big building and two outbuildings.

16     One outbuilding is the hairdresser, the other

17     one is Dr. Pectu and the foot doctor.  Joanne is

18     downstairs -- oh, I forgot to say Joanne too.

19     She's downstairs, and then you go up the stairs

20     and it's like all this empty office space except

21     for one space where Karen is, and that's it.

22                    One office was my dad's, another was

23     Art's, and then there was like -- there were

24     architects, engineers, all sorts of like people

25     like that.

Page 122

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2              There's a few bathrooms on the second
 3    floor.  There's an elevator that goes from the
 4    first floor to the second floor that we just
 5    paid to get fixed.  You go up and that's it,
 6    so...
 7         Q.   So the Hovnanian office space is on
 8    the second floor?
 9         A.   Uh-huh.
10         Q.   And it's just like a large area
11    separated into different offices, smaller
12    offices?
13         A.   It's like one giant area, and then
14    there's my dad's office and then like several
15    other little offices.  They were like Dad's
16    assistant, Art's assistant, and then there's
17    this like giant space.  There's a con- --
18    little -- there used to be a conference room.
19    It's all like -- it's all -- it needs totally to
20    be cut up again and rented out.
21         Q.   Does anybody currently use your dad's
22    office space?
23         A.   No.
24              Well, when I'm there, I do.
25              MS. COPPLER:  I think this is a
```

Page 123

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2         pretty good place to take a break.  Do you
 3         want to take just a short ten-minute break?
 4              THE WITNESS:  Sure.
 5              MS. COPPLER:  Thank you.
 6              VIDEOGRAPHER:  The time is 12:16 p.m.
 7         We're now going off the record.
 8              (Recess taken at 12:16 p.m.)
 9              (Back on the record at 12:33 p.m.)
10              VIDEOGRAPHER:  The time is 12:33 p.m.
11         We're now back on the record.
12              MS. COPPLER:  Thank you.
13    BY MS. COPPLER:
14         Q.   What was the fair market value of the
15    Village Mall at the time the trustees accepted
16    it into the trust?
17         A.   Probably around a million dollars,
18    950,000, something like that.
19         Q.   Did that fair market value take into
20    account the $191,000 in real estate taxes that
21    was due and owing?
22         A.   I don't understand the question.
23         Q.   How did you -- I guess how did you
24    come up with that 1 million dollars?
25         A.   Well, Read said it in the letter, but
```

Page 124

1              VSHPHH TRUST (NINA HOVNANIAN)

2    also because -- it's probably worth about that.

3    That's -- I don't know.  I didn't do an

4    assessment or anything like that.  It's probably

5    worth about that, anywhere between 750 and a

6    million.

7              Q.   When you took over as the active

8    trustee in around 2007, would you say the fair

9    market value was in that range as well?

10             A.   In 2007?

11             Q.   Sorry, 2017.

12             A.   Uh-huh.  Was the fair market value

13   that?  Maybe a little more.  Again, I haven't

14   done -- I didn't have somebody come and give me

15   an assessment of what it's worth.  I didn't have

16   a bank come and, you know, give me a -- it's

17   about that much, I would say, yeah.  If it's

18   fixed up really nicely --

19             Q.   Apparently --

20             A.   -- and we have, you know -- pardon

21   me?

22             Q.   Sorry.  I almost cut you off, but you

23   can go ahead and continue.

24             A.   So I -- if it were in better shape,

25   maybe it would be worth more, but...

Page 125

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2          Q.    Okay.  So would you say currently

3     it's in that price range as well?

4          A.    Yeah.  Maybe less.  I don't know.

5          Q.    Is the trust required to file income

6     tax returns?

7          A.    Now that we have an account, yes, I

8     would say so.

9          Q.    In the past, has the trust filed

10    income tax returns?

11         A.    No.  We really didn't have any -- we

12    didn't have an account per se.  We weren't

13    generating income, but the payments were being

14    made to HovSat.  So now we have an account, we

15    will start paying.

16         Q.    So correct me if I'm wrong, but

17    you're saying that any income would have went to

18    HovSat?

19         A.    No.  I'm sorry.  It went into

20    HovSat's bank account.  We -- we only filed for

21    Pachava.  We haven't filed for VSHPHH -- or have

22    we?

23              I can't remember.  I just can't

24    remember.  I'm sorry, I just -- you know, I'm

25    getting everything confused.

Page 126

1            VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    In response to the United States'

3    first set of interrogatories, you indicated that

4    the trust has not generated any income, and that

5    is why it has not filed any income tax returns.

6        A.    Well --

7        Q.    Is that accurate?

8        A.    Well, it was like a zero sum.  You

9    know, one thing covered the other.  The income

10   covered the expenses, so yes.

11       Q.    The income from the Village Mall

12   covered the expenses for the trust?

13       A.    Yes.

14       Q.    Okay.  So if the Village Mall was not

15   generating any income, why would you keep it in

16   the trust?  Why wouldn't you just sell it?

17       A.    Because it's my father's -- it's been

18   in the family forever, and we just want the kids

19   to grow up and then let them decide what they

20   want to do with it.

21       Q.    How did --

22       A.    It's my father's legacy, okay?  He

23   left it to his grandchildren.  I'm going to sell

24   it?  I'd rather fix it up and rent it, you know.

25       Q.    How is it benefiting the

Page 127

1            VSHPHH TRUST (NINA HOVNANIAN)

2      beneficiaries, though, if it's not making any

3      income?

4           A.    It's an asset.  It's there, it's

5      physical, it's an asset.  Does it have to

6      generate income for it to be valuable?

7           Q.    I guess that's what I'm asking you.

8           A.    No.  My thing is my father and mother

9      put it in there.  It's my father's legacy.  He

10     started there, he started -- it's his first

11     development.  He built it in the 1970s, it's 50

12     years old.

13               I like the fact, as the trustee, that

14     there's a physical thing that it has belonged to

15     their grandfather.  He built that.  I mean, this

16     was his baby.  I'm not going to sell it until

17     they tell me to sell it.

18          Q.    Just give me one second.  I'm trying

19     to decide whether I need to put up this next

20     exhibit.

21               Okay.  I think in response to the

22     United States' second set of interrogatories --

23     or, sorry, Pachava's response to the second set

24     of interrogatories, you indicated that you

25     received advice that you did not need to file

Page 128

```
 1                    VSHPHH TRUST (NINA HOVNANIAN)
 2        returns?
 3                    MR. HANAMIRIAN:  Can we pull that up
 4             or can we point to the answer?
 5                    MS. COPPLER:  Okay.  Give me one
 6             second.  Sorry, I'm just trying to get to
 7             the right page.  Just bear with me for a
 8             second here.
 9                    Okay.  Page 11.
10        BY MS. COPPLER:
11             Q.    Okay.  I'm sharing with you what was
12        marked as VSHPHH025.  Do you recognize this
13        document?  Let me make it smaller.
14             A.    Don't make it smaller, please.
15             Q.    Sorry.  Can you read it?
16             A.    Yeah, I can.
17             Q.    Okay.  So this is a letter
18        correspondence that's attaching various
19        responses to the United States' discovery
20        requests, right?
21             A.    Uh-huh.
22             Q.    Okay.  Now I'm going to turn to
23        Page 11, and it's in response to Interrogatory
24        Number 21.  And the question was:
25                    "The VSHPHH Trust stated in its
```

Page 129

 1              VSHPHH TRUST (NINA HOVNANIAN)

 2              response to Interrogatory Number 9 issued

 3              to it that it did not file federal tax

 4              returns because it had no net income."

 5              And then the question was, why did

 6      the Pachava Asset Trust file federal income tax

 7      returns that reported no income and the

 8      VSHPHH --

 9              (Reporter clarification.)

10      Q.   Okay.  So this interrogatory asked

11      why the Pachava Asset Trust filed federal income

12      tax returns that reported no net income, and the

13      VSHPHH Trust did not.  And the answer was:

14              "I was advised to do so, but I do not

15              remember who or whom provided the advice."

16              Is that correct?

17      A.   Yes, that is correct.  I was just

18      thinking when you said that, who told me that.

19      Q.   Yeah.  So just to clarify, did you

20      receive advice with respect to whether the

21      VSHPHH Trust had to file income tax returns?

22      A.   No.  I just -- the reason why I -- I

23      said, "Okay, why doesn't VSHPHH file the income

24      tax and Pachava does," and it was because

25      Pachava had an account with Morgan Stanley and

Page 130

1            VSHPHH TRUST (NINA HOVNANIAN)

2     it was an active account and VSHPHH didn't have

3     an account, and so they said that because

4     it's -- there's no net income, you really don't

5     need to.  But I can't remember was that Karen,

6     was that Read.  I just can't remember who told

7     me that, but I said okay.

8          Q.    So did you speak with a tax return

9     preparer or some kind of tax expert?

10         A.    Well, Read is a tax lawyer, so if it

11    was Read -- I'm not sure it was Read, but if it

12    was Read, then I would say that he's sort of

13    expert, but I don't know.  I can't remember.  It

14    was a while ago.

15         Q.    Do you recall how long ago?

16         A.    No.  It was a long time -- it was

17    a -- I mean, we're talking four years.  How can

18    I possibly remember?

19         Q.    Was it before you started taking a

20    more active role as trustee?

21         A.    No, it wasn't before.  It was when I

22    started taking a more active role.

23         Q.    So it was probably 2017 onward,

24    right?

25         A.    On, right, yes.

Page 131

1              VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    Okay.  Prior to when you started

3    taking a more active role, do you know why the

4    trust was not filing any income tax returns?

5        A.    Can you ask that question again,

6    please?

7        Q.    Prior to when you started taking a

8    more active role, do you know why the trust did

9    not file any income tax returns?

10       A.    No, I do not.

11       Q.    Okay.  Who would know?

12       A.    I would say Shant or Read or Karen.

13       Q.    Did you speak with any of them prior

14   to this deposition?

15       A.    I spoke to Read, and not about this.

16   I mean, not about the tax returns for VSHPHH and

17   whatever.  I mean, have I spoken to them?  Yes.

18   I didn't -- I spoke to Karen just recently, but

19   not about this, no.  Did I speak to them about

20   this?  No, specifically.

21       Q.    Give me one second.

22             I am -- I am now sharing what was

23   previously marked as VSHPHH017.  Could you

24   please identify this exhibit?

25       A.    The what?

Page 132

1              VSHPHH TRUST (NINA HOVNANIAN)

2         Q.    Could you please identify this

3    exhibit?

4         A.    Can I identify it?

5         Q.    Yes.

6         A.    It says "Grand View Cable Profit and

7    Loss."

8         Q.    Okay.  And now just to make sure

9    we're clear, what is Grand View Cable?

10        A.    It's a -- it's not in the VSHPHH

11   Trust.

12        Q.    What is it, though?

13        A.    It's a d/b/a for -- I don't -- I

14   think it's the d/b/a for the -- for HovSat.  I

15   don't know.  I think it's where all the cable

16   goes, all the cable payments go.

17        Q.    So how is Grand View Cable related to

18   the trust?

19        A.    I don't know.  I don't think there's

20   any relationship.  HovSat was formerly the

21   thing, but I don't know anything about

22   Grand View.

23        Q.    Did Grand View share a bank account

24   with the trust?

25        A.    I don't think so.

Page 133

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2        Q.    Okay.  Would it surprise you that the

3   trust's financial records were recorded in the

4   Grand View Cable -- in the -- in Grand View

5   Cable's files?

6        A.    Well, I'm pretty sure that I'm very

7   surprised, but if Karen is doing the bookkeeping

8   for Grand View Cable, it wouldn't surprise me

9   because it's -- she's doing it.  I don't know.

10             She's doing it still now?  The VSHPHH

11   is in Grand View?

12        Q.    Is it?

13        A.    I'm asking you.  I don't -- I

14   don't -- I'm surprised.  No, I don't think

15   that's right.

16        Q.    Okay.  So who would have made the

17   decision to have the trust's financials recorded

18   in Grand View Cable files?

19        A.    Karen, because she's the bookkeeper.

20        Q.    Anybody else?

21        A.    Karen, because she's the bookkeeper.

22        Q.    Okay.  Do you have any idea how long

23   this was being done?

24        A.    I have no idea.  This is the first

25   I'm hearing of it.  Right till today, the VSHPHH

Page 134

1              VSHPHH TRUST (NINA HOVNANIAN)

2      Trust is in the Grand View Cable?

3          Q.   I'm asking you.  I'm just trying to

4      understand the record that we received in the

5      discovery responses and trying to understand --

6      you know, putting context to Karen's testimony.

7      So I'm just trying to understand your -- the

8      trust, and you're here as a trust witness, so

9      I'm just trying to understand from the trust's

10     perspective why Grand View Cable -- why the

11     trust's financial records were recorded in Grand

12     View Cable.

13         A.   I can't answer that.  I have no idea.

14         Q.   We're going to come back to this in a

15     bit, but I'm going to going to go to another

16     exhibit.  Give me one second.

17              Okay.  I am now putting up what was

18     previously marked as VSHPHH018.  Could you

19     please identify this document?

20         A.   "Village Mall Profit and Loss,

21     January 1, 2012 to December 15th, 2020."

22         Q.   Thank you.  Now, isn't it correct

23     that this profit and loss statement that says

24     from 2012 to 2020, the Village Mall had a gross

25     profit of around almost $822,000, right?

Page 135

1              VSHPHH TRUST (NINA HOVNANIAN)

2         A.    Yes.

3         Q.    And then I'm going to scroll down a

4    bit to the second page, and now it's showing

5    that from 2012 to 2020, the Village Mall had net

6    income of over $633,000.  Is that correct?

7         A.    Yes.

8         Q.    Okay.  So I'm just trying to --

9         A.    I mean, that's what it -- I don't

10   know if it's correct, but that's what this

11   document says.

12        Q.    So I guess why -- can you tell me how

13   much net income the trust had from 2012 to 2020

14   then?

15        A.    I wasn't aware that there was any

16   profit, net profit.

17        Q.    Do you have access to the QuickBook

18   files?

19        A.    No.

20        Q.    Did you ever ask to see the QuickBook

21   files?

22        A.    No.

23        Q.    How could you be aware of whether the

24   trust had income or whether it was paying its

25   expenses if you never saw these files?

Page 136

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2          A.    Can you go back to the top page, to

3     the first page, please?

4          Q.    Here you go.

5                (Reporter clarification.)

6          A.    Can you scroll up, please.

7          Q.    It's at the very top right now.

8          A.    I -- well, this is a surprise to me.

9                It's gross profit.  And then the

10    second page?

11         Q.    Second.

12         A.    Okay.  The question is -- or the

13    answer is I don't know.

14         Q.    How can you carry out your

15    responsibilities as trustee if you aren't able

16    to access the trust's financial records?

17         A.    It's my fault.  I haven't asked for

18    them.  I had a lot on my hands, what can I say.

19         Q.    Was it your understanding prior to

20    today that the net income was -- the net income

21    for the Village Mall was zero or close to zero?

22         A.    Yeah, very little.

23         Q.    Okay.  Do you know what happened to

24    the over $600,000 of net income from the Village

25    Mall?

Page 137

                    VSHPHH TRUST (NINA HOVNANIAN)

1

2       A.    No, but I will find out.

3             (Reporter clarification.)

4       A.    Can you ask the question again?

5       Q.    Yeah.  Do you know what happened to

6    over $600,000 in net profits?

7       A.    You know, the thing is that I haven't

8    seen that document before, okay, and I have to

9    look into this because you're saying that this

10   is the actual, and I'm not sure it's the actual.

11   I have to look into it.

12      Q.    Are you aware that this file was

13   produced by the trust?

14      A.    The file was produced by the trust?

15      Q.    Yes, in response to a discovery

16   request.

17      A.    Okay.  But she didn't give that to

18   me, okay?

19            All right.  I will -- I'll look into

20   it.

21      Q.    Is there any reason to doubt the

22   accuracy of the trust's records?

23      A.    Well, I'm a little surprised, that's

24   all.

25      Q.    Have you seen other QuickBook records

```
 1              VSHPHH TRUST (NINA HOVNANIAN)
 2      for the Village Mall?
 3          A.    For the Village Mall?  No.
 4          Q.    And only Karen has access to the
 5      QuickBook files?
 6          A.    Yes.
 7          Q.    Okay.  So now when you said that you
 8      were going to look into it, where are you going
 9      to look?
10          A.    I'm going to ask her to show me
11      everything.
12          Q.    And by "her," you're referring to
13      Karen?
14          A.    Yes.
15          Q.    How can you trust Karen if, you know,
16      you're off by $600,000 in these statements?
17              MR. HANAMIRIAN:  Objection as to --
18          A.    That's --
19              MR. HANAMIRIAN:  You can answer, but
20          I object to the form of the question.
21          A.    Yeah, I mean, I'm not going to answer
22      that.  I mean, that's like a subjective
23      question.
24      BY MS. COPPLER:
25          Q.    But seeing this document, I mean, are
```

Page 139

1              VSHPHH TRUST (NINA HOVNANIAN)

2      you concerned at all about Karen's management of

3      the trust finances?

4           A.   I have to ask her.  I still trust

5      her.  There must be some kind of explanation.

6           Q.   So this -- sorry, I can put it back

7      up, but the net income and -- sorry, the profit

8      and loss statement that we were just looking at,

9      it was for 2012 through 2020, but -- so during

10     this time -- or a majority of this time Shant

11     was principally acting as the trustee.  Would he

12     have been aware of, you know, the net income?

13          A.   From 2012 until 2020 -- between 2012

14     and 2015, that's three years.  Maybe that money

15     disappeared in that three years.  I don't know,

16     that's why I have to look at it.  I have to go

17     over those books with her.

18          Q.   Okay.  But would Shant know?

19          A.   He would probably know up until 2017.

20          Q.   Okay.

21          A.   Between 2015 and 2017 he would know.

22          Q.   Did you speak with Shant about this

23     before the deposition?

24          A.   No, I did not.  I've said this now

25     four times.  I did not ask him about profits and

Page 140

1                 VSHPHH TRUST (NINA HOVNANIAN)

2        losses and all of this stuff.  I just told him I

3        have a deposition.

4             Q.    So does this change your former

5        belief that the Village Mall did not have any

6        net income?

7             A.    No.

8                  MR. HANAMIRIAN:  Objection as to

9             form.  The document is an eight-year

10            period, correct, so what period are you

11            talking about?

12            A.    I'd like to see the documents from

13       the time I took over until now, or the time that

14       2015 when the Village Mall went into the trust

15       forward.  But 2012 to 2015 is three years.  In

16       my life, the past three years, I've been through

17       a revolution, two wars, two earthquakes, a

18       divorce.  A lot happens in three years.  I don't

19       know.  So your question is like pie in the sky

20       to me.  I have to look into it.

21       BY MS. COPPLER:

22            Q.    You've had four months now to prepare

23       for this deposition.  Isn't that right?

24            A.    In that four months I have been

25       through my daughter being in the hospital twice;

Page 141

1             VSHPHH TRUST (NINA HOVNANIAN)

2     two wars, where my ex-husband, the father of my

3     children, and their stepbrothers were at the

4     front.  I've been through two earthquakes, and

5     now I have health problems and a root canal.

6     Really, I mean, I've tried my best.

7         Q.   Have you reviewed the Quick- -- I

8     think before, I've asked whether you reviewed

9     the QuickBook files --

10        A.   I haven't reviewed the QuickBook

11    files, no.  I've reviewed the bank accounts, the

12    bank account, what went in, what went out, but

13    not the QuickBook accounts.

14        Q.   So you said your review of the --

15    hold on.

16             You didn't actually set up the bank

17    accounts until after this litigation had

18    started, right?

19        A.   Correct.

20        Q.   So you only looked at the bank

21    accounts from 2018 on?

22        A.   From 2019 on, the TD bank account.

23        Q.   Okay.  And you didn't review any bank

24    records prior to 2019.

25        A.   Well, those were HovSat bank records.

Page 142

1            VSHPHH TRUST (NINA HOVNANIAN)

2        Q.    But the trust didn't have its own

3   bank records.  Those are the only bank records

4   it had were HovSat, right?

5        A.    Right.

6        Q.    Okay.  But you didn't review them.

7        A.    I -- I read -- I went over them, but

8   I didn't study them like I was going through for

9   an exam.  I mean, I familiarized myself with

10  what was going on.  I refreshed, but I didn't

11  study like it was an AP exam or, you know, I

12  don't know, some kind of exam.  No, I did not.

13       Q.    Okay.  Can you tell me sitting here

14  today whether the Village Mall had any net

15  income from 2012 to 2018?

16       A.    Say it again?

17       Q.    Can you tell me sitting here today

18  whether the Village Mall had net income from

19  2012 to 2020?

20       A.    After seeing that doc- -- according

21  to that document, yes, it did.

22       Q.    Can you please tell me which years it

23  had net income?

24       A.    It had net income -- net income?  No,

25  I can't tell you.  I mean, we've -- we hardly

Page 143

1                 VSHPHH TRUST (NINA HOVNANIAN)

2      had any income from last year.  It covered the

3      expenses.

4            Q.    Okay.  But you can't tell me for 2015

5      through 2019.

6            A.    From what I understand, because I

7      was -- no, I can't tell you specifics.  I can't

8      tell you specifics.

9            Q.    Who can?

10           A.    Karen, who keeps the QuickBooks.

11           Q.    How can you carry out your

12     responsibilities as trustee if you don't know

13     something as basic as whether the trust was

14     profitable?

15                 MR. HANAMIRIAN:  Objection as to

16           form.

17                 You can answer.

18                 THE WITNESS:  You want me to answer

19           that?

20     BY MS. COPPLER:

21           Q.    Yes.

22           A.    Okay.  When there's expenses, we

23     discuss, they get paid.  I make sure that

24     there's money in the account.  She reports to me

25     verbally or via telegram what's coming in,

Page 144

1                    VSHPHH TRUST (NINA HOVNANIAN)

2       what's going out, and that's it.  I mean, it's

3       not -- it's -- I'm surprised that it shows that

4       much profit, but I'm pretty sure that that was a

5       long time ago.  That profit, that big chunk

6       of -- could not possibly have been in recent

7       times.

8                    MS. COPPLER:  Okay.  I think we'll

9            take a really short break to make sure that

10           I covered everything for the day, and I may

11           come back with certain questions, and then

12           we can call it for the day if that works

13           for everybody.

14                   THE WITNESS:  Okay.

15                   MS. COPPLER:  Okay, perfect.

16                   VIDEOGRAPHER:  The time is 1:09 p.m.

17           We're now going off the record.

18                   (Off the record at 1:09 p.m.)

19                   (Back on the record at 1:23 p.m.)

20                   VIDEOGRAPHER:  The time is 1:23 p.m.

21           We're now back on the record.

22                   MS. COPPLER:  Thank you.

23      BY MS. COPPLER:

24           Q.   I just have one more question to wrap

25      everything up.

Page 145

1          VSHPHH TRUST (NINA HOVNANIAN)

2          So during her deposition, Karen

3    Gandolfo testified that profit from the Village

4    Mall was transferred to HovSat to pay expenses.

5          Do you have any reason to call into

6    doubt her testimony with respect to what I just

7    said?

8          A.    No.  I trust her.

9          Q.    Okay.  So I think we're going to end

10   for the day, but I just want to tell you a few

11   things to make sure that we're clear for and

12   prepared for tomorrow.

13         Tomorrow I am planning on walking

14   through a ton of different transactions of the

15   Village Mall.  So just to the extent you need to

16   review any QuickBook files or to the extent you

17   need to look at bank accounts, please make sure

18   you're ready to do so for tomorrow.

19         A.    Okay.  So I am allowed to look

20   through them for tomorrow?

21         Q.    Yes.  Just make sure that you're

22   prepared to discuss certain transactions that

23   were occurring.  Okay?

24         A.    Okay.

25         Q.    And, also, during the break we had a

1               VSHPHH TRUST (NINA HOVNANIAN)

2      discussion as to how we're going to deal with

3      the fact that we are considering this deposition

4      to still be open.  So we have agreed that any

5      discussions as to the topics identified in the

6      notice of topics, those may be discoverable, and

7      any documents that are shared or that you use to

8      refresh your recollection from the end of today

9      until tomorrow, those also may be discoverable

10     as well.

11               MS. COPPLER:  So does everybody agree

12        to that?

13               THE WITNESS:  Uh-huh.

14               MR. HANAMIRIAN:  Yes.

15               MS. COPPLER:  Okay.  So I think that

16        we are going to end the deposition today.

17        We are leaving it open and we will start

18        tomorrow at 9 a.m. Eastern Standard Time.

19               Thank you all so much.

20               MR. HANAMIRIAN:  Great, thank you.

21               VIDEOGRAPHER:  The time is 1:25 p.m.

22        This ends today's deposition.  Thank you

23        everyone.

24

25

Page 147

1              VSHPHH TRUST (NINA HOVNANIAN)

2                  C E R T I F I C A T E

3

4

5

6              I, PAULA S. RASKIN, Certified

7    Shorthand Reporter and Notary Public, hereby

8    certify that this deposition was taken before me

9    on the date hereinbefore set forth; that the

10   foregoing questions and answers were recorded by

11   me stenographically and reduced to computer

12   transcription; that this is a true, full, and

13   correct transcript of my stenographic notes so

14   taken; and that I am not related, nor of

15   counsel, to either party, nor interested in the

16   event of this cause.

17

18

19

20

21              _____

22              Paula Raskin, CSR-4757

23

24

25

Page 148

```
1                    *** ERRATA SHEET ***

2    CASE: United States v. Shant Hovnanian, et al.,

3    DATE: February 22, 2021

4    WITNESS: Nina Hovnanian

5    JOB NO.: 1466

6     PAGE/LINE      CHANGE          REASON

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20

21          _____

                     Nina Hovnanian
22
      Subscribed and sworn to before me
23
      this ____ day of _____, 20__.
24
        _____.
25           Notary Public
```

## A

**a.m** 1:16 4:4,7
  25:12,14,15,16
  48:25 49:3,4,5
  76:14,16,17,18
  146:18
**a/k/a** 77:7
**ability** 10:10 11:22
  12:7
**able** 11:5 47:5
  93:19 96:7 136:15
**Absolutely** 44:8
  73:19
**accepted** 123:15
**access** 12:15,17,19
  18:16 67:16,21,23
  68:2,15 69:6
  135:17 136:16
  138:4
**accommodating**
  74:21
**account** 28:21
  37:25 38:13,16
  39:2 40:2 41:18
  41:20,20 42:16,22
  43:6,8,18 44:2,18
  44:22 50:25 53:12
  63:19 65:7,9,15
  67:10,16,21 68:2
  68:10,16,21,24
  69:7,19 70:13
  71:7 75:23 82:10
  82:10,16,18 85:6
  85:10,19 104:17
  104:17 105:21
  120:4 123:20
  125:7,12,14,20
  129:25 130:2,3
  132:23 141:12,22
  143:24
**accountant** 100:16
**accounts** 110:8
  112:17 114:7
  141:11,13,17,21
  145:17
**accuracy** 137:22

**accurate** 114:23
  126:7
**acting** 22:5 51:21
  139:11
**action** 5:16
**active** 124:7 130:2
  130:20,22 131:3,8
**actual** 137:10,10
**add** 89:23
**Additionally** 7:7
**address** 118:18,20
  118:21,23 120:20
**Adelphia** 72:12
**advice** 127:25
  129:15,20
**advised** 129:14
**affect** 9:20 12:7
**Agency** 72:13
**ago** 55:18 64:10,10
  64:25 72:11,14
  109:6 130:14,15
  144:5
**agree** 22:17 58:24
  63:9 83:20,22
  84:6 88:6,11
  90:17 99:5 146:11
**agreed** 146:4
**agreement** 56:24
  58:20,25 60:15,18
  61:3,5 65:24
  75:11
**ahead** 5:4 19:4
  38:15 44:15 48:6
  50:15 62:12 64:20
  84:17,23,24
  124:23
**al** 148:2
**alcohol** 11:20
**allow** 32:8
**allowed** 50:12
  75:10 145:19
**amended** 17:10,13
**America** 1:4
  105:17
**amount** 78:20
  79:10 80:10
  106:17,23 107:3

**ankle** 115:16
**answer** 6:18,21 7:4
  11:22 12:2 19:2
  47:5 51:18 84:19
  84:25 85:3 89:20
  90:14 91:17,19
  92:14,16,20
  110:19 114:9
  118:2 128:4
  129:13 134:13
  136:13 138:19,21
  143:17,18
**answered** 44:11,16
  45:7 80:18
**answers** 12:14
  18:17 147:10
**Anthony** 100:15
**anybody** 5:20 8:15
  12:24 14:14 20:12
  58:5,9,11 106:20
  122:21 133:20
**anymore** 21:12,15
  28:12 62:19
**anytime** 108:20
**anyway** 62:20,21
**AP** 142:11
**apart** 69:21
**apologize** 13:6
  26:14 57:19 66:7
  81:2 87:11 100:7
  100:11
**Apparently** 124:19
**Appearing** 2:12,19
**appears** 79:3 85:8
  85:14
**appreciate** 90:7
**apprise** 23:6
**apprised** 22:23
**approved** 102:23
  103:3,9
**approximately** 4:6
  112:22
**April** 47:12 82:3
  86:8
**architects** 121:24
**area** 116:18 117:12
  122:10,13

**areas** 117:6
**argue** 51:14
**argument** 90:17,18
**Ari** 2:4 5:4,5
**Ari.D.Kunofsky...**
  2:11
**Armenia** 12:14
  105:16
**arranged** 67:11
**Art** 27:24 28:2,3,12
  56:13,15,20 58:10
  64:4,5,7,13 65:17
  67:2,22,24 101:24
  102:3,17,19 103:6
  109:9
**Art's** 102:18
  121:23 122:16
**asked** 9:12 12:21
  12:21 13:25 19:8
  25:20 27:23 28:11
  32:22 61:2 64:7
  64:14,25 68:15
  81:3 82:6 87:12
  94:23 99:10
  104:16,19,19
  110:13 129:10
  136:17 141:8
**asking** 27:20 35:21
  46:25 48:5 61:7,7
  64:10 90:9,23
  92:24 93:5,10
  94:4,9,18,24
  109:10 127:7
  133:13 134:3
**asserting** 87:16
**assessment** 124:4
  124:15
**asset** 16:3,10,11
  27:11 38:20 39:18
  127:4,5 129:6,11
**assets** 53:21 56:4
  59:25
**assistant** 122:16,16
**assume** 16:13 31:25
**assumed** 56:2
**assuming** 77:14
**assured** 47:9 48:16

**attached** 86:10,25
  87:2
**attaching** 128:18
**attachment** 86:14
**attack** 9:24
**attention** 98:25
**Attorneys** 2:6
**Audio** 87:5
**authenticate** 92:23
  94:8,10,19
**authorization**
  86:10
**authorize** 50:19
  69:6
**authorized** 46:7
  53:17 62:14,16
  63:8 65:25 66:19
  114:10
**auto** 22:6 63:19
  68:19
**avoid** 89:4
**aware** 9:2,14 13:20
  13:21 46:25 55:17
  82:9,18 91:13
  93:6 114:2 118:10
  119:12 135:15,23
  137:12 139:12

## B

**B** 3:8
**baby** 127:16
**back** 7:22 25:11,15
  25:17 32:5,12
  43:11 47:12 49:4
  49:6 73:20 76:17
  76:19,22 80:9
  96:13 99:9 100:11
  101:7 111:25
  123:9,11 134:14
  136:2 139:6
  144:11,19,21
**bad** 8:2 10:7 36:8
  81:23
**ballpark** 113:4
**band-aid** 50:3
**bank** 41:2 42:16,22
  44:17,22 63:19

65:7,9,15 69:7
71:7 82:10 110:8
112:17 115:23
116:2,6 119:25
120:3,3 124:16
125:20 132:23
141:11,12,16,20
141:22,23,25
142:3,3 145:17
**banker** 82:15
**banking** 31:12
**bankrupt** 72:15
**barely** 71:4
**based** 86:21
**basic** 143:13
**basically** 32:7,16
39:11,15 40:14
73:6 102:3,11
103:12
**basis** 59:21 84:9,13
86:20
**bathrooms** 122:2
**battery** 41:11
**bear** 50:17 52:6
128:7
**becoming** 20:17
**bed** 119:4
**began** 107:15
**beginning** 9:6
**behalf** 2:12,19 5:6
5:8 26:16 38:19
46:8,15,22 47:15
50:20 51:21 53:9
65:25 89:15 90:11
92:20
**belief** 140:5
**believe** 5:13 74:5
**belonged** 127:14
**belonging** 79:13
**belongs** 110:15,15
**beneficial** 47:20
**beneficiaries** 19:19
19:21 47:14,19
48:8,10 51:22,24
53:19 73:2 79:21
111:4,6 112:25
113:25 127:2

**beneficiary** 40:15
**benefit** 47:14,23
48:7,10 73:2
79:20 111:3,6
**benefiting** 126:25
**benefits** 48:15
53:18
**best** 18:12 58:4
107:13 141:6
**better** 63:14 96:20
111:12 124:24
**big** 51:6 121:15
144:5
**bigger** 81:22
**bill** 79:15 116:16
116:20
**bills** 28:21 31:14
41:21 65:4 66:23
**bit** 7:8 15:10 16:7
24:18 25:21 51:22
63:13 69:21 73:20
86:12 107:10
110:23 121:11
134:15 135:4
**bits** 80:25
**board** 103:9
**boards** 27:15
**bookkeeper** 26:4
26:11,16 30:24
36:25 46:6 69:8
114:2,20 133:19
133:21
**bookkeeping** 33:19
34:10 102:15
133:7
**books** 48:14 57:13
71:13 139:17
**borrow** 40:2 73:13
**bottom** 60:2 77:25
**bought** 21:23
**Boulevard** 120:19
**bouncing** 30:7,9
**bouncy** 36:15
**Box** 2:7
**break** 6:15,19 8:3,5
10:8 25:11 36:4
36:10 48:2,6,23

49:9 66:10,15,16
76:8,10 115:14
123:2,3 144:9
145:25
**building** 81:12
117:5 118:14
120:21 121:9,11
121:15
**built** 127:11,15
**business** 33:2 57:14
57:20 80:4

---

**C**

**C** 2:1 147:2,2
**cable** 55:21 57:25
58:2,2 132:6,9,15
132:16,17 133:4,8
133:18 134:2,10
134:12
**Cable's** 133:5
**call** 6:22 35:21 54:2
144:12 145:5
**called** 4:15
**calls** 35:16
**camps** 30:10
**canal** 141:5
**capacity** 14:25
**care** 19:18 22:24
23:24 28:20 37:4
37:7,10 39:7,23
39:24 50:7 67:3
75:8,9
**carried** 60:23
**carry** 136:14
143:11
**case** 1:7 16:2 148:2
**cash** 42:13,14
112:23
**Cat** 82:23
**category** 74:3
**Catriona** 2:3 4:21
**Catriona.M.Cop...**
2:10
**cause** 147:16
**Caylob** 2:24 4:9
**certain** 30:19 115:2
144:11 145:22

**certainly** 100:22
**Certified** 147:6
**certify** 147:8
**chain** 86:2
**chance** 97:23
**change** 106:11
108:3 140:4 148:6
**changed** 28:10 29:3
29:5 107:14
**changes** 11:18
**charge** 24:4,6,10
26:9,11,19 27:9
31:15 32:7,8,8,16
33:8,10 37:14,17
46:5 57:10,13
76:2
**charging** 106:14
**Chas** 19:23
**Chates** 19:23
**check** 8:10 9:3
34:18 41:8,10,14
41:23 42:7,21
43:2 52:11,24
71:16 88:5,12,13
88:15,24,25
105:13 111:18
119:23,25
**checks** 105:18,19
**children** 19:22
141:3
**Chinese** 21:22
**chunk** 144:5
**civil** 5:16
**clarification** 17:19
87:8 94:16 98:22
129:9 136:5 137:3
**clarified** 35:14
**clarify** 15:4 24:21
25:25 76:22 77:17
90:9 120:13
129:19
**clean** 4:24
**clear** 6:19 9:6 14:3
16:8 23:3 27:25
33:13 60:25 61:12
62:10,22 66:8
72:13 75:24 77:18

87:15 104:8 115:6
115:9 132:9
145:11
**clearheaded** 10:18
11:16
**clearly** 6:21
**close** 136:21
**closed** 8:19,20
70:13
**co-counsel** 14:5
**co-trustees** 22:12
**coffee** 30:2
**collected** 112:21
**collecting** 61:21
**come** 7:6,20 32:18
73:5 123:24
124:14,16 134:14
144:11
**comes** 9:23 30:2
51:4 74:24
**coming** 33:6 38:22
67:4,8 70:17,20
71:2,9,11,19
75:25 95:5 143:25
**common** 117:5,12
**communicate**
29:24 35:4 76:3
105:6,9,10
**communication**
35:11 90:21
**companies** 50:5
55:14 69:10,10
71:24 72:6,18
73:22,25,25 80:5
102:20 109:7
**company** 21:23
43:14 49:18 60:3
63:25 65:19 67:15
72:13 73:13,15,23
74:8 75:2 102:16
117:2
**competitive** 107:6
**complain-** 111:24
**complaining**
111:24
**completely** 10:6
50:17 74:8 82:17

99:22
computer 147:11
con- 122:17
concern 51:20 68:4
concerned 51:23
   71:18 139:2
concerns 104:22
confer 27:8
conference 122:18
confirm 87:5,12,17
   87:18 93:11
confirmed 87:10
confirming 87:20
confused 24:18,24
   115:8 116:25
   125:25
confusing 7:8
   65:12
confusion 16:5
connection 7:16
   25:22
consider 73:21 74:2
considering 146:3
consistent 61:10
constantly 31:13
contact 64:9 87:24
   104:22,25
content 90:24
context 84:14 89:9
   90:18 91:11 99:21
   121:12 134:6
continue 10:4
   62:12 64:18 94:3
   94:14 95:14 97:17
   103:5 124:23
control 22:14 26:22
   49:15 60:3,4
   61:19,20 62:7,15
   62:18 63:12
controlling 50:11
   62:8
controls 58:6
convenient 34:7
conversation 22:19
   47:13
conversations 35:5
converse 34:22

Coppler 2:3 3:5
   4:20,22 5:12 6:5
   11:10,12,14 14:17
   14:18 16:23 17:5
   17:8 25:10,18
   46:18,24 47:6
   48:22 49:7,8
   51:19 52:4,10
   59:17,23 60:6,9
   60:13,19 61:11
   76:7,12,20 80:22
   83:8,11 84:9,18
   84:22 85:17 86:7
   86:23,24 87:9
   89:11,14 90:6
   91:6,15,20,22
   92:2,8,10,18 93:5
   93:14 94:2,9,14
   94:23 95:2,14,20
   95:23,25 98:23
   107:24 108:10
   122:25 123:5,12
   123:13 128:5,10
   138:24 140:21
   143:20 144:8,15
   144:22,23 146:11
   146:15
copy 21:14
corner 120:6
Corp 99:3
correct 18:8 24:5
   27:5 37:22 42:17
   55:23 63:3 74:13
   74:14 77:8,9 83:6
   84:19 85:6 86:10
   86:15 87:3 89:2
   99:14 117:10
   125:16 129:16,17
   134:22 135:6,10
   140:10 141:19
   147:13
correctly 39:15
   72:23
correspondence
   128:18
costs 71:5
couches 119:6

counsel 14:6 46:24
   84:10,25 86:23
   90:6 91:23 94:15
   147:15
countries 30:18
country 30:19
couple 9:11
course 10:6 37:15
   79:14
court 1:1 4:12
cover 38:4 69:17
   73:6
covered 69:20 70:5
   70:10,11 74:18
   126:9,10,12 143:2
   144:10
covers 71:4
COVID 34:24
   107:12 113:12
create 19:8
crosstalk 89:18
   91:8 92:9 94:11
CSR-4757 1:24
   147:22
cured 112:3
current 110:20
   111:4
currently 20:15
   50:20 55:7 63:7
   75:14 100:5
   105:19 122:21
   125:2
cut 80:24 122:20
   124:22

_____

                  D
d/b/a 132:13,14
dad 19:8 56:13
   103:7 104:20
   105:24
dad's 102:21,22
   121:22 122:14,15
   122:21
Dag 120:18
date 12:20 61:10
   96:24 147:9 148:3
daughter 113:13

140:25
day 29:18 73:7
   144:10,12 145:10
   148:23
days 121:7
DC 2:8
deal 10:24 51:6
   104:13 113:22
   146:2
dealing 54:16 68:21
December 19:13
   61:17 75:19
   134:21
decide 20:4 31:17
   31:18 126:19
   127:19
decided 106:2
decision 67:20
   133:17
decisions 23:5,6,10
   23:14 26:16
deed 77:4,6,13
Defendant 1:10
   2:19
define 32:10,22
Department 2:5
   4:22
depends 116:17
depiction 79:6
deposed 113:23
deposit 112:19
deposited 67:7
deposition 1:14 4:8
   5:2,15,18,21 6:7
   7:13,18 8:9,12 9:9
   9:16 12:12,25
   13:19 15:12,15,20
   16:5 17:3,10,14
   50:12 55:18,20
   64:6,12 84:15
   95:8 99:16 100:24
   106:23 107:3
   109:18 110:10
   116:7 131:14
   139:23 140:3,23
   145:2 146:3,16,22
   147:8

describe 28:17
description 3:10
   47:21
designate 91:7,16
   92:13,15
designated 15:23
   23:22 90:10 92:17
designation 20:23
details 47:13
development
   127:11
devices 8:11 9:4
dialogue 90:19 91:4
diclofenac 10:17
died 29:6,7 67:11
   70:12
different 30:18
   39:12 40:18 54:7
   82:17,17 90:4
   94:22 105:22
   122:11 145:14
differentiated
   71:12,14
difficult 95:6
   113:19
direct 34:16 61:25
directing 98:25
directly 117:8
disagree 22:17
disappeared
   139:15
discoverable 146:6
   146:9
discovery 12:20
   15:19 89:9 128:19
   134:5 137:15
discuss 11:18 21:8
   22:16 34:25 92:2
   99:16 143:23
   145:22
discussed 12:7
   13:12 15:10 21:10
   21:11 56:4 79:6
   98:16
discusses 83:17
discussing 49:10,12
   83:18,22 100:19

discussion 146:2
discussions 146:5
distinction 63:11
distinguish 71:8
distortion 87:5
distractions 8:8
distributed 112:23
   112:24 113:5,8
distribution 114:5
   114:8,12,13,16
   115:3,5,21
distributions
   113:25 114:3
DISTRICT 1:1,2
divide 116:20
Division 2:6 4:23
divorce 140:18
doc- 142:20
doctor 101:11
   121:17
doctor's 103:4
document 84:3,14
   89:3,4,5,6,8,22,25
   90:3,5 91:10
   92:12,23,25 93:3
   93:7,11,22 94:8
   94:20 95:19,22
   96:5,14,15 97:16
   97:23 99:23
   128:13 134:19
   135:11 137:8
   138:25 140:9
   142:21
documentation
   91:2
documents 8:21 9:3
   15:11,15 18:16
   32:24 40:8 92:5
   140:12 146:7
doing 34:19 36:19
   39:25 43:22 50:16
   53:6,9 69:11,14
   69:15 133:7,9,10
dollars 81:15
   123:17,24
door 8:19,19
doubt 137:21 145:6

downstairs 121:18
   121:19
Dr 101:12 102:25
   104:15 111:18
   121:17
draw 41:15
drive 121:14
drugs 11:20
due 78:16,20 79:11
   98:3 123:21
duly 4:16
duties 28:18
duty 16:25 47:18
   90:14 92:4,5

———————
E
———————
E 2:1,1 3:1,8 147:2
   147:2
e-mail 21:17,21
   77:25 78:5 81:24
   83:4,5,21 84:5
   85:4 86:2,13
   87:18 88:4,11
   90:24 91:17 96:22
   96:25 98:2
e-mails 21:24 35:8
   92:3
earlier 24:19
earliest 96:22
early 11:2
ears 75:8
earthquakes
   113:13 140:17
   141:4
easement 40:19
Eastern 4:7 146:18
eight-year 140:9
either 27:10 35:15
   37:8 51:4 55:15
   67:22 74:23 95:12
   147:15
electric 66:23
electricity 69:23
electronic 5:19
   8:11 9:4 105:17
elevator 122:3
Elz- 13:2

Elza 2:23 5:13
   12:22
employ- 43:13
employee 33:14,16
   33:17,18 34:2,11
   34:15 38:4 44:10
   49:11,25 50:2,4
   53:3 69:2,6,9
   74:11 109:24
employer 43:16,17
empty 121:20
ends 146:22
engaged 57:15,21
engineers 121:24
ensure 47:19 68:6
entered 103:11
entire 96:19
entities 39:19 45:3
   47:16 80:6
entitled 9:4
entity 14:15 48:9
   48:12
entity's 45:4
ERRATA 148:1
especially 48:16
   113:21 121:7
ESQ 2:3,4,14
essentially 24:4
established 19:6,14
   19:25 53:20 60:12
   106:5,6
estate 19:15,15
   20:4,7 78:16 79:4
   79:11,22,23 80:10
   81:8 82:21 83:3
   83:17,23 85:10,20
   86:3 90:12 98:3,7
   99:11 100:14,20
   101:5 123:20
estimate 113:4
et 148:2
evenly 22:13
event 147:16
eventually 72:3
everybody 4:25
   6:22 7:3 144:13
   146:11

everything's 31:25
ex-husband 141:2
exactly 101:24
exam 142:9,11,12
EXAMINATION
   3:5 6:4
examined 4:18
example 23:17
   31:23 35:20 40:9
   54:23 106:10
excuse 59:3
exhibit 17:25 52:6
   76:25 77:22
   119:20,21 127:20
   131:24 132:3
   134:16
Exhibits 3:13
existence 91:2
expect 80:9
expected 9:8
expeditions 30:11
expense 42:12
expenses 38:5
   39:24 45:4 48:8
   53:5 69:18,22,24
   69:25,25 70:4,6,7
   70:10,18 71:10,11
   71:20 72:25 73:6
   75:25 126:10,12
   135:25 143:3,22
   145:4
expensive 103:24
experiences 27:12
expert 130:9,13
explain 108:4
   121:11
explained 43:23
explanation 139:5
extent 47:7 145:15
   145:16
eye 11:13
eyes 75:7
eyesight's 81:23

———————
F
———————
F 147:2
fabulous 109:10

fabulously 108:16
face 35:3,3 83:5
fact 14:10 40:18
   84:4 127:13 146:3
fair 39:19 47:21
   63:4 73:3 79:6
   123:14,19 124:8
   124:12
fallen 111:15
falling 111:21
familiar 115:4
familiarize 93:18
familiarized 142:9
familiarizes 93:19
family 71:23 72:5
   72:18 73:22,25,25
   75:2 79:14 126:18
family's 50:5
far 40:20
farm 54:4 100:15
farther 76:21
father 20:2 70:12
   79:16 106:5 109:8
   127:8 141:2
father's 67:2,10
   126:17,22 127:9
fault 66:7 136:17
favor 33:19 53:6,16
favors 75:7
February 1:16 4:3
   4:6 101:25 148:3
federal 129:3,6,11
feel 10:22
feeling 10:18
felt 108:19
figure 49:19 50:8
   53:4 61:8 64:11
   70:3
file 125:5 127:25
   129:3,6,21,23
   131:9 137:12,14
file- 30:25
filed 125:9,20,21
   126:5 129:11
files 12:15 13:5
   30:25 116:6 133:5
   133:18 135:18,21

135:25 138:5
141:9,11 145:16
**filing** 54:19 131:4
**finally** 65:5,11
**finances** 139:3
**financial** 133:3
134:11 136:16
**financials** 133:17
**find** 21:2,16 31:6
55:3 108:21 137:2
**finish** 26:14 48:5
62:7 92:10 94:5,6
**FIRM** 2:15
**first** 4:16 18:4
19:25 21:7 53:20
66:8 67:9 74:24
82:7 89:7 105:23
106:14 122:4
126:3 127:10
133:24 136:3
**fit** 9:15
**five** 100:6 101:10
**fix** 126:24
**fix-up** 42:11
**fixed** 112:3 122:5
124:18
**flip** 96:3
**floor** 116:18 122:3
122:4,4,8
**focus** 56:8 57:8
**follow** 35:22
**follows** 4:19
**foot** 101:11 103:3
121:17
**foregoing** 147:10
**forever** 126:18
**forget** 35:24
**forgot** 100:12
121:18
**form** 82:24 84:12
86:20 108:7
138:20 140:9
143:16
**formal** 61:2,3
**formation** 72:9
**former** 140:4
**formerly** 132:20

**forth** 98:2 147:9
**forward** 6:3 10:23
11:17 12:22 90:7
140:15
**forwarded** 83:9,16
83:21
**foundation** 82:25
83:6 86:21
**four** 100:6 101:9
130:17 139:25
140:22,24
**fourth** 17:18
**Frankly** 110:19
**Freehold** 120:19
**frequently** 29:20
29:22
**front** 8:22,24 95:8
141:4
**fronting** 74:17
**frozen** 25:6,8
**full** 28:2 107:11
147:12
**function** 72:15
**functioning** 62:19
63:25 64:4 65:18
67:14 72:19
102:17
**funds** 38:21 44:18
44:21,21 45:2
**further** 5:20 82:24

———————
**G**
**Gandolfo** 25:23
33:21,25 35:4,10
36:13,17 41:9,24
42:3 46:3 74:11
145:3
**Gandolfo's** 55:18
**gas** 52:25 53:13
69:23
**Gayane** 19:22
**general** 117:4
**generally** 102:24
116:5
**generate** 127:6
**generated** 126:4
**generating** 125:13

126:15
**gestures** 30:14
**getting** 20:7 32:5
39:3,4,5 69:20
116:25 125:25
**giant** 122:13,17
**girlfriends** 30:8,10
**give** 9:15 12:7 41:4
67:20 68:16 69:5
115:12 119:19
124:14,16 127:18
128:5 131:21
134:16 137:17
**given** 84:3
**go** 5:3,20 6:3,7
10:23 11:17 18:20
19:4 31:5 32:19
38:15 39:16 44:15
48:5,23 50:15
62:12 63:12 64:20
66:14 71:3 72:3
76:12,21 82:23
84:17,23,24 95:15
96:11,13,23
100:11 105:7,19
105:23,25 106:10
115:23 121:19
122:5 124:23
132:16 134:15
136:2,4 139:16
**God** 71:3
**goes** 10:21 11:9
18:7 30:10 52:22
122:3 132:16
**going** 5:18 6:2,7,8
11:5,7,17 12:2
14:6 16:5 17:17
22:17 23:13 25:13
25:19 30:18 31:25
32:12 40:17 42:20
45:16 46:20 47:2
49:2 50:12,14
56:8 58:23 59:5,7
59:8,20 61:9,25
64:11 67:9,9 68:7
68:8 71:3,9,11
73:10,10,20 76:15

76:25 77:21,24
79:14,17 81:18
84:24 85:22 86:19
88:2 89:19 90:7
91:6,15 92:13
95:14 97:17,17,23
99:9 101:7,23
103:5,17 108:18
119:9 123:7
126:23 127:16
128:22 134:14,15
134:15 135:3
138:8,8,10,21
142:8,10 144:2,17
145:9 146:2,16
**good** 4:20 34:9 36:5
36:6 45:6 65:8
76:8,11 123:2
**gotten** 89:21
**Grand** 55:21 132:6
132:9,17,22,23
133:4,4,8,11,18
134:2,10,11
**grandchildren**
19:10,18,22
126:23
**grandfather**
127:15
**Great** 146:20
**Grigoryan** 2:23
5:13
**gross** 134:24 136:9
**ground** 6:8
**grow** 126:19
**guess** 22:7,23 35:8
36:20 60:23 70:8
70:14 72:8 101:13
103:6 107:25
117:19 123:23
127:7 135:12
**guy** 26:5 58:8
**guys** 25:5 49:19
90:20

———————
**H**
**H** 3:8
**hairdresser** 101:12

103:2 104:5
107:17 121:16
**Hammarskjold**
120:19
**Hanamirian** 2:14
2:15,23 5:7,7
10:25 11:11 14:6
16:20 25:2 46:9
46:11,14,21 51:13
59:15,18 60:4,7
60:11 61:6 80:20
82:23 83:25 84:8
84:11,20 85:12
86:5,18 88:18,23
89:3,12,16,19
90:16 91:9,18,21
91:24 92:7,15,19
93:10,24 94:4,12
94:17,24 95:13,18
95:21 107:20
108:6 128:3
138:17,19 140:8
143:15 146:14,20
**hand** 30:13
**handle** 7:20
**handled** 67:4
**hands** 136:18
**hang** 90:20
**happen** 47:9,10
**happened** 11:2
29:21 44:25 60:24
93:4 115:4 136:23
137:5
**happening** 23:10
**happens** 9:24
140:18
**happy** 6:16 8:4
36:10
**hard** 19:16 25:22
**Hasmig** 77:7
120:11,18
**hat** 90:20
**Havighorst** 28:3
58:10
**head** 7:5
**health** 113:14
141:5

hear 6:12,23 7:3
  13:10 22:2 80:12
  80:13,13,14,14,20
  80:23,24
heard 21:8 80:25
hearing 133:25
heating 103:22
held 111:25
hell 14:2
hello 44:14,14
help 34:6 36:21
  55:8 64:11 75:4
  96:9 121:12
helpful 35:2 55:11
  114:22 121:10
helping 34:2 36:13
  36:17 37:20 38:6
  38:7,8 48:13,14
  74:12
helps 45:9 75:4
hereinbefore 147:9
Hi 105:8
highlight 52:16
  120:7
highlighting 83:9
hold 14:23 41:12
  41:12 141:15
honest 32:4 113:10
honestly 11:22 12:3
Hopefully 101:13
horrible 9:23 10:5
hospital 140:25
hours 11:21
Hov- 60:14,20 72:7
HovBilt 72:12
  102:6
HovBilt's 72:15
Hovnanian 1:9,15
  3:4 4:1,8,14,21
  5:1,8,10,17 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1,17
  14:1,19 15:1 16:1
  17:1,9 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1

29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1,7 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1,16
  74:1 75:1 76:1
  77:1,7,7,8 78:1
  79:1 80:1 81:1
  82:1 83:1,12,15
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1,16 92:1
  92:13,16 93:1
  94:1 95:1 96:1,2
  97:1 98:1 99:1,3
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1,3 119:1
  120:1,8,11,11,14
  120:18,18 121:1
  122:1,7 123:1
  124:1 125:1 126:1
  127:1 128:1 129:1
  130:1 131:1 132:1
  133:1 134:1 135:1
  136:1 137:1 138:1
  139:1 140:1 141:1
  142:1 143:1 144:1
  145:1 146:1 147:1
  148:2,4,21
HovSat 23:18,19
  23:21,22 24:5,7,8
  24:10,20,22 25:24

26:2,9,17 37:25
  38:4,7,8,11 39:2,4
  55:22 56:18,21,25
  57:3,10,15,21,25
  58:6,25 59:24
  60:5,9,15,21
  61:12,15,21 62:8
  62:23 63:8,15,18
  65:2,4,5,21,24
  66:3,5,18 67:12
  67:16,21 68:2
  69:7 70:8,9,11
  71:7,11 72:2,21
  72:25 73:9 75:14
  76:4,5 80:3
  101:15,17 102:4,5
  102:7,8,8 104:18
  104:20 105:24
  109:12 125:14,18
  132:14,20 141:25
  142:4 145:4
HovSat's 64:23
  71:20 110:8
  125:20
How's 51:17
Howell 78:17
hurts 115:16

I

ibuprofen 10:16,19
idea 69:13 113:7
  133:22,24 134:13
identified 146:5
identify 14:8
  131:24 132:2,4
  134:19
immediately
  106:11
impact 10:10
impede 11:22
important 82:13
improper 68:9
improvements
  103:21 108:18,23
in-person 35:16
inception 54:11
include 12:19 82:22

100:9
including 100:9
income 70:16 71:9
  71:10,18 72:24
  80:8,11 81:4,6,9
  81:11 112:24
  125:5,10,13,17
  126:4,5,9,11,15
  127:3,6 129:4,6,7
  129:11,12,21,23
  130:4 131:4,9
  135:6,13,24
  136:20,20,24
  139:7,12 140:6
  142:15,18,23,24
  142:24 143:2
increase 107:19
  111:9
increased 108:12
indicate 100:25
indicated 126:3
  127:24
indicates 78:17
inform 21:4 37:7
  101:22
information 14:11
  87:25
informing 31:13
  88:5
inherited 64:2
instance 54:19
instances 111:21
instruct 89:20
instructing 84:19
  84:21
instruction 25:2
instructions 7:10
instructs 85:3
insufficient 44:18
  44:20,25
intending 85:9
intent 107:11
interconnected
  39:9
interest 40:11,13
interested 147:15
interesting 119:3

119:14,16,17,18
  119:18
International
  73:16
internet 7:16
interpret 93:2
interrogatories
  126:3 127:22,24
interrogatory
  12:13 18:16
  128:23 129:2,10
interrupting 64:19
  86:22
interruption 70:22
interruptions 7:14
introduce 5:3
introduction 84:13
involved 22:24
involves 16:2 47:4
IRS 111:19
issued 88:6,12,13
  88:15,24,25 129:2
issues 7:19 104:22
issuing 103:17
items 8:22

J

January 77:14,19
  134:21
Jersey 1:2 2:17
  72:12 120:20
jmh@hanamiria...
  2:18
Joanne 101:12
  121:17,18
Job 1:25 148:5
John 2:14 5:7
  12:22 13:2,11
joint 58:19,24
judge 107:22
jump- 25:4
Justice 2:5 4:23

K

Karabakh 30:21
Karen 23:23 24:13
  24:16,23 25:23

26:4,9,15 27:7,23
28:11 30:24 31:5
31:18 32:7,15
33:14,21,25 34:11
35:4,10,18,21
36:12,17 37:19,20
37:23 40:7 41:9
41:24 42:2,14,24
43:21 44:22 45:17
46:3,4,5,7 47:8
49:13,14 52:12
53:3,8 55:17
57:12,12 58:5
65:3,16 67:6,17
67:20 68:11 69:2
71:12 74:11,17,24
75:3 76:6 100:10
102:2,14 104:23
105:2 106:19,22
107:2 109:16,17
109:23 110:7,9
113:24 114:2,20
118:8 121:6,21
130:5 131:12,18
133:7,19,21 138:4
138:13,15 143:10
145:2
**Karen's** 49:11
74:15,21 117:24
134:6 139:2
**Kataya** 19:23
**keep** 11:13 21:19
21:20 31:10,18,19
31:24 40:5,9,22
40:24 50:16 59:7
73:17 112:9
114:23 126:15
**keeping** 48:14
71:13
**keeps** 31:20 143:10
**kept** 108:16
**Kevin** 23:23 26:4
58:7
**kicked** 7:16
**kids** 22:25 72:4
126:18
**killers** 9:21

**kind** 9:24 10:14
22:18 23:14 31:9
31:11 32:4 54:24
57:14,20 63:15,20
69:24 101:2
103:10 130:9
139:5 142:12
**knew** 66:22 72:8
114:23
**know** 5:22 6:6,12
6:16,24,25 7:19
7:23,25 8:4 9:18
9:25 10:3,3,4 11:7
12:16 13:12 16:9
18:13 19:2 20:8
20:21,22 21:13
22:8,8 23:11,12
23:19,23 24:11,15
26:3,18,18,20
27:9,14,18,20
30:4,5 31:22
32:21,21 33:8
35:19 36:7 37:2
37:13 38:5,13,17
39:4,10 40:15,17
40:20 42:5,10
45:22,23 46:10,13
46:16 49:17 50:22
51:11,15,16,17,23
54:6,15,19,19
55:5,25 56:23
57:14,20 58:13,14
59:21 60:24 61:3
62:11,18 63:25
64:2,2 65:10,11
65:12,24 66:3,5
66:18 67:11,13
68:6 69:19,23
70:9,9,14 71:14
71:25 72:14 73:9
79:15 82:8,22
84:5 85:21 87:19
88:14 90:16,25
93:3 98:11 99:13
99:19 101:24
102:17 103:5
104:15,16 105:8

105:16 106:18,20
107:5,9 108:24
109:5,14,15 110:5
110:6,7,18,19,23
113:4,9,10,16
114:9 115:13
117:5 119:8,8,9
120:8 124:3,16,20
125:4,24 126:9,24
130:13 131:3,8,11
132:15,19,21
133:9 134:6
135:10 136:13,23
137:5,7 138:15
139:12,15,18,19
139:21 140:19
142:11,12 143:12
**knowing** 83:3
90:21 115:19
**knowledge** 55:16
55:25 58:4 107:13
107:16
**knows** 90:3
**KSG005** 58:18 63:6
**KSG009** 119:22
**Kunofsky** 2:4 5:5,5

—————————
**L**
**lags** 7:15
**land** 81:11
**lands** 100:15
**large** 79:10 80:10
81:8 122:10
**Law** 2:15,23
**lawsuit** 102:3
**lawyer** 102:21
130:10
**leading** 112:5
**learned** 22:10
27:19
**lease** 104:6,14
**leases** 103:10,14,18
104:13 107:15
**leaving** 146:17
**led** 29:4
**left** 67:25 126:23
**leg** 115:15

**legacy** 126:22
127:9
**let's** 10:20 25:10
48:22 57:8 66:14
109:6 111:14
**letter** 21:3,6,14,15
81:13 86:10
123:25 128:17
**letting** 7:25 33:8
52:16
**lien** 78:18
**life** 140:16
**lifted** 115:15
**limitations** 95:7
**line** 52:16 92:14
**link** 7:17
**list** 72:5,8
**listed** 17:3,25 18:11
18:18 99:6
**listen** 91:22 95:4
**litigation** 13:20,24
141:17
**little** 6:23 24:18
25:21 54:7 63:13
70:2 73:20 86:12
107:9,10 113:16
121:11 122:15,18
124:13 136:22
137:23
**lived** 72:11 118:25
119:10
**lives** 19:17 118:11
**living** 30:4,5
113:20 118:24
119:14,15
**loan** 86:15 87:2
114:5,15 115:2,7
115:11,12,21
**loaned** 39:22 74:10
**loaning** 40:4
**loans** 40:6,10
**located** 121:5,6
**location** 24:8 32:18
33:8
**log-in** 68:16
**long** 21:18 31:21
58:12 60:22 64:25

66:22 70:14 72:11
72:14 103:2,4,25
106:8 130:15,16
133:22 144:5
**longer** 38:11 58:10
62:20 76:4 101:23
**look** 31:6 49:19
95:9,11,16 115:23
115:24,25 116:5
137:9,11,19 138:8
138:9 139:16
140:20 145:17,19
**looked** 141:20
**looking** 31:7 139:8
**looks** 41:23
**Lori** 88:5
**loss** 111:10 132:7
134:20,23 139:8
**losses** 140:2
**lost** 21:17,23,24,25
**lot** 7:22 9:21 21:20
23:13 27:20 55:5
70:20 71:5 73:4
74:10 75:6 103:20
103:22,23 111:25
112:6 113:18
117:4 136:18
140:18
**Lots** 27:24
**loud** 6:25
**louder** 7:2
**low** 41:11
**LP** 87:2

—————————
**M**
**M** 2:3 3:1
**maid** 42:8,11,12,14
**Main** 2:16
**maintain** 30:22
**maintained** 109:4
**maintaining**
108:24
**maintenance** 26:5
28:22 37:3 69:24
69:25 108:15
**majority** 139:10
**making** 23:3 26:16

61:23 108:17,23
127:2
**mall** 23:12,17,20,23
24:9,15,22 25:23
26:3 31:2 33:22
33:24,24 37:3
42:9 53:22 56:9
56:11,16,25 57:3
57:9,17,22,24
59:25 60:10,16,22
61:13,16,21 62:8
62:21,23 63:17
64:24 66:4,20
67:5,8,15 69:7
70:6,7,17,18,21
71:8,9,10,10,19
73:7,11 75:15,21
76:5,24 77:11,18
78:12 79:5,9 80:4
80:8 81:5,9 85:11
85:20 98:4 99:12
99:18,21,25 100:5
100:20 101:9
104:10 106:7,9,14
109:13 117:15,17
118:6,8,11,15
120:12,24 121:13
123:15 126:11,14
134:20,24 135:5
136:21,25 138:2,3
140:5,14 142:14
142:18 145:4,15
**man** 56:15 102:22
**manage** 48:14 55:5
61:13,15 76:5
**managed** 56:12,17
56:18 58:2 65:4
**management** 56:24
60:15,18 62:7
63:20 64:23 65:23
139:2
**manager** 56:21
65:2
**manages** 26:3 58:2
59:24
**managing** 23:16,20
23:23 24:9 38:9

55:8 57:15,22
60:10,22 62:3,4,9
62:20,25 63:3,12
67:15 75:14,18,21
**manner** 34:6
**March** 52:17 78:9
97:5 103:17
**marked** 17:6 41:6
52:9 58:18 59:9
77:3 78:3 98:15
119:22 128:12
131:23 134:18
**market** 107:6
123:14,19 124:9
124:12
**matter** 17:11,15
72:24
**mean** 10:25 12:2
18:21 20:8 22:22
26:18,19 28:2
29:2,16 30:12
31:13 32:20,21
34:22 40:14 47:9
47:12 51:13 52:12
55:4 57:12 58:14
61:23 62:15 64:3
66:22 79:12 82:24
82:25 84:2,3,8
85:12 88:19 89:7
99:22 102:14
104:4,19 105:15
107:22,25 109:5
115:22 116:3
117:16 119:12
120:14 127:15
130:17 131:16,17
135:9 138:21,22
138:25 141:6
142:9,25 144:2
**Meaning** 34:14
**means** 5:19 35:11
90:19 93:12 111:8
**meant** 30:13 33:9
**Medical** 99:3
**medications** 9:19
10:9
**medicine** 10:19

**meeting** 35:3
**mentioned** 9:18
21:13 29:10 32:15
35:12 38:18 75:13
80:3 81:4 109:20
**mess** 14:2
**message** 83:10,14
83:16
**Michele** 81:25 82:6
82:7,20 83:21
86:9,14 87:12
**milligrams** 10:16
**million** 81:15
123:17,24 124:6
**minor** 113:2
**minute** 56:9 88:14
**minutes** 48:3,4
66:11,17
**mispronounced**
5:14
**missing** 69:18 71:3
**mixing** 80:5
**mom** 22:24
**moment** 36:20
**Monday** 1:16 4:3
82:21
**money** 28:21 37:25
38:25 39:2,11,16
39:22 40:4 43:7
43:18,25 45:10,11
45:17,24 47:2
48:17 50:25 52:25
53:11,13 61:24
67:4,7,11 68:7
70:19,20 71:2,5
73:11,13,17 74:10
82:20 85:5,9,19
86:3 98:6 99:11
114:6,10 115:6,10
139:14 143:24
**monies** 73:5
**monitoring** 54:15
**month** 54:23
103:13,13
**months** 78:11
112:2 140:22,24
**Moorestown** 2:17

**Morgan** 82:9,13,15
129:25
**MorganStanley-...**
81:19
**MorganStanley-...**
78:3
**MorganStanley-...**
85:23
**morning** 4:20 11:2
**mother** 20:2 29:6,6
127:8
**mouthful** 16:7
**move** 50:10
**moving** 42:10

## N

**N** 2:1 3:1,1
**Nagorno** 30:20
**name** 4:9,21 28:2
43:14 118:5
**names** 54:2
**narrow** 54:22
111:14
**nature** 40:12
**necessary** 108:22
**need** 6:15 8:2,3
35:14 36:10 39:6
41:21 48:2 51:14
65:6 66:10 81:22
83:6 85:19 93:2,3
98:10 103:24
108:15,19 115:14
127:19,25 130:5
145:15,17
**needed** 24:14 39:17
43:6,24 45:10
50:6 51:6 68:23
68:23 74:16 86:3
98:11 114:6
115:10
**needs** 82:20 108:15
122:19
**neglected** 120:25
**neither** 84:4
**nephew** 55:10,12
113:3 114:6
**net** 129:4,12 130:4

135:5,13,16
136:20,20,24
137:6 139:7,12
140:6 142:14,18
142:23,24,24
**never** 68:18 99:23
101:2 104:5
135:25
**new** 1:2 2:17 72:12
103:7,17,22 104:6
104:14 120:19
**nicely** 124:18
**Nina** 1:15 3:4 4:1,8
4:14 5:1,8,10 6:1
7:1 8:1 9:1 10:1
11:1,2 12:1 13:1
14:1 15:1 16:1,20
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1,18 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1

107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:4
148:21
**Nina's** 14:7 83:4
**Ninachka@Nina...**
21:22
**nodding** 7:5
**normal** 95:8
**Notary** 147:7
148:25
**noted** 4:10 112:19
**notes** 35:15 115:24
147:13
**notice** 17:3,10,14
17:21 146:6
**notifies** 32:19
**notify** 37:4
**Number** 3:10 99:2
128:24 129:2
**NY** 73:21 85:5,19
87:2 98:7

**O**

**O** 3:1
**object** 14:7,16
82:24 86:18
138:20
**objecting** 84:11
**objection** 46:9,12
46:21 84:10 86:6
86:19,20 107:20
108:6 138:17
140:8 143:15
**objections** 90:8
**objects** 5:21

**obligation** 90:24
**observing** 5:15
**obviously** 52:12
79:17
**occurring** 145:23
**offered** 3:13
**office** 2:7 32:18
52:20 102:18
117:14,20,22,25
118:3,5,14 119:5
120:8,12,14,15,21
120:22,23 121:4
121:20,22 122:7
122:14,22
**offices** 120:16
122:11,12,15
**oh** 16:22 52:21 71:3
89:2,22 96:16
119:18 121:18
**okay** 6:2,9 7:24 8:6
9:10 10:13 11:12
11:16,25 14:13,14
14:17 17:5 18:7
19:4 20:9 23:2
24:14,18 27:5
29:16 30:16 32:5
32:23 33:11,25
36:7,9 38:10 40:2
41:14 42:14 43:10
43:15,18 44:2,16
45:11,20 47:10,11
47:23,25 48:4,21
49:15,20 50:6,7
50:15,18 51:2,9
52:14,15 55:4,12
55:20 56:6,10
57:8 58:17 59:4,5
59:6 60:11,20
61:12,25 62:5,10
62:17,22 63:4,5
63:11,21 65:23
66:12,13,15,18
68:20 70:24 71:13
72:5,20 73:11,24
75:5,17,20 76:12
77:13,20 78:7,11
78:23 79:2,8 81:2

81:18 82:6,9,19
83:8,14,19,20
84:7,17,18,23
85:2,4,7,8,18,22
85:24 86:12 87:19
87:22,23 88:4,9
88:10,17 89:2,14
92:7 93:5,9,14
94:2 95:4,20,23
96:10,21,24 97:3
97:5,9,11,13,14
97:15,19,20,21,22
97:25 98:8,14
99:9,15,24 100:3
100:23 101:7,11
102:4,8 104:7,24
105:14 106:20
109:5,12 111:20
112:8,21 113:17
114:25 115:14,17
117:7,14,21 118:4
118:10,13 119:11
119:13 120:2,6
121:3,13,13 125:2
126:14,22 127:21
128:5,9,11,17,22
129:10,23 130:7
131:2,11 132:8
133:2,16,22
134:17 135:8
136:12,23 137:8
137:17,18 138:7
139:18,20 141:23
142:6,13 143:4,22
144:8,14,15 145:9
145:19,23,24
145:25
**old** 19:24 20:7
127:12

**OMNIPROD-125**
59:10
**Omniverse** 58:25
59:2
**on-site** 31:13 37:2
**once** 52:23 90:12
93:18 104:16
**ones** 53:25

**ongoing** 86:20
**online** 31:12
**onward** 130:23
**open** 68:20,24
102:12,12 146:4
146:17
**opened** 38:11,16
39:20 65:7,13
104:17
**operated** 24:16
102:14 110:17
**operates** 46:17 58:5
**operating** 23:13
47:20 50:21 66:21
72:18 75:24 107:9
**operation** 73:7
**operational** 49:18
71:5 101:17,19
**operations** 29:18
61:20 70:8,10
**order** 41:24 42:24
**organi-** 26:3
**organize** 45:25
**organized** 19:9
23:11
**original** 20:10
**outbuilding** 121:16
**outbuildings**
121:14,15
**Outside** 70:22
**outstanding** 79:4
79:10,22 81:8
**oversight** 34:12
**owed** 39:10 74:23
81:16
**owes** 39:11
**owing** 123:21
**owns** 55:21,25

**P**

**P** 2:1,1
**p.m** 123:6,8,9,10
144:16,18,19,20
146:21
**Pachava** 16:3,10,11
27:11 38:19 39:18
82:16 125:21

129:6,11,24,25
**Pachava's** 40:18
127:23
**page** 3:3,10 17:18
17:20 42:21 58:22
59:9 78:2,2 85:23
87:23,25 96:19
128:7,9,23 135:4
136:2,3,10
**PAGE/LINE** 148:6
**paid** 28:21 31:14
37:23 39:3,4
41:22,23 42:14,24
43:6,7 45:10
50:22,23,24 51:7
53:12 65:5 79:17
81:17 98:12 115:7
122:5 143:23
**pain** 9:21,22,24
12:9
**painful** 115:15
**painkiller** 10:15
**painkillers** 7:23
**pandemic** 110:24
**papers** 21:16 32:18
32:24
**paperwork** 33:7
**pardon** 43:23
124:20
**parentheses** 17:7
**parents** 19:7,16,24
74:10 77:8 104:15
**Paris** 19:23 77:7
84:2 120:11,18
**parking** 103:22
111:25 112:6
117:4
**part** 13:7,8 45:13
52:21 55:15 74:2
85:25 92:5 110:18
**partially** 110:15
**participating** 5:2
**parties** 84:4
**party** 83:4 84:4
89:6,24 91:5
147:15
**patient** 7:15

**Paula** 1:24 147:6
147:22
**pay** 37:13,20 42:11
43:8,19 44:2,22
45:12 48:11 49:13
51:3 52:21,25
53:14 63:19 68:19
71:19 72:25 79:14
80:9 85:10,20
98:7 99:11 104:20
105:12 109:13,25
110:4 114:6
116:20,23 117:3,3
117:7,11 145:4
**paycheck** 39:6
43:24 50:6 51:4
**paying** 38:2,19,21
38:24 43:21 44:9
45:3,17 48:8
49:14,14 52:19
53:5,8 74:15,18
74:19,20 104:17
104:20 106:3
110:10 111:7,8
112:2 116:10
125:15 135:24
**payment** 22:7
49:10,24 50:19
100:13,19 101:5
112:20 114:14
**payments** 47:15
61:22 63:19
112:10,12 113:2
125:13 132:16
**payoff** 78:18 84:3
**payout** 116:2
**pays** 22:6 51:2
74:22 116:24
**PC** 2:15
**Pectu** 101:12
104:15 111:18,24
121:17
**Pectu's** 102:25
**pending** 6:18
**people** 27:24 28:5
28:10 121:24
**percent** 79:24

81:17 116:13,17
**percentage** 116:21
**perfect** 7:12 8:25
12:4 15:8 77:21
79:2 144:15
**perfectly** 108:17
**period** 62:25
140:10,10
**permitting** 34:5
**person** 14:15 15:3
27:6 67:2 92:19
103:6
**personal** 14:25
67:10 118:16
**perspective** 134:10
**phone** 8:10,13 9:3
30:2 35:5,10,21
**physical** 81:12
127:5,14
**physically** 52:13
**pick** 29:8
**pie** 140:19
**pieces** 80:25
**pinpoint** 116:4
**place** 30:13,17 76:8
123:2
**placed** 54:10 57:9
76:24 78:12 79:9
90:13 106:7,9,14
**Plaintiff** 1:5 2:12
**planning** 19:15,16
20:5,7 145:13
**please** 4:12,25 5:21
6:12,13,15,18,21
6:25 7:4,7,17 8:4
8:9 10:7,7,14,23
15:13 16:9 19:5
24:23 25:25 26:14
28:17 36:3,14
49:22 50:17 62:5
62:12 64:18 74:20
86:9 87:16,17
92:10 94:3,14
97:11,20 101:10
106:25 128:14
131:6,24 132:2
134:19 136:3,6

142:22 145:17
**point** 10:22 65:8
89:10,11 128:4
**policy** 31:23 32:4
**portion** 116:11,12
116:21,21,22
117:3
**possible** 11:8
**possibly** 130:18
144:6
**Post** 2:7
**postpone** 11:4
**postponements**
11:6
**potential** 81:10
**potentially** 51:24
**prefer** 95:17
**preparation** 12:25
15:11,15 64:5
116:3
**prepare** 12:11 17:2
18:14 90:14 92:4
99:15,21 140:22
**prepared** 17:24
18:10,12,19 92:11
145:12,22
**preparer** 130:9
**preparing** 15:19
64:12
**present** 2:22 4:10
29:18 107:15
108:3,13
**presumably** 82:21
83:2
**presumption** 83:7
**pretty** 34:22 47:8
52:2 81:23 115:2
123:2 133:6 144:4
**previous** 30:25
85:23 96:14
**previously** 17:6
41:6 52:9 58:18
77:3 98:15,16
119:22 131:23
134:18
**price** 125:3
**primarily** 30:19

37:17
**principally** 139:11
**prior** 27:10 54:14
100:23 104:24
109:17 110:9
111:11,14,22,23
131:2,7,13 136:19
141:24
**probably** 9:13
13:13 56:2 63:24
67:25 76:8 98:11
104:4 106:16
123:17 124:2,4
130:23 139:19
**problem** 15:14
36:16 51:2 88:20
105:9
**problems** 7:22
113:14 141:5
**proceed** 11:16
**produced** 12:20
15:18 137:13,14
**profit** 132:6 134:20
134:23,25 135:16
135:16 136:9
139:7 144:4,5
145:3
**profitable** 143:14
**profits** 137:6
139:25
**prop-** 104:9
**properly** 34:19
**properties** 28:20
48:15 53:23,24
54:2,3,5,8,10,17
55:8 56:3
**property** 54:7
79:21,25 81:7,14
90:12 103:21
104:12 108:23,24
109:3
**protected** 14:10
**provided** 129:15
**provider** 117:9
**provision** 88:15
**Public** 147:7
148:25

**publicly** 49:18
73:23 74:6
**pull** 52:6 95:11
96:4 119:19 128:3
**pulling** 52:5
**purpose** 60:8
**purposes** 68:9
82:12
**put** 41:20 52:8
61:18 70:2 77:21
81:16 91:10 95:8
103:22 109:6
121:12 127:9,19
139:6
**putting** 98:14,15,24
134:6,17

**Q**

**qualified** 14:8
**question** 6:11,13,14
6:17,18 17:12
25:19 26:14 28:8
36:14 44:12,16
45:8 47:17 48:5
51:15 66:8 78:23
79:3,8 80:13,17
84:12 85:13 90:11
95:22 100:8
106:24 107:22,25
108:9,11 123:22
128:24 129:5
131:5 136:12
137:4 138:20,23
140:19 144:24
**questioned** 13:13
**questioning** 45:5,7
59:22 92:14
**questions** 7:4 9:7
9:12 11:22 13:25
16:9,21 27:20,21
27:21,21,22,23
28:5,14 29:19
50:13 84:24,25
90:9,14 91:17
93:6,9,20 97:24
144:11 147:10
**Quick-** 141:7

**QuickBook** 116:6
  135:17,20 137:25
  138:5 141:9,10,13
  145:16
**QuickBooks** 41:3
  112:15 143:10
**quickly** 58:23

**R**

**R** 2:1 147:2
**raise** 103:24 107:11
  108:18,19,22
  109:11
**raised** 103:25 104:3
  104:5
**raising** 105:11
**range** 124:9 125:3
**Rankin** 13:15 14:4
  14:20 78:6,15
  83:15 88:5
**Raskin** 1:24 147:6
  147:22
**ratio** 116:18
**reach** 28:7 59:9
  64:13,14
**reached** 11:3 28:5
**reaching** 59:9
**read** 13:3,9,12,14
  13:15 14:4,19
  19:7,8 27:23
  28:12 78:6 81:14
  83:15 88:5,8,10
  89:17 93:11 95:18
  97:12,15,15,23
  100:22,23 123:25
  128:15 130:6,10
  130:11,11,12
  131:12,15 142:7
**ready** 97:10 145:18
**real** 78:16 79:4,10
  79:22,23 80:10
  81:8 82:20 83:2
  83:17,23 85:10,20
  86:3 90:12 98:3,7
  99:11 100:14,19
  101:5 123:20
**realize** 100:12

**really** 18:21 22:8
  22:24 23:8,9 27:7
  32:13 35:14 51:25
  71:21 72:7,24
  80:11 81:5 82:13
  88:19 95:10 115:3
  115:4,18 124:18
  125:11 130:4
  141:6 144:9
**reason** 9:14 129:22
  137:21 145:5
  148:6
**rec-** 31:11
**recall** 106:16
  130:15
**receipt** 87:6,10,13
  87:17,18
**receive** 129:20
**received** 17:11,14
  112:10 127:25
  134:4
**receives** 32:25
**Recess** 49:3 76:16
  123:8
**recognize** 9:13
  41:10,14 43:2
  52:11 59:12 77:4
  114:8 119:22
  128:12
**recollection** 146:8
**record** 4:5,11,24
  6:20 8:10 25:9,13
  25:14,15,17 27:25
  31:24 48:24 49:2
  49:4,6 76:13,15
  76:17,19 77:18
  87:14 123:7,9,11
  134:4 144:17,18
  144:19,21
**recorded** 133:3,17
  134:11 147:10
**recordkeeping**
  33:12
**records** 15:17
  21:19 30:22 31:5
  31:9,12,17,18
  32:11,14,20,21,23

40:5,9 41:2 73:17
  112:9 114:23
  115:19,22 133:3
  134:11 136:16
  137:22,25 141:24
  141:25 142:3,3
**reduced** 147:11
**refer** 16:10
**referring** 13:15
  16:6,14 24:2 46:3
  53:24 65:21 69:22
  72:6 120:3,9
  138:12
**refresh** 146:8
**refreshed** 142:10
**regardless** 82:19
**regular** 19:15
**reimburse** 43:9
**reimbursed** 42:15
  43:19 44:3
**rejoin** 7:17
**relate** 58:15 59:16
**related** 33:2 132:17
  147:14
**relates** 83:2
**relating** 21:19
**relationship** 24:22
  132:20
**relevant** 107:23
**remember** 16:22
  21:3 28:13 47:13
  53:25 64:8 125:23
  125:24 129:15
  130:5,6,13,18
**remote** 2:1 4:8
**remotely** 4:2 5:19
  7:14 39:25
**rent** 54:5 67:8
  70:12 73:6 103:24
  105:12 106:2,13
  107:5 108:4,12,18
  108:20,22 109:11
  109:13 110:2,4,11
  110:21 111:5,7,8
  111:9,18 112:10
  112:12,19,22
  126:24

**rented** 122:20
**rents** 61:22 70:5
  104:2 105:11
  106:11,23 107:3
  107:11,14,18
  111:16,22
**repaid** 40:11,20
  48:17,18 51:8,24
  74:23
**repay** 40:3 45:12
  45:16,20,24 46:20
  47:2 51:5,5,12
**repeat** 6:13 13:6
  15:13 24:25 25:3
  25:19 36:14
**rephrase** 66:2
**reported** 1:23
  129:7,12
**reporter** 4:12 17:19
  87:8 94:16 98:22
  129:9 136:5 137:3
  147:7
**reports** 143:24
**represent** 14:4,9,20
  14:22,24
**representation**
  14:10 39:19
**representative**
  62:14,16 63:8
**represents** 14:9,13
  15:2,4,5,6
**request** 137:16
**requested** 57:4
**requests** 128:20
**required** 125:5
**residence** 118:16
**resignation** 21:2
  29:4
**resigned** 20:22,24
  20:25 21:3,13
  27:4 54:24
**resigning** 21:5,8
**resolves** 47:3
**respect** 34:12 54:16
  63:16 66:4,19
  129:20 145:6
**respective** 117:8

**response** 126:2
  127:21,23 128:23
  129:2 137:15
**responses** 128:19
  134:5
**responsibilities**
  28:18 136:15
  143:12
**responsibility**
  22:12
**responsible** 54:15
  63:16 116:19
**return** 86:9 130:8
**returns** 125:6,10
  126:5 128:2 129:4
  129:7,12,21 131:4
  131:9,16
**review** 12:23 15:9
  15:10,14 92:5
  96:5 141:14,23
  142:6 145:16
**reviewed** 15:17
  141:7,8,10,11
**reviewing** 9:5
**revised** 17:7 98:18
  98:24
**revoked** 20:23
**revolution** 140:17
**rid** 70:23
**right** 5:22 8:16,22
  15:7 18:24 28:25
  31:7 32:9,10
  33:15 37:21 44:18
  44:22 45:18 53:14
  59:11 61:6 69:3
  69:15 78:13,21
  80:18 81:13 83:9
  83:23 86:6 91:3,6
  94:10 96:17 97:2
  99:7,8,13 100:16
  103:12 108:9
  109:21 111:2
  113:20 114:20
  120:6 128:7,20
  130:24,25 133:15
  133:25 134:25
  136:7 137:19

140:23 141:18
142:4,5
**role** 36:24 130:20
130:22 131:3,8
**room** 8:15 122:18
**root** 141:5
**ropes** 22:10
**Rule** 16:25
**rules** 6:8
**run** 7:14
**running** 109:7
**runs** 28:19,22
49:21

**S**

**S** 1:24 2:1 3:1,8
147:6
**salary** 43:3,4 48:11
74:16,18,19,19,21
74:22
**saw** 40:7 135:25
**saying** 54:21 72:23
78:15 80:16 83:2
85:13,14 91:19
93:21,25 94:7
118:18,22,25
125:17 137:9
**says** 17:18 28:12
37:25 52:17 62:14
77:13 81:13,14
83:9,16 85:4
87:16,20,21 88:7
88:11,14,23 89:3
89:4,22,22,23
92:25,25 93:3
94:18,21 118:3
120:7,17 132:6
134:23 135:11
**schlug** 49:22
**screen** 52:8 63:7
**screwy** 107:10
**scroll** 17:17 18:21
42:20 58:23 59:8
81:18 85:22 96:6
96:8 97:6,7,10,11
97:20 135:3 136:6
**scrolling** 86:12

**se** 125:12
**searing** 9:23
**second** 14:23 17:9
17:13 36:3 41:4
41:11 52:4,7
98:13 119:19
122:2,4,8 127:18
127:22,23 128:6,8
131:21 134:16
135:4 136:10,11
**seconds** 95:16
**secure** 21:24
**see** 9:4 10:21 11:9
11:11 18:3,5,21
18:24 31:4 34:24
41:8,13 62:13
63:6 78:8,22,24
79:18,19 80:12
82:3,5 83:12,25
84:2 88:19 96:16
96:18,21 97:4,18
107:23 118:19,23
135:20 140:12
**seeing** 11:3 138:25
142:20
**seek** 64:22
**seen** 52:13 58:19
89:8 90:2 93:16
94:20 95:3 99:23
119:24 137:8,25
**sell** 126:16,23
127:16,17
**send** 73:14
**sense** 16:15 33:4
51:16,17 77:20
81:7 113:11,15,22
121:3
**sent** 67:12 78:8
82:3 86:17 101:25
102:2
**separate** 44:5 45:2
45:4 47:16 48:9
65:9,12,15 74:7,9
102:9 120:15
**separated** 122:11
**September** 55:2
**set** 6:3 22:6 64:3

65:17,17 66:24,25
98:2 126:3 127:22
127:23 141:16
147:9
**shaking** 7:5
**Shant** 1:9 5:17
13:17,20 20:9,17
22:3 24:2,4,6,7,19
24:23 25:23 26:6
26:7 27:3,6,24
28:14 29:11,25
30:4 36:21 37:8
37:16,17 49:15
54:18 63:7 64:21
64:22 65:14 67:11
67:22,25 78:6
81:25 82:6,19
83:15,20 85:4,19
86:9,13 87:10,12
87:18 89:13 91:16
92:13,16 98:6
99:3 101:4 103:6
104:19 105:2
117:14,16 118:3
118:10 131:12
139:10,18,22
148:2
**Shant's** 29:4 62:13
**shape** 124:24
**share** 132:23
**shared** 146:7
**sharing** 17:5 71:7
128:11 131:22
**she'll** 51:10
**SHEET** 148:1
**short** 123:3 144:9
**Shorthand** 147:7
**shots** 7:22 9:19,25
**show** 76:25 138:10
**showing** 41:5 58:17
77:2 119:21 135:4
**shows** 112:18 144:3
**sick** 79:16
**sign** 86:9
**signatory** 41:19
68:3
**signature** 59:14

62:13
**signatures** 59:12
**signed** 42:2 87:2
**silly** 89:21
**simply** 109:23
**sitting** 142:13,17
**situation** 50:4
110:24 111:17
**six** 100:9
**skipping** 87:25
**sky** 140:19
**slack** 29:9
**slide** 107:8,10
**smaller** 96:18
122:11 128:13,14
**smoothly** 28:20,23
**snuff** 108:25
**sole** 27:3
**somebody** 34:6
124:14
**soon** 101:14
**sooner** 66:15
**sorry** 5:14 10:13
13:9 14:22 15:9
22:2 23:2 24:24
26:13,13,24 32:12
36:3 38:15 47:25
50:11 52:5,16
53:2 54:21 57:16
59:17 64:18 66:2
70:24 78:23 80:5
81:22 87:11 91:22
91:23 94:12 100:7
100:18 108:11
110:13 115:7
117:2 124:11,22
125:19,24 127:23
128:6,15 139:6,7
**sort** 28:21 29:9
33:9 37:4 116:18
130:12
**sorts** 121:24
**sounds** 55:4 76:11
85:15 109:3
**space** 102:9,12,15
116:19 117:21,22
117:23,24,25

118:5 119:5
120:23 121:5,20
121:21 122:7,17
122:22
**SPDE** 43:17
**speak** 7:2 10:18
12:24 13:17,18
35:9 64:21 65:14
100:23 101:4
106:22 107:2
109:17 110:9
130:8 131:13,19
139:22
**speaking** 6:25
29:11 90:8 102:23
**specific** 15:24
115:25 116:2
**specifically** 22:4,9
27:2 100:21
114:24 131:20
**specifics** 143:7,8
**specify** 114:14
**SpeedUS** 33:18,24
34:2 39:11 43:13
43:22 44:2,4,5,9
44:10,20 45:12,16
45:23 46:5,8,15
46:16,20,23 47:2
48:18 49:10,11,14
49:16,21,25,25
50:20,23,23 69:2
69:6,11 73:21,21
74:12,16,18,21,22
74:24 85:5,9,19
86:14 87:2 98:6,7
99:4,6,10,17,20
100:10,19 101:13
109:21,25 110:10
110:16,18 117:19
119:5 120:15
**SpeedUS's** 44:17
117:22,25
**spending** 73:10
**split** 22:12
**spoke** 13:2,11
65:16 131:15,18
**spoken** 13:22

131:17
**spring** 112:7,8
**stairs** 121:19
**standard** 9:11
  146:18
**stands** 120:10
**Stanley** 82:10,14
  82:16 129:25
**start** 6:8 7:18 10:21
  18:24,25 19:3,5
  20:4,6 75:22
  77:24 80:17,17
  104:17 125:15
  146:17
**started** 22:9 29:7
  36:13,20 57:6
  64:10 68:21 70:12
  80:18 96:17
  108:22 127:10,10
  130:19,22 131:2,7
  141:18
**starting** 5:3 18:24
  78:2
**stated** 128:25
**statement** 85:16
  134:23 139:8
**statements** 116:6
  138:16
**States** 1:1,4 5:6,17
  15:18 34:24 148:2
**States'** 126:2
  127:22 128:19
**stay** 30:19
**stenographic** 4:11
  147:13
**stenographically**
  147:11
**step** 76:22
**stepbrothers** 141:3
**Stephan** 120:11,17
**stepping** 43:10,10
**stop** 20:17,20 29:13
  75:17,21 90:7
  101:18,19
**stopped** 22:3 29:11
  29:17
**story** 53:14

**strange** 108:2,7
  110:24
**street** 2:16 111:13
**stress** 113:18
**stretch** 8:3
**study** 142:8,11
**stuff** 12:16,18
  27:16 28:22 48:15
  54:20 63:20 71:4
  110:8 140:2
**Suarez** 2:24 4:9
**subject** 88:22
**subjective** 138:22
**Subscribed** 148:22
**substance** 11:21
**suggesting** 92:22
**Suite** 120:19
**suited** 9:15
**sum** 61:23 69:17
  126:8
**summer** 112:6
**supplement** 73:8
  73:12
**supposed** 37:13
  40:11 45:20,24
  68:7
**sure** 6:21,24 7:3 8:7
  16:4 19:17 23:3
  28:19 34:18 35:23
  39:14 46:19 47:8
  51:9 52:2 56:23
  57:23 66:16 72:22
  77:17 104:7 115:8
  115:20 123:4
  130:11 132:8
  133:6 137:10
  143:23 144:4,9
  145:11,17,21
**surprise** 118:13
  133:2,8 136:8
**surprised** 133:7,14
  137:23 144:3
**swear** 4:12
**sworn** 4:16 148:22
**systems** 22:7

_____

**T**

**T** 3:1,8 147:2,2
**take** 6:2,16,19 8:5
  10:8 21:12 22:13
  25:10 27:2 36:4,5
  36:11 37:4,7 39:7
  39:23 48:6,21,22
  50:6 66:15 75:8
  76:8,9,22 79:21
  81:7 85:9 95:15
  123:2,3,19 144:9
**taken** 4:2 6:7 11:20
  19:18 28:20 37:10
  49:3 76:16 108:21
  123:8 147:8,14
**takes** 75:8
**talk** 24:16 29:20
  72:17 99:24
  100:13,21
**talking** 17:21 29:13
  29:17 32:13,24
  59:23 73:24 76:23
  81:3,24 86:2
  101:8 102:5
  130:17 140:11
**tasks** 63:15
**tax** 2:6 4:23 54:20
  79:15 125:6,10
  126:5 129:3,6,12
  129:21,24 130:8,9
  130:10 131:4,9,16
**taxes** 78:16 79:4,11
  79:22,23 80:10
  81:8,16 82:21
  83:3,17,23 85:10
  85:20 86:3 90:12
  98:3,7,11 99:12
  100:14,20 101:5
  123:20
**TD** 141:22
**technical** 7:19 58:8
**telegram** 35:6
  143:25
**telephone** 35:16
**Television** 59:2,2
**tell** 10:8,10,12,14
  10:24 18:23,25
  19:6 22:4 23:8

35:25 59:15,20
  70:16 76:4 83:5
  96:11 127:17
  135:12 142:13,17
  142:22,25 143:4,7
  143:8 145:10
**telling** 13:23 24:20
  49:13 68:11
**tells** 82:19
**temporary** 50:3
**ten** 31:24
**ten-minute** 48:23
  76:9 123:3
**tenant** 23:22 33:20
  33:21,23,24 57:3
  101:13,15,16,19
  101:23 102:9,19
  103:3,8 104:21
  109:12,21,22,25
  110:14 121:2
**tenants** 23:12 42:10
  68:22 99:24 100:4
  100:4 101:8
  102:23 103:10
  104:9 105:6,12
  106:3,21 107:8
  110:20 111:4,8,13
  111:15,21 112:18
  116:9 117:7 118:8
**tend** 35:9 107:19
**term** 115:4
**terms** 40:10 75:11
**testified** 4:19 26:8
  30:3 53:3 55:21
  60:14 68:25
  113:24 145:3
**testify** 4:17 15:23
  17:2,24 18:10,19
  46:15,22 89:12,16
  92:12
**testifying** 13:23
  84:5 89:14
**testimony** 9:20
  12:8 61:10 134:6
  145:6
**thank** 5:12 7:25
  8:14 11:12 12:10

15:8 16:19 49:7
  76:12 86:23 88:17
  95:24 123:5,12
  134:22 144:22
  146:19,20,22
**thing** 6:17 21:23
  22:18 23:15 29:9
  33:9 34:24 37:5
  45:6 65:3 76:23
  93:13 102:2
  107:12 115:25
  126:9 127:8,14
  132:21 137:7
**things** 21:20 31:15
  34:16,19 35:14
  39:12,25 40:12
  52:24 65:11 72:3
  75:8,25 101:25
  105:16 145:11
**think** 10:20 11:4,7
  11:24 14:7,7,15
  20:6 24:13,19
  28:25 31:20 36:25
  37:24 39:3 45:7
  45:16 47:3,4
  48:15,20 51:14,14
  54:12 55:2,24
  56:13,18,20 57:2
  57:2,6,12,13,23
  57:25 60:13 62:10
  62:19 63:18 64:25
  65:6 67:17,19
  68:25 69:19 71:24
  75:12,13 76:7
  79:5 80:2 81:19
  84:12 95:6 96:7
  98:10 100:22
  101:16 102:11,13
  102:13 104:14
  106:8 107:21
  108:8 109:9,20,22
  110:3,13,17
  111:25 112:15
  114:4 117:24
  118:17,19 119:9
  122:25 127:21
  132:14,15,19,25

**thinking** 129:18
133:14 141:8
144:8 145:9
146:15
**third** 17:10,13
**thought** 21:24
26:24 44:11 51:25
114:5
**three** 48:3,4 139:14
139:15 140:15,16
140:18
**threw** 99:22
**throwing** 111:12
**till** 133:25
**time** 4:7 9:13 10:24
11:18,19 20:5
21:7,12 25:12,16
25:22 30:3 41:21
48:25 49:5 53:10
53:11 57:4,11,21
58:12 60:23 63:2
64:25 66:22 68:20
68:24 72:11,14
76:14,18 79:16
86:22 89:7 103:2
103:4,15,25 104:2
106:4 113:10,10
113:11,15,15,20
115:11 123:6,10
123:15 130:16
139:10,10 140:13
140:13 144:5,16
144:20 146:18,21
**times** 37:24 139:25
144:7
**title** 72:13 79:21
**today** 5:15 6:22 7:3
9:8,16,20 10:11
11:23 12:8,25
13:23 133:25
136:20 142:14,17
146:8,16
**today's** 146:22
**told** 13:19 23:21
26:2 43:5,8 69:14
101:2 129:18
130:6 140:2

**tomorrow** 145:12
145:13,18,20
146:9,18
**ton** 80:3,8 145:14
**tons** 71:2
**top** 18:6 78:20
120:6 136:2,7
**topic** 98:25 100:18
**topics** 15:24 17:2
17:21,25 18:3,5
18:11,18 99:6
146:5,6
**totally** 122:19
**touch** 27:7
**town** 73:10
**township** 78:17
**track** 40:22,24
**traded** 49:18 73:23
74:6
**transaction** 114:24
**transactions** 46:8
99:17,20 145:14
145:22
**transcript** 7:6
147:13
**transcription**
147:12
**transfer** 39:25
88:14 99:2
**transferred** 56:12
56:17 77:19 99:11
104:10,12 145:4
**transferring** 77:10
**transfers** 99:6
105:15
**travel** 52:17,19
**traveling** 29:7
52:20,22
**travels** 53:15
**Trial** 2:6
**tricky** 6:23
**tried** 12:14 18:13
27:24 141:6
**true** 147:12
**trust** 1:14 3:4 4:1
5:1,9 6:1 7:1 8:1
9:1 10:1 11:1

12:1 13:1 14:1,13
14:22 15:1,2,3,5,5
15:23 16:1,3,3,6,6
16:11,12,14,14
17:1 18:1 19:1,6,8
19:20,21,25 20:1
20:10,13 21:1,19
22:1 23:1 24:1
25:1 26:1,23,25
27:1,11,11,17
28:1,15,16 29:1
29:11,14,17 30:1
30:23 31:1 32:1
32:25 33:1,2,14
33:16 34:1,3,13
35:1,22 36:1,13
36:18,22 37:1,20
37:24 38:1,2,4,19
38:20,24,25 39:1
39:12,18,18 40:1
41:1,9,18 42:1,15
42:22 43:1,21
44:1,5,9 45:1,3,17
46:1,20 47:1,3,4
47:15,19 48:1,8
48:11,18 49:1,10
49:24 50:1 51:1,8
51:17 52:1,19
53:1,4,8,9,20 54:1
54:10 55:1,6,9,14
55:21 56:1,4,12
56:17 57:1,7,10
57:16,16 58:1,16
59:1,25 60:1 61:1
61:23 62:1,23
63:1 64:1 65:1,25
66:1 67:1 68:1,7,8
69:1 70:1 71:1
72:1 73:1 74:1,13
74:15,17 75:1,11
76:1,24 77:1,11
77:19 78:1,13
79:1,9,18 80:1,9
81:1,4,16 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1,11,13

91:1 92:1,3,6,20
93:1 94:1 95:1
96:1 97:1 98:1
99:1,2,7 100:1
101:1 102:1 103:1
103:7 104:1,10
105:1,21 106:1,7
106:10,15 107:1
108:1 109:1 110:1
111:1 112:1,9,21
113:1 114:1 115:1
116:1,23,24 117:1
117:11 118:1
119:1 120:1,18,20
120:23 121:1,2
122:1 123:1,16
124:1 125:1,5,9
126:1,4,12,16
127:1 128:1,25
129:1,6,11,13,21
130:1 131:1,4,8
132:1,11,18,24
133:1 134:1,2,8,8
135:1,13,24 136:1
137:1,13,14 138:1
138:15 139:1,3,4
140:1,14 141:1
142:1,2 143:1,13
144:1 145:1,8
146:1 147:1
**trust's** 120:22
133:3,17 134:9,11
136:16 137:22
**trusted** 34:9 50:4,8
69:9,11
**trustee** 5:8,11
20:12,15,18,20,23
22:4,5 24:7 26:7
26:25 27:3,10,12
27:16,16 28:18
33:14 34:5 40:14
45:6 47:18 54:18
55:6 103:6 105:4
117:17,18 124:8
127:13 130:20
136:15 139:11
143:12

**trustees** 20:10
22:21 40:18
123:15
**trusts** 16:2 39:8,21
39:23 40:4 72:9
114:11
**trustworthy** 50:9
**truth** 4:17,17,18
10:10,12 23:9
**try** 7:20 18:12,14
66:16
**trying** 52:5 53:4
55:22 60:2 61:8
91:9 93:7 95:5
120:13 127:18
128:6 134:3,5,7,9
135:8
**turn** 116:24 128:22
**turned** 61:4
**twice** 52:22,23
140:25
**two** 7:22 16:2 39:21
45:2 62:6 64:10
112:2 113:12,13
120:15 121:15
140:17,17 141:2,4
**typically** 21:18,19
29:24 31:9 107:18
**typo** 77:15

**U**

**U.S** 2:5
**uh-huh** 6:10 7:8
16:16 17:23 33:3
42:25 69:4 77:23
78:4,10,14,19
82:2 86:16 87:4,7
97:5,8 98:5,17,19
98:21 114:21
122:9 124:12
128:21 146:13
**uh-uh** 7:8
**ultimately** 72:25
**underlying** 91:3
**understand** 6:11
7:9 10:6 11:15
15:22 16:24 17:12

23:2 44:17 45:14
46:24 47:17 50:16
55:22 63:13 71:6
72:23 74:20 90:19
90:20 91:25 93:15
95:4 113:19
114:12 123:22
134:4,5,7,9 143:6
**understanding**
25:22 39:15 44:24
54:9,13 72:2
109:2 136:19
**understands** 90:4
94:21
**Unfortunately** 7:5
**United** 1:1,4 5:6,17
15:18 126:2
127:22 128:19
148:2
**units** 103:22
**universe** 90:22
**Unreportable**
89:18 91:8 92:9
94:11
**update** 103:17
**updated** 103:14,16
**upgrading** 103:21
**upstairs** 102:12
**use** 118:21 122:21
146:7
**uses** 118:6
**utilities** 70:4 71:4
116:10,24 117:4,8
117:12
**utility** 69:24 117:9

---

**V**

**v** 5:17 148:2
**Vahak** 19:23 55:13
77:6,10 84:2
113:3 115:7,10
120:10,17
**valuable** 127:6
**value** 79:24 81:12
123:14,19 124:9
124:12
**various** 69:9,10

128:18
**venture** 58:19,25
**verbally** 7:4 143:25
**verify** 68:13 89:5
90:5,23 91:3
**versus** 71:10
**video** 5:2
**videographer** 2:24
4:5,10 25:7,8,12
25:16 48:25 49:5
76:14,18 123:6,10
144:16,20 146:21
**view** 55:21 68:10
132:6,9,17,22,23
133:4,4,8,11,18
134:2,10,12
**Village** 23:12,17,20
24:9,15,22 25:23
26:3 31:2 33:22
33:23,24 37:3
42:9 53:22 56:9
56:11,16,25 57:3
57:9,17,22,24
59:24 60:10,16,22
61:13,16,21 62:8
62:20,23 63:16
64:24 66:4,19
67:5,8,15 69:7
70:6,7,17,18,21
71:7,9,10,10,19
73:7,10 75:14,21
76:5,24 77:11,18
78:12 79:5,9 80:4
80:7 81:5,9 85:11
85:20 98:4 99:12
99:17,20,25 100:5
100:20 101:9
104:9 106:7,9,13
109:13 117:15,17
118:6,7,11,15
120:12,24 123:15
126:11,14 134:20
134:24 135:5
136:21,24 138:2,3
140:5,14 142:14
142:18 145:3,15
**Villages** 57:24,25

58:3
**virtual** 121:8
**voice** 25:3
**voluntarily** 34:3
**vs** 1:7
**VSHPHH** 1:14 3:4
4:1 5:1,9,10 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1,23 16:1
16:3,6,14 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1,8 25:1 26:1
27:1,8,11 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1,9 39:1,17
40:1 41:1,9,16
42:1,21 43:1,21
44:1,21 45:1,11
46:1 47:1 48:1
49:1,13 50:1 51:1
52:1 53:1 54:1,3
55:1 56:1 57:1
58:1,15 59:1 60:1
61:1,20 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1,23
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1,11
91:1 92:1,3 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
105:21,25 106:1
107:1 108:1 109:1
110:1 111:1 112:1
112:18 113:1
114:1 115:1 116:1

117:1 118:1 119:1
120:1,3,10 121:1
122:1 123:1 124:1
125:1,21 126:1
127:1 128:1,25
129:1,8,13,21,23
130:1,2 131:1,16
132:1,10 133:1,10
133:25 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1
**VSHPHH001** 17:6
17:18,20 98:18,24
**VSHPHH005** 41:6
**VSHPHH007** 52:9
**VSHPHH008** 77:3
**VSHPHH017**
131:23
**VSHPHH018**
134:18
**VSHPHH025**
128:12
**VSHPHH029**
77:22 99:10

---

**W**

**wait** 36:3 38:23
41:11 47:24,24
52:4 57:18,18
59:6 66:9,9 88:8
88:18 111:23
117:2
**walk** 93:7,22
102:10 116:14
**walking** 87:20
93:17 145:13
**want** 7:2,21,23 8:7
9:5 14:12 16:8,10
18:23 21:11 31:4
36:4 45:9 50:13
63:12 76:9 89:21
90:2 91:12 93:15
93:19 100:11
107:22 115:8

123:3 126:18,20
143:18 145:10
**wanted** 19:9,17
29:8 42:12 75:22
75:22,23 76:2,4
76:22 87:19
114:13
**wants** 82:22 85:5
95:10
**wars** 113:13 140:17
141:2
**washes** 39:13
**Washington** 2:8
**wasn't** 23:8,13
32:13 39:7 43:25
43:25 66:8 68:3,9
70:14 73:4 89:6
91:4 109:9,11
115:4 130:21
135:15
**Water** 72:12
**way** 32:25 47:20
61:18 64:3,4
65:17,18 66:21,24
66:25 68:4,14
80:17 83:3 109:7
111:15 115:18,20
**we'll** 10:24 11:18
40:3 43:19 44:3
45:12 48:23 50:7
111:9 144:8
**we're** 4:5 5:18 6:3
6:24 7:13 11:5,17
14:3 17:20,21
25:13,17 44:15
49:2,6 55:22 56:8
59:23 60:2 61:8,9
61:23 62:10 75:24
76:15,19 86:2
87:20,23 88:2
89:24 92:2 93:10
93:16 102:4
103:16,17 108:17
108:18 110:23
113:20 123:7,11
130:17 132:9
134:14 144:17,21

145:9,11 146:2
**we've** 11:6 12:6
  92:17 142:25
**Wednesday** 86:8
**week** 52:22,23,23
  97:8
**weeks** 55:18
**weird** 79:19 119:17
**went** 12:13,16 13:5
  18:15 49:9 69:17
  70:17 79:18
  105:24,24 125:17
  125:19 140:14
  141:12,12 142:7
**weren't** 23:9 107:9
  125:12
**whichever** 74:24
**William** 13:15 14:4
  14:19 78:5 83:15
**wire** 86:15 87:3
**witness** 3:3 4:13,15
  5:10 16:22,25
  25:5 76:11 84:7
  84:15 85:15 88:22
  89:2 90:10 91:11
  91:16 92:4 123:4
  134:8 143:18
  144:14 146:13
  148:4
**wondering** 25:24
  80:9 81:6
**words** 62:6
**work** 38:3 42:8
  43:5,11,12,13,22
  44:10 49:11,25
  52:2 53:8 103:23
**worked** 19:16
  117:17
**working** 22:20
  117:18
**works** 43:16 82:13
  116:15 144:12
**World** 59:2
**worth** 81:15 124:2
  124:5,15,25
**wouldn't** 74:2
  81:15 114:22

126:16 133:8
**wrap** 144:24
**writes** 86:9
**written** 87:14
**wrong** 118:19,24
  125:16
**wrote** 52:13
**Wyckoff** 54:6

**X**

**X** 3:1,8

**Y**

**yeah** 7:9,25 8:2
  10:20,20,22,25
  11:10,11 12:21
  16:22 18:23 22:22
  24:17 25:10 26:10
  30:15 31:8 34:4
  34:20 35:13 36:5
  38:13 41:13 44:19
  46:6,16 48:3,22
  53:15 54:12,13
  57:19 73:4 80:19
  82:15 84:7 85:16
  90:16 91:20 95:13
  97:7 107:18 112:6
  117:19 118:14
  120:10 124:17
  125:4 128:16
  129:19 136:22
  137:5 138:21
**year** 34:23 39:21
  39:22 101:20,20
  101:21 102:2
  107:7,12,19
  112:22 113:9,16
  143:2
**years** 31:24 34:8
  50:5 64:10 69:9
  109:6 127:12
  130:17 139:14,15
  140:15,16,18
  142:22
**yell** 29:22
**Yep** 77:16

**Z**

**Zargis** 99:3 110:14
  110:15,18
**zero** 61:23 69:17
  126:8 136:21,21
**zoned** 118:15
**Zoom** 4:2

**0**

**08057** 2:17

**1**

**1** 18:5,7,24 58:22
  77:14 103:17
  120:18,19 123:24
  134:21
**1:09** 144:16,18
**1:23** 144:19,20
**1:25** 146:21
**10:06** 48:25 49:3
**10:23** 49:4,5
**11** 76:14 104:4
  128:9,23
**11:00** 76:16
**11:17** 76:17,18
**12** 18:5,6
**12:16** 123:6,8
**12:33** 123:9,10
**1466** 1:25 148:5
**15** 66:11,16
**15th** 134:21
**18-cv-15099** 1:7
**1800** 10:16
**181,000** 78:18
**191,000** 123:20
**1970s** 127:11
**1st** 77:19

**2**

**2** 42:21
**20** 99:2 109:6
  148:23
**2000-** 19:12
**20044** 2:8
**2007** 124:8,10
**2012** 19:13,24
  72:17 104:4

134:21,24 135:5
  135:13 139:9,13
  139:13 140:15
  142:15,19
**2015** 77:15,19 78:9
  82:4 86:8 108:2
  108:13 139:14,21
  140:14,15 143:4
**2017** 20:19 27:5,6
  29:4 36:20,21,24
  37:16 54:14,21
  70:15 104:24
  124:11 130:23
  139:19,21
**2018** 141:21 142:15
**2019** 75:19 141:22
  141:24 143:5
**202)353-9187** 2:9
**2020** 111:14,22,23
  134:21,24 135:5
  135:13 139:9,13
  142:19
**2021** 1:16 4:3,6
  148:3
**21** 128:24
**2105** 77:14
**22** 1:16 4:3 148:3
**227** 2:7
**22nd** 4:6
**24** 11:21
**26** 18:7
**2846** 88:4
**2847** 88:2
**2848** 87:23

**3**

**3,000** 113:6
**30** 34:8 50:5 69:9
**30(b)(6)** 1:14 4:7
  16:25 90:25 91:12
  91:13 92:25
**30th** 78:9 97:5

**4**

**4** 17:20
**4,500** 48:19
**40** 2:16

**5**

**5** 59:9 79:24 81:17
**50** 127:11
**520** 52:23 53:15

**6**

**6** 3:5 78:2
**600,000** 136:24
  137:6 138:16
**633,000** 135:6
**65** 116:13,17

**7**

**75,000** 112:22
**750** 124:5

**8**

**80** 20:2
**80-** 20:3
**822,000** 134:25
**83** 20:2
**84** 20:3
**8th** 86:8

**9**

**9** 129:2 146:18
**9,000** 78:21
**9:10** 1:16 4:4,7
**9:35** 25:12,14
**9:36** 25:15,16
**9188** 81:21
**950,000** 123:18