Page 148

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA,

                    Plaintiff,


        vs.                    Case No. 18-cv-15099


SHANT HOVNANIAN,

                    Defendant.

_____



        30(b)(6) Deposition of VSHPHH TRUST

            by NINA HOVNANIAN

                Volume II

        Tuesday, February 23, 2021 - 9:03 a.m.




Reported by:

Paula S. Raskin, CSR-4757

Job No.: 1467

```
 1      A P P E A R A N C E S (All Remote):

 2

 3      CATRIONA M. COPPLER, ESQ.

 4      ARI KUNOFSKY, ESQ.

 5      U.S. DEPARTMENT OF JUSTICE

 6      Trial Attorneys, Tax Division

 7      Post Office Box 227

 8      Washington, DC 20044

 9      (202) 353-9187

10      Catriona.M.Coppler@usdoj.gov

11      Ari.D.Kunofsky@usdoj.gov

12          Appearing on behalf of the Plaintiff

13

14      JOHN HANAMIRIAN, ESQ

15      HANAMIRIAN LAW FIRM PC

16      40 Main Street

17      Moorestown, New Jersey 08057

18      jmh@hanamirian.com

19          Appearing on behalf of Defendant

20

21

22      ALSO PRESENT:

23          Elza Grigoryan - Hanamirian Law Firm

24          Kimberly Villalobos, Videographer

25
```

```
 1                    E X A M I N A T I O N S

 2

 3        WITNESS                                    PAGE

 4        VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

 5        EXAMINATION BY MS. COPPLER:               151

 6        EXAMINATION BY MR. HANAMIRIAN:            245

 7        RE-EXAMINATION BY MS. COPPLER:            266

 8        RE-EXAMINATION BY MR. HANAMIRIAN:         273

 9

10

11                    E X H I B I T S

12

13        NUMBER              DESCRIPTION            PAGE

14

15

16              (Exhibits not offered.)

17

18

19

20

21

22

23

24

25
```

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     Taken remotely via Zoom

3     Tuesday, February 23, 2021

4     9:03 a.m.

5               VIDEOGRAPHER:  We are on the record

6               on February 23rd, 2021, at 9:03 a.m.

7               Eastern Time for the 30(b)(6) remote video

8               deposition of Ms. Nina Hovnanian in the

9               matter of the United States versus Shant

10              Hovnanian.

11              My name is Kimberly Villalobos and I

12              am the videographer.  All present will be

13              noted on the stenographic record.

14              Will the court reporter please swear

15              in the witness.

16                        NINA HOVNANIAN,

17              was thereupon called as a witness herein,

18              and after having been previously duly sworn

19              to testify to the truth, the whole truth

20              and nothing but the truth, was examined and

21              testified as follows:

22                        EXAMINATION

23    BY MS. COPPLER:

24         Q.    Good morning, Ms. Hovnanian.

25         A.    Good morning -- good evening.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.   Oh, sorry about that.  I forgot about

3     the time change.

4               As you're aware, this is a

5     continuation of yesterday's Rule 30(b)(6)

6     deposition of the VSHPHH Trust.  Like yesterday,

7     when I refer to "trust," that means the VSHPHH

8     Trust just because otherwise it would be a bit

9     of a mouthful.  And if I want to distinguish

10     between the VSHPHH Trust and the Pachava Asset

11     Trust, I will explicitly state which trust I'm

12     referring to.  But if anything becomes unclear,

13     please feel free to let me know.

14               Also, as you realized yesterday, I do

15     have a tendency to speak fast, so if I am

16     speaking too fast, please let me know and I will

17     try my best to slow down.

18               Because this is a continuation, again

19     I do have to ask you did you speak with anybody

20     regarding the topics listed in the notice of

21     topics between yesterday's session and today's

22     session?

23          A.   Yes, I did.

24          Q.   Did you --

25          A.   I spoke with Karen Gandolfo.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Okay, perfect.  And what did you

3     discuss?

4          A.    Well, I discussed that -- the profit

5     and loss thing that she had written and also

6     asked her some questions about it.

7          Q.    Okay.  Could you tell me a little

8     more detail about specifically what she said?

9          A.    Sure.  I asked her where she got

10    those numbers from, and she said "I'm not a

11    professional accountant, I'm just a basic

12    bookkeeper, we haven't been audited," those

13    numbers are just something that she and Elza

14    from John Hanamirian's office put together.  So

15    that is not a formal profit and loss thing.

16         Q.    Is there a formal profit and loss

17    available to the trust?

18         A.    No, but I will have an audit now that

19    I'm getting -- I will be hiring shortly an

20    accountant for the trust.  I will do the audit

21    and everything and get the correct numbers.

22              But as I said before, I don't -- I

23    went over some of the numbers, and that profit

24    and loss didn't make any sense to me whatsoever.

25         Q.    So my --

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                    MR. HANAMIRIAN:  Just, Cat, real

3           quick, if you don't mind, before we end up

4           getting a subpoena for Elza, the --

5                    THE WITNESS:  Yeah, exactly.

6                    MR. HANAMIRIAN:  Right, right.

7                    What we did was -- what Elza did and

8           what I did was exactly what we showed you

9           in the series of e-mail, and that was to go

10          through and ask Karen to generate the

11          reports.

12                   THE WITNESS:  Right.

13                   MR. HANAMIRIAN:  And so we obviously

14          didn't participate in the substantive

15          underlying reports and the entries, but

16          rather just in an effort to compile them in

17          response to the discovery requests.

18                   THE WITNESS:  Right.

19                   MR. HANAMIRIAN:  Right.

20          A.    And, you know, Karen is not an

21     accountant.  She doesn't know about depreciation

22     or anything liking that, so, you know, she just

23     wrote -- took the numbers straight out of the

24     QuickBooks and compiled this thing without

25     any -- there wasn't even any indication about

```
1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2      the real estate taxes that were paid back in
3      2015, which would take a huge chunk out.  Things
4      like that were missing, and so she said, "Look,
5      that was just something that I slapped together,
6      it's not a real statement," but because you
7      requested it, I guess, she produced something
8      for you.
9      BY MS. COPPLER:
10          Q.    Okay.  So let me just make sure that
11     I'm clear.  So the reports that Karen pulled
12     were based on her entries in the QuickBook
13     files, right?
14          A.    Yeah.
15          Q.    And so --
16          A.    Based on her day-to-day bookkeeping,
17     you know.
18          Q.    Okay.  So I guess what it sounds like
19     then is you're calling into question her
20     day-to-day bookkeeping.  Is that right?
21          A.    No.  What I'm saying is that she is
22     not a professional auditor, nor is she a
23     professional accountant, and so these -- the
24     gross net income and the net revenue are -- is
25     wrong.  It doesn't take into account a lot of
```

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     other things.  It's just -- you know, it's

3     just -- she just put together these numbers, but

4     it's not the real picture.

5          Q.    Does the trust --

6          A.    I will have --

7          Q.    -- that show the real picture?

8                (Reporter clarification.)

9          Q.    -- have any documents would show the

10    real picture?

11         A.    Well, I will have an audit done now

12    that I'm hiring an accountant, and then we'll

13    get the real picture.  But it's severely wrong,

14    the one that you have.  I mean, it's almost

15    laughable.

16         Q.    Okay.  I think this puts us in a very

17    weird position because we requested documents

18    from the trust, the trust produced those

19    documents, and now you're saying that these are

20    false.  So I --

21         A.    I'm not saying they're false.  I'm

22    not --

23               MR. HANAMIRIAN:  Nina, wait.

24               She's not suggesting that they're

25         false on any level whatsoever.  She said

Page 157

1    VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2    that they were incorrect, and so that's
3    very different.
4         MS. COPPLER:  Okay.  I think what
5    we're going to have to do is, I'm going to
6    go through those documents and we can try
7    to make sense of where they may be
8    incorrect.  Does that work for everybody?
9         MR. HANAMIRIAN:  And I think that
10   you're only talking about this Grand View
11   Cable profit and loss for the period
12   January 1, 2012 through December 15th,
13   2020.
14        MS. COPPLER:  Yeah, but the issue is
15   the documents show the cash flow, and if
16   that cash flow isn't adding up to what is
17   in the documents, you understand that
18   there's a bit of a -- you know, that
19   distinction there because they were
20   generated from the cash flow, they were
21   generated from the QuickBook files.  It
22   calls into doubt, you know, whether these
23   are accurate.  But, again, we can go
24   through these --
25   A.    There are other things -- there are

1                  VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          other payments that -- and considerations

3          that -- like depreciation and all these other

4          things.

5                       We're talking about, you know, the

6          difference between day-to-day bookkeeping and

7          accounting and auditing.  Those are three very

8          different things, and you're -- you presented

9          that or from what I thought you presented to me

10         yesterday was, you said that there's no net

11         income, and I was looking at that going "What is

12         this," because it's really -- the money that

13         comes into the Village Mall barely covers the

14         expenses.  So that's all I'm saying.

15         BY MS. COPPLER:

16            Q.    Okay.  I'm not trying to argue with

17         you here.  I'm just saying that we only have the

18         information that you provided us, and we're

19         trying to make sense of it.  And, you know, if

20         we don't have the complete picture, we're going

21         to have this disconnect of what we're seeing

22         versus what is the actual situation.

23                       So I'm just tying to get at what is

24         the actual situation, and hopefully we'll be

25         able to flush that out a little bit later on.

Page 159

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     So that's all we're doing here, and so, you
3     know, this is just the information that you
4     provided us and so this is what we have to go
5     off of.
6          A.   And I do want to say I didn't
7     appreciate you asking me how I can trust my
8     trusted -- my trusted colleague, let's say, or
9     somebody that's been helping me all these years.
10    I didn't appreciate that.  I want that to go on
11    the record.
12         Q.   Okay.  You are entitled to your
13    opinion, but as I said, I'm just here to make
14    sure that we are getting this right.
15         A.   Okay.
16         Q.   So I'm going to try to go through
17    these transactions to make sure that we have a
18    full understanding of what was happening and
19    what was going on, and hopefully you will help
20    me clarify that as we are going on through this
21    deposition today.  Fair enough?
22         A.   Okay.  Uh-huh.
23              MS. COPPLER:  Okay.  So I'm going to
24         start by putting up an exhibit.  Just give
25         me one second.

```
 1            VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2       BY MS. COPPLER:
 3            Q.   I am showing you what was previously
 4       marked as KSG015.
 5                 MR. KUNOFSKY:  Hey, Cat, can we --
 6            can I send you some questions real quick?
 7                 MS. COPPLER:  Oh, okay.  Can you just
 8            give us a few seconds before we get into
 9            this exhibit then?  Sorry about that.
10            A.   What happened to the document?
11       BY MS. COPPLER:
12            Q.   Sorry.  Ari has some questions that
13       he wants me to go into before we get into that
14       document, so --
15            A.   Okay.
16            Q.   -- we're going to just take a few
17       seconds.
18                 MR. HANAMIRIAN:  All right.  Well,
19            then let's, you know, ultimately ask Ari to
20            enter his appearance.
21                 THE WITNESS:  Yeah.  I mean...
22                 MS. COPPLER:  Can we -- I mean, I'm
23            still taking the deposition and I will also
24            be asking the questions.  I think it's
25            clear that the same participants who were
```

Page 161

1    VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2    participating yesterday in this deposition

3    are still here.

4         If you would like, I can go ahead and

5    have everybody introduce themselves on the

6    record.  Would you like to start,

7    Mr. Hanamirian?

8         MR. HANAMIRIAN:  No.  I think we -- I

9    think we're already done that.  I think

10   that -- it's a continuation; that's why I'm

11   saying -- Ari had said "I'm not going to

12   appear," and so I'm saying --

13        MR. KUNOFSKY:  No.  John, what I said

14   was I was having technical problems.

15        MR. HANAMIRIAN:  Yeah.

16        MR. KUNOFSKY:  And I'm here now, and

17   I said I wasn't going to announce that I

18   switched from telephone to Zoom.

19        MR. HANAMIRIAN:  Okay.

20        MR. KUNOFSKY:  This is the equivalent

21   of me pulling on, you know, a half second

22   to whisper a question in her ear.  It's no

23   big deal.

24        MR. HANAMIRIAN:  No, no, no, I got

25   that part.  I just didn't think you were on

Page 162

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          the record, that's all.

3    BY MS. COPPLER:

4          Q.   So just to make sure that we've got

5    this right, the QuickBook files show the cash

6    flow, right?

7               MR. HANAMIRIAN:  I mean, I don't even

8          understand the question and I'm an

9          accountant and tax lawyer, so what does

10         that mean?  They don't show cash flow.

11         There's a statement of cash flows that

12         would show cash flows.  What do you mean?

13   BY MS. COPPLER:

14         Q.   Okay.  Is there a statement of cash

15   flows in these QuickBook files?

16              MR. HANAMIRIAN:  There is.  That's

17         not in --

18              MS. COPPLER:  I'm sorry, I'm asking

19         Ms. Hovnanian because she's under oath

20         right now, so please let the witness

21         answer.

22              MR. HANAMIRIAN:  Well, we did the

23         production.  What I'm saying to you is we

24         did the production, as she just testified.

25              MR. KUNOFSKY:  No, you didn't.  She

Page 163

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          did.  You're her lawyer.  She needs to

3          testify --

4                    (Unreportable crosstalk.)

5                    MS. COPPLER:  Okay.  All right, Ari,

6          let's just take a deep breath.  Okay.

7          We're all just trying to figure this out.

8                    Ms. Hovnanian's under oath.  This was

9          a trust production, so I would prefer that

10         Ms. Hovnanian answer these questions, okay?

11    BY MS. COPPLER:

12         Q.    So, Ms. Hovnanian, is there a

13    statement of cash flow in the QuickBook files?

14         A.    Whatever Karen produced for you is

15    what she thought was a statement of cash flow.

16         Q.    When was the first time that you saw

17    the QuickBook reports?

18         A.    When Elza sent them to me a few --

19    like ten -- five, ten days ago, something like

20    that.

21         Q.    Do the QuickBook files generally show

22    what is going in and out of the trust's bank

23    account?

24         A.    Yes.

25                    MS. COPPLER:  Okay.  I think now I'm

Page 164

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2           going to pull up the exhibit that I was

3           showing before.  Okay, I am again putting

4           up KSG015.

5     BY MS. COPPLER:

6           Q.    Ms. Hovnanian, do you recognize this

7     exhibit?

8           A.    It's Village Mall as of

9     December 31st, 2011.

10          Q.    Are you familiar with this record?

11          A.    No, I'm not.

12          Q.    Okay.  Would you like a few moments

13    to familiarize, just quickly scroll through and

14    familiarize yourself with it?

15          A.    Well, I -- hold on a second.  Let

16    me -- oh, I don't know how to do this.  Can you

17    scroll up so I can see the bottom of it?

18          Q.    Yes, of course.  Tell me if I'm going

19    too fast.

20          A.    Okay, stop, stop, stop.

21          Q.    Okay.

22          A.    Okay.  Can you scroll up a little

23    more?

24                You went way too fast, I'm sorry.

25          Q.    Okay.  And right now I'm not going to

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2      be asking about any specific transactions.

3          A.    Okay.

4          Q.    They're just going to be general

5      questions, so maybe perhaps we just go through

6      the questions right now, and then when we're

7      actually speaking about transactions within this

8      profit and loss statement, we -- I give you more

9      time.  Does that sound good to you?

10         A.    Go ahead.

11         Q.    Okay.  So I just wanted to point out

12     that within KSG015, there are a few companies

13     listed here, starting here with -- I'm sorry,

14     let me highlight this -- H-O-V-I-T apostrophe L,

15     is that Hovnanian International?

16         A.    Yes, it is.

17         Q.    Going on to the next page, we see

18     HovBilt, right?

19         A.    Yeah.

20         Q.    And there's also Adelphia Sewer.

21         A.    Uh-huh.

22         Q.    I'm on Page 4 now, and we see

23     Grand View, slash, HovSat?

24         A.    Uh-huh.

25         Q.    Page 5 we see HovStor.

Page 166

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    Uh-huh.

3          Q.    And then on Page 9 we see SpeedUS,

4     right?

5          A.    Uh-huh.

6          Q.    So this KSG015 shows that the Village

7     Mall is entering into certain transactions with

8     all of those companies we just identified,

9     right?

10         A.    Uh-huh.

11         Q.    Okay.  So to understand these

12    transactions, I need to know background about

13    these companies.

14              Let's start with Hovnanian

15    International.  How does --

16         A.    Well, let's -- excuse me.  Are you

17    looking at the dates on this balance sheet that

18    you're showing me?

19         Q.    Okay, fair enough.  Hold on one

20    second.  I'm going to Page 26, and this is a

21    balance sheet as of December 31st, 2019.

22         A.    Okay.

23         Q.    And here we see we see

24    Grand View/HovSat, Hovnanian International.

25         A.    Uh-huh.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    I'm going to go to Page 27 --

3                (Speaking sotto voce.)

4          Q.    I'm going to Page 27, still

5     December 31st, 2019, and we see HovStor and

6     SpeedUS.

7                So can we agree that even up until

8     2019, the trust was still transactioning

9     business with these companies?

10         A.    I think they're more or less the same

11    amounts.  You know, they're carry-forwards.  I

12    don't even know if HovStor exists anymore.

13         Q.    Okay.  We'll get into that, but I

14    wanted --

15         A.    Okay.

16         Q.    -- to get company by company to

17    understand.  Okay.

18         A.    Okay.

19         Q.    So let's start with Hovnanian

20    International.  How is it related to the trust?

21         A.    It's not related to the trust.  It's

22    a separate company, Armenian-based company, that

23    I run, and I borrow money from HI to pay bills

24    for the trust, for this trust and for Pachava.

25         Q.    First of all, what does Hovnanian

Page 168

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2       International do?
 3              A.    It's a real estate development
 4       company.
 5              Q.    Okay.  Is it currently operating?
 6              A.    Yes, it is.
 7              Q.    Okay.  Who is operating it?
 8              A.    I am.
 9              Q.    Is there anybody else?
10              A.    I have employees.
11              Q.    Okay.  Is Shant Hovnanian an
12       employee?
13              A.    No, he is not.
14              Q.    Is Shant Hovnanian in any way
15       involved with Hovnanian International?
16              A.    No, he is not.
17              Q.    Okay.  Yesterday we were -- you
18       mentioned that there are Hovnanian family
19       companies.  Would you consider Hovnanian
20       International a family company?
21              A.    Yeah, but it has -- it's not related
22       to any of those companies.  It's not an American
23       company.  It's an Armenian company, and it's
24       related because it's the same family, but it's
25       two separate things.
```

Page 169

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Okay.  And you mentioned that the

3    trust took loans -- or borrowed money from

4    Hovnanian International, right?

5          A.    Yes.

6          Q.    Were these loans, or were they given

7    without the intent to be paid back?

8          A.    They're loans.

9          Q.    What are the terms of the loans?

10         A.    Pay when you can.

11         Q.    Does interest accrue on the loans?

12         A.    No, no interest accrues.

13         Q.    Is there a time period when the money

14   is supposed to be paid back?

15         A.    No.

16         Q.    Are there any documentation that

17   these are loans?

18         A.    Yes, there are.

19         Q.    What documentation?

20         A.    I have loan agreements with the

21   company.  I take them out personally and pay,

22   Hovnanian International pays, and it's all in

23   a -- you know, it's -- we document our loans.

24         Q.    Have you provided this documentation

25   to the United States in the course of discovery?

Page 170

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2           A.    No, it's -- no, I have not, because

3      it's not relevant.  It's...

4           Q.    Again, we're talking about --

5           A.    I'm not taking the loan as the

6      trustee.  I'm taking it as the CEO of Hovnanian

7      International and I'm giving it to the trust.

8           Q.    Okay.  Are you aware that in

9      discovery, the United States requested any

10     documentation of loans to or from the trust?

11          A.    I will get you those documents.

12          Q.    Okay.

13          A.    I mean...

14          Q.    During the 30(b)(6) deposition of the

15     Pachava Asset Trust, you indicated that there

16     was a repayment of a loan to HovBilt because

17     HovBilt gave loans to Hovnanian International.

18          A.    Correct.

19          Q.    Are the loans we're discussing today

20     with respect to the VSHPHH Trust related to that

21     in any way?

22          A.    They may be, but I don't think so.  I

23     mean, HovBilt is not part of the trust, so I was

24     just trying to expedite payments, okay, because

25     they needed to be made.  What can I say.

Page 171

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2          Q.    So just to make sure that we're
3     clear, the loans from Hovnanian International to
4     the VSHPHH Trust are different from the HovBilt
5     loans to Hovnanian International?  They're not
6     in any way connected?
7          A.    Correct.
8          Q.    Okay.  Let's move on to HovBilt.
9                How is HovBilt related to the trust?
10         A.    It's not.
11         Q.    What does HovBilt do?
12         A.    HovBilt is bankrupt.
13         Q.    Okay.  What did it previously do
14    before it was bankrupt?
15         A.    It was a real estate development
16    company.
17         Q.    Who was in charge of HovBilt?
18         A.    My father and Art Havighorst.
19         Q.    About when did HovBilt stop
20    operating?
21         A.    Well, it's all on file.  They filed
22    bankruptcy, and it was around 2013, but this
23    really -- how does this relate to the trust?
24         Q.    Again, I'm trying to figure this out
25    because there are -- there's HovBilt loans on

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     the document that I just showed you, KSG015, and

3     we'll talk about those more later.  But I'm

4     trying to understand now the background of these

5     companies to figure out how they all related,

6     okay?

7          A.    Uh-huh.

8          Q.    So is Shant Hovnanian in any way

9     connected to HovBilt?

10         A.    Shant was the power of attorney

11    during the bankruptcy proceedings.  My father

12    gave him power of attorney to conduct those.

13         Q.    Let's move on to Adelphia Sewers.

14    How is that related to the trust?

15         A.    It's not.

16         Q.    Okay.  What does it do?

17         A.    It was -- I don't even think it's --

18    it was the water and sewer company for The

19    Villages; you know, that's what it did.

20         Q.    Just to make sure we're clear, The

21    Villages is something separate from the Village

22    Mall, right?

23         A.    The Villages is the community beyond

24    the -- you know, The Villages is the community

25    that the Village Mall was sort of adjacent to,

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     let's say, or part of, but it's a development.

3     It's gone.  It's like forever gone.

4          Q.    Okay.

5          A.    50 years ago it was complete.

6          Q.    Gotcha.  Is Adelphia Water the same

7     as Adelphia Sewer?

8          A.    Adelphia Water and Adelphia Sewer?  I

9     think it was -- they're the same, yeah.

10         Q.    Okay.

11         A.    Actually I don't know.  I haven't

12    thought about Adelphia Water and Sewer in a long

13    time.

14         Q.    When did Adelphia -- I'm just going

15    to refer to it as Adelphia Sewer because that

16    was what the name was in the exhibit.

17              When did Adelphia Sewer stop

18    operating?

19         A.    A long time ago.

20         Q.    Before 2012?  After 2012?

21         A.    I think before.

22         Q.    Okay.  Between like 2000 and 2012?

23    Would that narrow it down even more?

24         A.    Yeah, in that -- in the first decade,

25    I guess.

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         Q.    Who was in charge while it was
3    operating?
4         A.    I think Art.
5         Q.    Okay.  Let's move on to HovStor.  How
6    is it related to the trust?
7         A.    I don't think it is.  I don't even
8    think -- I don't think it exists anymore.
9         Q.    What did it do when it existed?
10        A.    In the 1980s, it was a storage
11   facility.
12        Q.    When did it stop operating?
13        A.    Am I supposed to know that?  It's not
14   in the trust, so why are you asking me?
15        Q.    Because there's transactions as late
16   as 2019 with HovStor.  Now I'm trying to figure
17   out what those transactions are and how it's
18   related to the trust.  So if it stopped
19   operating a long time ago, why is the trust
20   still conducting business with it?
21             MR. HANAMIRIAN:  Can we know what
22        those transactions are?  That's the
23        objection.  Can we go through the
24        transactions so that she knows what you're
25        talking about?
```

Page 175

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               MS. COPPLER:  Again, we're going to

3          go through those more later.  I'm just

4          trying to get a general idea of what these

5          companies are.  But if it will help, I will

6          put up KSG015 again, and I will go to

7          Page 27 where we're looking at the balance

8          sheet as of December 31st, 2019.

9     BY MS. COPPLER:

10         Q.    In here, we have due to -- I'm sorry

11    about that.

12              We have due to HovStor, and that is

13    $16,000.  So if HovStor wasn't operating and it

14    stopped operating a long time ago, why as of

15    2019 did the Village Mall owe it money?

16         A.    I don't know.

17         Q.    Okay.  Who would know?

18         A.    Maybe Karen.

19         Q.    Did you speak with Karen trying to --

20         A.    Maybe -- I don't know.  I think --

21    yeah, I think Karen would know or maybe I'll ask

22    Read.  I don't know.  I just don't know.

23         Q.    Did you speak with Karen or Read

24    prior to this deposition about the transactions

25    between the Village Mall and HovStor?

Page 176

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2           A.    No, I did not.

3           Q.    And you didn't do that despite the

4     fact that at the end of the deposition

5     yesterday, I informed you that I was going to be

6     asking about specific transactions with the

7     Village Mall, correct?

8           A.    Yes, correct.

9           Q.    Okay.

10          A.    I just -- I spoke -- I spoke to

11    them -- I didn't speak to them.  I spoke to

12    Karen about the profit and loss, you know, and

13    where she got those numbers from.  I didn't ask

14    her specifically about HovStor or any of those

15    other things.

16          Q.    Okay.  Let's switch gears and talk

17    about Grand View/HovSat.  Now, during Karen

18    Gandolfo's deposition, she testified that

19    Grand View -- excuse me, Grand View Cable is the

20    same as HovSat.  Is this correct?

21          A.    From my understanding, Grand View

22    Cable is a d/b/a for HovSat or -- yeah.

23          Q.    Is it currently a d/b/a for HovSat?

24          A.    I don't know.  I mean, I -- I don't

25    run Grand View Cable, so I -- I don't know.

Page 177

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2         Q.    Who does run Grand View Cable?
 3         A.    I don't know.
 4         Q.    You said yesterday that HovSat was
 5    managing the Village Mall, right?
 6         A.    Right.
 7         Q.    Other than providing a bank account,
 8    what services did it provide to the Village
 9    Mall?
10         A.    I think it's a cable service kind of
11    thing.
12         Q.    But what services specifically did it
13    provide to the Village Mall?
14         A.    It was an operation -- it was a
15    company that was operational, so it provided a
16    bank account for taxes -- the rentals to be
17    collected, and Joanne, I think Joanne is the one
18    that operates it actually.
19         Q.    Who is Joanne?
20         A.    She's the woman on the first floor.
21         Q.    Do you know her last name?
22         A.    No.  Just Joanne.
23         Q.    Okay.
24         A.    Because I'm not -- I don't know if
25    she does or doesn't.  I don't really know about
```

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     HovSat.  All I know is that they were the

3     designated collector of the bills -- the rent

4     for the Village Mall, and they were managing it

5     in that they were -- they were collecting the

6     bills and helping us pay whatever needed to be

7     paid, and in that sense they were managing it.

8          Q.    How did the trust supervise HovSat's

9     management?

10         A.    Repeat the question?

11         Q.    How did the trust supervise HovSat's

12    management?

13         A.    Well, we were getting billed and we

14    would say "Please pay this, please pay that."

15    That's how we supervised.

16         Q.    From just telling HovSat what bills

17    to pay, was there a way for the trust to

18    determine whether HovSat was making good

19    business decisions?

20         A.    HovSat was collecting payments for

21    the Village Mall, rental payments.  Village Mall

22    had expenses.  Karen was the bookkeeper.  What

23    business decisions?  Bills came in, they got

24    paid, and it was done.  I don't understand the

25    question.

Page 179

VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

1
2          Q.    Did HovSat ever provide reports to
3     the trust?
4          A.    No.  The report -- I mean, Karen was
5     the bookkeeper for HovSat.  She was aware of
6     what was coming in and going out.
7          Q.    Did you pay HovSat to manage the
8     Village Mall?
9          A.    No, I didn't.
10         Q.    Why not?
11         A.    Because it didn't ask to get paid.
12         Q.    Did HovSat ever use any profits for
13    the Village Mall for its own expenses?
14         A.    What profits?
15         Q.    Did HovSat ever use any rents
16    received from the Village Mall for its own
17    expenses?
18         A.    I can't know that, but I doubt it
19    very much.
20         Q.    Should HovSat have been able to use
21    rents from the Village Mall for its own
22    expenses?
23         A.    No.
24         Q.    So then why did you not verify or,
25    you know, monitor to see whether HovSat was

Page 180

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     using rents from the Village Mall?

3          A.    Can you please repeat that question?

4          Q.    Why did you not monitor whether

5     HovSat was using rents from the Village Mall?

6          A.    Because the rents from the Village

7     Mall were barely covering the expenses of the

8     Village Mall.

9          Q.    But do you have any way of knowing

10    whether HovSat was using the rents?

11         A.    I suppose if I felt that there was a

12    ton of rent coming in and it was like being

13    misused, I would say "Where's all that money

14    going," but that wasn't the case.  There's only

15    about $6,000 that comes in.  The expenses alone

16    of running that place is about that much.

17               I don't understand what you're saying

18    about the misusing of the space, and I'd like to

19    just -- no, I didn't ask because I knew that it

20    wasn't.  I knew instinctively it wasn't.

21               I trusted Karen as a bookkeeper.  I

22    still trust her, and I know that there is no

23    monkey business going on.

24         Q.    Just to clarify something you said,

25    you said there's only $6,000 coming in --

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2              A.    There's --
3              Q.    -- in rent?
4              A.    Yeah, there's only about that much
5       coming in from rent.
6              Q.    Is that monthly or is -- like how's
7       that -- what's that --
8              A.    Monthly.
9              Q.    -- $6,000 coming from?
10             A.    Monthly.
11             Q.    Monthly?  So from all the tenants,
12      the Village Mall is only collecting in total
13      $6,000 in rent?
14             A.    Yeah.  It's about that, yeah.
15             Q.    How -- I mean --
16             A.    How?
17             Q.    Yeah.  I mean, you said -- we went
18      through yesterday there are around five tenants.
19      What are each of those tenants paying in rent?
20             A.    Well, Dr. Petcu is about 2800, the
21      girls pay about 900.  It comes out to about
22      6,000, that's it.  That's why when you said,
23      "Oh, there's all this money," I was like "What?
24      What are you talking about?"
25             Q.    So then just annually, the Village
```

Page 182

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2      Mall is collecting around $75,000 in rent?

3           A.    Uh-huh.

4           Q.    Okay.  We'll come back to that a

5      little bit later, but let's move on to the next

6      company that we discussed from KSG015, and that

7      is SpeedUS.

8                 How is SpeedUS related to the trust?

9           A.    It's not.

10          Q.    What does it do?

11          A.    I don't think it does anything.  It's

12     another one of those -- I don't know what

13     SpeedUS does.  I don't think it does anything,

14     and that's it.

15          Q.    So what are you saying, you don't

16     think it does anything?  Is that because it has

17     stopped operating?

18          A.    I think so.

19          Q.    About when did it stop operating?

20          A.    A long time ago.  I don't -- I don't

21     know what the situation is there.  It's a public

22     company.  Karen is their employee, and I think

23     that's all she does.  She does the bookkeeping.

24     I don't know what it does.  I don't know what it

25     functions as now, okay?  Once upon a time, it

Page 183

1             VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2      was in broadband.
3             Q.    And SpeedUS stopped publicly filing
4      with the Securities and Exchange Commission in
5      2012.  Would you say that's roughly when it
6      stopped operating?
7             A.    Probably.
8             Q.    So then why is the Village Mall still
9      transacting business with SpeedUS, even up until
10     2018?
11            A.    I don't know.
12            Q.    Who would know?
13            A.    Karen.
14            Q.    Did you speak --
15            A.    I think it transacts with the Village
16     Mall because Karen, who is the bookkeeper and
17     helps us, is a tenant, and that's the
18     connection.
19            Q.    Was Shant --
20            A.    And --
21            Q.    Go ahead, please continue.
22            A.    SpeedUS moved to the Village Mall
23     after the financial crisis of 2008.
24            Q.    Was Shant ever the CEO of SpeedUS?
25            A.    Yes, he was.

Page 184

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Was he the CEO up until it stopped

3     operating?

4          A.    I don't know.  I don't know if he --

5     if he stopped when it stopped op- -- I don't

6     know.  I don't know about SpeedUS.  All I know

7     is Karen works for them.

8          Q.    Shant was both a CEO of SpeedUS and

9     the former trustee of this trust.  Have you

10    spoken with him about the interactions between

11    SpeedUS and the trust?

12         A.    I asked him if there was any

13    interaction, and he said, no, one thing has

14    nothing to do with the other.

15         Q.    About when did you ask him?

16         A.    During the -- sometime last year.  I

17    don't know.  I asked him why -- why Karen was an

18    employee, and I was trying to figure that out.

19         Q.    Did he tell you why she was an

20    employee?

21         A.    Because she's been an employee for

22    SpeedUS for a long time and she is looking at

23    retirement soon, something like that.

24         Q.    Before the 30(b)(6) deposition of the

25    Pachava Asset Trust, you indicated that you were

Page 185

1               VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2       surprised that there were interactions between
3       Pachava and SpeedUS, and you said that you would
4       talk with Shant.
5                    In the past month, have you spoken
6       with Shant about interactions between the trust
7       and SpeedUS?
8            A.    The Pachava Trust or the VSHPHH
9       Trust?
10           Q.    Just generally.
11           A.    Just generally?  I asked him if
12      SpeedUS was operational, and he said not really.
13      I mean...
14           Q.    And this was between the Pachava
15      deposition and this deposition?
16           A.    Yeah.
17           Q.    So then we have a conversation about
18      a year ago with Shant, and then we have a more
19      recent conversation just between the Pachava
20      deposition and this deposition, right?
21           A.    Yes.
22           Q.    Okay.  But he wasn't able to shed any
23      more light on the interactions between this
24      trust, the VSHPHH Trust, and SpeedUS.
25           A.    SpeedUS is a company that is

Page 186

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     completely separate from this trust and from

3     Pachava.

4               My mom loaned money to SpeedUS a long

5     time ago, so there is a connection there between

6     Pachava and SpeedUS, and when I said that, you

7     know, they're probab- -- "What is this thing

8     about SpeedUS they keep asking about," and he

9     said there's no connection.

10         Q.    So the transfers that we've seen from

11    SpeedUS are not generated from business

12    operations of SpeedUS because it hasn't been

13    operating, right?

14         A.    I don't know.  I don't know.  You

15    know, I don't know.

16         Q.    Just give me one moment, please.

17              Okay.  Let's move on to talking about

18    the trust's income just generally.

19              What sources of income does the trust

20    have?

21         A.    The rent.

22         Q.    Anything else?

23         A.    Not really.  There was -- I did see

24    that this VEC Realty sent $10,000 to the trust,

25    and I call- -- when I spoke to Karen, I said

Page 187

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     what is that.  She said "I don't know, they sent
3     us a check," so there's that.
4          Q.   Was it just one check, or is there
5     some kind of --
6          A.   That's the one that I saw.  That's
7     the one that I saw.
8          Q.   Okay.  But the trust generally
9     doesn't receive income from VEC?
10          A.   I don't think so, no.
11          Q.   Okay.  I'm going to be putting up
12     what was previously marked as VSHPHH23.
13          A.   Right.
14          Q.   Are you familiar with this document?
15          A.   Yeah.  I saw it earlier.
16          Q.   Can you please tell us what it is?
17          A.   It's a payment for Grand View Cable.
18          Q.   And it's paid to the order of the
19     VSHPHH Trust?
20          A.   Yes.
21          Q.   Okay.  Why is Grand View -- why is
22     this invoice for Grand View Cable being paid to
23     the trust?
24          A.   Because HovSat was the only
25     operational company.  It's no longer

Page 188

1            VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2       operational, so it's no longer an op- -- the

3       bank account is no longer working.  They were

4       handling our payments.  Now we're handling their

5       payments.

6            Q.    Would you consider --

7            A.    It's a cable provider, a cable TV

8       provider, Grand View.

9            Q.    Would you consider this income to the

10      trust?

11           A.    No.

12           Q.    Okay.  So it seems to me that despite

13      the fact the trust opened up its separate bank

14      account, you're still, you know, using that bank

15      account for both Grand View Cable, HovSat, and

16      the trust.  Is that a fair representation?

17                 MR. HANAMIRIAN:  I'm going to object

18            as to the form, and I'm going to ask, just

19            as a general matter, that the questions be

20            put in the form of questions as opposed to

21            testimony and then potentially a question

22            mark.  I mean, we've been doing it for a

23            day and change now, and I haven't really

24            given you a difficult time, but it's not

25            the appropriate manner for the conduct of a

Page 189

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          deposition.

3                MS. COPPLER:  Okay.  Well, I'm going

4          to ask going forward that in the future, if

5          you do have an objection, please don't give

6          these long speaking objections.  You know,

7          just an objection, form, foundation,

8          whatever is sufficient, and I think that's

9          sufficient under the --

10               MR. HANAMIRIAN:  I don't really think

11         you're the arbiter of that, but I hear you.

12               MS. COPPLER:  Okay, thank you.  I

13         appreciate your cooperation going forward.

14    BY MS. COPPLER:

15         Q.   So, again, you can go ahead and

16    answer that question.

17         A.   Can you repeat it?

18               MS. COPPLER:  I'm sorry.  Can we have

19         the court reporter please read back my

20         question.

21               (The following portion of the record

22               read by the reporter at 9:52 a.m.:

23               "Q. Okay.  So it seems to me that

24               despite the fact the trust opened up

25               its separate bank account, you're

Page 190

1        VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               still, you know, using that bank

3               account for both Grand View Cable,

4               HovSat, and the trust.  Is that a

5               fair representation?")

6        A.    Well, they -- they collected our

7   rents out of courtesy to help us, and now we

8   collect their payments to help them.

9   BY MS. COPPLER:

10       Q.    Is the TD bank account --

11             (Reporter clarification.)

12       Q.    Is the TD bank account only for the

13  trust then?

14       A.    It's not -- let's see.  HovSat's

15  account was closed, and it was still operating.

16  So it's mostly for us, but we, out of courtesy

17  because we have the same bookkeeper, collect

18  payments for Grand View.  It looks like they

19  operate under Grand View and for them.

20       Q.    Does the money that's deposited in

21  the TD bank account for Grand View go towards

22  the Village Mall expenses?

23       A.    No.

24       Q.    How can you be sure?

25       A.    Because we're always basically

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     scraping by.  They have -- Grand View has its
3     own expenses.
4          Q.   Are you aware that during Karen's
5     deposition, she testified that whenever any
6     money came in, it would go to Grand View
7     Cable/HovSat, and from there, money would be
8     used to pay expenses?
9          A.   Please, I -- please clarify what you
10    mean.
11         Q.   Okay.  Karen --
12         A.   The -- look, when my father passed,
13    Shant was running the foundation or whatever,
14    controlling it.  He asked Karen to notify the
15    tenants to stop paying the accounts to my dad,
16    the rental, but instead there was an operational
17    company HovSat, to pay HovSat.  So the rents
18    were collected to HovSat.  That's the income for
19    VSHPHH.
20              Now HovSat doesn't have a bank
21    account, and they're using our bank account, but
22    they're not using our rent and we're not using
23    their money.
24              Karen is the bookkeeper.  She knows
25    how to separate those things.

Page 192

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Speaking about the trust expenses

3     generally -- or, sorry, let me take that back.

4                Generally what are the trust

5     expenses?

6          A.    Well, there's maintenance of the

7     properties; there's taxes; there's, you know,

8     snow blowing, gardening, landscaping, HVAC

9     repairs; the elevator needs to be fixed, parking

10    lot needs to be redone.  Those kinds of -- you

11    know, maintenance expenses, utilities, that kind

12    of stuff.

13         Q.    Sorry, I'm just going to pull up an

14    exhibit on my computer if you'll give me one

15    minute.

16                I am now putting up what was

17    previously marked as KSG011.  Ms. Hovnanian --

18         A.    Uh-huh.

19         Q.    -- do you recognize this exhibit?

20         A.    Yes, uh-huh.

21         Q.    Can you please tell us what it is?

22         A.    It's a list of upcoming expenses.

23         Q.    I'm going to scroll down to the

24    second page where the actual list is.

25                So here let's focus on just the

Page 193

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     expenses for VSHPHH.
3               So first of all, why did you ask
4     Karen to put together this list of expenses?
5          A.   Because I needed to know how much
6     money she needed.
7          Q.   Did you regularly ask Karen to
8     provide a list of expenses like this?
9          A.   No.  This was last year during this
10    COVID thing, and I was sort of upside down.  I
11    didn't know where we were, so I just wanted her
12    to give me a precis of what we were and what was
13    needed.
14         Q.   So just generally speaking, how would
15    you have found out what needed to be paid if
16    Karen wasn't regularly providing these kinds of
17    expense lists?
18         A.   I would have to be there on a daily
19    basis getting everything and being in char- --
20    being the bookkeeper.  That's how I would do it,
21    but because she's there, I rely on her.
22         Q.   No, I apologize.  My question
23    probably wasn't clear, but I'm just asking how
24    you as trustee would know about the expenses.
25         A.   She informs me.

Page 194

1            VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2        Q.    Okay.  Do you -- how does she inform

3    you?

4        A.    We speak to each other when I'm in

5    New Jersey, we meet with each other, we go over

6    stuff that needs to be done.  You know, we

7    communicate.

8        Q.    Do you have any written

9    communications other than this e-mail about

10   expenses of the trust?

11       A.    I've provided all my e-mails to her

12   and -- between us and the messaging services

13   stuff.

14       Q.    And the messaging services, which

15   ones are you referring to?

16       A.    The Telegram.

17            THE WITNESS:  I gave you those,

18       right, John?

19            MR. HANAMIRIAN:  Yes, as much as you

20       could gather, right.  There were issues

21       with Telegram, but yeah.

22            MS. COPPLER:  I'm sorry.  Have you --

23       I just don't know the answer to the

24       question, but have you provided those

25       Telegram communications to us?

Page 195

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               MR. HANAMIRIAN:  Do you want me to

3          answer?

4               MS. COPPLER:  Yes, please.  Sorry.

5               MR. HANAMIRIAN:  We had issues with

6          it surrounding it.  We went to the

7          magistrate on this because there were

8          issues because most of it was

9          self-deleting, is what I thought, as I

10         recall.

11              Is that right?

12              MS. COPPLER:  Oh, I'm sorry, I

13         thought that she was saying that there were

14         actual conversations that had not been

15         deleted, but is that not the case?

16              MR. HANAMIRIAN:  Nina, did you

17         produce any?  I don't recall.  I thought

18         that they were -- I thought --

19              THE WITNESS:  I --

20              MR. HANAMIRIAN:  -- they were

21         self-deleting.

22              THE WITNESS:  I sent you whatever I

23         had.  I don't know if I sent you --

24              MR. KUNOFSKY:  Hey, Cat, close your

25         Teams.

Page 196

1                    VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                         THE WITNESS:  -- any Telegram or

3                whatever.

4                         (Reporter clarification.)

5                         MR. KUNOFSKY:  I said, hey, Cat,

6                close your Teams.

7                         MS. COPPLER:  Sorry.

8                         MR. KUNOFSKY:  She was sharing our

9                messenger on screen.

10                        MS. COPPLER:  Sorry about that.  I

11               just had my other screen sharing.

12         BY MS. COPPLER:

13               Q.    I apologize.  I got distracted, so I

14         didn't hear that last part.  So what did you --

15               A.    What last part?

16               Q.    Whoever was just speaking before Ari,

17         I apologize.

18               A.    Was I talking or were you --

19                        MR. HANAMIRIAN:  It was you, Nina.

20               A.    I sent whatever communications I had

21         to John.

22                        MS. COPPLER:  Okay.  So then if there

23               were any Telegram communications that had

24               not been deleted, then they would have been

25               shared and then produced to us.  I was

Page 197

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          clarifying that in the future --

3                    MR. HANAMIRIAN:  That's correct, Cat.

4                    MS. COPPLER:  Okay, perfect.

5     BY MS. COPPLER:

6          Q.    So going back to the exhibit that we

7     were talking about, KSG011, this DIRECTV expense

8     here, was that for the common areas or was that

9     for a specific office?

10         A.    I think it's the payment for the --

11    not the common areas, but that could be -- I

12    don't know.

13         Q.    Generally -- I'm trying to figure

14    this out because I think yesterday did you say

15    that --

16         A.    That we --

17         Q.    -- the utilities --

18         A.    -- were paid --

19         Q.    Yeah.  Go ahead, please.

20         A.    We pay Kevin and Karen that are --

21    Kevin works for HovSat and Karen works for

22    SpeedUS.  It says "Pay needed in Chase," so

23    those we've been covering, it looks like, and

24    the QuickBooks.  And the DIRECTV I think could

25    be for the -- it could be for the tenants.  I'm

Page 198

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2      not sure.
3          Q.    Yesterday you testified that the
4      tenants were responsible for their own
5      utilities, and the trust only paid for the
6      utilities in the common area.  Would the DIRECTV
7      fall under that category?
8          A.    But if we all share the -- if we all
9      share the DIRECTV, then we would parcel it out.
10     I don't know.
11         Q.    Yeah, I'm just trying to figure that
12     out.  So you just -- you can't say for certain
13     whether that's something shared amongst all of
14     the tenants or whether it's for, you know, the
15     common area.
16         A.    Uh-huh.
17         Q.    Okay.  Was that a yes?
18         A.    No.  I -- I was saying -- okay, thank
19     you for explaining your question.
20               You know what, I don't know.  I don't
21     know what that is.  I'll have to ask.
22         Q.    Oh, sorry, one more question about
23     that.
24         A.    It could be -- I'm not going to
25     speculate.  I just don't know.  I will find out.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    You mentioned that Kevin was an

3     employee of HovSat, so are these --

4          A.    Yes.

5          Q.    -- are these here, the "Kevin gas"

6     and "Kevin pay," is this the trust paying for

7     expenses of HovSat employees?

8          A.    Okay, I think I just figured it out.

9     The VSHPHH account also is paying expenses --

10    it's not the trust per se, but it's the expenses

11    of the HovSat that we're -- we are

12    accommodating.  We're taking in their pay and

13    then we're paying them, so that's it, because

14    they're using our bank -- I mean, we're using

15    our bank account to accommodate them the way

16    that they did the same for us.

17         Q.    So could the Kevin payments and the

18    DIRECTV expenses be for the HovSat account?

19         A.    Correct.

20               I don't think that what -- can you go

21    back to the document, please?

22         Q.    Of course.

23               There you go.  You should be able to

24    see it now.

25         A.    No -- okay.  When it says Pachava,

Page 200

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2      VSHPHH, these refer to the accounts, not to the
 3      trusts themselves.  The trusts' accounts -- you
 4      know, the checking accounts.
 5              Q.    So for VSHPHH, that would be the TD
 6      bank account?
 7              A.    Yes.  So that if -- if the monies
 8      from HovSat are going into that account, then
 9      those bills need to be paid on behalf of HovSat
10      from the VSHPHH.
11              Q.    Okay.  I'm going to take this exhibit
12      down now.
13              A.    Okay.
14              MS. COPPLER:  Why don't we take about
15          a ten-minute break.
16              VIDEOGRAPHER:  The time is 10:07 a.m.
17          and we are going off the record.
18              (Recess taken at 10:07 a.m.)
19              (Back on the record at 10:27 a.m.)
20              VIDEOGRAPHER:  The time is 10:27 a.m.
21          and we are back on the record.
22              MS. COPPLER:  Thank you.
23              I'm going to be putting up what was
24          previously marked as VSHPHH017.
25      BY MS. COPPLER:
```

Page 201

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Ms. Hovnanian, do you recognize this

3     document?

4          A.    Yes.

5          Q.    Could you please tell us what it is?

6          A.    The Grand View Cable profit and loss,

7     January 1 to December 15th, 2012 to 2020.

8          Q.    Okay.  I just want to go through

9     these specific line entries in this document, if

10    that's okay with you.

11         A.    Go ahead.

12         Q.    Starting with the income -- I guess

13    this goes back -- my first question is, is

14    Grand View Cable or HovSat still operating?

15         A.    I think it -- I don't know, but I

16    think it is.  Obviously there's people paying

17    subscriptions, so -- and Kevin's still working.

18         Q.    Miscellaneous income, what is that?

19         A.    I don't operate Grand View Cable, so

20    I don't know what it is.

21         Q.    I'm going to scroll down so that you

22    can --

23         A.    And I am not the -- I'm not the

24    bookkeeper for Grand View Cable either, so I

25    don't know what it is.

Page 202

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Karen Gandolfo, who also does the

3     bookkeeping for the trust, is the bookkeeper of

4     Grand View Cable, right?

5          A.    Correct.

6          Q.    Okay.  Let's look at some of these

7     expenses here.  What are these accounting fees?

8          A.    Those -- you have to ask Karen.  It's

9     not for us, it's not for the trust.  The trust

10    and Grand View Cable are two separate things.

11         Q.    Are you aware that Karen said that

12    she doesn't distinguish between the trust and

13    HovSat Cable?

14         A.    What?  She doesn't distinguish

15    between...

16         Q.    Karen testified that she believed the

17    trust owned Grand View Cable/HovSat.

18         A.    And?

19               That's what she believed.  Okay,

20    she's allowed to make mistakes.

21         Q.    Okay.  So are -- is your testimony

22    here today that all of these Grand View Cable

23    expenses are in no way related to the trust?

24         A.    They're not related to the trust.

25    They're Grand View expenses.

Page 203

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         Q.    Okay.  Let's talk about this lawn
3    maintenance here.  Do you see there's an expense
4    of $25,000?
5         A.    Uh-huh.
6         Q.    Isn't it true that HovSat/Grand View
7    Cable have an office within the Village Mall?
8         A.    Yes.
9         Q.    So what is this lawn maintenance
10   expense for then?
11        A.    Again, I don't run Grand View Cable.
12   I am the trustee for VSHPHH Trust, so I don't
13   know.
14        Q.    And when --
15        A.    And just because Karen thought that
16   the trust owned Grand View Cable doesn't mean
17   that she doesn't separate the accounts when
18   she's making payments and that sort of thing.  I
19   don't know how -- you know, no, I just don't...
20        Q.    I'm going to Page 2 of VSHPHH017, and
21   the first line here, the first entry is real
22   estate taxes of $165,000.  What real estate
23   taxes were these?
24        A.    I can't answer that because this is
25   Grand View Cable.
```

Page 204

VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

1

2      Q.     In response to discovery requests,

3      the trust provided -- or actually more recently

4      than that the trust provided this profit and

5      loss statement because transactions within it

6      are relevant to the trust.

7      A.     Uh-huh.

8      Q.     So what transactions here are

9      relevant to the trust?

10     A.     Probably -- I don't know.  I don't

11     know.

12     Q.     Who would know?

13     A.     Karen.

14     Q.     Did you -- again, you said you spoke

15     with Karen between yesterday and today about

16     this profit and loss statement.  Did you ask her

17     what expenses relate to the trust?

18     A.     No.  I asked her the Village Mall

19     one, not the Grand View Cable one.  And I said

20     how could we possibly have that much if we're

21     constantly -- and she said, "Well, I'm not an

22     accountant.  You know, I'm not -- it hasn't been

23     audited.  I don't really -- "You know, I'm just

24     the bookkeeper," that kind of thing.  So, you

25     know, as far as -- Grand View Cable is not my

Page 205

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     bailiwick.

3          Q.    Okay.  I'm going back to Page 1 of

4     VSHPHH017, and do you see this legal expense

5     here of $81,000?

6          A.    Uh-huh.

7          Q.    This $81,000 comprised of two checks

8     made to -- I'm sorry, I'm going to butcher this,

9     it's Kostelanetz & Fink?

10              Sorry, we lost your video there.

11     Okay, you're back.

12         A.    Yeah, because I --

13         Q.    I'm sorry, I can't hear you.

14         A.    Hold on a moment, please.  Just I

15     have to tell my daughter to tell my nephew to

16     stop calling me.  Hold on.

17              MS. COPPLER:  Okay.  Let's go off the

18         record and take a short break to let you do

19         that.

20              VIDEOGRAPHER:  The time is 10:35 a.m.

21         and we are going off the record.

22              (Recess taken at 10:35 a.m.)

23              (Back on the record at 10:41 a.m.)

24              VIDEOGRAPHER:  The time is 10:41 a.m.

25         and we are back on the record.

Page 206

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2       BY MS. COPPLER:

3           Q.    We are still looking at --

4           A.    It just did the same thing.  Okay.

5       It's okay.

6           Q.    -- share my screen, but we're looking

7       at VSHPHH017.  Before we went on the break, we

8       were discussing this legal expense of $81,000,

9       and I believe where we left off is I said that

10      this legal expense is comprised of two checks

11      paid to Kostelanetz & Fink.  Is that accurate?

12      Kostelanetz & Fink represented the trust --

13          A.    Yes.

14          Q.    -- in this litigation, correct?

15          A.    Yes, yes.

16          Q.    Okay.  I am now putting up what has

17      been marked as VSHPHH018.

18          A.    Right.  Yeah.

19          Q.    Do you recognize this exhibit?

20          A.    Yeah.  This is the one from

21      yesterday.

22          Q.    Could you please tell me what it is.

23          A.    It's the Village Mall profit and loss

24      January 1 to -- 2012, December 15th, 2020.

25          Q.    Just starting with the income, what

Page 207

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2        is this billable expense income?

3              A.    Billable expense income?  I don't

4        know.

5              Q.    What is the -- this DIV income?  I'm

6        assuming it's dividend income?

7              A.    I don't know.

8              Q.    What are the insurance proceeds?

9              A.    I don't know.

10                   Again, I want to remind you that this

11       is January 1, 2012 to December -- 2012 before

12       the Village Mall was in the trust, and there's

13       no dates here or anything.  It's like an

14       eight-year period and there's no dates.  How am

15       I supposed to know what's what?

16             Q.    What is this service income?

17             A.    I don't know.

18             Q.    Earlier when we were discussing

19       income, you said the only income to the trust

20       was the rents it received from the Village Mall.

21             A.    Correct.

22             Q.    Do you have any reason to believe

23       that there is any further income?

24             A.    Not to my knowledge, there isn't, no.

25             Q.    What about in the past?  What about

Page 208

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2       from the trust inception in 2012 to say 2018?
3              A.    Again, the Village Mall became a part
4       of the trust in 2015, so I don't know about
5       2012.
6              Q.    Okay.  And just to clarify, when --
7       are the -- is the Village Mall treated
8       separately than the trusts for purposes of the
9       QuickBook files?
10             A.    I didn't make these QuickBook files,
11      so I don't know.
12             Q.    Okay.  I'm going to scroll down now,
13      and it has an amount here that says due from
14      VSH.  Who's VSH?
15             A.    I think that's my father.
16             Q.    Okay.  What --
17             A.    It just goes to show you that this
18      is -- the time frame is very large.
19             Q.    Okay.  What would the Village Mall
20      owe your father money for?
21             A.    I don't know.  You'd have to ask him.
22             Q.    What is this due from Grand View?
23             A.    I don't know.
24             Q.    What about due to HovBilt?
25             A.    I don't know.

Page 209

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.     Now, because --

3                 (Unreportable crosstalk and reporter

4                 clarification.)

5          A.     Okay.  Can I go?

6          Q.     Yeah.

7          A.     This time frame precedes the Village

8     Mall being in the trust.

9          Q.     The trust --

10         A.     My father was still alive, and the --

11    HovBilt went bankrupt in 2013, so I don't know

12    what a lot of this stuff is.  I just want you to

13    understand.

14         Q.     The trust was established in 2012,

15    correct?

16         A.     Yes, but the Village Mall was not

17    part of the trust in 2012, and this -- can we go

18    up, scroll up again?

19                This is Village Mall.

20         Q.     When the trust -- excuse me.

21                When the Village Mall was placed into

22    the trust, did the trust accept it with its

23    debts?

24         A.     I don't remember.  Did we accept it

25    with its debt?  I'll have to go back and look.

Page 210

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2        Q.    What would you look at?

3        A.    The transfer, the deed transfer.

4        Q.    Okay.  Who would know whether --

5   sorry, let me step back.

6              Are there any other records other

7   than the deed that would show this?

8        A.    I think I could probably ask Read

9   because he did the -- he did the trust.

10       Q.    Did you speak with Read prior to this

11  deposition?

12       A.    Not in the past 24 hours.

13       Q.    But prior to yesterday, when you

14  were -- like if -- when you were preparing for

15  this deposition as a whole, did you speak with

16  Read?

17       A.    Yes.

18       Q.    When did you speak with him?

19       A.    I spoke to him last Friday.

20       Q.    What did you discuss?

21       A.    Just general stuff, you know.  He was

22  encouraging me that I was prepared and I knew

23  what I was doing and that kind of thing.

24       Q.    Did he mention that the transfer of

25  the Village Mall into the trust was free and

Page 211

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     clear of all debts?

3           A.    No, he did not mention that.  We

4     didn't go into that kind of detail.

5           Q.    Going back, I'm going to scroll down.

6                 And here there's a few household

7     expenses.  What household is it referring to?

8           A.    I don't know.

9           Q.    Okay.

10                MS. COPPLER:  Let's see.  I think we

11          are good with that exhibit.  I'm going to

12          be putting up -- okay.  I am now putting up

13          what was previously marked as KSG014.

14    BY MS. COPPLER:

15          Q.    Do you recognize --

16          A.    Uh-huh.

17          Q.    -- this exhibit?

18          A.    Uh-huh.

19          Q.    Could you please tell us what it is.

20          A.    Grand View Cable balance sheet as of

21    December 31st, 2011.

22          Q.    Okay.  And I'm going to scroll to the

23    end, so can we agree that it goes up until

24    August 12th, 2020?

25          A.    Yes.

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2         Q.    Okay.  Starting on Page 1, there is
 3    an entry here that said "Due from mall."  Is
 4    that the Village Mall?
 5         A.    I don't know.
 6         Q.    Who would know?
 7         A.    Karen.  She's the bookkeeper.
 8         Q.    Okay.  For HovBilt -- so these three
 9    entries here -- HovBilt, Hovnanian
10    International, HovStor -- do you know what these
11    are for?
12         A.    No, I don't.  And, again, I'm going
13    to say there's no timeline.  There's no dates on
14    these things, so I have no idea what they are.
15    And, again, this is Grand View Cable, and I
16    don't know about that as well.
17         Q.    In -- as of January -- oh, sorry, let
18    me get to the next page where we actually -- I'm
19    scrolling down to Page 5, which is the balance
20    sheet as of December 31st, 2012.
21              The trust was established in 2012,
22    right?
23         A.    Yeah, but --
24         Q.    And as --
25         A.    At the end of -- probably around the
```

Page 213

1            VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2      same time.

3            Q.    Did the Village Mall have a separate

4      bank account when it was first established in

5      2012?

6            A.    You're confusing apples and pears.

7            Q.    Okay --

8            A.    The Village Mall was not part of the

9      trust in 2012.  When the trust was created, the

10     Village Mall was not in it.  It became part of

11     the trust in 2015, so your question doesn't make

12     any sense to me.

13           Q.    When the trust was created in 2012,

14     the trust was created in 2012, did it have --

15           A.    Yes.

16           Q.    -- a separate bank account?

17           A.    No, I don't think so.

18           Q.    Did it share a bank account with

19     Grand View Cable and HovSat?

20           A.    Okay.  It says as of December 31st,

21     2012, right?  The trust was made right around in

22     December.  I remember signing the trust

23     documents at the end of December, so we didn't

24     open a bank account yet.  We didn't open a bank

25     account for the trust until December 2019.

Page 214

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                So to answer your question, no, it

3     didn't have a separate bank account.

4          Q.    So then I'll scroll to Page 8 of

5     KSG014.  This is as of December 31st, 2013.

6     According to your testimony then, at this time,

7     the trust did not have a separate bank account.

8          A.    No.  The trust opened its bank

9     account in 2019.

10         Q.    And all -- okay.  What bank account

11    did the trust use as of 2013?

12         A.    I think it was operating out of my

13    father's -- I don't know.  I really don't know.

14         Q.    Well, as of 2013 where the trust was

15    in existence, let's start here on Page 8.

16               It shows amounts due from HovBilt,

17    Hovnanian International, HovStor, the mall, and

18    SpeedUS.  Correct?

19         A.    Yeah.

20         Q.    What were these amounts?

21         A.    I don't know, because these are --

22    this is -- again, can we scroll all the way up?

23               This is the Village Mall you're --

24    oh, this is Grand View Cable, okay.  So this is

25    Grand View Cable.  I think you need to ask

Page 215

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2       Grand View Cable what these expenses were.
3              Q.    Again, the trust provided this
4       document in response to our discovery requests
5       for records relating to transactions with the
6       trust.  So I'm asking to figure out how these
7       transactions relate to the trust.
8                    Can you please tell me how any of
9       these transactions in this balance sheet relate
10      to the trust?
11             A.    I can't tell you.  I can't tell you
12      the way -- I can't tell you the way -- for
13      instance, due from APH, we stopped working at --
14      for my dad in 2011 or '12, so I -- you know, I
15      don't have any timeline, so I -- there's like no
16      rev- -- I don't know.  I don't know any of this.
17                   Grand View Cable, I wasn't privy to
18      the accounts.  I don't know.  You'll have to ask
19      Karen to break it down for you.  She was the
20      bookkeeper.  I'm not the bookkeeper and I'm not
21      the accountant.  I've asked her to do these
22      things for me.
23                   MS. COPPLER:  Okay.  I'm going to --
24             okay.  Give me one second to put up another
25             exhibit.

Page 216

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2               No, that's not right.
3               Hold on a second.  The computer --
4          here it is.
5               I am now putting up what was
6          previously marked as KSG015.
7     BY MS. COPPLER:
8          Q.   Are you familiar with this exhibit?
9          A.   Yeah, I went over it.  What -- I
10    mean, I've seen it, yes.
11         Q.   Okay.  Could you please tell me what
12    it is.
13         A.   It says Village Mall balance sheet as
14    of December 31st, 2011.
15         Q.   Now, just to make sure we're clear,
16    this is not the balance sheet for the entire
17    trust.  It's just the balance sheet for the
18    Village Mall?
19         A.   That's what it says.
20         Q.   Was there a separate balance sheet
21    for the trust?
22         A.   There was no trust in 2011.
23         Q.   Okay.  But from 2012 on, was there a
24    separate balance sheet for the trust?
25         A.   I don't believe so, no.  I think that

Page 217

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     it had its own QuickBooks.  From the time it

3     took in the -- from the time the Village Mall

4     became part of it, which would be about 2015,

5     I'm pretty sure that she kept an account for the

6     trust.

7                The Village Mall -- the Village Mall

8     became part of the trust in 2015.  My father

9     requested that we create the trust in 2012 for

10    his grandchildren.  The Village Mall was not

11    part of that at that point.

12         Q.   So, sorry, I don't believe that we

13    received separate QuickBook files for the trust.

14    The only ones that we have received are the

15    Village Mall and the Grand View Cable.  So to

16    the extent there is a separate QuickBook files

17    for the trust, would you provide those to us?

18         A.   I will ask her to provide whatever

19    she has, and of course.

20                MR. HANAMIRIAN:  Just, I'm sorry,

21         Cat.  We've provided everything that Karen

22         has.

23                THE WITNESS:  Okay.

24                MR. HANAMIRIAN:  The QuickBooks for

25         the trust were maintained through another

Case 3:18-cv-15099-RK-JBD   Document 123-5   Filed 05/13/22   Page 71 of 146 PageID: 4833

Page 218

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2              entity prior to 2019, as we say in our
3              responses, right?  So I think it was --
4                   THE WITNESS:  Right.
5                   MR. HANAMIRIAN:  I don't remember if
6              it was --
7                   THE WITNESS:  It --
8                   MR. HANAMIRIAN:  -- or whoever, but
9              it was --
10                  THE WITNESS:  It was HovSat, right?
11                  (Reporter clarification.)
12                  MR. HANAMIRIAN:  I was just saying I
13             don't recall whether it was -- I thought it
14             was Grand View, it was going through on
15             Grand View's books, but I don't recall, but
16             we told you in the responses to discovery.
17                  There's nothing more, is what I'm
18             saying.
19                  MS. COPPLER:  Just want to make sure
20             that was clear.  Thank you.
21        BY MS. COPPLER:
22             Q.   We're going back to KSG015.
23        I'm going to scroll to -- I'm scrolling until we
24        get to 2015 because that is when the Village
25        Mall was placed into the trust.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               Okay.  So let's go ahead and start on

3     Page 14, is where we are.

4          A.    Uh-huh.

5          Q.    Okay.  So here we see due from

6     Grand View $296,000.  What is that?

7          A.    I don't know.

8          Q.    We see due from Hovnanian

9     International just over -- almost $2,000 there.

10    What is that?

11         A.    Don't know.

12         Q.    We see due from HovStor is a negative

13    $20,000.  So first -- sorry -- it's $48,000, I

14    apologize.  What is that?

15         A.    I don't know.

16         Q.    And remind me, when did HovStor stop

17    operating?

18         A.    I don't know.

19         Q.    We see a transfer from VSH.  Is that

20    your father, Vahak S. Hovnanian?

21         A.    Uh-huh.

22         Q.    Is that a yes?

23         A.    Yes, it is.  It's a yes.

24         Q.    Okay.  Going on to Page 15, we have

25    due to Hovnanian International $14,000.  What is

Page 220

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2      that due to Hovnanian International for?

3           A.    I don't know.

4           Q.    We see due to HovStor $16,000.  What

5      is that for?

6           A.    I don't know.

7           Q.    And we also see due to SpeedUS

8      $4,000 -- $4,400.  What was that for?

9           A.    I don't know.

10          Q.    We see as a long-term liability a

11     HovBilt loan in the amount of $139,000.  What

12     was that loan for?

13          A.    I don't know.

14          Q.    We just went through a number of

15     transactions for 2015 when the Village Mall was

16     placed in the trust.  Who would be able to tell

17     me what all these transactions are?

18          A.    Karen.

19          Q.    Did you speak with Karen prior to the

20     deposition today about these transactions?

21          A.    Not about the specific transactions,

22     no.

23          Q.    Some of these transactions were very

24     large dollar amounts; like, for example, the

25     HovBilt loan of $139,000.  Shouldn't as trustee

Page 221

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2     you be aware of what this loan is?
 3          A.    But can I just ask a question?  Isn't
 4     it possible that that HovBilt loan was carried
 5     forward from other years?
 6          Q.    You tell me.
 7          A.    Because in 2015, HovBilt was already
 8     bankrupt, so I'm assuming that that loan was a
 9     long time ago, long before 2015.
10          Q.    Why -- if it was carried forward, why
11     is it still on the Village Mall's books?
12          A.    I don't know.
13          Q.    Does this mean that the Village Mall
14     still owes HovBilt this money?
15          A.    I don't know what it means.
16          Q.    Moving on now to 2016 on Page 17 of
17     KSG015, we see a number of accounts receivable
18     from Grand View/HovSat, Hovnanian International.
19     Can you tell me what any of these transactions
20     were for?
21          A.    No.
22          Q.    All right.
23          A.    And this is 2016, and again, it shows
24     my father, who's already dead.  So --
25          Q.    Are you --
```

Page 222

                     VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

1

2          A.    Do you see what I'm saying?  It seems

3     that you're showing me that there's constant

4     activity from these defunct or dead people --

5     you know, entity.

6          Q.    Why would that be?

7          A.    Why would what be?

8          Q.    Why would there be a ton of

9     transactions from defunct companies?

10         A.    There aren't -- there are not tons.

11    It's the same transaction over and over again.

12    The transfer from VSH was 29 in 2016, in 2015.

13    These have obviously been carried forward.  Have

14    you done the comparison?  I did it just now.

15         Q.    Why is the Village Mall continuing to

16    carry them forward then?

17         A.    I don't know.  When I get an

18    accountant --

19         Q.    Shouldn't --

20         A.    When I get an accountant, I will,

21    okay?

22         Q.    Are there any transactions in

23    Exhibit KSG015 that you are prepared to testify

24    about today?

25         A.    No.

Page 223

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.     Why not?

3          A.     Because I'm not the bookkeeper and

4    I'm not the accountant.

5                 MS. COPPLER:  Okay.  I am now putting

6          up what was previously marked as VSHPHH019.

7    BY MS. COPPLER:

8          Q.     Ms. Hovnanian, are you familiar with

9    this exhibit?

10         A.     Yes, I saw it.

11         Q.     Could you please tell us what it is.

12         A.     Grand View Cable transaction report

13   January 1st to November 20th, 2020.

14         Q.     Okay.  And I know it's -- I

15   apologize, this is really hard to read, but this

16   is the -- this is how we received it, so I

17   unfortunately don't have a better copy.  But

18   over here to the right it says under account

19   VSHPHH Trust, right?

20         A.     Correct.

21         Q.     So we can agree that these

22   transactions have to do with the VSHPHH Trust,

23   right?

24         A.     Or they could be the VSHPHH Trust

25   checking account.

Page 224

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2         Q.    But either way they're related to the

3    VSHPHH Trust.

4         A.    No.

5         Q.    I don't understand then.

6         A.    I've explained this to you many

7    times.  Previously the Village Mall was

8    collecting rents and the rents were going to

9    HovSat, so Grand View Cable, a/k/a HovSat, was

10   taking care of the business of the Village Mall

11   slash the trust.

12              Then we stopped doing that, and I

13   opened up an account for VSHPHH Asset Trust, and

14   Grand View Cable or HovSat started using that

15   account to process their thing.

16              So there is a difference between the

17   actual trust and the checking account because

18   Karen was operating both of the -- the bill

19   paying or whatever out of the -- that asset

20   trust account.

21        Q.    We can agree that this is a

22   transaction report from January 1st to

23   November 20th, 2020?

24        A.    Yes, these are all transactions from

25   the account.

Page 225

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2         Q.    Okay.  So then --

3         A.    As it says above, account.

4         Q.    Okay.  The first couple lines that

5    are highlighted here, there are two QuickBooks

6    and they're for the accounting fees?

7         A.    Uh-huh.

8         Q.    Why is the trust paying for multiple

9    QuickBook accounts?

10        A.    Because it's the -- because it's the

11   checking account -- it's the checking account

12   that -- that HovSat/Grand View Cable operates

13   out of.

14        Q.    And you see here, one of them is a

15   due from SPDE.  Is that SpeedUS?

16        A.    Yes.

17        Q.    So the trust is paying for a

18   QuickBooks account for SpeedUS.

19        A.    Where does it say that?

20        Q.    Right here, right where -- sorry, I

21   can't really highlight it here.  It's the last

22   line --

23        A.    Oh, I see it.  It says QuickBooks,

24   uh-huh.

25        Q.    So is the trust paying for a

Page 226

1             VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2        QuickBooks account for SpeedUS?

3             A.    The trust account -- the checking

4        account is, yes.

5             Q.    This next highlighted line here, it

6        says HovSat/Grand View Cable Company, and the

7        memo description is "Cash deposited from HovSat

8        to VSHPHH Trust."

9                   Why was cash deposited from HovSat to

10       VSH -- to the trust?

11            A.    It's the checking account, not --

12       because Karen is the bookkeeper for everything.

13       What can I say.

14            Q.    I'm going to scroll down again.

15                  So here you see this transaction on

16       5-18-2020, it says "Electric house 520 NRR"?

17            A.    Yeah.

18            Q.    Is that 520 NRR the Navesink River

19       Road property?

20            A.    Yes, it is.

21            Q.    Why is money being taken out of the

22       trust account to pay for the 520 Navesink River

23       Road property?

24            A.    Because there was money in that

25       account and there wasn't money in the Pachava

Page 227

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     account, so I said just borrow it from that

3     trust and pay that one, and then we'll work it

4     out later.

5          Q.    How does it benefit the beneficiaries

6     to be paying for expenses for a property that's

7     not within that trust?

8          A.    Beneficiaries.

9                Are you questioning if I'm a good

10    trustee?  I don't understand the line of your

11    questioning.  I'm sort of offended.  My job is

12    to make sure that these things are done, and

13    they're done, okay?

14         Q.    Okay.  Let's continue on, and you'll

15    see there's two more highlights on both that

16    mention the 520 NRR.

17               So, again, the trust -- the money is

18    coming out from the trust account to pay for

19    expenses for the 520 Navesink River Road

20    property, right?

21         A.    Correct.  Yes, yes, correct.

22         Q.    Here we see, where my cursor is here,

23    dated 5-27-2020 a transaction from Pachava Asset

24    Trust, and it says loan.  What was this loan?

25         A.    That was either -- what's the date?

Page 228

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    It says -- I apologize, I may have

3     gotten the date wrong.  5-27-2020.

4          A.    It's probably an advance to -- it's

5     for -- due from?  It's probably an expense for

6     the house.  There was work being done.

7          Q.    Because -- so this specifically says

8     that it's a loan.  None of the other

9     transactions that we looked at so far have

10    actually specifically said that they were a

11    loan, so does that mean that only this one is a

12    loan?

13         A.    They're all -- it says due from, so

14    it's -- it doesn't specify as a loan, but it

15    says due from Pachava Asset Trust, which

16    indicates that Pachava owes VSHPHH.

17         Q.    As of today, how much does the trust

18    owe Pachava --

19         A.    And --

20         Q.    -- Asset --

21         A.    And --

22         Q.    -- Trust?

23         A.    And, by the way, VSHPHH has borrowed

24    from Pachava, so...

25         Q.    Okay.  Again, my question is, as of

Page 229

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     today, how much does the trust owe the Pachava

3     Asset Trust?

4          A.    How much does Pachava owe VSHPHH?

5          Q.    How much does the VSHPHH Trust owe

6     the Pachava Asset Trust?

7          A.    Okay.  Something like 30,000.  No,

8     probably around 25,000.

9          Q.    How much does the Pachava Asset Trust

10    owe the VSHPHH Trust?

11         A.    I don't think it does.

12         Q.    I thought that you just said that --

13         A.    No, because we gave about 30- -- we

14    fronted VSHPHH from -- we -- "we" meaning

15    Pachava, Pachava fronted VSHPHH to redo the

16    parking lot, which was about 39,000, and then --

17    then Pachava borrowed or was repaid 5,000 or

18    6,000.  So one canceled the other out.  I have

19    to go back in my records.

20         Q.    Okay.  So I'm on Page 4 now, and we

21    see a transaction to Sprint.  The memo

22    description is SpeedUS account.

23         A.    Uh-huh.

24         Q.    Why is money coming out from the

25    trust account to pay SpeedUS's Sprint bill?

Page 230

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    Well, Karen works for SpeedUS, so --

3     and also VSHPHH is paying for Grand View also,

4     and she works for -- she does the bookkeeping

5     for them, so...

6          Q.    But why?

7          A.    Because it's easy.  It's easier.

8     She's there.

9          Q.    Okay.  Again, we're still January to

10    December 2020.  There's a --

11         A.    I'm sorry, 2012.  Look again.

12         Q.    I apologize, you're right.  Thank you

13    for correcting me.

14               So this AFCU, what bank account is

15    that?

16         A.    I have no idea.

17         Q.    Is it --

18         A.    That's January --

19               (Unreportable crosstalk.)

20         A.    I don't know.

21               (Reporter clarification.)

22         Q.    Is this Affinity Federal Credit

23    Union?

24         A.    I don't know what it is.  I don't

25    know what it is because if you see the date, it

Page 231

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     says January 20th, 2012.  The trust was formed
3     in December, so I don't know.
4          Q.    Do you recall that in response to the
5     United States' interrogatories, the trust
6     indicated that HovSat's bank account was
7     Affinity Federal Credit Union?
8          A.    Okay.
9          Q.    And you also indicated that rent
10    checks had been deposited into the Affinity
11    Federal Credit Union Account.
12         A.    Okay.
13         Q.    Okay.  So is this the Affinity
14    Federal Credit Union account that the Village
15    Mall rent checks were deposited into?
16         A.    I don't know.  I don't know.  I
17    didn't create this document.  I'm not keeping
18    the QuickBooks.  I don't know what it is.  It
19    looks like it is, but I don't know.  Could be
20    something else.  How do I know?
21         Q.    Now, I'm just scrolling to get to
22    December 2015 when the Village Mall was placed
23    into -- into the trust.
24         A.    Okay.
25         Q.    Right here we see a transaction,

Page 232

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     Vahak Hovnanian transfer from mall to HovSat,

3     due to Village Mall?

4          A.    That's August 4th.

5          Q.    Gotcha.  So it was before the trust

6     was actually -- the Village Mall was actually

7     placed into the trust, I'm sorry.

8          A.    Oh, no, I'm sorry.  You're correct,

9     you're correct.  Sorry, I'm wrong.

10         Q.    Okay.  I'm trying to see if I can

11    find all my highlights.  Give me two seconds.

12              Okay.  So now looking from -- this is

13    transaction reports from January to December

14    2015.  We have a SpeedUS USNY dot com LP.  The

15    memo description says to cover KSG November PR.

16              Again, could you explain what this

17    transaction is?

18         A.    It's a -- it looks like -- it looks

19    like a payment to Karen.

20         Q.    Here we see it looks like $27,000

21    that went to the township of Howell for

22    the Wy- --  I'm sorry, how do you pronounce

23    that?  Is it Wyckoff?

24         A.    Wyckoff.  Wyckoff.

25         Q.    -- Wyckoff property.

Page 233

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                   The trust owns that property, right?

3         A.    Yes, I think so.

4         Q.    Okay.  So, again, there's trust

5    expenses coming out of this AFCU bank account,

6    right?

7         A.    Yes.  It's AFCU, yes.

8         Q.    Okay.  Also there is another

9    transaction highlighted below that for a SpeedUS

10   USNY dot com to cover KSG.  Is that the same --

11   for the same reasons we previously discussed?

12        A.    Yes, but here it says -- could you

13   just go back?

14        Q.    I apologize.

15        A.    It says due from SPDE.  In other

16   words, this AFCU or whatever paid Karen on

17   behalf of SpeedUS, not that -- I don't know.

18        Q.    At the bottom of Page 67, we have

19   another transaction for the 520 Navesink River

20   Road, right?

21        A.    Uh-huh.

22        Q.    So, once again, there was money

23   coming out from the trust accounts to pay for a

24   property that is not with -- that it doesn't

25   own, right?

Page 234

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    Well, no, it -- it's not the trust

3     accounts.  It's the Grand View Cable account,

4     the HovSat account.

5          Q.    During January to December 2016, did

6     the trust have a separate account than this AFCU

7     account?

8          A.    No, it didn't, but I'm saying that it

9     wasn't the trust account.  It was Grand View's

10    account, and they were handling things for the

11    trust.

12         Q.    Again, I have just a few more

13    transactions highlighted for the mall -- I'm

14    sorry, let me go back to that.

15               So going back to Page 67, that same

16    transaction that we were talking about --

17               (Reporter clarification.)

18    BY MS. COPPLER:

19         Q.    So going back to Page 67, that same

20    transaction we were speaking about, about the

21    520 Navesink River Road Property, I would just

22    like to note that it says "Due from mall."

23         A.    Uh-huh.

24         Q.    So it shows that this amount is due

25    from the Village Mall, correct?

Page 235

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    Yes.

3          Q.    Okay.  How can you tell when

4    something is from the Village Mall versus

5    something that's from HovSat/Grand View Cable?

6          A.    Because of the expenses, what the

7    expenses are for.

8          Q.    So just taking, for example --

9    because this is where I am -- Page 74, the

10   transaction that's highlighted from Full Circle

11   Lawn Care LLC, is this an expense for the

12   Village Mall or is this an expense for

13   HovSat/Grand View Cable?

14         A.    It's an expense -- it says "split,"

15   if you see further down, which it's a

16   landscaping company.  So it's a split between

17   the mall and 520 Navesink River Road.

18         Q.    What about the very next transaction,

19   which is a Verizon transaction that I'm

20   highlighting now with my cursor.

21         A.    Uh-huh.

22         Q.    Was this an expense for the Village

23   Mall or HovSat/Grand View Cable?

24         A.    That I don't know.

25         Q.    So you can't tell from this

Page 236

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     transaction report whether it's an expense for

3     the Village Mall or HovSat/Grand View.

4           A.    Well, it says -- can you make it

5     bigger?  It says ELEV.  I don't know what that

6     means, but the bookkeeper I'm sure does.

7           Q.    So overall there's not a clear way to

8     distinguish between expenses for the Village

9     Mall versus those expenses for HovSat/Grand View

10    Cable.

11          A.    Well, if you look below it, this

12    other highlighted thing, clearly it says 520 NRR

13    account.  So that -- it's clearly indicated what

14    it's for.  So I'm sure absolutely 100 percent

15    that she has a method to her madness.  She knows

16    what she's paying and what it's for.

17          Q.    As trustee, can you sitting here

18    today tell me each and every one of these

19    transactions whether they are for the Village

20    Mall or whether they are for HovSat/Grand View?

21          A.    No, I can't.  I can do some of them.

22          Q.    Just making sure.

23                (Speaking sotto voce.)

24          Q.    Okay.  I'm on Page 103 of VSHPHH019.

25    I have highlighted Navesink Country Club.

Page 237

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         A.    Uh-huh.
3         Q.    And the memo description is "Member
4    ID Number 813 Hovnanian."
5         A.    Uh-huh.
6         Q.    Why was either the Village Mall or
7    Grand View Cable paying for country club
8    expenses?
9         A.    Because the kids use the country
10   club.
11        Q.    Is this member ID -- which family
12   member is that for?
13        A.    Well, it used -- it's for the family.
14   Because Shant was the adult in the family at the
15   time that this membership was made, it's that
16   Hovnanian, but the kids use it.  It's across the
17   street from the house.  It's like the place
18   where they go to go swimming.  It's where they
19   go to play golf, tennis.  It's their membership,
20   but they're not going to give a kid a
21   membership.
22        Q.    So just to make sure I'm
23   understanding you correctly, Shant Hovnanian
24   is -- has the main membership because he's an
25   adult?
```

Page 238

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2           A.    It's his -- yes, correct, he's the

3      family.  He's the legal guardian of his

4      children.  They won't give a trust membership

5      and they won't give a kid a membership, and he

6      became a member a long time ago, so it was --

7      the membership expenses are all the kids.

8      Sometimes I use it.

9           Q.    I just had a few more questions, but

10     I -- hold on a second.

11               Yeah, I just have a few more

12     questions after this, but I just want to make

13     sure that I got everything from the transaction

14     report.

15               MS. COPPLER:  So can we take a short

16          ten-minute break?  And I'm almost done, I

17          promise.

18               VIDEOGRAPHER:  The time is 11:35 a.m.

19          and we are going off the record.

20               (Recess taken at 11:35 a.m.)

21               (Back on the record at 11:45 a.m.)

22               VIDEOGRAPHER:  The time is 11:45 a.m.

23          and we're back on the record.

24               MS. COPPLER:  Hold on a second.  Let

25          me just make sure.  Ari, are you back yet?

Page 239

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               MR. KUNOFSKY:  Yes.

3               MS. COPPLER:  He's back.  Okay,

4          perfect.  Okay, wonderful.

5     BY MS. COPPLER:

6          Q.    Almost done.  I just have three more

7     exhibits I want to run through really quick to

8     understand them better, and then the follow-up

9     questions, and then I'll hand it over

10    Mr. Hanamirian.

11              So I'm going to be showing you now

12    what was marked as VSHPHH020.  Do you recognize

13    this document?

14         A.    Yes, I do.

15         Q.    Could you please tell us what it is.

16         A.    Vahak borrowed money from Edward

17    Gandolfo -- I think he's Karen's son -- and he

18    asked me to cover it, so I told Karen to pay it

19    out of the trust.

20         Q.    And when you're saying Vahak, is that

21    the son or is that your father?

22         A.    My nephew.  My father was dead in

23    2015.

24         Q.    Okay.  I just wanted to make sure

25    that it's clear that it's the son.

Page 240

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                    Okay.  Do you know what the loan was

3     for?

4          A.    No, I don't know what the loan was

5     for, but he needed the money, so I think it was

6     to pay some, I don't know, work that was being

7     done.

8          Q.    Who authorized the payment to

9     Mr. Gandolfo?

10         A.    I did.

11         Q.    Why?

12         A.    Again, my nephew needed it.  I

13    couldn't get it to him in time, and so I told

14    Karen just take it out of the trust, and it's

15    loan repayment for Vahak, clearly indicated, and

16    he's one of the beneficiaries of the trust.

17         Q.    And now I'm switching what was

18    previously marked VSHPHH022.  Do you recognize

19    this exhibit?

20         A.    Yes.  It's one of the tenants.

21         Q.    I think we may have actually

22    discussed this yesterday, so I apologize, but

23    just to make sure --

24         A.    No, actually we didn't, I don't

25    think.

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          Q.    Okay.  So can you tell me why it says

3     pay to the owner HovSat and then VSHPHH?

4          A.    Yeah, that's easy.  It's -- before,

5     the payments were gong to HovSat and now they're

6     going to VSHPHH.  So just to make sure that all

7     his bases were covered, he wrote them both

8     obviously.

9          Q.    Last exhibit is what was previously

10    marked as KSG013.  Do you recognize this

11    exhibit?

12         A.    I wish I could expand -- can you make

13    it bigger, please?

14         Q.    Yes, I can.  I apologize.  It is

15    still a little blurry.

16         A.    Okay.

17         Q.    Do you recognize this exhibit?

18         A.    I haven't seen it before, to tell you

19    the truth.

20         Q.    It -- would you like a few seconds

21    to -- so I can scroll down so you can see the

22    rest of this exhibit.

23         A.    Okay, go ahead, scroll down.

24               Okay.

25         Q.    And I think I'm not going to be

Page 242

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     asking about all of these checks, so maybe just

3     we'll take it check by check.

4          A.    Okay.

5          Q.    But do you want to start with the

6     very first check on Page 1?  It's a check to

7     First Unum Life, and in them memo it says

8     SpeedUS Corp.  So why was HovSat paying for life

9     insurance of its --

10         A.    Okay.  So I don't know about HovSat.

11    I wasn't in control of that account.  I'm not a

12    signatory, so I don't know.

13         Q.    Okay.  Scrolling down, let's look at

14    this check here for New Jersey American Water.

15    Do you see that?

16         A.    Okay.  Yes, I do.

17         Q.    Is New Jersey American Water, does

18    that provide the utilities to the Village Mall?

19         A.    Yes, it does.  So I don't -- okay,

20    so?

21         Q.    So is --

22         A.    Why is this suspicious?

23         Q.    I'm just asking whether this shows

24    that HovSat was paying for expenses of the

25    Village Mall.

Page 243

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    Yes, it was.  We know that.

3          Q.    Okay.

4                (Speaking sotto voce.)

5     BY MS. COPPLER:

6          Q.    Again, there's more checks that I

7     wanted to concentrate on for First Unum.  But is

8     your testimony going to be for all of these

9     First Unum checks from HovSat, that you don't

10    know?

11         A.    Correct.

12         Q.    Okay.  Then I'm not going to waste

13    your time going through any more of those

14    checks.

15         A.    Okay.  Thank you.

16         Q.    So just to recap, yesterday you

17    testified that Shant was in charge of the trust

18    up until around September 2017, right?

19         A.    Yes.  I think it was until he

20    resigned.  It was sometime August -- fall.

21    Sometime in the fall.  I can't remember

22    specifically.

23         Q.    Was Shant making decisions for the

24    trust prior to that -- prior to his resignation?

25         A.    Yes, he was.  And he was the trustee.

Page 244

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2          Q.    So you mentioned that you spoke with
3     Shant after the Pachava Asset Trust deposition.
4     Did you ever ask why he resigned?
5          A.    No, not specifically.
6          Q.    Why not?
7          A.    Because he didn't resign from
8     Pachava.  He resigned from VSHPHH.
9          Q.    You are aware that we were taking the
10    deposition of the VSHPHH Trust, correct?
11         A.    Yeah.
12         Q.    So despite knowing that you would be
13    asked about this and we had designated as a
14    topic Shant's resignation, you didn't ask him
15    why he resigned?
16         A.    Sorry.
17         Q.    Is that a no, you didn't ask him?
18         A.    I don't -- look, I still don't know
19    why he resigned, so I guess I didn't ask him
20    specifically.
21              MS. COPPLER:  Okay.  Sorry, take a
22         very quick break -- oh, I think I need to
23         take a very quick break right now because I
24         think that Ari might be having internet
25         problems, but I think that's it and I just

Page 245

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          want to make sure that I've asked

3          everything.  Hopefully we'll be able to

4          come back from this break and I can hand it

5          over to Mr. Hanamirian.

6               VIDEOGRAPHER:  Time is 11:54 a.m. and

7          we are going off the record.

8               (Recess taken at 11:54 a.m.)

9               (Back on the record at 11:55 a.m.)

10              VIDEOGRAPHER:  The time is 11:55 a.m.

11         and we are back on the record.

12              MS. COPPLER:  I don't have any

13         further questions, so I'm going to go ahead

14         and hand it over to Mr. Hanamirian for his

15         questions.

16              MR. HANAMIRIAN:  Okay, thank you.

17                        EXAMINATION

18    BY MR. HANAMIRIAN:

19         Q.    You seem concerned about not knowing

20    the answers to some of these questions.  What's

21    your background?  Do you have any background in

22    business or in finance or accounting or

23    economics?

24         A.    No, I have no -- I have no background

25    in finance or accounting.  I've had

Page 246

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     businesses -- I've had a business, and I'm
3     running a business, and I have accountants
4     working for me that take care of all that stuff.
5          Q.   And in that regard, we have -- we've
6     been looking at a series of checks for HovSat
7     and from Grand View and from this entity or that
8     entity, Village Mall.
9               Do you -- what's the procedure here?
10    What do you do with Karen as far as bill
11    payment?  How does it go?
12         A.   The bills go to the Village Mall, and
13    the ones that pertain to the trust and to the
14    Village Mall specifically, she makes me apprised
15    of them, and I tell her, "Okay, pay this, pay
16    this."  If the guy's a jerk and he's dicked us
17    around -- excuse me -- I tell her to wait a
18    little bit.
19         Q.   And so you're authorizing all the
20    payments out.
21         A.   That pertain to the trust, correct.
22         Q.   And so do you know how much cash is
23    on hand obviously to authorize the payments or
24    not or --
25         A.   Well, she tells me exactly, you know,

1           VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2       this is what's on hand, and from time to time I
3       check in with the account online, the TD -- the
4       TD online thing to corroborate, but yeah.
5           Q.    Would you be concern- -- would you
6       know if the Village Mall was losing money?
7           A.    Would I know if the Village Mall is
8       losing money in terms of something's gone
9       missing or --
10          Q.    No, no, no.
11          A.    -- or it just doesn't make enough
12      money to cover its expenses?
13          Q.    Yeah, the out's -- you know what, in
14      the simplest terms, the out's greater than the
15      in.
16          A.    Much -- yes.  Generally speaking,
17      yes.
18          Q.    How would you know?
19          A.    Because I know that the -- just the
20      utilities and the taxes and the maintenance
21      costs.  Especially the maintenance repairs that
22      we've made recently are so exorbitant that
23      there's no way that the rents can cover it, and
24      as I said yesterday, I was intending to raise
25      the rents starting last spring, but because

Page 248

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     COVID hit and, you know, proverbial, you know,

3     everything hit the fan, we postponed it.

4               Now, I've asked Karen to draft a

5     notice to some of the tenants, not the newest

6     one and not that, you know, Dr. Gryll (ph),

7     who's really -- he's in bad shape, that we're

8     going to be raising the rent, and I think it's

9     only fair.  They've been in there a long time,

10    and it's time to raise the rent so that I can

11    have more money to pay my bills and give me some

12    reprieve.

13         Q.   Yes.  And so is that the objective, I

14    mean to pay the bills, cover the expenses, cover

15    the capital improvements and maintenance, and

16    then kind of keep this asset for the kids?

17         A.    Absolutely.  I want the kids to

18    decide what they want to do with it.  I've

19    discussed it with them actually, and they're all

20    of the mind that once this is over, we'd like to

21    fix up the property somehow and then rent it

22    out.  It could be a good rental property, but

23    that's neither here nor there.  They want to

24    keep it because it was their grandfather's.

25         Q.    Yeah.

Page 249

VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

1

2     A.    And they all liked visiting him in

3     the office, and I have great memories there too,

4     so...

5     Q.    Is that where your father did most of

6     his business?  Did he work out of there?

7     A.    Yeah.  He built -- his first project,

8     solo project away from his brothers, was The

9     Villages, which is adjacent to the Village Mall,

10    and it was -- that office building, that mall,

11    was his pride and joy and he loved going there,

12    so...

13    Q.    Did he go to the office every day?

14    A.    Every day.

15    Q.    Yeah.  So, yeah, again, we have these

16    balance sheets and we have these profit and loss

17    statements and the Grand View, and we have --

18    and we asked that Karen generate them, but do

19    they have any meaning to you in the operation of

20    the day-to-day or year-to-year business of the

21    mall?

22    A.    No, because there's this Grand View

23    Cable, which I'm completely -- I'm divorced

24    from, let's say.  You know, I have no idea what

25    it -- what comes in, goes out, who the people

Page 250

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2       are, da-da-da-da.  And because HovSat was taking

3       in the rent checks and, you know, using -- and

4       Karen was the signatory on that account, she was

5       paying our bills.  That's -- that's it.  But

6       there's -- on those reports there's no dates or

7       anything and it's hard for me to discern what's

8       what.

9              Q.    What you described as a da-da-da-da

10      is a master's of business administration and

11      finance, and so --

12             A.    Okay.  I don't have an MBA.

13             Q.    No, no, I know, but what I'm

14      suggesting is and I'm asking you is that in that

15      short circuiting, you're -- from what I can see

16      or what I'm asking you is, is that your

17      da-da-da-da mean like, "Okay, the income is

18      greater than the expenses, we're good this

19      month"?

20             A.    Yeah, basically.

21             Q.    Is that really all that matters?

22             A.    To me?

23             Q.    Yeah.

24             A.    Yeah.  I just want to hold onto the

25      property until the kids decide what to do.

Page 251

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         Q.    Now, there were loans and things on
3    the book.  There are things that were recorded
4    as loans from different companies or different
5    people.  Do you know anything about any of it?
6         A.    No.
7         Q.    Are they --
8         A.    Just the loans -- actually except for
9    the loans that I made from one trust to another
10   or to Vahak, you know, that kind of thing.
11        Q.    The Vahak --
12        A.    Or --
13        Q.    -- for the $2,000 that Ms. Coppler
14   brought up in the -- Ms. Coppler brought up a
15   few moment ago, I see that and I -- is it
16   possible that that was not a loan to Vahak but a
17   loan from the trust?  I mean, it looks like you
18   said -- you said it may have been used as --
19        A.    It looked --
20              (Unreportable crosstalk and reporter
21              clarification.)
22        Q.    It may have been a loan to the trust,
23   but you said Vahak is around periodically at the
24   house and helping, and so did he pay a
25   contractor with cash and borrow --
```

Page 252

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         A.    Yes.
3         Q.    -- the money from Karen's son --
4               (Reporter clarification.)
5         Q.    Did he pay a contractor with cash and
6    borrow the money from Karen's son, and then you
7    paid back Karen's son but identified it as a
8    Vahak loan?
9         A.    Correct, correct.
10        Q.    Okay.
11        A.    The contract -- the lawn service guy
12   occasionally wants cash, and so, you know, he'll
13   pay him in cash or whatever, so --
14        Q.    Right.
15        A.    Yeah.  And there's other contractors,
16   you know.
17        Q.    Yep.  And this was done during 2020
18   when -- have you been in the United States --
19        A.    No, I have not been.
20        Q.    When's the last time --
21        A.    I -- well, no, I'm sorry.  I was
22   there until February 17th.  I came back because
23   my daughter had I think it was COVID, and I
24   haven't been to the States since then.
25        Q.    And, you know, we've had some -- in
```

Page 253

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2       the context of the back and forth with the court
 3       in this matter, we've had some --
 4              MR. HANAMIRIAN:  It's going to
 5              matter, Cat, so before you guys get
 6              nervous.  But in the context of the back
 7              and forth, there's been some at least
 8              description on my part of the circumstances
 9              in Armenia during this past year, and so
10              you've been living there, and I think it
11              matters.
12       BY MR. HANAMIRIAN:
13              Q.    If you can, just describe, you know,
14       your understanding of what's going on there and
15       the intimacy of it, or at least how it affected
16       your family.
17              A.    Well, starting with COVID, we went
18       into a deep lockdown.
19              Q.    Nina, when was this?
20              A.    It started March 1st, the lock- -- or
21       March 6th last year, and we were in total
22       lockdown for two months.  And just as we were
23       coming out of total lockdown and things were
24       beginning -- my office started working again.
25       We were all working remotely and that was a
```

Page 254

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2      little crazy.  The kids were studying remotely,

3      but that was a global phenomenon, so that's

4      nothing crazy.

5                But in July, there was an attack on

6      Tavush, which is a region in Armenia, and it was

7      very scary because it was Azerbaijan attacking

8      Armenia proper, and for a whole ten days we were

9      holding our breath like, "Oh, my God, this is

10     it, they're going to kill us" or whatever.

11               And right after that, there was an

12     explosion in Beirut, where we have many friends

13     and there's a whole Armenian community there, so

14     we were running around trying to send aid to

15     Beirut, to the community, and to the Lebanese

16     community.

17               And as soon as we were coming out of

18     that, as soon as we were coming out of that, on

19     September 27th, Azerbaijan and Turkey attacked

20     Armenian forces in the autonomous region.  It's

21     an Armenian enclave in Nagorno-Karabakh, and my

22     ex-husband, who's the father of my children, is

23     the former -- he's a former head of the special

24     forces, and he and the two stepbrothers, his two

25     sons, were at the front for 44 days, and I had

Page 255

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2     ten refugees in my basement because the area --
3     I mean, they were being bombed 24 hours a day by
4     these drones, so Karabakh was emptied.
5               I had ten refugees in my basement and
6     our company was taking care of 50 refugees in a
7     little art gallery that we have, and the whole
8     country was mobilized and the -- actually the
9     global Armenian community was globalized in this
10    crisis to overcome it.
11              And then there was a capitulation,
12    and we lost much of the territory and many of
13    these people are still homeless.  We're still
14    running around trying to raise funds to keep
15    these people, you know, fed, clothed, housed.
16    And now the country looks like it's going to --
17    it may slip into civil war because it's just a
18    mess.
19         Q.    Well, what is the --
20         A.    And why --
21         Q.    -- political situation?
22         A.    Yeah, the political situation because
23    of this capitulation, and it's very tough.  It's
24    been very stressful.
25              On top of that, my daughter has a

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2       medical condition.  She went into the hospital
3       with a medical condition for two weeks.  We
4       didn't know what was going on.  Finally they
5       fixed that.
6                    And then we were going to have a
7       deposition, I think it was last week or
8       whatever.  She slipped on the ice and hit -- her
9       condition is she has a cyst in her thing and
10      it's double-shunted.  She slipped on the ice,
11      hit her head, and she had a seizure.
12                   And so once again it's just been one
13      stress after another.
14           Q.    Yeah, no I understand.
15           A.    And --
16           Q.    Have you been able to leave the
17      country?
18           A.    I haven't been able to leave the
19      country, and at the same time my nephew Vahak
20      has been in the States by himself and I'm sort
21      of like the keystone of the family; any problem
22      in the family, it's Auntie Nina has to take care
23      of it.  So I'm trying to get him money, and
24      we're at war, and/or, you know, he's by himself
25      and there's things happening.
```

Page 257

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               It's been extremely difficult.

3     That's all I want to say.  I don't want any

4     sympathy.  I'm just saying that it's been very

5     stressful.  And now I have back problems.

6          Q.   Has Vahak been helping you in doing

7     some of the work for you on behalf of the

8     properties?

9          A.   Yes, yes, he has.  He's a helpful

10    little guy.

11         Q.   How old is he?

12         A.   He's 24.  He's not little, but he's

13    my little guy.

14         Q.   And then how long is this -- how long

15    does the relationship -- I think you said, but

16    how long does the relationship with Karen

17    Gandolfo go back?

18         A.   Oh, like 25, 30 years.

19         Q.   So she was your father's person?

20         A.   No, she was at SpeedUS, but -- yeah,

21    when SpeedUS moved down to the mall, the Village

22    Mall, she took on everything for -- she took on

23    a lot of the bookkeeping obviously.

24         Q.   Was she working with your dad at that

25    point?

Page 258

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    I think she may have been working

3    with Art.  I don't know.  I was -- I mean,

4    pre- -- you have to understand, I've been living

5    in Armenia, so the time before I became the

6    active trustee was sort of remote from what was

7    going on with the businesses, you know.

8          Q.    Well, your husband was there, right?

9    I mean, you're married to him, right?

10         A.    Yeah.  That was fun.

11         Q.    The --

12         A.    He, by the way, was on the front page

13   of the New York Times twice during the war.

14         Q.    Oh, nice.

15         A.    Yeah.

16         Q.    Did -- do you have an accountant for

17   this -- for the trusts?

18         A.    I -- well, actually I don't, because

19   I had one for Pachava.

20         Q.    Yeah.

21         A.    He resigned in like November, and I

22   haven't been there to do that.  But I think that

23   I have a lead on a good accountant who has

24   agreed to take us on hopefully.  So hopefully I

25   will reach out to him and hopefully by the end

```
 1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2     of the week I'll have an accountant for both
 3     trusts.
 4          Q.    Who was the accountant before?
 5          A.    Anthony Falcone.
 6          Q.    And did you have any interaction with
 7     him?
 8          A.    Yeah.
 9          Q.    Okay.  I mean, did he reach out to
10     you with questions about these transactions like
11     Ms. Coppler was asking you?  Like here's $12.42
12     payable to New Jersey American Water.  Did he
13     call you about things like that, or did he
14     interact with Karen, or both of you, or...
15          A.    I think Karen.  He would just --
16     everything was more or less -- well, when Hilde
17     was running things, obviously she was -- she's
18     the financial person, so she was very involved
19     with it, but he didn't send me --
20          Q.    When you say that, I mean what's
21     Hilde's background?  So when you say financial
22     person --
23          A.    She's -- I mean, she's a rocket --
24     she's a quant.  She was a senior VP I think at
25     Goldman Sachs and now she runs a hedge fund, so
```

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     she's really financial and -- you know.

3          Q.    Was he the accountant -- was Falcone

4     the accountant with her?

5          A.    I think so, yeah.

6          Q.    Okay.  And so do you know if -- did

7     he meet with -- well, not physically, but did he

8     communicate with you periodically about the

9     trust at all?

10         A.    Yeah.  He would send me e-mails and

11    say, you know, "We've got to get this done, look

12    this over, and if it's all -- "if everything

13    looks right, sign it and send it back to me."

14         Q.    And did you do that?

15         A.    Yeah, up until when he said that he

16    was -- he was -- you know, he didn't want to

17    continue, and he said that he was just -- what's

18    the word -- not contracting.  He's like

19    downsizing.

20         Q.    Understood.  Now, when you say that

21    he would say if everything look right, is he

22    talking about tax returns?

23         A.    Yeah.

24         Q.    And so that everything looks right

25    must have looked right to you, right?

Page 261

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2         A.    Yeah, well --

3         Q.    So the returns must have -- did they

4    reflect what was --

5         A.    But he was only doing the returns for

6    Pachava because we didn't have an accountant for

7    VSHPHH.

8         Q.    Okay.  So was he the one who said

9    that you didn't need to do anything for VSH?

10        A.    Now I think -- I'm now -- now that --

11   I thought it was either Karen or Read, but now

12   after speaking to Karen yesterday, I'm pretty

13   sure it was Read that told me that I -- yeah,

14   I'm pretty sure it was Read.

15        Q.    Okay.  And he said what?

16             MR. HANAMIRIAN:  Without waiving a

17        privilege.

18        A.    I just remember him ask- -- I

19   remember asking him why don't we have, you know,

20   an accountant or an account or anything for

21   VSHPHH, and he said, "Nina, it's like a -- you

22   know, "There's no real income and there's no --

23   it's -- "you don't need it."

24        Q.    Okay.

25        A.    So and he's a tax lawyer and he's

```
 1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2     a -- he's also a financial person, so I mean who
 3     am I to say, "Oh, you don't know what you're
 4     talking about," but --
 5          Q.   No, no.  And maybe he did, maybe he
 6     didn't, who knows, but when you say financial
 7     person, what do you mean?  What's a financial
 8     person?  What is he --
 9          A.   He has an MBA from, you know, a great
10     school and...
11          Q.   Okay.  And so -- okay.  And so it
12     seems like you spoke to Karen pretty regularly
13     about things periodically.  You spoke to Shant.
14     There seems to be some focus on whether you
15     spoke to these people or kind of grilled them
16     about the transactions.  I mean, did you just
17     generally trust your brother?
18          A.   Yeah.  I mean, I trusted him that
19     he -- he was never on the Village Mall.  He's a
20     co-trustee -- he was a co-trustee with me on
21     this trust, and you know, it -- I had no reason
22     not to trust him.  Everything seemed to be okay.
23          Q.   Did Shant always pay his bills?
24          A.   Did Shant always pay his bills?
25          Q.   Yeah.
```

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2         A.    I don't know.  I mean, he seems --
 3         Q.    Yeah, I mean like anything in the
 4    trust context where somebody saying, "Oh, we
 5    didn't get paid for this" or "We didn't --
 6         A.    No, no, nothing like that.  No,
 7    nothing like that.
 8         Q.    And so, you know, these -- again,
 9    these book entries for loans and things, I see a
10    lot of family business.  I'm not testifying, I'm
11    asking, but a lot of closely held companies.
12              Do you know how many different
13    companies your dad had?
14         A.    No.
15         Q.    Was it impossible to know or to
16    determine?
17         A.    Well, one time in the '80s, he took
18    me on like this tour of all this stuff, and I
19    was just so exhausted by the end of the day.  I
20    said "Where do you get your energy."  I don't
21    know.
22         Q.    He had --
23              (Unreportable crosstalk.)
24         A.    He was -- yeah, he was a very
25    creative thinker and a visionary, you know.
```

Page 264

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         Q.    Yeah.
3         A.    And a successful businessman.
4         Q.    Do you perceive these companies to be
5    kind of the same pot?  I think that Karen
6    test- -- Karen Gandolfo testified that these
7    were kind of the same pot of money.  Do you get
8    that same sense?  And I'll say like Grand View
9    and Village Mall and the trusts like that, there
10   was a pot of money?
11        A.    There wasn't a pot of money.  I mean,
12   HovBilt went bankrupt.
13        Q.    Did HovBilt --
14        A.    When it was success- -- let me say
15   this.  When it was successful, it was successful
16   and everything was interrelated.  It was a group
17   of businesses that worked together for various
18   reasons.  Like the water and sewer companies
19   serviced The Villages, and the Grand View Cable
20   serviced The Villages because they were
21   providing cable.  We're going back to the '80s,
22   by the way.  I mean -- and this is what I
23   remember.  And Clear Title was, you know, the
24   Clear Title Agency.  All these companies
25   serviced each other.
```

Page 265

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2               But so was it the same pot?  I don't

3     know.  Maybe they had different bank accounts

4     and they were separate businesses, but I know

5     that they worked together.

6          Q.   Now, Karen did work for a bunch of

7     these different companies, right?

8          A.   I know that she is an employee of

9     SpeedUS.  I don't know if she was employed by

10    the other companies.  I don't think so.

11         Q.   Yeah, no, but I mean she did work and

12    she --

13         A.   She did work.  Yeah, she helped out,

14    did work, yeah.

15         Q.   But she was only paid out of one

16    company, though, right?

17         A.   Right, correct.

18         Q.   Do you know why?

19         A.   I think it's because of her pension,

20    because she's been working with SpeedUS for so

21    long and she wants to get her whatever it is at

22    the end; you know, the pension.

23         Q.   Okay.

24         A.   And if that shut down, then she

25    wouldn't -- I don't really know about this

```
1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
2         stuff.  You know, I'm in Armenia.  There's no
3         pensions or anything.
4                   So, yeah, I'm thinking that she stuck
5         with SpeedUS and didn't go to HovSat as an
6         employee because of that.  That's -- but that's
7         my opinion.  I don't know for sure.
8              Q.   Sometimes with family companies where
9         there are multiple companies, people -- I'm not
10        suggesting anything, but they don't set up
11        separate payroll for each of the companies for
12        whatever reason.
13             A.   See, I don't know.
14                  MR. HANAMIRIAN:  I don't have
15        anything else, Nina.  Thank you.
16                  THE WITNESS:  Thank you.
17                  MS. COPPLER:  I do have a few
18        follow-up questions.
19                  THE WITNESS:  Pardon me?
20                  MS. COPPLER:  I'm sorry.  I said if
21        it's all right, I do have a few follow-up
22        questions.
23                  THE WITNESS:  Sure.
24                       RE-EXAMINATION
25        BY MS. COPPLER:
```

```
 1            VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

 2       Q.    So Shant went to Wharton, correct?

 3       A.    Shant what?

 4       Q.    Went to Wharton for school?

 5       A.    Yes, he did.

 6       Q.    Karen is your trusted bookkeeper,

 7  right?

 8       A.    Yes.

 9       Q.    You could have named either Karen or

10  Shant or anyone else as a Rule 30(b)(6)

11  representative, right?

12       A.    What's a Rule 30(b)(6)

13  representative?

14            MR. HANAMIRIAN:  Objection as form.

15       I mean, what's the point of that?  I mean,

16       really, what's the --

17            MS. COPPLER:  Again, please refrain

18       from speaking objections.

19            MR. HANAMIRIAN:  But I'm saying to

20       you it's argument, it's not a question.

21       You're trying to prove a legal point with

22       her.  I'm going --

23            MS. COPPLER:  I just --

24            MR. HANAMIRIAN:  -- to instruct her

25       not to answer --
```

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2                   MS. COPPLER:  Okay, hold on.
 3                   (Unreportable crosstalk and reporter
 4                   clarification.)
 5         BY MS. COPPLER:
 6              Q.   Ms. Hovnanian, you're designated by
 7         the trust as a Rule 30(b)(6) representative,
 8         correct?
 9              A.   I'm really sorry, but I don't know
10         what a Rule 36B representative is.  I'm not a
11         legal eagle either.
12              Q.   You understand that you were
13         designated to testify on behalf of the trust
14         today, correct?
15              A.   Yes, correct.
16              Q.   Do you understand that the trust
17         could have designated Shant or Karen or anybody
18         else to testify on behalf of the trust today?
19         Correct?
20              A.   Didn't you have Karen testify for the
21         trust?
22              Q.   That's not my question.  My question
23         was, do you understand that the trust could have
24         chosen Karen or Shant or anybody else to testify
25         on its behalf?
```

1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2         A.    I didn't -- I actually didn't know

3    that, but I would have still testified.  I think

4    I did a good job in my testimony.

5         Q.    So it would be your choice to testify

6    on behalf of the trust today.

7         A.    I thought it was my duty, not my

8    choice, but I'm glad I did.

9         Q.    From 2017 to 2020, what were the

10   trust's overall income and overall expenses?

11        A.    What were the trust's --

12             MR. HANAMIRIAN:  I mean, she's

13        supposed to guess or do we have a document?

14             MS. COPPLER:  When you were asking

15        questions, she said that she was able to

16        testify about what the overall income was,

17        and so I'm asking her to do so.

18   BY MS. COPPLER:

19        Q.    What was the overall income from 2017

20   to 2020?

21             MR. HANAMIRIAN:  I don't find this

22        appropriate.

23        A.    Overall income --

24             (Reporter clarification.)

25             MR. HANAMIRIAN:  I said object on the

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          basis of appropriateness.  I think it's

3          just contentiousness on the part of

4          counsel, but...

5              MS. COPPLER:  Counsel, that's not an

6          appropriate objection.

7     BY MS. COPPLER:

8          Q.    So please, Ms. Hovnanian, you can go

9     ahead and answer.

10         A.    Okay.  From -- give me the dates

11    again.

12         Q.    From 2017 until 2020.

13         A.    Until 2020, so ending on

14    December 31st, 2019 or ending on December 31st,

15    2020?

16         Q.    Ending on December 31st, 2020.

17         A.    Okay.  So...

18              It's about 408,000.

19         Q.    The income?

20         A.    Yeah.

21         Q.    What were the overall expenses from

22    2017 until December 31st, 2020?

23         A.    Much more.  I'd have to go through

24    it, but much, much more.

25         Q.    Let's break down some of those

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2     expenses.  Give me examples of what those

3     expenses are.

4          A.   Okay.  Well, the parking lot expense

5     was -- for instance, the snow, the snow

6     cleaning, sometimes if it's a terrible winter,

7     it's like 20,000, 24,000.  The parking lot

8     repair was 39,000.  The elevator repair -- there

9     was a lot of repairs in the past year.  The

10    elevator repairs was about -- it came out to

11    around 1500.  The -- we had to replace an

12    air-conditioning for the new thing, for the new

13    hairdresser, and also for the accountant.  So I

14    would say it was probably a hundred thousand

15    more than the income.

16         Q.   Just let's taking an average month

17    from that time period, in an average month you

18    testified that the trust received around $6,000

19    in rent, right?

20         A.   Well, now it's receiving 6,000.

21    Before it was about 7,000.

22         Q.   Okay.  And --

23         A.   We lost a tenant.

24         Q.   In an average month, what are the

25    utilities?

Page 272

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2          A.    I'm not sure.  I'm not sure.  I'm --

3     you know, I'm not sure.  I can't pinpoint it.

4          Q.    In the average month, what are the

5     repairs that need to be done?

6          A.    So there's street cleaning,

7     landscaping, you know, snow in the wintertime,

8     the roof is constantly leaking.  There's maid

9     service.  I would say the repairs are

10    probably -- I don't know the exact figure, to

11    tell you the truth, but I know what they are.

12              You have to understand there's two

13    trusts plus this business that I'm running here.

14    I -- all these figures I can't remember off the

15    top of my head.

16              But I want to know why you're asking

17    me these questions.  You're asking me these

18    questions because I didn't choose to bring in

19    Karen?  She already testified.

20         Q.    Give me one moment.

21              MS. COPPLER:  That's all I have.

22    Thank you so much.

23              THE WITNESS:  Okay.  Thank you.

24              MR. HANAMIRIAN:  I have a redirect.

25    Nina, stay on a minute.  Are you there?

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

 2                         RE-EXAMINATION

 3    BY MR. HANAMIRIAN:

 4         Q.    When you were looking up at -- what

 5    we see is the sky in the background, but I don't

 6    know, it's a ceiling probably in your room.  But

 7    when you were looking at the sky, my sense was

 8    what you were going -- you were doing, you were

 9    in your head going 7,000 a month times 12 times

10    the number of years?

11         A.    Yeah, yeah, that's exactly what I was

12    doing.

13         Q.    Okay.  And then on the expense side

14    of things, would you have authorized the payment

15    of expenses with Karen that exceeded the amount

16    of income that you'd generate?

17         A.    Can you --

18         Q.    Yeah.  If you had $12,000 of expenses

19    in Month 2 and you had $10,000 of revenue, would

20    you have authorized the payment of $12,000 of

21    expenses?

22         A.    Well, no.  I would tell her to wait

23    until I could get her some more, you know, or

24    ask them to bring the price down, the

25    contractors' prices down.
```

```
 1              VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2
 2         Q.    And so if the trust needed money or
 3    whatever else, would you lend money personally?
 4         A.    Yes.  I would borrow personally and
 5    lend personally or find another way to get it
 6    done.
 7              MR. HANAMIRIAN:  Okay.  Yeah, I have
 8         nothing further.  Thank you.
 9              VIDEOGRAPHER:  Is there any more
10         redirect?
11              MS. COPPLER:  I believe that that is
12         it.  Thank you so much.
13              VIDEOGRAPHER:  Okay.  The time is
14         12:30 p.m. and this ends today's
15         deposition.  Thank you, everyone.
16
17
18
19
20
21
22
23
24
25
```

Page 275

1          VSHPHH TRUST (NINA HOVNANIAN) VOLUME 2

2                    C E R T I F I C A T E

3

4

5

6                I, PAULA S. RASKIN, Certified

7     Shorthand Reporter and Notary Public, hereby

8     certify that this deposition was taken before me

9     on the date hereinbefore set forth; that the

10    foregoing questions and answers were recorded by

11    me stenographically and reduced to computer

12    transcription; that this is a true, full, and

13    correct transcript of my stenographic notes so

14    taken; and that I am not related, nor of

15    counsel, to either party, nor interested in the

16    event of this cause.

17

18

19

20

21          _____

22                Paula Raskin, CSR-4757

23

24

25

1                    *** ERRATA SHEET ***

2    CASE: United States v. Shant Hovnanian, et al.,

3    DATE: February 23, 2021

4    WITNESS: Nina Hovnanian

5    JOB NO.: 1467

6     PAGE/LINE        CHANGE          REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20

21          _____

                    Nina Hovnanian
22
     Subscribed and sworn to before me
23
     this _____ day of _____, 20__.
24
         _____.
25          Notary Public

**A**

**a.m** 148:17 151:4,6
189:22 200:16,18
200:19,20 205:20
205:22,23,24
238:18,20,21,22
245:6,8,9,10
**a/k/a** 224:9
**able** 158:25 179:20
185:22 199:23
220:16 245:3
256:16,18 269:15
**absolutely** 236:14
248:17
**accept** 209:22,24
**accommodate**
199:15
**accommodating**
199:12
**account** 155:25
163:23 177:7,16
188:3,14,15
189:25 190:3,10
190:12,15,21
191:21,21 199:9
199:15,18 200:6,8
213:4,16,18,24,25
214:3,7,9,10
217:5 223:18,25
224:13,15,17,20
224:25 225:3,11
225:11,18 226:2,3
226:4,11,22,25
227:2,18 229:22
229:25 230:14
231:6,11,14 233:5
234:3,4,6,7,9,10
236:13 242:11
247:3 250:4
261:20
**accountant** 153:11
153:20 154:21
155:23 156:12
162:9 204:22
215:21 222:18,20
223:4 258:16,23

259:2,4 260:3,4
261:6,20 271:13
**accountants** 246:3
**accounting** 158:7
202:7 225:6
245:22,25
**accounts** 191:15
200:2,3,4 203:17
215:18 221:17
225:9 233:23
234:3 265:3
**accrue** 169:11
**accrues** 169:12
**accurate** 157:23
206:11
**active** 258:6
**activity** 222:4
**actual** 158:22,24
192:24 195:14
224:17
**adding** 157:16
**Adelphia** 165:20
172:13 173:6,7,8
173:8,12,14,15,17
**adjacent** 172:25
249:9
**administration**
250:10
**adult** 237:14,25
**advance** 228:4
**AFCU** 230:14
233:5,7,16 234:6
**Affinity** 230:22
231:7,10,13
**Agency** 264:24
**ago** 163:19 173:5
173:19 174:19
175:14 182:20
185:18 186:5
221:9 238:6
251:15
**agree** 167:7 211:23
223:21 224:21
**agreed** 258:24
**agreements** 169:20
**ahead** 161:4 165:10
183:21 189:15

197:19 201:11
219:2 241:23
245:13 270:9
**aid** 254:14
**air-conditioning**
271:12
**al** 276:2
**alive** 209:10
**allowed** 202:20
**AMERICA** 148:4
**American** 168:22
242:14,17 259:12
**amount** 208:13
220:11 234:24
273:15
**amounts** 167:11
214:16,20 220:24
**and/or** 256:24
**announce** 161:17
**annually** 181:25
**answer** 162:21
163:10 189:16
194:23 195:3
203:24 214:2
267:25 270:9
**answers** 245:20
275:10
**Anthony** 259:5
**anybody** 152:19
168:9 268:17,24
**anymore** 167:12
174:8
**APH** 215:13
**apologize** 193:22
196:13,17 219:14
223:15 228:2
230:12 233:14
240:22 241:14
**apostrophe** 165:14
**appear** 161:12
**appearance** 160:20
**Appearing** 149:12
149:19
**apples** 213:6
**appreciate** 159:7
159:10 189:13
**apprised** 246:14

**appropriate** 188:25
269:22 270:6
**appropriateness**
270:2
**arbiter** 189:11
**area** 198:6,15
255:2
**areas** 197:8,11
**argue** 158:16
**argument** 267:20
**Ari** 149:4 160:12
160:19 161:11
163:5 196:16
238:25 244:24
**Ari.D.Kunofsky...**
149:11
**Armenia** 253:9
254:6,8 258:5
266:2
**Armenian** 168:23
254:13,20,21
255:9
**Armenian-based**
167:22
**art** 171:18 174:4
255:7 258:3
**ask-** 261:18
**asked** 153:6,9
184:12,17 185:11
191:14 204:18
215:21 239:18
244:13 245:2
248:4 249:18
**asking** 159:7
160:24 162:18
165:2 174:14
176:6 186:8
193:23 215:6
242:2,23 250:14
250:16 259:11
261:19 263:11
269:14,17 272:16
272:17
**asset** 152:10 170:15
184:25 224:13,19
227:23 228:15,20
229:3,6,9 244:3

248:16
**assuming** 207:6
221:8
**attack** 254:5
**attacked** 254:19
**attacking** 254:7
**attorney** 172:10,12
**Attorneys** 149:6
**audit** 153:18,20
156:11
**audited** 153:12
204:23
**auditing** 158:7
**auditor** 155:22
**August** 211:24
232:4 243:20
**Auntie** 256:22
**authorize** 246:23
**authorized** 240:8
273:14,20
**authorizing** 246:19
**autonomous**
254:20
**available** 153:17
**average** 271:16,17
271:24 272:4
**aware** 152:4 170:8
179:5 191:4
202:11 221:2
244:9
**Azerbaijan** 254:7
254:19

**B**

**B** 150:11
**back** 155:2 169:7
169:14 182:4
189:19 192:3
197:6 199:21
200:19,21 201:13
205:3,11,23,25
209:25 210:5
211:5 218:22
229:19 233:13
234:14,15,19
238:21,23,25
239:3 245:4,9,11

252:7,22 253:2,6
257:5,17 260:13
264:21
**background**
166:12 172:4
245:21,21,24
259:21 273:5
**bad** 248:7
**bailiwick** 205:2
**balance** 166:17,21
175:7 211:20
212:19 215:9
216:13,16,17,20
216:24 249:16
**bank** 163:22 177:7
177:16 188:3,13
188:14 189:25
190:2,10,12,21
191:20,21 199:14
199:15 200:6
213:4,16,18,24,24
214:3,7,8,10
230:14 231:6
233:5 265:3
**bankrupt** 171:12
171:14 209:11
221:8 264:12
**bankruptcy** 171:22
172:11
**barely** 158:13
180:7
**based** 155:12,16
**basement** 255:2,5
**bases** 241:7
**basic** 153:11
**basically** 190:25
250:20
**basis** 193:19 270:2
**beginning** 253:24
**behalf** 149:12,19
200:9 233:17
257:7 268:13,18
268:25 269:6
**Beirut** 254:12,15
**believe** 206:9
207:22 216:25
217:12 274:11

**believed** 202:16,19
**beneficiaries** 227:5
227:8 240:16
**benefit** 227:5
**best** 152:17
**better** 223:17 239:8
**beyond** 172:23
**big** 161:23
**bigger** 236:5
241:13
**bill** 224:18 229:25
246:10
**billable** 207:2,3
**billed** 178:13
**bills** 167:23 178:3,6
178:16,23 200:9
246:12 248:11,14
250:5 262:23,24
**bit** 152:8 157:18
158:25 182:5
246:18
**blowing** 192:8
**blurry** 241:15
**bombed** 255:3
**book** 251:3 263:9
**bookkeeper** 153:12
178:22 179:5
180:21 183:16
190:17 191:24
193:20 201:24
202:3 204:24
212:7 215:20,20
223:3 226:12
236:6 267:6
**bookkeeping**
155:16,20 158:6
182:23 202:3
230:4 257:23
**books** 218:15
221:11
**borrow** 167:23
227:2 251:25
252:6 274:4
**borrowed** 169:3
228:23 229:17
239:16
**bottom** 164:17

233:18
**Box** 149:7
**break** 200:15
205:18 206:7
215:19 238:16
244:22,23 245:4
270:25
**breath** 163:6 254:9
**bring** 272:18
273:24
**broadband** 183:2
**brother** 262:17
**brothers** 249:8
**brought** 251:14,14
**building** 249:10
**built** 249:7
**bunch** 265:6
**business** 167:9
174:20 178:19,23
180:23 183:9
186:11 224:10
245:22 246:2,3
249:6,20 250:10
263:10 272:13
**businesses** 246:2
258:7 264:17
265:4
**businessman** 264:3
**butcher** 205:8

**C**
**C** 149:1 275:2,2
**cable** 157:11
176:19,22,25
177:2,10 187:17
187:22 188:7,7,15
190:3 201:6,14,19
201:24 202:4,10
202:13,22 203:7
203:11,16,25
204:19,25 211:20
212:15 213:19
214:24,25 215:2
215:17 217:15
223:12 224:9,14
225:12 226:6
234:3 235:5,13,23

236:10 237:7
249:23 264:19,21
**Cable/HovSat**
191:7 202:17
**call** 259:13
**call-** 186:25
**called** 151:17
**calling** 155:19
205:16
**calls** 157:22
**canceled** 229:18
**capital** 248:15
**capitulation** 255:11
255:23
**care** 224:10 235:11
246:4 255:6
256:22
**carried** 221:4,10
222:13
**carry** 222:16
**carry-forwards**
167:11
**case** 148:7 180:14
195:15 276:2
**cash** 157:15,16,20
162:5,10,11,12,14
163:13,15 226:7,9
246:22 251:25
252:5,12,13
**Cat** 154:2 160:5
195:24 196:5
197:3 217:21
253:5
**category** 198:7
**CATRIONA** 149:3
**Catriona.M.Cop...**
149:10
**cause** 275:16
**ceiling** 273:6
**CEO** 170:6 183:24
184:2,8
**certain** 166:7
198:12
**Certified** 275:6
**certify** 275:8
**change** 152:3
188:23 276:6

**char-** 193:19
**charge** 171:17
174:2 243:17
**Chase** 197:22
**check** 187:3,4
242:3,3,6,6,14
247:3
**checking** 200:4
223:25 224:17
225:11,11 226:3
226:11
**checks** 205:7
206:10 231:10,15
242:2 243:6,9,14
246:6 250:3
**children** 238:4
254:22
**choice** 269:5,8
**choose** 272:18
**chosen** 268:24
**chunk** 155:3
**Circle** 235:7
**circuiting** 250:15
**circumstances**
253:8
**civil** 255:17
**clarification** 156:8
190:11 196:4
209:4 218:11
230:21 234:17
251:21 252:4
268:4 269:24
**clarify** 159:20
180:24 191:9
208:6
**clarifying** 197:2
**cleaning** 271:6
272:6
**clear** 155:11 160:25
171:3 172:20
193:23 211:2
216:15 218:20
236:7 239:25
264:23,24
**clearly** 236:12,13
240:15
**close** 195:24 196:6

**closed** 190:15
**closely** 263:11
**clothed** 255:15
**club** 236:25 237:7
237:10
**co-trustee** 262:20
262:20
**colleague** 159:8
**collect** 190:8,17
**collected** 177:17
190:6 191:18
**collecting** 178:5,20
181:12 182:2
224:8
**collector** 178:3
**com** 232:14 233:10
**come** 182:4 245:4
**comes** 158:13
180:15 181:21
249:25
**coming** 179:6
180:12,25 181:5,9
227:18 229:24
233:5,23 253:23
254:17,18
**Commission** 183:4
**common** 197:8,11
198:6,15
**communicate**
194:7 260:8
**communications**
194:9,25 196:20
196:23
**community** 172:23
172:24 254:13,15
254:16 255:9
**companies** 165:12
166:8,13 167:9
168:19,22 172:5
175:5 222:9 251:4
263:11,13 264:4
264:18,24 265:7
265:10 266:8,9,11
**company** 167:16,16
167:22,22 168:4
168:20,23,23
169:21 171:16

**172:18 177:15
182:6,22 185:25
187:25 191:17
226:6 235:16
255:6 265:16
comparison** 222:14
**compile** 154:16
**compiled** 154:24
**complete** 158:20
173:5
**completely** 186:2
249:23
**comprised** 205:7
206:10
**computer** 192:14
216:3 275:11
**concentrate** 243:7
**concern-** 247:5
**concerned** 245:19
**condition** 256:2,3,9
**conduct** 172:12
188:25
**conducting** 174:20
**confusing** 213:6
**connected** 171:6
172:9
**connection** 183:18
186:5,9
**consider** 168:19
188:6,9
**considerations**
158:2
**constant** 222:3
**constantly** 204:21
272:8
**contentiousness**
270:3
**context** 253:2,6
263:4
**continuation** 152:5
152:18 161:10
**continue** 183:21
227:14 260:17
**continuing** 222:15
**contract** 252:11
**contracting** 260:18
**contractor** 251:25**

**252:5
contractors** 252:15
**contractors'** 273:25
**control** 242:11
**controlling** 191:14
**conversation**
185:17,19
**conversations**
195:14
**cooperation** 189:13
**Coppler** 149:3
150:5,7 151:23
155:9 157:4,14
158:15 159:23
160:2,7,11,22
162:3,13,18 163:5
163:11,25 164:5
175:2,9 189:3,12
189:14,18 190:9
194:22 195:4,12
196:7,10,12,22
197:4,5 200:14,22
200:25 205:17
206:2 211:10,14
215:23 216:7
218:19,21 223:5,7
234:18 238:15,24
239:3,5 243:5
244:21 245:12
251:13,14 259:11
266:17,20,25
267:17,23 268:2,5
269:14,18 270:5,7
272:21 274:11
**copy** 223:17
**Corp** 242:8
**correct** 153:21
170:18 171:7
176:7,8,20 197:3
199:19 202:5
206:14 207:21
209:15 214:18
223:20 227:21,21
232:8,9 234:25
238:2 243:11
244:10 246:21
252:9,9 265:17

**267:2 268:8,14,15
268:19 275:13
correcting** 230:13
**correctly** 237:23
**corroborate** 247:4
**costs** 247:21
**counsel** 270:4,5
275:15
**country** 236:25
237:7,9 255:8,16
256:17,19
**couple** 225:4
**course** 164:18
169:25 199:22
217:19
**court** 148:1 151:14
189:19 253:2
**courtesy** 190:7,16
**cover** 232:15
233:10 239:18
247:12,23 248:14
248:14
**covered** 241:7
**covering** 180:7
197:23
**covers** 158:13
**COVID** 193:10
248:2 252:23
253:17
**crazy** 254:2,4
**create** 217:9 231:17
**created** 213:9,13,14
**creative** 263:25
**Credit** 230:22
231:7,11,14
**crisis** 183:23
255:10
**crosstalk** 163:4
209:3 230:19
251:20 263:23
268:3
**CSR-4757** 148:24
275:22
**currently** 168:5
176:23
**cursor** 227:22
235:20

**cyst** 256:9

**D**
**d/b/a** 176:22,23
**da-da-da-da** 250:2
250:9,17
**dad** 191:15 215:14
257:24 263:13
**daily** 193:18
**date** 227:25 228:3
230:25 275:9
276:3
**dated** 227:23
**dates** 166:17
207:13,14 212:13
250:6 270:10
**daughter** 205:15
252:23 255:25
**day** 188:23 249:13
249:14 255:3
263:19 276:23
**day-to-day** 155:16
155:20 158:6
249:20
**days** 163:19 254:8
254:25
**DC** 149:8
**dead** 221:24 222:4
239:22
**deal** 161:23
**debt** 209:25
**debts** 209:23 211:2
**decade** 173:24
**December** 157:12
164:9 166:21
167:5 175:8 201:7
206:24 207:11
211:21 212:20
213:20,22,23,25
214:5 216:14
230:10 231:3,22
232:13 234:5
270:14,14,16,22
**decide** 248:18
250:25
**decisions** 178:19,23
243:23

**deed** 210:3,7
**deep** 163:6 253:18
**Defendant** 148:10
  149:19
**defunct** 222:4,9
**deleted** 195:15
  196:24
**DEPARTMENT**
  149:5
**deposited** 190:20
  226:7,9 231:10,15
**deposition** 148:14
  151:8 152:6
  159:21 160:23
  161:2 170:14
  175:24 176:4,18
  184:24 185:15,15
  185:20,20 189:2
  191:5 210:11,15
  220:20 244:3,10
  256:7 274:15
  275:8
**depreciation**
  154:21 158:3
**describe** 253:13
**described** 250:9
**description** 150:13
  226:7 229:22
  232:15 237:3
  253:8
**designated** 178:3
  244:13 268:6,13
  268:17
**despite** 176:3
  188:12 189:24
  244:12
**detail** 153:8 211:4
**determine** 178:18
  263:16
**development** 168:3
  171:15 173:2
**dicked** 246:16
**difference** 158:6
  224:16
**different** 157:3
  158:8 171:4 251:4
  251:4 263:12

265:3,7
**difficult** 188:24
  257:2
**DIRECTV** 197:7
  197:24 198:6,9
  199:18
**discern** 250:7
**disconnect** 158:21
**discovery** 154:17
  169:25 170:9
  204:2 215:4
  218:16
**discuss** 153:3
  210:20
**discussed** 153:4
  182:6 233:11
  240:22 248:19
**discussing** 170:19
  206:8 207:18
**distinction** 157:19
**distinguish** 152:9
  202:12,14 236:8
**distracted** 196:13
**DISTRICT** 148:1,2
**DIV** 207:5
**dividend** 207:6
**Division** 149:6
**divorced** 249:23
**document** 160:10
  160:14 169:23
  172:2 187:14
  199:21 201:3,9
  215:4 231:17
  239:13 269:13
**documentation**
  169:16,19,24
  170:10
**documents** 156:9
  156:17,19 157:6
  157:15,17 170:11
  213:23
**doing** 159:2 188:22
  210:23 224:12
  257:6 261:5 273:8
  273:12
**dollar** 220:24
**dot** 232:14 233:10

**double-shunted**
  256:10
**doubt** 157:22
  179:18
**downsizing** 260:19
**Dr** 181:20 248:6
**draft** 248:4
**drones** 255:4
**due** 175:10,12
  208:13,22,24
  212:3 214:16
  215:13 219:5,8,12
  219:25 220:2,4,7
  225:15 228:5,13
  228:15 232:3
  233:15 234:22,24
**duly** 151:18
**duty** 269:7

─────────────
**E**
─────────────
**E** 149:1,1 150:1,11
  275:2,2
**e-mail** 154:9 194:9
**e-mails** 194:11
  260:10
**eagle** 268:11
**ear** 161:22
**earlier** 187:15
  207:18
**easier** 230:7
**Eastern** 151:7
**easy** 230:7 241:4
**economics** 245:23
**Edward** 239:16
**effort** 154:16
**eight-year** 207:14
**either** 201:24 224:2
  227:25 237:6
  261:11 267:9
  268:11 275:15
**Electric** 226:16
**ELEV** 236:5
**elevator** 192:9
  271:8,10
**Elza** 149:23 153:13
  154:4,7 163:18
**employed** 265:9

**employee** 168:12
  182:22 184:18,20
  184:21 199:3
  265:8 266:6
**employees** 168:10
  199:7
**emptied** 255:4
**enclave** 254:21
**encouraging**
  210:22
**ends** 274:14
**energy** 263:20
**enter** 160:20
**entering** 166:7
**entire** 216:16
**entitled** 159:12
**entity** 218:2 222:5
  246:7,8
**entries** 154:15
  155:12 201:9
  212:9 263:9
**entry** 203:21 212:3
**equivalent** 161:20
**ERRATA** 276:1
**Especially** 247:21
**ESQ** 149:3,4,14
**established** 209:14
  212:21 213:4
**estate** 155:2 168:3
  171:15 203:22,22
**et** 276:2
**evening** 151:25
**event** 275:16
**everybody** 157:8
  161:5
**ex-husband** 254:22
**exact** 272:10
**exactly** 154:5,8
  246:25 273:11
**EXAMINATION**
  150:5,6 151:22
  245:17
**examined** 151:20
**example** 220:24
  235:8
**examples** 271:2
**exceeded** 273:15

**Exchange** 183:4
**excuse** 166:16
  176:19 209:20
  246:17
**exhausted** 263:19
**exhibit** 159:24
  160:9 164:2,7
  173:16 192:14,19
  197:6 200:11
  206:19 211:11,17
  215:25 216:8
  222:23 223:9
  240:19 241:9,11
  241:17,22
**exhibits** 150:16
  239:7
**existed** 174:9
**existence** 214:15
**exists** 167:12 174:8
**exorbitant** 247:22
**expand** 241:12
**expedite** 170:24
**expense** 193:17
  197:7 203:3,10
  205:4 206:8,10
  207:2,3 228:5
  235:11,12,14,22
  236:2 271:4
  273:13
**expenses** 158:14
  178:22 179:13,17
  179:22 180:7,15
  190:22 191:3,8
  192:2,5,11,22
  193:2,4,8,24
  194:10 199:7,9,10
  199:18 202:7,23
  202:25 204:17
  211:7 215:2 227:6
  227:19 233:5
  235:6,7 236:8,9
  237:8 238:7
  242:24 247:12
  248:14 250:18
  269:10 270:21
  271:2,3 273:15,18
  273:21

explain 232:16
explained 224:6
explaining 198:19
explicitly 152:11
explosion 254:12
extent 217:16
extremely 257:2

**F**

F 275:2
facility 174:11
fact 176:4 188:13
  189:24
fair 159:21 166:19
  188:16 190:5
  248:9
Falcone 259:5
  260:3
fall 198:7 243:20
  243:21
false 156:20,21,25
familiar 164:10
  187:14 216:8
  223:8
familiarize 164:13
  164:14
family 168:18,20
  168:24 237:11,13
  237:14 238:3
  253:16 256:21,22
  263:10 266:8
fan 248:3
far 204:25 228:9
  246:10
fast 152:15,16
  164:19,24
father 171:18
  172:11 191:12
  208:15,20 209:10
  217:8 219:20
  221:24 239:21,22
  249:5 254:22
father's 214:13
  257:19
February 148:17
  151:3,6 252:22
  276:3

fed 255:15
Federal 230:22
  231:7,11,14
feel 152:13
fees 202:7 225:6
felt 180:11
figure 163:7 171:24
  172:5 174:16
  184:18 197:13
  198:11 215:6
  272:10
figured 199:8
figures 272:14
file 171:21
filed 171:21
files 155:13 157:21
  162:5,15 163:13
  163:21 208:9,10
  217:13,16
filing 183:3
Finally 256:4
finance 245:22,25
  250:11
financial 183:23
  259:18,21 260:2
  262:2,6,7
find 198:25 232:11
  269:21 274:5
Fink 205:9 206:11
  206:12
Firm 149:15,23
first 163:16 167:25
  173:24 177:20
  193:3 201:13
  203:21,21 213:4
  219:13 225:4
  242:6,7 243:7,9
  249:7
five 163:19 181:18
fix 248:21
fixed 192:9 256:5
floor 177:20
flow 157:15,16,20
  162:6,10 163:13
  163:15
flows 162:11,12,15
flush 158:25

focus 192:25
  262:14
follow-up 239:8
  266:18,21
following 189:21
follows 151:21
forces 254:20,24
foregoing 275:10
forever 173:3
forgot 152:2
form 188:18,20
  189:7 267:14
formal 153:15,16
formed 231:2
former 184:9
  254:23,23
forth 253:2,7 275:9
forward 189:4,13
  221:5,10 222:13
  222:16
found 193:15
foundation 189:7
  191:13
frame 208:18 209:7
free 152:13 210:25
Friday 210:19
friends 254:12
front 254:25
  258:12
fronted 229:14,15
full 159:18 235:10
  275:12
fun 258:10
functions 182:25
fund 259:25
funds 255:14
further 207:23
  235:15 245:13
  274:8
future 189:4 197:2

**G**

gallery 255:7
Gandolfo 152:25
  202:2 239:17
  240:9 257:17
  264:6

Gandolfo's 176:18
gardening 192:8
gas 199:5
gather 194:20
gears 176:16
general 165:4
  175:4 188:19
  210:21
generally 163:21
  185:10,11 186:18
  187:8 192:3,4
  193:14 197:13
  247:16 262:17
generate 154:10
  249:18 273:16
generated 157:20
  157:21 186:11
getting 153:19
  154:4 159:14
  178:13 193:19
girls 181:21
give 159:24 160:8
  165:8 186:16
  189:5 192:14
  193:12 215:24
  232:11 237:20
  238:4,5 248:11
  270:10 271:2
  272:20
given 169:6 188:24
giving 170:7
glad 269:8
global 254:3 255:9
globalized 255:9
go 154:9 157:6,23
  159:4,10,16
  160:13 161:4
  165:5,10 167:2
  174:23 175:3,6
  183:21 189:15
  190:21 191:6
  194:5 197:19
  199:20,23 201:8
  201:11 205:17
  209:5,17,25 211:4
  219:2 229:19
  233:13 234:14

237:18,18,19
  241:23 245:13
  246:11,12 249:13
  257:17 266:5
  270:8,23
God 254:9
goes 201:13 208:17
  211:23 249:25
going 157:5,5
  158:11,20 159:16
  159:19,20,23
  160:16 161:11,17
  163:22 164:2,18
  164:25 165:4,17
  166:20 167:2,4
  173:14 175:2
  176:5 179:6
  180:14,23 187:11
  188:17,18 189:3,4
  189:13 192:13,23
  197:6 198:24
  200:8,11,17,23
  201:21 203:20
  205:3,8,21 208:12
  211:5,5,11,22
  212:12 215:23
  218:14,22,23
  219:24 224:8
  226:14 234:15,19
  237:20 238:19
  239:11 241:6,25
  243:8,12,13 245:7
  245:13 248:8
  249:11 253:4,14
  254:10 255:16
  256:4,6 258:7
  264:21 267:22
  273:8,9
Goldman 259:25
golf 237:19
gong 241:5
good 151:24,25,25
  165:9 178:18
  211:11 227:9
  248:22 250:18
  258:23 269:4
Gotcha 173:6 232:5

gotten 228:3
Grand 157:10
  165:23 166:24
  176:17,19,19,21
  176:25 177:2
  187:17,21,22
  188:8,15 190:3,18
  190:19,21 191:2,6
  201:6,14,19,24
  202:4,10,17,22,25
  203:11,16,25
  204:19,25 208:22
  211:20 212:15
  213:19 214:24,25
  215:2,17 217:15
  218:14,15 219:6
  221:18 223:12
  224:9,14 230:3
  234:3,9 237:7
  246:7 249:17,22
  264:8,19
grandchildren
  217:10
grandfather's
  248:24
great 249:3 262:9
greater 247:14
  250:18
Grigoryan 149:23
grilled 262:15
gross 155:24
group 264:16
Gryll 248:6
guardian 238:3
guess 155:7,18
  173:25 201:12
  244:19 269:13
guy 252:11 257:10
  257:13
guy's 246:16
guys 253:5

**H**

H 150:11
H-O-V-I-T 165:14
hairdresser 271:13
half 161:21

Hanamirian
  149:14,15,23
  150:6,8 154:2,6
  154:13,19 156:23
  157:9 160:18
  161:7,8,15,19,24
  162:7,16,22
  174:21 188:17
  189:10 194:19
  195:2,5,16,20
  196:19 197:3
  217:20,24 218:5,8
  218:12 239:10
  245:5,14,16,18
  253:4,12 261:16
  266:14 267:14,19
  267:24 269:12,21
  269:25 272:24
  273:3 274:7
Hanamirian's
  153:14
hand 239:9 245:4
  245:14 246:23
  247:2
handling 188:4,4
  234:10
happened 160:10
happening 159:18
  256:25
hard 223:15 250:7
Havighorst 171:18
he'll 252:12
head 254:23 256:11
  272:15 273:9
hear 189:11 196:14
  205:13
hedge 259:25
held 263:11
help 159:19 175:5
  190:7,8
helped 265:13
helpful 257:9
helping 159:9
  178:6 251:24
  257:6
helps 183:17
hereinbefore 275:9

hey 160:5 195:24
  196:5
HI 167:23
highlight 165:14
  225:21
highlighted 225:5
  226:5 233:9
  234:13 235:10
  236:12,25
highlighting
  235:20
highlights 227:15
  232:11
Hilde 259:16
Hilde's 259:21
hiring 153:19
  156:12
hit 248:2,3 256:8
  256:11
hold 164:15 166:19
  205:14,16 216:3
  238:10,24 250:24
  268:2
holding 254:9
homeless 255:13
hopefully 158:24
  159:19 245:3
  258:24,24,25
hospital 256:2
hours 210:12 255:3
house 226:16 228:6
  237:17 251:24
housed 255:15
household 211:6,7
HovBilt 165:18
  170:16,17,23
  171:4,8,9,11,12
  171:17,19,25
  172:9 208:24
  209:11 212:8,9
  214:16 220:11,25
  221:4,7,14 264:12
  264:13
Hovnanian 148:9
  148:15 150:4
  151:1,8,10,16,24
  152:1 153:1 154:1

155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1,19
163:1,10,12 164:1
164:6 165:1,15
166:1,14,24 167:1
167:19,25 168:1
168:11,14,15,18
168:19 169:1,4,22
170:1,6,17 171:1
171:3,5 172:1,8
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1,17
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
201:2 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
212:9 213:1 214:1
214:17 215:1
216:1 217:1 218:1
219:1,8,20,25
220:1,2 221:1,18
222:1 223:1,8
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
232:2 233:1 234:1
235:1 236:1 237:1
237:4,16,23 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1

268:6 269:1 270:1
270:8 271:1 272:1
273:1 274:1 275:1
276:2,4,21
Hovnanian's 163:8
HovSat 165:23
  176:20,22,23
  177:4 178:2,16,18
  178:20 179:2,5,7
  179:12,15,20,25
  180:5,10 187:24
  188:15 190:4
  191:17,17,18,20
  197:21 199:3,7,11
  199:18 200:8,9
  201:14 202:13
  213:19 218:10
  224:9,9,14 226:7
  226:9 232:2 234:4
  241:3,5 242:8,10
  242:24 243:9
  246:6 250:2 266:5
HovSat's 178:8,11
  190:14 231:6
HovSat/Grand
  203:6 225:12
  226:6 235:5,13,23
  236:3,9,20
HovStor 165:25
  167:5,12 174:5,16
  175:12,13,25
  176:14 212:10
  214:17 219:12,16
  220:4
how's 181:6
Howell 232:21
huge 155:3
hundred 271:14
husband 258:8
HVAC 192:8

**I**

ice 256:8,10
ID 237:4,11
idea 175:4 212:14
  230:16 249:24
identified 166:8

252:7
**II** 148:16
**impossible** 263:15
**improvements**
248:15
**inception** 208:2
**income** 155:24
158:11 186:18,19
187:9 188:9
191:18 201:12,18
206:25 207:2,3,5
207:6,16,19,19,23
250:17 261:22
269:10,16,19,23
270:19 271:15
273:16
**incorrect** 157:2,8
**indicated** 170:15
184:25 231:6,9
236:13 240:15
**indicates** 228:16
**indication** 154:25
**inform** 194:2
**information** 158:18
159:3
**informed** 176:5
**informs** 193:25
**instance** 215:13
271:5
**instinctively**
180:20
**instruct** 267:24
**insurance** 207:8
242:9
**intending** 247:24
**intent** 169:7
**interact** 259:14
**interaction** 184:13
259:6
**interactions** 184:10
185:2,6,23
**interest** 169:11,12
**interested** 275:15
**International**
165:15 166:15,24
167:20 168:2,15
168:20 169:4,22

170:7,17 171:3,5
212:10 214:17
219:9,25 220:2
221:18
**internet** 244:24
**interrelated** 264:16
**interrogatories**
231:5
**intimacy** 253:15
**introduce** 161:5
**invoice** 187:22
**involved** 168:15
259:18
**issue** 157:14
**issues** 194:20 195:5
195:8

_____

**J**

**January** 157:12
201:7 206:24
207:11 212:17
223:13 224:22
230:9,18 231:2
232:13 234:5
**jerk** 246:16
**Jersey** 148:2
149:17 194:5
242:14,17 259:12
**jmh@hanamiria...**
149:18
**Joanne** 177:17,17
177:19,22
**job** 148:25 227:11
269:4 276:5
**John** 149:14 153:14
161:13 194:18
196:21
**joy** 249:11
**July** 254:5
**JUSTICE** 149:5

_____

**K**

**Karabakh** 255:4
**Karen** 152:25
154:10,20 155:11
163:14 175:18,19
175:21,23 176:12

176:17 178:22
179:4 180:21
182:22 183:13,16
184:7,17 186:25
191:11,14,24
193:4,7,16 197:20
197:21 202:2,8,11
202:16 203:15
204:13,15 212:7
215:19 217:21
220:18,19 224:18
226:12 230:2
232:19 233:16
239:18 240:14
246:10 248:4
249:18 250:4
257:16 259:14,15
261:11,12 262:12
264:5,6 265:6
267:6,9 268:17,20
268:24 272:19
273:15
**Karen's** 191:4
239:17 252:3,6,7
**keep** 186:8 248:16
248:24 255:14
**keeping** 231:17
**kept** 217:5
**Kevin** 197:20,21
199:2,5,6,17
**Kevin's** 201:17
**keystone** 256:21
**kid** 237:20 238:5
**kids** 237:9,16 238:7
248:16,17 250:25
254:2
**kill** 254:10
**Kimberly** 149:24
151:11
**kind** 177:10 187:5
192:11 204:24
210:23 211:4
248:16 251:10
262:15 264:5,7
**kinds** 192:10
193:16
**knew** 180:19,20

210:22
**know** 152:13,16
154:20,21,22
155:17 156:2
157:18,22 158:5
158:19 159:3
160:19 161:21
164:16 166:12
167:11,12 169:23
172:19,24 173:11
174:13,21 175:16
175:17,20,21,22
175:22 176:12,24
176:25 177:3,21
177:24,25 178:2
179:18,25 180:22
182:12,21,24,24
183:11,12 184:4,4
184:6,6,6,17
186:7,14,14,15,15
187:2 188:14
189:6 190:2 192:7
192:11 193:5,11
193:24 194:6,23
195:23 197:12
198:10,14,20,20
198:21,25 200:4
201:15,20,25
203:13,19,19
204:10,11,12,22
204:23,25 207:4,7
207:9,15,17 208:4
208:11,21,23,25
209:11 210:4,21
211:8 212:5,6,10
212:16 214:13,13
214:21 215:14,16
215:16,18 219:7
219:11,15,18
220:3,6,9,13
221:12,15 222:5
222:17 223:14
230:20,24,25
231:3,16,16,18,19
231:20 233:17
235:24 236:5
240:2,4,6 242:10

242:12 243:2,10
244:18 246:22,25
247:6,7,13,18,19
248:2,2,6 249:24
250:3,13 251:5,10
252:12,16,25
253:13 255:15
256:4,24 258:3,7
260:2,6,11,16
261:19,22 262:3,9
262:21 263:2,8,12
263:15,21,25
264:23 265:3,4,8
265:9,18,22,25
266:2,7,13 268:9
269:2 272:3,7,10
272:11,16 273:6
273:23
**knowing** 180:9
244:12 245:19
**knowledge** 207:24
**knows** 174:24
191:24 236:15
262:6
**Kostelanetz** 205:9
206:11,12
**KSG** 232:15 233:10
**KSG011** 192:17
197:7
**KSG013** 241:10
**KSG014** 211:13
214:5
**KSG015** 160:4
164:4 165:12
166:6 172:2 175:6
182:6 216:6
218:22 221:17
222:23
**KUNOFSKY** 149:4
160:5 161:13,16
161:20 162:25
195:24 196:5,8
239:2

_____

**L**

**L** 165:14
**landscaping** 192:8

235:16 272:7
**large** 208:18
  220:24
**late** 174:15
**laughable** 156:15
**Law** 149:15,23
**lawn** 203:2,9
  235:11 252:11
**lawyer** 162:9 163:2
  261:25
**lead** 258:23
**leaking** 272:8
**leave** 256:16,18
**Lebanese** 254:15
**left** 206:9
**legal** 205:4 206:8
  206:10 238:3
  267:21 268:11
**lend** 274:3,5
**let's** 159:8 160:19
  163:6 166:14,16
  167:19 171:8
  172:13 173:2
  174:5 176:16
  182:5 186:17
  190:14 192:25
  202:6 203:2
  205:17 211:10
  214:15 219:2
  227:14 242:13
  249:24 270:25
  271:16
**level** 156:25
**liability** 220:10
**life** 242:7,8
**light** 185:23
**liked** 249:2
**liking** 154:22
**line** 201:9 203:21
  225:22 226:5
  227:10
**lines** 225:4
**list** 192:22,24 193:4
  193:8
**listed** 152:20
  165:13
**lists** 193:17

**litigation** 206:14
**little** 153:7 158:25
  164:22 182:5
  241:15 246:18
  254:2 255:7
  257:10,12,13
**living** 253:10 258:4
**LLC** 235:11
**loan** 169:20 170:5
  170:16 220:11,12
  220:25 221:2,4,8
  227:24,24 228:8
  228:11,12,14
  240:2,4,15 251:16
  251:17,22 252:8
**loaned** 186:4
**loans** 169:3,6,8,9
  169:11,17,23
  170:10,17,19
  171:3,5,25 251:2
  251:4,8,9 263:9
**lock-** 253:20
**lockdown** 253:18
  253:22,23
**long** 173:12,19
  174:19 175:14
  182:20 184:22
  186:4 189:6 221:9
  221:9 238:6 248:9
  257:14,14,16
  265:21
**long-term** 220:10
**longer** 187:25
  188:2,3
**look** 155:4 191:12
  202:6 209:25
  210:2 230:11
  236:11 242:13
  244:18 260:11,21
**looked** 228:9
  251:19 260:25
**looking** 158:11
  166:17 175:7
  184:22 206:3,6
  232:12 246:6
  273:4,7
**looks** 190:18

197:23 231:19
  232:18,18,20
  251:17 255:16
  260:13,24
**losing** 247:6,8
**loss** 153:5,15,16,24
  157:11 165:8
  176:12 201:6
  204:5,16 206:23
  249:16
**lost** 205:10 255:12
  271:23
**lot** 155:25 192:10
  209:12 229:16
  257:23 263:10,11
  271:4,7,9
**loved** 249:11
**LP** 232:14

## M

**M** 149:3 150:1
**madness** 236:15
**magistrate** 195:7
**maid** 272:8
**main** 149:16
  237:24
**maintained** 217:25
**maintenance** 192:6
  192:11 203:3,9
  247:20,21 248:15
**making** 178:18
  203:18 236:22
  243:23
**mall** 158:13 164:8
  166:7 172:22,25
  175:15,25 176:7
  177:5,9,13 178:4
  178:21,21 179:8
  179:13,16,21
  180:2,5,7,8
  181:12 182:2
  183:8,16,22
  190:22 203:7
  204:18 206:23
  207:12,20 208:3,7
  208:19 209:8,16
  209:19,21 210:25

212:3,4 213:3,8
  213:10 214:17,23
  216:13,18 217:3,7
  217:7,10,15
  218:25 220:15
  221:13 222:15
  224:7,10 231:15
  231:22 232:2,3,6
  234:13,22,25
  235:4,12,17,23
  236:3,9,20 237:6
  242:18,25 246:8
  246:12,14 247:6,7
  249:9,10,21
  257:21,22 262:19
  264:9
**Mall's** 221:11
**manage** 179:7
**management** 178:9
  178:12
**managing** 177:5
  178:4,7
**manner** 188:25
**March** 253:20,21
**mark** 188:22
**marked** 160:4
  187:12 192:17
  200:24 206:17
  211:13 216:6
  223:6 239:12
  240:18 241:10
**married** 258:9
**master's** 250:10
**matter** 151:9
  188:19 253:3,5
**matters** 250:21
  253:11
**MBA** 250:12 262:9
**mean** 156:14
  160:21,22 162:7
  162:10,12 170:13
  170:23 176:24
  179:4 181:15,17
  185:13 188:22
  191:10 199:14
  203:16 216:10
  221:13 228:11

248:14 250:17
  251:17 255:3
  258:3,9 259:9,20
  259:23 262:2,7,16
  262:18 263:2,3
  264:11,22 265:11
  267:15,15 269:12
**meaning** 229:14
  249:19
**means** 152:7
  221:15 236:6
**medical** 256:2,3
**meet** 194:5 260:7
**member** 237:3,11
  237:12 238:6
**membership** 
  237:15,19,21,24
  238:4,5,7
**memo** 226:7 229:21
  232:15 237:3
  242:7
**memories** 249:3
**mention** 210:24
  211:3 227:16
**mentioned** 168:18
  169:2 199:2 244:2
**mess** 255:18
**messaging** 194:12
  194:14
**messenger** 196:9
**method** 236:15
**mind** 154:3 248:20
**minute** 192:15
  272:25
**Miscellaneous**
  201:18
**missing** 155:4
  247:9
**mistakes** 202:20
**misused** 180:13
**misusing** 180:18
**mobilized** 255:8
**mom** 186:4
**moment** 186:16
  205:14 251:15
  272:20
**moments** 164:12

money 158:12
167:23 169:3,13
175:15 180:13
181:23 186:4
190:20 191:6,7,23
193:6 208:20
221:14 226:21,24
226:25 227:17
229:24 233:22
239:16 240:5
247:6,8,12 248:11
252:3,6 256:23
264:7,10,11 274:2
274:3
monies 200:7
monitor 179:25
180:4
monkey 180:23
month 185:5
250:19 271:16,17
271:24 272:4
273:9,19
monthly 181:6,8,10
181:11
months 253:22
Moorestown
149:17
morning 151:24,25
mouthful 152:9
move 171:8 172:13
174:5 182:5
186:17
moved 183:22
257:21
Moving 221:16
multiple 225:8
266:9

            N

N 149:1 150:1,1
Nagorno-Karaba...
254:21
name 151:11
173:16 177:21
named 267:9
narrow 173:23
Navesink 226:18

226:22 227:19
233:19 234:21
235:17 236:25
need 166:12 200:9
214:25 244:22
261:9,23 272:5
needed 170:25
178:6 193:5,6,13
193:15 197:22
240:5,12 274:2
needs 163:2 192:9
192:10 194:6
negative 219:12
neither 248:23
nephew 205:15
239:22 240:12
256:19
nervous 253:6
net 155:24,24
158:10
never 262:19
new 148:2 149:17
194:5 242:14,17
258:13 259:12
271:12,12
newest 248:5
nice 258:14
Nina 148:15 150:4
151:1,8,16 152:1
153:1 154:1 155:1
156:1,23 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1,16
196:1,19 197:1
198:1 199:1 200:1
201:1 202:1 203:1

204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1,19
254:1 255:1 256:1
256:22 257:1
258:1 259:1 260:1
261:1,21 262:1
263:1 264:1 265:1
266:1,15 267:1
268:1 269:1 270:1
271:1 272:1,25
273:1 274:1 275:1
276:4,21
Notary 275:7
276:25
note 234:22
noted 151:13
notes 275:13
notice 152:20 248:5
notify 191:14
November 223:13
224:23 232:15
258:21
NRR 226:16,18
227:16 236:12
number 150:13
220:14 221:17
237:4 273:10
numbers 153:10,13
153:21,23 154:23
156:3 176:13

            O

O 150:1
oath 162:19 163:8
object 188:17
269:25
objection 174:23
189:5,7 267:14
270:6
objections 189:6
267:18
objective 248:13
obviously 154:13
201:16 222:13
241:8 246:23
257:23 259:17
occasionally
252:12
offended 227:11
offered 150:16
office 149:7 153:14
197:9 203:7 249:3
249:10,13 253:24
oh 152:2 160:7
164:16 181:23
195:12 198:22
212:17 214:24
225:23 232:8
244:22 254:9
257:18 258:14
262:3 263:4
okay 153:2,7
155:10,18 156:16
157:4 158:16
159:12,15,22,23
160:7,15 161:19
162:14 163:5,6,10
163:25 164:3,12
164:20,21,22,25
165:3,11 166:11
166:19,22 167:13
167:15,17,18
168:5,7,11,17
169:2 170:8,12,24
171:8,13 172:6,16
173:4,10,22 174:5
175:17 176:9,16
177:23 182:4,25
185:22 186:17

187:8,11,21
188:12 189:3,12
189:23 191:11
194:2 196:22
197:4 198:17,18
199:8,25 200:11
200:13 201:8,10
202:6,19,21 203:2
205:3,11,17 206:4
206:5,16 208:6,12
208:16,19 209:5
210:4 211:9,12,22
212:2,8 213:7,20
214:10,24 215:23
215:24 216:11,23
217:23 219:2,5,24
222:21 223:5,14
225:2,4 227:13,14
228:25 229:7,20
230:9 231:8,12,13
231:24 232:10,12
233:4,8 235:3
236:24 239:3,4,24
240:2 241:2,16,23
241:24 242:4,10
242:13,16,19
243:3,12,15
244:21 245:16
246:15 250:12,17
252:10 259:9
260:6 261:8,15,24
262:11,11,22
265:23 268:2
270:10,17 271:4
271:22 272:23
273:13 274:7,13
old 257:11
once 182:25 233:22
248:20 256:12
ones 194:15 217:14
246:13
online 247:3,4
op- 184:5 188:2
open 213:24,24
opened 188:13
189:24 214:8
224:13

operate 190:19
  201:19
operates 177:18
  225:12
operating 168:5,7
  171:20 173:18
  174:3,12,19
  175:13,14 182:17
  182:19 183:6
  184:3 186:13
  190:15 201:14
  214:12 219:17
  224:18
operation 177:14
  249:19
operational 177:15
  185:12 187:25
  188:2 191:16
operations 186:12
opinion 159:13
  266:7
opposed 188:20
order 187:18
out's 247:13,14
overall 26:7
  269:10,10,16,19
  269:23 270:21
overcome 255:10
owe 175:15 208:20
  228:18 229:2,4,5
  229:10
owes 221:14 228:16
owned 202:17
  203:16
owner 241:3
owns 233:2

**P**

P 149:1,1
p.m 274:14
Pachava 152:10
  167:24 170:15
  184:25 185:3,8,14
  185:19 186:3,6
  199:25 226:25
  227:23 228:15,16
  228:18,24 229:2,4

229:6,9,15,15,17
  244:3,8 258:19
  261:6
page 150:3,13
  165:17,22,25
  166:3,20 167:2,4
  175:7 192:24
  203:20 205:3
  212:2,18,19 214:4
  214:15 219:3,24
  221:16 229:20
  233:18 234:15,19
  235:9 236:24
  242:6 258:12
PAGE/LINE 276:6
paid 155:2 169:7
  169:14 178:7,24
  179:11 187:18,22
  193:15 197:18
  198:5 200:9
  206:11 233:16
  252:7 263:5
  265:15
parcel 198:9
Pardon 266:19
parking 192:9
  229:16 271:4,7
part 161:25 170:23
  173:2 196:14,15
  208:3 209:17
  213:8,10 217:4,8
  217:11 253:8
  270:3
participants
  160:25
participate 154:14
participating 161:2
party 275:15
passed 191:12
Paula 148:24 275:6
  275:22
pay 167:23 169:10
  169:21 178:6,14
  178:14,17 179:7
  181:21 191:8,17
  197:20,22 199:6
  199:12 226:22

227:3,18 229:25
  233:23 239:18
  240:6 241:3
  246:15,15 248:11
  248:14 251:24
  252:5,13 262:23
  262:24
payable 259:12
paying 181:19
  191:15 199:6,9,13
  201:16 224:19
  225:8,17,25 227:6
  230:3 236:16
  237:7 242:8,24
  250:5
payment 187:17
  197:10 232:19
  240:8 246:11
  273:14,20
payments 158:2
  170:24 178:20,21
  188:4,5 190:8,18
  199:17 203:18
  241:5 246:20,23
payroll 266:11
pays 169:22
PC 149:15
pears 213:6
pension 265:19,22
pensions 266:3
people 201:16
  222:4 249:25
  251:5 255:13,15
  262:15 266:9
perceive 264:4
percent 236:14
perfect 153:2 197:4
  239:4
period 157:11
  169:13 207:14
  271:17
periodically 251:23
  260:8 262:13
person 257:19
  259:18,22 262:2,7
  262:8
personally 169:21

274:3,4,5
pertain 246:13,21
Petcu 181:20
ph 248:6
phenomenon 254:3
physically 260:7
picture 156:4,7,10
  156:13 158:20
pinpoint 272:3
place 180:16
  237:17
placed 209:21
  218:25 220:16
  231:22 232:7
Plaintiff 148:5
  149:12
play 237:19
please 151:14
  152:13,16 162:20
  178:14,14 180:3
  183:21 186:16
  187:16 189:5,19
  191:9,9 192:21
  195:4 197:19
  199:21 201:5
  205:14 206:22
  211:19 215:8
  216:11 223:11
  239:15 241:13
  267:17 270:8
plus 272:13
point 165:11
  217:11 257:25
  267:15,21
political 255:21,22
portion 189:21
position 156:17
possible 221:4
  251:16
possibly 204:20
Post 149:7
postponed 248:3
pot 264:5,7,10,11
  265:2
potentially 188:21
power 172:10,12
PR 232:15

pre- 258:4
precedes 209:7
precis 193:12
prefer 163:9
prepared 210:22
  222:23
preparing 210:14
present 149:22
  151:12
presented 158:8,9
pretty 217:5 261:12
  261:14 262:12
previously 151:18
  160:3 171:13
  187:12 192:17
  200:24 211:13
  216:6 223:6 224:7
  233:11 240:18
  241:9
price 273:24
prices 273:25
pride 249:11
prior 175:24
  210:10,13 218:2
  220:19 243:24,24
privilege 261:17
privy 215:17
probab- 186:7
probably 183:7
  193:23 204:10
  210:8 212:25
  228:4,5 229:8
  271:14 272:10
  273:6
problem 256:21
problems 161:14
  244:25 257:5
procedure 246:9
proceedings 172:11
proceeds 207:8
process 224:15
produce 195:17
produced 155:7
  156:18 163:14
  196:25
production 162:23
  162:24 163:9

professional
153:11 155:22,23
profit 153:4,15,16
153:23 157:11
165:8 176:12
201:6 204:4,16
206:23 249:16
profits 179:12,14
project 249:7,8
promise 238:17
pronounce 232:22
proper 254:8
properties 192:7
257:8
property 226:19,23
227:6,20 232:25
233:2,24 234:21
248:21,22 250:25
prove 267:21
proverbial 248:2
provide 177:8,13
179:2 193:8
217:17,18 242:18
provided 158:18
159:4 169:24
177:15 194:11,24
204:3,4 215:3
217:21
provider 188:7,8
providing 177:7
193:16 264:21
public 182:21
275:7 276:25
publicly 183:3
pull 164:2 192:13
pulled 155:11
pulling 161:21
purposes 208:8
put 153:14 156:3
175:6 188:20
193:4 215:24
puts 156:16
putting 159:24
164:3 187:11
192:16 200:23
206:16 211:12,12
216:5 223:5

**Q**

quant 259:24
question 155:19
161:22 162:8
178:10,25 180:3
188:21 189:16,20
193:22 194:24
198:19,22 201:13
213:11 214:2
221:3 228:25
267:20 268:22,22
questioning 227:9
227:11
questions 153:6
160:6,12,24
163:10 165:5,6
188:19,20 238:9
238:12 239:9
245:13,15,20
259:10 266:18,22
269:15 272:17,18
275:10
quick 154:3 160:6
239:7 244:22,23
QuickBook 155:12
157:21 162:5,15
163:13,17,21
208:9,10 217:13
217:16 225:9
QuickBooks
154:24 197:24
217:2,24 225:5,18
225:23 226:2
231:18
quickly 164:13

**R**

R 149:1 275:2
raise 247:24 248:10
255:14
raising 248:8
Raskin 148:24
275:6,22
RE-EXAMINAT...
150:7,8 266:24
273:2
reach 258:25 259:9

read 175:22,23
189:19,22 210:8
210:10,16 223:15
261:11,13,14
real 154:2 155:2,6
156:4,7,10,13
160:6 168:3
171:15 203:21,22
261:22
realized 152:14
really 158:12
171:23 177:25
185:12 186:23
188:23 189:10
204:23 214:13
223:15 225:21
239:7 248:7
250:21 260:2
265:25 267:16
268:9
Realty 186:24
reason 207:22
262:21 266:12
276:6
reasons 233:11
264:18
recall 195:10,17
218:13,15 231:4
recap 243:16
receivable 221:17
receive 187:9
received 179:16
207:20 217:13,14
223:16 271:18
receiving 271:20
Recess 200:18
205:22 238:20
245:8
recognize 164:6
192:19 201:2
206:19 211:15
239:12 240:18
241:10,17
record 151:5,13
159:11 161:6
162:2 164:10
189:21 200:17,19

200:21 205:18,21
205:23,25 238:19
238:21,23 245:7,9
245:11
recorded 251:3
275:10
records 210:6
215:5 229:19
redirect 272:24
274:10
redo 229:15
redone 192:10
reduced 275:11
refer 152:7 173:15
200:2
referring 152:12
194:15 211:7
reflect 261:4
refrain 267:17
refugees 255:2,5,6
regard 246:5
regarding 152:20
region 254:6,20
regularly 193:7,16
262:12
relate 171:23
204:17 215:7,9
related 167:20,21
168:21,24 170:20
171:9 172:5,14
174:6,18 182:8
202:23,24 224:2
275:14
relating 215:5
relationship 257:15
257:16
relevant 170:3
204:6,9
rely 193:21
remember 209:24
213:22 218:5
243:21 261:18,19
264:23 272:14
remind 207:10
219:16
remote 149:1 151:7
258:6

remotely 151:2
253:25 254:2
rent 178:3 180:12
181:3,5,13,19
182:2 186:21
191:22 231:9,15
248:8,10,21 250:3
271:19
rental 178:21
191:16 248:22
rentals 177:16
rents 179:15,21
180:2,5,6,10
190:7 191:17
207:20 224:8,8
247:23,25
repaid 229:17
repair 271:8,8
repairs 192:9
247:21 271:9,10
272:5,9
repayment 170:16
240:15
repeat 178:10
180:3 189:17
replace 271:11
report 179:4
223:12 224:22
236:2 238:14
Reported 148:23
reporter 151:14
156:8 189:19,22
190:11 196:4
209:3 218:11
230:21 234:17
251:20 252:4
268:3 269:24
275:7
reports 154:11,15
155:11 163:17
179:2 232:13
250:6
representation
188:16 190:5
representative
267:11,13 268:7
268:10

represented 206:12
reprieve 248:12
requested 155:7
156:17 170:9
217:9
requests 154:17
204:2 215:4
resign 244:7
resignation 243:24
244:14
resigned 243:20
244:4,8,15,19
258:21
respect 170:20
response 154:17
204:2 215:4 231:4
responses 218:3,16
responsible 198:4
rest 241:22
retirement 184:23
returns 260:22
261:3,5
rev- 215:16
revenue 155:24
273:19
right 154:6,6,12,18
154:19 155:13,20
159:14 160:18
162:5,6,20 163:5
164:25 165:6,18
166:4,9 169:4
172:22 177:5,6
185:20 186:13
187:13 194:18,20
195:11 202:4
206:18 212:22
213:21,21 216:2
218:3,4,10 221:22
223:18,19,23
225:20,20 227:20
230:12 231:25
233:2,6,20,25
243:18 244:23
252:14 254:11
258:8,9 260:13,21
260:24,25,25
265:7,16,17

266:21 267:7,11
271:19
River 226:18,22
227:19 233:19
234:21 235:17
Road 226:19,23
227:19 233:20
234:21 235:17
rocket 259:23
roof 272:8
room 273:6
roughly 183:5
Rule 152:5 267:10
267:12 268:7,10
run 167:23 176:25
177:2 203:11
239:7
running 180:16
191:13 246:3
254:14 255:14
259:17 272:13
runs 259:25

S

S 148:24 149:1
150:1,11 219:20
275:6
Sachs 259:25
saw 163:16 187:6,7
187:15 223:10
saying 155:21
156:19,21 158:14
158:17 161:11,12
162:23 180:17
182:15 195:13
198:18 218:12,18
222:2 234:8
239:20 257:4
263:4 267:19
says 197:22 199:25
208:13 213:20
216:13,19 223:18
225:3,23 226:6,16
227:24 228:2,7,13
228:15 231:2
232:15 233:12,15
234:22 235:14

236:4,5,12 241:2
242:7
scary 254:7
school 262:10
267:4
scraping 191:2
screen 196:9,11
206:6
scroll 164:13,17,22
192:23 201:21
208:12 209:18
211:5,22 214:4,22
218:23 226:14
241:21,23
scrolling 212:19
218:23 231:21
242:13
se 199:10
second 159:25
161:21 164:15
166:20 192:24
215:24 216:3
238:10,24
seconds 160:8,17
232:11 241:20
Securities 183:4
see 164:17 165:17
165:22,25 166:3
166:23,23 167:5
179:25 186:23
190:14 199:24
203:3 205:4
211:10 219:5,8,12
219:19 220:4,7,10
221:17 222:2
225:14,23 226:15
227:15,22 229:21
230:25 231:25
232:10,20 235:15
241:21 242:15
250:15 251:15
263:9 266:13
273:5
seeing 158:21
seen 186:10 216:10
241:18
seizure 256:11

self-deleting 195:9
195:21
send 160:6 254:14
259:19 260:10,13
senior 259:24
sense 153:24 157:7
158:19 178:7
213:12 264:8
273:7
sent 163:18 186:24
187:2 195:22,23
196:20
separate 167:22
168:25 172:21
186:2 188:13
189:25 191:25
202:10 203:17
213:3,16 214:3,7
216:20,24 217:13
217:16 234:6
265:4 266:11
separately 208:8
September 243:18
254:19
series 154:9 246:6
service 177:10
207:16 252:11
272:9
serviced 264:19,20
264:25
services 177:8,12
194:12,14
session 152:21,22
set 266:10 275:9
severely 156:13
sewer 165:20
172:18 173:7,8,12
173:15,17 264:18
Sewers 172:13
Shant 148:9 151:9
168:11,14 172:8
172:10 183:19,24
184:8 185:4,6,18
191:13 237:14,23
243:17,23 244:3
262:13,23,24
267:2,3,10 268:17

268:24 276:2
Shant's 244:14
shape 248:7
share 198:8,9 206:6
213:18
shared 196:25
198:13
sharing 196:8,11
shed 185:22
sheet 166:17,21
175:8 211:20
212:20 215:9
216:13,16,17,20
216:24 276:1
sheets 249:16
short 205:18
238:15 250:15
Shorthand 275:7
shortly 153:19
show 156:7,9
157:15 162:5,10
162:12 163:21
208:17 210:7
showed 154:8
172:2
showing 160:3
164:3 166:18
222:3 239:11
shows 166:6 214:16
221:23 234:24
242:23
shut 265:24
side 273:13
sign 260:13
signatory 242:12
250:4
signing 213:22
simplest 247:14
sitting 236:17
situation 158:22,24
182:21 255:21,22
sky 273:5,7
slapped 155:5
slash 165:23 224:11
slip 255:17
slipped 256:8,10
slow 152:17

**snow** 192:8 271:5,5 272:7
**solo** 249:8
**somebody** 159:9 263:4
**something's** 247:8
**son** 239:17,21,25 252:3,6,7
**sons** 254:25
**soon** 184:23 254:17 254:18
**sorry** 152:2 160:9 160:12 162:18 164:24 165:13 175:10 189:18 192:3,13 194:22 195:4,12 196:7,10 198:22 205:8,10 205:13 210:5 212:17 217:12,20 219:13 225:20 230:11 232:7,8,9 232:22 234:14 244:16,21 252:21 266:20 268:9
**sort** 172:25 193:10 203:18 227:11 256:20 258:6
**sotto** 167:3 236:23 243:4
**sound** 165:9
**sounds** 155:18
**sources** 186:19
**space** 180:18
**SPDE** 225:15 233:15
**speak** 152:15,19 175:19,23 176:11 183:14 194:4 210:10,15,18 220:19
**speaking** 152:16 165:7 167:3 189:6 192:2 193:14 196:16 234:20 236:23 243:4 247:16 261:12

267:18
**special** 254:23
**specific** 165:2 176:6 197:9 201:9 220:21
**specifically** 153:8 176:14 177:12 228:7,10 243:22 244:5,20 246:14
**specify** 228:14
**speculate** 198:25
**SpeedUS** 166:3 167:6 182:7,8,13 183:3,9,22,24 184:6,8,11,22 185:3,7,12,24,25 186:4,6,8,11,12 197:22 214:18 220:7 225:15,18 226:2 229:22 230:2 232:14 233:9,17 242:8 257:20,21 265:9 265:20 266:5
**SpeedUS's** 229:25
**split** 235:14,16
**spoke** 152:25 176:10,10,11 186:25 204:14 210:19 244:2 262:12,13,15
**spoken** 184:10 185:5
**spring** 247:25
**Sprint** 229:21,25
**start** 159:24 161:6 166:14 167:19 214:15 219:2 242:5
**started** 224:14 253:20,24
**starting** 165:13 201:12 206:25 212:2 247:25 253:17
**state** 152:11
**statement** 155:6

162:11,14 163:13 163:15 165:8 204:5,16
**statements** 249:17
**States** 148:1,4 151:9 169:25 170:9 252:18,24 256:20 276:2
**States'** 231:5
**stay** 272:25
**stenographic** 151:13 275:13
**stenographically** 275:11
**step** 210:5
**stepbrothers** 254:24
**stop** 164:20,20,20 171:19 173:17 174:12 182:19 191:15 205:16 219:16
**stopped** 174:18 175:14 182:17 183:3,6 184:2,5,5 215:13 224:12
**storage** 174:10
**straight** 154:23
**street** 149:16 237:17 272:6
**stress** 256:13
**stressful** 255:24 257:5
**stuck** 266:4
**studying** 254:2
**stuff** 192:12 194:6 194:13 209:12 210:21 246:4 263:18 266:2
**subpoena** 154:4
**Subscribed** 276:22
**subscriptions** 201:17
**substantive** 154:14
**success-** 264:14
**successful** 264:3,15 264:15

**sufficient** 189:8,9
**suggesting** 156:24 250:14 266:10
**supervise** 178:8,11
**supervised** 178:15
**suppose** 180:11
**supposed** 169:14 174:13 207:15 269:13
**sure** 153:9 155:10 159:14,17 162:4 171:2 172:20 190:24 198:2 216:15 217:5 218:19 227:12 236:6,14,22 237:22 238:13,25 239:24 240:23 241:6 245:2 261:13,14 266:7 266:23 272:2,2,3
**surprised** 185:2
**surrounding** 195:6
**suspicious** 242:22
**swear** 151:14
**swimming** 237:18
**switch** 176:16
**switched** 161:18
**switching** 240:17
**sworn** 151:18 276:22
**sympathy** 257:4

_____

**T**

**T** 150:1,11 275:2,2
**take** 155:3,25 160:16 163:6 169:21 192:3 200:11,14 205:18 238:15 240:14 242:3 244:21,23 246:4 256:22 258:24
**taken** 151:2 200:18 205:22 226:21 238:20 245:8 275:8,14

**talk** 172:3 176:16 185:4 203:2
**talking** 157:10 158:5 170:4 174:25 181:24 186:17 196:18 197:7 234:16 260:22 262:4
**Tavush** 254:6
**tax** 149:6 162:9 260:22 261:25
**taxes** 155:2 177:16 192:7 203:22,23 247:20
**TD** 190:10,12,21 200:5 247:3,4
**Teams** 195:25 196:6
**technical** 161:14
**Telegram** 194:16 194:21,25 196:2 196:23
**telephone** 161:18
**tell** 153:7 164:18 184:19 187:16 192:21 201:5 205:15,15 206:22 211:19 215:8,11 215:11,12 216:11 220:16 221:6,19 223:11 235:3,25 236:18 239:15 241:2,18 246:15 246:17 272:11 273:22
**telling** 178:16
**tells** 246:25
**ten** 163:19,19 254:8 255:2,5
**ten-minute** 200:15 238:16
**tenant** 183:17 271:23
**tenants** 181:11,18 181:19 191:15 197:25 198:4,14 240:20 248:5

**tendency** 152:15
**tennis** 237:19
**terms** 169:9 247:8
  247:14
**terrible** 271:6
**territory** 255:12
**test-** 264:6
**testified** 151:21
  162:24 176:18
  191:5 198:3
  202:16 243:17
  264:6 269:3
  271:18 272:19
**testify** 151:19 163:3
  222:23 268:13,18
  268:20,24 269:5
  269:16
**testifying** 263:10
**testimony** 188:21
  202:21 214:6
  243:8 269:4
**thank** 189:12
  198:18 200:22
  218:20 230:12
  243:15 245:16
  266:15,16 272:22
  272:23 274:8,12
  274:15
**thing** 153:5,15
  154:24 177:11
  184:13 186:7
  193:10 203:18
  204:24 206:4
  210:23 224:15
  236:12 247:4
  251:10 256:9
  271:12
**things** 155:3 156:2
  157:25 158:4,8
  168:25 176:15
  191:25 202:10
  212:14 215:22
  227:12 234:10
  251:2,3 253:23
  256:25 259:13,17
  262:13 263:9
  273:14

**think** 156:16 157:4
  157:9 160:24
  161:8,9,9,25
  163:25 167:10
  170:22 172:17
  173:9,21 174:4,7
  174:8,8 175:20,21
  177:10,17 182:11
  182:13,16,18,22
  183:15 187:10
  189:8,10 197:10
  197:14,24 199:8
  199:20 201:15,16
  208:15 210:8
  211:10 213:17
  214:12,25 216:25
  218:3 229:11
  233:3 239:17
  240:5,21,25
  241:25 243:19
  244:22,24,25
  248:8 252:23
  253:10 256:7
  257:15 258:2,22
  259:15,24 260:5
  261:10 264:5
  265:10,19 269:3
  270:2
**thinker** 263:25
**thinking** 266:4
**thought** 158:9
  163:15 173:12
  195:9,13,17,18
  203:15 218:13
  229:12 261:11
  269:7
**thousand** 271:14
**three** 158:7 212:8
  239:6
**time** 151:7 152:3
  163:16 165:9
  169:13 173:13,19
  174:19 175:14
  182:20,25 184:22
  186:5 188:24
  200:16,20 205:20
  205:24 208:18

  209:7 213:2 214:6
  217:2,3 221:9
  237:15 238:6,18
  238:22 240:13
  243:13 245:6,10
  247:2,2 248:9,10
  252:20 256:19
  258:5 263:17
  271:17 274:13
**timeline** 212:13
  215:15
**times** 224:7 258:13
  273:9,9
**Title** 264:23,24
**today** 159:21
  170:19 202:22
  204:15 220:20
  222:24 228:17
  229:2 236:18
  268:14,18 269:6
**today's** 152:21
  274:14
**told** 218:16 239:18
  240:13 261:13
**ton** 180:12 222:8
**tons** 222:10
**top** 255:25 272:15
**topic** 244:14
**topics** 152:20,21
**total** 181:12 253:21
  253:23
**tough** 255:23
**tour** 263:18
**township** 232:21
**transacting** 183:9
**transaction** 222:11
  223:12 224:22
  226:15 227:23
  229:21 231:25
  232:13,17 233:9
  233:19 234:16,20
  235:10,18,19
  236:2 238:13
**transactioning**
  167:8
**transactions**
  159:17 165:2,7

  166:7,12 174:15
  174:17,22,24
  175:24 176:6
  204:5,8 215:5,7,9
  220:15,17,20,21
  220:23 221:19
  222:9,22 223:22
  224:24 228:9
  234:13 236:19
  259:10 262:16
**transacts** 183:15
**transcript** 275:13
**transcription**
  275:12
**transfer** 210:3,3,24
  219:19 222:12
  232:2
**transfers** 186:10
**treated** 208:7
**Trial** 149:6
**true** 203:6 275:12
**trust** 148:14 150:4
  151:1 152:1,6,7,8
  152:10,11,11
  153:1,17,20 154:1
  155:1 156:1,5,18
  156:18 157:1
  158:1 159:1,7
  160:1 161:1 162:1
  163:1,9 164:1
  165:1 166:1 167:1
  167:8,20,21,24,24
  168:1 169:1,3
  170:1,7,10,15,20
  170:23 171:1,4,9
  171:23 172:1,14
  173:1 174:1,6,14
  174:18,19 175:1
  176:1 177:1 178:1
  178:8,11,17 179:1
  179:3 180:1,22
  181:1 182:1,8
  183:1 184:1,9,11
  184:25 185:1,6,8
  185:9,24,24 186:1
  186:2,19,24 187:1
  187:8,19,23 188:1

  188:10,13,16
  189:1,24 190:1,4
  190:13 191:1
  192:1,2,4 193:1
  194:1,10 195:1
  196:1 197:1 198:1
  198:5 199:1,6,10
  200:1 201:1 202:1
  202:3,9,9,12,17
  202:23,24 203:1
  203:12,16 204:1,3
  204:4,6,9,17
  205:1 206:1,12
  207:1,12,19 208:1
  208:2,4 209:1,8,9
  209:14,17,20,22
  209:22 210:1,9,25
  211:1 212:1,21
  213:1,9,9,11,13
  213:14,21,22,25
  214:1,7,8,11,14
  215:1,3,6,7,10
  216:1,17,21,22,24
  217:1,6,8,9,13,17
  217:25 218:1,25
  219:1 220:1,16
  221:1 222:1 223:1
  223:19,22,24
  224:1,3,11,13,17
  224:20 225:1,8,17
  225:25 226:1,3,8
  226:10,22 227:1,3
  227:7,17,18,24
  228:1,15,17,22
  229:1,2,3,5,6,9,10
  229:25 230:1
  231:1,2,5,23
  232:1,5,7 233:1,2
  233:4,23 234:1,2
  234:6,9,11 235:1
  236:1 237:1 238:1
  238:4 239:1,19
  240:1,14,16 241:1
  242:1 243:1,17,24
  244:1,3,10 245:1
  246:1,13,21 247:1
  248:1 249:1 250:1

251:1,9,17,22
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
260:9 261:1 262:1
262:17,21,22
263:1,4 264:1
265:1 266:1 267:1
268:1,7,13,16,18
268:21,23 269:1,6
270:1 271:1,18
272:1 273:1 274:1
274:2 275:1
trust's 163:22
186:18 269:10,11
trusted 159:8,8
180:21 262:18
267:6
trustee 170:6 184:9
193:24 203:12
220:25 227:10
236:17 243:25
258:6
trusts 200:3 208:8
258:17 259:3
264:9 272:13
trusts' 200:3
truth 151:19,19,20
241:19 272:11
try 152:17 157:6
159:16
trying 158:16,19
163:7 170:24
171:24 172:4
174:16 175:4,19
184:18 197:13
198:11 232:10
254:14 255:14
256:23 267:21
Tuesday 148:17
151:3
Turkey 254:19
TV 188:7
twice 258:13
two 168:25 202:10
205:7 206:10
225:5 227:15

232:11 253:22
254:24,24 256:3
272:12
tying 158:23

──────────
U
──────────
U.S 149:5
uh-huh 159:22
165:21,24 166:2,5
166:10,25 172:7
182:3 192:18,20
198:16 203:5
204:7 205:6
211:16,18 219:4
219:21 225:7,24
229:23 233:21
234:23 235:21
237:2,5
ultimately 160:19
unclear 152:12
underlying 154:15
understand 157:17
162:8 166:11
167:17 172:4
178:24 180:17
209:13 224:5
227:10 239:8
256:14 258:4
268:12,16,23
272:12
understanding
159:18 176:21
237:23 253:14
Understood 260:20
unfortunately
223:17
Union 230:23 231:7
231:11,14
United 148:1,4
151:9 169:25
170:9 231:5
252:18 276:2
Unreportable
163:4 209:3
230:19 251:20
263:23 268:3
Unum 242:7 243:7

243:9
upcoming 192:22
upside 193:10
use 179:12,15,20
214:11 237:9,16
238:8
USNY 232:14
233:10
utilities 192:11
197:17 198:5,6
242:18 247:20
271:25

──────────
V
──────────
v 276:2
Vahak 219:20
232:2 239:16,20
240:15 251:10,11
251:16,23 252:8
256:19 257:6
various 264:17
VEC 186:24 187:9
verify 179:24
Verizon 235:19
versus 151:9
158:22 235:4
236:9
video 151:7 205:10
videographer
149:24 151:5,12
200:16,20 205:20
205:24 238:18,22
245:6,10 274:9,13
View 157:10
165:23 176:19,19
176:21,25 177:2
187:17,21,22
188:8,15 190:3,18
190:19,21 191:2,6
201:6,14,19,24
202:4,10,17,22,25
203:6,11,16,25
204:19,25 208:22
211:20 212:15
213:19 214:24,25
215:2,17 217:15
218:14 219:6

223:12 224:9,14
225:12 226:6
230:3 234:3 235:5
235:13,23 236:3,9
236:20 237:7
246:7 249:17,22
264:8,19
View's 218:15
234:9
View/HovSat
166:24 176:17
221:18
Village 158:13
164:8 166:6
172:21,25 175:15
175:25 176:7
177:5,8,13 178:4
178:21,21 179:8
179:13,16,21
180:2,5,6,8
181:12,25 183:8
183:15,22 190:22
203:7 204:18
206:23 207:12,20
208:3,7,19 209:7
209:16,19,21
210:25 212:4
213:3,8,10 214:23
216:13,18 217:3,7
217:7,10,15
218:24 220:15
221:11,13 222:15
224:7,10 231:14
231:22 232:3,6
234:25 235:4,12
235:22 236:3,8,19
237:6 242:18,25
246:8,12,14 247:6
247:7 249:9
257:21 262:19
264:9
Villages 172:19,21
172:23,24 249:9
264:19,20
Villalobos 149:24
151:11
visionary 263:25

visiting 249:2
voce 167:3 236:23
243:4
Volume 148:16
150:4 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
VP 259:24

Case 3:18-cv-15099-RK-JBD   Document 123-5   Filed 05/13/22   Page 145 of 146 PageID: 4907

vs 148:7
VSH 208:14,14
219:19 222:12
226:10 261:9
VSHPHH 148:14
150:4 151:1 152:1
152:6,7,10 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1,20
171:1,4 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1,8,24 186:1
187:1,19 188:1
189:1 190:1 191:1
191:19 192:1
193:1,2 194:1
195:1 196:1 197:1
198:1 199:1,9
200:1,2,5,10
201:1 202:1 203:1
203:12 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1,19,22,24
224:1,3,13 225:1
226:1,8 227:1
228:1,16,23 229:1
229:4,5,10,14,15
230:1,3 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1,3,6 242:1
243:1 244:1,8,10
245:1 246:1 247:1
248:1 249:1 250:1

251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1,7,21
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1
VSHPHH017
200:24 203:20
205:4 206:7
VSHPHH018
206:17
VSHPHH019
223:6 236:24
VSHPHH020
239:12
VSHPHH022
240:18
VSHPHH23
187:12

**W**

wait 156:23 246:17
273:22
waiving 261:16
want 152:9 159:6
159:10 195:2
201:8 207:10
209:12 218:19
238:12 239:7
242:5 245:2
248:17,18,23
250:24 257:3,3
260:16 272:16
wanted 165:11
167:14 193:11
239:24 243:7
wants 160:13
252:12 265:21
war 255:17 256:24
258:13
Washington 149:8
wasn't 154:25
161:17 175:13
180:14,20,20

185:22 193:16,23
215:17 226:25
234:9 242:11
264:11
waste 243:12
water 172:18 173:6
173:8,12 242:14
242:17 259:12
264:18
way 164:24 168:14
170:21 171:6
172:8 178:17
180:9 199:15
202:23 214:22
215:12,12 224:2
228:23 236:7
247:23 258:12
264:22 274:5
we'll 156:12 158:24
167:13 172:3
182:4 227:3 242:3
245:3
we're 157:5 158:5
158:18,20,21
159:2 160:16
161:9 163:7 165:6
170:4,19 171:2
172:20 175:2,7
188:4 190:25
191:22 199:11,12
199:13,14 204:20
206:6 216:15
218:22 230:9
238:23 248:7
250:18 255:13
256:24 264:21
we've 162:4 186:10
188:22 197:23
217:21 246:5
247:22 252:25
253:3 260:11
week 256:7 259:2
weeks 256:3
weird 156:17
went 153:23 164:24
181:17 195:6
206:7 209:11

216:9 220:14
232:21 253:17
256:2 264:12
267:2,4
Wharton 267:2,4
whatsoever 153:24
156:25
When's 252:20
whisper 161:22
winter 271:6
wintertime 272:7
wish 241:12
witness 150:3
151:15,17 154:5
154:12,18 160:21
162:20 194:17
195:19,22 196:2
217:23 218:4,7,10
266:16,19,23
272:23 276:4
woman 177:20
wonderful 239:4
word 260:18
words 233:16
work 157:8 227:3
228:6 240:6 249:6
257:7 265:6,11,13
265:14
worked 264:17
265:5
working 188:3
201:17 215:13
246:4 253:24,25
257:24 258:2
265:20
works 184:7 197:21
197:21 230:2,4
wouldn't 265:25
written 153:5 194:8
wrong 155:25
156:13 228:3
232:9
wrote 154:23 241:7
Wy- 232:22
Wyckoff 232:23,24
232:24,25

**X**

X 150:1,11

**Y**

yeah 154:5 155:14
157:14 160:21
161:15 165:19
168:21 173:9,24
175:21 176:22
181:4,14,14,17
185:16 187:15
194:21 197:19
198:11 205:12
206:18,20 209:6
212:23 214:19
216:9 226:17
238:11 241:4
244:11 247:4,13
248:25 249:7,15
249:15 250:20,23
250:24 252:15
255:22 256:14
257:20 258:10,15
258:20 259:8
260:5,10,15,23
261:2,13 262:18
262:25 263:3,24
264:2 265:11,13
265:14 266:4
270:20 273:11,11
273:18 274:7
year 184:16 185:18
193:9 253:9,21
271:9
year-to-year
249:20
years 159:9 173:5
221:5 257:18
273:10
Yep 252:17
yesterday 152:6,14
158:10 161:2
168:17 176:5
177:4 181:18
197:14 198:3
204:15 206:21
210:13 240:22

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

243:16 247:24
261:12
**yesterday's** 152:5
152:21
**York** 258:13

**Z**

**Zoom** 151:2 161:18

**0**

**08057** 149:17

**1**

**1** 157:12 201:7
205:3 206:24
207:11 212:2
242:6
**10,000** 186:24
273:19
**10:07** 200:16,18
**10:27** 200:19,20
**10:35** 205:20,22
**10:41** 205:23,24
**100** 236:14
**103** 236:24
**11:35** 238:18,20
**11:45** 238:21,22
**11:54** 245:6,8
**11:55** 245:9,10
**12** 215:14 273:9
**12,000** 273:18,20
**12.42** 259:11
**12:30** 274:14
**12th** 211:24
**139,000** 220:11,25
**14** 219:3
**14,000** 219:25
**1467** 148:25 276:5
**15** 219:24
**1500** 271:11
**151** 150:5
**15th** 157:12 201:7
206:24
**16,000** 175:13
220:4
**165,000** 203:22
**17** 221:16

**17th** 252:22
**18-cv-15099** 148:7
**1980s** 174:10
**1st** 223:13 224:22
253:20

**2**

**2** 150:4 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
203:20 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1

268:1 269:1 270:1
271:1 272:1 273:1
273:19 274:1
275:1
**2,000** 219:9 251:13
**20** 276:23
**20,000** 219:13
271:7
**2000** 173:22
**20044** 149:8
**2008** 183:23
**2011** 164:9 211:21
215:14 216:14,22
**2012** 157:12 173:20
173:20,22 183:5
201:7 206:24
207:11,11 208:2,5
209:14,17 212:20
212:21 213:5,9,13
213:14,21 216:23
217:9 230:11
231:2
**2013** 171:22 209:11
214:5,11,14
**2015** 155:3 208:4
213:11 217:4,8
218:24 220:15
221:7,9 222:12
231:22 232:14
239:23
**2016** 221:16,23
222:12 234:5
**2017** 243:18 269:9
269:19 270:12,22
**2018** 183:10 208:2
**2019** 166:21 167:5
167:8 174:16
175:8,15 213:25
214:9 218:2
270:14
**202** 149:9
**2020** 157:13 201:7
206:24 211:24
223:13 224:23
230:10 252:17
269:9,20 270:12
270:13,15,16,22

**2021** 148:17 151:3
151:6 276:3
**20th** 223:13 224:23
231:2
**227** 149:7
**23** 148:17 151:3
276:3
**23rd** 151:6
**24** 210:12 255:3
257:12
**24,000** 271:7
**245** 150:6
**25** 257:18
**25,000** 203:4 229:8
**26** 166:20
**266** 150:7
**27** 167:2,4 175:7
**27,000** 232:20
**273** 150:8
**27th** 254:19
**2800** 181:20
**29** 222:12
**296,000** 219:6

**3**

**30** 257:18
**30-** 229:13
**30(b)(6)** 148:14
151:7 152:5
170:14 184:24
267:10,12 268:7
**30,000** 229:7
**31st** 164:9 166:21
167:5 175:8
211:21 212:20
213:20 214:5
216:14 270:14,14
270:16,22
**353-9187** 149:9
**36B** 268:10
**39,000** 229:16
271:8

**4**

**4** 165:22 229:20
**4,000** 220:8
**4,400** 220:8

**40** 149:16
**408,000** 270:18
**44** 254:25
**48,000** 219:13
**4th** 232:4

**5**

**5** 165:25 212:19
**5-18-2020** 226:16
**5-27-2020** 227:23
228:3
**5,000** 229:17
**50** 173:5 255:6
**520** 226:16,18,22
227:16,19 233:19
234:21 235:17
236:12

**6**

**6,000** 180:15,25
181:9,13,22
229:18 271:18,20
**67** 233:18 234:15
234:19
**6th** 253:21

**7**

**7,000** 271:21 273:9
**74** 235:9
**75,000** 182:2

**8**

**8** 214:4,15
**80s** 263:17 264:21
**81,000** 205:5,7
206:8
**813** 237:4

**9**

**9** 166:3
**9:03** 148:17 151:4,6
**9:52** 189:22
**900** 181:21