Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------
UNITED STATES OF AMERICA,

                        Plaintiff,


                        Case No.:
                        18-15099 (AET)(ZNQ)
              v.

SHANT HOVNANIAN, et al.,

                        Defendants.

-----------------------------------------




 Remote Deposition of MICHAEL MACGILLIVRAY

          Friday, February 5, 2021

             12:03 p.m. (EST)




Reported by:

Stephanie M. Butler

Job No.: 1289

1

2                          February 5, 2021

3                          12:03 p.m. (EST)

4                          Manahawkin, New Jersey

5

6              Remote Deposition of Michael

7    MacGillivray, held via Zoom

8    videoconferencing, pursuant to Subpoena,

9    before Stephanie M. Butler, a Notary Public

10   of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2   R E M O T E   A P P E A R A N C E S :
 3
 4   U.S. DEPARTMENT OF JUSTICE
 5   Attorneys for Plaintiff
 6           950 Pennsylvania Avenue, Northwest
 7           Washington, D.C. 20530
 8   BY:     ARI KUNOFSKY, ESQ.
 9           Ari.D.Kunofsky@usdoj.gov
10           CATRIONA COPPLER, ESQ.
11           Catriona.M.Coppler@usdoj.gov
12
     HANAMIRIAN LAW FIRM, P.C.
13
     Attorneys for Defendants
14
             40 East Main Street
15
             Moorsetown, New Jersey 08057
16
     BY:     JOHN HANAMIRIAN, ESQ.
17
             jmh@hanamirian.com
18
19
20   A L S O   P R E S E N T :
21
         ELZA GRIGORYAN,
23
         HANAMIRIAN LAW FIRM, P.C.
24
25
```

1                    MACGILLIVRAY

2              THE COURT REPORTER:  My name is

3       Stephanie Butler, a New York State

4       notary public.

5              This deposition is being held

6       via videoconferencing equipment.  The

7       witness and reporter are not in the

8       same room.

9              The witness will be sworn in

10      remotely, pursuant to agreement of all

11      parties.  The parties stipulate that

12      the testimony is being given as if the

13      witness was sworn in person.

14  M I C H A E L   M A C G I L L I V R A Y,

15          called as a witness, having been duly

16          sworn by a Notary Public, was

17          examined and testified as follows:

18              MR. HANAMIRIAN:  Last night, I

19      guess you guys sent over a -- this

20      memorandum from Chief Counsel relative

21      to guidelines or parameters of the

22      deposition itself.  I don't know if

23      you want to you offer -- you said you

24      wanted to offer that as an exhibit?

25              MR. KUNOFSKY:  Yes.

```
 1                MACGILLIVRAY

 2           MR. HANAMIRIAN:  So I don't have

 3       any objection to that.

 4           MR. KUNOFSKY:  We'll send to the

 5       court reporter at the end of this

 6       deposition Mr. MacGillivray's

 7       testimonial authorization issued by

 8       the Office of Chief Counsel from the

 9       IRS and the -- Mr. MacGillivray wants

10       to read and sign.

11           (Whereupon, Office of Chief

12       Counsel Internal Revenue Service

13       Memorandum, was marked as Plaintiff's

14       Exhibit 1 for identification, as of

15       this date.)

16           MR. HANAMIRIAN:  I think you

17       need that for the record.  Good.  All

18       right.  So where are we?

19   EXAMINATION BY

20   MR. HANAMIRIAN:

21       Q    State your name for the record.

22       A    Michael MacGillivray.

23       Q    State your address for the

24   record.

25       A    4 Paragon Way, Suite 2,
```

```
 1                MACGILLIVRAY
 2  Freehold, New Jersey 07728.
 3      Q     Mr. MacGillivray, how are you?
 4      A     I'm well.
 5      Q     Do you have any questions about
 6  the deposition process?  I'm sure Ari or
 7  Cat or both have prepared you for today.
 8      A     No questions, sir.
 9      Q     Have you given a deposition
10  before?
11      A     On one occasion.  It was a
12  relatively short matter.  My son was
13  involved in a car accident.  I owned the
14  vehicle.  There was an injury and he was
15  sued, and it was a 10-minute deposition
16  that I sat for.
17      Q     So you've been in the
18  environment before?
19      A     Yes, sir.
20      Q     Okay.  So you don't need my
21  help.
22            So, in any event, we're here,
23  obviously, today for this matter relative
24  to the two trusts and to -- well, formerly
25  two -- Shant Hovnanian.
```

1                    MACGILLIVRAY

2           What's been your role in the

3    underlying tax matter in this case?

4      A      I was the revenue officer.

5      Q      And so were you the first, the

6    last, the middle, or the only revenue

7    officer who participated in the case?

8      A      I was one of three revenue

9    officers, as I recall, that worked the

10   case.

11     Q      Do you remember who the other

12   two are?

13     A      Yes.

14     Q      Okay.

15            Can you tell us?

16     A      There was a gentleman named Gary

17   Rutledge that was involved and a woman

18   named Rebecca Troichuk.

19     Q      Okay.

20            Are they both out of the Paragon

21   Way office?

22     A      Mr. Rutledge was from the Cherry

23   Hill office.

24     Q      Okay.

25     A      Rebecca Troichuk was from the

```
 1                MACGILLIVRAY
 2   Freehold office.
 3      Q     Okay.
 4            And is there any rationale to
 5   the sequencing?  Did you just take over
 6   the file, or was there reason that it went
 7   from one to the next to you?
 8      A     I was the primary revenue
 9   officer.
10      Q     Okay.
11            Are you good?  I'm sorry, did it
12   freeze or --
13      A     I got a -- something came --
14   something came up saying that it was --
15   can you hear me now?
16      Q     Yes.
17            MR. KUNOFSKY:  Yes.
18      A     Okay, because something came up
19   saying that my connection was unstable.
20      Q     It said it's unbelievable, yes,
21   yes.
22      A     So I was the primary revenue
23   officer.  My supervisor at the time
24   assigned the other revenue officers to
25   work the case with me.
```

```
 1                MACGILLIVRAY
 2     Q     Oh, okay.
 3           Okay, so you were always
 4  involved?
 5     A     I believe so, yes.
 6     Q     Okay.
 7           And then what was the
 8  precipitating event?  Was there an audit?
 9  Was there -- what started the process
10  within the service?
11     A     There -- I know that the
12  assessments that I was assigned to collect
13  resulted from a -- tax court cases.
14     Q     Okay.
15           And so there wasn't -- so, I
16  mean, to your knowledge, there wasn't an
17  independent audit, but rather it was just
18  collecting the assessment coming out of
19  the case out of the litigation?
20     A     Yeah, I have no -- I was not
21  involved in the assessment piece.
22     Q     Okay.  Okay.
23           And so the underlying -- we
24  don't know -- or do you know if there was
25  any -- if there was any administrative
```

Page 10

1          MACGILLIVRAY

2     process before it went to tax court?  Did

3     they go through appeals?  Did it come out

4     of audit and went through appeals and then

5     to tax court, or you don't know?

6          A     All of that seems likely.

7          Q     Yes.

8          A     I don't recall.  I mean, I

9     wasn't involved in that, so I have no

10    personal knowledge of exactly what

11    transpired.

12         Q     Okay.

13               So your role in this instance

14    was supervisory on the collection side

15    only, and then supervising two other

16    personnel or two other revenue officers in

17    the process?

18         A     My role was not supervisory.

19         Q     I'm sorry.  Go ahead.  You --

20         A     My role was that of a revenue

21    officer.

22         Q     Okay.

23         A     Well --

24         Q     Yes, and I don't -- I just want

25    to understand.  I don't -- because it

1              MACGILLIVRAY

2    doesn't make sense just because I don't

3    understand.

4              So did you have a team?  Were

5    the three of you a team?

6        A    My supervisor had assigned these

7    other revenue officers to assist with the

8    case.

9        Q    Oh, okay.  Okay.

10             And to assist you?

11       A    Yeah.

12       Q    I don't know if it matters.

13       A    Yeah.

14       Q    I just want to understand.

15       A    Yeah.  I would say so, yeah.

16       Q    Okay.  Okay.

17             And so, then, how did the

18   process begin?

19       A    The collection process?

20       Q    Yes.

21             So it comes out of tax court.

22   There's a judgment.  The appeal period

23   expires.  They send it over to collection.

24             And then what happened here?

25       A    My first activity was to -- at

                    MACGILLIVRAY

1    first, I received two of the four periods.

2    The other two were not immediately

3    assigned to me.  One had been placed into

4    a currently-not-collectible status

5    erroneously.

6    Q    One of the years?

7    A    One of the years.

8    Q    How many years were in issue; do

9    you remember?

10   A    I recall four years.

11   Q    Okay.  Okay.

12   A    So I was initially assigned two.

13   One of the years had this erroneous

14   currently-not-collectible status based on

15   an erroneous collection statute.  I

16   processed paperwork to have that assigned

17   to me.

18           The fourth period remained with

19   a litigation hold based on the tax court

20   case, and I received assignment of that

21   sometime later.

22   Q    Okay.

23           So when you say -- you know I'm

24   going to ask.

1                   MACGILLIVRAY

2          So an erroneous collection

3    statute issue, I guess, did somebody

4    present an argument to somebody within the

5    service that the time for collection with

6    respect to a particular year had expired

7    based on the statute?

8      A    I have no direct knowledge of

9    who put it into a non-collectible status,

10   but it was probably based on a transcript,

11   the reading of a transcript.

12     Q    Oh, so it may have been done

13   independently within the service without

14   some outside participation?

15     A    That's my belief, yes.

16     Q    Oh, okay.  Okay.

17          And then the fourth period, were

18   you the -- the fourth one, you were saying

19   was held on litigation hold?

20     A    Yes, sir.

21     Q    The time for the tax court

22   matter hadn't expired at that point.

23   Okay.  Okay.

24          And so then what was your -- all

25   right, so you get involved.

Page 14

                    MACGILLIVRAY

1

2          You have these, now, four

3    periods, right?  Once you have all the

4    periods in issue, then what?  What's your

5    process, or what was your process?

6      A     I contact -- well, we sent out

7    letters of -- Letter 1058, Final Demand

8    Letter.

9      Q     Okay.

10     A     And I contacted Mr. Hovnanian's

11   power of attorney, a gentleman named Read

12   Rankin, as I recall.

13     Q     Yes, attorney, yes.

14           And what's the dialogue there if

15   you recall?

16     A     We discussed the liabilities.  I

17   requested -- well, initially, he was

18   unsure if he would represent Mr. Hovnanian

19   or not in the collection matter.

20     Q     Okay.

21     A     And he wanted to contact

22   Mr. Hovnanian to see if he would still

23   represent him.

24     Q     Okay.

25           So I guess he did that, yes?

Page 15

```
 1                  MACGILLIVRAY
 2      A      Yeah, subsequently, he
 3  determined that he would represent
 4  Mr. Hovnanian.  Financial information was
 5  requested.
 6      Q      433 stuff, the financials?
 7      A      Yes, sir.
 8      Q      Okay.
 9             And was that received?  Did you
10  get that?
11      A      No, sir.
12      Q      Was there any reason given or --
13      A      No, sir, not that I recall.
14      Q      So what happened?  Did the
15  process then stop as far as the
16  communication with Mr. Rankin?
17      A      There were a few -- there may
18  have been another call, but at that point
19  I started to -- an investigation to
20  determine other -- you know, to determine
21  income and assets.
22      Q      On your own?
23      A      As a revenue officer.
24      Q      Did you send out summonses?
25      A      In the case, yes.
```

1                    MACGILLIVRAY

2      Q      Okay.  Okay.

3             We have -- in the discovery

4   process here from Ari's office, they sent

5   over documentation that appears to be

6   responsive to some sort of request on your

7   part, either summons or whatever.  But

8   typically summons is why I say it.

9             Can I go through some of that

10  with you?

11     A      Of course.

12     Q      Up on this -- on the shared

13  screen, which I just learned about 40

14  minutes ago.  Have some patience.

15            Look at number 17, so it would

16  be MM17.

17            MR. HANAMIRIAN:  For those

18      playing along at home, it's MM17.

19            (Whereupon, PNC Bank Records

20      Bates-stamped USAPROD-000458 through

21      USAPROD-000510, were marked as

22      Defendants' Exhibit 1 for

23      identification, as of this date.)

24  BY MR. HANAMIRIAN:

25     Q      Is the document turning page for

1                 MACGILLIVRAY

2    you now?

3        A     It did turn page.

4        Q     It did?

5        A     It did.

6        Q     Okay.  Good.  So then I've got

7    it.  Okay.  Thank you.  And, again, I

8    apologize.  Just indulge me because it's

9    my first time doing it that way.  Okay.

10             So this document -- I wanted to

11   go back to this page dated August 22,

12   2017, addressed to R. Troichuk, whom you

13   identified as another revenue officer who

14   was involved in the case, correct?

15       A     Yes, sir.

16       Q     And this is relative -- it

17   says -- the re: says, "Zargis Medical

18   Group."

19             And this is, what, if you

20   recall?  What is this set of documents?

21       A     That is a cover letter from PNC

22   Bank indicating that there are bank

23   records attached.

24       Q     For Zargis Medical Corp.?

25       A     Yes, sir, for Zargis Medical

1                    MACGILLIVRAY

2    Corp.

3         Q     So how did you get to Zargis

4    Medical Corp. from Shant Hovnanian, if you

5    recall?

6         A     Well, the -- some of the

7    tenants -- Zargis Medical Corp.

8         Q     Take your time.  Even I tell my

9    own people, it's never a test.  Just, you

10   know, if you --

11        A     I believe Zargis Medical Corp.

12   stemmed from the payment of municipal

13   taxes on real property.

14        Q     Municipal property tax?

15        A     Yeah.

16        Q     Okay.

17        A     Yeah.

18        Q     Okay.

19              So Zargis had paid -- or you

20   think that Zargis had paid property tax on

21   behalf of -- or on the real estate that

22   was part of this -- that's the subject of

23   this nominee lien?

24        A     Payment was made through the

25   Zargis account, as I recall.

1               MACGILLIVRAY

2       Q     Okay.

3             Did you find anything in the PNC

4    documents that was helpful in support of

5    that assertion?

6       A     I don't recall.

7       Q     Okay.  Okay.

8             Then in -- foreshadowing because

9    I gave the -- in MM19 --

10            MR. HANAMIRIAN:  Which would

11       then, Stephanie, be D2.  I'll lose

12       track soon, but that's D2.  Thank you.

13            (Whereupon, Postal Tracer

14       Bates-stamped USAPROD-000536, was

15       marked as Defendants' Exhibit 2 for

16       identification, as of this date.)

17   BY MR. HANAMIRIAN:

18      Q     What's this document?  Can you

19   see it?

20      A     I can.

21      Q     Can I say "Mike" or do I need to

22   say Agent --

23      A     No.  You can call me Mike.

24   That's fine, sir.

25      Q     Thank you.  Thank you.

```
 1                    MACGILLIVRAY
 2             This document is what?
 3      A     I'm looking at a postal -- what
 4  we call a postal tracer.
 5      Q     Okay.
 6             And what is that?
 7      A     It's a document that we present
 8  The Post Office.
 9      Q     Okay.
10      A     And we ask them to let us know
11  whether mail is delivered to a given
12  individual at a certain address.
13      Q     Okay.
14             Now, are there any criteria for
15  you being able to do that?  Like you can't
16  just do that, right?  Is there -- you have
17  to go through any kind of hoops to get to
18  that, to request that postal tracer?
19      A     There's no approval required --
20      Q     Not a --
21      A     -- for a postal tracer.
22      Q     I'm sorry to interrupt you.  Go
23  ahead.
24      A     No approval for a postal tracer.
25  It's within a revenue officer's authority
```

```
 1                  MACGILLIVRAY
 2   to do that.
 3       Q     And what's the objective?
 4             I mean, it seems pretty obvious,
 5   but just so -- when you read it on paper,
 6   it's different than what was in our minds.
 7             So what's the objective of the
 8   tracer?
 9       A     It's a tool used to ascertain
10   the residence or location of an
11   individual.
12       Q     And in this instance, for what
13   purpose?
14       A     To see if Shant Hovnanian
15   received mail at 520 Navesink River Road.
16   It's a Red Bank mailing address.  Location
17   is Middletown, New Jersey.
18       Q     Okay.
19             And did you -- do you recall
20   whether you found out the answer?
21       A     The answer is this exhibit.  It
22   says, "Mail is delivered to address
23   given."
24       Q     Okay.
25             And that's -- at that time,
```

Page 22

1                   MACGILLIVRAY

2   that's in 2016, yes?

3       A      My eyes are -- that does appear

4   to be a six, yes.  That appears to be '16.

5       Q      My eyes, yes.  All right, yes.

6   Okay.

7              And was there any other postal

8   tracer that you issued?

9       A      Yeah.  I recall some subsequent

10  postal tracers for -- or, you know, I

11  don't know if they were subsequent.  I do

12  recall some additional postal tracers

13  being sent.

14      Q      And do you know -- okay.

15             But they aren't a part of your

16  file, I guess, or you don't --

17      A      They would be in the collection

18  file, I would think.

19      Q      They would?  Yes.  Okay.  Okay.

20  Maybe we just don't have it for whatever

21  reason.

22             Do you recall whether there was

23  any point where mail or the box that said

24  that there was -- that other than mail was

25  delivered at this address given was

Page 23

```
 1                 MACGILLIVRAY

 2  checked on any of the subsequent tracers?

 3      A     I don't believe so.  I don't

 4  specifically recall.

 5      Q     Okay.  Okay.

 6            Now, going to MM -- this is

 7  still part of 19, but it's out of order in

 8  the context of the questioning, so just

 9  bear with me because we talked about

10  PNC -- we talked about PNC Bank and the

11  production.

12            And so there are a couple checks

13  here that I just want to ask you about.

14  This one in particular.  There's a

15  cashier's check here.

16            MR. HANAMIRIAN:  And this is, I

17      guess, D3, right, Stephanie?

18            (Whereupon, Various Documents

19      Bates-stamped USAPROD-000537 through

20      USAPROD-000543, were marked as

21      Defendants' Exhibit 3 for

22      identification, as of this date.)

23            MR. KUNOFSKY:  John, you said

24      this was --

25            MR. HANAMIRIAN:  I think it's 20
```

Page 24

1                    MACGILLIVRAY

2      now right.  It says 20 up on my screen

3      I think it was just mismarked on my

4      paper here.  So anyway.  All right.

5  BY MR. HANAMIRIAN:

6      Q     So then I see a check here

7  for -- to the Township of Middletown,

8  319,349.49.

9            Is that the property tax check

10 that you were talking about, a payment

11 that you talked about earlier?

12     A     Yes.

13     Q     Okay.  Okay.  Let me see what

14 else is here.

15           Do you recall whether there were

16 any other checks from Zargis payable out

17 in those -- into that type of an amount on

18 behalf of Shant or whomever else that

19 might have been paid on behalf of?

20           Do you recall seeing anything

21 else in there that struck you in that PNC

22 production or in that --

23     A     I don't recall.

24     Q     Okay.  Okay.

25           In 20, again, on page 2 here,

Page 25

1                    MACGILLIVRAY
2     there's the Township of Middletown Office
3     of Tax Collector.  It's like a receipt,
4     yes?
5               Do you recall seeing this
6     document?
7               "Statement of Taxes", it says.
8               Does that look familiar at all?
9      A     I don't recall seeing this.
10     Q     At the bottom here, it says they
11    received a check for whatever amount -- in
12    the amount of 319,349.49 for the
13    redemption of a tax sale, certificate
14    number so and so.
15              Are you familiar with the tax
16    sale process and real property collection?
17     A     Yes.
18     Q     Okay.
19              And so -- okay.  It appears as
20    if this check that satisfied the tax lien
21    on the real estate, the real property tax
22    lien came from this Zargis and was paid
23    over to the Township and it released some
24    tax sale certificates a private person had
25    purchased.

Page 26

1              MACGILLIVRAY

2         Is that your understanding?

3    A    Yes.

4    Q    What did you -- as they say in

5    the movies, what did you make of that?

6    A    That payment had been made on

7    behalf of Shant Hovnanian.

8    Q    Okay.

9         And what's the significance of

10   that, if any?

11   A    It was a factor in our

12   decision -- or my decision to request

13   permission to record nominee -- a nominee

14   lien.

15   Q    So -- and that's because Zargis

16   paid on behalf of -- well, I mean, the

17   owner on this -- let me just go back.

18        The Certificate of Sale -- going

19   back up to that page 2 that we talked

20   about, the -- well, it looks like a

21   receipt from the delicatessen, but it's

22   from the Township of Middletown.

23        I'm sorry for my little jokes.

24   I'm usually entertaining myself.

25        But the Statement of Taxes says

Page 27

                    MACGILLIVRAY

1

2    the owner's name is Pachava Asset Trust,

3    yes?

4        A    That's what it says, yes.

5        Q    Okay.

6             And so then the payment came

7    from Zargis on behalf of Pachava Asset

8    Trust.  And you're saying that that's for

9    the benefit of Shant and that that formed

10   at least one of the criteria or one of the

11   bases for the assertion of a nominee lien?

12       A    Yes.

13       Q    Did Shant own Zargis?

14       A    That was my understanding.

15       Q    How did you come to that

16   understanding?

17       A    I believe it was from bank

18   records and tax returns.

19       Q    Okay.

20             For Zargis or for Shant or do

21   you know?

22       A    I'm trying to recall.  I think I

23   remember speaking with someone who advised

24   that Shant owned Zargis.  My memory is

25   failing there.

Page 28

1                    MACGILLIVRAY

2        Q      Okay.  Okay.

3               And so they -- and him having

4    the -- if he controlled it, him having the

5    company pay a property tax liability on

6    behalf of the trust would be the basis

7    that you're setting forth, or at least one

8    of the bases for pursuing the nominee lien

9    claim?

10       A      Yes.

11       Q      Did you -- did he have any

12   other -- did Shant have any other assets

13   that you were able to find or able to --

14   you know, that you were able to find in

15   your -- I mean, I know that you said that

16   the -- I'm going to shortcut because I'm a

17   tax lawyer, but the 433 is the financial

18   statements, so to speak.

19               Those weren't provided to you,

20   so you then had to go out and do the

21   digging yourself.

22               And so did you find any other

23   assets of Shant's in there -- in your

24   search?

25       A      Not really.  I want to say we

```
 1                MACGILLIVRAY
 2   may have uncovered some IRA accounts with
 3   very small balances I recall seeing in the
 4   history, but nothing of any substance.
 5       Q     Could you discern whether he had
 6   any visible means of support?
 7             That's such a lawyer question,
 8   but you know what I'm saying.
 9       A     Through monies flowing into
10   businesses that he owned.  That was all
11   that I can recall.
12       Q     Okay.
13             And I don't have a plan for
14   this, but before you answer, wait for
15   Mr. Kunofsky or Ms. Coppler to chime,
16   okay.
17             But do you know whether -- and I
18   can't tell from the file.
19             Do you know whether the Criminal
20   Investigations Division of the service was
21   ever -- ever looked at the file at any
22   point?
23             MR. KUNOFSKY:  I'm objecting.
24             And you are instructed not to
25       answer that question.  That's --
```

                    MACGILLIVRAY

1

2          MR. HANAMIRIAN:  Okay.

3              And the only reason I ask, just

4      so -- for foundational purposes, if it

5      ever is an issue, is that there are

6      portions of your -- of the record that

7      are redacted based upon

8      attorney-client, and so I'm just more

9      than curious.  So --

10          MR. KUNOFSKY:  Attorney-client

11      is not quite the same, but I'm going

12      to instruct him not to answer that

13      question.

14          MR. HANAMIRIAN:  No, I

15      understand.  No, and I'm not

16      suggesting that that's the basis for

17      your instruction.  I probably

18      understand the basis for your

19      instruction.  Okay.

20          MR. KUNOFSKY:  It's that he

21      could not comment on criminal matters,

22      and so he essentially -- so he cannot

23      comment one way or the other, and

24      nothing should be read from my

25      objection.  There's no need for him to

Page 31

                    MACGILLIVRAY

1

2      discuss criminal files in this matter,

3      to the extent they exist.

4           MR. HANAMIRIAN:  Yes, okay.

5      Okay.

6  BY MR. HANAMIRIAN:

7      Q    And so -- all right.

8           Let's go through some of this

9  other paperwork to the extent that it

10 matters.  We have a lot of paper.  I just

11 want to try and figure out what might

12 matter, obviously.

13          Moving to 24 here, which is my

14 24.  Let me just see what that translates

15 into.

16          (Whereupon, Response to Summons

17     Bates-stamped USAPROD-000785 through

18     USAPROD-000800, was marked as

19     Defendants' Exhibit 4 for

20     identification, as of this date.)

21 BY MR. HANAMIRIAN:

22     Q    This is a document -- can you

23 see the document up?

24     A    I can see it.

25     Q    Jerry Hillman, LLC, Tax Prep

Page 32

```
 1                MACGILLIVRAY

 2    Services, Village Mall; do you know what

 3    this document is?  This is addressed to

 4    you, right?

 5        A    It is.

 6             This is a letter from a tenant

 7    at the Village Mall.  I believe he

 8    provided this in response to a summons.

 9    Actually, it says right on it.  And he's

10    providing information about his rental of

11    the unit.

12        Q    Okay.

13             I mean, in the context of the

14    summons, I agree with you; it says it

15    right in it.  I don't have the summons,

16    though.

17             It appears as if you may have

18    asked a few questions here, right?  Can

19    you back into what you might have asked?

20             Obviously, you asked for a

21    lease.  You asked --

22        A    Well --

23        Q    -- whether it was a renewal or

24    what's the current status, what the -- and

25    then can you go from there based upon what
```

Page 33

1                    MACGILLIVRAY

2    his responses are?

3        A     He's indicating that he's

4    month-to-month on the lease, that until

5    January of 2017, rental checks were made

6    payable to Vahak Hovnanian.

7        Q     Okay.

8        A     From February 2017 thereafter,

9    rental checks were made payable to Hovsat,

10   Incorporated, and his contact is Karen

11   Gandolfo.

12       Q     And then he says, "And just for

13   the record," which is -- do you think that

14   this is gratuitous, or is this in the --

15   he said, "I've never heard of Shant

16   Hovnanian."

17             Is this a -- is that gratuitous

18   or is that in response to a question that

19   you may have asked?

20       A     I likely asked.  I spoke with

21   some of the tenants and asked who the

22   landlord was.  I may have asked

23   Mr. Hillman if Shant was the landlord.  I

24   don't specifically recall.

25       Q     Did you ever meet with any of

1             MACGILLIVRAY

2    the tenants, including Mr. Hillman?

3        A     Yes.

4        Q     Who did you meet with, if you

5    recall?

6        A     I met with Mr. Hillman at one

7    point.  There was a -- two medical

8    offices, a hairdresser, and a woman named

9    Viro (phonetic), I think her name was.

10       Q     Okay.

11             Is that it?  What's the -- what

12   did the plaza look like?

13             I don't know what the office

14   plaza looked like.  So there were four

15   different --

16       A     Yeah.  There were like office

17   suites.

18       Q     Okay.

19       A     Like business office suites.

20       Q     And maybe, what, four or five of

21   them?

22       A     The ones that I just -- yeah,

23   that I just said.

24       Q     Yes.  And -- okay.

25             And was Hovsat there; do you

Page 35

1                    MACGILLIVRAY

2    know?  Hovsat, Inc., who he refers to in

3    this later?

4        A     My understanding -- I'm sorry.

5        Q     No, no.  You go.

6        A     My understanding is that the

7    business office for multiple

8    Hovnanian-related business entities was at

9    this address, so that would include

10   Hovsat.

11       Q     Is that -- from your perspective

12   and respecting the guidelines that you're

13   subject to, is that a problem in this

14   case?

15            Does that reflect anything, you

16   know, that you have a number of entities

17   sharing the same space in the same

18   building complex or whatever?  Is that any

19   indicator in your mind of anything

20   relative to Shant or these entities?

21       A     You're asking the simple matter

22   of just multiple business entities at one

23   location?

24       Q     In this case.  I don't think

25   you're allowed to answer the -- what

1                    MACGILLIVRAY

2    you're suggesting.

3              But in this case, did it make

4    any difference?

5         A    No.  I don't believe so, no.

6         Q    Okay.

7              So it was a nonevent that they

8    were all together in this one suite, in

9    your mind?

10        A    In my mind, it's not of

11   consequence.

12        Q    It was not -- and further down

13   that road, so was it any part of your

14   decision-making or was it -- did it form

15   any part of any basis or the basis for any

16   piece of asserting a nominee lien?

17        A    The fact that multiple business

18   entities were headquartered at this one

19   location, in my mind, played no role in my

20   decision-making.

21        Q    Okay.

22             You know, then I don't need

23   to -- then I don't need to go through all

24   of that documentation relative to the

25   leases and where the rent went and

Page 37

1                    MACGILLIVRAY

2    whatever else in that scenario, which is

3    helpful.  It's helpful for the balance of

4    your day, my day, everybody's day.  All

5    right.

6              So in -- that's my MM21.  Okay.

7    This is MM21.

8              MR. HANAMIRIAN:  And, again,

9        I've already lost track on the D

10       numbers.  5, I'll just give you.

11             (Whereupon, Response to Summons

12       Bates-stamped USAPROD-000544 through

13       USAPROD-000566, was marked as

14       Defendants' Exhibit 5 for

15       identification, as of this date.)

16   BY MR. HANAMIRIAN:

17       Q    And so this -- do you recognize

18   this correspondence?

19             I know it's written to some

20   other revenue officer, but somebody that

21   was a part of your group in this case.

22       A    That appears to be a cover

23   letter from Morgan Stanley with bank

24   records underneath it.

25       Q    Okay.

Page 38

```
 1                   MACGILLIVRAY
 2            And then the re: on this, Mike,
 3    is "In the matter of Shant Hovnanian,"
 4    right?  Is that how this case was
 5    designated internally?
 6       A    Yes.
 7       Q    Okay.
 8            And then there are a series of
 9    checks I'm going through.  Here's one
10    for -- and I think that Mr. Kunofsky
11    brought up this check in the context of a
12    deposition of Ms. Gandolfo.  It's a check
13    payable to the Ranney School for $41,000.
14            Did that check strike you, get
15    your attention in this production, or did
16    you see these documents?  I know that they
17    were addressed to your coworker,
18    Ms. Troichuk, but did you see them?
19       A    Yes, I did see these.
20       Q    Do you remember this check in
21    particular?
22       A    Not specifically, but I can see
23    what it is.
24       Q    Okay.
25            And this is a check from -- it
```

Page 39

                    MACGILLIVRAY

1

2   appears as if it's a check made out -- and

3   then I'm just looking at the actual

4   physical check itself -- SpeedusNY.com,

5   and then Shant's name underneath, right,

6   on the face of the check?

7       A    Yes.

8       Q    Okay.

9            Do you -- what do you know about

10  SpeedusNY.com, L.P., if anything?

11      A    That it's a company owned by

12  Shant Hovnanian.

13      Q    It is -- he does own Speedus?

14  Okay.

15           And do you know what Speedus --

16      A    That's my recollection, yeah.

17      Q    Okay.

18           I knew of it -- I've read and

19  seen a Speedus, Inc.  I didn't know

20  SpeedusNY.com, L.P.  Maybe that's the

21  legal name.

22           I had heard along the way this

23  was publicly traded.

24           Is that consistent with your

25  recollection?

Page 40

1                MACGILLIVRAY

2      A     My recollection is that there

3   were two entities.

4      Q     Okay.

5      A     Speedus was publicly traded at

6   one time.

7      Q     Okay.

8      A     I don't believe SpeedusNY.com

9   was.

10     Q     Do you know what SpeedusNY.com

11  was?  Were you able to dig around and find

12  out anything about that?

13     A     I don't recall.

14     Q     Okay.  Okay.

15           There's another check here

16  for -- it looks like Dr. Katz, right?  And

17  don't these seem -- these seem a little

18  bit as if they might be personal expenses;

19  do you think?

20     A     They do strike me as personal

21  expenses.

22     Q     Do you recall whether that was

23  any kind of red flag for you in this

24  process, that there --

25     A     That was a factor.  I believe

Page 41

```
1                    MACGILLIVRAY
2     that was a factor, I believe, in a request
3     I made to survey nominee levy.
4          Q     At Morgan Stanley?
5          A     I believe so, yes.
6          Q     What was the result of the
7     request for the nominee levy?
8          A     The Office of Chief Counsel --
9     Ari is speaking, but his mute is on.
10              MR. HANAMIRIAN:  Oh, yes.  All
11         right.  Go ahead.  I'm sorry.
12              MR. KUNOFSKY:  Sorry, I've got a
13         dog who barks in the background, so
14         sometimes I may just hold up my hands.
15              Mike, I'm going to instruct that
16         you cannot -- you can tell the --
17         whether a levy issued.  You can't say
18         anything about the process as that
19         involves attorney-client.  So,
20         carefully, you can answer that
21         question because it was just --
22              THE WITNESS:  I understand.
23    A     Based on my recollection, a
24    nominee levy was served.
25         Q     It was served.  Okay.  Okay.
```

Page 42

1                    MACGILLIVRAY

2              And that was relative to Shant

3      Hovnanian, to SpeedusNY.com, L.P., both?

4        A      The levy was served at Morgan

5      Stanley.

6        Q      Okay.

7        A      I believe attached funds in this

8      account.

9        Q      Okay.  Okay.

10             Oh, so there was just one

11     account there potentially?

12       A      I don't recall.

13       Q      Okay.  Okay.  All right.

14             Then there's a series.  I'm just

15     going through the document.  There are a

16     series of line items and transactions

17     through here.  Okay.

18             What was the total amounts of

19     the four years of liability for Shant?  Do

20     you remember the tax?  I mean, interest

21     and penalty doesn't matter, but do you

22     remember even on a napkin basis what the

23     total liability was?

24       A      I really don't recall any

25     specifics.  I know it was in the millions.

Page 43

1              MACGILLIVRAY

2    Q     Okay.

3          And what did it stem from?  Do

4  you know where the liability originated?

5  Not the years or the tax return, but the

6  type of -- you know, was it wrong

7  deductions?  Was it shelter?  Was it --

8    A     Yeah, again, I was not involved

9  in the audit process or the tax court

10  cases.  I really can't comment on -- I

11  have no direct knowledge of that.

12    Q     Did you think that Shant was one

13  of the bad guys in this world?

14    A     I make no judgment on the man or

15  his character.

16    Q     This process of seeking other

17  ways of obtaining the information and

18  other ways of obtaining assets

19  potentially, was that all as a result of

20  what may have been a failure to cooperate

21  on the part of Shant?

22    A     Certainly, if Mr. Hovnanian had

23  provided financial records and sought a

24  resolution, searching elsewhere may not

25  have been required.

Page 44

1              MACGILLIVRAY

2     Q     Was there any formal dialogue

3   about resolution in this case at any

4   point?

5     A     I recall seeing in the

6   history -- I believe I spoke with

7   Mr. Rankin at one point.  I -- you know, I

8   really don't recall.  I'm sorry.

9     Q     Did you know the Hovnanian name

10  from being in the community there?

11    A     It's a famous name from the --

12  as builders in the area.

13    Q     Right.

14          And then the people always

15  remind me that there's famous and then

16  infamous.

17          Do you know which one -- which

18  did you see?

19    A     Really neither.

20    Q     Okay.

21          So you didn't have any

22  preconceived notions about Shant or the

23  family or whatever else one way or the

24  other?

25    A     No.

Page 45

1                    MACGILLIVRAY

2      Q      Okay.  Okay.

3             So that certainly wasn't a

4   factor in the process of seeking the

5   nominee lien, then, right?

6      A      What wasn't a factor?

7      Q      That -- who he was.  Not that

8   that's a big deal, but you know what I'm

9   saying, in a small community.

10     A      No, sir.

11     Q      Okay.  Okay.

12            Was there any -- and this is

13  relative to my client, so I think it's

14  okay.

15            Was there any other tax history

16  with Shant in your files that was

17  reflected in your file?  Did you have any

18  other collection history with him other

19  than this?

20         MR. KUNOFSKY:  I'm going to

21      object.  Vague to the word "you," if

22      that helps with the question, John.

23         MR. HANAMIRIAN:  Yes, I'm just

24      trying to stay within the parameters

25      of the chief counsel's memo, and so

Page 46

                        MACGILLIVRAY
1
2       I'm trying to make it specific to this
3       case and his knowledge as opposed to
4       generally.  So if I ask about it in
5       the office, I think that's a problem.
6       And so I'm trying to say --
7               MR. KUNOFSKY:  Right.
8               MR. HANAMIRIAN:  -- did your
9       file reflect that he had any other
10      history of tax delinquency or
11      collection efforts on the part of the
12      service.  That's --
13              MR. KUNOFSKY:  Okay.
14              That -- for Shant, I think that
15      question is -- all right.
16              Can you, please, reask the
17      question?  I'm sorry.
18              MR. HANAMIRIAN:  I think
19      Stephanie has to repeat it.
20              MR. KUNOFSKY:  That's fine.
21              MR. HANAMIRIAN:  I don't have a
22      script.
23              (Record read.)
24              MR. KUNOFSKY:  You can answer.
25              MR. HANAMIRIAN:  Is that all

Page 47

1                    MACGILLIVRAY

2       right, Ari, or no?

3                MR. KUNOFSKY:  I think that's

4       fine.  I think he can answer that.

5                MR. HANAMIRIAN:  Okay.

6       A       I do not recall any prior

7    collection history with Mr. Hovnanian

8    before this case.

9       Q       Okay.

10               Did that come up?

11               There appears to be a summons

12   issued.

13               (Whereupon, Summons

14       Bates-stamped USAPROD-000890 through

15       USAPROD-000937, was marked as

16       Defendants' Exhibit 6 for

17       identification, as of this date.)

18      A       Yes, sir.

19      Q       Again, in the matter of Shant

20   Hovnanian, right?

21      A       Yes, sir.

22      Q       And this is addressed to whom?

23      A       This is to New Jersey American

24   Water.

25      Q       Okay.

Page 48

1                    MACGILLIVRAY

2             And for what?  For --

3      A      This summons seeks information

4    about, basically, who was paying the water

5    bills.

6      Q      And what did you want to know

7    for?

8      A      Payment of expenses associated

9    with the property would have a bearing on

10   our -- on my decision to request

11   permission to file a nominee lien on the

12   property.

13     Q      In the process of doing that, I

14   see a series of summonses directed.  And

15   it seems as if that's the objective, is to

16   try to and discern, you know, who might be

17   doing what, as if I would say like going

18   through the front door as an option had

19   already been dismissed.

20             Had that been dismissed?  I

21   mean, was there an investigation -- was

22   there a conclusion with respect to Shant

23   early on, and then the nominee lien was

24   the -- was going to be the effort

25   thereafter?

Page 49

1                    MACGILLIVRAY

2          Because this time frame seems

3     relatively short.  We're still in 2017

4     when I see this summons and some of the

5     others.  So --

6          MR. KUNOFSKY:  Before you

7        answer, I'm going to instruct you that

8        you cannot answer as to general

9        techniques or methods of the IRS in

10       collection, but you can answer in this

11       case to the -- yes, you can answer for

12       this case.

13          I don't want a waiver of -- I

14       don't want him to be able to answer a

15       question of this is how we do our

16       audits, this is how we investigate,

17       this is what we go through.

18          I'm not sure what the front door

19       is, but when we go through the front

20       door and when we go through whatever

21       the side door is here.  He can talk

22       about this case.  He can't talk about

23       the general techniques because that

24       would -- to the extent those aren't

25       already in public documents, that

Page 50

1               MACGILLIVRAY

2       discloses our techniques for examining

3       nominees and alter egos.

4               You may answer the question with

5       those instructions.

6       A       In this case, at this juncture,

7   a determination to request permission to

8   file a nominee lien had not been made.

9       Q       Had not been made.  Okay.

10      A       I -- not with any finality.

11      Q       Okay.

12              And, you know, the reason I ask

13  is because in a normal collection process,

14  from my perspective of 32 years of seeing

15  it, is that you're looking for sources of

16  revenue, not necessarily sources of

17  expense, right, to expend -- to direct

18  your efforts.

19              And so these summonses to banks

20  are sources of revenue.  The summonses to

21  American Water and utilities and other

22  third-party providers are expense items,

23  and so that -- to me, it seemed as if

24  that's a time in which you're seeking to

25  determine, you know, whether there's some

1                    MACGILLIVRAY

2     underlying ownership issues like you're

3     describing in the nominee context.

4               Is that a fair assessment of

5     what was happening here?

6     A      Let me --

7     Q      I know it's a lot of narrative.

8     A      Yes, there was a lot there, so I

9     don't want to just --

10    Q      In a normal course, you --

11    A      Let me say this:  What we were

12    trying to do at this juncture was to

13    determine who was paying the expenses

14    associated with the property.

15    Q      And for what purpose?

16    A      To ascertain if there was a link

17    between the expenses paid and Shant

18    Hovnanian.

19    Q      Okay.  Okay.  Thank you on that.

20    Let me get back to this.

21              Oh, Mike, do you need a break?

22    A      I'm good.

23    Q      You good?

24              MR. HANAMIRIAN:  Anybody?

25    A      I've got my water with me and

Page 52

1              MACGILLIVRAY

2    I'm good to go.

3              MR. HANAMIRIAN:  Does anybody

4        need any break or anything?  Are we

5        all right?  Everybody all right?

6              MR. KUNOFSKY:  I'm good.  Give

7        me one second.

8              Let me just put it on the record

9        so that it's clear.  I'm going to,

10       now, mute my line and Cat will take

11       over as counsel for the United States,

12       as we previously agreed with John, due

13       to the technical difficulties we had

14       at the start here.

15             MR. HANAMIRIAN:  Okay.

16             MS. COPPLER:  I'm just

17       connecting my speaker right now.  Can

18       everybody hear me all right?

19             MR. HANAMIRIAN:  Yes.

20             MS. COPPLER:  Very good.  Thank

21       you.

22             (Whereupon, Response to Summons

23       Bates-stamped USAPROD-000567 through

24       USAPROD-000649, was marked as

25       Defendants' Exhibit 7 for

Page 53

1                    MACGILLIVRAY

2        identification, as of this date.)

3   BY MR. HANAMIRIAN:

4        Q     Okay, and the next one, same

5   thing here, Mike: summons, subpoena, New

6   Jersey Natural Gas.

7              Same objective as far as

8   determining whether there was a tie-in

9   between the payment of expenses and Shant

10  Hovnanian?

11       A     This inquiry was to determine

12  who was paying expenses to New Jersey

13  Natural Gas associated with 520 Navesink

14  River Road.

15       Q     Okay.

16             And what did you -- there are

17  two service addresses here, right, 520

18  Navesink River Road and then 520B Navesink

19  River Road.

20             Do you know why?  Were there two

21  properties or two --

22       A     That was their response.

23       Q     Okay.

24             Did that have any meaning to

25  you?

Page 54

1                MACGILLIVRAY

2     A     I don't know for sure.  I

3  believe at that address there was a main

4  house and a smaller house.  My belief --

5     Q     Go ahead.  I'm sorry.

6     A     My belief is that the 520 is the

7  big house and 520B is the smaller house.

8     Q     And it seems like they both

9  had -- they had separate accounts, but

10  both in the name of Vahak Hovnanian,

11  right?

12     A     That's what the letter

13  indicates, yes.

14     Q     And do you know who Vahak was?

15     A     My understanding is that is

16  Shant Hovnanian's father.

17     Q     Okay.  Okay.

18            Let me see what this 30 is.

19            (Whereupon, Affinity Federal

20     Credit Union Records Bates-stamped

21     USAPROD-000858 through USAPROD-000889,

22     were marked as Defendants' Exhibit 8

23     for identification, as of this date.)

24  BY MR. HANAMIRIAN:

25     Q     Affinity Federal Credit Union;

1               MACGILLIVRAY

2    do you see this document?  What is this

3    document?

4         A     This appears to be a cover

5    letter from Affinity Federal Credit Union.

6    I would say there were bank records

7    attached.

8         Q     And do you recall what is the

9    relationship with Affinity -- was it

10   Shant's relationship with Affinity Federal

11   Credit Union?

12        A     My recollection is that Hovsat

13   maintained an account with Affinity.

14        Q     Yes, and that's the second page.

15   It's not a trick.  I just -- this is the

16   order in which they're in.  Right, Hovsat.

17              And then who was Hovsat?

18        A     As I recall, Hovsat had paid

19   expenses associated with the Village Mall

20   property.

21        Q     Okay.

22              MS. COPPLER:  I apologize for

23         interrupting, but could you, please,

24         clarify which exhibit you're asking

25         about?

Page 56

                    MACGILLIVRAY

1

2          MR. HANAMIRIAN:  You're a little

3     faint, Cat.

4          MS. COPPLER:  I apologize.

5          I just asked whether you could,

6     please, clarify which exhibit you're

7     showing currently.

8          MR. HANAMIRIAN:  Yes.  I was

9     just going to ask Stephanie.  You're

10    keeping track, right?

11         THE COURT REPORTER:  It's

12    Exhibit 8, which is the document

13    labeled MM30.

14         MR. HANAMIRIAN:  You good, Cat?

15    You all right?

16         MS. COPPLER:  Yes.  Thank you.

17         MR. HANAMIRIAN:  Okay.

18 BY MR. HANAMIRIAN:

19    Q    And so then -- okay, so Hovsat,

20 Inc., and you're trying to -- in this

21 instance, what were you looking for here

22 from Affinity, to see what?

23    A    We were looking for records that

24 showed payment of expenses associated with

25 the Village Mall property.

Page 57

```
 1              MACGILLIVRAY

 2    Q     Okay.

 3          And there's a -- it's like an

 4  account application, depository

 5  authorization.  And page 3 is the

 6  signature line, and it looks like Antranik

 7  Sarkes.

 8          Do you know who that is?

 9    A     My understanding is that he was

10  a former employee, I believe.

11    Q     Did you talk to him or interview

12  him in this process?

13    A     I don't believe so.

14    Q     And this appears as if there --

15  an addendum to business membership

16  application to add and/or remove

17  authorized representatives.  And it

18  appears we have Karen Gandolfo and then,

19  again, Antranik Sarkes, and then Arthur

20  Havighorst.

21          Do you know who that was?  Is

22  that name familiar?

23    A     I recall the name.  I believe he

24  was a former employee.

25    Q     Did you interview him at all at
```

Page 58

1                    MACGILLIVRAY

2    any point or anybody -- when I say "you,"

3    I'm talking about the collective "you,"

4    right, each of the three revenue officers

5    for this purpose, right?

6         A    I don't recall.

7              MR. HANAMIRIAN:  And, Cat, is

8         that okay under the chief counsel's

9         memo when we're talking about this,

10        when we establish that there's kind of

11        a team effort, when I'm asking the

12        question, I'm asking about this

13        investigation, whether he got the

14        document or whether one of the other

15        two got the document and he saw it?

16             MS. COPPLER:  Yes, he is

17        permitted to speak about -- if he says

18        that he has knowledge of it, he is

19        permitted to speak about the

20        investigation in this matter whether

21        it was him or any of his colleagues

22        doing the work.

23             MR. HANAMIRIAN:  Okay.

24             I just want to make sure we stay

25        on the right -- doing the right thing.

Page 59

1              MACGILLIVRAY

2         MS. COPPLER:  Yes.  Thank you.

3     We appreciate it.

4         MR. HANAMIRIAN:  Yes, yes, yes.

5     All right.

6    BY MR. HANAMIRIAN:

7     Q    Driver's license for each of

8    them.  Pretty boring stuff.  Okay.  It's a

9    corporate income tax return to date.

10         Do you know if this is -- I'm

11    showing this page here, this page 20 of

12    MM30.  There's a front page of an 1120 for

13    Hovsat, but nothing else.

14         Do you recall seeing this?

15     A    I can't specifically call --

16    recall this return, but I can say that I

17    did obtain returns associated with many of

18    the business entities associated with

19    Shant Hovnanian.

20     Q    And did you talk to

21    anybody at -- there's an identified --

22    there's a preparer down here, paid

23    preparer for Hovsat, so the Schonbraun

24    McCann Group.

25         Did you speak to anybody there?

Page 60

```
 1                    MACGILLIVRAY

 2       A      Not that I recall.

 3       Q      Did you speak to any preparers,

 4  tax preparers, professional --

 5  professionals?

 6              Other than Mr. Rankin, who you

 7  spoke to at the outset, did you speak to

 8  any of the professionals for any of these

 9  entities that -- where you were seeking

10  information and/or for Shant?

11       A      Not that I recall.

12       Q      Did you try to speak to any of

13  those persons?

14       A      Not that I recall.

15       Q      Okay.  Let's move on.

16              (Whereupon, Various Documents

17         Bates-stamped USAPROD-000775 through

18         USAPROD-000784, were marked as

19         Defendants' Exhibit 9 for

20         identification, as of this date.)

21  BY MR. HANAMIRIAN:

22       Q      All right, now, we're looking at

23  MM23, and there's a covering letter from

24  the Village Mall.

25              Do you know what this document
```

Page 61

1                  MACGILLIVRAY

2    is?

3        A      This is a letter from Ms. Diane

4    Lavin of the Hair Control business at the

5    Village Mall.

6        Q      Okay.

7               And then she's writing to -- I

8    went the wrong way here.  She's writing

9    to -- well, actually, they're writing to

10   her, right?

11              So it seems like the

12   landlord's --

13       A      Yeah, can I see the first page

14   again, please?

15       Q      Yes.  Sure.

16       A      Thank you.

17       Q      I thought you were done.  That's

18   why I skipped forward.  I didn't realize.

19   Go ahead.

20       A      Yeah, this looks like it's a

21   letter to her as a tenant.

22       Q      And then the letter -- this is

23   page 2 of the letter.

24              It appears it's signed by Arthur

25   Havighorst again, right?

Page 62

                        MACGILLIVRAY

1

2     A     Yes.  He's signing for the

3     landlord.

4     Q     Okay.

5           This is from 2005, right?

6     A     Yeah.  I -- yeah.

7     Q     Okay.

8           And do you recall why that came

9     up?  Was that her -- did Ms. Lavin just

10    produce these documents and just give up

11    all of these files or something?

12    A     No.  As I recall, we requested a

13    copy of the lease, you know, copies of

14    checks paid to the landlord; things of

15    that nature.

16    Q     Okay.  And this kind of came up,

17    then.  Okay.

18          And, here, it appears to be a

19    check from Hair Control from April of '17,

20    payable to whom?

21          I'm having trouble seeing.

22          Hovsat?  Is that what you see?

23    A     That's what it looks like.

24    Q     Okay.  For $700.  Okay, so she's

25    paying directly to Hovsat.

Page 63

                    MACGILLIVRAY

1

2          And it looks like each of these

3    that follow -- well, this one -- can you

4    tell what this one says?

5          Is that V. Hovnanian on this

6    payable, on this -- this is page --

7    A     That looks --

8    Q     -- 8 of document MM23.

9    A     That appears to be V. Hovnanian.

10   I had to turn my glasses to read that.

11   Q     Well, I'm with you.  So I'm

12   looking at, like, a Mac.  I'm looking at a

13   Mac screen that's about the size of a

14   room, right, and I'm still having trouble.

15         So maybe that's Vahak, V.,

16   right, and again here, and then again

17   here?

18         Okay.  Let's get out of that.

19         (Whereupon, Response to Subpoena

20      Bates-stamped USAPROD-000938 through

21      USAPROD-000997, was marked as

22      Defendants' Exhibit 10 for

23      identification, as of this date.)

24   BY MR. HANAMIRIAN:

25   Q     Same thing.  This is MM31.

Page 64

                    MACGILLIVRAY

1

2    Again, addressed to Revenue Officer

3    Troichuk.

4            Can you tell me what this

5    document is?

6    A      This appears to be a letter from

7    FirstEnergy indicating that -- it's a

8    cover letter providing information

9    requested by summons.

10   Q      And as we go down in the

11   document, there appear to be -- there are

12   a series of checks at page 2.

13           And can you see who that -- now,

14   it's not just that we have to see it, but

15   we have to look -- tilt our heads over to

16   see it because it's -- right?

17   A      It appears to be a check paid to

18   JCP&L for the, I guess, electrical

19   expenses of the Village Mall property.

20   Q      Okay.

21           And this is from 2016, right?

22   A      This does appear to be, yes.

23   Q      So -- okay.  Okay, so let's get

24   out of that one.

25           (Whereupon, Response to Subpoena

Page 65

1              MACGILLIVRAY

2      Bates-stamped USAPROD-000650 through

3      USAPROD-000687, was marked as

4      Defendants' Exhibit 11 for

5      identification, as of this date.)

6  BY MR. HANAMIRIAN:

7      Q      Number 35, MM35.

8             Mike, what's this document, if

9  you know?

10     A      This is a cover letter from

11 New Jersey American Water --

12     Q      Okay.

13     A      -- providing documents

14 associated with 520 Navesink River Road.

15     Q      Okay.  And then we go down.

16 This is the eye test.

17     A      Whoa.

18     Q      The only reason I wanted to

19 ask -- the only thing I want you to see

20 here is that -- what I'm trying to get out

21 of this is that the customer account

22 identification on the left-hand corner,

23 when you tilt your head to the left, the

24 first line appears there's a name there.

25             Can you see the name?

Page 66

1                    MACGILLIVRAY

2      A     I can't.  I can't make it out.

3   I'm sorry.

4      Q     That's all right.  That's all

5   right.  It says Vahak Hovnanian is the

6   account holder.  Okay.  Let's get out of

7   that?

8                 Those inquiries that went out to

9   the various utilities and to the tenants

10   and to the banks, did that yield anything

11   that affected your determination to assert

12   a nominee lien on the trust assets, each

13   or both of the trust assets?

14      A     I believe those inquiries

15   provided records that showed payment to

16   the utilities through businesses owned by

17   Shant Hovnanian.

18      Q     Shant alone or Shant with others

19   or you don't know or you know?

20      A     I don't recall.

21      Q     Okay.

22                 But you do recall that he had an

23   ownership interest in some of those

24   entities, right?

25      A     Yeah.  I mean, we're talking

Page 67

1               MACGILLIVRAY

2   about several entities at this point, so

3   I'm a little confused.

4       Q     Understood.

5             No, no, no.  I'm just talking in

6   that sense, right, we're talking about the

7   banks and the utilities and whatever else

8   that the payment by these other entities,

9   Hovsat or -- okay.

10            Let's go back here a little bit

11  in MM04.

12            (Whereupon, Deed Bates-stamped

13      USAPROD-000300 through USAPROD-000334,

14      were marked as Defendants' Exhibit 12

15      for identification, as of this date.)

16  BY MR. HANAMIRIAN:

17      Q     Do you recognize this document?

18            Take a second look and look.

19            Do you know what it is?

20      A     It is a deed.

21      Q     And what's the significance of

22  this deed in this case?

23      A     It's a deed wherein Paris

24  Hovnanian transferred the Middletown

25  property to the Shant S. Hovnanian Asset

Page 68

1              MACGILLIVRAY

2    Trust for the sum of $1.

3        Q    Okay.

4              And what did that -- did that

5    have any meaning to you?

6              And while you're thinking about

7    it, it's the -- we told earlier there was

8    520 and 520B Navesink River Road.  This

9    appears to relate just to 520 unless it's

10   a single deed for both properties, but I

11   don't know.

12             And Paris Hasmig Hovnanian is --

13   do you know who that is?

14       A    Yes.  It's Shant Hovnanian's

15   mother.

16       Q    Mother.  Okay.

17             And so this deed transfers that

18   property to the Shant Hovnanian Asset

19   Trust.

20       A    Yes.

21       Q    And the trustee appears to be

22   Hilde Jenssen Hovnanian.

23             Do you know who that is?

24       A    I believe that's Shant

25   Hovnanian's ex-wife.

Page 69

1                    MACGILLIVRAY

2        Q      Okay.

3               Now, in -- let's go to the next.

4    Let's go to MM5.

5               (Whereupon, Corrective Deed

6        Bates-stamped USAPROD-000335 through

7        USAPROD-000339, was marked as

8        Defendants' Exhibit 13 for

9        identification, as of this date.)

10   BY MR. HANAMIRIAN:

11       Q      Do you see this document titled

12   "Corrective Deed"?

13       A      I do.

14       Q      Do you know what this document

15   represents?

16       A      It represents transfer of

17   property from the Shant S. Hovnanian Asset

18   Trust to the Pachava Asset Trust.

19       Q      And was there any significant --

20   this is from January or December depending

21   on what's -- it looks like it filed in

22   December, maybe.  And then the other stamp

23   is the recorded, maybe, January 4, 2012.

24   Who knows?  But, in any event, it's 2011

25   or early 2012.

Page 70

1                    MACGILLIVRAY

2            Did you attach any significance

3    to this deed, this corrective deed?

4       A      In and of itself -- in and of

5    itself, no, other than --

6       Q      Go ahead.  I'm sorry.

7       A      Other than it's a transfer for a

8    dollar.

9       Q      Okay.

10           And so standing in and of itself

11   is the same to you as standing alone?

12   Does that mean the same to you as on its

13   own?

14           So if it was combined with

15   something, to me, that indicates -- if it

16   was combined with something else, it had

17   some meaning to you; is that correct?

18      A      What I'm saying is -- you're

19   asking me about this deed.

20      Q      Yes.

21      A      And as I look at this deed,

22   based on just the deed alone, there was no

23   major significance.

24      Q      Okay.

25           Yes, yes.  No, you know, again,

Page 71

MACGILLIVRAY

1

2    this is the lawyer thing, right, is that

3    we hear.  We hear the words and we think

4    that they all have meaning, so that's why

5    I'm asking you.

6              Okay.  The MM07.

7              (Whereupon, Trust Agreement

8         Amendment Bates-stamped USAPROD-000342

9         through USAPROD-000344, was marked as

10        Defendants' Exhibit 14 for

11        identification, as of this date.)

12   BY MR. HANAMIRIAN:

13   Q      Do you recognize this document?

14   A      This document appears to be an

15   amended trust agreement.

16   Q      And do you know what the

17   amendment was for?

18              Just so you have everything that

19   you need, let me go to pages 2 and 3 of

20   that same Exhibit 7, MM07, and you can see

21   that page 2 is a signature line and page 3

22   is what we call a jurat, or the notary

23   witnessing stuff.  So there's nothing

24   substantive on any subsequent page just so

25   you're getting the full picture in your

Page 72

1                    MACGILLIVRAY
2    answer.
3              Did this document have any
4    meaning to you?  Did you understand what
5    this document was?
6              And when I say "was," I mean
7    it's a part of your file, so at some point
8    it came into you.
9       A    I believe this is a document
10   where they changed the name of the trust
11   from the Shant Hovnanian Asset Trust to
12   the Pachava Asset Trust.
13      Q    Okay.
14              And that may be that -- would
15   that maybe have precipitated the
16   corrective deed?
17              MS. COPPLER:  Objection.  Calls
18      for speculation.
19              MR. HANAMIRIAN:  Okay.
20              MS. COPPLER:  You can answer.
21              MR. HANAMIRIAN:  I'll withdraw
22      it.
23   BY MR. HANAMIRIAN:
24      Q    You okay, Mike?
25      A    Yeah, okay.  Just shifted.

Page 73

1                    MACGILLIVRAY

2       Q      I'm guessing that we're closer

3   to the same ages because I'm making noise

4   when I move around too, so -- it's a good

5   time.  It's a good age.  Whatever it is,

6   we're not saying.

7                    (Whereupon, Deed Bates-stamped

8           USAPROD-000415 through USAPROD-000418,

9           was marked as Defendants' Exhibit 15

10          for identification, as of this date.)

11  BY MR. HANAMIRIAN:

12      Q      MM15, this looks like another

13  deed.  This is interesting because, you

14  know, whoever drew this up is -- well,

15  actually, it looks like a nice form,

16  right, up in the left-hand, but this deed

17  is made on January 1, 2105, which is

18  probably not right.  So let's say that's

19  2015, maybe, given the stamp.

20               Do you know what this document

21  is?

22      A      It's the deed.

23      Q      And from who to who?

24      A      It's representing the transfer

25  of property from Vahak S. Hovnanian and --

Page 74

1                    MACGILLIVRAY

2    is it Hasmig Hovnanian a/k/a Paris to the

3    VSHPHH Trust.

4         Q     Okay.  Okay.

5               Page -- there's a legal

6    description of the property at page 2 of

7    Exhibit 15.

8               Can you tell which property this

9    relates to?

10        A     It says at the bottom, "commonly

11   known as Village Mall," so I would say

12   it's the Village Mall property.

13        Q     And so this is a transfer from

14   Vahak and his wife to the VSHPHH Trust?

15        A     May I see the first page again?

16        Q     Of course.  Yes.

17        A     Yes, sir.  That is correct.

18        Q     Okay.

19              I have a series of trustee

20   documents I just want to go through with

21   you to verify the series of 1041s.

22              So MM8.

23              (Whereupon, Form 1041 for 2013

24        Bates-stamped USAPROD-000345 through

25        USAPROD-000364, was marked as

Page 75

```
 1              MACGILLIVRAY
 2      Defendants' Exhibit 16 for
 3      identification, as of this date.)
 4 BY MR. HANAMIRIAN:
 5      Q    Do you know if these were
 6 produced from you or from the system?  Did
 7 somebody provide them to you in response
 8 to a summons or subpoena or whatever?
 9      A    This looks like it was -- I
10 received through -- from the IRS.
11      Q    Yes, internally, right?
12      A    Yes.  This looks like -- there's
13 a system we have when a return is
14 electronically filed, and that looks like
15 the responses we get.
16      Q    Based on the bold and the header
17 up here, is that what you're saying?  Yes,
18 right?
19      A    Yes, sir.
20      Q    Yes.  Okay.  That reflects a lot
21 of lost time in my life that I know that.
22           Okay, and this is from 2013,
23 1041 for the Pachava Asset Trust,
24 identifies the fiduciary as Hilde
25 Hovnanian.
```

Page 76

```
 1                MACGILLIVRAY
 2           Do you recall seeing this
 3    document?
 4           Well, you obtained this
 5    document, so okay.
 6           I know I asked you, but you
 7    hadn't spoken -- paid preparer is
 8    identified as Anthony J. Falcone, CPA.
 9           You didn't speak to Mr. Falcone
10    or anybody within his accounting group or
11    organization, right?
12       A    I don't recall speaking with
13    Mr. Falcone.
14       Q    Okay.
15           And what about Hilde Hovnanian;
16    did you speak to her, anybody within the
17    team speak to her?
18           In this case, obviously.
19       A    In this case, Hilde Hovnanian
20    was -- as I recall, was not in the country
21    any longer.
22       Q    Okay.
23           Did you try and get contact
24    information for her or try and reach out
25    for it?
```

Page 77

```
 1                 MACGILLIVRAY
 2             I mean it, obviously,
 3    respectfully, but, you know, e-mail and
 4    phone and whatever are communications.
 5             Was there any effort made to
 6    talk to Hilde Hovnanian at any point, I
 7    guess?
 8    A     Can I speak with counsel for a
 9    moment?
10    Q     Of course.
11             Do you want to go off the
12    record?
13    A     Yes.
14             (Discussion held off the record)
15             MS. COPPLER:  I do have to
16        object under 6103 to the extent you
17        are asking why he may have contacted
18        Hilde.  But to the extent that you
19        want to know if he did, he can go
20        ahead and answer that.
21             MR. HANAMIRIAN:  I'm sorry.  You
22        know what, Cat, can you repeat that?
23        I just want to make sure I understand.
24             MS. COPPLER:  Yes.  I apologize.
25             So I object under 6103 to the
```

Page 78

1               MACGILLIVRAY

2       extent you want to know why he was

3       contacting Hilde.  But to the extent

4       that you just want to know whether he

5       did contact Hilde, he can testify as

6       to that.

7            MR. HANAMIRIAN:  Yes, okay.  And

8       then my foundational components are --

9       as I put through is that the

10      foundational basis for, you know,

11      hopefully, the appropriateness is that

12      she's identified as trustee in the

13      document that they obtained, the tax

14      return document.

15           MS. COPPLER:  Yes.

16           MR. HANAMIRIAN:  So then it's

17      like he said, I didn't speak with her.

18      And I say, well, did you attempt to

19      speak with her?  Done.

20           MS. COPPLER:  Yes.

21           MR. HANAMIRIAN:  So if he

22      answers that, then that's the end of

23      that question.

24           MS. COPPLER:  Okay.  Perfect.

25      Thank you.

Page 79

1                    MACGILLIVRAY

2             MR. HANAMIRIAN:  Okay.

3    BY MR. HANAMIRIAN:

4        Q     So, Mike, did you attempt to

5    speak to Hilde?

6        A     I attempted to get her contact

7    information --

8        Q     Okay.

9        A     -- from Shant, but I can't say

10   why.

11       Q     Okay.  Okay.  From Shant.

12             Did you speak to Shant?

13       A     I did on one occasion.

14       Q     In person or on the phone or

15   in --

16       A     In person.

17       Q     Okay.

18             Let me do this, and then

19   we'll -- MM9.

20             (Whereupon, Form 1041 for 2014

21       Bates-stamped USAPROD-000365 through

22       USAPROD-0003386, was marked as

23       Defendants' Exhibit 17 for

24       identification, as of this date.)

25       Q     Same thing, 1041, Pachava Asset

Page 80

1                  MACGILLIVRAY

2   Trust, except this time, it identifies

3   Peter Hovnanian as the trustee.

4                  Do you know who Peter Hovnanian

5   is/was in this process?

6        A     Other than that he was listed as

7   trustee, I believe he was a relative, but

8   I really don't know that for sure.

9        Q     And then same questions, Mike,

10  you know, did you attempt and/or speak to

11  Peter Hovnanian?

12       A     You know, and I can amplify my

13  answer from the last question too.

14                 I did send letters to all of the

15  people listed as trustees, requesting a

16  copy of the trust agreement.

17       Q     Certified mail to --

18       A     I don't recall if they were sent

19  certified mail, but they were mailed.

20       Q     What would be the address for

21  them; the address of the trust or their

22  individual address?

23       A     I believe I sent it to the

24  individual address that we had on record

25  at the service.

Page 81

1                    MACGILLIVRAY

2      Q     Okay.

3            What were the letters

4   requesting?

5      A     As I recall, a copy of the trust

6   agreements.

7      Q     Okay.

8            And then as they say, voila, the

9   MM11, a letter from October 12, 2016,

10  addressed to Peter Hovnanian.

11           (Whereupon, Letter Bates-stamped

12      USAPROD-000409, was marked as

13      Defendants' Exhibit 18 for

14      identification, as of this date.)

15  BY MR. HANAMIRIAN:

16      Q     Is that --

17      A     That is the letter, sir.

18      Q     There we go.  All right, so

19  that's that.

20           And then MM12.

21           (Whereupon, Letter Bates-stamped

22      USAPROD-000410, was marked as

23      Defendants' Exhibit 19 for

24      identification, as of this date.)

25  BY MR. HANAMIRIAN:

Page 82

1                    MACGILLIVRAY

2        Q     Is that the letter to Hilde?

3        A     It is.

4              (Whereupon, Letters

5        Bates-stamped USAPROD-000413 through

6        USAPROD-000414, was marked as

7        Defendants' Exhibit 20 for

8        identification, as of this date.)

9    BY MR. HANAMIRIAN:

10       Q     That's a letter to Shant?

11       A     It is a letter to Shant.

12       Q     Okay.

13             I don't have any 1041s in the

14   production where Shant is identified as

15   the trustee; did you?  Did he file?

16             MS. COPPLER:  Objection.

17       Q     Did he file 1041s?  Was he a

18   trustee at any point; do you know?

19             I'm sorry to shuffle papers.

20   I'm trying to get in order.

21             Was Shant Hovnanian a trustee of

22   either of two trusts in issue at any point

23   in time?

24       A     Was there an objection I thought

25   I heard?

Page 83

```
 1                   MACGILLIVRAY

 2             MS. COPPLER:  No, not to that

 3       question.  You can go ahead and answer

 4       that question.

 5             THE WITNESS:  Okay.

 6       A     I don't recall whether this

 7  information came from a tax return or

 8  another document.

 9       Q     That he would have -- that he

10  would be a trustee, right?

11       A     Right.

12       Q     Because you say, "Obviously, I'm

13  writing to you in your capacity as a

14  trustee."

15       A     Yeah, so I -- yeah, I don't

16  recall the source of that information.

17       Q     Okay.

18             So when you did talk to him, how

19  did that come about?  When you did speak

20  to Shant Hovnanian, how did that come

21  about?

22       A     I made a visit.

23       Q     To?

24       A     To 520 Navesink River Road.

25       Q     Okay.
```

Page 84

1                   MACGILLIVRAY

2      A      I cannot disclose why I made

3    that visit.

4      Q      Okay.

5      A      I knocked on the door and Shant

6    Hovnanian answered.

7              MR. HANAMIRIAN:  I mean, and

8         this is more for Cat and/or -- well,

9         for Cat.

10             Why was Mike limited with

11        respect to a collection visit to a

12        taxpayer as far as why he would have

13        gone to the home?

14             MS. COPPLER:  61 -- Section

15        6103, I believe, is the concern.  So,

16        yes, there's not much more that either

17        Mike or I can say about that.  He's

18        free to testify about this

19        investigation, but that is about all

20        he can testify to.

21             MR. HANAMIRIAN:  Okay.

22             So, I mean, we have in -- and,

23        again, respectfully, in the chief

24        counsel memorandum, on page 2, which

25        is numbered 2 at the top, page 2,

                         MACGILLIVRAY
1
2      which is P1, right, P1 from this.
3           Let's pull it up so Mike has --
4      actually, I don't have it.  So --
5           MS. COPPLER:  I'm sorry, but the
6      reason is if we explain any further,
7      we may be revealing another tax
8      liability, so we just have to walk a
9      thin line there because, again, we are
10     concerned with Section 6103.
11          MR. HANAMIRIAN:  No, I
12     understand.  But at the top of page 2,
13     it says, "With respect to the
14     deposition on oral exam, unless
15     indicated as prohibited below, Mike
16     may testify as to facts within his
17     personal knowledge concerning," and
18     then one of the bullet points is the
19     activities conducted by the IRS to
20     collect tax liabilities owed by Shant
21     Hovnanian.
22          MS. COPPLER:  Exactly.
23          MR. HANAMIRIAN:  It doesn't say
24     that it's the tax liabilities in this
25     case.  It says the tax liabilities

Page 86

1                    MACGILLIVRAY

2        owed by Shant Hovnanian.

3                MS. COPPLER:  Again --

4                MR. HANAMIRIAN:  Now, that may

5        be a draft --

6                MS. COPPLER:  But with more

7        information, it may reveal a tax

8        liability that we are not permitted to

9        do so today.

10               MR. HANAMIRIAN:  Okay.

11               But can he talk about this

12       liability that's the subject of this

13       case?

14               MS. COPPLER:  He can.

15               MR. HANAMIRIAN:  Okay.

16               All right, so then that's the

17       question.

18    BY MR. HANAMIRIAN:

19       Q    So then what was -- so let me

20    see what I want to say.

21               When you interacted with Shant

22    Hovnanian at the 520 Navesink Road

23    property, what was the dialogue with

24    respect to the tax liability in this case?

25               MR. HANAMIRIAN:  Is that all

Page 87

1                    MACGILLIVRAY

2      right, Cat?

3           MS. COPPLER:  Yes.  That's

4      perfect.  Thank you.

5      A      Very little.

6      Q      Well, what did you ask?

7           MS. COPPLER:  Objection.  Under

8      6103, he may only -- again, as long as

9      it does not involve another tax

10     liability, he can talk about the

11     subject of the conversation.  But to

12     the extent it falls under 6103, I'm

13     instructing the witness not to answer.

14          MR. HANAMIRIAN:  Understood.

15 BY MR. HANAMIRIAN:

16     Q      What did you ask Shant Hovnanian

17 during that interaction about this tax

18 liability?

19     A      I inquired about his -- where he

20 lived, about his residence.

21     Q      And what did he say, Mike?

22     A      He said that he -- he denied

23 residing at the 520 Navesink River Road

24 address, and he indicated that he resided

25 at the Village Mall address.

Page 88

1              MACGILLIVRAY

2      Q      Okay.

3      A      He also told me that his minor

4  children resided at 520 Navesink River

5  Road.

6      Q      Oh, so his children lived at the

7  house, but he didn't?

8      A      That's what he told me.

9      Q      Okay.

10      A      And that his other son, Vahak, I

11  believe, resided there as well.

12      Q      Okay.

13      A      I think.

14      Q      Did you say anything in response

15  to that?

16      A      I recall that -- from the

17  history refreshing my memory, that I asked

18  him -- well, I think I inquired about

19  whether there were living facilities at

20  Village Mall.

21      Q      And did he respond?

22      A      I don't recall his response to

23  that.  And then I advised him to speak

24  with his power of attorney about providing

25  the financial information to us that we

Page 89

1                MACGILLIVRAY

2    had requested.

3        Q      And for the purposes of the

4    liability underlying this case --

5        A      Yes.

6        Q      -- was that the end of the

7    dialogue between the two of you?

8        A      That's all I recall, yeah.

9        Q      Okay.  Okay.

10             Just a few more documents if we

11   can.

12             (Whereupon, Documents

13        Bates-stamped USAPROD-000411 through

14        USAPROD-000412, were marked as

15        Defendants' Exhibit 21 for

16        identification, as of this date.)

17   BY MR. HANAMIRIAN:

18       Q      MM13.

19             Page 1 of MM13; what is this?

20       A      Yes.  That is a -- the Internal

21   Revenue Service has a computer system that

22   contained --

23       Q      Mike, you know what, let me show

24   you page 2 before you answer just so that

25   you have the whole document.

Page 90

1                    MACGILLIVRAY

2      A      Okay.

3      Q      If you were sitting here, you

4  would see both, so let me show you 2.

5      A      Okay.

6      Q      And then you tell me you're

7  ready, and I'll go back if you want.

8      A      Please, go back.

9      Q      Okay.  Go ahead, then.

10     A      Okay.  The Internal Revenue

11  Service has a computer system called IDRS.

12  The IDRS computer system contains various

13  types of taxpayer data.

14     Q      Be careful.  Just be careful.

15  It has to relate only to this notice in

16  this case.

17     A      Understood, sir, and I

18  appreciate it.

19     Q      Okay.

20     A      I'm just trying to explain to

21  you what this is.

22     Q      Okay.

23     A      This is a -- this is a what we

24  call an INOLE.

25     Q      Okay.

Page 91

1              MACGILLIVRAY

2     A    And this INOLE is -- it's for --

3 it provides the Employer Identification

4 Number of the VSHPHH Trust and it

5 indicates that Shant S. Hovnanian is the

6 trustee.

7     Q    Okay.

8          I see the INOLE in the left-hand

9 corner up there.

10    A    Yes.

11    Q    Is that one of the famous

12 government acronyms?

13    A    It is.  The set -- if you can

14 see there, it shows "filing requirements."

15 That's indicating that there is a 1041

16 filing requirement.

17          Now, the page 2 is not really a

18 page 2.  It's a different report.  If you

19 could, pull it up, please.

20    Q    Yes, I'm trying to.  I'm

21 clicking and I'm getting --

22    A    It doesn't want to?

23    Q    Yes, I got it.

24    A    That's what we call a BMFOLI.

25    Q    Okay.

Page 92

1                    MACGILLIVRAY

2     A     This would reflect any returns

3  filed had any been filed.

4     Q     Okay.

5           And so that maybe goes back to

6  my prior question about whether, when as a

7  trustee, he filed returns or not.

8     A     This is likely the source of my

9  understanding, that Shant either was or

10  had been a trustee of that trust.

11     Q     Okay.  Okay.

12           And this would be requested for

13  what purpose in this case?

14     A     In this case, to determine the

15  IRS records associated with that trust,

16  such as I explained filing history, EIN

17  number, and the information that you see

18  in this exhibit.

19     Q     Okay.  All right.

20           And then this is the last of the

21  pile of the loose exhibits.

22           MR. HANAMIRIAN:  How is everyone

23     doing?  Do we need a break?  Do we

24     need -- all right?

25           THE WITNESS:  I'm good.

Page 93

```
 1                MACGILLIVRAY
 2           MR. HANAMIRIAN:  We have a
 3      little ways to go.
 4  BY MR. HANAMIRIAN:
 5      Q    All right, so then it's MM1.
 6           MR. HANAMIRIAN:  Why can't I
 7      download this file?  It says I can't
 8      download this file.  Is it protected?
 9      It wouldn't be protected in the Box,
10      right?
11           All right, so let me go back and
12      see if the other -- if 2 comes.
13           Yes, same.
14           You guys, you know what, just
15      give us -- can you give us five
16      minutes?  We just want to see what
17      this technical glitch is on the
18      downloads.
19           (Thereupon, a recess was taken,
20      and then the proceedings continued as
21      follows:)
22  BY MR. HANAMIRIAN:
23      Q    This is MM001, Mr. Kunofsky was
24  kind enough to provide for you, Mike.
25           (Whereupon, Notice of Federal
```

Page 94

1              MACGILLIVRAY

2        Tax Lien Bates-stamped USAPROD-000327,

3        was marked as Defendants' Exhibit 22

4        for identification, as of this date.)

5   BY MR. HANAMIRIAN:

6        Q     Can you see the document?

7        A     I can.

8        Q     What is this document?

9        A     This is a Notice of Federal Tax

10  Lien filed --

11       Q     Go ahead.

12       A     -- filed for the 2002 Form 1040,

13  liability owed by Shant Hovnanian.  And it

14  was recorded, it looks like -- I think

15  this is Monmouth County, New Jersey.  It's

16  hard to read upside-down.  But it was

17  recorded it looks like August 4, 2014.

18       Q     Okay.

19             Now, these tax liabilities -- it

20  says they're 1040 liabilities, which is

21  individual income tax for periods -- for

22  the period ended in each instance

23  12/31/02, but there are three separate

24  listed liabilities.

25             Why is that?

Page 95

1                    MACGILLIVRAY

2           Like everything else seems to be

3    the same except the date of assessment,

4    but it's all for the same tax year or tax

5    return.

6      A     The date of assessment is the

7    key.

8      Q     Okay.

9      A     So this lien is reflecting that

10   there were three assessments made in the

11   2002 tax year.

12     Q     And is there any significance to

13   the fact that there were -- the

14   assessments are five years apart, or is

15   that just coincidence?

16     A     It's -- whatever the date is, it

17   is, or was.

18           As I look at it, I believe the

19   only two assessment dates that are germane

20   are the second of the last two.

21           MR. KUNOFSKY:  Stop.  Everybody,

22      stop.  I think we just lost John.

23           John, are you there?  Okay.

24           MR. HANAMIRIAN:  I hear you

25      again.  Here we go.  I'm sorry.

Page 96

                    MACGILLIVRAY

 1

 2          I froze out at the -- I had

 3      asked Mike if there was any

 4      significance to the fact that the

 5      dates of assessment were five years

 6      apart.

 7      A      No significance to the five

 8  years.

 9          What I was saying was, as I look

10  at the document -- and, again, I know I

11  have to stay within this case, but what

12  happens -- how can I explain this?

13          There are occasions when there

14  are multiple assessments made within a

15  given tax year.  When that occurs, the

16  lien reflects each assessment date.

17      Q      Okay.

18      A      And that's what's on this lien

19  here.

20      Q      Now, are these liens the -- are

21  the tax liability -- well, let's go

22  through.

23          That's 1.  All right.

24          MR. HANAMIRIAN:  Can we go to

25      number 2, MM2?  Do you have it Ari, or

Page 97

```
1              MACGILLIVRAY
2       no?  I can probably try again.  My
3       thing was --
4              (Whereupon, Notice of Federal
5       Tax Lien Bates-stamped USAPROD-000328,
6       was marked as Defendants' Exhibit 23
7       for identification, as of this date.)
8              MR. KUNOFSKY:  No.  It's fine.
9       I got it.
10             MR. HANAMIRIAN:  Probably a
11      factor of --
12             MR. KUNOFSKY:  No, computers are
13      computers.  It's fine.
14             MR. HANAMIRIAN:  There you go.
15      Okay.
16 BY MR. HANAMIRIAN:
17      Q     So MM2.
18      A     This one's much smaller.
19      Q     Yes.  Yes.
20             And these relate to tax period
21 2004 and 2007, right?  And, again, that
22 multiple assessment, same return that you
23 described, right?
24      A     Yes, sir.
25      Q     And then MM1, we did.  MM2.
```

Page 98

1                    MACGILLIVRAY

2              MM3 is --

3              (Whereupon, Notice of Federal

4         Tax Lien Bates-stamped USAPROD-000329,

5         was marked as Defendants' Exhibit 24

6         for identification, as of this date.)

7              MR. KUNOFSKY:  Can you guys see

8         MM3 right now?

9              MR. HANAMIRIAN:  Yes.

10   BY MR. HANAMIRIAN:

11        Q     So can you see that, Mike?

12        A     That's the federal tax lien for

13   the 2003 tax period.

14        Q     Okay.

15              And so, now, with respect to

16   MM1, 2, and 3, the liability -- the tax

17   liabilities that are identified therein,

18   those are the tax liabilities that

19   underlie this case, this claim?

20        A     Yes.

21        Q     Okay.

22              And then there are a series --

23              MR. HANAMIRIAN:  I don't want to

24         keep bothering you, Ari, but I have no

25         choice.

Page 99

                    MACGILLIVRAY

1

2           MR. KUNOFSKY:  John, if you want

3      to give me a sequence of exhibits, I

4      can open them all at once, and then if

5      you're going through 4, 5, 6, we can

6      just go faster that way.

7           MR. HANAMIRIAN:  Yup.  26, 27,

8      and 28.

9           MR. KUNOFSKY:  And I will get to

10     26.  I'm going to zoom out a little.

11          MR. HANAMIRIAN:  Good.  Okay.

12          (Whereupon, Documents

13     Bates-stamped USAPROD-000340 through

14     USAPROD-000341, were marked as

15     Defendants' Exhibit 25 for

16     identification, as of this date.)

17  BY MR. HANAMIRIAN:

18     Q     This is 26, MM26.

19           Mike, do you recognize this

20  document?

21     A     Yes.

22     Q     What is this document?

23     A     That is the nominee lien

24  recorded.  It's captioned "The Shant

25  Hovnanian Asset Trust as nominee of Shant

1                    MACGILLIVRAY

2    Hovnanian."

3        Q      Okay.

4               And then in MM27, which is the

5    next button --

6               (Whereupon, Notice of Federal

7        Tax Lien Bates-stamped USAPROD-001038

8        through USAPROD-001039, was marked as

9        Defendants' Exhibit 26 for

10       identification, as of this date.)

11   BY MR. HANAMIRIAN:

12       Q      What's this document?

13       A      A nominee lien.

14       Q      For -- is it a different

15   document than 26?

16       A      Yes.  This one is captioned

17   "Pachava Asset Trust as nominee of Shant

18   Hovnanian."

19       Q      Okay.

20               And then 28.

21               (Whereupon, Notice of Federal

22       Tax Lien Bates-stamped USAPROD-001042

23       through USAPROD-001043, was marked as

24       Defendants' Exhibit 27 for

25       identification, as of this date.)

```
 1                MACGILLIVRAY

 2   BY MR. HANAMIRIAN:

 3      Q      Okay, what's this document,

 4   Mike?

 5      A      Nominee lien captioned "The

 6   VSH" -- I can't read -- "Trust as nominee

 7   of Shant Hovnanian."

 8      Q      Okay.

 9             And so --

10      A      VSHPHH Trust.

11      Q      Okay.

12             So questioning as between MM1,

13   2, and 3, which are the Notices of Federal

14   Tax Lien relative to Shant, Shant, Shant,

15   and then these nominee liens, what is the

16   difference between the two in this case?

17             MS. COPPLER:  Objection.  Calls

18      for a legal conclusion.

19             But you can answer.

20      A      The original liens you showed me

21   were captioned "Shant Hovnanian,"

22   reflecting that he owed the liabilities

23   reflected on the lien.

24             The nominee liens that you've

25   shown me reflect the same liabilities, but
```

Page 102

                    MACGILLIVRAY

1

2    indicate that these entities are nominees

3    of Shant Hovnanian.

4       Q     And the documents speak for

5    themselves, so I'm not testifying.  I just

6    want to point it out for ease.

7             The Shant Hovnanian Notices of

8    Federal Tax Lien in the first instance,

9    which is MM1, 2, and 3, are each filed in

10   2014, 2013, and 2013.  So -- and then

11   these nominee liens are filed in 2018 in

12   each instance.

13            What happened between the filing

14   of the original Notices of Federal Tax

15   Lien and then the Notice of Federal Tax

16   Lien with the nominee component?

17      A     Records were gathered.  A report

18   was written to the Office of Chief

19   Counsel, requesting permission to record

20   the nominee liens.

21      Q     Now, what we have in MM47, a

22   transcript, the ICS History Transcript,

23   which is MM47.

24            MR. HANAMIRIAN:  You know what,

25       let me just try again because I want

Page 103

1                   MACGILLIVRAY

2       to kind of scroll through that if I

3       can.

4               MR. KUNOFSKY:  Okay.

5               MR. HANAMIRIAN:  Let me see if I

6       can get that going somehow.

7               I can't do it while you're doing

8       it.  Okay.  So you're doing it.  Okay.

9       Let me see if I can pull that up.

10              MR. KUNOFSKY:  I'm going to

11      close all these tabs, John, and --

12              MR. HANAMIRIAN:  Yes, that's

13      fine.  We're done with that.  Thank

14      you.

15              MR. KUNOFSKY:  Yes.  And shut

16      down my sharing.

17              MR. HANAMIRIAN:  Yes.  Thank

18      you.  Thank you.  Let me see if I can

19      get this one open.

20              THE WITNESS:  May I have a quick

21      bathroom break?

22              MR. HANAMIRIAN:  Oh, yes, sure.

23      That's fine.

24              Let's take five minutes for

25      everyone and go off the record if we

1                    MACGILLIVRAY

2       can.

3              (Thereupon, a recess was taken,

4       and then the proceedings continued as

5       follows:)

6  BY MR. HANAMIRIAN:

7       Q     Mike, I'm pulling up an exhibit,

8  which is identified as MM47.

9              (Whereupon, ICS History

10      Transcript Bates-stamped

11      USAPROD-000001 through USAPROD-000326,

12      was marked as Defendants' Exhibit 28

13      for identification, as of this date.)

14  BY MR. HANAMIRIAN:

15      Q     Do you recognize this document?

16      A     Yes.  It looks like the ICS

17  history record.

18      Q     What does that mean?

19      A     The ICS history -- ICS is a

20  computer system used by field collection

21  at IRS to record pertinent events in a --

22  that occur when we attempt to collect a

23  tax liability.

24      Q     Okay.

25              And so is this kind of a bit of

1                    MACGILLIVRAY

2    a roadmap of your process in this case?

3        A     It would reflect pertinent

4    events that occurred during the case

5    investigation.

6        Q     Okay.

7              And -- okay.  And going through

8    here, I mean, it's a lot of pages.  It's

9    literally hundreds of pages.  But the --

10   let's go through a few of them.  We'll go

11   down to -- I'll scroll down to -- we're

12   still in Exhibit 47 and we'll be there.

13   So each reference to a page is still

14   within -- it's going to be within 47.

15             So page 2, page 3, we have a --

16   there's a line item here.

17             Can you see this, Mike?  Can you

18   see it clearly?

19       A    I can.  It's a little small, but

20   I think I can manage.

21       Q    It says "Shant" -- there's -- at

22   paragraph 2, and then there's the sixth

23   paragraph, if you can call them that, it

24   starts out and says, "Shant Hovnanian's

25   ex-wife is Nina Tower."

```
 1                  MACGILLIVRAY
 2            Who is Nina Tower; do you know?
 3      A     ICS history indicates that it is
 4  Shant Hovnanian's ex-wife.  I believe her
 5  to be his first wife.
 6      Q     Okay.
 7            Was she involved in this case at
 8  all at any level for this tax liability in
 9  this case?
10      A     Not to my recollection.
11      Q     Go ahead.
12      A     No.
13      Q     Did you speak to her in the
14  context of this case?
15      A     I don't recall speaking with
16  her.
17      Q     Okay.
18            Any communication?
19      A     Not that I recall.
20      Q     Okay.
21            Moving down to -- and these
22  portions that are identified as
23  attorney-client are redacted for just that
24  reason, correct?
25            MS. COPPLER:  Objection.
```

```
 1                MACGILLIVRAY
 2      Attorney-client privilege.
 3           MR. HANAMIRIAN:  Yes, okay.
 4      Okay.
 5           I just want to make sure that
 6      this is okay because we received the
 7      following response from Laurie Nasky
 8      in the Office of Chief Counsel.
 9           Is that okay to be in there, or
10      should that have been redacted as
11      well; do you know?
12           MS. COPPLER:  If it wasn't
13      redacted, we can -- I mean, we can
14      discuss it.  I mean, I don't think we
15      should probably get into the propriety
16      of prior redactions unless, you know,
17      you want to ask about them.
18           MR. HANAMIRIAN:  Yes, I mean,
19      Cat, in my defense world, the identity
20      of counsel, the existence of counsel
21      in and of itself can be privileged,
22      and so what I don't want because I
23      obviously am concerned about the
24      purity of the process for a number of
25      reasons, I don't want evidence
```

Page 108

1                    MACGILLIVRAY

2      anywhere in the process that's

3      problematic, right?

4           MS. COPPLER:  Okay.  And I

5      appreciate that.  Thank you for your

6      concern.

7           MR. HANAMIRIAN:  Yes, okay.

8           And then you can politely tell

9      me that we can take care of ourselves

10     and --

11          MS. COPPLER:  Thank you.

12          MR. HANAMIRIAN:  All right.

13  BY MR. HANAMIRIAN:

14     Q    On page 5 at the bottom, there's

15  an action date entry from July 8, 2013.

16  And, rest assured, I'm not going to do

17  this with each action date so you can

18  keep -- we can keep the remains of our

19  hair.

20          But it says that you were

21  advised to -- "Counsel advised RO to

22  contact Coleman Renty, the IRS employee

23  who handled the TEFRA closing in this

24  matter."

25          Are you allowed to speak about

1                    MACGILLIVRAY

2    any contact or communication with Coleman

3    Renty?

4              I ask again because it refers to

5    counsel having suggested the contact.

6              MS. COPPLER:  To the extent that

7         he spoke with him in investigating the

8         tax liabilities that are at issue in

9         this lawsuit, yes, he can speak to --

10        he can testify about that.

11             MR. HANAMIRIAN:  Okay.

12   BY MR. HANAMIRIAN:

13        Q    Mike?

14        A    Yes, sir.

15        Q    What do you think?

16        A    If you recall when -- earlier,

17   when we first started, when you asked what

18   we first did, and I indicated that there

19   was a litigation hold on one of the

20   periods.

21        Q    Yes.

22        A    That is what this is referring

23   to.  The -- do you see where it says

24   "Status 72"?

25        Q    Yes.

Page 110

```
 1              MACGILLIVRAY

 2     A     Internally, that means there was

 3  a litigation hold.  And I was contacting

 4  this gentleman to see if it was -- it

 5  should be reversed and the case -- then

 6  the period assigned to me.

 7     Q     Okay.

 8           And the acronym TURFRA; is that

 9  a mistake?  Should it be TEFRA?

10     A     Yes.  That should be TEFRA.

11     Q     And so that's somebody from --

12  looking at tax laws.

13           So Coleman Renty is somebody

14  within partnerships or limited

15  partnerships within the service, yes?

16     A     Yeah, I really don't know.

17     Q     Okay.

18     A     I was just advised he was the

19  guy to -- at that point, he was the guy to

20  talk to.

21     Q     And did you?

22     A     This communication that's

23  recorded in the history was my contact

24  with him, as I recall.

25     Q     Okay.  Okay.
```

```
 1                    MACGILLIVRAY
 2            And then as we keep scrolling
 3    through, we'll go down further, page 10.
 4            The page 9 here, these
 5    communications between you and Read
 6    Rankin, William Read Rankin, is
 7    identified.
 8            Was Mr. Rankin cooperative with
 9    you in this context?  And I say that --
10    let me frame that a little bit.
11            You know, we have an obligation
12    as counsel in the context of dialogue with
13    the Internal Revenue Service under various
14    obligations, Circular 230 and whatever
15    else, you know, for truthfulness and
16    veracity and cooperation and whatever
17    else.
18            Was Mr. Rankin appropriate in
19    his dialogue with you in your experience?
20    And particularly in the context of this
21    case, was his responsiveness appropriate?
22    A     I'll say this --
23            MS. COPPLER:  Objection.  I
24    think that calls for a legal
25    conclusion.
```

```
1              MACGILLIVRAY
2         But you can go ahead and answer.
3         MR. HANAMIRIAN:  He can answer?
4    Okay.  Thank you.
5    A    I was going to say Mr. Rankin
6  was -- as I recall, he was polite.  He
7  indicated in this contact, as I recall,
8  that, yes, he still -- he wanted to -- he
9  needed to contact his client to ascertain
10 if he will represent him in the collection
11 matter, but he also indicated that he may
12 advise his client not to provide the
13 information that we would request for
14 financial information.
15   Q    Okay.
16        Well, what did you think of
17 that?
18   A    I -- it was somewhat unusual,
19 but not unprecedented.
20   Q    Okay.  Okay.
21        And only with respect to the
22 financial information, right?  I mean, he
23 didn't -- did he say that he would advise
24 his client not to communicate at all?
25   A    No.  He -- limiting my response
```

                    MACGILLIVRAY

1

2    to what's recorded here, he needed to

3    contact his client to see if he would

4    represent him, but he also advised that he

5    may advise his client not to provide

6    information to the service.

7        Q    Okay.

8             And, I mean -- and you're a

9    little bit -- in this context, you're a

10   little bit hamstrung, right, because until

11   he says he's the power, he really can't

12   have a conversation about the taxpayer; it

13   has to be pretty broad brush, right?

14       A    Well, he had a power of attorney

15   active on the system.

16       Q    Yes.

17       A    So from our perspective, he was

18   the power of attorney.  But he provided

19   that information to me, so I felt it was

20   appropriate to give him a deadline to give

21   him a little time to speak with his client

22   and get back to me.

23       Q    Okay.

24             And then he is -- on page 10, on

25   the Friday, March 30, 2018, 12:52 p.m.

```
                    MACGILLIVRAY
1
2    entry that's continued on, is this

3    communication, where it starts with "We

4    briefly discussed the OIC provisions in

5    view of the large of the large balance

6    due," is this part of the same

7    conversation?

8        A      It is, yes.

9        Q      And so at that point, Mr. Rankin

10   provided you with information the taxpayer

11   was CEO of a company named Speedus and

12   straight on down the line through the rest

13   of your narrative?

14       A      Yes.  He was providing me with

15   the background of how we got here.

16       Q      When he says "the taxpayer's

17   attorney was named Valdez," which is about

18   three quarters of the way down the page,

19   and that Valdez left the country over the

20   issue, was that -- did you understand that

21   to mean the issue underlying, the tax

22   liability in issue in this case?

23       A      My understanding was that -- and

24   this was Mr. Rankin providing me with this

25   information.
```

1                MACGILLIVRAY

2      Q     Understood.

3      A     My understanding was that

4   Mr. Valdez had given Mr. Hovnanian some

5   advice and it turned out to be -- it

6   resulted in this audit.  And that's my

7   understanding.

8      Q     Okay.  Okay.

9            Then he's talking about Speedus

10  had litigation with WIC Corporation that

11  resulted in a $2.8 million settlement.

12           Do you know who WIC Corporation

13  is now, or at that time did you know?

14     A     I don't believe so, no.

15     Q     Did you ever look into that

16  statement?

17     A     Not that I recall.

18     Q     Okay.

19           On page 22 of this Exhibit 47

20  still -- it's going to take some -- if you

21  want to turn away for a second, some

22  scrolling will make you dizzy.

23           It's easier to go down the left

24  side, isn't it?

25           MR. KUNOFSKY:  Hey, Mike, put

Page 116

1                    MACGILLIVRAY

2      your mouse at the bottom of the screen

3      for a second.

4            MR. HANAMIRIAN:  Got it.  Got

5      it.  Got it.  Thank you, though.

6  BY MR. HANAMIRIAN:

7      Q     Page 22.  All right.

8            So there are series of entities

9  here and some information.

10           Can you tell me about the

11  information on this page and what it

12  represents?

13     A     This is research done on various

14  entities associated with Mr. Hovnanian,

15  business entities.

16     Q     Okay.

17           And then the VS Hovnanian Group;

18  that's the first time we're seeing that

19  one.

20           Do you know what that entity was

21  or is or --

22     A     Other than that it was a

23  business associated with Mr. Hovnanian --

24     Q     Were a lot of interrelated

25  entities that -- you described that

1                    MACGILLIVRAY

2    earlier.

3                There were a lot of these common

4    ownership or interrelated -- otherwise

5    interrelated entities in this case?

6        A     Yes.  There were several.

7        Q     You identify here as the owners

8    of the VS Hovnanian Group, Inc. -- you

9    identify Nina Hovnanian as potentially

10   ex-wife because, obviously, that's before

11   you knew it was -- I guess you're

12   referring to Shant and identifying in the

13   parentheticals who's who.  He's the TP.

14               Is that before, obviously, you

15   knew that's his sister, Nina?

16       A     Can you go back to that?

17       Q     Yes, sure.

18               The paragraph where it says,

19   "The owners were: Vahak, Paris, Shant,

20   Nina."

21       A     As I sit here, I don't know if

22   that Nina is his ex-wife or his sister.  I

23   don't recall because I -- there's no other

24   information there, so I can't say.

25               If you're -- are you telling me

Page 118

```
 1                MACGILLIVRAY
 2   it's his sister?
 3      Q      Yes, yes, yes.
 4      A      Okay.
 5      Q      That's all right.  I mean, I'm
 6   not -- yes.
 7      A      Yes.
 8      Q      I'm just curious on that one.
 9             If we go to page 28, towards the
10   bottom, the action date of 11/26/13, the
11   systemic history, forms/correspondence,
12   beginning Notice of Levy.  668A requested
13   for -- what's 668A?
14      A      That's a Notice of Levy.
15      Q      Just Notice of Levy?  That's not
16   the nominee levy stuff that we were
17   talking about before, is it?
18      A      No.
19      Q      Okay.
20      A      Those are just regular levies.
21      Q      Okay.
22             On page 58, it looks like you're
23   identifying -- or you're talking about
24   some of the trusts and some sequencing
25   here.
```

Page 119

1              MACGILLIVRAY

2          Can you tell me what's happening

3    here?

4     A     Can you go -- can I see the

5    previous page?

6     Q     Of course.

7          Do you want me to go up further?

8     A     Yeah, go up further.

9     Q     Okay.

10    A     Because that's a very long

11   history.  I did not write that history.

12    Q     Okay.  Go ahead.

13    A     You can see "create ID," and

14   there's a number.

15    Q     Yes.

16    A     The history entries by me was

17   number 3529.  As I recall, that history

18   was written by the Mr. Rutledge that I

19   spoke of earlier.

20    Q     Okay.

21    A     I just wanted to make that

22   clear.

23    Q     No, no, I appreciate it.

24          But the information that's

25   reflected on the document, are you

Page 120

                    MACGILLIVRAY

1

2    familiar with the information from this

3    case?

4        A     I believe so.  If you show me

5    which page you'd like me to --

6        Q     Well, I'll go to 57, which is

7    what's up there now.

8        A     Okay.

9        Q     And that document reflects what

10   to you?

11       A     It is just basic research of --

12       Q     It seems to be consistent with

13   some of the document analysis we did

14   earlier.

15       A     Yeah, it is.  It's research

16   on -- there's some documentation of

17   business entities, and then it segues into

18   some basic real property information.

19       Q     Okay.

20             Now -- and then the next page, I

21   think more of the same.  This is where we

22   started out with the trusts and --

23       A     Okay.

24       Q     These other trusts -- there's

25   the Shant Hovnanian Asset Trust, which

                    MACGILLIVRAY

1

2    we're familiar with in this case; the

3    Pachava Asset Trust, which we're familiar

4    with.  And then we have three, four, and

5    five here:  The Vahak Hovnanian Asset

6    Trust, Paris Hovnanian Asset Trust, and

7    the Charentz Hovnanian Asset Trust.

8              Are you familiar with any of

9    those, those latter three documents,

10   three, four, five?

11       A    I'm not.

12       Q    Did any of that documentation

13   come into play in the context of asserting

14   the nominee lien from the trust that you

15   did?

16       A    I don't believe so.

17       Q    Okay.

18              Is there -- you know, as I said,

19   your history transcript goes -- is

20   obviously quite extensive.  That's the

21   first 200 pages.

22              Is there -- I'm going through

23   and it's -- and, again, it's very

24   repetitive of what you identified in the

25   course of the document, so I don't want to

Page 122

                         MACGILLIVRAY

 1
 2   go through each page, not because I don't
 3   want to, but because I don't think it's
 4   necessary.  But I actually need you to
 5   tell me that.
 6              So is there anything that came
 7   into your decision-making process that's
 8   not protected by an attorney-client or
 9   other confidentiality obligation that we
10   haven't spoken about today?
11              So were there other factors in
12   determining to attempt to impose a nominee
13   lien on the trusts the subject of this
14   litigation that we haven't spoken about or
15   that doesn't exist in the documents that
16   we have?
17              MS. COPPLER:  I'm going to
18         object to that.  I think it could
19         potentially get into attorney-client,
20         as you mentioned, and also work
21         product.  But Mr. MacGillivray is free
22         to testify about anything that he
23         discovered in the course of his
24         investigation.
25              MR. HANAMIRIAN:  Yes.  And I

```
 1                   MACGILLIVRAY
 2      apologize for the fractured question.
 3      I'm just trying to determine that I
 4      understand the entirety of the
 5      basis -- the factual basis, not the
 6      legal analysis, but the factual
 7      basis -- underlying the nominee lien.
 8           MS. COPPLER:  Yes, of course.
 9      Absolutely.
10           MR. HANAMIRIAN:  And that's all
11      I'm trying to --
12           MS. COPPLER:  Thank you for
13      clarifying.
14           MR. HANAMIRIAN:  That's all I'm
15      trying to get, is that do we have all
16      the facts that you had?  How's that?
17           Is that okay, Cat?
18           MS. COPPLER:  Yes.  Go ahead.
19      He can answer that.
20           MR. HANAMIRIAN:  Okay.
21      A    I believe we've covered most of
22   the pertinent facts.  We've been here for
23   a couple hours, so I can't really recall
24   everything we discussed, but I think we're
25   in the ballpark.
```

Page 124

1              MACGILLIVRAY

2      Q      Okay.

3             There's nothing in your head

4    where you would say, oh, Hanamirian didn't

5    catch that?

6      A      Nothing comes to mind, sir.

7      Q      Okay.  Thank you.  All right.

8             Ms. Gandolfo, she had a

9    deposition, you may or may not know, a

10   week or so ago, and she complained about

11   you.

12            Now, meeting you, it's kind of

13   hard to believe, but we have to believe

14   because she's under oath.  But she said

15   that you had visited the business premises

16   and that she -- and these are her words,

17   but that, you know, she -- and it's a

18   paraphrase of her words -- but that she

19   found you imposing.

20            Would you disagree with that

21   characterization at any level of you?

22     A      While I can't speak to her

23   perception, at no time was I attempting to

24   be imposing.

25     Q      What were your interactions with

```
1              MACGILLIVRAY
```

2    Karen Gandolfo -- wait -- obviously, with

3    respect to the liabilities with Shant

4    Hovnanian that underlie this litigation?

5        A     After this litigation was filed,

6    DOJ Attorney Ari Kunofsky asked me to

7    attempt to serve the notice and complaint

8    on Shant Hovnanian.  My interactions with

9    Karen Gandolfo occurred in my attempts to

10   do so.

11       Q     Okay.  Okay.

12             So what happened?  In your

13   attempt to serve the notice and complaint,

14   what happened?  What did you do?  Did

15   you --

16       A     I attempted to serve the notice

17   and complaint, as I recall, at two

18   locations: the house at 520 Navesink River

19   Road and the Village Mall address in

20   Howell.

21       Q     And this was service of process

22   on Shant or on the trusts?

23       A     On -- as I recall, on Shant.

24       Q     Okay.

25       A     There may have been -- as I

Page 126

1                MACGILLIVRAY

2    recall, on Shant.

3        Q     Okay.

4              And so then what happened?  What

5    did you do?  Can you take me through it?

6        A     There were several attempts.

7    I'm not sure I understand --

8        Q     Well, you drove to somewhere,

9    right?  You went somewhere to serve

10   the notice and the complaint for Shant?

11       A     Yeah.  I went to 520, the house

12   at 520.

13       Q     Okay.

14             And then what --

15       A     Well, on several attempts.

16       Q     Okay.

17       A     There was times that no one was

18   there.

19       Q     Okay.

20             And then, ultimately, was

21   anybody there to accept service?

22       A     There were two occasions I

23   recall where Karen Gandolfo was at the 520

24   address.

25       Q     At the house?

Page 127

1                MACGILLIVRAY

2     A     At the house.

3     Q     Okay.

4     A     On one occasion, I knocked on

5  the door.  She wouldn't open it.  On

6  another occasion --

7     Q     Did she say anything to you,

8  Mike?

9     A     I really don't recall the

10  substance of what she said.

11     Q     Okay.

12           When you knock on the door, do

13  you identify yourself?  Were you alone?

14     A     I believe Rebecca Troichuk was

15  with me.

16     Q     Okay.

17           So you knock on the door and you

18  say, IRS, whatever, blah, blah, blah, or

19  no?  Was that too --

20     A     I don't recall exactly what was

21  said.  I was attempting to serve the

22  summons and complaint.

23     Q     Okay.  Okay.

24           And then what was the second

25  attempt?

Page 128

1                    MACGILLIVRAY

2       A      There was another occasion at

3    that address, where I had gone there in

4    the morning and Karen Gandolfo drove up

5    and she went in the house.

6       Q      Okay.

7               And then what?  She was in the

8    house, and then you went back up to the

9    door or --

10      A      I don't recall if I did.

11      Q      Okay.

12      A      I may have knocked on the door.

13   I really don't recall.  I may have left

14   the summons attached to the door --

15      Q      Okay.

16      A      -- on both occasions, but I

17   don't recall.

18      Q      Now, this is the summons in the

19   litigation or a summons-summons?

20      A      No.  The summons and complaint

21   in this litigation.

22      Q      Okay.

23              And did you also go and try and

24   serve process on Shant Hovnanian at any

25   other -- or this is such terrible

1           MACGILLIVRAY

2    grammatical -- at any other location?

3        A     At the Village Mall address;

4    yes, sir.

5        Q     And what happened there?

6        A     I knocked on the door.  There

7    was no answer.  I went into -- I was with

8    Rebecca Troichuk again.  I went into the

9    accounting office, and they gave me access

10   to the common area of the building through

11   their door.  I went up -- we went

12   upstairs.  There was an open office door,

13   where we found Karen Gandolfo inside at a

14   desk.

15       Q     So you went through the tenant's

16   office, the tenant accounting firm?

17       A     Yes, sir.

18       Q     Okay.

19             And then she said -- Karen said

20   that she was on the second floor; is that

21   right?

22       A     Yeah.  The accountant's office

23   lets you into like this common area.

24       Q     Okay.

25       A     And then there's unobstructed --

Page 130

```
 1                 MACGILLIVRAY
 2   there's steps, went up to the second
 3   floor, and there was an open door, we went
 4   inside, and Karen Gandolfo was in an
 5   office.
 6       Q      Did you announce yourselves as
 7   you were going in, inside that second --
 8   that open door?
 9       A      I believe when we -- when we
10   came upon her, I believe I identified
11   myself and handed her -- I believe I
12   handed her the summons and complaint.
13       Q      She said she was startled.
14              Is that consistent with what you
15   remember?
16       A      I don't recall that, but I can't
17   testify to her internal feelings.
18       Q      No, I know.
19              But, you know, somebody can look
20   startled when you see them, right?
21       A      That's not my recollection, but
22   I --
23       Q      Okay.
24       A      I can't speak to it.
25       Q      And so what happened?  Did you
```

Page 131

1              MACGILLIVRAY

2    give her the summons and complaint or --

3        A      I believe I did.

4        Q      Did you think that that was

5    effective service of process?

6              MS. COPPLER:  Objection.  Calls

7        for a legal --

8        Q      At this point, I can ask that

9    because you're process serving.  It's not

10   a legal issue.

11             Did you think that you were

12   fulfilling your task by giving it to

13   Karen?

14       A      I'm not sure.

15       Q      Okay.

16             Did you try and serve Shant

17   again anywhere else after that?

18       A      Well, I want to say that I did

19   ask Karen for Shant's whereabouts to help

20   aid in serving Shant.

21       Q      Did she respond?

22       A      As I recall, she did not provide

23   that information.

24       Q      Okay.

25             And so did you, then, try

1                     MACGILLIVRAY

2   anywhere else to serve Shant?

3       A     I don't recall the -- you know,

4   the -- which came first, if that makes

5   sense.

6       Q     Okay.

7       A     But I made several attempts to

8   serve Shant at the 520 address.

9       Q     Okay.

10            I mean -- and with respect to

11  the open door, Karen said that the public

12  access area was locked or whatever, just

13  as you describe, and that she's then on a

14  second -- in a second floor unit with -- I

15  guess without public access from her

16  office; is that correct?

17      A     I was granted access by the

18  tenant.

19      Q     Okay.

20            Did you believe that the tenant

21  had the authority to do that?

22            MS. COPPLER:  Objection.  Calls

23      for a legal conclusion.

24            You can answer.

25      Q     Did you believe that that was

```
 1              MACGILLIVRAY

 2   appropriate as a process server?

 3      A     I did.

 4      Q     Okay.

 5            Why?

 6      A     Because the tenant had access,

 7   so I believed that their granting me

 8   access was proper.

 9      Q     Okay.

10            Your internal procedures as they

11   apply to this case, when entering a

12   taxpayer's premises, would you have gone

13   through the tenant's premises for the

14   purpose of confronting the taxpayer?

15      A     I'm not sure.

16      Q     Okay.  Okay.

17            MR. HANAMIRIAN:  Ari and Cat,

18        just can you give me a couple minutes?

19        I want to go -- I'll just go on mute

20        for a couple minutes, and then see if

21        there's anything else.  But,

22        otherwise, we're probably close to

23        done, all right?

24            MS. COPPLER:  Okay.  Thank you.

25            (Pause in proceedings.)
```

Page 134

1                    MACGILLIVRAY

2    BY MR. HANAMIRIAN:

3        Q       I mean, just as a little bit of

4    a follow-up on the interaction with this

5    Karen Gandolfo because she was just so --

6    she was pretty compelling about her

7    interaction with you and with the other

8    agent.

9                Did she -- she said that the

10   other revenue officer did not identify

11   herself.

12               Do you recall the other agent

13   identifying herself in this process?

14       A       I do not recall.

15       Q       I can't -- I can't ask you

16   blanket procedural questions.

17               MR. HANAMIRIAN:  But see if this

18       works, Cat.

19       Q       Was it common for you to serve a

20   summons and complaint in any case in which

21   you were involved in?

22               MR. HANAMIRIAN:  Is that okay,

23       Cat?

24               MR. KUNOFSKY:  I think we can

25       actually -- for what it's worth,

Page 135

1                    MACGILLIVRAY

2       that's a decision that the trial

3       attorney for a DOJ case just makes.

4              MR. HANAMIRIAN:  Okay.  Okay.

5       All right.

6    BY MR. HANAMIRIAN:

7       Q      Have you ever served a summons

8    and complaint in any other case in which

9    you've been involved in, Mike?

10      A      Yes.

11      Q      Okay.

12             How long have you been with the

13   service?

14      A      30 years.

15      Q      What's your background?  Where

16   did you start and where did you -- I know

17   where you are, but where did you start?

18      A      I came on in 1991 --

19      Q      Okay.

20      A      -- as a revenue officer in Mays

21   Landing, New Jersey.

22      Q      Okay.  Oh, so you came right in

23   as a revenue officer.

24             What's your background?

25      A      I was a -- I graduated from

1                  MACGILLIVRAY

2    Rutgers.

3        Q      Okay.

4        A      I substitute taught for a little

5    while and then became a revenue officer.

6        Q      Okay.

7               What's your education

8    background?  Accounting or --

9        A      I have a bachelor's degree in

10   sociology.

11       Q      Oh, okay.  Okay.

12              And so then you're just straight

13   through with the service since that time?

14       A      Yes, sir.

15       Q      And in the same role, as an RO?

16       A      No.

17       Q      Okay.

18       A      I was a revenue officer until

19   the late '90s, I believe.

20       Q      Okay.

21       A      I became a cadre manager at the

22   time.

23       Q      Where was that?

24       A      That -- the cadre manager, they

25   had you -- I was working in the old Ocean

Page 137

1          MACGILLIVRAY

2   POD at the time, which is now Freehold,

3   and they would send you to different

4   groups that needed a manager.

5       Q    Oh, okay.

6       A    Then I finally became a manager

7   in Cherry Hill.  I stepped down for

8   personal reasons.  The job wasn't a good

9   fit for me.

10          In, I'm going to say, 2001, I

11  came back to be a revenue officer again.

12  I was a revenue officer from then until

13  2019.  And I'm currently a program

14  analyst.

15      Q    What's that mean, program

16  analyst?

17      A    We update the Internal Revenue

18  manuals, provide guidance to the field.

19      Q    Okay.

20      A    Things of that nature.

21          MR. HANAMIRIAN:  Okay.  Okay.

22      Good.

23          All right, thank you for your

24      time, Mike.

25          THE WITNESS:  Thank you, sir.

Page 138

1                    MACGILLIVRAY

2           MR. HANAMIRIAN:  Ari or Cat?

3           MS. COPPLER:  Yes, we are going

4       to have a few questions, but would you

5       mind giving us about like 10 minutes

6       or so just to get them ready, if

7       that's all right with you?

8           MR. HANAMIRIAN:  Sure.

9           MS. COPPLER:  Thank you so much.

10          Can we go off the record, then?

11          MR. HANAMIRIAN:  Yes, sure.

12          (Discussion held off the record)

13  EXAMINATION BY

14  MS. COPPLER:

15     Q     Mr. MacGillivray, do you

16  understand that you're still under oath?

17     A     Yes.

18     Q     Perfect.  Thank you.  I just

19  have a few follow-up questions.  This

20  isn't going to take long at all.

21          So, first of all, you mentioned

22  earlier on today that there were other

23  revenue officers who were helping you out

24  at this case.

25          Were they more so helpers?

Page 139

```
 1                  MACGILLIVRAY

 2      A      I would say yes.

 3      Q      So they were just assisting you

 4  in your investigation?

 5      A      Yes.  They were lower-graded

 6  revenue officers assigned by the

 7  supervisor to assist me.

 8      Q      Thank you.

 9             And when you first met Shant in

10  person at the 520 Navesink property, did

11  he say that Hilde was his ex-wife?

12      A      He did.

13      Q      Did Shant say that Hilde was no

14  longer living in the United States?

15      A      He did.

16      Q      You also previously mentioned

17  that you sent out numerous postal tracers.

18             Did you request any postal

19  tracers after the litigation began?

20      A      I believe that when I was unable

21  to serve Shant with the summons and

22  complaint that a follow-up postal tracer

23  was processed.

24      Q      And then you also testified

25  earlier that there were multiple entities
```

                    MACGILLIVRAY

1

2    owned by Shant, right?

3    A     Yes.

4    Q     Okay.

5          And when you said that they were

6    owned, do you mean like legal ownership or

7    do you mean that Shant controlled these

8    entities?

9    A     Shant controlled these entities.

10   Q     Okay.

11         And kind of along the same

12   lines, you mentioned that many of the

13   entities may have been sharing the same

14   address at the Village Mall.  And you had

15   testified there was nothing significant in

16   and of itself that they were sharing the

17   address.

18         But may it have indicated that

19   those entities were controlled by one

20   person or similar people?

21   A     Yes.

22   Q     I'm sorry.  We're kind of

23   skipping around here, but there's only a

24   few questions.

25         Next thing you had talked about,

Page 141

1                MACGILLIVRAY

2   you know, the significance of the deeds

3   for all the properties.

4              And if you just recall, for

5   example, the 520 Navesink property deed,

6   did it seem to indicate that the property

7   was being transferred between family

8   members?

9       A    Yes.

10      Q    And did that deed, for example,

11  show a small dollar amount of

12  consideration?

13      A    A dollar, yes.

14      Q    Okay.

15             What about for the Village Mall;

16  do you recall that deed?

17      A    Yes.  It was a similar

18  situation.

19      Q    Perfect.  Thank you.

20             Did any of the Pachava trustees

21  or Shant's power of attorney or whoever

22  you contacted ever provide you with a copy

23  of the Shant Hovnanian Asset Trust trust

24  agreement?

25      A    Not that I recall.

Page 142

```
 1                MACGILLIVRAY
 2      Q     Okay.
 3            So you would have no way of
 4   knowing if the Shant Hovnanian Asset Trust
 5   had sub-trusts for each kid, would you?
 6      A     No.
 7            MS. COPPLER:  Okay.  That's all
 8      I have.  Thank you.
 9            MR. HANAMIRIAN:  I have no
10      follow-up.  I'm fine.  Thanks.
11            MR. KUNOFSKY:  We'll want to
12      order a copy of the transcript.
13            (Time noted: 2:58 p.m. EST)
14
15
16
17
18
19            _____
20                  MICHAEL MacGILLIVRAY
21
22   Subscribed and sworn to
23   before me this      day
24   of           , 2020.
25   _____
```

1

2     --------------- I N D E X ----------------

3     WITNESS            EXAMINATION BY          PAGE

4
      MICHAEL MACGILLIVRAY

5
                        MR. HANAMIRIAN          5

6
                        MS. COPPLER            138

7     --------------- EXHIBITS ----------------

8
      PLAINTIFF'S                       FOR ID.

9
      Exhibit 1                              5
10    Office of Chief Counsel Internal
      Revenue Service Memorandum
11
      --------------- EXHIBITS ----------------
12
      DEFENDANTS'                        FOR ID.
13
      Exhibit 1                             16
14    PNC Bank Records
      Bates-stamped USAPROD-000458 through
15    USAPROD-000510

16    Exhibit 2                             19
      Postal Tracer
17    Bates-stamped USAPROD-000536

18    Exhibit 3                             23
      Various Documents
19    Bates-stamped USAPROD-000537 through
      USAPROD-000543
20
      Exhibit 4                             31
21    Response to Summons
      Bates-stamped USAPROD-000785 through
22    USAPROD-000800

23    Exhibit 5                             37
      Response to Summons
24    Bates-stamped USAPROD-000544 through
      USAPROD-000566
25

Page 144

```
 1   ---------------- EXHIBITS ----------------
 2   DEFENDANTS'                         FOR ID.
 3   Exhibit 6                          47
     Summons
 4   Bates-stamped USAPROD-000890 through
     USAPROD-000937
 5
     Exhibit 7                          52
 6   Response to Summons
     Bates-stamped USAPROD-000567 through
 7   USAPROD-000649
 8   Exhibit 8                          54
     Affinity Federal Credit Union Records
 9   Bates-stamped USAPROD-000858 through
     USAPROD-000889
10
     Exhibit 9                          60
11   Various Documents
     Bates-stamped USAPROD-000775 through
12   USAPROD-000784
13   Exhibit 10                         63
     Response to Subpoena
14   Bates-stamped USAPROD-000938 through
     USAPROD-000997
15
     Exhibit 11                         64
16   Response to Subpoena
     Bates-stamped USAPROD-000650 through
17   USAPROD-000687
18   Exhibit 12                         67
     Deed
19   Bates-stamped USAPROD-000300 through
     USAPROD-000334
20
     Exhibit 13                         69
21   Corrective Deed
     Bates-stamped USAPROD-000335 through
22   USAPROD-000339
23   Exhibit 14                         71
     Trust Agreement Amendment
24   Bates-stamped USAPROD-000342 through
     USAPROD-000344
25
```

```
 1
 2    --------------- EXHIBITS ----------------
 3    DEFENDANTS'                      FOR ID.
 4    Exhibit 15                         73
      Deed
 5    Bates-stamped USAPROD-000415 through
      USAPROD-000418
 6
      Exhibit 16                         74
 7    Form 1041 for 2013
      Bates-stamped USAPROD-000345 through
 8    USAPROD-000364
 9    Exhibit 17                         79
      Form 1041 for 2014
10    Bates-stamped USAPROD-000365 through
      USAPROD-0003386
11
      Exhibit 18                         81
12    Letter
      Bates-stamped USAPROD-000409
13
      Exhibit 19                         81
14    Letter
      Bates-stamped USAPROD-000410
15
      Exhibit 20                         82
16    Letters
      Bates-stamped USAPROD-000413 through
17    USAPROD-000414
18    Exhibit 21                         89
      Documents
19    Bates-stamped USAPROD-000411 through
      USAPROD-000412
20
      Exhibit 22                         93
21    Notice of Federal Tax Lien
      Bates-stamped USAPROD-000327
22
      Exhibit 23                         97
23    Notice of Federal Tax Lien
      Bates-stamped USAPROD-000328
24
25
```

```
 1

 2    --------------- EXHIBITS ----------------

 3    DEFENDANTS'                        FOR ID.

 4    Exhibit 24                            98
      Notice of Federal Tax Lien
 5    Bates-stamped USAPROD-000329

 6    Exhibit 25                            99
      Documents
 7    Bates-stamped USAPROD-000340 through
      USAPROD-000341
 8
      Exhibit 26                           100
 9    Notice of Federal Tax Lien
      Bates-stamped USAPROD-001038 through
10    USAPROD-001039

11    Exhibit 27                           100
      Notice of Federal Tax Lien
12    Bates-stamped USAPROD-001042 through
      USAPROD-001043
13
      Exhibit 28                           104
14    ICS History Transcript
      Bates-stamped USAPROD-000001 through
15    USAPROD-000326

16

17

18

19

20

21

22

23

24

25
```

Page 147

1

2           C E R T I F I C A T E

3    STATE OF NEW YORK )

4                      :  SS

5    COUNTY OF NEW YORK)

6

7              I, Stephanie M. Butler, a Notary

8    Public within and for the State of New York,

9    do hereby certify:

10             That MICHAEL MACGILLIVRAY, the

11   witness whose deposition is hereinbefore set

12   forth, was duly sworn by me and that such

13   deposition is a true record of the testimony

14   given by the witness.

15             I further certify that I am

16   not related to any of the parties to this

17   action by blood or marriage, and that I am

18   in no way interested in the outcome of this

19   matter.

20             IN WITNESS WHEREOF, I have

21   hereunto set my hand this 15th day of

22   February, 2021.

23             _____

24                  STEPHANIE M. BUTLER

25

Page 148

1

2              DEPOSITION ERRATA SHEET

3          Our Assignment No: SY001289

4   Case Caption:

5              UNITED STATES OF AMERICA

6                    vs.

7              SHANT HOVNANIAN, et al.

8      DECLARATION UNDER PENALTY OF PERJURY

9

10     I declare under penalty of perjury

    that I have read the entire transcript

11  of my deposition taken in the captioned

12  matter or the same has been read to me,

13  and the same is true and accurate, save

14  and except for changes and/or corrections,

15  if any, as indicated by me on the

16  DEPOSITION ERRATA SHEET hereof, with the

17  understanding that I offer these changes

18  as if still under oath.

19

20
    SIGNATURE_____DATE:_____
21         MICHAEL MACGILLIVRAY

22

23  Subscribed and sworn to on the ____ day of
    _____, 20__ before me,
24  _____
    Notary Public,
25  in and for the State of _____

Page 149

```
 1
 2              DEPOSITION ERRATA SHEET
 3    Page No._____Line No._____Change
      to:_____
 4    Reason for
      change:_____
 5
 6    Page No._____Line No._____Change
      to:_____
 7    Reason for
      change:_____
 8
 9    Page No._____Line No._____Change
      to:_____
10    Reason for
      change:_____
11
12    Page No._____Line No._____Change
      to:_____
13    Reason for
      change:_____
14
15    Page No._____Line No._____Change
      to:_____
16    Reason for
      change:_____
17
18    Page No._____Line No._____Change
      to:_____
19    Reason for
      change:_____
20
21    Page No._____Line No._____Change
      to:_____
22    Reason for
      change:_____
23
24    SIGNATURE:_____DATE:_____
             MICHAEL MACGILLIVRAY
25
```

Page 150

1

2              DEPOSITION ERRATA SHEET

3

   Page No._____Line No._____Change
4  to:_____
   Reason for
5  change:_____

6

   Page No._____Line No._____Change
7  to:_____
   Reason for
8  change:_____

9

   Page No._____Line No._____Change
10 to:_____
   Reason for
11 change:_____

12

   Page No._____Line No._____Change
13 to:_____
   Reason for
14 change:_____

15

   Page No._____Line No._____Change
16 to:_____
   Reason for
17 change:_____

18

   Page No._____Line No._____Change
19 to:_____
   Reason for
20 change:_____

21

   Page No._____Line No._____Change
22 to:_____
   Reason for
23 change:_____

24

   SIGNATURE:_____ DATE:_____
25       MICHAEL MACGILLIVRAY

**A**

a/k/a 74:2
able 20:15 28:13,13
 28:14 40:11 49:14
Absolutely 123:9
accept 126:21
access 129:9 132:12
 132:15,17 133:6,8
accident 6:13
account 18:25 42:8
 42:11 55:13 57:4
 65:21 66:6
accountant's
 129:22
accounting 76:10
 129:9,16 136:8
accounts 29:2 54:9
accurate 148:13
acronym 110:8
acronyms 91:12
action 108:15,17
 118:10 147:17
active 113:15
activities 85:19
activity 11:25
actual 39:3
add 57:16
addendum 57:15
additional 22:12
address 5:23 20:12
 21:16,22 22:25
 35:9 54:3 80:20
 80:21,22,24 87:24
 87:25 125:19
 126:24 128:3
 129:3 132:8
 140:14,17
addressed 17:12
 32:3 38:17 47:22
 64:2 81:10
addresses 53:17
administrative
 9:25
advice 115:5
advise 112:12,23
 113:5

advised 27:23
 88:23 108:21,21
 110:18 113:4
AET 1:6
Affinity 54:19,25
 55:5,9,10,13
 56:22 144:8
age 73:5
agent 19:22 134:8
 134:12
ages 73:3
ago 16:14 124:10
agree 32:14
agreed 52:12
agreement 4:10
 71:7,15 80:16
 141:24 144:23
agreements 81:6
ahead 10:19 20:23
 41:11 54:5 61:19
 70:6 77:20 83:3
 90:9 94:11 106:11
 112:2 119:12
 123:18
aid 131:20
al 1:8 148:7
allowed 35:25
 108:25
alter 50:3
amended 71:15
amendment 71:8
 71:17 144:23
AMERICA 1:3
 148:5
American 47:23
 50:21 65:11
amount 24:17
 25:11,12 141:11
amounts 42:18
amplify 80:12
analysis 120:13
 123:6
analyst 137:14,16
and/or 57:16 60:10
 80:10 84:8 148:14
announce 130:6
answer 21:20,21

29:14,25 30:12
 35:25 41:20 46:24
 47:4 49:7,8,10,11
 49:14 50:4 72:2
 72:20 77:20 80:13
 83:3 87:13 89:24
 101:19 112:2,3
 123:19 129:7
 132:24
answered 84:6
answers 78:22
Anthony 76:8
Antranik 57:6,19
anybody 51:24
 52:3 58:2 59:21
 59:25 76:10,16
 126:21
anyway 24:4
apart 95:14 96:6
apologize 17:8
 55:22 56:4 77:24
 123:2
appeal 11:22
appeals 10:3,4
appear 22:3 64:11
 64:22
appears 16:5 22:4
 25:19 32:17 37:22
 39:2 47:11 55:4
 57:14,18 61:24
 62:18 63:9 64:6
 64:17 65:24 68:9
 68:21 71:14
application 57:4,16
apply 133:11
appreciate 59:3
 90:18 108:5
 119:23
appropriate 111:18
 111:21 113:20
 133:2
appropriateness
 78:11
approval 20:19,24
April 62:19
area 44:12 129:10
 129:23 132:12

argument 13:4
Ari 3:8 6:6 41:9
 47:2 96:25 98:24
 125:6 133:17
 138:2
Ari's 16:4
Ari.D.Kunofsky...
 3:9
Arthur 57:19 61:24
ascertain 21:9
 51:16 112:9
asked 32:18,19,20
 32:21 33:19,20,21
 33:22 56:5 76:6
 88:17 96:3 109:17
 125:6
asking 35:21 55:24
 58:11,12 70:19
 71:5 77:17
assert 66:11
asserting 36:16
 121:13
assertion 19:5
 27:11
assessment 9:18,21
 51:4 95:3,6,19
 96:5,16 97:22
assessments 9:12
 95:10,14 96:14
Asset 27:2,7 67:25
 68:18 69:17,18
 72:11,12 75:23
 79:25 99:25
 100:17 120:25
 121:3,5,6,7
 141:23 142:4
assets 15:21 28:12
 28:23 43:18 66:12
 66:13
assigned 8:24 9:12
 11:6 12:4,13,17
 110:6 139:6
assignment 12:21
 148:3
assist 11:7,10 139:7
assisting 139:3
associated 48:8

51:14 53:13 55:19
 56:24 59:17,18
 65:14 92:15
 116:14,23
assured 108:16
attach 70:2
attached 17:23
 42:7 55:7 128:14
attempt 78:18 79:4
 80:10 104:22
 122:12 125:7,13
 127:25
attempted 79:6
 125:16
attempting 124:23
 127:21
attempts 125:9
 126:6,15 132:7
attention 38:15
attorney 14:11,13
 88:24 113:14,18
 114:17 125:6
 135:3 141:21
attorney-client
 30:8,10 41:19
 106:23 107:2
 122:8,19
Attorneys 3:5,13
audit 9:8,17 10:4
 43:9 115:6
audits 49:16
August 17:11 94:17
authority 20:25
 132:21
authorization 5:7
 57:5
authorized 57:17
Avenue 3:6

**B**

bachelor's 136:9
back 17:11 26:17
 26:19 32:19 51:20
 67:10 90:7,8 92:5
 93:11 113:22
 117:16 128:8
 137:11

**background** 41:13
  114:15 135:15,24
  136:8
**bad** 43:13
**balance** 37:3 114:5
**balances** 29:3
**ballpark** 123:25
**bank** 16:19 17:22
  17:22 21:16 23:10
  27:17 37:23 55:6
  143:14
**banks** 50:19 66:10
  67:7
**barks** 41:13
**based** 12:15,20
  13:7,10 30:7
  32:25 41:23 70:22
  75:16
**bases** 27:11 28:8
**basic** 120:11,18
**basically** 48:4
**basis** 28:6 30:16,18
  36:15,15 42:22
  78:10 123:5,5,7
**Bates-stamped**
  16:20 19:14 23:19
  31:17 37:12 47:14
  52:23 54:20 60:17
  63:20 65:2 67:12
  69:6 71:8 73:7
  74:24 79:21 81:11
  81:21 82:5 89:13
  94:2 97:5 98:4
  99:13 100:7,22
  104:10 143:14,17
  143:19,21,24
  144:4,6,9,11,14
  144:16,19,21,24
  145:5,7,10,12,14
  145:16,19,21,23
  146:5,7,9,12,14
**bathroom** 103:21
**bear** 23:9
**bearing** 48:9
**began** 139:19
**beginning** 118:12
**behalf** 18:21 24:18

24:19 26:7,16
  27:7 28:6
**belief** 13:15 54:4,6
**believe** 9:5 18:11
  23:3 27:17 32:7
  36:5 40:8,25 41:2
  41:5 42:7 44:6
  54:3 57:10,13,23
  66:14 68:24 72:9
  80:7,23 84:15
  88:11 95:18 106:4
  115:14 120:4
  121:16 123:21
  124:13,13 127:14
  130:9,10,11 131:3
  132:20,25 136:19
  139:20
**believed** 133:7
**benefit** 27:9
**big** 45:8 54:7
**bills** 48:5
**bit** 40:18 67:10
  104:25 111:10
  113:9,10 134:3
**blah** 127:18,18,18
**blanket** 134:16
**blood** 147:17
**BMFOLI** 91:24
**bold** 75:16
**boring** 59:8
**bothering** 98:24
**bottom** 25:10 74:10
  108:14 116:2
  118:10
**box** 22:23 93:9
**break** 51:21 52:4
  92:23 103:21
**briefly** 114:4
**broad** 113:13
**brought** 38:11
**brush** 113:13
**builders** 44:12
**building** 35:18
  129:10
**bullet** 85:18
**business** 34:19 35:7
  35:8,22 36:17

57:15 59:18 61:4
  116:15,23 120:17
  124:15
**businesses** 29:10
  66:16
**Butler** 1:24 2:9 4:3
  147:7,24
**button** 100:5

**C**

**C** 3:2 4:14,14 147:2
  147:2
**cadre** 136:21,24
**call** 15:18 19:23
  20:4 59:15 71:22
  90:24 91:24
  105:23
**called** 4:15 90:11
**calls** 72:17 101:17
  111:24 131:6
  132:22
**capacity** 83:13
**Caption** 148:4
**captioned** 99:24
  100:16 101:5,21
  148:11
**car** 6:13
**care** 108:9
**careful** 90:14,14
**carefully** 41:20
**case** 1:6 7:3,7,10
  8:25 9:19 11:8
  12:21 15:25 17:14
  35:14,24 36:3
  37:21 38:4 44:3
  46:3 47:8 49:11
  49:12,22 50:6
  67:22 76:18,19
  85:25 86:13,24
  89:4 90:16 92:13
  92:14 96:11 98:19
  101:16 105:2,4
  106:7,9,14 110:5
  111:21 114:22
  117:5 120:3 121:2
  133:11 134:20
  135:3,8 138:24

148:4
**cases** 9:13 43:10
**cashier's** 23:15
**Cat** 6:7 52:10 56:3
  56:14 58:7 77:22
  84:8,9 87:2
  107:19 123:17
  133:17 134:18,23
  138:2
**catch** 124:5
**CATRIONA** 3:10
**Catriona.M.Cop...**
  3:11
**CEO** 114:11
**certain** 20:12
**certainly** 43:22
  45:3
**certificate** 25:13
  26:18
**certificates** 25:24
**certified** 80:17,19
**certify** 147:9,15
**change** 149:3,4,6,7
  149:9,10,12,13,15
  149:16,18,19,21
  149:22 150:3,5,6
  150:8,9,11,12,14
  150:15,17,18,20
  150:21,23
**changed** 72:10
**changes** 148:14,17
**character** 43:15
**characterization**
  124:21
**Charentz** 121:7
**check** 23:15 24:6,9
  25:11,20 38:11,12
  38:14,20,25 39:2
  39:4,6 40:15
  62:19 64:17
**checked** 23:2
**checks** 23:12 24:16
  33:5,9 38:9 62:14
  64:12
**Cherry** 7:22 137:7
**chief** 4:20 5:8,11
  41:8 45:25 58:8

84:23 102:18
  107:8 143:10
**children** 88:4,6
**chime** 29:15
**choice** 98:25
**Circular** 111:14
**claim** 28:9 98:19
**clarify** 55:24 56:6
**clarifying** 123:13
**clear** 52:9 119:22
**clearly** 105:18
**clicking** 91:21
**client** 45:13 112:9
  112:12,24 113:3,5
  113:21
**close** 103:11 133:22
**closer** 73:2
**closing** 108:23
**coincidence** 95:15
**Coleman** 108:22
  109:2 110:13
**colleagues** 58:21
**collect** 9:12 85:20
  104:22
**collecting** 9:18
**collection** 10:14
  11:19,23 12:16
  13:2,5 14:19
  22:17 25:16 45:18
  46:11 47:7 49:10
  50:13 84:11
  104:20 112:10
**collective** 58:3
**Collector** 25:3
**combined** 70:14,16
**come** 10:3 27:15
  47:10 83:19,20
  121:13
**comes** 11:21 93:12
  124:6
**coming** 9:18
**comment** 30:21,23
  43:10
**common** 117:3
  129:10,23 134:19
**commonly** 74:10
**communicate**

112:24
**communication**
15:16 106:18
109:2 110:22
114:3
**communications**
77:4 111:5
**community** 44:10
45:9
**company** 28:5
39:11 114:11
**compelling** 134:6
**complained** 124:10
**complaint** 125:7,13
125:17 126:10
127:22 128:20
130:12 131:2
134:20 135:8
139:22
**complex** 35:18
**component** 102:16
**components** 78:8
**computer** 89:21
90:11,12 104:20
**computers** 97:12
97:13
**concern** 84:15
108:6
**concerned** 85:10
107:23
**concerning** 85:17
**conclusion** 48:22
101:18 111:25
132:23
**conducted** 85:19
**confidentiality**
122:9
**confronting** 133:14
**confused** 67:3
**connecting** 52:17
**connection** 8:19
**consequence** 36:11
**consideration**
141:12
**consistent** 39:24
120:12 130:14
**contact** 14:6,21

33:10 76:23 78:5
79:6 108:22 109:2
109:5 110:23
112:7,9 113:3
**contacted** 14:10
77:17 141:22
**contacting** 78:3
110:3
**contained** 89:22
**contains** 90:12
**context** 23:8 32:13
38:11 51:3 106:14
111:9,12,20 113:9
121:13
**continued** 93:20
104:4 114:2
**Control** 61:4 62:19
**controlled** 28:4
140:7,9,19
**conversation** 87:11
113:12 114:7
**cooperate** 43:20
**cooperation** 111:16
**cooperative** 111:8
**copies** 62:13
**Coppler** 3:10 29:15
52:16,20 55:22
56:4,16 58:16
59:2 72:17,20
77:15,24 78:15,20
78:24 82:16 83:2
84:14 85:5,22
86:3,6,14 87:3,7
101:17 106:25
107:12 108:4,11
109:6 111:23
122:17 123:8,12
123:18 131:6
132:22 133:24
138:3,9,14 142:7
143:6
**copy** 62:13 80:16
81:5 141:22
142:12
**corner** 65:22 91:9
**Corp** 17:24 18:2,4
18:7,11

**corporate** 59:9
**Corporation**
115:10,12
**correct** 17:14 70:17
74:17 106:24
132:16
**corrections** 148:14
**corrective** 69:5,12
70:3 72:16 144:21
**correspondence**
37:18
**counsel** 4:20 5:8,12
41:8 52:11 77:8
84:24 102:19
107:8,20,20
108:21 109:5
111:12 143:10
**counsel's** 45:25
58:8
**country** 76:20
114:19
**County** 94:15
147:5
**couple** 23:12
123:23 133:18,20
**course** 16:11 51:10
74:16 77:10 119:6
121:25 122:23
123:8
**court** 1:2 4:2 5:5
9:13 10:2,5 11:21
12:20 13:21 43:9
56:11
**cover** 17:21 37:22
55:4 64:8 65:10
**covered** 123:21
**covering** 60:23
**coworker** 38:17
**CPA** 76:8
**create** 119:13
**Credit** 54:20,25
55:5,11 144:8
**criminal** 29:19
30:21 31:2
**criteria** 20:14
27:10
**curious** 30:9 118:8

**current** 32:24
**currently** 56:7
137:13
**currently-not-col...**
12:5,15
**customer** 65:21

**D**

**D** 37:9 143:2
**D.C** 3:7
**D2** 19:11,12
**D3** 23:17
**data** 90:13
**date** 5:15 16:23
19:16 23:22 31:20
37:15 47:17 53:2
54:23 59:9 60:20
63:23 65:5 67:15
69:9 71:11 73:10
75:3 79:24 81:14
81:24 82:8 89:16
94:4 95:3,6,16
96:16 97:7 98:6
99:16 100:10,25
104:13 108:15,17
118:10 148:20
149:24 150:24
**dated** 17:11
**dates** 95:19 96:5
**day** 37:4,4,4 142:23
147:21 148:23
**deadline** 113:20
**deal** 45:8
**December** 69:20,22
**decision** 26:12,12
48:10 135:2
**decision-making**
36:14,20 122:7
**DECLARATION**
148:8
**declare** 148:9
**deductions** 43:7
**deed** 67:12,20,22
67:23 68:10,17
69:5,12 70:3,3,19
70:21,22 72:16
73:7,13,16,22

141:5,10,16
144:18,21 145:4
**deeds** 141:2
**Defendants** 1:9
3:13
**Defendants'** 16:22
19:15 23:21 31:19
37:14 47:16 52:25
54:22 60:19 63:22
65:4 67:14 69:8
71:10 73:9 75:2
79:23 81:13,23
82:7 89:15 94:3
97:6 98:5 99:15
100:9,24 104:12
143:12 144:2
145:3 146:3
**defense** 107:19
**degree** 136:9
**delicatessen** 26:21
**delinquency** 46:10
**delivered** 20:11
21:22 22:25
**Demand** 14:7
**denied** 87:22
**DEPARTMENT**
3:4
**depending** 69:20
**deposition** 1:14 2:6
4:5,22 5:6 6:6,9
6:15 38:12 85:14
124:9 147:11,13
148:2,11,16 149:2
150:2
**depository** 57:4
**describe** 132:13
**described** 97:23
116:25
**describing** 51:3
**description** 74:6
**designated** 38:5
**desk** 129:14
**determination** 50:7
66:11
**determine** 15:20,20
50:25 51:13 53:11
92:14 123:3

**determining** 53:8
122:12
**dialogue** 14:14 44:2
86:23 89:7 111:12
111:19
**Diane** 61:3
**difference** 36:4
101:16
**different** 21:6
34:15 91:18
100:14 137:3
**difficulties** 52:13
**dig** 40:11
**digging** 28:21
**direct** 13:8 43:11
50:17
**directed** 48:14
**directly** 62:25
**disagree** 124:20
**discern** 29:5 48:16
**disclose** 84:2
**discloses** 50:2
**discovered** 122:23
**discovery** 16:3
**discuss** 31:2 107:14
**discussed** 14:16
114:4 123:24
**Discussion** 77:14
138:12
**dismissed** 48:19,20
**DISTRICT** 1:2,2
**Division** 29:20
**dizzy** 115:22
**document** 16:25
17:10 19:18 20:2
20:7 25:6 31:22
31:23 32:3 42:15
55:2,3 56:12
58:14,15 60:25
63:8 64:5,11 65:8
67:17 69:11,14
71:13,14 72:3,5,9
73:20 76:3,5
78:13,14 83:8
89:25 94:6,8
96:10 99:20,22
100:12,15 101:3

104:15 119:25
120:9,13 121:25
**documentation**
16:5 36:24 120:16
121:12
**documents** 17:20
19:4 23:18 38:16
49:25 60:16 62:10
65:13 74:20 89:10
89:12 99:12 102:4
121:9 122:15
143:18 144:11
145:18 146:6
**dog** 41:13
**doing** 17:9 48:13
48:17 58:22,25
92:23 103:7,8
**DOJ** 125:6 135:3
**dollar** 70:8 141:11
141:13
**door** 48:18 49:18
49:20,21 84:5
127:5,12,17 128:9
128:12,14 129:6
129:11,12 130:3,8
132:11
**download** 93:7,8
**downloads** 93:18
**Dr** 40:16
**draft** 86:5
**drew** 73:14
**Driver's** 59:7
**drove** 126:8 128:4
**due** 52:12 114:6
**duly** 4:15 147:12

---

**E**

**E** 3:2,2,2,2,20,20
4:14 143:2 147:2
147:2
**e-mail** 77:3
**earlier** 24:11 68:7
109:16 117:2
119:19 120:14
138:22 139:25
**early** 48:23 69:25
**ease** 102:6

**easier** 115:23
**East** 3:14
**education** 136:7
**effective** 131:5
**effort** 48:24 58:11
77:5
**efforts** 46:11 50:18
**egos** 50:3
**EIN** 92:16
**either** 16:7 82:22
84:16 92:9
**electrical** 64:18
**electronically**
75:14
**ELZA** 3:21
**employee** 57:10,24
108:22
**Employer** 91:3
**ended** 94:22
**entering** 133:11
**entertaining** 26:24
**entire** 148:10
**entirety** 123:4
**entities** 35:8,16,20
35:22 36:18 40:3
59:18 60:9 66:24
67:2,8 102:2
116:8,14,15,25
117:5 120:17
139:25 140:8,9,13
140:19
**entity** 116:20
**entries** 119:16
**entry** 108:15 114:2
**environment** 6:18
**equipment** 4:6
**ERRATA** 148:2,16
149:2 150:2
**erroneous** 12:14,16
13:2
**erroneously** 12:6
**ESQ** 3:8,10,16
**essentially** 30:22
**EST** 1:16 2:3
142:13
**establish** 58:10
**estate** 18:21 25:21

**et** 1:8 148:7
**event** 6:22 9:8
69:24
**events** 104:21
105:4
**everybody** 52:5,18
95:21
**everybody's** 37:4
**evidence** 107:25
**ex-wife** 68:25
105:25 106:4
117:10,22 139:11
**exactly** 10:10 85:22
127:20
**exam** 85:14
**EXAMINATION**
5:19 138:13 143:3
**examined** 4:17
**examining** 50:2
**example** 141:5,10
**exhibit** 4:24 5:14
16:22 19:15 21:21
23:21 31:19 37:14
47:16 52:25 54:22
55:24 56:6,12
60:19 63:22 65:4
67:14 69:8 71:10
71:20 73:9 74:7
75:2 79:23 81:13
81:23 82:7 89:15
92:18 94:3 97:6
98:5 99:15 100:9
100:24 104:7,12
105:12 115:19
143:9,13,16,18,20
143:23 144:3,5,8
144:10,13,15,18
144:20,23 145:4,6
145:9,11,13,15,18
145:20,22 146:4,6
146:8,11,13
**exhibits** 92:21 99:3
143:7,11 144:1
145:2 146:2
**exist** 31:3 122:15
**existence** 107:20
**expend** 50:17

**expense** 50:17,22
**expenses** 40:18,21
48:8 51:13,17
53:9,12 55:19
56:24 64:19
**experience** 111:19
**expired** 13:6,22
**expires** 11:23
**explain** 85:6 90:20
96:12
**explained** 92:16
**extensive** 121:20
**extent** 31:3,9 49:24
77:16,18 78:2,3
87:12 109:6
**eye** 65:16
**eyes** 22:3,5

---

**F**

**F** 147:2
**face** 39:6
**facilities** 88:19
**fact** 36:17 95:13
96:4
**factor** 26:11 40:25
41:2 45:4,6 97:11
**factors** 122:11
**facts** 85:16 123:16
123:22
**factual** 123:5,6
**failing** 27:25
**failure** 43:20
**faint** 56:3
**fair** 51:4
**Falcone** 76:8,9,13
**falls** 87:12
**familiar** 25:8,15
57:22 120:2 121:2
121:3,8
**family** 44:23 141:7
**famous** 44:11,15
91:11
**far** 15:15 53:7
84:12
**faster** 99:6
**father** 54:16
**February** 1:15 2:2

33:8 147:22
**federal** 54:19,25
  55:5,10 93:25
  94:9 97:4 98:3,12
  100:6,21 101:13
  102:8,14,15 144:8
  145:21,23 146:4,9
  146:11
**feelings** 130:17
**felt** 113:19
**fiduciary** 75:24
**field** 104:20 137:18
**figure** 31:11
**file** 8:6 22:16,18
  29:18,21 45:17
  46:9 48:11 50:8
  72:7 82:15,17
  93:7,8
**filed** 69:21 75:14
  92:3,3,7 94:10,12
  102:9,11 125:5
**files** 31:2 45:16
  62:11
**filing** 91:14,16
  92:16 102:13
**Final** 14:7
**finality** 50:10
**finally** 137:6
**financial** 15:4
  28:17 43:23 88:25
  112:14,22
**financials** 15:6
**find** 19:3 28:13,14
  28:22 40:11
**fine** 19:24 46:20
  47:4 97:8,13
  103:13,23 142:10
**firm** 3:12,23
  129:16
**first** 7:5 11:25 12:2
  17:9 61:13 65:24
  74:15 102:8 106:5
  109:17,18 116:18
  121:21 132:4
  138:21 139:9
**FirstEnergy** 64:7
**fit** 137:9

**five** 34:20 93:15
  95:14 96:5,7
  103:24 121:5,10
**flag** 40:23
**floor** 129:20 130:3
  132:14
**flowing** 29:9
**follow** 63:3
**follow-up** 134:4
  138:19 139:22
  142:10
**following** 107:7
**follows** 4:17 93:21
  104:5
**foreshadowing**
  19:8
**form** 36:14 73:15
  74:23 79:20 94:12
  145:7,9
**formal** 44:2
**formed** 27:9
**former** 57:10,24
**formerly** 6:24
**forms/correspon...**
  118:11
**forth** 28:7 147:12
**forward** 61:18
**found** 21:20 124:19
  129:13
**foundational** 30:4
  78:8,10
**four** 12:2,11 14:2
  34:14,20 42:19
  121:4,10
**fourth** 12:19 13:17
  13:18
**fractured** 123:2
**frame** 49:2 111:10
**free** 84:18 122:21
**Freehold** 6:2 8:2
  137:2
**freeze** 8:12
**Friday** 1:15 113:25
**front** 48:18 49:18
  49:19 59:12
**froze** 96:2
**fulfilling** 131:12

**full** 71:25
**funds** 42:7
**further** 36:12 85:6
  111:3 119:7,8
  147:15

**G**

**G** 4:14
**Gandolfo** 33:11
  38:12 57:18 124:8
  125:2,9 126:23
  128:4 129:13
  130:4 134:5
**Gary** 7:16
**Gas** 53:6,13
**gathered** 102:17
**general** 49:8,23
**generally** 46:4
**gentleman** 7:16
  14:11 110:4
**germane** 95:19
**getting** 71:25 91:21
**give** 37:10 52:6
  62:10 93:15,15
  99:3 113:20,20
  131:2 133:18
**given** 4:12 6:9
  15:12 20:11 21:23
  22:25 73:19 96:15
  115:4 147:14
**giving** 131:12 138:5
**glasses** 63:10
**glitch** 93:17
**go** 10:3,19 16:9
  17:11 20:17,22
  26:17 28:20 31:8
  32:25 35:5 36:23
  41:11 49:17,19,20
  52:2 54:5 61:19
  64:10 65:15 67:10
  69:3,4 70:6 71:19
  74:20 77:11,19
  81:18 83:3 90:7,8
  90:9 93:3,11
  94:11 95:25 96:21
  96:24 97:14 99:6
  103:25 105:10,10

106:11 111:3
  112:2 115:23
  117:16 118:9
  119:4,7,8,12
  120:6 122:2
  123:18 128:23
  133:19,19 138:10
**goes** 92:5 121:19
**going** 12:25 23:6
  26:18 28:16 30:11
  38:9 41:15 42:15
  45:20 48:17,24
  49:7 52:9 56:9
  99:5,10 103:6,10
  105:7,14 108:16
  112:5 115:20
  121:22 122:17
  130:7 137:10
  138:3,20
**good** 5:17 8:11 17:6
  51:22,23 52:2,6
  52:20 56:14 73:4
  73:5 92:25 99:11
  137:8,22
**government** 91:12
**graduated** 135:25
**grammatical** 129:2
**granted** 132:17
**granting** 133:7
**gratuitous** 33:14,17
**GRIGORYAN**
  3:21
**group** 17:18 37:21
  59:24 76:10
  116:17 117:8
**groups** 137:4
**guess** 4:19 13:3
  14:25 22:16 23:17
  64:18 77:7 117:11
  132:15
**guessing** 73:2
**guidance** 137:18
**guidelines** 4:21
  35:12
**guy** 110:19,19
**guys** 4:19 43:13
  93:14 98:7

**H**

**H** 4:14
**hair** 61:4 62:19
  108:19
**hairdresser** 34:8
**hamstrung** 113:10
**Hanamirian** 3:12
  3:16,23 4:18 5:2
  5:16,20 16:17,24
  19:10,17 23:16,25
  24:5 30:2,14 31:4
  31:6,21 37:8,16
  41:10 45:23 46:8
  46:18,21,25 47:5
  51:24 52:3,15,19
  53:3 54:24 56:2,8
  56:14,17,18 58:7
  58:23 59:4,6
  60:21 63:24 65:6
  67:16 69:10 71:12
  72:19,21,23 73:11
  75:4 77:21 78:7
  78:16,21 79:2,3
  81:15,25 82:9
  84:7,21 85:11,23
  86:4,10,15,18,25
  87:14,15 89:17
  92:22 93:2,4,6,22
  94:5 95:24 96:24
  97:10,14,16 98:9
  98:10,23 99:7,11
  99:17 100:11
  101:2 102:24
  103:5,12,17,22
  104:6,14 107:3,18
  108:7,12,13
  109:11,12 112:3
  116:4,6 122:25
  123:10,14,20
  124:4 133:17
  134:2,17,22 135:4
  135:6 137:21
  138:2,8,11 142:9
  143:5
**hand** 147:21
**handed** 130:11,12

handled 108:23
hands 41:14
happened 11:24
   15:14 102:13
   125:12,14 126:4
   129:5 130:25
happening 51:5
   119:2
happens 96:12
hard 94:16 124:13
Hasmig 68:12 74:2
Havighorst 57:20
   61:25
head 65:23 124:3
header 75:16
headquartered
   36:18
heads 64:15
hear 8:15 52:18
   71:3,3 95:24
heard 33:15 39:22
   82:25
held 2:7 4:5 13:19
   77:14 138:12
help 6:21 131:19
helpers 138:25
helpful 19:4 37:3,3
helping 138:23
helps 45:22
hereinbefore
   147:11
hereof 148:16
hereunto 147:21
Hey 115:25
Hilde 68:22 75:24
   76:15,19 77:6,18
   78:3,5 79:5 82:2
   139:11,13
Hill 7:23 137:7
Hillman 31:25
   33:23 34:2,6
history 29:4 44:6
   45:15,18 46:10
   47:7 88:17 92:16
   102:22 104:9,17
   104:19 106:3
   110:23 118:11

119:11,11,16,17
   121:19 146:14
hold 12:20 13:19
   41:14 109:19
   110:3
holder 66:6
home 16:18 84:13
hoops 20:17
hopefully 78:11
hours 123:23
house 54:4,4,7,7
   88:7 125:18
   126:11,25 127:2
   128:5,8
Hovnanian 1:8
   6:25 14:18,22
   15:4 18:4 21:14
   26:7 33:6,16 38:3
   39:12 42:3 43:22
   44:9 47:7,20
   51:18 53:10 54:10
   59:19 63:5,9 66:5
   66:17 67:24,25
   68:12,18,22 69:17
   72:11 73:25 74:2
   75:25 76:15,19
   77:6 80:3,4,11
   81:10 82:21 83:20
   84:6 85:21 86:2
   86:22 87:16 91:5
   94:13 99:25 100:2
   100:18 101:7,21
   102:3,7 115:4
   116:14,17,23
   117:8,9 120:25
   121:5,6,7 125:4,8
   128:24 141:23
   142:4 148:7
Hovnanian's 14:10
   54:16 68:14,25
   105:24 106:4
Hovnanian-related
   35:8
Hovsat 33:9 34:25
   35:2,10 55:12,16
   55:17,18 56:19
   59:13,23 62:22,25

67:9
How's 123:16
Howell 125:20
hundreds 105:9

                I
ICS 102:22 104:9
   104:16,19,19
   106:3 146:14
ID 119:13 143:8,12
   144:2 145:3 146:3
identification 5:14
   16:23 19:16 23:22
   31:20 37:15 47:17
   53:2 54:23 60:20
   63:23 65:5,22
   67:15 69:9 71:11
   73:10 75:3 79:24
   81:14,24 82:8
   89:16 91:3 94:4
   97:7 98:6 99:16
   100:10,25 104:13
identified 17:13
   59:21 76:8 78:12
   82:14 98:17 104:8
   106:22 111:7
   121:24 130:10
identifies 75:24
   80:2
identify 117:7,9
   127:13 134:10
identifying 117:12
   118:23 134:13
identity 107:19
IDRS 90:11,12
immediately 12:3
impose 122:12
imposing 124:19,24
include 35:9
including 34:2
income 15:21 59:9
   94:21
Incorporated
   33:10
independent 9:17
independently
   13:13

indicate 102:2
   141:6
indicated 85:15
   87:24 109:18
   112:7,11 140:18
   148:15
indicates 54:13
   70:15 91:5 106:3
indicating 17:22
   33:3 64:7 91:15
indicator 35:19
individual 20:12
   21:11 80:22,24
   94:21
indulge 17:8
infamous 44:16
information 15:4
   32:10 43:17 48:3
   60:10 64:8 76:24
   79:7 83:7,16 86:7
   88:25 92:17
   112:13,14,22
   113:6,19 114:10
   114:25 116:9,11
   117:24 119:24
   120:2,18 131:23
initially 12:13
   14:17
injury 6:14
INOLE 90:24 91:2
   91:8
inquired 87:19
   88:18
inquiries 66:8,14
inquiry 53:11
inside 129:13 130:4
   130:7
instance 10:13
   21:12 56:21 94:22
   102:8,12
instruct 30:12
   41:15 49:7
instructed 29:24
instructing 87:13
instruction 30:17
   30:19
instructions 50:5

interacted 86:21
interaction 87:17
   134:4,7
interactions 124:25
   125:8
interest 42:20
   66:23
interested 147:18
interesting 73:13
internal 5:12 89:20
   90:10 111:13
   130:17 133:10
   137:17 143:10
internally 38:5
   75:11 110:2
interrelated 116:24
   117:4,5
interrupt 20:22
interrupting 55:23
interview 57:11,25
investigate 49:16
investigating 109:7
investigation 15:19
   48:21 58:13,20
   84:19 105:5
   122:24 139:4
Investigations
   29:20
involve 87:9
involved 6:13 7:17
   9:4,21 10:9 13:25
   17:14 43:8 106:7
   134:21 135:9
involves 41:19
IRA 29:2
IRS 5:9 49:9 75:10
   85:19 92:15
   104:21 108:22
   127:18
is/was 80:5
issue 12:9 13:3 14:4
   30:5 82:22 109:8
   114:20,21,22
   131:10
issued 5:7 22:8
   41:17 47:12
issues 51:2

**item** 105:16
**items** 42:16 50:22

**J**

**J** 76:8
**January** 33:5 69:20
  69:23 73:17
**JCP&L** 64:18
**Jenssen** 68:22
**Jerry** 31:25
**Jersey** 1:2 2:4 3:15
  6:2 21:17 47:23
  53:6,12 65:11
  94:15 135:21
jmh@hanamiria...
  3:17
**job** 1:25 137:8
**John** 3:16 23:23
  45:22 52:12 95:22
  95:23 99:2 103:11
**jokes** 26:23
**judgment** 11:22
  43:14
**July** 108:15
**juncture** 50:6
  51:12
**jurat** 71:22
**JUSTICE** 3:4

**K**

**Karen** 33:10 57:18
  125:2,9 126:23
  128:4 129:13,19
  130:4 131:13,19
  132:11 134:5
**Katz** 40:16
**keep** 98:24 108:18
  108:18 111:2
**keeping** 56:10
**key** 95:7
**kid** 142:5
**kind** 20:17 40:23
  58:10 62:16 93:24
  103:2 104:25
  124:12 140:11,22
**knew** 39:18 117:11
  117:15

**knock** 127:12,17
**knocked** 84:5 127:4
  128:12 129:6
**know** 4:22 9:11,24
  9:24 10:5 11:12
  12:24 15:20 18:10
  20:10 22:10,11,14
  27:21 28:14,15
  29:8,17,19 32:2
  34:13 35:2,16
  36:22 37:19 38:16
  39:9,15,19 40:10
  42:25 43:4,6 44:7
  44:9,17 45:8 48:6
  48:16 50:12,25
  51:7 53:20 54:2
  54:14 57:8,21
  59:10 60:25 62:13
  65:9 66:19,19
  67:19 68:11,13,23
  69:14 70:25 71:16
  73:14,20 75:5,21
  76:6 77:3,19,22
  78:2,4,10 80:4,8
  80:10,12 82:18
  89:23 93:14 96:10
  102:24 106:2
  107:11,16 110:16
  111:11,15 115:12
  115:13 116:20
  117:21 121:18
  124:9,17 130:18
  130:19 132:3
  135:16 141:2
**knowing** 142:4
**knowledge** 9:16
  10:10 13:8 43:11
  46:3 58:18 85:17
**known** 74:11
**knows** 69:24
**Kunofsky** 3:8 4:25
  5:4 8:17 23:23
  29:15,23 30:10,20
  38:10 41:12 45:20
  46:7,13,20,24
  47:3 49:6 52:6
  93:23 95:21 97:8

97:12 98:7 99:2,9
  103:4,10,15
  115:25 125:6
  134:24 142:11

**L**

**L** 3:20 4:14,14,14
**L.P** 39:10,20 42:3
**labeled** 56:13
**Landing** 135:21
**landlord** 33:22,23
  62:3,14
**landlord's** 61:12
**large** 114:5,5
**late** 136:19
**Laurie** 107:7
**Lavin** 61:4 62:9
**LAW** 3:12,23
**laws** 110:12
**lawsuit** 109:9
**lawyer** 28:17 29:7
  71:2
**learned** 16:13
**lease** 32:21 33:4
  62:13
**leases** 36:25
**left** 65:23 114:19
  115:23 128:13
**left-hand** 65:22
  73:16 91:8
**legal** 39:21 74:5
  101:18 111:24
  123:6 131:7,10
  132:23 140:6
**let's** 31:8 60:15
  63:18 64:23 66:6
  67:10 69:3,4
  73:18 85:3 96:21
  103:24 105:10
**letter** 14:7,8 17:21
  32:6 37:23 54:12
  55:5 60:23 61:3
  61:21,22,23 64:6
  64:8 65:10 81:9
  81:11,17,21 82:2
  82:10,11 145:12
  145:14

**letters** 14:7 80:14
  81:3 82:4 145:16
**level** 106:8 124:21
**levies** 118:20
**levy** 41:3,7,17,24
  42:4 118:12,14,15
  118:16
**liabilities** 14:16
  85:20,24,25 94:19
  94:20,24 98:17,18
  101:22,25 109:8
  125:3
**liability** 28:5 42:19
  42:23 43:4 85:8
  86:8,12,24 87:10
  87:18 89:4 94:13
  96:21 98:16
  104:23 106:8
  114:22
**license** 59:7
**lien** 18:23 25:20,22
  26:14 27:11 28:8
  36:16 45:5 48:11
  48:23 50:8 66:12
  94:2,10 95:9
  96:16,18 97:5
  98:4,12 99:23
  100:7,13,22 101:5
  101:14,23 102:8
  102:15,16 121:14
  122:13 123:7
  145:21,23 146:4,9
  146:11
**liens** 96:20 101:15
  101:20,24 102:11
  102:20
**life** 75:21
**limited** 84:10
  110:14
**limiting** 112:25
**line** 42:16 52:10
  57:6 65:24 71:21
  85:9 105:16
  114:12 149:3,6,9
  149:12,15,18,21
  150:3,6,9,12,15
  150:18,21

**lines** 140:12
**link** 51:16
**listed** 80:6,15 94:24
**literally** 105:9
**litigation** 9:19
  12:20 13:19
  109:19 110:3
  115:10 122:14
  125:4,5 128:19,21
  139:19
**little** 26:23 40:17
  56:2 67:3,10 87:5
  93:3 99:10 105:19
  111:10 113:9,10
  113:21 134:3
  136:4
**lived** 87:20 88:6
**living** 88:19 139:14
**LLC** 31:25
**location** 21:10,16
  35:23 36:19 129:2
**locations** 125:18
**locked** 132:12
**long** 87:8 119:10
  135:12 138:20
**longer** 76:21
  139:14
**look** 16:15 25:8
  34:12 64:15 67:18
  67:18 70:21 95:18
  96:9 115:15
  130:19
**looked** 29:21 34:14
**looking** 20:3 39:3
  50:15 56:21,23
  60:22 63:12,12
  110:12
**looks** 26:20 40:16
  57:6 61:20 62:23
  63:2,7 69:21
  73:12,15 75:9,12
  75:14 94:14,17
  104:16 118:22
**loose** 92:21
**lose** 19:11
**lost** 37:9 75:21
  95:22

**lot** 31:10 51:7,8
  75:20 105:8
  116:24 117:3
**lower-graded**
  139:5

**M**

**M** 1:24 2:9 3:2 4:14
  4:14 147:7,24
**Mac** 63:12,13
**MacGillivray** 1:14
  2:7 4:1 5:1,9,22
  6:1,3 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1

112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
  121:1 122:1,21
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1,15 139:1
  140:1 141:1 142:1
  142:20 143:4
  147:10 148:21
  149:24 150:25
**MacGillivray's** 5:6
**mail** 20:11 21:15
  21:22 22:23,24
  80:17,19
**mailed** 80:19
**mailing** 21:16
**main** 3:14 54:3
**maintained** 55:13
**major** 70:23
**making** 73:3
**Mall** 32:2,7 55:19
  56:25 60:24 61:5
  64:19 74:11,12
  87:25 88:20
  125:19 129:3
  140:14 141:15
**man** 43:14
**manage** 105:20
**manager** 136:21,24
  137:4,6
**Manahawkin** 2:4
**manuals** 137:18
**March** 113:25
**marked** 5:13 16:21
  19:15 23:20 31:18
  37:13 47:15 52:24
  54:22 60:18 63:21
  65:3 67:14 69:7
  71:9 73:9 74:25
  79:22 81:12,22
  82:6 89:14 94:3
  97:6 98:5 99:14
  100:8,23 104:12

**marriage** 147:17
**matter** 6:12,23 7:3
  13:22 14:19 31:2
  31:12 35:21 38:3
  42:21 47:19 58:20
  108:24 112:11
  147:19 148:12
**matters** 11:12
  30:21 31:10
**Mays** 135:20
**McCann** 59:24
**mean** 9:16 10:8
  21:4 26:16 28:15
  32:13 42:20 48:21
  66:25 70:12 72:6
  77:2 84:7,22
  104:18 105:8
  107:13,14,18
  112:22 113:8
  114:21 118:5
  132:10 134:3
  137:15 140:6,7
**meaning** 53:24
  68:5 70:17 71:4
  72:4
**means** 29:6 110:2
**medical** 17:17,24
  17:25 18:4,7,11
  34:7
**meet** 33:25 34:4
**meeting** 124:12
**members** 141:8
**membership** 57:15
**memo** 45:25 58:9
**memorandum** 4:20
  5:13 84:24 143:10
**memory** 27:24
  88:17
**mentioned** 122:20
  138:21 139:16
  140:12
**met** 34:6 139:9
**methods** 49:9
**Michael** 1:14 2:6
  5:22 142:20 143:4
  147:10 148:21
  149:24 150:25

**middle** 7:6
**Middletown** 21:17
  24:7 25:2 26:22
  67:24
**Mike** 19:21,23 38:2
  41:15 51:21 53:5
  65:8 72:24 79:4
  80:9 84:10,17
  85:3,15 87:21
  89:23 93:24 96:3
  98:11 99:19 101:4
  104:7 105:17
  109:13 115:25
  127:8 135:9
  137:24
**million** 115:11
**millions** 42:25
**mind** 35:19 36:9,10
  36:19 124:6 138:5
**minds** 21:6
**minor** 88:3
**minutes** 16:14
  93:16 103:24
  133:18,20 138:5
**mismarked** 24:3
**mistake** 110:9
**MM** 23:6
**MM001** 93:23
**MM04** 67:11
**MM07** 71:6,20
**MM1** 93:5 97:25
  98:16 101:12
  102:9
**MM11** 81:9
**MM12** 81:20
**MM13** 89:18,19
**MM15** 73:12
**MM17** 16:16,18
**MM19** 19:9
**MM2** 96:25 97:17
  97:25
**MM21** 37:6,7
**MM23** 60:23 63:8
**MM26** 99:18
**MM27** 100:4
**MM3** 98:2,8
**MM30** 56:13 59:12

**MM31** 63:25
**MM35** 65:7
**MM47** 102:21,23
  104:8
**MM5** 69:4
**MM8** 74:22
**MM9** 79:19
**moment** 77:9
**monies** 29:9
**Monmouth** 94:15
**month-to-month**
  33:4
**Moorsetown** 3:15
**Morgan** 37:23 41:4
  42:4
**morning** 128:4
**mother** 68:15,16
**mouse** 116:2
**move** 60:15 73:4
**movies** 26:5
**Moving** 31:13
  106:21
**multiple** 35:7,22
  36:17 96:14 97:22
  139:25
**municipal** 18:12,14
**mute** 41:9 52:10
  133:19

**N**

**N** 3:2,20 143:2
**name** 4:2 5:21 27:2
  34:9 39:5,21 44:9
  44:11 54:10 57:22
  57:23 65:24,25
  72:10
**named** 7:16,18
  14:11 34:8 114:11
  114:17
**napkin** 42:22
**narrative** 51:7
  114:13
**Nasky** 107:7
**Natural** 53:6,13
**nature** 62:15
  137:20
**Navesink** 21:15

53:13,18,18 65:14
68:8 83:24 86:22
87:23 88:4 125:18
139:10 141:5
**necessarily** 50:16
**necessary** 122:4
**need** 5:17 6:20
19:21 30:25 36:22
36:23 51:21 52:4
71:19 92:23,24
122:4
**needed** 112:9 113:2
137:4
**neither** 44:19
**never** 18:9 33:15
**New** 1:2 2:4,10
3:15 4:3 6:2
21:17 47:23 53:5
53:12 65:11 94:15
135:21 147:3,5,8
**nice** 73:15
**night** 4:18
**Nina** 105:25 106:2
117:9,15,20,22
**noise** 73:3
**nominee** 18:23
26:13,13 27:11
28:8 36:16 41:3,7
41:24 45:5 48:11
48:23 50:8 51:3
66:12 99:23,25
100:13,17 101:5,6
101:15,24 102:11
102:16,20 118:16
121:14 122:12
123:7
**nominees** 50:3
102:2
**non-collectible**
13:9
**nonevent** 36:7
**normal** 50:13 51:10
**Northwest** 3:6
**notary** 2:9 4:4,16
71:22 147:7
148:24
**noted** 142:13

**notice** 90:15 93:25
94:9 97:4 98:3
100:6,21 102:15
118:12,14,15
125:7,13,16
126:10 145:21,23
146:4,9,11
**Notices** 101:13
102:7,14
**notions** 44:22
**number** 16:15
25:14 35:16 65:7
91:4 92:17 96:25
107:24 119:14,17
**numbered** 84:25
**numbers** 37:10
**numerous** 139:17

---

**O**

**O** 3:2,20
**oath** 124:14 138:16
148:18
**object** 45:21 77:16
77:25 122:18
**objecting** 29:23
**objection** 5:3 30:25
72:17 82:16,24
87:7 101:17
106:25 111:23
131:6 132:22
**objective** 21:3,7
48:15 53:7
**obligation** 111:11
122:9
**obligations** 111:14
**obtain** 59:17
**obtained** 76:4
78:13
**obtaining** 43:17,18
**obvious** 21:4
**obviously** 6:23
31:12 32:20 76:18
77:2 83:12 107:23
117:10,14 121:20
125:2
**occasion** 6:11 79:13
127:4,6 128:2

**occasions** 96:13
126:22 128:16
**occur** 104:22
**occurred** 105:4
125:9
**occurs** 96:15
**Ocean** 136:25
**October** 81:9
**offer** 4:23,24
148:17
**office** 5:8,11 7:21
7:23 8:2 16:4
20:8 25:2 34:13
34:16,19 35:7
41:8 46:5 102:18
107:8 129:9,12,16
129:22 130:5
132:16 143:10
**officer** 7:4,7 8:9,23
10:21 15:23 17:13
37:20 64:2 134:10
135:20,23 136:5
136:18 137:11,12
**officer's** 20:25
**officers** 7:9 8:24
10:16 11:7 58:4
138:23 139:6
**offices** 34:8
**oh** 9:2 11:9 13:12
13:16 41:10 42:10
51:21 88:6 103:22
124:4 135:22
136:11 137:5
**OIC** 114:4
**okay** 6:20 7:14,19
7:24 8:3,10,18 9:2
9:3,6,14,22,22
10:12,22 11:9,9
11:16,16 12:12,12
12:23 13:16,16,23
13:23 14:9,20,24
15:8 16:2,2 17:6,7
17:9 18:16,18
19:2,7,7 20:5,9,13
21:18,24 22:6,14
22:19,19 23:5,5
24:13,13,24,24

25:18,19 26:8
27:5,19 28:2,2
29:12,16 30:2,19
31:4,5 32:12 33:7
34:10,18,24 36:6
36:21 37:6,25
38:7,24 39:8,14
39:17 40:4,7,14
40:14 41:25,25
42:6,9,9,13,13,17
43:2 44:20 45:2,2
45:11,11,14 46:13
47:5,9,25 50:9,11
51:19,19 52:15
53:4,15,23 54:17
54:17 55:21 56:17
56:19 57:2 58:8
58:23 59:8 60:15
61:6 62:4,7,16,17
62:24,24 63:18
64:20,23,23 65:12
65:15 66:6,21
67:9 68:3,16 69:2
70:9,24 71:6
72:13,19,24,25
74:4,4,18 75:20
75:22 76:5,14,22
78:7,24 79:2,8,11
79:11,17 81:2,7
82:12 83:5,17,25
84:4,21 86:10,15
88:2,9,12 89:9,9
90:2,5,9,10,19,22
90:25 91:7,25
92:4,11,11,19
94:18 95:8,23
96:17 97:15 98:14
98:21 99:11 100:3
100:19 101:3,8,11
103:4,8,8 104:24
105:6,7 106:6,17
106:20 107:3,4,6
107:9 108:4,7
109:11 110:7,17
110:25,25 112:4
112:15,20,20
113:7,23 115:8,8

115:18 116:16
118:4,19,21 119:9
119:12,20 120:8
120:19,23 121:17
123:17,20 124:2,7
125:11,11,24
126:3,13,16,19
127:3,11,16,23,23
128:6,11,15,22
129:18,24 130:23
131:15,24 132:6,9
132:19 133:4,9,16
133:16,24 134:22
135:4,4,11,19,22
136:3,6,11,11,17
136:20 137:5,19
137:21,21 140:4
140:10 141:14
142:2,7
**old** 136:25
**once** 14:3 99:4
**one's** 97:18
**ones** 34:22
**open** 99:4 103:19
127:5 129:12
130:3,8 132:11
**opposed** 46:3
**option** 48:18
**oral** 85:14
**order** 23:7 55:16
82:20 142:12
**organization** 76:11
**original** 101:20
102:14
**originated** 43:4
**outcome** 147:18
**outset** 60:7
**outside** 13:14
**owed** 85:20 86:2
94:13 101:22
**owned** 6:13 27:24
29:10 39:11 66:16
140:2,6
**owner** 26:17
**owner's** 27:2
**owners** 117:7,19
**ownership** 51:2

66:23 117:4 140:6

**P**

**P** 3:2,2,20
**P.C** 3:12,23
**p.m** 1:16 2:3
113:25 142:13
**P1** 85:2,2
**Pachava** 27:2,7
69:18 72:12 75:23
79:25 100:17
121:3 141:20
**page** 16:25 17:3,11
24:25 26:19 55:14
57:5 59:11,11,12
61:13,23 63:6
64:12 71:21,21,24
74:5,6,15 84:24
84:25 85:12 89:19
89:24 91:17,18
105:13,15,15
108:14 111:3,4
113:24 114:18
115:19 116:7,11
118:9,22 119:5
120:5,20 122:2
143:3 149:3,6,9
149:12,15,18,21
150:3,6,9,12,15
150:18,21
**pages** 71:19 105:8
105:9 121:21
**paid** 18:19,20
24:19 25:22 26:16
51:17 55:18 59:22
62:14 64:17 76:7
**paper** 21:5 24:4
31:10
**papers** 82:19
**paperwork** 12:17
31:9
**Paragon** 5:25 7:20
**paragraph** 105:22
105:23 117:18
**parameters** 4:21
45:24
**paraphrase** 124:18

**parentheticals**
117:13
**Paris** 67:23 68:12
74:2 117:19 121:6
**part** 16:7 18:22
22:15 23:7 36:13
36:15 37:21 43:21
46:11 72:7 114:6
**participated** 7:7
**participation** 13:14
**particular** 13:6
23:14 38:21
**particularly** 111:20
**parties** 4:11,11
147:16
**partnerships**
110:14,15
**patience** 16:14
**Pause** 133:25
**pay** 28:5
**payable** 24:16 33:6
33:9 38:13 62:20
63:6
**paying** 48:4 51:13
53:12 62:25
**payment** 18:12,24
24:10 26:6 27:6
48:8 53:9 56:24
66:15 67:8
**penalty** 42:21
148:8,9
**Pennsylvania** 3:6
**people** 18:9 44:14
80:15 140:20
**perception** 124:23
**perfect** 78:24 87:4
138:18 141:19
**period** 11:22 12:19
13:17 94:22 97:20
98:13 110:6
**periods** 12:2 14:3,4
94:21 109:20
**perjury** 148:8,9
**permission** 26:13
48:11 50:7 102:19
**permitted** 58:17,19
86:8

**person** 4:13 25:24
79:14,16 139:10
140:20
**personal** 10:10
40:18,20 85:17
137:8
**personnel** 10:16
**persons** 60:13
**perspective** 35:11
50:14 113:17
**pertinent** 104:21
105:3 123:22
**Peter** 80:3,4,11
81:10
**phone** 77:4 79:14
**phonetic** 34:9
**physical** 39:4
**picture** 71:25
**piece** 9:21 36:16
**pile** 92:21
**placed** 12:4
**Plaintiff** 1:4 3:5
**Plaintiff's** 5:13
143:8
**plan** 29:13
**play** 121:13
**played** 36:19
**playing** 16:18
**plaza** 34:12,14
**please** 46:16 55:23
56:6 61:14 90:8
91:19
**PNC** 16:19 17:21
19:3 23:10,10
24:21 143:14
**POD** 137:2
**point** 13:22 15:18
22:23 29:22 34:7
44:4,7 58:2 67:2
72:7 77:6 82:18
82:22 102:6
110:19 114:9
131:8
**points** 85:18
**polite** 112:6
**politely** 108:8
**portions** 30:6

106:22
**Post** 20:8
**postal** 19:13 20:3,4
20:18,21,24 22:7
22:10,12 139:17
139:18,22 143:16
**potentially** 42:11
43:19 117:9
122:19
**power** 14:11 88:24
113:11,14,18
141:21
**precipitated** 72:15
**precipitating** 9:8
**preconceived** 44:22
**premises** 124:15
133:12,13
**Prep** 31:25
**prepared** 6:7
**preparer** 59:22,23
76:7
**preparers** 60:3,4
**present** 13:4 20:7
**pretty** 21:4 59:8
113:13 134:6
**previous** 119:5
**previously** 52:12
139:16
**primary** 8:8,22
**prior** 47:6 92:6
107:16
**private** 25:24
**privilege** 107:2
**privileged** 107:21
**probably** 13:10
30:17 73:18 97:2
97:10 107:15
133:22
**problem** 35:13 46:5
**problematic** 108:3
**procedural** 134:16
**procedures** 133:10
**proceedings** 93:20
104:4 133:25
**process** 6:6 9:9
10:2,17 11:18,19
14:5,5 15:15 16:4

25:16 40:24 41:18
43:9,16 45:4
48:13 50:13 57:12
80:5 105:2 107:24
108:2 122:7
125:21 128:24
131:5,9 133:2
134:13
**processed** 12:17
139:23
**produce** 62:10
**produced** 75:6
**product** 122:21
**production** 23:11
24:22 38:15 82:14
**professional** 60:4
**professionals** 60:5
60:8
**program** 137:13,15
**prohibited** 85:15
**proper** 133:8
**properties** 53:21
68:10 141:3
**property** 18:13,14
18:20 24:9 25:16
25:21 28:5 48:9
48:12 51:14 55:20
56:25 64:19 67:25
68:18 69:17 73:25
74:6,8,12 86:23
120:18 139:10
141:5,6
**propriety** 107:15
**protected** 93:8,9
122:8
**provide** 75:7 93:24
112:12 113:5
131:22 137:18
141:22
**provided** 28:19
32:8 43:23 66:15
113:18 114:10
**providers** 50:22
**provides** 91:3
**providing** 32:10
64:8 65:13 88:24
114:14,24

**provisions** 114:4
**public** 2:9 4:4,16
  49:25 132:11,15
  147:8 148:24
**publicly** 39:23 40:5
**pull** 85:3 91:19
  103:9
**pulling** 104:7
**purchased** 25:25
**purity** 107:24
**purpose** 21:13
  51:15 58:5 92:13
  133:14
**purposes** 30:4 89:3
**pursuant** 2:8 4:10
**pursuing** 28:8
**put** 13:9 52:8 78:9
  115:25

**Q**

**quarters** 114:18
**question** 29:7,25
  30:13 33:18 41:21
  45:22 46:15,17
  49:15 50:4 58:12
  78:23 80:13 83:3
  83:4 86:17 92:6
  123:2
**questioning** 23:8
  101:12
**questions** 6:5,8
  32:18 80:9 134:16
  138:4,19 140:24
**quick** 103:20
**quite** 30:11 121:20

**R**

**R** 3:2,2,20 4:14
  17:12 147:2
**Rankin** 14:12
  15:16 44:7 60:6
  111:6,6,8,18
  112:5 114:9,24
**Ranney** 38:13
**rationale** 8:4
**reach** 76:24
**read** 5:10 14:11

21:5 30:24 39:18
  46:23 63:10 94:16
  101:6 111:5,6
  148:10,12
**reading** 13:11
**ready** 90:7 138:6
**real** 18:13,21 25:16
  25:21,21 120:18
**realize** 61:18
**really** 28:25 42:24
  43:10 44:8,19
  80:8 91:17 110:16
  113:11 123:23
  127:9 128:13
**reask** 46:16
**reason** 8:6 15:12
  22:21 30:3 50:12
  65:18 85:6 106:24
  149:4,7,10,13,16
  149:19,22 150:4,7
  150:10,13,16,19
  150:22
**reasons** 107:25
  137:8
**Rebecca** 7:18,25
  127:14 129:8
**recall** 7:9 10:8
  12:11 14:12,15
  15:13 17:20 18:5
  18:25 19:6 21:19
  22:9,12,22 23:4
  24:15,20,23 25:5
  25:9 27:22 29:3
  29:11 33:24 34:5
  40:13,22 42:12,24
  44:5,8 47:6 55:8
  55:18 57:23 58:6
  59:14,16 60:2,11
  60:14 62:8,12
  66:20,22 76:2,12
  76:20 80:18 81:5
  83:6,16 88:16,22
  89:8 106:15,19
  109:16 110:24
  112:6,7 115:17
  117:23 119:17
  123:23 125:17,23

126:2,23 127:9,20
  128:10,13,17
  130:16 131:22
  132:3 134:12,14
  141:4,16,25
**receipt** 25:3 26:21
**received** 12:2,21
  15:9 21:15 25:11
  75:10 107:6
**recess** 93:19 104:3
**recognize** 37:17
  67:17 71:13 99:19
  104:15
**recollection** 39:16
  39:25 40:2 41:23
  55:12 106:10
  130:21
**record** 5:17,21,24
  26:13 30:6 33:13
  46:23 52:8 77:12
  77:14 80:24
  102:19 103:25
  104:17,21 138:10
  138:12 147:13
**recorded** 69:23
  94:14,17 99:24
  110:23 113:2
**records** 16:19
  17:23 27:18 37:24
  43:23 54:20 55:6
  56:23 66:15 92:15
  102:17 143:14
  144:8
**red** 21:16 40:23
**redacted** 30:7
  106:23 107:10,13
**redactions** 107:16
**redemption** 25:13
**reference** 105:13
**referring** 109:22
  117:12
**refers** 35:2 109:4
**reflect** 35:15 46:9
  92:2 101:25 105:3
**reflected** 45:17
  101:23 119:25
**reflecting** 95:9

101:22
**reflects** 75:20 96:16
  120:9
**refreshing** 88:17
**regular** 118:20
**relate** 68:9 90:15
  97:20
**related** 147:16
**relates** 74:9
**relationship** 55:9
  55:10
**relative** 4:20 6:23
  17:16 35:20 36:24
  42:2 45:13 80:7
  101:14
**relatively** 6:12 49:3
**released** 25:23
**remained** 12:19
**remains** 108:18
**remember** 7:11
  12:10 27:23 38:20
  42:20,22 130:15
**remind** 44:15
**Remote** 1:14 2:6
**remotely** 4:10
**remove** 57:16
**renewal** 32:23
**rent** 36:25
**rental** 32:10 33:5,9
**Renty** 108:22 109:3
  110:13
**repeat** 46:19 77:22
**repetitive** 121:24
**report** 91:18
  102:17
**Reported** 1:23
**reporter** 4:2,7 5:5
  56:11
**represent** 14:18,23
  15:3 112:10 113:4
**representatives**
  57:17
**representing** 73:24
**represents** 69:15
  69:16 116:12
**request** 16:6 20:18
  26:12 41:2,7

48:10 50:7 112:13
  139:18
**requested** 14:17
  15:5 62:12 64:9
  89:2 92:12 118:12
**requesting** 80:15
  81:4 102:19
**required** 20:19
  43:25
**requirement** 91:16
**requirements**
  91:14
**research** 116:13
  120:11,15
**resided** 87:24 88:4
  88:11
**residence** 21:10
  87:20
**residing** 87:23
**resolution** 43:24
  44:3
**respect** 13:6 48:22
  84:11 85:13 86:24
  98:15 112:21
  125:3 132:10
**respectfully** 77:3
  84:23
**respecting** 35:12
**respond** 88:21
  131:21
**response** 31:16
  32:8 33:18 37:11
  52:22 53:22 63:19
  64:25 75:7 88:14
  88:22 107:7
  112:25 143:21,23
  144:6,13,16
**responses** 33:2
  75:15
**responsive** 16:6
**responsiveness**
  111:21
**rest** 108:16 114:12
**result** 41:6 43:19
**resulted** 9:13 115:6
  115:11
**return** 43:5 59:9,16

75:13 78:14 83:7
95:5 97:22
**returns** 27:18
59:17 92:2,7
**reveal** 86:7
**revealing** 85:7
**revenue** 5:12 7:4,6
7:8 8:8,22,24
10:16,20 11:7
15:23 17:13 20:25
37:20 50:16,20
58:4 64:2 89:21
90:10 111:13
134:10 135:20,23
136:5,18 137:11
137:12,17 138:23
139:6 143:10
**reversed** 110:5
**right** 5:18 13:25
14:3 20:16 22:5
23:17 24:2,4 31:7
32:4,9,15,18 37:5
38:4 39:5 40:16
41:11 42:13 44:13
45:5 46:7,15 47:2
47:20 50:17 52:5
52:5,17,18 53:17
54:11 55:16 56:10
56:15 58:4,5,25
58:25 59:5 60:22
61:10,25 62:5
63:14,16 64:16,21
66:4,5,24 67:6
71:2 73:16,18
75:11,18 76:11
81:18 83:10,11
85:2 86:16 87:2
92:19,24 93:5,10
93:11 96:23 97:21
97:23 98:8 108:3
108:12 112:22
113:10,13 116:7
118:5 124:7 126:9
129:21 130:20
133:23 135:5,22
137:23 138:7
140:2

**River** 21:15 53:14
53:18,19 65:14
68:8 83:24 87:23
88:4 125:18
**RO** 108:21 136:15
**road** 21:15 36:13
53:14,18,19 65:14
68:8 83:24 86:22
87:23 88:5 125:19
**roadmap** 105:2
**role** 7:2 10:13,18
10:20 36:19
136:15
**room** 4:8 63:14
**Rutgers** 136:2
**Rutledge** 7:17,22
119:18

### S

**S** 3:2,20,20 67:25
69:17 73:25 91:5
**sale** 25:13,16,24
26:18
**Sarkes** 57:7,19
**sat** 6:16
**satisfied** 25:20
**save** 148:13
**saw** 58:15
**saying** 8:14,19
13:18 27:8 29:8
45:9 70:18 73:6
75:17 96:9
**says** 17:17,17 21:22
24:2 25:7,10
26:25 27:4 32:9
32:14 33:12 58:17
63:4 66:5 74:10
85:13,25 93:7
94:20 105:21,24
108:20 109:23
113:11 114:16
117:18
**scenario** 37:2
**Schonbraun** 59:23
**School** 38:13
**screen** 16:13 24:2
63:13 116:2

**script** 46:22
**scroll** 103:2 105:11
**scrolling** 111:2
115:22
**search** 28:24
**searching** 43:24
**second** 52:7 55:14
67:18 95:20
115:21 116:3
127:24 129:20
130:2,7 132:14,14
**Section** 84:14 85:10
**see** 14:22 19:19
21:14 24:6,13
31:14,23,24 38:16
38:18,19,22 44:18
48:14 49:4 54:18
55:2 56:22 61:13
62:22 64:13,14,16
65:19,25 69:11
71:20 74:15 86:20
90:4 91:8,14
92:17 93:12,16
94:6 98:7,11
103:5,9,18 105:17
105:18 109:23
110:4 113:3 119:4
119:13 130:20
133:20 134:17
**seeing** 24:20 25:5,9
29:3 44:5 50:14
59:14 62:21 76:2
76:18
**seeking** 43:16 45:4
50:24 60:9
**seeks** 48:3
**seen** 39:19
**segues** 120:17
**send** 5:4 11:23
15:24 80:14 137:3
**sense** 11:2 67:6
132:5
**sent** 4:19 14:6 16:4
22:13 80:18,23
139:17
**separate** 54:9 94:23
**sequence** 99:3

**sequencing** 8:5
118:24
**series** 38:8 42:14
42:16 48:14 64:12
74:19,21 98:22
116:8
**serve** 125:7,13,16
126:9 127:21
128:24 131:16
132:2,8 134:19
139:21
**served** 41:24,25
42:4 135:7
**server** 133:2
**service** 5:12 9:10
13:5,13 29:20
46:12 53:17 80:25
89:21 90:11
110:15 111:13
113:6 125:21
126:21 131:5
135:13 136:13
143:10
**Services** 32:2
**serving** 131:9,20
**set** 17:20 91:13
147:11,21
**setting** 28:7
**settlement** 115:11
**Shant** 1:8 6:25 18:4
21:14 24:18 26:7
27:9,13,20,24
28:12 33:15,23
35:20 38:3 39:12
42:2,19 43:12,21
44:22 45:16 46:14
47:19 48:22 51:17
53:9 54:16 59:19
60:10 66:17,18,18
67:25 68:14,18,24
69:17 72:11 79:9
79:11,12 82:10,11
82:14,21 83:20
84:5 85:20 86:2
86:21 87:16 91:5
92:9 94:13 99:24
99:25 100:17

101:7,14,14,14,21
102:3,7 105:21,24
106:4 117:12,19
120:25 125:3,8,22
125:23 126:2,10
128:24 131:16,20
132:2,8 139:9,13
139:21 140:2,7,9
141:23 142:4
148:7
**Shant's** 28:23 39:5
55:10 131:19
141:21
**shared** 16:12
**sharing** 35:17
103:16 140:13,16
**SHEET** 148:2,16
149:2 150:2
**shelter** 43:7
**shifted** 72:25
**short** 6:12 49:3
**shortcut** 28:16
**show** 89:23 90:4
120:4 141:11
**showed** 56:24
66:15 101:20
**showing** 56:7 59:11
**shown** 101:25
**shows** 91:14
**shuffle** 82:19
**shut** 103:15
**side** 10:14 49:21
115:24
**sign** 5:10
**signature** 57:6
71:21 148:20
149:24 150:24
**signed** 61:24
**significance** 26:9
67:21 70:2,23
95:12 96:4,7
141:2
**significant** 69:19
140:15
**signing** 62:2
**similar** 140:20
141:17

**simple** 35:21
**single** 68:10
**sir** 6:8,19 13:20
　15:7,11,13 17:15
　17:25 19:24 45:10
　47:18,21 74:17
　75:19 81:17 90:17
　97:24 109:14
　124:6 129:4,17
　136:14 137:25
**sister** 117:15,22
　118:2
**sit** 117:21
**sitting** 90:3
**situation** 141:18
**six** 22:4
**sixth** 105:22
**size** 63:13
**skipped** 61:18
**skipping** 140:23
**small** 29:3 45:9
　105:19 141:11
**smaller** 54:4,7
　97:18
**sociology** 136:10
**somebody** 13:3,4
　37:20 75:7 110:11
　110:13 130:19
**somewhat** 112:18
**son** 6:12 88:10
**soon** 19:12
**sorry** 8:11 10:19
　20:22 26:23 35:4
　41:11,12 44:8
　46:17 54:5 66:3
　70:6 77:21 82:19
　85:5 95:25 140:22
**sort** 16:6
**sought** 43:23
**source** 83:16 92:8
**sources** 50:15,16
　50:20
**space** 35:17
**speak** 28:18 58:17
　58:19 59:25 60:3
　60:7,12 76:9,16
　76:17 77:8 78:17

78:19 79:5,12
　80:10 83:19 88:23
　102:4 106:13
　108:25 109:9
　113:21 124:22
　130:24
**speaker** 52:17
**speaking** 27:23
　41:9 76:12 106:15
**specific** 46:2
**specifically** 23:4
　33:24 38:22 59:15
**specifics** 42:25
**speculation** 72:18
**Speedus** 39:13,15
　39:19 40:5 114:11
　115:9
**SpeedusNY.com**
　39:4,10,20 40:8
　40:10 42:3
**spoke** 33:20 44:6
　60:7 109:7 119:19
**spoken** 76:7 122:10
　122:14
**SS** 147:4
**stamp** 69:22 73:19
**standing** 70:10,11
**Stanley** 37:23 41:4
　42:5
**start** 52:14 135:16
　135:17
**started** 9:9 15:19
　109:17 120:22
**startled** 130:13,20
**starts** 105:24 114:3
**State** 2:10 4:3 5:21
　5:23 147:3,8
　148:25
**statement** 25:7
　26:25 115:16
**statements** 28:18
**States** 1:2,3 52:11
　139:14 148:5
**status** 12:5,15 13:9
　32:24 109:24
**statute** 12:16 13:3
　13:7

**stay** 45:24 58:24
　96:11
**stem** 43:3
**stemmed** 18:12
**Stephanie** 1:24 2:9
　4:3 19:11 23:17
　46:19 56:9 147:7
　147:24
**stepped** 137:7
**steps** 130:2
**stipulate** 4:11
**stop** 15:15 95:21,22
**straight** 114:12
　136:12
**Street** 3:14
**strike** 38:14 40:20
**struck** 24:21
**stuff** 15:6 59:8
　71:23 118:16
**sub-trusts** 142:5
**subject** 18:22 35:13
　86:12 87:11
　122:13
**subpoena** 2:8 53:5
　63:19 64:25 75:8
　144:13,16
**Subscribed** 142:22
　148:23
**subsequent** 22:9,11
　23:2 71:24
**subsequently** 15:2
**substance** 29:4
　127:10
**substantive** 71:24
**substitute** 136:4
**sued** 6:15
**suggested** 109:5
**suggesting** 30:16
　36:2
**suite** 5:25 36:8
**suites** 34:17,19
**sum** 68:2
**summons** 16:7,8
　31:16 32:8,14,15
　37:11 47:11,13
　48:3 49:4 52:22
　53:5 64:9 75:8

127:22 128:14,18
　128:20 130:12
　131:2 134:20
　135:7 139:21
　143:21,23 144:3,6
**summons-summ...**
　128:19
**summonses** 15:24
　48:14 50:19,20
**supervising** 10:15
**supervisor** 8:23
　11:6 139:7
**supervisory** 10:14
　10:18
**support** 19:4 29:6
**sure** 6:6 49:18 54:2
　58:24 61:15 77:23
　80:8 103:22 107:5
　117:17 126:7
　131:14 133:15
　138:8,11
**survey** 41:3
**sworn** 4:9,13,16
　142:22 147:12
　148:23
**SY001289** 148:3
**system** 75:6,13
　89:21 90:11,12
　104:20 113:15
**systemic** 118:11

―――――

**T**

**T** 3:2,20 147:2,2
**tabs** 103:11
**take** 8:5 18:8 52:10
　67:18 103:24
　108:9 115:20
　126:5 138:20
**taken** 93:19 104:3
　148:11
**talk** 49:21,22 57:11
　59:20 77:6 83:18
　86:11 87:10
　110:20
**talked** 23:9,10
　24:11 26:19
　140:25

**talking** 24:10 58:3
　58:9 66:25 67:5,6
　115:9 118:17,23
**task** 131:12
**taught** 136:4
**tax** 7:3 9:13 10:2,5
　11:21 12:20 13:21
　18:14,20 24:9
　25:3,13,15,20,21
　25:24 27:18 28:5
　28:17 31:25 42:20
　43:5,9 45:15
　46:10 59:9 60:4
　78:13 83:7 85:7
　85:20,24,25 86:7
　86:24 87:9,17
　94:2,9,19,21 95:4
　95:4,11 96:15,21
　97:5,20 98:4,12
　98:13,16,18 100:7
　100:22 101:14
　102:8,14,15
　104:23 106:8
　109:8 110:12
　114:21 145:21,23
　146:4,9,11
**taxes** 18:13 25:7
　26:25
**taxpayer** 84:12
　90:13 113:12
　114:10 133:14
**taxpayer's** 114:16
　133:12
**team** 11:4,5 58:11
　76:17
**technical** 52:13
　93:17
**techniques** 49:9,23
　50:2
**TEFRA** 108:23
　110:9,10
**tell** 7:15 18:8 29:18
　41:16 63:4 64:4
　74:8 90:6 108:8
　116:10 119:2
　122:5
**telling** 117:25

**tenant** 32:6 61:21
  129:16 132:18,20
  133:6
**tenant's** 129:15
  133:13
**tenants** 18:7 33:21
  34:2 66:9
**terrible** 128:25
**test** 18:9 65:16
**testified** 4:17
  139:24 140:15
**testify** 78:5 84:18
  84:20 85:16
  109:10 122:22
  130:17
**testifying** 102:5
**testimonial** 5:7
**testimony** 4:12
  147:13
**thank** 17:7 19:12
  19:25,25 51:19
  52:20 56:16 59:2
  61:16 78:25 87:4
  103:13,17,18
  108:5,11 112:4
  116:5 123:12
  124:7 133:24
  137:23,25 138:9
  138:18 139:8
  141:19 142:8
**Thanks** 142:10
**thin** 85:9
**thing** 53:5 58:25
  63:25 65:19 71:2
  79:25 97:3 140:25
**things** 62:14 137:20
**think** 5:16 18:20
  22:18 23:25 24:3
  27:22 33:13 34:9
  35:24 38:10 40:19
  43:12 45:13 46:5
  46:14,18 47:3,4
  71:3 88:13,18
  94:14 95:22
  105:20 107:14
  109:15 111:24
  112:16 120:21

**122:3,18 123:24**
  131:4,11 134:24
**thinking** 68:6
**third-party** 50:22
**thought** 61:17
  82:24
**three** 7:8 11:5 58:4
  94:23 95:10
  114:18 121:4,9,10
**tie-in** 53:8
**tilt** 64:15 65:23
**time** 8:23 13:5,21
  17:9 18:8 21:25
  40:6 49:2 50:24
  73:5 75:21 80:2
  82:23 113:21
  115:13 116:18
  124:23 136:13,22
  137:2,24 142:13
**times** 126:17
**titled** 69:11
**today** 6:7,23 86:9
  122:10 138:22
**told** 68:7 88:3,8
**tool** 21:9
**top** 84:25 85:12
**total** 42:18,23
**Tower** 105:25
  106:2
**Township** 24:7
  25:2,23 26:22
**TP** 117:13
**tracer** 19:13 20:4
  20:18,21,24 21:8
  22:8 139:22
  143:16
**tracers** 22:10,12
  23:2 139:17,19
**track** 19:12 37:9
  56:10
**traded** 39:23 40:5
**transactions** 42:16
**transcript** 13:10,11
  102:22,22 104:10
  121:19 142:12
  146:14 148:10
**transfer** 69:16 70:7

**73:24 74:13**
**transferred** 67:24
  141:7
**transfers** 68:17
**translates** 31:14
**transpired** 10:11
**trial** 135:2
**trick** 55:15
**Troichuk** 7:18,25
  17:12 38:18 64:3
  127:14 129:8
**trouble** 62:21 63:14
**true** 147:13 148:13
**trust** 27:2,8 28:6
  66:12,13 68:2,19
  69:18,18 71:7,15
  72:10,11,12 74:3
  74:14 75:23 80:2
  80:16,21 81:5
  91:4 92:10,15
  99:25 100:17
  101:6,10 120:25
  121:3,6,6,7,14
  141:23,23 142:4
  144:23
**trustee** 68:21 74:19
  78:12 80:3,7
  82:15,18,21 83:10
  83:14 91:6 92:7
  92:10
**trustees** 80:15
  141:20
**trusts** 6:24 82:22
  118:24 120:22,24
  122:13 125:22
**truthfulness**
  111:15
**try** 31:11 48:16
  60:12 76:23,24
  97:2 102:25
  128:23 131:16,25
**trying** 27:22 45:24
  46:2,6 51:12
  56:20 65:20 82:20
  90:20 91:20 123:3
  123:11,15
**TURFRA** 110:8

**turn** 17:3 63:10
  115:21
**turned** 115:5
**turning** 16:25
**two** 6:24,25 7:12
  10:15,16 12:2,3
  12:13 34:7 40:3
  53:17,20,21 58:15
  82:22 89:7 95:19
  95:20 101:16
  125:17 126:22
**type** 24:17 43:6
**types** 90:13
**typically** 16:8

_____
U
_____
**U.S** 3:4
**ultimately** 126:20
**unable** 139:20
**unbelievable** 8:20
**uncovered** 29:2
**underlie** 98:19
  125:4
**underlying** 7:3
  9:23 51:2 89:4
  114:21 123:7
**underneath** 37:24
  39:5
**understand** 10:25
  11:3,14 30:15,18
  41:22 72:4 77:23
  85:12 114:20
  123:4 126:7
  138:16
**understanding**
  26:2 27:14,16
  35:4,6 54:15 57:9
  92:9 114:23 115:3
  115:7 148:17
**Understood** 67:4
  87:14 90:17 115:2
**Union** 54:20,25
  55:5,11 144:8
**unit** 32:11 132:14
**United** 1:2,3 52:11
  139:14 148:5
**unobstructed**

**129:25**
**unprecedented**
  112:19
**unstable** 8:19
**unsure** 14:18
**unusual** 112:18
**update** 137:17
**upside-down** 94:16
**upstairs** 129:12
**USAPROD-0000...**
  104:11 146:14
**USAPROD-0003...**
  67:13 144:19
**USAPROD-0003...**
  104:11 146:15
**USAPROD-0003...**
  94:2 145:21
**USAPROD-0003...**
  97:5 145:23
**USAPROD-0003...**
  98:4 146:5
**USAPROD-0003...**
  67:13 144:19
**USAPROD-0003...**
  69:6 144:21
**USAPROD-0003...**
  79:22 145:10
**USAPROD-0003...**
  69:7 144:22
**USAPROD-0003...**
  99:13 146:7
**USAPROD-0003...**
  99:14 146:7
**USAPROD-0003...**
  71:8 144:24
**USAPROD-0003...**
  71:9 144:24
**USAPROD-0003...**
  74:24 145:7
**USAPROD-0003...**
  74:25 145:8
**USAPROD-0003...**
  79:21 145:10
**USAPROD-0004...**
  81:12 145:12
**USAPROD-0004...**
  81:22 145:14

USAPROD-0004...
89:13 145:19
USAPROD-0004...
89:14 145:19
USAPROD-0004...
82:5 145:16
USAPROD-0004...
82:6 145:17
USAPROD-0004...
73:8 145:5
USAPROD-0004...
73:8 145:5
USAPROD-0004...
16:20 143:14
USAPROD-0005...
16:21 143:15
USAPROD-0005...
19:14 143:17
USAPROD-0005...
23:19 143:19
USAPROD-0005...
23:20 143:19
USAPROD-0005...
37:12 143:24
USAPROD-0005...
37:13 143:24
USAPROD-0005...
52:23 144:6
USAPROD-0006...
52:24 144:7
USAPROD-0006...
65:2 144:16
USAPROD-0006...
65:3 144:17
USAPROD-0007...
60:17 144:11
USAPROD-0007...
60:18 144:12
USAPROD-0007...
31:17 143:21
USAPROD-0008...
31:18 143:22
USAPROD-0008...
54:21 144:9
USAPROD-0008...
54:21 144:9
USAPROD-0008...

47:14 144:4
USAPROD-0009...
47:15 144:4
USAPROD-0009...
63:20 144:14
USAPROD-0009...
63:21 144:14
USAPROD-0010...
100:7 146:9
USAPROD-0010...
100:8 146:10
USAPROD-0010...
100:22 146:12
USAPROD-0010...
100:23 146:12
usually 26:24
utilities 50:21 66:9
66:16 67:7

V

v 1:7 4:14 63:5,9,15
Vague 45:21
Vahak 33:6 54:10
54:14 63:15 66:5
73:25 74:14 88:10
117:19 121:5
Valdez 114:17,19
115:4
various 23:18
60:16 66:9 90:12
111:13 116:13
143:18 144:11
vehicle 6:14
veracity 111:16
verify 74:21
videoconferencing
2:8 4:6
view 114:5
Village 32:2,7
55:19 56:25 60:24
61:5 64:19 74:11
74:12 87:25 88:20
125:19 129:3
140:14 141:15
Viro 34:9
visible 29:6
visit 83:22 84:3,11

visited 124:15
voila 81:8
vs 116:17 117:8
148:6
VSH 101:6
VSHPHH 74:3,14
91:4 101:10

W

wait 29:14 125:2
waiver 49:13
walk 85:8
want 4:23 10:24
11:14 23:13 28:25
31:11 48:6 49:13
49:14 51:9 58:24
65:19 74:20 77:11
77:19,23 78:2,4
86:20 90:7 91:22
93:16 98:23 99:2
102:6,25 107:5,17
107:22,25 115:21
119:7 121:25
122:3 131:18
133:19 142:11
wanted 4:24 14:21
17:10 65:18 112:8
119:21
wants 5:9
Washington 3:7
wasn't 9:15,16 10:9
45:3,6 107:12
137:8
water 47:24 48:4
50:21 51:25 65:11
way 5:25 7:21 17:9
30:23 39:22 44:23
61:8 99:6 114:18
142:3 147:18
ways 43:17,18 93:3
we'll 5:4 79:19
105:10,12 111:3
142:11
we're 6:22 49:3
58:9 60:22 66:25
67:6 73:2,6
103:13 105:11

116:18 121:2,3
123:24 133:22
140:22
we've 123:21,22
week 124:10
went 8:6 10:2,4
36:25 61:8 66:8
126:9,11 128:5,8
129:7,8,11,11,15
130:2,3
weren't 28:19
whereabouts
131:19
WHEREOF
147:20
Whoa 65:17
WIC 115:10,12
wife 74:14 106:5
William 111:6
withdraw 72:21
witness 4:7,9,13,15
41:22 83:5 87:13
92:25 103:20
137:25 143:3
147:11,14,20
witnessing 71:23
woman 7:17 34:8
word 45:21
words 71:3 124:16
124:18
work 8:25 58:22
122:20
worked 7:9
working 136:25
works 134:18
world 43:13 107:19
worth 134:25
wouldn't 93:9
127:5
write 119:11
writing 61:7,8,9
83:13
written 37:19
102:18 119:18
wrong 43:6 61:8

X

X 143:2

Y

Y 4:14
yeah 9:20 11:11,13
11:15,15 15:2
18:15,17 22:9
34:16,22 39:16
43:8 61:13,20
62:6,6 66:25
72:25 83:15,15
89:8 110:16 119:8
120:15 126:11
129:22
year 13:6 95:4,11
96:15
years 12:7,8,9,11
12:14 42:19 43:5
50:14 95:14 96:5
96:8 135:14
yield 66:10
York 2:10 4:3
147:3,5,8
Yup 99:7

Z

Zargis 17:17,24,25
18:3,7,11,19,20
18:25 24:16 25:22
26:15 27:7,13,20
27:24
ZNQ 1:6
zoom 2:7 99:10

0

07728 6:2
08057 3:15

1

1 5:14 16:22 68:2
73:17 89:19 96:23
143:9,13
10 63:22 111:3
113:24 138:5
144:13
10-minute 6:15
100 146:8,11

**104** 146:13
**1040** 94:12,20
**1041** 74:23 75:23
  79:20,25 91:15
  145:7,9
**1041s** 74:21 82:13
  82:17
**1058** 14:7
**11** 65:4 144:15
**11/26/13** 118:10
**1120** 59:12
**12** 67:14 81:9
  144:18
**12/31/02** 94:23
**12:03** 1:16 2:3
**12:52** 113:25
**1289** 1:25
**13** 69:8 144:20
**138** 143:6
**14** 71:10 144:23
**15** 73:9 74:7 145:4
**15th** 147:21
**16** 22:4 75:2 143:13
  145:6
**17** 16:15 62:19
  79:23 145:9
**18** 81:13 145:11
**18-15099** 1:6
**19** 23:7 81:23
  143:16 145:13
**1991** 135:18

---

**2**

**2** 5:25 19:15 24:25
  26:19 61:23 64:12
  71:19,21 74:6
  84:24,25,25 85:12
  89:24 90:4 91:17
  91:18 93:12 96:25
  98:16 101:13
  102:9 105:15,22
  143:16
**2.8** 115:11
**2:58** 142:13
**20** 23:25 24:2,25
  59:11 82:7 145:15
  148:23

**200** 121:21
**2001** 137:10
**2002** 94:12 95:11
**2003** 98:13
**2004** 97:21
**2005** 62:5
**2007** 97:21
**2011** 69:24
**2012** 69:23,25
**2013** 74:23 75:22
  102:10,10 108:15
  145:7
**2014** 79:20 94:17
  102:10 145:9
**2015** 73:19
**2016** 22:2 64:21
  81:9
**2017** 17:12 33:5,8
  49:3
**2018** 102:11 113:25
**2019** 137:13
**2020** 142:24
**2021** 1:15 2:2
  147:22
**20530** 3:7
**21** 89:15 145:18
**2105** 73:17
**22** 17:11 94:3
  115:19 116:7
  145:20
**23** 97:6 143:18
  145:22
**230** 111:14
**24** 31:13,14 98:5
  146:4
**25** 99:15 146:6
**26** 99:7,10,18 100:9
  100:15 146:8
**27** 99:7 100:24
  146:11
**28** 99:8 100:20
  104:12 118:9
  146:13

---

**3**

**3** 23:21 57:5 71:19
  71:21 98:16

  101:13 102:9
  105:15 143:18
**30** 54:18 113:25
  135:14
**31** 143:20
**319,349.49** 24:8
  25:12
**32** 50:14
**35** 65:7
**3529** 119:17
**37** 143:23

---

**4**

**4** 5:25 31:19 69:23
  94:17 99:5 143:20
**40** 3:14 16:13
**41,000** 38:13
**433** 15:6 28:17
**47** 105:12,14
  115:19 144:3

---

**5**

**5** 1:15 2:2 37:10,14
  99:5 108:14 143:5
  143:9,23
**52** 144:5
**520** 21:15 53:13,17
  54:6 65:14 68:8,9
  83:24 86:22 87:23
  88:4 125:18
  126:11,12,23
  132:8 139:10
  141:5
**520B** 53:18 54:7
  68:8
**54** 144:8
**57** 120:6
**58** 118:22

---

**6**

**6** 47:16 99:5 144:3
**60** 144:10
**61** 84:14
**6103** 77:16,25
  84:15 85:10 87:8
  87:12
**63** 144:13

**64** 144:15
**668A** 118:12,13
**67** 144:18
**69** 144:20

---

**7**

**7** 52:25 71:20 144:5
**700** 62:24
**71** 144:23
**72** 109:24
**73** 145:4
**74** 145:6
**79** 145:9

---

**8**

**8** 54:22 56:12 63:8
  108:15 144:8
**81** 145:11,13
**82** 145:15
**89** 145:18

---

**9**

**9** 60:19 111:4
  144:10
**90s** 136:19
**93** 145:20
**950** 3:6
**97** 145:22
**98** 146:4
**99** 146:6