IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

               -against-           Case No.
                                        18-cv-15099

SHANT HOVNANIAN et al.,

                    Defendants.

-------------------------------------x


Remote Deposition of KAREN GANDOLFO


Thursday, January 28, 2021


Reported by:

Joseph Danyo V

Job No.: 1192

Page 2

1

2                                    January 28, 2021
                                     10:08 a.m.
3

4

5              Remote Deposition of KAREN GANDOLFO taken

6       via Zoom before Joseph Danyo V, a Shorthand Reporter

7       and Notary Public within and for the State of New

8       York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2       A P P E A R A N C E S :

3

4       U.S. DEPARTMENT OF JUSTICE
        Trial Attorneys, Tax Division
5           Post Office Box 227
            Washington, D.C. 20044
6           (202)353-9187
        By:   ARI KUNOFSKY, ESQ.
7           Ari.D.Kunofsky@usdoj.gov
            CATRIONA M. COPPLER, ESQ.
8           Catriona.M.Coppler@usdoj.gov

9

        HANAMIRIAN LAW FIRM P.C.
10      Attorneys for Nina Hovnanian
            40 Main Street
11          Moorestown, New Jersey 08057
        By:   JOHN HANAMIRIAN, ESQ
12          jmh@hanamirian.com

13

        Also Present:
15
            ELZA GRIGORYAN
16

17

18

19

20

21

22

23

24

25

```
                              Gandolfo
 1
 2      K A R E N   G A N D O L F O, having been first
 3      duly sworn by Joseph Danyo V, a Notary Public, was
 4      examined and testified as follows:
 5      EXAMINATION BY MR. KUNOFSKY:
 6            Q.   Good morning, Ms. Gandolfo.  My name
 7      is Ari Kunofsky, and I represent the United
 8      States in the matter of United States versus
 9      Shant Hovnanian.  We're taking today's deposition
10      by electronic means.  We've previously obtained
11      your consent to take this deposition remotely
12      before you were represented.
13                 MR. KUNOFSKY:  Before we get started,
14            I'd just like to ask does anyone at this
15            deposition have any objection to this
16            deposition going forward by electronic
17            means?
18                 MR. HANAMIRIAN:  No.
19                 MR. KUNOFSKY:  Okay.
20            Q.   Ms. Gandolfo, do you have counsel
21      present?
22            A.   Do I have what?
23            Q.   A lawyer present with you?
24            A.   Yes.
25            Q.   Okay.  Who is the lawyer present with
```

                              Gandolfo

1

2        you?

3                    MR. HANAMIRIAN:  It's me, and I'm

4               turning up her volume.  There you go.

5               A.   John.

6                    MR. HANAMIRIAN:  Hanamirian.

7               A.   Hanamirian.

8               Q.   Okay, and --

9                    MR. KUNOFSKY:  John, do you want to

10              make your appearance on the record?

11                   MR. HANAMIRIAN:  Yes.  John

12              Hanamirian appearing on behalf of Karen

13              Gandolfo, the witness in this matter.  We

14              also have Elza Grigoryan is in the room,

15              just so you know.

16                   MR. KUNOFSKY:  Can we please have her

17              on camera as well.

18                   MR. HANAMIRIAN:  Yes.  Okay.  Well,

19              she's here.  I mean she needs another

20              laptop.

21                   MS. GRIGORYAN:  Can I go on on my

22              phone?

23                   MR. HANAMIRIAN:  Yes.  She can go on

24              on her phone.  She'll go on on her phone.

25                   MR. KUNOFSKY:  Thank you.

1                      Gandolfo

2              MR. HANAMIRIAN:  Yes.

3              MR. KUNOFSKY:  And I'll ask Elza to

4         mute just so we don't get the reverb.

5              MR. HANAMIRIAN:  Yes.

6              MR. KUNOFSKY:  We also have Catriona

7         Coppler, who is here with me on behalf of

8         the United States.

9         Q.  Ms. Gandolfo, I'd like to lay out

10   just some basic ground rules.  If you don't

11   understand a question, please let me know.  If

12   you don't hear the question because it gets

13   garbled in transmission because, you know, video,

14   let me know.

15              If you need a break, let me know and

16   I'll be happy to take one.  I might ask you to

17   finish the question that I've asked, answering

18   the question I've asked before we take that

19   break.

20              Be sure to answer clearly so the

21   court reporter can understand.  No nodding of the

22   heads or um-hum's, un-un's.  We have to answer

23   with words so that the court reporter who is here

24   today can make a clean record.  Do you understand

25   these instructions?

1                          Gandolfo

2              A.   Yes.

3              Q.   Okay.  Because we're taking this

4      deposition virtually, we may run into

5      interruptions or lags, so I would ask that you

6      just be patient.  If there is a technical issue,

7      if I get kicked off or if you get kicked off,

8      please just hold on and we'll try to handle that

9      technical difficulty as best we can.  I have

10     John's number in case a difficulty arises.

11                  Can you please state on the record

12     that you will not check your phone or any other

13     electronic device during this deposition without

14     telling me first?

15             A.   Sure.

16             Q.   If you have to check, we might ask

17     you to share what information you've sent or

18     received.  Do you understand that?

19             A.   Yes.

20             Q.   Okay, and John and Elza are in the

21     room with you.  Is anyone else in the room?

22             A.   No.

23             Q.   Okay.  Are there any documents or

24     items in front of you right now?

25             A.   No.

Page 8

1                     Gandolfo

2          Q.   Okay.  Do you have any questions

3      about what is expected today?

4          A.   I don't know.

5          Q.   All right.  I have a couple of

6      questions I ask all my witnesses.  Again, it's

7      just part of what I need to do to make sure I've

8      got a clean record here.

9               Is there any reason you're aware of

10     that you're not suited to testify today?

11         A.   No.

12         Q.   Okay.  Are you on any medications

13     that might affect your memory or ability to

14     testify?

15         A.   No.

16         Q.   Okay.  Do you have Alzheimer's,

17     dementia or another condition that could affect

18     your memory?

19         A.   Not that I'm aware of.

20         Q.   Okay.  Knock on wood.  Have you taken

21     any drugs, alcohols or other substances in the

22     past 24 hours which might impede your ability to

23     answer questions here today?

24         A.   No.

25         Q.   Anything else that might affect your

1                          Gandolfo

2       ability to testify?

3              A.   No.

4              Q.   Okay.  What have you done to prepare

5       for this deposition?

6              A.   Nothing.

7              Q.   Okay.  Did you speak with anybody to

8       prepare?

9              A.   No.

10             Q.   Okay.

11                  MR. HANAMIRIAN:  Wait a minute.

12             Wait, Ari.  Karen, excuse me.  Ari, we

13             spoke.  Karen and I spoke on the phone.

14             A.   Oh, yes.  Sorry.

15             Q.   That's okay.

16             A.   Yes.  I spoke to John.

17             Q.   When did you speak with John?

18             A.   This morning and once briefly on the

19       phone.

20             Q.   Okay.  Did you review any documents?

21             A.   No.

22             Q.   Okay.  Tell me about you.  What is

23       your educational background?  Where did you go to

24       school?

25             A.   I went to Brooklyn Academy High

1                    Gandolfo

2    School.  I did a year and a half at Brooklyn

3    College and dropped out.

4              Q.   Okay.

5              A.   And then I just took a job.

6              Q.   What job?

7              A.   I worked for a trimmings manufacturer

8    in the city, and I stayed -- I was there until I

9    got married and had my first son, so maybe

10   11 years.

11             Q.   Okay.

12             A.   And then I stayed home for two years

13   and then went to work at a drug rehabilitation

14   center as like -- just doing, you know, accounts

15   payable like writing checks, paying bills.

16             Q.   Right.

17             A.   And then I worked for Speedus.

18             Q.   For who?

19             A.   For Speedus --

20             Q.   Okay.

21             A.   -- NY in Brooklyn.  It was a cable

22   company.  I worked for Wireless Cable, and then I

23   went to them.  Sorry.

24             Q.   Is Wireless Cable a different

25   company?

Page 11

                            Gandolfo

1

2          A.   Yes.  They don't exist anymore.

3          Q.   Okay.  Was it a Hovnanian owned

4     company or --

5          A.   No.  No.

6          Q.   Okay.  When did you get hired with

7     Speedus?

8          A.   '97.

9          Q.   And --

10         A.   I like to keep my jobs for a long

11    time.

12         Q.   Same.  I'm on year 13.  It's my

13    bar mitzvah year for my job.

14              MR. HANAMIRIAN:  Mazel tov.

15         Q.   All right, so you've been there since

16    '97.  What was your starting role?  Tell me about

17    your time with Speedus.

18         A.   Well, I was hired to do the

19    contractor billing.  It was a cable company, and

20    they had these outside contractors that would

21    hand in invoices for their -- what their techs

22    installed, and it was my job to go through all of

23    that billing to find mistakes.  And I found a lot

24    that they were overcharging, and I'm -- yes,

25    so...

Page 12

1                      Gandolfo

2           Q.   It happens.

3           A.   And then when they started laying

4    people off, I ended up -- I was lucky enough to

5    still stay, and then I got moved to learn how to

6    data enter bills in a computer system called

7    Great Plains that I don't think works anymore,

8    and then we got moved out to the Hovnanian office

9    building in Freehold in '08, and then I was still

10   doing, you know, writing the checks and paying

11   the bills and doing whatever anybody asked me to

12   do.  I didn't really have a job title.

13          Q.   Okay.

14          A.   I'm one of these people that I was

15   willing to learn and accept, okay, my job

16   description is changed, so I'll do this now.

17          Q.   Yes.  That's how you keep a job for

18   23 years.

19          A.   Exactly.

20          Q.   There you go, so you were at Speedus

21   and you were doing -- I kind of want to start at

22   Speedus and then work forward.  What was the

23   Great Plains thing?  Is that accounting software

24   or is that just billing?

25          A.   I think it was just billing.  I don't

1                        Gandolfo

2        know if it had accounting on it or not.  I wasn't

3        involved in that.  They had other people doing it

4        back then.

5               Q.   Okay, and then you said there were a

6        bunch of layoffs.  When did that happen?

7               A.   Well, when we moved to -- from

8        Brooklyn to Manhattan, 2000, I think.  I don't

9        really remember what exactly.  I just know that

10       they laid everybody off.  They kept maybe 40 or

11       50 people, and then we moved to the city, and

12       then -- was it 40 or 50 people?  Maybe 30, and

13       they -- you know, we moved to the city in these

14       temp offices on I think it was 23rd Street, but I

15       can't remember, and then eventually we moved to

16       Tribeca.  There was a building there.

17              Q.   Right.

18              A.   On Desbrosses Street or something,

19       and --

20              Q.   9 Desbrosses?

21              A.   Yes.  And then there was just --

22       there was me, Tom and Steve and maybe three other

23       people.  There was still --

24              Q.   Okay.

25              A.   -- maybe five or six people, and then

Page 14

                        Gandolfo
1
2      there was -- then we moved.  They sold the
3      building, and we had to vacate, so we went out to
4      Jersey to his -- to the office building in
5      Freehold.
6           Q.   Okay, so when you were at
7      9 Desbrosses, who were those five people or six
8      people?
9           A.   There was me, Mr. Hovnanian, Tom
10     Finn, who is deceased now, Steve Quinn, who is
11     also deceased.  There was some guy, but I don't
12     remember his name.  I think his first name was
13     Carlos, but I don't remember his last name.  And
14     then there was some techie guy that -- Marco.
15     Marco.
16          Q.   Okay.
17          A.   But I don't remember their last
18     names.  I'm sorry.
19          Q.   That's fine.  When you say Mr.
20     Hovnanian, we've got a couple of those in this
21     case.  Can we do --
22          A.   Shant.
23          Q.   -- Vahak for Shant's dad and Shant
24     for Shant?
25          A.   Okay.  It was Shant.

Page 15

1                        Gandolfo

2              Q.   Okay, and then just so that we're all

3       clear, Nina will be Nina.  I'm not trying to have

4       any disrespect by not using Mr. or Mrs.  I just

5       want to make sure the record is clean.

6              A.   All right.

7              Q.   Okay, so when you went to

8       9 Desbrosses, were you then the bookkeeper for

9       the company?

10             A.   I wouldn't really call it that.  I

11      just I entered the bills, and then I paid them,

12      and Tom was sort of acting as the CFO, and Steve

13      was the guy I reported to.  He was like the guy

14      in charge who worked with Tom on all the finance

15      stuff.  I just, if they needed a report I'd hit a

16      button.  I don't --

17             Q.   Yes, and then -- okay.  You moved to

18      Freehold in '08, you said?

19             A.   I think it was '08, yes.

20             Q.   And same cast of characters came with

21      you from --

22             A.   No.  Steve had died of a heart

23      attack, and it was just me and Tom, and Shant was

24      still there in and out, and Carlos was there for

25      a little while, and then him and Shant had an

Page 16

1                        Gandolfo

2       argument and he disappeared.  I don't know.  I

3       don't know what happened.

4              Q.   What was Carlos's job?

5              A.   What?

6              Q.   What was Carlos's job?

7              A.   I have no idea.

8              Q.   Okay, and then you said, along with

9       entering data, paying bills, what other stuff

10      have you done?

11             A.   I ran errands.  Whatever they asked

12      me to do.  It was like a gal Friday.  I just, you

13      know, if they asked me to go get this, I went and

14      got that.  If they asked me to look up a file, I

15      went to the file cabinet, I got the file.

16             Q.   Okay.

17             A.   But I didn't, you know, I don't have

18      any training in bookkeeping or accounting or

19      whatever.  Just using common sense and following

20      through.

21             Q.   Okay.  I mean that's sometimes better

22      than formal education.  Give me a second.  I'm

23      switching up some, so -- switching up my

24      questions right now.  Sorry, so we talked about

25      putting stuff into data entry and paying bills.

Page 17

1                          Gandolfo

2        You used QuickBooks for this, right?

3               A.   No.

4               Q.   Okay.

5               A.   I used -- the Great Plains was still

6        working then.

7               Q.   Okay.  When did the company switch

8        over to QuickBooks?

9               A.   When Tom left -- I don't know whether

10       he quit or he got let -- fired.  I don't know.  I

11       just know --

12              Q.   Right.

13              A.   -- he wasn't there, and we

14       temporarily had someone named Glen -- shit,

15       what's his name?  Glen come in and do what Tom

16       did, the financials and all that other stuff.

17              Q.   Okay.

18              A.   Oh, Peter Glen.  That's it.  Peter

19       Glen.  That was his name.

20              Q.   Okay.

21              A.   But he didn't stay long.  He was only

22       there like maybe a year, two years, and then he

23       left too.

24              Q.   Okay, and then -- but he was --

25              A.   I was by myself.

Page 18

1                       Gandolfo

2          Q.   -- using QuickBooks, and you took it

3     over?

4          A.   Well, yes.  He gave me his log-in but

5     there wasn't anything to put in, because there

6     wasn't any -- Speedus wasn't -- had no income or

7     anything, so --

8          Q.   Okay.

9          A.   -- there wasn't anything to do.

10          Q.   Before we get into too much detail,

11     Speedus and Speedus NY, are those the same thing

12     or are those separate?

13          A.   Yes.  As far as -- yes.  One is the

14     corporation and I think one is LP.

15          Q.   Right.

16          A.   But I think they are the same.  Like

17     when they -- I remember when they did financials,

18     it was all under one -- under Speedus Corp.

19          Q.   Okay, and you said Speedus LP earlier

20     was a cable company.

21          A.   Yes.

22          Q.   Was it still doing cable stuff when

23     you moved to --

24          A.   No.

25          Q.   -- Jersey?

Page 19

1                    Gandolfo

2          A.   No.   No.   They shut everything down.

3     It wasn't working.

4          Q.   When did they shut Speedus NY.com LP

5     down?

6          A.   I don't know.   I don't know.   There

7     wasn't any business like even before we moved to

8     Manhattan.   When we moved out of the Army

9     Terminal there was no cable business.

10         Q.   Is the Army Terminal Tribeca or --

11         A.   No.   The Army Terminal was Brooklyn.

12         Q.   Okay.

13         A.   On 2nd and 50 Something Street.   52nd

14    Street.

15         Q.   Okay, so well before you guys moved

16    out to Jersey --

17         A.   Yes.

18         Q.   -- there was no business for Speedus?

19    That's a yes, there was no business?

20         A.   Yes.   Yes.   There was no business.

21    Sorry.

22         Q.   Again, you've got --

23         A.   I know.   I forgot.

24         Q.   Yes.   We have Mr. Danyo here, and it

25    makes it a little -- you know, we have to make

Page 20

1                      Gandolfo

2       sure he gets a good record.

3              A.   Sorry.

4              Q.   So if Speedus had no business, what

5       were you all doing out in Freehold?

6              A.   I don't know.

7              Q.   So you went to work every day and you

8       were entering data, taking care of -- you know,

9       TCB, taking care of business?

10             A.   Yes.

11             Q.   So what were you doing it for?  What

12      was the business there?

13             A.   Well, it was -- it was in -- it was

14      still in Great Plains.

15             Q.   Okay.

16             A.   Until Peter Glen left.

17             Q.   Right.

18             A.   And then nothing ever was entered

19      ever again because there wasn't any income.

20      There wasn't any business.  There was nothing.

21             Q.   Okay.

22             A.   And I was told that I had to start

23      learning how to enter bills on QuickBooks,

24      because Art wasn't going to be there anymore.

25             Q.   Okay.

1                    Gandolfo

2          A.   Havighorst.  I don't know how to say

3     his last name.  It was a German name.

4          Q.   We'll go with Art, but tell me, who

5     is Art?

6          A.   Art was Vahak Hovnanian, the dad's

7     lawyer.

8          Q.   Okay.

9          A.   He did a lot of stuff for the dad

10    that I didn't know anything about.

11         Q.   Okay, but that's still you're

12    entering expenses about -- by the way, when was

13    this?  When did Art --

14         A.   2011.

15         Q.   Okay.  Sorry, and the question was

16    when did Art leave, and the answer is 2011?

17         A.   Yes.

18         Q.   Okay, and then --

19         A.   I'm pretty sure that's the year.

20         Q.   And if you need to estimate and say

21    it's about 2011, I'm okay with that.  Just let me

22    know you're estimating.

23         A.   Yes.  Well, that's an estimate.  I'm

24    not really sure if it was 2010 or 2011.  If --

25         Q.   Okay, and then what were you getting

Page 22

1                       Gandolfo

2       bills for?

3               A.   Like Staples or you mean for Speedus

4       or do you mean for --

5               Q.   Well, here, let's do this.  You said

6       that Speedus was shut down.

7               A.   Right.

8               Q.   Outside of Speedus, were there other

9       companies that you were working for?

10              A.   No.

11              Q.   Okay.  What about Grand View Cable?

12              A.   I started on that.  Art showed me how

13      to enter the QuickBooks and then he left, and

14      then I was on my own.

15              Q.   Okay.  What was Grand View Cable?

16              A.   It's still -- it's a cable company

17      that Vahak Hovnanian started, and there is a

18      senior building, and then there is, it used to be

19      in the village where he built the old community,

20      the old folks community.

21              Q.   Okay.  Grand View gets money by

22      providing cable to an old folks home?

23              A.   Well, yes, but we don't -- at one

24      point everybody in that village area had our

25      cable, because there wasn't anybody else.

Page 23

1                       Gandolfo

2            Q.   Right.

3            A.   Okay?  And so did the senior building

4       in Tinton Falls.  So recently I discovered, you

5       know, because the community, the village

6       community allowed Verizon and Comcast to come in.

7       They cut a lot of our lines, because our lines

8       were in the ground, but they weren't in conduits,

9       so they were easily cut, so we lost a lot of

10      customers.  So eventually I realized that we were

11      paying an exorbitant amount of money a month and

12      for very few customers, so I shut it down.

13           Q.   Okay.

14           A.   So now we only have the senior

15      building, so --

16           Q.   Okay.

17           A.   -- we supplied them with TV.

18           Q.   And is the senior building 2500

19      Tinton Falls?

20           A.   Shafto Road, yes.

21           Q.   Shafto.

22           A.   Yes.

23           Q.   Sorry.

24           A.   That's okay.  It's in Tinton Falls.

25      I've never been there.  I just know the address.

Page 24

1                          Gandolfo

2          Q.   Okay.  Did you talk to anybody before

3     shutting down the cable?

4          A.   I mentioned it to Nina.

5          Q.   Okay.

6          A.   And I said this is our best bet in

7     cutting bills, because we weren't bringing in

8     enough to cover a lot of bills, so I was trying

9     to cut things where I could down to bare minimum,

10    and that was one of the biggest bills.  It was

11    over $3,000 a month, so...

12         Q.   Yes.  I was wondering why you guys

13    were getting that big of a bill from the cable

14    companies.

15         A.   Because at one point it was -- we had

16    that whole village as customers.

17         Q.   Okay.

18         A.   So I mean it wasn't -- technically it

19    kind of evened out or whatever, but I got rid --

20    I made -- they kind of left me on my own, and I

21    was running out of operating money, so I just

22    figured out, do we pay a penalty, and it turns

23    out that when I brought it up, that was when our

24    contract ended, so I didn't -- we weren't going

25    to get a penalty, so I cut it off.

Page 25

                          Gandolfo

1

2          Q.   Who left you on your own?

3          A.   Well, Nina.  She didn't really get

4     back to me, and I was, you know, not getting an

5     answer, so I needed to make a decision, so I

6     just, like I said, I used some common sense, and

7     then it's not working, so we had five customers

8     left at $39 a month.

9          Q.   That doesn't make a lot of sense

10    then.

11         A.   No.

12         Q.   Using the common sense again.

13         A.   Yes.

14         Q.   Who owned Grand View Cable?

15         A.   Vahak Hovnanian owns it, and now the

16    trust owns it.

17         Q.   We have two trusts.  Which --

18         A.   The VSHPHH trust.

19         Q.   Okay.  Okay, and Vahak died in 2015?

20         A.   I think so.

21         Q.   Okay.

22         A.   I don't know.  I don't remember.

23         Q.   That's okay.  Let's talk about

24    Hovbilt.  Do you keep QuickBook files for

25    Hovbilt?

Page 26

1                          Gandolfo

2              A.   No, I don't look at them.  I just

3        deal -- I just use Grand View Cable, and the

4        QuickBooks, and I used to deposit the rent in the

5        Village Mall, but then they told me not to do

6        that anymore, to put everything into the Grand

7        View Cable, the HovSat Inc. account, and then

8        that's what I used.

9              Q.   Who told you to do that?

10                  MR. HANAMIRIAN:  You know, Ari, I'm

11             letting it go here, but I do have an

12             objection based upon the scope of her

13             testimony, so I don't think that she has

14             the subpoena that encompasses testimony

15             beyond into this area, so...

16                  MR. KUNOFSKY:  That's fine.  This is

17             a 30(b)(1).

18             Q.   You can answer that question.

19                  MR. HANAMIRIAN:  You can, but I mean

20             other than citing to the rule, what's the

21             basis?

22                  MR. KUNOFSKY:  John, she's allowed to

23             testify to what is in her personal

24             knowledge.

25                  MR. HANAMIRIAN:  For what purpose?

1                        Gandolfo

2            MR. KUNOFSKY:  If you'd like to raise

3        an objection to privilege, you can.  If

4        you'd like to raise an objection to the

5        form of the question, you can make it in

6        an non-argumentative, non-suggestive way.

7        If you believe I'm harassing her or doing

8        this to embarrass her, we can go to the

9        court.

10           MR. HANAMIRIAN:  I think that what

11       I'm suggesting to you is that she doesn't

12       have the authority to answer the

13       questions, but because she's in this

14       setting she's trying to answer the

15       question, and so she doesn't understand

16       that she can get in trouble if you make

17       representations or if you answer questions

18       on behalf of a third party where you don't

19       have authorization, and she doesn't have

20       authorization.

21           MR. KUNOFSKY:  Whose authorization

22       would she need, John?

23           MR. HANAMIRIAN:  I have no idea.

24           MR. KUNOFSKY:  Okay.  Has anybody

25       come in and made a protective order?

Page 28

1                          Gandolfo

2               MR. HANAMIRIAN:  No.  All I know is

3          that --

4               MR. KUNOFSKY:  Has anyone come in to

5          file a protective order?

6               MR. HANAMIRIAN:  Well, she's here as

7          the bookkeeper for the two trusts, right?

8               MR. KUNOFSKY:  No.  She is here as

9          Karen Gandolfo.

10              MR. HANAMIRIAN:  Well, that doesn't

11         make any sense.  I mean you have to have a

12         scope of the subpoena.

13              MR. KUNOFSKY:  No, I don't.

14              MR. HANAMIRIAN:  Well, I mean

15         individuals cannot testify about

16         confidential information.  If she's

17         working there as a bookkeeper, she has an

18         obligation to maintain the confidentiality

19         of that data.  She doesn't understand that

20         from this dialogue.

21              MR. KUNOFSKY:  She has an obligation

22         to testify.

23              MR. HANAMIRIAN:  No.  She --

24              MR. KUNOFSKY:  You're not asserting a

25         privilege, you're asserting a

Page 29

                              Gandolfo

1

2          confidentiality.  Confidentiality and

3          privileges are not the same thing.

4               MR. HANAMIRIAN:  You have --

5               MR. KUNOFSKY:  If she needs to go get

6          a protective order, she can.

7               MR. HANAMIRIAN:  You have to reach

8          out to the persons to whom she owes the

9          confidentiality obligation and get their

10         consent for her to testify.  That comes

11         first.  It's not testify and then

12         confidentiality.  She can't even assert

13         it, she doesn't have the authority.

14              MR. KUNOFSKY:  Okay.  Okay.

15              Joseph, before we got off on that, I

16         asked a question.  Can you please re-ask

17         the question for me.

18         Q.   And Karen, can you then answer that

19    question, please?

20              MR. HANAMIRIAN:  Well, I'm

21         instructing her not to answer the

22         question, so it doesn't matter.

23              MR. KUNOFSKY:  All right.  Please

24         state the privilege you're asserting.

25              MR. HANAMIRIAN:  I've just told you

Page 30

1                         Gandolfo

2          why -- the basis.

3                MR. KUNOFSKY:  No.  Please, are you

4          stating a privilege?

5                MR. HANAMIRIAN:  I don't need to

6          state a privilege, Ari.

7                MR. KUNOFSKY:  Okay.

8                MR. HANAMIRIAN:  It doesn't -- just

9          because the rules say that, if you're

10         otherwise violating the general sense and

11         scope of the rules, I don't need to cite a

12         privilege if it doesn't violate a

13         privilege.

14               MR. KUNOFSKY:  All right.

15               MR. HANAMIRIAN:  It's a third-party

16         issue.  It's the same as the subpoena

17         issue we were discussing.

18               MR. KUNOFSKY:  Joseph, can you please

19         reread the question.

20         Q.   Karen, please don't answer the

21    question.  I just have lost kind of my train.

22               (Record read)

23         Q.   All right.  With regards to rent from

24    the Village Mall and where you deposit them and

25    who told you where to deposit them, who

Page 31

1                          Gandolfo

2        instructed you on that?

3                A.   Originally it was Shant and then

4        Nina.

5                Q.   Okay.  The VS Hovnanian Group, do you

6        keep QuickBooks files for them?

7                A.   No.

8                Q.   HovSat, do you keep QuickBook files

9        for them?

10               A.   Yes.  HovSat is Grand View.

11               Q.   Okay.  Do you keep QuickBooks for

12       Zargis?

13               A.   No.  I never even touched Zargis.

14               Q.   Okay.  Do you know who keeps

15       QuickBooks files for Zargis?

16               A.   No.

17               Q.   Okay.

18               A.   There is nothing on Zargis.  Like

19       they are not doing anything.

20               Q.   Do you know when Zargis stopped

21       operating?

22               A.   No.  Maybe two -- I don't know.  I

23       don't even want to guess.

24               Q.   Before 1990?

25               A.   No.

Page 32

1                        Gandolfo

2            Q.   Before 2000?

3            A.   No.

4            Q.   All right.  Did they stop operating

5       before 2010?

6            A.   That I don't know.

7            Q.   Okay.  2015?

8            A.   No.  There is nothing going on in

9       2015.

10           Q.   Okay, so sometime between 2010 and

11      2015 they stopped operating?

12           A.   Yes.

13           Q.   Okay.  When we were shown an image of

14      the QuickBook files that you have available to

15      you, there was a company called

16      KSG@jet.IOcompany.  What's that?

17           A.   I don't know.  That appeared when

18      Elza and I were trying to download those files

19      for you, and it just popped up, because they had

20      asked me for my e-mail address, and then the next

21      day I noticed that it was there, and I asked

22      them, and they said, oh, it will go away.  Just

23      you know, it will disappear as, you know, you're

24      not going to use it, and it's in a couple of

25      weeks, and then it will go away.

Page 33

1                              Gandolfo

2              Q.   Okay.

3              A.   I don't know how it ended up there.

4       I didn't do it.

5              Q.   Okay.

6              A.   It had nothing on it.

7              Q.   So you guys have been paying, call it

8       70 bucks a month for a QuickBooks file that says,

9       the expense says QuickBooks-Zargis.

10             A.   Yes.  I've asked about that, and I

11      got told do not worry about it.

12             Q.   Who told you that?

13             A.   Shant originally.

14             Q.   When did he tell you that?

15             A.   Before 2015.

16             Q.   Okay.

17             A.   I haven't spoken actually to him in

18      over three years.

19             Q.   What happened?

20             A.   He just stopped communicating.  I

21      sent e-mails and get no replies.  I text, no

22      replies.  Now, I don't hear anything.  I don't

23      know what happened, what's going on.  I just talk

24      to Nina.

25             Q.   Okay, and before that, were you

1                     Gandolfo
2      talking with Shant about this --
3               A.   No.  When he decided to answer me.
4               Q.   What would you all talk about?
5               A.   What I was -- should I -- do you want
6      me to pay this or do you want me to hold off on
7      it?  What do you want me to -- I need a decision
8      on this.  You know, like do we cancel this phone
9      bill.  And --
10              Q.   All right.
11              A.   -- sometimes he'd answer and
12     sometimes he didn't.  Most of the time he didn't.
13              Q.   For all the companies or for which
14     companies?
15              A.   Well, at that point I was only
16     working on Grand View.
17              Q.   Okay.
18              A.   I mean they had a lot of bills and,
19     you know, phone systems and stuff that weren't
20     necessary, and I had to figure out how to get out
21     of paying them.
22              Q.   Okay.
23              A.   Like canceling contracts or whatever
24     without penalties.
25              Q.   So would you ever take these

Page 35

1                    Gandolfo

2      QuickBook files for Grand View and share them

3      with -- what would you do with the stuff you were

4      putting into QuickBooks?

5           A.   Nothing.  It just stays there.  I

6      enter the bills and then I run the checks.

7           Q.   Okay.  You didn't send reports to

8      anybody?

9           A.   No.  Well, I sent --

10               THE WITNESS:  Didn't I send you one?

11          A.   I sent one to Elza.

12          Q.   Okay.  Before then?

13          A.   No.  No one ever asked me for

14     anything.

15          Q.   Who has access to the QuickBooks from

16     say like 2011 on?  After 2011 who has access to

17     QuickBooks?

18          A.   Peter was gone by then.  Art left.

19     Just me.

20          Q.   Why did you keep the QuickBooks?  Why

21     do all this if you're not going to share it with

22     anybody?

23          A.   Say that again.

24          Q.   Why would you keep all these

25     QuickBooks files if you're not going to make

Page 36

                              Gandolfo
1
2      reports or do anything with it?  Why keep all
3      these files?
4              A.   Because that's a way -- they kept
5      records, and that's why I would just enter the
6      bills.  I just followed suit.
7              Q.   Okay.
8              A.   You know, like if I didn't know where
9      something -- like telephone, you know, Verizon
10     belongs in telephone.
11             Q.   Right.
12             A.   Or Direct TV belongs in -- I don't
13     even know where.  It's just automatic.  I'm
14     sorry.
15             Q.   Okay.
16             A.   You know, like Staples, office
17     supplies, you know, or if I needed something to
18     repair, you know, something in the office to
19     repair and maintenance.  I just followed suit.
20     They would call things for the cable, and it's
21     marked out or something.  I don't know.  I
22     don't --
23             Q.   Yes.  Okay.  You put all the stuff
24     into QuickBooks.  At the end of the month you'd
25     be writing checks and figure out who to write

Page 37

1                        Gandolfo
2      checks to.
3              A.   Yes.  When it goes into -- when you
4      enter it, and then when you go to write the
5      checks, you go to where it says pay bills in the
6      pull-down menu, and you go on there, and then you
7      checkmark each one you want to pay, and then I
8      put the checks in my printer and they spit them
9      out.
10             Q.   So obviously some of these checks
11     you're just paying every month kind of routinely,
12     but in general how did you know which bills to
13     pay?
14             A.   Whatever I had money for, that's what
15     I paid.
16             Q.   Okay, and when you were making the
17     decision, when it was the proverbial last hundred
18     bucks, last thousand bucks and you had to decide
19     do I pay cable, do I pay telephone, do I pay
20     trash, how would you decide that?  Who would you
21     talk to?
22             A.   Well, originally I would e-mail Shant
23     and ask him which is more important, and if I
24     didn't get an answer in two days, I made the
25     decision myself.

Page 38

1                    Gandolfo

2          Q.   Okay.

3          A.   I took a guess.

4          Q.   What about before Vahak's death,

5     would you e-mail Shant?

6          A.   Before Vahak died?  Yes.

7          Q.   Yes.  Okay, and now that Shant has

8     become nonresponsive, isn't answering your calls,

9     who do you ask those questions to?

10         A.   Nina.

11         Q.   Okay, so let me make sure I got the

12    world of the cases that you worked on.  Not

13    cases.  I've been a lawyer too long.  Let me make

14    sure I have the companies right.  You work on

15    HovSat and Grand View, and they are basically one

16    and the same.

17         A.   Right.

18         Q.   Speedus and Speedus Corp., and they

19    are one and the same.

20         A.   Say that again.

21         Q.   SpeedusNY.com LP and --

22         A.   Right.

23         Q.   -- Speedus Corp.

24         A.   Correct.

25         Q.   You don't work on Hovbilt.

Page 39

1                      Gandolfo

2           A.   No.

3           Q.   You don't work on Zargis.

4           A.   No.

5           Q.   Are there any other companies out

6      there that you work on?

7           A.   No.  Oh, well, the trust.  Now,

8      HovSat, Grand View is now the trust.

9           Q.   Okay.  Do you know who owns Speedus?

10          A.   Excuse me?

11          Q.   Do you know who owns Speedus

12     currently?

13          A.   No.

14          Q.   Okay.  Did you know at one point who

15     owned Speedus?

16          A.   Yes.

17          Q.   Who owned Speedus when you knew?

18          A.   Shant did, but it was a publicly

19     traded company, so I'm not quite sure how that

20     works.

21          Q.   Okay.  When did Shant own the

22     company?

23          A.   Well, it's always been a publicly

24     owned company.  He was CEO or --

25          Q.   Okay.

Page 40

                          Gandolfo

1

2          A.   I don't think he actually owned it

3     like a private company.  When I went there it was

4     still a public company.

5          Q.   And it stopped being a public company

6     in 2011 or stopped --

7          A.   There is nothing going on, yes.

8          Q.   Yes.

9          A.   I don't know whether they -- I don't

10    know anything about filings or anything like -- I

11    don't know.

12         Q.   Okay.  Do you know if Shant's role

13    has changed in the past, you know, since you

14    moved to --

15         A.   No.

16         Q.   -- Tinton Falls?

17         A.   I don't know.

18         Q.   Okay, so as far as you know, his role

19    has been the same or has it --

20         A.   I don't know.  I don't talk to him

21    anymore.  Like it's pretty hard to figure out

22    something if someone is not communicating with

23    you.

24         Q.   I agree with that.  Does Nina have a

25    role in the company?

Page 41

1                              Gandolfo

2              A.   Does who?

3              Q.   Nina.

4              A.   Yes.  She's the trustee for the

5     trust.

6              Q.   No.  For Speedus.  Sorry.

7              A.   Oh.

8              Q.   Does she have a role with Speedus?

9              A.   Not that I know of.  I don't think

10    so.

11             Q.   And then other than you, are there

12    any employees for Speedus?

13             A.   No.

14             Q.   Do you know if Speedus has a lawyer?

15             A.   I don't know.

16             Q.   Okay.  Do you know where Speedus has

17    its bank accounts?

18             MR. HANAMIRIAN:  And again this is

19             now in reference to the trust deposition?

20             I just want to get an understanding.

21             Speedus has what relationship to this

22             deposition?

23             MR. KUNOFSKY:  Speedus has

24             transferred over $150,000 to the trust.

25             MR. HANAMIRIAN:  As a loan, so what?

1                       Gandolfo

2           If it was PNC Bank, would she testify

3           about PNC Bank's internal operations?

4                  MR. KUNOFSKY:  No.  That was Zargis.

5                  MR. HANAMIRIAN:  You just -- you're

6           using the fact that she has overlapping

7           roles in entities, whereas if she were

8           segregated from these entities it would be

9           totally inappropriate, and you know that,

10          and so the fact that she's in overlapping

11          roles in her role as a bookkeeper doesn't

12          just open the door with respect to all

13          information for all entities, it has to be

14          within the scope of the inquiry, and it's

15          not.

16              You have to get permission from

17          Speedus's counsel or whomever has the

18          authority to do this.  We can't backdoor a

19          subpoena.

20                 MR. KUNOFSKY:  Okay.  Are you --

21                 MR. HANAMIRIAN:  It's not --

22                 MR. KUNOFSKY:  I'm still not sure --

23                 MR. HANAMIRIAN:  I can't let it

24          happen, Ari.  It's not appropriate.  I

25          can't let it happen.  I can't let this --

Page 43

1              Gandolfo

2         MR. KUNOFSKY:  Then let's stop this

3         deposition and let's call the judge.

4         MR. HANAMIRIAN:  It's not appropriate

5         for that third party.  We're just --

6         MR. KUNOFSKY:  Okay.

7         MR. HANAMIRIAN:  -- giving

8         information that's not appropriate for

9         them.  They need to chime in.  What if

10        they wanted to quash a subpoena, and then

11        she's --

12        MR. KUNOFSKY:  Well, that's for them

13        to do on their subpoena, and I've

14        explained to both you and Karen that we

15        were going to be asking questions relating

16        to these companies.

17        MR. HANAMIRIAN:  No, you didn't.

18        MR. KUNOFSKY:  It's certainly at the

19        heart of this case.  If you'd like to stop

20        this deposition, we can go to Judge

21        Quraishi right now.

22        MR. HANAMIRIAN:  Ari, this deposition

23        is predetermined.  I'm saying to you that

24        you issued subpoenas to these companies.

25        What are they for?

Page 44

1                        Gandolfo

2              MR. KUNOFSKY:  Would you like to go

3         to Judge Quraishi, and we can have this

4         issue resolved?

5              MR. HANAMIRIAN:  For what?  What

6         issue?

7              MR. KUNOFSKY:  Okay.

8              MR. HANAMIRIAN:  I mean you're

9         talking about on the phone?

10             MR. KUNOFSKY:  Yes.

11             MR. HANAMIRIAN:  How is he going to

12        possibly understand the issue on the

13        telephone at this time?

14             MR. KUNOFSKY:  Well, looking at Rule

15        30, no one moved to quash this deposition.

16             MR. HANAMIRIAN:  There is no reason

17        to quash a deposition if you understand

18        that the content of the deposition would

19        be in the context of the litigation in

20        this matter.

21             You have issued separate subpoenas

22        for Speedus and Zargis.  What's the point

23        of those if there is no -- if she's going

24        to give all the information in this

25        proceeding?

Page 45

```
 1                        Gandolfo
 2              MR. KUNOFSKY:  I asked for documents
 3         from Speedus.  I've asked for documents --
 4              MR. HANAMIRIAN:  It's all testimony.
 5              MR. KUNOFSKY:  -- from Zargis.
 6         Excuse me?
 7              MR. HANAMIRIAN:  It's all testimony.
 8         You have to give somebody the opportunity
 9         to quash.  You can't just backdoor it.
10              MR. KUNOFSKY:  Okay.
11              MR. HANAMIRIAN:  I'm not -- I'm just
12         telling you.  I can't -- I'm not
13         comfortable with her disclosing it.  I
14         don't care about her in the context of
15         this.  I care about that third party whose
16         information is compromised as a result.
17              I mean if you want to take that
18         responsibility, you take it.  I think that
19         there is a claim.  You want to assume
20         responsibility vis-a-vis Speedus and
21         vis-a-vis any other entity you're asking
22         about?  Responsibility, legal
23         responsibility for disclosures?  Good.
24         You do it.  You say affirmatively that
25         you're taking that responsibility, that
```

Page 46

Gandolfo

1

2          you're confident that that's the case.

3               MR. KUNOFSKY:  I'll ask the

4          questions.  If you want to make an

5          objection, fine.  If you --

6               MR. HANAMIRIAN:  I'm making --

7               MR. KUNOFSKY:  -- think I'm asking an

8          improper question --

9               MR. HANAMIRIAN:  -- an objection to

10         stop the answer unless the United States

11         is willing to take responsibility for it,

12         but I'm not.  I'm an attorney sitting

13         here.

14              MR. KUNOFSKY:  All right.

15              MR. HANAMIRIAN:  This is third-party

16         information.

17              MR. KUNOFSKY:  Let's take a

18         five-minute break.  I'll be right back.

19              (Recess taken)

20              (Record read)

21    BY MR. KUNOFSKY:

22         Q.  All right.  Ms. Gandolfo --

23              MR. HANAMIRIAN:  Okay.  Can we go

24         back here?  Can we go back?  Because the

25         last thing you said was I'll be right

Page 47

Gandolfo

1

2          back.  Does that mean we went on a break?

3          Does that mean we were -- I mean do we go

4          forward here?  Can we communicate what

5          we're doing?  Like I didn't know to say to

6          her can she go to the ladies' room.  It's

7          just courtesy.  Say I'll be right back

8          isn't an adjournment of the deposition.

9              MR. KUNOFSKY:  We took a few minutes

10         longer than I expected.  I wanted to make

11         sure that I was -- does anyone need to

12         take a break right now before we go back

13         on the record?

14             MR. HANAMIRIAN:  We don't need to.

15         I'm just saying you guys would proceed so

16         that we can communicate with one another

17         so we know what's going on.

18             THE COURT REPORTER:  Are we on the

19         record?

20         Q.   Okay, so as we go forward, Ms.

21    Gandolfo, you understand you're still under oath,

22    correct?

23         A.   Excuse me?

24         Q.   You understand you're still under

25    oath?

1                      Gandolfo

2            A.   Yes.

3            Q.   Okay.  It seems like a silly

4    question, but there have been cases where people

5    have said, oh, I didn't realize when I came back

6    it was the same thing, so that's why I ask the

7    question.  Again, I'm still --

8            A.   Okay.

9            Q.   These are all the things -- you know,

10   the things I do are sometimes -- seem silly are

11   because at some point at some time somebody said

12   something, and it's just --

13           A.   Okay.

14           Q.   -- being careful.

15           A.   Okay.

16           Q.   Okay.  You had said previously

17   Speedus and Speedus NY are the same company as

18   far as --

19           A.   Yes.

20           Q.   Okay.

21           A.   As far as I know, yes.

22           Q.   Okay, so that means the same

23   questions about who are the owners, officers and

24   attorneys would be the same for the two?

25                MR. HANAMIRIAN:  Objection as to

                         Gandolfo

1

2          form, but go ahead and answer.

3               A.   Yes.  I don't -- I don't know who

4     their lawyer is or if they have one.  I just know

5     that it was a publicly owned company, so I'm

6     not -- I don't know.  I don't know if they have

7     an owner.

8               Q.   Okay.  Does Speedus have a bank

9     account at Morgan Stanley?

10                   MR. HANAMIRIAN:  Objection.

11              Instructing the witness not to answer on

12              the same basis as before your break.

13                   MR. KUNOFSKY:  Are you asserting a

14              privilege?

15                   MR. HANAMIRIAN:  On the same basis as

16              before the break.

17                   MR. KUNOFSKY:  Are you asserting a

18              privilege?

19                   MR. HANAMIRIAN:  If I were asserting

20              a privilege, Ari, you'd know, unlike the

21              break --

22                   MR. KUNOFSKY:  Okay.

23                   MR. HANAMIRIAN:  -- when we didn't

24              know.

25                   MR. KUNOFSKY:  Confidentiality is not

Page 50

1                        Gandolfo

2              the same as privilege under the Federal

3              Rules.  All you've asserted is it's

4              confidential financial information.  I am

5              willing to say that I will not put this

6              deposition on the record for one week so

7              that these companies can come in and seek

8              a protective order if they deem it

9              necessary.

10        MR. HANAMIRIAN:  You have to serve

11             them.

12        MR. KUNOFSKY:  That's how we deal

13             with financial privilege.

14        MR. HANAMIRIAN:  You have to serve

15             them.  They don't know that there is a

16             deposition or that you're waiting a week

17             or whatever else.  I have no

18             communication.  We don't represent them.

19             We don't have any relationship at all.

20        MR. KUNOFSKY:  Okay.  Are you

21             asserting -- are you instructing her not

22             to answer on behalf of those companies?

23        MR. HANAMIRIAN:  She doesn't have the

24             authority.  I can't make it any clearer.

25             Because she works there -- if she worked

Page 51

                         Gandolfo

1

2            at Shop Rite she can't answer questions

3            about Shop Rite for you either.  It's not

4            appropriate.

5                 MR. KUNOFSKY:  Okay.

6                 MR. HANAMIRIAN:  There is a

7            confidentiality obligation.  Unless you

8            can tie in the transaction and ask about a

9            single -- you want to ask about the loan

10           transaction, that's fine.  If you want to

11           ask about all of their underlying

12           information, that's why you have a

13           subpoena.  You know that.

14                MR. KUNOFSKY:  Okay.  Thank you.

15           Q.   Karen, have there been transfers from

16      Speedus's bank accounts to the Pachava Trust and

17      VSHPHH Trust?

18           A.   Say that again.

19           Q.   Have there been transfers from any

20      bank accounts for Speedus to or from Pachava, one

21      of the trusts?

22           A.   Pachava?

23           Q.   Yes.

24           A.   Yes.

25           Q.   Okay.  What about VSHPHH, have there

Page 52

1                         Gandolfo

2     been transfers from Speedus to or from VSHPHH?

3             A.   I haven't written any from there

4     when -- I haven't written any from the VSHPHH

5     account.

6             Q.   Okay.  What about to or for the

7     benefit of VSHPHH?

8                  THE COURT REPORTER:  Repeat that

9             question.  Sorry, I didn't get it.  What

10            about --

11            Q.   What about to or from between a

12    Speedus account and HovSat Grand View, have there

13    been transfers --

14            A.   Yes.

15            Q.   -- between -- okay.  Has the Pachava

16    Trust received funds from a bank account at

17    Morgan Stanley that's held in the name of

18    Speedus?

19            A.   I don't know, because I don't really

20    have access to the Pachava account.  I have

21    checks that Nina has signed.

22            Q.   Okay.

23            A.   That if I have to pay something for

24    the house, I can make it out.

25            Q.   What about to the other side of that

Page 53

1                          Gandolfo

2       transaction, did you have access to the Speedus

3       side of that transaction?

4            A.    No.

5            Q.    Okay.  Were you involved in setting

6       or verifying transfers between Shant or Speedus

7       relating to expenses of the house at

8       520 Navesink?

9            A.    I don't understand.

10           Q.    Did you have any involvement when

11      expenses of the house at 520 Navesink were paid?

12           A.    Yes.  Sometimes it would have -- it

13      would come from one -- the company.

14           Q.    Okay.

15           A.    The garbage I think we paid for and I

16      think there is an alarm.

17           Q.    Okay.  Who paid for that?

18           A.    Well, HovSat, I wrote a couple of

19      times.  HovSat did it.  And I think this last

20      year it came out of the Pachava account, but I

21      really don't remember offhand.

22           Q.    Okay.  When it was coming out of the

23      HovSat account to pay Pachava, who told you to

24      make those payments?

25           A.    That's the way it was set up.  I

Page 54

1                        Gandolfo

2      don't have -- I didn't have access to anything

3      else, and it had to be paid.

4            Q.   Okay.  Who did you go to before you

5      made those payments?

6            A.   Well, I tried to go to Shant before

7      he stopped talking to me and couldn't get an

8      answer or he would say yes, okay, pay it.  And

9      then after that it was Nina.

10           Q.   Okay.  I want to make sure I'm clear

11     on this.  You said Shant stopped talking to you

12     about three years ago?

13           A.   Yes.  Three, four.  It was almost

14     like right after his dad died.  Like right when

15     he was really sick.  I didn't see Shant.  I

16     didn't really hear from him.

17           Q.   So the dad died in 2015, and his mom

18     was still alive afterwards, so do you think it's

19     been the last five, six years that you haven't

20     really talked to him?

21           A.   I would say three or four maybe.  You

22     know, because I went to the service they had at

23     the Hovnanian school for his dad, you know, as a

24     sign of respect.

25           Q.   Absolutely.

Page 55

1                          Gandolfo

2          A.   And I saw him, but I didn't really

3     talk to him.  I mean I said I was sorry and

4     stuff, but you know.

5          Q.   That's okay.

6          A.   But we didn't talk about business.

7          Q.   Okay, and then after the dad's

8     funeral service, did you have contact with Shant?

9          A.   Not really.  He --

10         Q.   Okay.

11         A.   Maybe he might have answered me once

12    or twice, but I don't remember when or why.

13         Q.   Okay.

14         A.   He stopped communicating.  I mean I

15    kept trying.  I probably had e-mails that I sent

16    to him, but got no answers.

17         Q.   Let's try this, okay.  Do you know

18    when we filed the lawsuit in this case?

19         A.   Do I know what?

20         Q.   When the United States sued Shant and

21    everybody else in this case, do you know when

22    that occurred?

23         A.   I don't know when it started.

24         Q.   Okay.

25         A.   I know it's probably been around for

Page 56

                              Gandolfo
1
2      years, but I don't...
3              Q.   The next question was going to be do
4      you know if it was before or after this lawsuit
5      that you stopped hearing from Shant?  Okay.
6              A.   Oh, I forgot.  I don't know.  I don't
7      know.
8              Q.   And that's fine, and I would have to
9      make sure we got a good record.
10             A.   I know.  Sorry.
11             Q.   It's okay.  Do you have an account
12     where you're authorized to sign with an
13     international broker?
14             A.   Yes.  He asked me to do that, but I
15     don't -- I've never accessed it.  I've never done
16     anything with it.  He asked me to do it, and
17     honestly I forgot all about it, and I should have
18     asked him to take my name off of it, but...
19             Q.   And it's Shant that we're talking
20     about when you said --
21             A.   Yes.
22             Q.   Okay.
23             A.   Yes.  Sorry.
24             Q.   Do you know what that account was
25     for?

Page 57

1                        Gandolfo

2          A.    No.

3          Q.    Okay.  Do you know why he wanted it

4    in your name rather than his own or in a business

5    name?  Do you know why he had you open up the

6    account rather than him?

7               MR. HANAMIRIAN:  Object to form, but

8          you can answer.

9          A.    I asked, and I got told don't worry

10   about it.

11         Q.    Okay.  Let me rephrase the question

12   to deal with the objection.  Did Shant tell you

13   why he wanted you to open the account rather than

14   him doing it directly?

15         A.    No.

16         Q.    Wait.  Did you ask him?

17         A.    Yes.  I asked him.  I asked why do

18   you need me, and he said just please do it for me

19   and, you know, don't worry about it.  And I

20   trusted him, so I didn't worry about it, and I

21   forgot about it, and I shouldn't have, so that's

22   on me.

23         Q.    Okay.  Did you give him your user

24   name and password for that account?

25         A.    Did I what?

Page 58

1                           Gandolfo

2           Q.   Did you give him your user name and

3    password for that account?

4           A.   No.  I never logged onto it.

5           Q.   Okay.  There are transfers that say

6    you authorized it.  Did you do that or did Shant?

7           A.   No.  I did not do that.

8           Q.   Okay.  There are accounts for Speedus

9    at JP Morgan Chase including the payroll account.

10          A.   That's the --

11          Q.   Who currently -- yes.

12               MR. HANAMIRIAN:  Ari, let me just

13          instruct --

14          Q.   Who currently has control over those

15   accounts?

16               MR. HANAMIRIAN:  Ari, wait one

17          second.  Let me just instruct her again

18          that until you finish your question to

19          answer, because you're overlapping, and

20          it's not good for the record.

21               THE WITNESS:  Sorry.

22               MR. KUNOFSKY:  Thank you.

23               MR. HANAMIRIAN:  Wait until Ari is

24          done --

25               THE WITNESS:  Okay.

Page 59

1                        Gandolfo

2              MR. HANAMIRIAN:  -- completely and

3         then answer.

4              THE WITNESS:  Okay.

5         Q.   It's hard with the video.  If this

6    was in person it would be in person and not on

7    video, so I --

8              MR. KUNOFKSY:  Thank you, John.

9              MR. HANAMIRIAN:  Yes.

10        Q.   For the JP Morgan Chase accounts, who

11   has control over those accounts?

12        A.   I think Shant.

13        Q.   Okay, and do you have control over

14   those accounts?  Can you write checks on those

15   accounts?

16        A.   No.

17        Q.   Okay.  How do you get your payroll

18   paid?

19        A.   I tell them, okay, you need to put

20   money in the account, the payroll account.  Then

21   I call ADP, and ADP runs my check, and I get my

22   check.

23        Q.   Okay.

24        A.   Sometimes they are late, sometimes

25   they are not.

Page 60

Gandolfo

1

2      Q.   Did you just check your watch to see

3    if they were late on paying payroll this week?

4      A.   It was -- no.

5      Q.   It's okay.  Sorry.

6      A.   My husband gave me a Fitbit, because

7    I have a tendency to get upset, so I watch my

8    heart rate.

9      Q.   Okay.  Do you want to take a minute

10   to take a breath?  Are you okay?

11     A.   Yes, can I please?  Because it's

12   getting really fast.

13     Q.   Yes.

14          MR. KUNOFSKY:  Let's take a minute.

15          Let's take a two-minute break.

16          MR. HANAMIRIAN:  Okay.  Thanks.

17          (Recess taken)

18   BY MR. KUNOFSKY:

19     Q.   And, Karen, you understand you're

20   still under oath?

21     A.   Yes.

22     Q.   I'd like to talk about the house at

23   520 Navesink for a little bit.  Okay, and when I

24   talk about that, whose house is that?

25     A.   The trust.

Page 61

1                        Gandolfo

2              Q.   Okay.  Which trust?

3              A.   The Pachava Trust.

4              Q.   Okay, and who lived there?

5              A.   Hilde and the kids.

6              Q.   Okay.

7              A.   And Shant once in a while.

8              Q.   Okay.  Why just Shant once in a

9    while?

10             A.   Because he was always traveling.

11             Q.   Okay.  When he wasn't traveling

12   that's where he went?

13             A.   Well, sometimes he stayed there.

14   Sometimes he slept in his dad's office.

15             Q.   Okay.  Where is his dad's office?

16             A.   The office building in Freehold.

17             Q.   Okay, and we've been talking about

18   Freehold.  That's 1 Dag Hammarskjold?

19             A.   Hammarskjold, yes.  Hammarskjold.

20             Q.   Thank you.  All right, and sometimes

21   we'll call that the Village Mall during this.

22   Those are all the same thing?

23             A.   What?

24             Q.   It's also the Village Mall?

25             A.   Yes.

Page 62

1                          Gandolfo

2          Q.   Okay.  When did Hilde and the kids

3     live at 520 Navesink?

4          A.   I don't know when they moved in.  I

5     know that they moved out.  Hilde moved to Norway.

6          Q.   Okay.

7          A.   The whole family moved to Norway.

8          Q.   Do you know when they moved to

9     Norway?

10         A.   I don't remember.  I don't remember

11    what year it was.  It was -- I know it was after

12    the dad died, but before -- was it before the

13    mother died or maybe it was around then.

14    Honestly, I don't know.  I really don't know.  I

15    can't remember.

16         Q.   That's fine.  How did you know that

17    the house was in a trust?

18         A.   Hilde was the original trustee on it.

19         Q.   Okay.

20         A.   It's always been a trust, as far as I

21    know.

22         Q.   Okay.

23         A.   I don't think -- from the time it was

24    built --

25         Q.   Okay.

Page 63

1                         Gandolfo

2              A.   -- it's always been in a trust, but I

3         don't know when that was.

4              Q.   I'm asking it to just kind of trace

5         back how you know what you know.  How did you

6         know it was in a trust?  Did Hilde or Shant tell

7         you or somebody else?

8              A.   I probably overheard it with Hilde

9         and Shant when they would talk.

10             Q.   Did they ever tell you why it was in

11        a trust?

12             A.   No.

13             Q.   Okay.

14             A.   I mean, Nina had mentioned that it

15        was for the kids.

16             Q.   Okay.  When did she say that?

17             A.   I think it's when I first started

18        having to deal with her.

19             Q.   Okay, and that brings me to the next

20        question.  Hilde was the original trustee.  Did

21        you deal with --

22             A.   Yes.  Hilde --

23             Q.   -- Hilde as the trustee?

24             A.   -- took care of the --

25                  MR. HANAMIRIAN:  Let him finish.

Page 64

1                          Gandolfo

2                 THE WITNESS:  Oh, I'm sorry.

3                 MR. HANAMIRIAN:  Sorry.  Go ahead.

4                 MR. KUNOFSKY:  I was done with the

5          question.  She can answer.

6          A.   Could you say it again then?

7     Because, sorry.

8          Q.   What was Hilde's role with the trust

9     when was she involved?

10         A.   She was the trustee from the time the

11    house was built.

12         Q.   Did she ever stop being the trustee?

13         A.   Yes.  When they got divorced.

14         Q.   Okay.  Do you know about when they

15    got divorced?

16         A.   No.

17         Q.   Okay.  Was it during the time you

18    were still talking with Shant?

19         A.   Yes, because he said that Hilde is no

20    longer the trustee and that Nina is going to take

21    over.

22         Q.   Did Shant ever mention that or did

23    you ever know that Peter was a trustee, Peter

24    Hovnanian?

25         A.   I don't even know who Peter is.

Page 65

1                        Gandolfo

2            Q.   Okay.

3            A.   I never met Peter.

4            Q.   Okay, and when did Shant tell you

5     that Nina was taking over for, I may have just

6     asked you, but Nina took over, in your mind,

7     after Hilde and Shant got divorced?

8            A.   Yes.

9            Q.   Okay.

10           A.   That's my understanding.

11           Q.   Right.  When they got divorced, were

12    Hilde and Shant living in the U.S. or were they

13    living in Norway or Europe?

14           A.   As far as I know, in Norway.

15           Q.   Okay.  Okay, and then did the kids

16    and Shant come back?

17           A.   No.

18           Q.   Okay.  Do you know if the divorce was

19    after his mom died?

20           A.   I don't remember.

21           Q.   Okay.  You said Shant occasionally

22    slept in his dad's office.  Was this for months

23    at a time, days at a time, a night here or there?

24           A.   I don't really know.  I would just

25    know that someone was there, you know.

Page 66

1                          Gandolfo

2           Q.   Okay.  Was it for months at a time or

3      a day here or there?

4           A.   I would just notice on a day, because

5      I didn't go in every day.  I don't -- like I only

6      was going in three times a week.

7           Q.   That's something I missed.  Let me

8      back up about eight steps.  You say you're going

9      in three days a week.  When did that start or

10     when has that been?

11          A.   I did that -- I've been doing that

12     for the last three or four years.

13          Q.   Okay, and then before that, were you

14     there every day?

15          A.   Yes.

16          Q.   Okay, so in the last three or

17     four years though Shant hasn't been talking to

18     you.

19          A.   No.

20          Q.   Has he been in the office?

21          A.   No.

22          Q.   Okay.

23          A.   No one has been there except me.

24          Q.   Okay, so before that three, four-year

25     period, did Shant sleep in the office?

Page 67

Gandolfo

1

2          A.   He might have.  I would notice that

3     things were moved.  I don't -- I can't swear that

4     he was there, but I assumed that he was there.

5          Q.   Like --

6          A.   Because I never saw him, so...

7          Q.   What time do you normally get into

8     the office?

9          A.   7:30, 8 o'clock.

10         Q.   So Shant would have been out of the

11    office by 7:30, 8?

12         A.   Yes.

13         Q.   Wow.

14         A.   It might have been him.  It could

15    have been the technician.  He also has access to

16    the office, but he's usually not there.

17         Q.   Who is the technician?

18         A.   Kevin.

19         Q.   Morrison?

20         A.   He does the cables, fixes the cable

21    for us.

22         Q.   That's Kevin Morrison?

23         A.   Yes.

24         Q.   Okay.  I mean is there a bed in that

25    office?

Page 68

1                          Gandolfo

2            A.    No.  But in his dad's office there is

3       a couch.

4            Q.    Okay.  So would you see like Shant's

5       blanket out or what would you see that was off?

6            A.    The alarm wouldn't be on.

7            Q.    Ah.

8            A.    Or, you know, but there are other

9       people who had keys to the main door that don't

10      work there anymore and never gave their keys

11      back, so eventually, because it was freaking me

12      out, I changed the code on the alarm.

13           Q.    Okay.

14           A.    Because I didn't know who it was.  I

15      assumed it was Shant, but I don't know, because

16      nobody else was supposed to come in.

17           Q.    Okay.

18           A.    I don't know.

19           Q.    How often would you see this, the

20      alarm off?  Was it every day for months on end or

21      was it --

22           A.    No.  No.  No.  No.  No.

23           Q.    Okay.

24           A.    Just once in a while it would be off

25      whenever I turned it on.

Page 69

1                          Gandolfo

2          Q.   Okay, and then the rest of the time

3     Shant was either traveling or at home?

4          A.   Yes.  A lot of time he was just

5     traveling.

6          Q.   Okay, and have you been out to the

7     house?

8          A.   Yes.

9          Q.   Tell me about it.

10          A.   What do you mean?

11          Q.   Like big, small, nice?

12          A.   It's big.

13          Q.   Okay.

14          A.   It's fairly nice.

15          Q.   Okay.

16          A.   It's a little bit more house than I

17     like.

18          Q.   Makes sense.  It's a lot of cleaning.

19     Do you know how many bedrooms, bathrooms?

20          A.   Four and the older son's bedroom over

21     the garage.  That's five.

22          Q.   Okay.  Is it a guest house or a pool

23     house that they have?

24          A.   It's a guest house.

25          Q.   Okay.

Page 70

1                          Gandolfo

2          A.   At least that's what they call it.

3          Q.   Okay.  Why did they ask you to come

4     out to visit?  Why would you be going out?

5          A.   To pick up the mail and put it inside

6     and go through -- get rid of the garbage mail and

7     make sure that, you know, go upstairs, make sure

8     that everything is still locked, because

9     sometimes Vahak would come and go and come and

10    go, and windows would be unlocked, and I would

11    have to lock them.

12         Q.   When you say Vahak there, do you

13    mean --

14         A.   The son.

15         Q.   -- the son?  Okay.  We'll just have

16    to be careful about that one, because there are

17    two of them.  So was Shant getting mail at that

18    house?

19         A.   No.  A lot of it was -- unless --

20    from the IRS there was mail, but Nina got mail

21    there.  Hilde still got mail there.  The kids got

22    mail there.

23         Q.   All right.  Where did Shant's mail

24    other than the IRS mail go?

25         A.   The office.

Page 71

1                         Gandolfo

2              Q.   Okay, and where did you send Shant's

3       mail?

4              A.   I didn't.  It just stays in a box.

5              Q.   Where is the box?

6              A.   In my office.

7              Q.   When was the last time Shant picked

8       up his mail?

9              A.   He didn't pick it up when he was

10      here.

11             Q.   Okay, so has it been a couple of

12      years since he's been --

13             A.   Yes.  Yes.

14             Q.   And --

15             A.   But I don't get too much anymore, so.

16             Q.   Okay.  When was the last time you got

17      some mail for Shant?

18             A.   From you guys.  The IRS or whatever.

19             Q.   Yes.  I was about to say I don't

20      remember sending anything to Shant, but that's a

21      whole other --

22             A.   Yes.  The IRS.

23             Q.   What did you do when you got that

24      mail?

25             A.   I just put it in the box.

Page 72

                          Gandolfo

1

2          Q.   And did you e-mail Shant, hey, people

3     from the IRS are bugging you?

4          A.   No.

5          Q.   Okay.

6          A.   I get -- I got tired of e-mailing him

7     and getting no response.

8          Q.   Okay.  Other than going to pick up

9     mail and make sure the property is secure, any

10    other reason to go out there?  Did you go to

11    visit, say hi to people?  Anything like that?

12         A.   Well, when Nina is in, I would go

13    meet her there sometimes or I would go to check

14    up on the son, Vahak.

15         Q.   Okay.

16         A.   I mean he is still a kid.

17         Q.   How old is Vahak?

18         A.   He was born in '93.  Maybe he's 25

19    now.  24.

20         Q.   Okay.

21         A.   To me that's still a kid.

22         Q.   Okay, yes.  I would say kid, but an

23    adult legally, but, yes.  I get it.  Does Vahak

24    still live at the house?

25         A.   Yes.  When he was -- he wasn't there

Page 73

1                        Gandolfo

2       when he was in school.

3              Q.   Okay, and did Shant ever give you

4       instructions about paying bills related to the

5       house?

6              A.   No.  Everything is I think on

7       automatic, it's out of the Pachava account.

8              Q.   What about earlier on like years ago?

9              A.   Yes.  There was some mingling or, you

10      know, like maybe the account didn't have any

11      money in the account at the time, and we'd have

12      to, one of the other accounts would have to pay

13      it.

14             Q.   And how was that decision made?  Who

15      made it?

16             A.   Well, when I was in communication

17      with him and he would say, okay, can you pay it

18      out of this?  Can you pay it out of the HovSat

19      account?  Do you have enough money?  Yes, and I

20      would pay it.

21             Q.   Okay, and he's Shant?

22             A.   Yes.  Sorry.

23             Q.   And this question is going to sound

24      weird, but I'm just going to ask it.  Why would

25      you listen to him?  Why would you follow those

Page 74

1                    Gandolfo

2      instructions?

3           A.   Well, because technically, I don't

4      know, he was my boss before he decided to flake

5      off somewhere.  I mean he was the person -- there

6      wasn't anybody else to ask.

7           Q.   Okay, so when Shant said pay this

8      house expense, you'd say okay?

9           A.   Well, yes.  What else am I supposed

10      to say?  No.  I mean I'm sorry, that sounded --

11           Q.   Yes.  No.  The questions are a

12      one-way street here.  I ask and you answer.  But

13      I get the point you're making, which is from your

14      point of view, he was the guy in charge?

15           A.   Yes.

16           Q.   All right.  You said a lot of the

17      payments were on auto pay.  What payments are you

18      talking about?

19           A.   The Verizon bill, the electric, and

20      I'm pretty sure the gas is on auto.  I think they

21      are all on auto.

22           Q.   How was that set up?

23           A.   What?

24           Q.   How was that set up?  Who set that

25      up?

Page 75

1                          Gandolfo

2           A.    I don't know.

3           Q.    Okay.  Did Shant have control over

4      the auto pay or the utility?

5           A.    No.  Hilde did.  Hilde had Pachava.

6           Q.    Okay.  I'm going to show you an

7      exhibit right now.  It's part of what was

8      produced to me in this case in discovery.  And

9      I'm going to show you a page that starts -- it's

10     going to be a part of the document.  I've marked

11     it as Pachava 19 in a prior deposition, and it

12     goes from page 3707 up to 3706, so it's kind of

13     backwards, so...

14          A.    I don't --

15          Q.    Do you see the document that is in

16     front of you?  You have a document in front of

17     you.  What do you have in front of you?

18          A.    I don't know.  I was just --

19               MR. HANAMIRIAN:  A printout, it's the

20          printout of the document.

21               MR. KUNOFSKY:  Okay.

22          A.    I'm looking to see what -- I don't

23     know how this works.

24          Q.    Here if you look in the lower

25     right-hand corner, it should have page numbers

Page 76

                          Gandolfo
1
2       that have HOVPROD --
3                A.   Okay.
4                Q.   If you go to 3707 will be there, or
5       if you look up at the screen, you should see it
6       on your screen.
7                     MR. HANAMIRIAN:  Are you sure it's
8                19, Ari?
9                     MR. KUNOFSKY:  Yes.
10                    MR. HANAMIRIAN:  Okay.  All right.
11               We've got it.  Thank you.
12                    MR. KUNOFSKY:  Okay.
13               Q.   So on page 3707, did Nina send you
14      this e-mail from FirstEnergy?
15               A.   Yes.
16               Q.   And it's talking about the bill for
17      the 520 Navesink River Road property?
18               A.   Yes.
19               Q.   Okay.  Let's flip back a page to 3706
20      in the lower right-hand corner.  Are you there?
21               A.   Yes.  She gave -- Nina gave me
22      supposedly the user and the password to log into
23      the utilities.
24               Q.   Right, so let's start kind of at the
25      bottom of this e-mail chain, right?  Is that

Page 77

1                         Gandolfo

2       Nina's e-mail?

3                A.   Yes.  That's Nina's e-mail.

4                Q.   Okay, and she said NJNATFAS user

5       name.  What's NJNATFAS?

6                A.   NG -- where is that?

7                Q.   Here, look up at your screen for a

8       second.  Right there.

9                A.   I think that's New Jersey National

10      FirstEnergy maybe.

11               Q.   It might just be a typo?

12               A.   Yes.

13               Q.   Okay.  No problem.

14               A.   Because that's either just -- it's

15      either the electric or the gas.

16               Q.   Okay, and --

17               A.   It must be gas.

18               Q.   Okay, and JCPL is the electrical?

19               A.   Yes.  Yes.  Yes, so that's the gas.

20               Q.   Okay.  What is the user name for that

21      account?

22               A.   For which?  The gas?

23               Q.   Sorry.  The gas.

24               A.   It says Shantus.

25               Q.   All right.  Do you think it could be

Page 78

1                          Gandolfo

2      Shant US like Speedus is Speedus US?

3               A.    No.  I think that that was a pet name

4      in his family.

5               Q.    For Shant?

6               A.    Yes.

7               Q.    Okay.

8               A.    At least I think so.  I don't know.

9               Q.    And then the password, Think Cool?

10              A.    Yes.

11              Q.    Have you seen that password

12     elsewhere?

13              A.    Yes.  The password would probably be

14     the same for the electric, the JCPL.

15              Q.    Right, but is this a password that

16     Shant uses?

17              A.    I don't know.  That's the one Nina

18     gave me.

19              Q.    Okay, and then if we go up to

20     January 16th, 2019, that e-mail, that's from you,

21     KSG@jet.IO, right?

22              A.    Right.

23              Q.    And you said "After looking at the

24     Telegram text he sent you, the reason I couldn't

25     log in was you wrote a 1 instead of an L in the

Page 79

1                          Gandolfo

2      word 'cool,' so I had to pay the gas with the

3      HovSat debit card."

4              A.   Okay.

5              Q.   When you said "After looking at the

6      Telegram text he sent you."

7              A.   He forwarded me something that I'm

8      assuming, which is probably wrong, that it was

9      Shant, but I don't know.

10             Q.   Okay.  Do you still have that

11     Telegram communication?

12             A.   I don't know.

13             Q.   Okay.  Are you on Telegram with Nina?

14             A.   Do I what?

15             Q.   Do you use Telegram, that app?

16             A.   Yes.

17             Q.   Okay.  Do you have it on a mode that

18     would say delete this text?

19             A.   No.

20             Q.   Okay, so you would still have this

21     text message from Nina to you from Shant?

22             A.   Probably.

23             Q.   Okay.  Has John or anyone else

24     from -- or Nina asked you for your texts?

25             A.   No.

Page 80

```
1                        Gandolfo
2          Q.   Okay.  Just out of curiosity, what is
3     FoxRocks2?  Does that have any meaning to you,
4     for the JCPL password?
5          A.   No.
6          Q.   Okay.  Give me a second.  So in that
7     e-mail, you said that "The gas company wouldn't
8     help me because I'm not authorized on either
9     account.  When she asked me my name, I pretended
10    to be Vahak."  I'm assuming you mean the dad?
11         A.   Yes.
12         Q.   All right.  Do you know who had
13    access to the account?
14         A.   No.
15         Q.   Okay.  The next sentence you said,
16    "So either you or Shant need to freaking call
17    them and authorize me."  Do you think Shant or
18    Nina had the authorization there?
19         A.   I didn't know who.  It was just very
20    frustrating, because I was told to pay it, and I
21    couldn't get anywhere, so I got annoyed.
22         Q.   That's fine.  It's okay.  We're all
23    people.  We're all human.  All right.  Let's go
24    to this one.  Let's look at this one really
25    quick.  This will be quick.
```

Page 81

1                         Gandolfo

2                  (KSG Exhibit 2, Document bearing

3                  number Morgan Stanley 5326, was so marked

4                  for identification, as of this date.)

5            Q.   All right.  I'm showing you KSG 2,

6      which is a Morgan Stanley 5326 document, and

7      we're just going to -- you sent an e-mail back in

8      2014.  Is that your e-mail address and Hilde's

9      e-mail address at the bottom?

10           A.   Okay.  What did you ask me?

11           Q.   Those e-mail addresses, are those

12     yours and Hilde's?

13           A.   Yes.

14           Q.   Okay, and you said to her that, "Here

15     is the bill for the lawn company for the house

16     and yours and Shant's AAA membership and

17     invoice."  The house you're talking about is

18     520 Navesink?

19           A.   Yes.

20           Q.   And then Hilde passed that along to

21     the bankers?

22           A.   I guess.  My job was to send it to

23     Hilde.

24           Q.   Okay.  Did you ever have an instance

25     where Hilde disagreed with Shant about what

Page 82

1                      Gandolfo

2     expenses should be paid from the trust?

3              A.   No.

4              Q.   Okay.

5              A.   At least I don't remember.

6              Q.   And as far as the AAA, why was that

7     getting paid out of the trust?

8              A.   I don't know.

9              Q.   Okay.  Who told you to have Shant's

10    AAA membership be paid by the trust?

11             A.   No one.  Whatever came -- whatever

12    bills that were for Hilde and him or the house, I

13    would scan to Hilde, and then Hilde took -- did

14    whatever she did.

15             Q.   Okay, and then how did you know to do

16    that?  How did you know to send that stuff to

17    Hilde?

18             A.   Because Hilde told me to send it to

19    her.

20             Q.   Do you know if Shant had a credit

21    card with Bank of America?

22             A.   I don't remember whether he had one

23    or it was one of his parents', but I know I sent

24    something to him.

25             Q.   Okay.

Page  83

1                         Gandolfo

2              A.   But I don't know when.  It wasn't

3       recent.

4              Q.   Yes.  No.  These are 2013 to 2015

5       payments right now when we're talking about this

6       credit card.  Does that sound --

7              A.   That might be about right.

8              Q.   Okay.  What about a credit card with

9       Citi or debit card with Citi?  There was a

10      payment made in 2015 on that.  Do you know if

11      that was for Shant or for somebody else?

12             A.   I don't know.

13             Q.   Okay, and $78,000 roughly was paid to

14      Chase?

15             A.   How much?

16             Q.   78,000 between 2013 and 2015 from

17      Pachava to Chase.  Do you know who would have had

18      a credit card with Chase?

19             A.   No.

20             Q.   Okay.  Tell me when you're ready to

21      take a break.  I can go all day, but let me know

22      when to take a break, okay?

23             A.   Okay, yes.

24             Q.   So we've been talking about the

25      Pachava Trust for a bit.  Let's take a break now,

Page 84

1                      Gandolfo
2        and we'll switch over to organize it before a
3        good stopping point before lunch, okay?  Let's do
4        this one little topic.
5                  We had talked briefly about Zargis.
6        Do you know who owns Zargis Medical company?
7            A.   No.  I do know that they did some
8        kind of patent thing with 3M, but other than
9        that, I don't.
10           Q.   Okay.  Do you know who was in charge
11       of Zargis?
12           A.   No.
13           Q.   Okay.  Do you know what Shant's role
14       with Zargis was?
15           A.   No.
16           Q.   Okay.  Was he a boss or was he just a
17       consultant, employee?  Do you have any sense of
18       that?
19           A.   I don't know.  I didn't really deal
20       with Zargis.  I know that there was a guy John
21       Calasi, but I don't know what their -- and Peter
22       Hodge, but I don't know what their titles were or
23       what they did, but I thought Zargis -- I don't
24       know.  I seem to remember hearing that when they
25       filed, I don't know, some kind of taxes with

Page 85

1                        Gandolfo

2       Speedus, that Zargis came under that, so I don't

3       know.  Like an umbrella something, I don't know

4       what that means, but I remember hearing that.

5              Q.   Like a holding company or a parent

6       company?

7              A.   Possibly.

8              Q.   Okay.  Do you know who was the lawyer

9       for Zargis or who is the lawyer for Zargis?  Do

10      you know who their lawyer is?

11             A.   No.  I have no clue.

12             Q.   Do you know why funds were

13      transferred between Zargis and either to or for

14      the benefit of Pachava?

15             A.   No.

16             Q.   Okay.  Do you know if Nina has any

17      role with Zargis?

18             A.   I don't think so.  I don't know, but

19      I don't think so.

20             Q.   Do you know where Zargis has a bank

21      account?

22             A.   No.

23             Q.   Okay.  Speedus transferred funds from

24      Zargis in 2017.  Do you know why?

25                  MR. HANAMIRIAN:  Was it related to

Page 86

1                        Gandolfo

2            the trust?  Was it a transfer for the

3            trust purpose or was it just a transfer?

4            Can you identify with specificity the

5            transfer you're questioning about?

6                 MR. KUNOFSKY:  I would say it does.

7            I would say it ultimately goes to pay a

8            trust expense.

9                 MR. HANAMIRIAN:  Well, I'll object to

10           the lack of the foundation, and then she

11           can answer.

12           A.   Can you ask me that again?  I'm

13      sorry.

14           Q.   All right.

15           A.   I'm really sorry.

16           Q.   No.  It's a difficult process.  I get

17      that.  Speedus transferred $150,000 to Zargis in

18      2017.  Do you happen to know why that transfer

19      occurred?

20           A.   No.

21           Q.   Did you ever hear Shant talking about

22      the real estate taxes related to the house?

23           A.   No.  I know that they -- they weren't

24      paid for a while, but...

25           Q.   Do you know how that was resolved?

Page 87

1                          Gandolfo

2          A.   No, I don't know if it was.

3          Q.   Okay, and this is real estate, not

4     federal income taxes or anything.  Just the real

5     estate taxes.

6          A.   Yes.  I just don't know.  I don't

7     know.

8          Q.   Okay.

9               MR. KUNOFSKY:  Can we do just a

10              20-minute break for lunch?

11              MR. HANAMIRIAN:  Sure.

12              MR. KUNOFSKY:  Okay.

13              (Lunch recess:  12:11 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 88

1                           Gandolfo

2                      Afternoon Session

3                          12:39 p.m.

4      K A R E N   G A N D O L F O, having been previously

5      duly sworn, was examined and testified further as

6      follows:

7      EXAMINATION (Continued)

8      BY MR. KUNOFSKY:

9           Q.   Hey, Karen.  You understand you're

10     still under oath, right?

11          A.   Yes.

12          Q.   Okay.  I'd like to switch over to the

13     VSHPHH Trust for a little.  What is the VSHPHH

14     Trust?

15          A.   They own the office building and I

16     think pieces of property.

17          Q.   Okay.  Does it own anything else?

18          A.   Not to my knowledge.

19          Q.   Okay.  What is its relationship with

20     HovSat and Grand View?  How does that work

21     together?

22          A.   Well, the bank account was HovSat

23     Inc., and Grand View was the cable company that

24     used that account.

25          Q.   Okay, and then what I'm going to call

Page 89

1                     Gandolfo

2        the Village Mall because it's easier than saying

3        1 Dag --

4              A.   Yes.

5              Q.   -- Hammarskjold, the Village Mall, it

6        also used the HovSat account, right?

7              A.   Yes.  Until they set up the actual

8        bank account for the trust.

9              Q.   Okay.  Other than using HovSat's bank

10       account, is there any other role between HovSat

11       and the Village Mall?

12             A.   No.

13             Q.   Okay.  Are you aware of any

14       management agreement between HovSat and the

15       Village Mall?

16             A.   No.

17             Q.   What is your role with HovSat?

18             A.   Pay its bills.

19             Q.   I'm going to put all the companies

20       into the word "HovSat," so instead of saying

21       HovSat, Grand View, you'll understand that we're

22       just talking about HovSat.

23             A.   Yes.  It was just pay the bills and

24       write the checks.

25             Q.   Okay, and what about with the VSHPHH

Page 90

1                        Gandolfo
2      Trust, what is your role there?
3              A.   The same thing.  Enter, you know,
4      like make sure the building doesn't fall down.
5              Q.   That might be a big task one day.
6              A.   Yes.
7              Q.   Who hired you for HovSat Grand View?
8      How did you get involved with that?
9              A.   Art left and it got dumped on me.
10             Q.   And that's Art Havighorst?
11             A.   Yes.
12             Q.   Am I even close to pronouncing that
13     right?
14             A.   Yours is as good as mine.  I have
15     trouble with his last name too.
16             Q.   Okay.
17             A.   Havighorst or something.
18             Q.   Okay, and what about with VSHPHH, how
19     did you get that role?
20             A.   It just took over from HovSat.
21             Q.   Okay.
22             A.   There is no banking going on with
23     HovSat now.
24             Q.   Okay.  Who do you communicate with
25     about the VSHPHH trust?

Page 91

1                    Gandolfo

2          A.   Nina.

3          Q.   Okay.  What about in the past, have

4     you communicated with anyone else?

5          A.   Years ago it was Shant.

6          Q.   Okay, and when you were communicating

7     with Shant, what would you talk about?

8          A.   Whether do I pay this or not.

9          Q.   Okay, and you would take his

10    instruction about the VSHPHH trust?

11         A.   Yes, because the trust is the

12    building, and the bills come in.  They need to be

13    paid.

14         Q.   What was your understanding of

15    Shant's role with the trust?

16         A.   He had no understanding.  When we

17    started using the trust by that name itself, he

18    had nothing to do with it.  It was only Nina.

19         Q.   Okay, so before then, the trust and

20    HovSat were one and the same?

21         A.   Yes.  I think.

22         Q.   And then --

23         A.   I don't know.

24         Q.   Okay.

25         A.   I don't know when -- I don't know --

Page 92

1                          Gandolfo

2              Q.    Okay.

3              A.    -- when it was put in there.

4              Q.    Okay.  I'm not worried so much about

5        the when, I'm worried about the how.

6              A.    That I have no clue about.

7              Q.    I might have the wrong short

8        question.  Maybe it's the what.  Let me see if I

9        got it right.  Before a certain point, HovSat and

10       VSHPHH were basically the same thing, and then at

11       a certain point they split into two separate

12       things?

13             A.    I don't know.  I just know that in

14       QuickBooks it was Grand View, but the bank

15       account said HovSat Inc., and the next thing I

16       know they set up an account for the trust, and I

17       wasn't to use the HovSat Inc. anymore, I was

18       supposed to use the trust, and that's all I got

19       told.  That's all.

20             Q.    Okay.

21             A.    So I said fine.

22             Q.    And Nina told you that?

23             A.    Yes.

24             Q.    Okay.  Did she tell you why?

25             A.    No.

Page 93

1                        Gandolfo

2           Q.   Did you ask?

3           A.   No.

4           Q.   Okay.  Why not?

5           A.   Basically I didn't care.

6           Q.   Okay.  What was Shant's role at

7    HovSat before the VSHPHH accounts were set up?

8           A.   He didn't really have a role per se,

9    because it was when -- before Art left, I had to

10   meet him at the bank and put my name on the

11   account.

12          Q.   Okay, and then --

13          A.   So I could sign the checks.  And

14   Shant was nowhere around for that.

15          Q.   Okay, and then if there were

16   transfers between companies and HovSat before the

17   split, what records should we have of those

18   transfers?  Like what records do you have of

19   those transfers?

20          A.   Whatever is in QuickBooks, I guess.

21          Q.   Okay, so if there was a transfer

22   from, as just an example, Zargis into HovSat,

23   there would be nothing outside of QuickBooks to

24   record that?  There wouldn't be --

25          A.   No.

Page 94

1                      Gandolfo

2          Q.   You don't have copies of contracts or

3     loan documents or those?

4          A.   No.

5          Q.   No?

6          A.   I don't have any access to Zargis.

7          Q.   Okay.  No, but I'm saying if there

8     was a transfer into HovSat, you have access to

9     the HovSat records, right?

10         A.   Yes, but I'm -- because I didn't do

11    bank recs.

12         Q.   Okay.

13         A.   So if I was told that there was a

14    transfer in there or whatever, and honestly if I

15    remembered to do it, I would enter it, and

16    sometimes not.  Sometimes -- because I didn't do

17    the bank recs, so everything was kind of up in

18    the air, so I'm not perfect, so I'm sure I missed

19    something.

20         Q.   So this is part of my job of

21    translating lawyer and accounting and all that

22    stuff into English.  When you say bank recs, what

23    do you mean?

24         A.   What they call when you take the bank

25    statements and whatever is entered in there in --

Page 95

1                          Gandolfo

2            Q.    Okay.

3            A.    -- the QuickBooks and reconcile it so

4     that there is one number.  I don't do that.

5            Q.    Okay.  Do you automatically download

6     stuff into QuickBooks from the banks?  Like do

7     you take in the statements or do you manually

8     enter it all?

9            A.    Everything is manual.  I don't --

10    there is nothing automatic about it.

11           Q.    Okay, so when there was a transfer

12    from company A into HovSat, whether it be Speedus

13    or Hovbilt or whatever, how would you know about

14    that and how would you know to put that in?

15           A.    Well, sometimes I would log in and

16    check the actual balance in the bank account, and

17    if there was something in there that I didn't

18    recognize, I would try and figure out what it was

19    or where it came from, like if there was a

20    deposit, a transfer made, a wire transfer, but I

21    will say I wasn't really great at making sure

22    that was entered into QuickBooks.

23           Q.    Okay.  We see a lot of the QuickBooks

24    entries, and we'll go through them in a bit.  A

25    lot of these entries say just transfer from this

Page 96

1                        Gandolfo

2       account.  Could you tell if that was a loan or a

3       gift or did you know what it was for?

4              A.   No.  I would just -- if they are in

5       there, it would be because I saw the transfer,

6       and there was a name attached to it, and I would

7       just enter it that way like as a deposit.

8              Q.   Okay.

9              A.   I don't know.  It would just say

10      transfer from this company or I would throw it

11      into due to, due from or whatever.

12             Q.   Okay.  Other than the existence of a

13      transfer, you have nothing to back it up like --

14             A.   No.  No.

15             Q.   -- no invoices or anything?

16             A.   Un-un.

17             Q.   Okay, so you have check signature

18      authority on the VSHPHH account.

19             A.   Yes.

20             Q.   How do you use that authority?  Do

21      you get general instructions from Nina or is it

22      every transaction you have to get her approval?

23             A.   No.  She did it so that I could

24      write -- I could pay the bills and just cut the

25      checks for the bills that needed to be paid like

1                           Gandolfo

2          the electrics and the phone and cell phone and

3          stuff.

4                 Q.   When did Nina start making decisions

5          for VSHPHH?

6                 A.   Two years ago she started asking me

7          stuff.

8                 Q.   Okay, and before then, who made the

9          decisions?

10                A.   Me.

11                Q.   Okay, and if you wanted to get

12         authorization from somebody, who would you go to?

13                A.   Nina.

14                Q.   Even before she got involved?

15                A.   Well, I would try and e-mail Shant,

16         but as I said, he wouldn't answer, and --

17                Q.   Okay.

18                A.   -- I would perhaps figure it out.

19                Q.   So your first stop for the VSHPHH

20         trust would have been Shant?

21                A.   Yes.

22                Q.   Did he ever authorize --

23                A.   Well, not when it became -- see, I

24         don't know what you mean when -- because Grand

25         View, HovSat Inc. and the trust are really all

Page 98

1                        Gandolfo
2      one.
3                Q.   Okay, so --
4                A.   You see, this is --
5                Q.   -- more than two years ago when
6      HovSat was just one thing and not two separate
7      things, who did you go to for instructions?
8                A.   Shant.
9                Q.   Okay.
10               A.   Until he stopped communicating.
11               Q.   Do you know what HovSat was meant to
12     do?
13               A.   No.
14               Q.   Okay.  Do you know if it ever
15     operated a business on its own separate from the
16     Village Mall?
17               A.   No.
18               Q.   Okay.  Do you know who the
19     decision-makers for HovSat were?
20               A.   Vahak Hovnanian, the dad.
21               Q.   Okay, and then after the dad died, so
22     after 2015?
23               A.   I don't know.
24               Q.   Okay, and did Shant ever have a role
25     with the company?

Page 99

1                     Gandolfo

2          A.   No.

3          Q.   Okay.  You received a lot of

4   transfers into QuickBooks from either Omnibox or

5   Omniverse.  What can you tell me about that?

6          A.   Just that he told me to put it on the

7   data service center or data -- yes, and that was

8   it.

9          Q.   And just so that we're clear, who is

10  he?

11         A.   Shant.

12         Q.   Okay.  Do you know what that meant?

13         A.   No.

14         Q.   Over time he received $700,000, is

15  that correct?

16         A.   I don't know.

17         Q.   Give me one second.

18         A.   I know he got like approximately

19  9,000 a month.

20         Q.   Okay.

21         A.   But I don't know for how long or when

22  it started.

23              (KSG Exhibit 5, Omnisat joint venture

24              agreement dated 11/1/2017, was so marked

25              for identification, as of this date.)

1                         Gandolfo

2            Q.   Okay, and let me pull up -- can you

3      look at KSG 5, and I can put it up on the screen

4      if that would just be --

5            A.   What is it?

6            Q.   It's an Omnisat joint venture

7      agreement dated 11/1/2017.

8            A.   I've never seen this.

9            Q.   Okay.  In the first line it says

10     "This is between HovSat at 2500 Shafto Road,

11     Tinton Falls."

12           A.   That's the senior building.

13           Q.   Okay, and --

14           A.   Where --

15           Q.   Let's go to the page that I've

16     marked, let's see.

17                Here we go.  HOVPROD 125.  Are you

18     familiar with Shant Hovnanian's signature?

19           A.   Yes.

20           Q.   On page 125 is Shant signing on

21     behalf of HovSat as an authorized signature?  Is

22     that --

23           A.   Yes.

24                MR. HANAMIRIAN:  I mean I object to

25           the foundation.  She's not a party to,

Page 101

```
 1                    Gandolfo
 2          but --
 3               THE WITNESS:  I'm sorry.
 4               MR. HANAMIRIAN:  -- I object.
 5               MR. KUNOFSKY:  I'm sorry.  I couldn't
 6          hear the objection.
 7               MR. HANAMIRIAN:  Yes.
 8               You can answer though.
 9               MR. KUNOFSKY:  John, I couldn't hear
10          your objection.  You were a little off.
11               MR. HANAMIRIAN:  I apologize.  I
12          object on the basis of lack of foundation.
13          I mean she's not --
14               MR. KUNOFSKY:  I missed the last
15          part.  You said lack of foundation and
16          then something else.
17               MR. HANAMIRIAN:  That's it.  I said
18          she could answer.
19               MR. KUNOFSKY:  Okay.
20          Q.   You're familiar with Shant's
21     signature?
22          A.   Yes.
23          Q.   You've seen him sign lots of stuff?
24          A.   Not lots of stuff.  I know his
25     signature.
```

Page 102

1                        Gandolfo

2              Q.   Okay, and how do you know his

3       signature?

4              A.   Because I've seen him sign a couple

5       of stuff.

6              Q.   Okay.

7              A.   Like --

8              Q.   Go ahead.  No.  Tell me the stuff

9       that he's signed that you've seen.

10             A.   A check.  Check.

11             Q.   Okay.

12             A.   I don't have -- when we were on --

13      never mind.

14             Q.   And that's Shant's signature?

15             A.   Yes, sir.

16             Q.   Okay.  HovSat has an account at

17      Affinity Federal Credit Union, right?

18             A.   Correct.

19                  (KSG Exhibit 6, Document bearing

20             numbers Affinity 1348 through 1383, was so

21             marked for identification, as of this

22             date.)

23             Q.   Okay.  Look at KSG 6.  I'll pop it

24      up.

25             A.   Okay.

Page 103

1                         Gandolfo

2          Q.   And this is page Affinity 1348 to, a

3     lot of pages, 1383.  I'd like you to look at the

4     first page, please.  There are two people listed

5     with --

6          A.   Yes.  Andy, yes.  Andy is --

7          Q.   Who is Andy?

8          A.   Huh?

9          Q.   Who is Andy?

10         A.   He used to work for I think Hovbilt.

11    He was --

12         Q.   Okay.

13         A.   -- an architect, and he took care of,

14    he was supposed to take care of the building

15    instead of me, and then he left and it got dumped

16    on me.

17         Q.   So the only one with signature

18    authority over the Hovbilt accounts now is you?

19         A.   Not Hovbilt.  HovSat.

20         Q.   Thank you.  Some of the Omniverse

21    payments were sent to Hovbilt rather than HovSat.

22    Do you know why that occurred?

23         A.   They were sent where?

24         Q.   To Hovbilt instead of to HovSat.  Do

25    you know why?

1                    Gandolfo

2           A.    No.

3           Q.    Okay.  Do you know what Shant's role

4    at Hovbilt was?

5           A.    No.

6           Q.    Do you know what Hovbilt was?

7           A.    No.

8           Q.    Okay.  So we talked about the

9    finances for a while.  Let's talk about the

10   Village Mall's operations, so we've been talking

11   about it.  What's the Village Mall?

12          A.    The office building.

13          Q.    Okay.  Just because I haven't had a

14   chance to drive by it, are the offices on the

15   inside?  Are they facing the parking lot?

16   Describe it for me.

17          A.     There is a parking lot, and then

18   there is the main building, and then there is a

19   hair salon here, and then there is a separate

20   building that has a regular doctor and then a

21   foot doctor in the back.

22          Q.    Okay, and you were pointing to one

23   side of yourself for the hair salon and the other

24   side of yourself for the doctors.

25          A.    Yes.  I'm sorry, yes.  I'm sorry.

Page 105

                         Gandolfo

1

2          Q.   That's fine.   We're not videotaping,

3     so I just make these comments so that the record

4     is clear.   It's totally fine.

5               How has the mall changed over the

6     past ten years?  Tell me about how it was

7     operating before and after Vahak's death, the

8     dad.

9          A.   Well, I only got out there in '08, so

10    I mean there was nice grass there.  There was --

11    I don't know.  They looked -- it looked like a

12    nice building.  Just -- yes, it just looked like

13    a nice building.

14         Q.   Have the tenants changed over time?

15         A.   We lost the accountant, Jerry.  He

16    semiretired and joined his thing with somebody

17    else, so he's not there anymore.  The other

18    tenant on the bottom floor, she lost her business

19    but still helps me deal with the customers.

20         Q.   Okay.  What kind of business does

21    she --

22         A.   And the hair salon.  We have a new

23    tenant.

24         Q.   Okay, and then who is the one that

25    lost the job but is still helping you out?  What

Page 106

1                        Gandolfo

2      kind of job is that and who is it?

3              A.   Joann.

4              Q.   Okay.  What kind of business did she

5      have?

6              A.   I don't know.  I never asked.

7              Q.   Okay.  If you can't tell what the

8      business is, maybe that's an indication.

9                   After Vahak died, who took over

10     management of the Village Mall?

11             A.   Me.

12             Q.   Okay.  Did you get instructions from

13     Shant?

14             A.   No.  Nina.

15             Q.   Okay.  What about in the time between

16     Vahak's death and before Nina came into the

17     picture?

18             A.   I would ask Shant and hit or miss

19     whether he answered.

20             Q.   Okay, and when he answered, would you

21     follow his instructions?

22             A.   Usually.

23             Q.   Okay.  When would you not follow his

24     instructions?

25             A.   If I thought he was wrong.

1                          Gandolfo

2               Q.   Okay.  Do any instances come to mind?

3               A.   Not really.

4               Q.   Okay.

5               A.   Just I disconnected a telephone line.

6               Q.   Okay, and so you reached out to

7     Shant.  He said don't do it, and you did it

8     anyway?

9               A.   Well, he said he didn't see the point

10    whether it was there or not there, so I was like,

11    okay.  Fine.  Whatever.

12              Q.   Got it.  Okay, so we've seen a lot of

13    references to Suites 1 and 12 of the Village

14    Mall.  Can you tell me about those?

15              A.   I think when his father was alive,

16    each area was divided into a suite.

17              Q.   Okay.

18              A.   But I don't know.  I just know the

19    address is 1 Dag Hammarskjold or whatever.

20              Q.   And you mentioned the doctor, the

21    podiatrist, the hair salon, the accountant,

22    Joann.  Are there any other tenants?

23              A.   No.

24              Q.   Okay.  Has Hovbilt paid rent to the

25    Village Mall ever?

Page 108

1                    Gandolfo

2          A.   I don't know.

3          Q.   Okay.  Do you know of any instance

4     where Hovbilt was billed for rent?

5          A.   No.

6          Q.   What about HovSat or Speedus?

7          A.   Not for rent.

8          Q.   Okay.  Were they considered tenants

9     of the Village Mall?

10          A.   I don't know.

11          Q.   Who approved tenants like if you were

12     going to rent out a space?

13          A.   When?

14          Q.   Let's do first before Vahak died.

15          A.   It probably would have been Art.

16          Q.   Okay, and then after Vahak's passing?

17          A.   Probably me.

18          Q.   Okay.

19          A.   Those tenants that are there have

20     been there, except for the hair salon, have been

21     there since before I got there, so...

22          Q.   And then did the tenants ever reach

23     out to Shant?

24          A.   No.

25          Q.   What about Nina?

Page 109

1                          Gandolfo

2          A.   Yes.  I think Dr. Petcu did Nina.

3          Q.   Okay.  Before 2015 how were they

4    paying rent?

5          A.   In a check.

6          Q.   When they wrote the check before

7    2015, who did they make it out to?

8          A.   Vahak Hovnanian.

9          Q.   Okay, and then after he died, they

10   continue to make payments to him, but then it

11   changed --

12         A.   Yes.  They still made the payments to

13   him.

14         Q.   And then they switched to HovSat.

15         A.   Yes.

16              (KSG Exhibit 7, Document bearing

17              number USAPROD 728, was so marked for

18              identification, as of this date.)

19         Q.   All right.  Give me one second.  I

20   have to find the exhibit.

21              Here we go.  I'm going to show you

22   KSG 007.  Do you have a copy of that file in

23   front of you?

24         A.   7?

25         Q.   Yes.

Page 110

```
 1                       Gandolfo
 2             A.   Yes.
 3             Q.   Okay, and is this an e-mail --
 4             A.   That's to Dr. Petcu's wife.
 5             Q.   I didn't know they were married,
 6      okay.  At the bottom kind of right-hand corner,
 7      it says USAPROD 728.
 8             A.   Yes.
 9             Q.   And in this e-mail you said, "Hi
10      Mirela, from now on Shant would like the rent
11      check made out to HovSat Inc. instead of his
12      father's name."
13                  Is that the instruction you gave the
14      tenants to change the name on the rent checks?
15             A.   Yes, but that wasn't -- that's really
16      kind of a lie, because I never spoke to Shant
17      about it.  I just --
18             Q.   Okay.
19             A.   -- said his name, because Dr. Petcu's
20      wife didn't want to take my word for it.
21             Q.   And she --
22             A.   So --
23             Q.   -- wanted Shant's word for it?
24             A.   Right.
25             Q.   Okay.  How much rent does the trust
```

Page 111

1                          Gandolfo

2      collect per year?

3              A.   Off the top of my head, I don't know

4      the number, but I know how much rent is per

5      month.

6              Q.   How much is it per month?

7              A.   Well, Petcu pays --

8              Q.   In normal times what is it per month?

9              A.   Petcu pays $2,795.  The foot doctor

10     pays 1,105.  The hair salon pays 900, but the

11     lady before that, before she retired, only paid

12     700.

13             Q.   Okay.

14             A.   And Jerry, the accountant, before he

15     left, was paying 1600.  I can't add all that in

16     my head.

17             Q.   I'm doing it right now.  About

18     70,000-ish per year?  75?

19             A.   I don't know.

20             Q.   Okay.  What did you do with the

21     75,000 per year?

22             A.   Excuse me?

23             Q.   Sorry.  Let me rephrase it.  What did

24     you do with the money you collected from the

25     rent?

1                         Gandolfo

2              A.    I used it to pay the bills.

3              Q.    Okay, and are the tenants responsible

4        for their own utilities or is the Village Mall?

5              A.    Okay.  The way Art set it up was

6        there's the meters in the main building, okay?

7              Q.    Yes.

8              A.    All those bills would get added up,

9        and then a percentage would be charged to Jerry.

10       For some reason Joann was also supposed to be

11       billed, and then the office.  I changed it to

12       office.  I don't know what Art was doing, but I

13       just did it one thing.

14             Q.    Okay.

15             A.    And the doctors, the bills are in Dr.

16       Petcu's name, and what -- I've got her to do

17       every three months she'll take the water, sewer

18       and the electric and add it all up, and then she

19       divides it between her and Grill, Dr. Grill, the

20       foot doctor, and then she takes Dr. Grill's

21       amount off her rent check, and then I have to

22       bill Dr. Grill.

23                   I know, it's very convoluted.  I

24       don't -- I didn't understand why.  I couldn't get

25       a straight answer, so that's the way it's done.

Page 113

1                    Gandolfo

2          Q.   Okay, but the short answer for that

3     is the utilities are included in as part of the

4     rent.  It's not like --

5          A.   No.

6          Q.   They get billed for the rent and the

7     utilities.  The rent is not all inclusive.

8          A.   Correct.

9          MR. KUNOFSKY:  Okay.  Let's take just

10          a short break, like a two-minute break.

11          THE WITNESS:  Okay.

12          MR. KUNOFSKY:  Thanks.

13          (Recess taken)

14     BY MR. KUNOFSKY:

15          Q.   Hi, Karen.  You understand you're

16     still under oath, right?

17          A.   Yes, sir.

18          Q.   Okay.  Did Shant have office space in

19     the Village Mall?

20          A.   He'd come in and use a desk.

21          Q.   Okay.

22          A.   It wasn't an office.

23          Q.   Okay.

24          A.   It was a desk.

25          Q.   Where was the desk?

Page 114

1                        Gandolfo

2           A.   Outside of my office.

3           Q.   Okay.  Sorry for playing this game.

4      Where was your office, Shant's office and Vahak's

5      office?  How did that all get --

6           A.   On the second floor.

7           Q.   Okay.  Was there anything else on the

8      second floor?

9           A.   Conference room and a little

10     kitchenette.

11          Q.   Okay.  Was there a shower or anyplace

12     for Shant to --

13          A.   Yes.  In Vahak's office.

14          Q.   Okay.  Did Shant ever pay rent for

15     using office space either as an office or as a

16     residence?

17          A.   I don't think so.

18          Q.   Okay.  Would that have shown up on

19     the QuickBooks if he did?

20          A.   I don't know.

21          Q.   Okay.  Do you know if Shant had a

22     checking account of his own that he could have

23     written checks from to you?

24          A.   No, I don't know.

25               (KSG Exhibit 10, Document reflecting

Page 115

1                       Gandolfo

2               Affinity Federal Credit Union checks, was

3               so marked for identification, as of this

4               date.)

5          Q.    Okay.  Can you take a quick peek at

6     these checks written on the HovSat bank account.

7     It's KSG 10, and I can put it up if you'd like me

8     to.  I'll put it up anyway.

9          A.    What am I looking at?

10         Q.    So this is a page from the production

11    we got from Affinity Federal Credit Union on page

12    1415.  What are these Verizon GV checks?

13         A.    Oh, Grand View.

14         Q.    Okay, and then the third check is

15    check 2204.  It says New Jersey Water.

16         A.    That's the office.

17              (KSG Exhibit 9, TD Bank check, was so

18              marked for identification, as of this

19              date.)

20         Q.    Okay.  I see.  Okay, and then if we

21    go to KSG 9.  KSG 9 is the exhibit, and it's a

22    check from TD Bank, page 206, so what's this

23    check?

24         A.    This is for the elevator.  I had to

25    have it reinspected because it wasn't -- it

1                    Gandolfo

2      didn't pass inspection the first time, and I had

3      to pay a lot of money to these people to come

4      back and try and fix it.  And then the guy from

5      the state came, and I had to pay him again.

6            Q.   Okay.  What does it mean up on the

7      right-hand corner of this check where you wrote

8      in Hovnanian --

9            A.   Because the actual bill came in

10     under  -- I think it's still under his dad's

11     name.  I don't remember, so I had to write

12     Hovnanian on it so that they would -- I always

13     try and make sure that I have a little bit more

14     information on a check if the name of the bank

15     account isn't the same as what it's paying.

16            Q.   Okay, and --

17            A.   I don't want any issues.

18                 (KSG Exhibit 11, e-mail from Karen

19                 Gandolfo to Nina Hovnanian with list of

20                 expenses of June 24th, 2020, was so marked

21                 for identification, as of this date.)

22            Q.   It makes sense.  And then let's look

23     at KSG 11, and this is an e-mail you sent to Nina

24     with a list of expenses on June 24th, 2020.

25            A.   Yes.

1                      Gandolfo

2            Q.   Okay.  Why did you send her that

3       list?

4            A.   Because the bank account was low, and

5       I needed some money, and then she asked me to

6       give her a list of the expenses, so I did.

7            Q.   Okay.

8            A.   At least I think that's why I sent it

9       to her.  She could have just asked me for what do

10      I need to pay this month.

11           Q.   Okay.  Is this something you printed

12      out from QuickBooks or is this something --

13           A.   No.  I just typed it up.

14           Q.   -- you did on another program?

15           A.   Yes.

16           Q.   Okay.

17           A.   It's a Word document.

18           Q.   Okay.  I guess why did you give her

19      expenses for both trusts?

20           A.   I don't remember.  Either one or both

21      accounts needed money, I don't know, or maybe she

22      just wanted to know.

23           Q.   Okay.

24           A.   I just don't remember.  I'm sorry.

25           Q.   Okay.  That's fine.  All I'm asking

```
 1                      Gandolfo
 2      for you is what you know.  All right, so on the
 3      right-hand side there are six accounts.
 4      QuickBooks, that's to pay for the QuickBooks
 5      online for --
 6              A.   Everybody.
 7              Q.   And Kevin gas, what's Kevin gas?
 8              A.   Kevin gets a gas check like $150
 9      maybe every week or, you know, for traveling back
10      and forth.  That was an arrangement they had when
11      Art was here, so I don't know.
12              Q.   Okay, and then Kevin pay is the pay
13      to Kevin Morrison?
14              A.   Yes.
15              Q.   And then AP?
16              A.   The accounts payable.  Like whatever
17      the individual -- like Verizon, JP&L, whatever, I
18      just lumped it all into one.
19              Q.   And then "KG pay needed in Chase."
20              A.   Yes.
21              Q.   That's your pay?
22              A.   Yes.
23              Q.   Okay, and then Direct TV is 2300.
24              A.   Yes.  That's every month for the
25      senior building.
```

Page 119

1                        Gandolfo

2              Q.   For providing the cable to the senior

3        building?

4              A.   Yes.

5              Q.   Okay.  For Pachava it's got $897

6        worth of expenses.

7              A.   Yes.

8              Q.   $898 worth of expenses, and that's

9        mostly electric, gas and garbage?

10             A.   Yes.

11             Q.   Okay.  How have you been paying those

12       expenses since you sent this list to Nina?

13             A.   Well, all the accounts for Pachava,

14       the utilities are supposed to be automatically

15       deducted from the Pachava account.

16             Q.   Okay.

17             A.   But every now and then for some

18       reason I have to go log in to the electric or the

19       gas to manually click the account that it's

20       supposed to come out of.  I don't know why it

21       doesn't stay.  I can't figure it out.  And

22       because I'm not on there, they won't answer me,

23       so I just do it.

24             Q.   These two numbers are monthly, the

25       900 and the 1500, 1600?

                        Gandolfo
1
2          A.   Yes.  That's I guess for that month,
3      June.
4          Q.   Okay, so --
5          A.   Electric and the main house looks a
6      little small.
7          Q.   Okay, and how have they been funding
8      the 900 bucks a month for Pachava?  What money
9      are they using?
10         A.   I don't know.
11         Q.   Okay.
12         A.   I know she asked me to I think one
13     time loan Pachava out of the VSH money or maybe
14     it was HovSat.  I don't know.  I don't remember.
15     But once she asked me to do that, and I did, and
16     then I don't know where that money comes from.
17         Q.   Has the loan been repaid?
18         A.   I don't know.  I should have kept
19     track and I didn't.
20         Q.   Okay.  Did she say how long it would
21     take to repay?
22         A.   No, but I think it all kind of worked
23     out when I had the parking lot built, so...
24         Q.   And what happened with the parking
25     lot?

Page 121

1                        Gandolfo

2              A.   I ran out of money in the trust, so I

3       think she -- yes, she put money into my operating

4       account from Pachava.

5              Q.   Okay.

6              A.   I think it all washed.

7              Q.   Okay.

8              A.   I'm pretty sure it all washed.

9              Q.   And did Nina tell you that money was

10      going to be repaid when she asked for the loan?

11             A.   Yes.

12             Q.   The payment terms?

13             A.   Yes.  I'm pretty sure she did.

14             Q.   What payment terms did she tell you?

15             A.   She didn't.

16             Q.   Okay.

17             A.   It says something -- what?

18             Q.   At some point all repaid this?

19             A.   Yes.  I think -- I don't remember

20      exactly, so I just know that she said at some

21      point we got paid back, so I don't know if those

22      were her exact words.  Something was said.

23             Q.   Other than the bank statements that

24      would show the transfer of money, the check and

25      the transfers on QuickBooks, would there be any

Page 122

1                          Gandolfo

2      other records of this loan?

3             A.    No.

4                  (KSG Exhibit 12, Document bearing

5                  number Affinity FCU1703, was so marked for

6                  identification, as of this date.)

7             Q.    Okay.  I'd like to look at KSG 12.

8      These are some more checks and they are from --

9      sorry if I'm kind of flying around here.  It is

10     on page Affinity FCU1703 to 1769 and 68, so it's

11     three pages taken out of the --

12            A.    Okay.

13            Q.    -- HovSat bank account records.

14            A.    Okay.

15            Q.    Okay.  All right, and here is a

16     check.  Check number is 3152 from 2018.  Is this

17     you paying Full Circle Lawn Care from HovSat for

18     the house?

19            A.    Correct.

20            Q.    Okay.  Who told you to write the

21     check or why did you write the check?

22            A.    I wrote the check because I had no

23     access to Pachava, so it needed to be paid.  They

24     were calling --

25            Q.    Okay.

Page 123

1                          Gandolfo

2          A.   -- all the time.

3               THE COURT REPORTER:  They were

4          calling what?

5          Q.   Okay.

6               THE WITNESS:  They were calling on

7          the phone, me.

8          Q.   Okay, and then did Nina or Shant okay

9     that payment?

10         A.   It's possible I told Nina or I just

11    did it myself.

12               (KSG Exhibit 13, Document bearing

13          number Affinity FCU1596, was so marked for

14          identification, as of this date.)

15         Q.   Okay.  All right.  Let's go to KSG 13

16    which is Affinity FCU1596, 1597, 1668, 1669,

17    1670, 1671, and it keeps on going from there.

18    This first check from HovSat, check 3644, do you

19    see that check?

20         A.   Yes.

21         Q.   And it's to First Unum Life?  Unum?

22         A.   Yes.

23         Q.   And the memo line says Speedus.  What

24    is that check for?

25         A.   My life insurance with the company.

Page 124

1                        Gandolfo

2          Q.   Okay.  Does anybody else have life

3     insurance with Speedus?

4          A.   I think Shant's name is still on that

5     bill.

6          Q.   Okay.

7          A.   I wasn't told to take it off, so I

8     left it there.

9          Q.   So it's your life insurance, not

10    Shant's?

11         A.   Yes.  That one I think is mine.

12         Q.   Does Shant have his own life

13    insurance?

14         A.   No.  It's both under First Unum, but

15    that must have been -- I must have shortchanged

16    them by $12.42, because normally it's

17    140 something dollars a month, or 160, I think

18    it's up to now.

19         Q.   Okay.  It happens.  All right.  I

20    want to look at the printouts you gave me for

21    some of the QuickBooks.  I haven't had a chance

22    to look in detail through the Excel files you

23    sent that we received yesterday, but I got the

24    general -- I've got the pdf versions of the

25    balance sheet and the profit and losses.

Page 125

                        Gandolfo

1

2            Do you know why Grand View, HovSat

3     and the Village Mall's finances were all

4     intertwined within one QuickBooks file?

5            A.   No clue.

6            Q.   Okay.

7            A.   I don't know.

8            Q.   Okay.  How could you tell when stuff

9     was related to the trust or related to Grand

10    View?

11           A.   Which trust, Pachava or the VSH?

12           Q.   VSHPHH.

13           A.   Well, I haven't gotten around to

14    changing all the names from whatever they were

15    originally to the trust.

16           Q.   Okay.

17           A.   And the main reason is because when

18    all of this was set up, I wasn't a blip on the

19    screen, so I'm having trouble trying to prove

20    that it's okay to change the name, but everything

21    else still stays the same.

22           Q.   Okay.

23           A.   So if the bill is addressed to Grand

24    View or it's addressed to HovSat, whoever it's

25    addressed to, it still all gets paid out of the

Page 126

                              Gandolfo
1
2      trust unless it's the house, and then I have to
3      figure out is that supposed to -- am I supposed
4      to pay this or is it -- I'm supposed to send it
5      to Nina and have Nina send it to that girl
6      Jennifer or whatever her name is.
7              Q.   The banker at Morgan Stanley?
8              A.   Yes.
9                   (KSG Exhibit 14, Balance sheet, was
10             so marked for identification, as of this
11             date.)
12             Q.   Okay.  I've got a couple of questions
13     about this.  I'm going to show you the balance
14     sheet.  It's KSG 14.
15             A.   Okay.
16             Q.   All right.  I guess under other
17     current assets, there is a lot of money due
18     from --
19             A.   Yes.
20             Q.   -- due from Hovnanian companies.  Can
21     you just go through them and explain what each of
22     those is or what that number represents?
23             A.   Well, the only one I really -- those
24     accounts were all in there.  The due from the
25     mall might be from me, like posting a bill or

Page 127

1                         Gandolfo

2        payment, you know, like if I paid something due

3        from the mall.

4                 Q.   Okay.

5                 A.   You know, but all that was in there

6        before.  I don't know what those numbers mean.

7                 Q.   Okay.  What was Hov Store, or is Hov

8        Store?

9                 A.   That was a storage place.  I don't

10       remember the street that it was on.  Maybe

11       Cannonball.  I don't know.  It was a storage

12       place.  It wasn't far from the office.

13                Q.   Okay.  What is TFS, due from TFS?

14                A.   That would be I think Tinton Falls

15       Senior.

16                Q.   Okay, and that's the storage with the

17       cable?

18                A.   Yes.  That's the senior home with the

19       cable.

20                Q.   All right.  Thank you.  And APH up

21       here above in the accounts receivables.

22                A.   I think that's Art.

23                Q.   Okay.  Wait.  It's an account

24       receivable, but it's negative, so do you know why

25       Art was --

1                    Gandolfo

2          A.    No.

3          Q.    -- putting in money?

4          A.    No.

5          Q.    Okay, and then there are some

6     liabilities.  We saw on page 1 there was an entry

7     for Adelphia Sewer owed some money, and then here

8     there is an entry for Adelphia Sewer being

9     owed --

10         A.    I don't even know what Adelphia Sewer

11    is.

12         Q.    Okay, and then do you know what the

13    liability to Hovbilt of a million dollars is?

14         A.    No.

15         Q.    Okay, and then below that, there is a

16    negative amount that's due to shareholder.  Do

17    you know who the shareholder is?

18         A.    No.

19         Q.    Okay.  Do you know why there is a

20    negative liability?

21         A.    No, I don't know what any of this is.

22         Q.    Okay.  That's okay.  Who would know?

23         A.    I don't know.

24         Q.    Okay.  Would Shant know?

25         A.    What?

Page 129

1                    Gandolfo

2          Q.   Would Shant have known?

3          A.   I doubt it.

4          Q.   Art?

5          A.   That might be a possibility.  I don't

6     know.

7          Q.   And just so I've got it, when did you

8     take over control of the QuickBooks files?

9          A.   When Art left.

10         Q.   Okay.

11         A.   I guess in 2011.  Whenever.

12         Q.   Okay, so here is 2012.  It's on page

13    6.  Looking at the other current liabilities, do

14    you know why Grand View would be transferring a

15    hundred thousand dollars to Zargis?

16         A.   No.

17         Q.   Can you explain any of these account

18    payables or, sorry, current liabilities?

19         A.   No.

20         Q.   Okay.

21         A.   Some of the due to Village Mall might

22    be from the AP, but other than that, I don't

23    know.

24         Q.   What do you mean by that?

25         A.   Like with the insurance thing you

1                          Gandolfo

2       had, the First Unum, I told you that it's a

3       Speedus, so that would go due from Speedus.

4            Q.   Okay.

5            A.   So it's possible I might have put

6       stuff in there, because it was under there in the

7       first place.

8            Q.   And then so you'd pay Speedus's bill.

9       You'd record it as a due from Speedus.

10           A.   Yes, but nothing really happens.

11           Q.   Okay, and then sometimes we see

12      Speedus in here as SPDE?

13           A.   Um-hum.

14           Q.   Is that the same thing?  Is

15      Speedus --

16           A.   Yes.  Yes.

17           Q.   All right, so if you go to page,

18      let's say 8, there are amounts, so Zargis is due

19      $213,000.  Do you know why that happened in 2015?

20      Karen?

21                MR. KUNOFSKY:  John, is Karen okay?

22                Elza, is everything okay over there?

23                THE COURT REPORTER:  I think -- it

24           says connecting to -- you're both on mute,

25           Ms. Grigoryan and Mr. Hanamirian.

Page 131

```
 1                     Gandolfo
 2          MS. GRIGORYAN:  Hi, can you hear me?
 3          THE COURT REPORTER:  Yes.
 4          MR. KUNOFSKY:  Yes.
 5          MS. GRIGORYAN:  Hi, so Karen's screen
 6      is reconnecting right now.
 7          MR. KUNOFSKY:  Okay.  We'll take a
 8      short break.  When she comes back, we'll
 9      jump back in.
10          MS. GRIGORYAN:  Okay.  What time?
11          MR. KUNOFSKY:  Two minutes.  Do you
12      think two minutes would be good enough to
13      get her back on?
14          MS. GRIGORYAN:  Yes.  I think so,
15      yes.  Yes.
16          MR. HANAMIRIAN:  Okay.
17          MS. GRIGORYAN:  I'll pop in when it
18      reconnects.
19          MR. HANAMIRIAN:  Thanks.
20          (Recess taken)
21   BY MR. KUNOFSKY:
22          Q.   Karen, welcome back.  You understand
23   you're still under oath?
24          A.   Yes.
25          Q.   Great.  Generally when we look at
```

                         Gandolfo
1
2      these current liabilities on the Grand View
3      balance sheets, if I were to say that you
4      basically just entered something in for the
5      company, if you were paying one of its bills
6      you'd put it in as a due from those companies?
7              A.   Yes.
8              Q.   Okay.  All right.  Let's look at page
9      12 of this file.  There is one here for, and then
10     when it was due to, was that the opposite, you
11     got money from that entity, and the Village Mall,
12     Grand View, had to pay it back?
13             A.   I think so.
14             Q.   Okay, so here is one that says due to
15     HJH Trustee.  Who is that or what's that?
16             A.   I probably put that in there because
17     it came from Hilde, and I didn't know what
18     account it actually was.  I just know that I saw
19     Hilde's name probably on the statement.
20             Q.   Okay.
21             A.   But I don't remember why I did that.
22             Q.   Do you know why you were getting
23     money from Hilde as trustee?
24             A.   No.
25             Q.   Okay.  Let's jump a little.  Let's go

Page 133

1                        Gandolfo

2      to page 27.  Okay, so the Grand View Cable

3      balance sheet for 2019, it still shows due to

4      Hilde five years later of $2,000.  Do you see

5      that?

6              A.   Um-hum.

7              Q.   So in five years nothing was paid

8      back to the trust?

9              A.   No.

10             Q.   And then below that, there are two

11     entries for Hovbilt.  Do you know why?  One says

12     Hovbilt, one says Hovbilt-TD Bank, and one is a

13     million dollars and one is five grand.  Do you

14     know why?

15             A.   Well, the first one I don't know

16     anything about.  I've never really -- I never put

17     anything to or from Hovbilt.

18             Q.   Okay.

19             A.   The due to Hovbilt TD Bank is, I

20     think that's the bankrupt account when he put

21     Hovbilt into bankruptcy.

22             Q.   And who is "he" there?

23             A.   Shant.

24             Q.   Okay, and we'll see below that, there

25     is an entry that I've now highlighted to make

Page 134

                              Gandolfo

1

2       sure I'm lining these things up, right, due to

3       the VSHPHH trust, 15,000.

4                    Well, I guess my first question is

5       why is there a separate entry for VSHPHH if they

6       are being treated as one and the same?

7            A.    I did that for me.

8            Q.    What do you mean?

9            A.    I was just so confused that I just,

10      when they opened the bank account, I made a

11      separate account like --

12           Q.    Okay.

13           A.    -- I don't know where it is, but it's

14      in there.

15           Q.    I missed it.  So when the VSHPHH

16      first opened its account at TD Bank, you then set

17      up a separate account for VSHPHH Trust in this

18      QuickBooks file?

19           A.    Yes, because I was trying to keep

20      track.  I don't know whether I actually can tell

21      you exactly what that is or not.  I probably have

22      to figure it out, but --

23           Q.    Okay.

24           A.    -- I don't know.  I don't know

25      whether it's a bill I paid or money I moved.  I

Page 135

1                          Gandolfo

2      don't know.  I don't remember.

3              Q.   Okay, and then the amount to Zargis

4      has increased.  Do you know why that amount

5      increased?

6              A.   Maybe that's from all the QuickBooks.

7      I don't know.

8              Q.   Okay.  Does anybody else have access

9      to the Grand View QuickBooks page?  Is it just

10     you?

11             A.   As far --

12             Q.   Does anyone have access to Grand View

13     on QuickBooks?

14             A.   See, I changed the user name, so I

15     don't know, but I was using Art's log-in.

16             Q.   Okay.

17             A.   So I don't think anybody else has

18     access.  I gave Elza to try and help me with

19     whatever you needed, but --

20             Q.   Right, and that's --

21             A.   But I gave her my log-in.

22             Q.   Okay.  All right.  Before we go off

23     of this, so looking at the Grand View P&L on page

24     28 of this printout that was sent to me in pdf

25     format, we talked about data center service

                          Gandolfo

1

2      revenue, and you said Shant told you to put that

3      for the Omnibox, or Omnibox --

4            A.   The data center service revenue.

5            Q.   Okay.  What is the subscription

6      income underneath that?

7            A.   What's what?  Oh, I don't know.  I

8      don't know what that is.

9            Q.   Karen, I just pointed at my screen to

10     show you where it was.

11           A.   I know, but I saw it.  I saw it.

12           Q.   Okay.

13           A.   I don't know what that is.

14           Q.   Okay.  Where is the cable, the senior

15     center cable income?  How is that recorded here?

16           A.   Okay.

17           Q.   Do I need to go another year?  Would

18     that help?

19           A.   When you -- all right.  When the ACH

20     gets put on the customers, we have customers who

21     it automatically gets debited out of their

22     accounts.

23           Q.   Right.

24           A.   And then we have customers who pay

25     us, you know, just a few of them pay still in

1                          Gandolfo

2          check or money order, okay?  So if they pay in

3          check or money order, it goes straight into the

4          TD Bank account.

5                    Q.    Okay.

6                    A.    Okay?  The ACH people, when I took

7          over, it kept -- it went into this thing called

8          undeposited funds.

9                    Q.    Yes.

10                   A.    I don't know why it goes in there.

11                   Q.    Okay.

12                   A.    But I think I set up a separate one

13         just starting when the VSH Trust opened, because

14         I wanted to try and do the bank recs, and that

15         money doesn't go as money into the account.  I

16         don't know where it is.

17                   Q.    Okay.

18                   A.    Okay, but I have to credit the

19         customers, so, you know, that they paid their

20         bill, okay?  So I put it in, it should be

21         recorded in two accounts called undeposited

22         funds.

23                   Q.    Okay.

24                   A.    I don't reconcile it.  I don't do

25         anything.  It just goes in there.

Page 138

                        Gandolfo

1

2        Q.    Okay.

3        A.    And I've learned how to do the bank

4    rec for the trust, the VSH Trust.  I've done that

5    with some help from my son's girlfriend.

6        Q.    Okay.

7        A.    I didn't know how to do it before, so

8    she helped me figure it out.  I just had been --

9    I didn't do the last, these past two months

10   because there is too much going on.

11       Q.    Okay, so if we look at this, there is

12   a $75,000 legal fee seems to be the largest

13   expense.  Do you know what that was for?

14       A.    No.

15       Q.    Okay.  39,000 for consulting in this

16   2019 P&L?

17       A.    That's Kevin.  Kevin gets paid under

18   consulting now.

19       Q.    Okay.  5,000 for medical?

20       A.    I fell at Shant's house and I cracked

21   my tooth, so that is -- at the kid's house, so I

22   had a big dental bill, and I didn't have -- I

23   asked Nina -- I told Nina about it, and Nina gave

24   me $5,000 to pay for it, the implant I had to

25   get.

Page 139

1                        Gandolfo

2           Q.   Sorry to hear that.  Okay.

3           A.   Yes.  I survived.

4                (KSG Exhibit 15, Village Mall balance

5                sheets and profit and loss statements, was

6                so marked for identification, as of this

7                date.)

8           Q.   Okay.  Let me back up.  KSG 15 is the

9     Village Mall balance sheets and P&L's, profit and

10    loss statements.  How did you separate those from

11    Grand View?

12          A.   Well, the only thing that got --

13    okay, the only thing that was ever -- that I ever

14    deposited into Village Mall were the rent

15    checks --

16          Q.   Okay.

17          A.   -- originally, because it was at the

18    Affinity bank or whatever, and I would deposit

19    those checks into there, and then like when the

20    J, like the electric bill.

21          Q.   Yes.

22          A.   Okay, because the tenants are listed

23    in here are in the Village Mall.

24          Q.   Right.

25          A.   I would, you know, like I would put

Page 140

1                          Gandolfo

2       that they paid, right?  And then when the JC,

3       like the electric bill came in for the building,

4       apparently when I took over it was supposed to

5       get paid out of the Village Mall account, but I

6       didn't -- I couldn't sign anything on that

7       account, so it always had to get paid out of the

8       HovSat account or what's now the trust account.

9               Q.   Okay.

10              A.   But I would still enter the bills in

11      here.  I only recently stopped doing that.

12              Q.   Okay.

13              A.   So that this way when I entered like

14      the JCP&L, the electric bill in here --

15              Q.   Yes.

16              A.   -- okay, when I enter it, you know,

17      it would say should it be billed or there's like

18      little boxes.

19              Q.   Yes.

20              A.   Okay, so Jerry, the accountant, I

21      would bill his, and I would -- but I would still

22      break down for Joann and the office.

23              Q.   Okay.

24              A.   Neither Joann nor the office ever

25      paid any amount into it.  I just followed what

Page 141

                            Gandolfo

1
2       they did.

3               Q.   Okay.  How did you --

4               A.   And Jerry is not there anymore, so I

5       don't enter it.  He left I think last August or

6       September or something.

7               Q.   Okay, so these start back at 2011.

8       Did you recently separate these two accounts,

9       Grand View and Village Mall, or were they always

10      separate?

11              A.   No.  They were always separate.

12              Q.   Okay.

13              A.   I didn't create this.

14              Q.   Okay, so in here there are loans.  Do

15      you know what due to APC is?

16              A.   What?

17              Q.   Sorry.  ASC.  There is a long-term

18      liability due to ASC.  Do you know what that is

19      for or what that is?

20              A.   No.  I have no idea.

21              Q.   Due to ISP?

22              A.   No.

23              Q.   Hovbilt loan?

24              A.   No clue.

25              Q.   And then --

Page 142

1                        Gandolfo

2            A.   I don't know what any of that is.

3      The only thing that I ever did in Village Mall,

4      like I said, was I deposited, when the account

5      was active, the bank account was active, I

6      deposited the money into the bank, and then I

7      would, you know, like I said, I would -- even

8      though I paid the electric out of the HovSat

9      account or trust account, I would then, you know,

10     just put it in here in order to bill the tenant

11     for his electric.  That's it.

12           Q.   So the first two years that we have

13     here, the P&L for 2011, 2012, there are all these

14     expenses related to household.  Do you see them?

15     They say household insurance, household

16     landscaping, household telephone, household

17     mortgage.

18           A.   Okay.

19           Q.   Do you know which household these are

20     for?

21           A.   No.

22           Q.   Okay.  Do you know why the Village

23     Mall would be paying a household mortgage,

24     household telephone, household landscaping,

25     household insurance?

Page 143

1                         Gandolfo

2              A.    No.

3              Q.    In 2013 these expenses go away, and

4        you don't see them again.  Presumably they

5        stopped paying these expenses.  Do you know why

6        the Village Mall stopped paying these expenses?

7              A.    No, because I don't even, I don't

8        know what they were.

9              Q.    Okay.  I'm going to have to kind of

10       break this up into two screens.  Give me a

11       second.  So there are a lot of times when the

12       Grand View and the Village Mall expenses don't

13       line up, so we might see $400 due from the mall

14       to Grand View on Grand View's balance sheet and

15       nothing showing the Village Mall owes Grand View

16       on the Village Mall's balance sheet.  Do you know

17       why that discrepancy exists?

18             A.    No.

19             Q.    Okay.  Did you ever compare what was

20       in the Grand View file and the Village Mall files

21       to make sure that they tied together or

22       reconciled and matched?

23             A.    No.

24             Q.    Okay.  Why not?

25             A.    First off, I didn't know I was

1                         Gandolfo

2      supposed to.

3              Q.   Okay.

4              A.   Secondly, I don't know how.  I

5      told -- I explained to you, I had no training in

6      this.  I don't even know what I'm looking at.

7              Q.   Okay.  That's fine.  I'm not accusing

8      you of anything.  I just wanted to get the

9      answer.  All right.  Let's look at our last

10     exhibit for the day.

11                  (Recess taken)

12     BY MR. KUNOFSKY:

13             Q.   Karen, you understand you're still

14     under oath, right?

15             A.   Yes.

16                  (KSG Exhibit 16, Document reflecting

17                  QuickBooks account, was so marked for

18                  identification, as of this date.)

19             Q.   Great.  Let's look at KSG 16.  All

20     right, so on this first page of this 118-page

21     exhibit we've highlighted some expenses from the

22     VSHPHH Trust for accounting fees, and they say

23     QuickBooks.

24             A.   Yes.

25             Q.   Are these QuickBooks that you paid

Page 145

                              Gandolfo
1
2      for?
3              A.   Yes.
4              Q.   All right.  On the bottom one there
5      from 1/20/2020, it says QuickBooks Zargis and
6      then it's split to due from Speedus.  What does
7      that mean?
8              A.   The QuickBooks account has Speedus
9      and Zargis in it the same way that HovSat and the
10     Village Mall are, but it's billed under Speedus,
11     so that's what I put it under.
12             Q.   How did you know to do that?
13             A.   It was there.
14             Q.   Okay, and you've never made any
15     entries to either the Speedus or --
16             A.   Well, the thing that I did was I
17     added the Zargis, because there were so many of
18     them.  I couldn't keep track of them, so like the
19     next one on the 11th, it says, you see where it
20     says SPDE?
21             Q.   Yes.
22             A.   Yes.  I did that.
23             Q.   Okay.
24             A.   So --
25             Q.   You haven't taken anything from any

```
1                    Gandolfo

2     bank accounts and put it in any loans, transfers,

3     anything like that, and entered it into these

4     QuickBooks files?

5            A.   Say that again.

6            Q.   You haven't done anything with these

7     QuickBooks files, the Speedus and the Zargis

8     ones, have you?

9            A.   No.  No.

10           Q.   Do you know if anyone else has access

11    to the Speedus and the Zargis QuickBooks files?

12           A.   I don't think so.

13           Q.   Okay.  Did you get the password and

14    user names from Art?

15           A.   Not for Zargis.  I got it from Peter

16    Glen.

17           Q.   Okay.  There is an entry for

18    Gracenote Media.  What is that?

19           A.   That was the TV guide that we used to

20    broadcast.  It was like 500 and change a month or

21    something, yes, so I got rid of it.

22           Q.   Like a scrolling list of channel

23    selection when you see --

24           A.   Yes.  You know, like you see on any

25    cable like Optimum, you know, there is a channel
```

Page 147

```
 1                    Gandolfo
 2      guide.
 3               Q.   Yes.
 4               A.   There is an actual channel that says
 5      channel guide.
 6               Q.   Right.
 7               A.   Okay.  That's what that was, and I
 8      didn't see a need for it, so I got rid of it.
 9               Q.   Okay.
10               A.   It was too much money.
11               Q.   Okay.  There is a travel expense for
12      you from February.
13               A.   Yes.
14               Q.   Why were you traveling?
15               A.   Okay.  That's because when we moved
16      out to Freehold, I was promised a company car.
17      And for a while I was using the company car, but
18      they, Shant took it back I think because Vahak
19      needed or Nina needed it, and I ended up using my
20      car, and the wear and tear on my car, he decided
21      to pay for my tolls and gas, so that's what that
22      was.
23               Q.   That's a Speedus company car?
24               A.   It was, yes.
25               Q.   What kind of car was it?
```

1                     Gandolfo

2         A.   It was a Cadillac Escalade.

3         Q.   What color?

4         A.   Black.

5         Q.   Okay.  Here is an entry for 3/19/2020

6    Hovnanian International deposits, 49800.  600?

7         A.   Can you make that a little bit

8    bigger, please?

9         Q.   Yes.  I think I need to make it full.

10        A.   It's too small, yes.

11        Q.   $49,980.  Do you know why Hovnanian

12   International was paying Village Mall 50 grand?

13        A.   That was because I ran out of money,

14   and I told her I needed money.

15        Q.   Okay, and that's what we talked about

16   earlier?

17        A.   Yes.

18        Q.   Okay.  Just to kind of streamline

19   this, there are a lot of other entries where it

20   says Karen travel.  That's reimbursing your

21   commute?

22        A.   Yes.

23        Q.   Okay.

24        A.   Correct.

25        Q.   Okay.  On page 2 there is an entry,

Page 149

                              Gandolfo

1

2       Sprint due from Speedus.  Why is HovSat paying

3       for Speedus's Sprint bill?

4              A.   Okay, because that's my cell phone,

5       that's a company cell phone.  It's the only phone

6       I've got, so and we don't have any office phones,

7       any landlines in the office, so they pay for it,

8       but the bill is under Speedus with my name, and

9       so that's the way I booked it.

10             Q.   JCPL v. Hovnanian electric house 520

11      NRR, and then it's billed as due to Pachava.

12             A.   Pachava, yes.

13             Q.   Pachava.  Sorry.

14             A.   Nina asked me to pay the house's

15      electric bill, so I paid it.

16             Q.   Okay, and same with the garbage

17      pickup?

18             A.   Correct.

19             Q.   Okay, and here is another one due for

20      the landscaper.  That's another one where you

21      were covering or, sorry, the Grand View Cable,

22      Village Mall, HovSat was covering the house's

23      landscaping?

24             A.   Correct.

25             Q.   Okay, so when I see 520 NRR, that's

Page 150

                            Gandolfo

1

2     the house?

3              A.   Yes.

4              Q.   Okay.  All right.  We're on page 6 of

5     KSG 16.  I see a cash expense of $5,000 for

6     Hovbilt, and then another one ten days later to

7     Hovbilt for 5,000, and then another one for

8     2600 that same day.  Do you know why Grand View

9     HovSat was paying Hovbilt this money, why these

10    transfers of cash were going out?

11             A.   No.

12             Q.   Okay.  Who --

13             A.   I don't know.

14             Q.   Okay.

15             A.   I'm wondering -- I don't know.

16             Q.   Yes.  No.  Take a second.  Think

17    about it.  This would have been in 2012, so it's

18    a while ago.  It might take a second to jog your

19    mind.

20             A.   No.  It's not ringing any bells.  I

21    thought maybe the amounts might, but I have no

22    idea.  I don't know.

23             Q.   Okay.  Do you know who would have

24    done this?  Do you know who would have done this?

25             A.   I don't know.  It might have been

Page 151

1                     Gandolfo

2       Art.  It might have been me.  I don't -- it's

3       just not ringing any bells.  I have no idea.

4            Q.   Okay.  Here, 3/16/2012 there was a

5       deposit from Zargis, and it was then recorded as

6       due to Zargis.  Do you know why that would have

7       occurred, why Zargis would have paid money to the

8       Village Mall, HovSat?

9            A.   I might have saw that on a bank

10      statement and just put it in.

11           Q.   Okay, but you don't know why the

12      transfer occurred?

13           A.   No.

14           Q.   Okay.  On 3/19/2012 there is a

15      deposit from Vahak Hovnanian.  I'm assuming

16      that's the dad, because he was still alive, and

17      the grandson --

18           A.   Yes.

19           Q.   -- is still a little kid, right?

20           A.   Yes.

21           Q.   And it's reported as due to Village

22      Mall.  Do you know what that's supposed to

23      represent?  Well, what's that supposed to

24      represent?

25           A.   I have no idea.  I don't know.

Page 152

1                          Gandolfo

2              Q.   If these had been loans, would you

3       have put down loan?

4              A.   If I did it, which might be the

5       case --

6              Q.   Right.

7              A.   -- if I just saw it on the statement,

8       that's the only thing I would put.  I wouldn't

9       put -- I wouldn't know whether it was a loan or

10      not.

11             Q.   Okay.  Who would know at this point?

12             A.   I don't know.

13             Q.   Okay.  All right.  There are all

14      these payroll checks on 3/28/12.  Who are these

15      people?  We talked about Kevin.

16             A.   Yes.  You know, and Andy Antranik.

17             Q.   Okay.

18             A.   The other two worked at the storage

19      place from -- if I remember correctly.

20             Q.   The Hov Store?

21             A.   Yes.

22             Q.   Okay.

23             MR. HANAMIRIAN:  Would it have been

24             Miles and Charles?

25             THE WITNESS:  Yes.

1                    Gandolfo

2              MR. HANAMIRIAN:  Okay.

3         A.   Miles and Charles.

4         Q.   And then Vahak it looks like made

5    another deposit.  Do we know why?

6         A.   No.

7         Q.   Okay, and then below that, the

8    Hartford Priority accounts as a due from Hovbilt,

9    and then there is an insurance payment.  It looks

10   like three insurance payments.  Do you know

11   why --

12        A.   Well, they used to go -- also go

13   through ADP, so they had a payroll, you know,

14   they were insurances, because those guys were

15   covered under those three things like Unum life

16   insurance.  I don't remember what Assurant was,

17   but the Horizon was their health insurance.

18        Q.   Okay.

19        A.   And I don't know what -- I don't

20   remember what the Hartford was either.  It's some

21   sort of -- like it might have been disability or

22   something.  I don't remember.

23        Q.   Why isn't Hovbilt paying it out of

24   its own money?

25        A.   I don't know.  They don't have an

1                      Gandolfo

2       account.

3                Q.   Okay.

4                A.   A bank account.

5                Q.   Hovbilt didn't have a bank account at

6       that point?

7                A.   I don't think so.  Not that I'm aware

8       of.

9                Q.   Okay.  All right.  Let's see.  Now,

10      there are three transfers that say Vahak, but

11      then they are due to Village Mall or Zargis.  Do

12      you know --

13               A.   The Vahak Hovnanian is I think the

14      actual name on the Village, what we call the

15      Village Mall account at Affinity.

16               Q.   Okay.

17               A.   So that's why it says transfer from

18      the mall to HovSat.

19               Q.   Okay.

20               A.   That was probably part of the rent

21      that was collected and moved over for bills.

22               Q.   Okay, and then Village Mall, you

23      don't know what that's for?

24               A.   No.

25               Q.   Okay.  State of New Jersey, third

Page 155

1                         Gandolfo
2      quarter 2011, it says payroll taxes.  Who were --
3            A.   I didn't do that.  I don't know.
4            Q.   Okay.  For all the other ones in here
5      for Zargis, transfers from Zargis to HovSat or
6      HovSat to Zargis, do you not know why those
7      transfers occurred or why you had those in there?
8            A.   Probably because HovSat needed money.
9            Q.   Okay.  What about this one from Hov
10     Store on 5/12/2012 on page 10, do you know why
11     Hov Store transferred money to HovSat?
12           A.   I don't know.
13           Q.   Okay.  Just a couple more.  Is it
14     safe to say that if I show you another one from
15     Hov Store, it won't trigger any memories for you?
16           A.   No.
17           Q.   One second.  Okay.  I'm jumping to
18     page 35.  Okay.  On page 35 it shows HJH trustee,
19     transfer from HJH trustee to HovSat, and it says
20     due to HJH trustee for $8,000.  We talked about
21     that earlier, right?
22           A.   Right.
23           Q.   Okay, and you thought that was the
24     Hilde trust?
25           A.   I don't know whether it was Hilde's

Page 156

```
 1                      Gandolfo
 2      trust or whether -- I just labeled that because I
 3      didn't know it actually came from somewhere else.
 4      I think it's just her trust.
 5               Q.   Okay, and that could be the Pachava
 6      Trust, because at one point she was trustee of
 7      the Pachava Trust, right?
 8               A.   That's a possibility.
 9               Q.   Okay, and then here on page 38 on
10      page 1/30/14 it shows --
11               A.   I put it in the wrong place.
12               Q.   Okay, so when it says due to
13      shareholder, it should have gone due to --
14               A.   Yes.
15               Q.   -- HJH trustee, okay.  Mistakes
16      happen.  Rolling quickly.  You can tell which
17      ones I highlight like this versus the ones Cat
18      highlighted where they are perfect.
19                    Okay.  Township of Howell on
20      12/28/15, it's paid real estate taxes of $27,000
21      and it says it's for block 143 lot 2504.
22               A.   That's the office.  That's the
23      Village Mall.
24               Q.   Okay.
25               A.   That's the building.  That's the
```

Page 157

1                         Gandolfo

2      property tax.

3              Q.   Okay.  Is there a property on 572

4      Wyckoff Lane that you've also paid property taxes

5      for from the Grand View account?

6              A.   I haven't paid anything.

7              Q.   Okay.

8              A.   I've only paid that one.

9              Q.   Okay.  In 2016, on page 67 of this

10     spreadsheet there is Roberts Electronics &

11     Security Inc., and it shows that they are paying

12     for, I guess there is an alarm system on the

13     house or electrical --

14             A.   Yes.  There is an alarm system.  It's

15     for the whole year.

16             Q.   Okay, and that was paid for from

17     Grand View.

18             A.   Well, HovSat, yes.  Whatever.

19             Q.   Right, and then it's billed as due to

20     the mall.  Why would it be billed that way?

21             A.   That's also a mistake.  It should

22     have been Pachava.

23             Q.   And then up here on 4/18/2016 there

24     is another one --

25             A.   That also.

Page 158

1                         Gandolfo

2              Q.   Another mistake?

3              A.   Yes.  Well, I don't think -- I don't

4      remember when I created the due to Pachava, and I

5      guess in the beginning I just chalked it up to

6      the mall account, because that was Vahak, the

7      dad's, bank account.

8              Q.   Okay, but here by this point it's

9      2016, so Vahak had passed by that point, so --

10             A.   Yes.

11             Q.   -- who was telling you to pay these

12     bills for the house?

13             A.   Probably Nina or I -- I just paid

14     them.

15             Q.   Okay.  This was before Nina was

16     appointed as trustee.

17             A.   Then I just paid them.  They were

18     always paid, so I paid them.  I didn't -- never

19     had access to the trust, to the Pachava account,

20     so I just followed suit.  Whatever was done

21     before is what I continued to do until --

22             Q.   Until instructed otherwise?

23             A.   Yes, by Nina.

24             Q.   Okay, and we had talked about the

25     real estate taxes.  (Inaudible) transfers for

Page 159

```
 1                    Gandolfo
 2   real estate taxes, right?
 3          A.   Excuse me?
 4          Q.   So we had lots of these payments for
 5   the real estate taxes coming out of Grand View.
 6          A.   Right.
 7          Q.   And you had previously talked about
 8   your answer would be the same for all of them,
 9   right?
10          A.   Yes.
11          Q.   All right, and the same for all the
12   entries for 5/20.  It was you kept on doing what
13   you needed to do to pay those bills, and so if
14   you had to pull it from HovSat, you would.
15          A.   Yes, because I didn't have access to
16   Pachava.
17          Q.   Okay.  Here is one.  10/22/2018, so
18   by this point Nina had been appointed as trustee
19   of the Pachava Trust.
20          A.   Correct.
21          Q.   10/22/2018, it's on page 103, and it
22   says Navesink Country Club member ID 813, and you
23   chalked it up to dues and subscriptions.  What is
24   that for?
25          A.   That's the country club she told me
```

Page 160

1                        Gandolfo

2      to pay.

3                  Q.    Do you know whose account that is?

4                  A.    Not offhand.

5                  Q.    Okay.  Did she tell you why she

6      wanted country club bills paid from this account?

7                  A.    No, and I didn't ask.

8                  Q.    Okay.  What is QuickBooks DDC,

9      looking at page 114, on August 15th, 2019?

10                 A.    That's another company that was I

11     think under Speedus's umbrella.

12                 Q.    So it's going to take me a second to

13     find this file.

14                       All right, so I'd like to go back to

15     KSG 15 just a second and look at page, let's call

16     it 22.  I'm going to make this an exhibit now or

17     share the exhibit.  Tell me when you're there.

18                       Ready?

19                 A.    Yes.

20                 Q.    All right, so this is the Village

21     Mall's profit and loss statement for the calendar

22     year 2017, and it shows profits of 74,000, or net

23     income, I should say, of $74,000.  For this --

24                 A.    Okay.

25                 Q.    -- year or any other year, was that

1                          Gandolfo

2       cash ever given to any of the beneficiaries of

3       the trust, the VSHPHH trust?

4              A.   No.  Not that I know of.

5              Q.   Were the profits of the Village Mall

6       put back into HovSat during this time, those

7       companies?

8              A.   Yes.  Whatever was in, whatever was

9       collected was in turn either transferred into

10      HovSat for bills.

11             Q.   Okay, and that's true throughout this

12      time period where we have financials for 2011 to

13      2020?

14             A.   Yes.  Well, the Village Mall I don't

15      have access to anymore.  I can't even get on it

16      online, so I don't know what's in there.  I don't

17      know what's going on with it.

18             Q.   When did you find that problem out?

19             A.   I don't know.  That's been for almost

20      five years now.  I've tried.  I tried to log in

21      one time and it wouldn't let me log in, and the

22      information -- I tried calling, but they said

23      because I'm not on the account, I would need to

24      have the owner of the account, and the owner was

25      dead, and I didn't say anything, I just hung up.

Page 162

1                        Gandolfo

2          Q.   Okay.  Do you know who William Read

3     Rankin is?

4          A.   Yes.

5          Q.   Who is he?

6          A.   He's somehow -- I think he's Shant's

7     sometime lawyer.  I know that I met him when we

8     were in Brooklyn once, and I know that he's a tax

9     lawyer.

10         Q.   Okay.  Do you know if he ever acted

11    as counsel for any of the companies we talked

12    about today?

13         A.   I don't know.

14         Q.   Okay.  All right.

15              MR. KUNOFSKY:  John, do you have any

16              questions you want to ask?

17              MR. HANAMIRIAN:  Yes.  Just one.

18    EXAMINATION BY MR. HANAMIRIAN:

19         Q.   Were you ever visited by anybody from

20    the IRS or Department of Treasury in this matter

21    or in Shant's tax liability matter?

22         A.   Yes.

23         Q.   Okay.  Who was that and what

24    happened?

25         A.   It was a big guy named, I think his

```
1                        Gandolfo
2       last name is McGilvery.  He would periodically
3       knock on the door, and then I wouldn't let him in
4       because I didn't know who he was, and I wasn't
5       going to let him in.  So then he went to my
6       previous tenant, Jerry's, and went through
7       Jerry's office to the inside office and came up
8       the stairs and scared me half to death.
9              Q.   When was this?  About around what
10      time?
11             A.   It was in the summer.
12             Q.   Okay.  Last year?  The year before?
13             A.   I think it was the year before.
14             Q.   '19?
15             A.   Yes.
16             Q.   Okay.
17             A.   And he came upstairs and harassed me.
18      I mean seriously I felt bullied and threatened,
19      because he stood over my desk demanding where
20      Shant was.  And he had some lady with him who was
21      just looking around, but he kept hammering at me.
22      And I asked him, I said, who let you in, and he
23      says, that's not the issue.  The issue is where
24      is Shant Hovnanian.  And I said he's not there,
25      and then he proceeded to throw, he said, these
```

Page 164

```
1                        Gandolfo
2     papers, envelopes, and said, here, consider
3     yourself served, and I said for what, and then he
4     turned around and went down the stairs.  But he
5     was really intimidated me, and I felt threatened.
6           Q.   Did the woman, the female person,
7     identify herself?
8           A.   No.  She never did.  It was just him,
9     and then he harassed me one day when I went to
10    the house to pick up the mail, he started banging
11    on the door, and I thought he was going to break
12    the glass, and demanded that I open the door, and
13    I refused because it's not my house.
14          Q.   When was this?
15          A.   That was a couple of weeks later or a
16    month later.  And he consistently would be at the
17    house, you know, on the days that I went to pick
18    up the mail, and he would sit outside in the
19    driveway.  And then I had to go out the back of
20    the house the day that he taped the notices to
21    the handlebars together.
22               But he was very -- I don't -- I was
23    very, very upset after he left.  I had to sit in
24    the house for two hours, because that's how long
25    he sat in the driveway, and I didn't want to be
```

Page 165

                              Gandolfo

1

2      harassed.

3             Q.   Did you know what he served you with

4      or when he said you're served, what were you

5      served with?

6             A.   Papers addressed to Shant and to

7      Nina.  I didn't open them.

8             Q.   Okay.

9             MR. HANAMIRIAN:  I have nothing

10            further.

11            MR. KUNOFSKY:  Give me a two-minute

12            break to let my dog out and to call Cat to

13            make sure I don't have any more questions.

14            MR. HANAMIRIAN:  Okay.

15            (Recess taken)

16            MR. KUNOFSKY:  I don't have any more

17            questions.  We're good.  Nothing.

18            MR. HANAMIRIAN:  Then we're good on

19            our side.

20            Thank you, Joe.

21            THE COURT REPORTER:  All right.

22      Thank you.

23            THE WITNESS:  Thank you.

24            THE COURT REPORTER:  All right.  Bye.

25            MR. HANAMIRIAN:  Bye.

Page 166

1                        Gandolfo

2              MR. KUNOFSKY:  Wait.  I think that --

3         can we just have one second here?

4              MR. HANAMIRIAN: Yes.

5              MR. KUNOFSKY:  Joe, can we go back on

6         the record.  I apologize.

7              THE COURT REPORTER:  Yes.  Yes, sure.

8              MR. KUNOFSKY:  There were pending

9         objections and instructions not to answer.

10        To the extent I need to, I'm going to hold

11        the deposition open for that specific

12        purpose.

13             MR. HANAMIRIAN:  Yes.  Yes.  I would

14        have done that, but, yes.  That's fine.

15             MR. KUNOFSKY:  Okay.

16             MR. HANAMIRIAN:  All right?

17             MR. KUNOFSKY:  Thank you.

18             MR. HANAMIRIAN:  You're welcome.

19             THE WITNESS:  Thank you.

20             MR. KUNOFSKY:  Thank you, Karen.

21             (Time noted:  2:52 p.m.)

22

23

24

25

Page 167

```
 1
 2                      ACKNOWLEDGMENT
 3
 4              I, KAREN GANDOLFO, hereby certify that
 5      I have read the transcript of my testimony taken
 6      under oath in my deposition on January 28, 2021;
 7      that the transcript is a true, complete and correct
 8      record of my testimony; and that the answers on the
 9      record as given by me are true and correct.
10                              _____
11                              KAREN GANDOLFO
12
13      Signed and subscribed to before me
14      this_____day of_____, 2021.
15      _____
16          Notary Public
17
18
19
20
21
22
23
24
25
```

1

2                         I N D E X

3    Witness                                        Page

4    KAREN GANDOLFO                                    4

5

6                     E X H I B I T S

7    KSG                                            Page

8         Exhibit 2    Document bearing number Morgan    81
                        Stanley 5326
9
          Exhibit 5    Omnisat joint venture agreement   99
10                      dated 11/1/2017

11        Exhibit 6    Document bearing numbers          102
                        Affinity 1348 through 1383
12
          Exhibit 7    Document bearing number           109
13                      USAPROD 728

14        Exhibit 10   Document reflecting Affinity       114
                        Federal Credit Union checks
15
          Exhibit 9    TD Bank check                     115
16
          Exhibit 11   e-mail from Karen Gandolfo to     116
17                      Nina Hovnanian with list of
                        expenses of June 24th, 2020
18
          Exhibit 12   Document bearing number           122
19                      Affinity FCU1703

20        Exhibit 13   Document bearing number           123
                        Affinity FCU1596
21
          Exhibit 14   Balance sheet                     126
22
          Exhibit 15   Village Mall balance sheets and   139
23                      profit and loss statements

24        Exhibit 16   Document reflecting QuickBooks     144
                        account
25

Page 169

1               *** ERRATA SHEET ***

2    CASE: United States v. Shant Hovnanian, et al.,

3    DATE: January 28, 2021

4    WITNESS: Karen Gandolfo

5    JOB NO.: 1192

6     PAGE/LINE      CHANGE          REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20

21        _____

                    Karen Gandolfo
22
     Subscribed and sworn to before me
23
     this ____ day of _____, 20__.
24
        _____.
25         Notary Public

Page 170

1

2                    C E R T I F I C A T I O N

3

4              I, JOSEPH DANYO V, a Shorthand Reporter

5       and Notary Public, within and for the State of New

6       York, do hereby certify:

7                    That I reported the proceedings in the

8       within entitled matter, and that the within transcript

9       is a true record of such proceedings.

10                   I further certify that I am not related, by

11      blood or marriage, to any of the parties in this

12      matter and that I am in no way interested in the

13      outcome of this matter.

14                   IN WITNESS WHEREOF, I have hereunto set

15      my hand this 12th day of February, 2021.

16

17

18                               JOSEPH DANYO V

19

20

21

22

23

24

25

**A**

**a.m** 2:2
**AAA** 81:16 82:6,10
**ability** 8:13,22 9:2
**Absolutely** 54:25
**Academy** 9:25
**accept** 12:15
**access** 35:15,16
  52:20 53:2 54:2
  67:15 80:13 94:6
  94:8 122:23 135:8
  135:12,18 146:10
  158:19 159:15
  161:15
**accessed** 56:15
**account** 26:7 49:9
  52:5,12,16,20
  53:20,23 56:11,24
  57:6,13,24 58:3,9
  59:20,20 73:7,10
  73:11,19 77:21
  80:9,13 85:21
  88:22,24 89:6,8
  89:10 92:15,16
  93:11 95:16 96:2
  96:18 102:16
  114:22 115:6
  116:15 117:4
  119:15,19 121:4
  122:13 127:23
  129:17 132:18
  133:20 134:10,11
  134:16,17 137:4
  137:15 140:5,7,8
  140:8 142:4,5,9,9
  144:17 145:8
  154:2,4,5,15
  157:5 158:6,7,19
  160:3,6 161:23,24
  168:24
**accountant** 105:15
  107:21 111:14
  140:20
**accounting** 12:23
  13:2 16:18 94:21
  144:22

**accounts** 10:14
  41:17 51:16,20
  58:8,15 59:10,11
  59:14,15 73:12
  93:7 103:18
  117:21 118:3,16
  119:13 126:24
  127:21 136:22
  137:21 141:8
  146:2 153:8
**accusing** 144:7
**ACH** 136:19 137:6
**ACKNOWLED...**
  167:2
**acted** 162:10
**acting** 15:12
**active** 142:5,5
**actual** 89:7 95:16
  116:9 147:4
  154:14
**add** 111:15 112:18
**added** 112:8 145:17
**address** 23:25
  32:20 81:8,9
  107:19
**addressed** 125:23
  125:24,25 165:6
**addresses** 81:11
**Adelphia** 128:7,8
  128:10
**adjournment** 47:8
**ADP** 59:21,21
  153:13
**adult** 72:23
**affect** 8:13,17,25
**Affinity** 102:17,20
  103:2 115:2,11
  122:5,10 123:13
  123:16 139:18
  154:15 168:11,14
  168:19,20
**affirmatively** 45:24
**Afternoon** 88:2
**against-** 1:6
**ago** 54:12 73:8 91:5
  97:6 98:5 150:18
**agree** 40:24

**agreement** 89:14
  99:24 100:7 168:9
**Ah** 68:7
**ahead** 49:2 64:3
  102:8
**air** 94:18
**al** 1:7 169:2
**alarm** 53:16 68:6
  68:12,20 157:12
  157:14
**alcohols** 8:21
**alive** 54:18 107:15
  151:16
**allowed** 23:6 26:22
**Alzheimer's** 8:16
**America** 1:4 82:21
**amount** 23:11
  112:21 128:16
  135:3,4 140:25
**amounts** 130:18
  150:21
**Andy** 103:6,6,7,9
  152:16
**annoyed** 80:22
**answer** 6:20,22
  8:23 21:16 25:5
  26:18 27:12,14,17
  29:18,21 30:20
  34:3,11 37:24
  46:10 49:2,11
  50:22 51:2 54:8
  57:8 58:19 59:3
  64:5 74:12 86:11
  97:16 101:8,18
  112:25 113:2
  119:22 144:9
  159:8 166:9
**answered** 55:11
  106:19,20
**answering** 6:17
  38:8
**answers** 55:16
  167:8
**Antranik** 152:16
**anybody** 9:7 12:11
  22:25 24:2 27:24
  35:8,22 74:6

124:2 135:8,17
  162:19
**anymore** 11:2 12:7
  20:24 26:6 40:21
  68:10 71:15 92:17
  105:17 141:4
  161:15
**anyplace** 114:11
**anyway** 107:8
  115:8
**AP** 118:15 129:22
**APC** 141:15
**APH** 127:20
**apologize** 101:11
  166:6
**app** 79:15
**apparently** 140:4
**appearance** 5:10
**appeared** 32:17
**appearing** 5:12
**appointed** 158:16
  159:18
**appropriate** 42:24
  43:4,8 51:4
**approval** 96:22
**approved** 108:11
**approximately**
  99:18
**architect** 103:13
**area** 22:24 26:15
  107:16
**argument** 16:2
**Ari** 3:6 4:7 9:12,12
  26:10 30:6 42:24
  43:22 49:20 58:12
  58:16,23 76:8
**Ari.D.Kunofsky...**
  3:7
**arises** 7:10
**Army** 19:8,10,11
**arrangement**
  118:10
**Art** 20:24 21:4,5,6
  21:13,16 22:12
  35:18 90:9,10
  93:9 108:15 112:5
  112:12 118:11

127:22,25 129:4,9
  146:14 151:2
**Art's** 135:15
**ASC** 141:17,18
**asked** 6:17,18
  12:11 16:11,13,14
  29:16 32:20,21
  33:10 35:13 45:2
  45:3 56:14,16,18
  57:9,17,17 65:6
  79:24 80:9 106:6
  117:5,9 120:12,15
  121:10 138:23
  149:14 163:22
**asking** 43:15 45:21
  46:7 63:4 97:6
  117:25
**assert** 29:12
**asserted** 50:3
**asserting** 28:24,25
  29:24 49:13,17,19
  50:21
**assets** 126:17
**assume** 45:19
**assumed** 67:4
  68:15
**assuming** 79:8
  80:10 151:15
**Assurant** 153:16
**attached** 96:6
**attack** 15:23
**attorney** 46:12
**attorneys** 3:4,10
  48:24
**August** 141:5 160:9
**authority** 27:12
  29:13 42:18 50:24
  96:18,20 103:18
**authorization**
  27:19,20,21 80:18
  97:12
**authorize** 80:17
  97:22
**authorized** 56:12
  58:6 80:8 100:21
**auto** 74:17,20,21
  75:4

automatic 36:13
  73:7 95:10
automatically 95:5
  119:14 136:21
available 32:14
aware 8:9,19 89:13
  154:7

**B**

B 168:6
back 13:4 25:4
  46:18,24,24 47:2
  47:7,12 48:5 63:5
  65:16 66:8 68:11
  76:19 81:7 96:13
  104:21 116:4
  118:9 121:21
  131:8,9,13,22
  132:12 133:8
  139:8 141:7
  147:18 160:14
  161:6 164:19
  166:5
backdoor 42:18
  45:9
background 9:23
backwards 75:13
balance 95:16
  124:25 126:9,13
  132:3 133:3 139:4
  139:9 143:14,16
  168:21,22
banging 164:10
bank 41:17 42:2
  49:8 51:16,20
  52:16 82:21 85:20
  88:22 89:8,9
  92:14 93:10 94:11
  94:17,22,24 95:16
  115:6,17,22
  116:14 117:4
  121:23 122:13
  133:12,19 134:10
  134:16 137:4,14
  138:3 139:18
  142:5,6 146:2
  151:9 154:4,5

158:7 168:15
Bank's 42:3
banker 126:7
bankers 81:21
banking 90:22
bankrupt 133:20
bankruptcy 133:21
banks 95:6
bar 11:13
bare 24:9
based 26:12
basic 6:10
basically 38:15
  92:10 93:5 132:4
basis 26:21 30:2
  49:12,15 101:12
bathrooms 69:19
bearing 81:2
  102:19 109:16
  122:4 123:12
  168:8,11,12,18,20
bed 67:24
bedroom 69:20
bedrooms 69:19
beginning 158:5
behalf 5:12 6:7
  27:18 50:22
  100:21
believe 27:7
bells 150:20 151:3
belongs 36:10,12
beneficiaries 161:2
benefit 52:7 85:14
best 7:9 24:6
bet 24:6
better 16:21
beyond 26:15
big 24:13 69:11,12
  90:5 138:22
  162:25
bigger 148:8
biggest 24:10
bill 24:13 34:9
  74:19 76:16 81:15
  112:22 116:9
  124:5 125:23
  126:25 130:8

134:25 137:20
138:22 139:20
140:3,14,21
142:10 149:3,8,15
billed 108:4 112:11
  113:6 140:17
  145:10 149:11
  157:19,20
billing 11:19,23
  12:24,25
bills 10:15 12:6,11
  15:11 16:9,25
  20:23 22:2 24:7,8
  24:10 34:18 35:6
  36:6 37:5,12 73:4
  82:12 89:18,23
  91:12 96:24,25
  112:2,8,15 132:5
  140:10 154:21
  158:12 159:13
  160:6 161:10
bit 60:23 69:16
  83:25 95:24
  116:13 148:7
Black 148:4
blanket 68:5
blip 125:18
block 156:21
blood 170:11
booked 149:9
bookkeeper 15:8
  28:7,17 42:11
bookkeeping 16:18
born 72:18
boss 74:4 84:16
bottom 76:25 81:9
  105:18 110:6
  145:4
box 3:5 71:4,5,25
boxes 140:18
break 6:15,19
  46:18 47:2,12
  49:12,16,21 60:15
  83:21,22,25 87:10
  113:10,10 131:8
  140:22 143:10
  164:11 165:12

breath 60:10
briefly 9:18 84:5
bringing 24:7
brings 63:19
broadcast 146:20
broker 56:13
Brooklyn 9:25 10:2
  10:21 13:8 19:11
  162:8
brought 24:23
bucks 33:8 37:18
  37:18 120:8
bugging 72:3
building 12:9 13:16
  14:3,4 22:18 23:3
  23:15,18 61:16
  88:15 90:4 91:12
  100:12 103:14
  104:12,18,20
  105:12,13 112:6
  118:25 119:3
  140:3 156:25
built 22:19 62:24
  64:11 120:23
bullied 163:18
bunch 13:6
business 19:7,9,18
  19:19,20 20:4,9
  20:12,20 55:6
  57:4 98:15 105:18
  105:20 106:4,8
button 15:16
Bye 165:24,25

**C**

C 3:2 170:2,2
cabinet 16:15
cable 10:21,22,24
  11:19 18:20,22
  19:9 22:11,15,16
  22:22,25 24:3,13
  25:14 26:3,7
  36:20 37:19 67:20
  88:23 119:2
  127:17,19 133:2
  136:14,15 146:25
  149:21

cables 67:20
Cadillac 148:2
Calasi 84:21
calendar 160:21
call 15:10 33:7
  36:20 43:3 59:21
  61:21 70:2 80:16
  88:25 94:24
  154:14 160:15
  165:12
called 12:6 32:15
  137:7,21
calling 122:24
  123:4,6 161:22
calls 38:8
camera 5:17
cancel 34:8
canceling 34:23
Cannonball 127:11
car 147:16,17,20,20
  147:23,25
card 79:3 82:21
  83:6,8,9,18
care 20:8,9 45:14
  45:15 63:24 93:5
  103:13,14 122:17
careful 48:14 70:16
Carlos 14:13 15:24
Carlos's 16:4,6
case 1:6 7:10 14:21
  43:19 46:2 55:18
  55:21 75:8 152:5
  169:2
cases 38:12,13 48:4
cash 150:5,10
  161:2
cast 15:20
Cat 156:17 165:12
Catriona 3:7 6:6
Catriona.M.Cop...
  3:8
cell 97:2 149:4,5
center 10:14 99:7
  135:25 136:4,15
CEO 39:24
certain 92:9,11
certainly 43:18

**certify** 167:4 170:6
   170:10
**CFO** 15:12
**chain** 76:25
**chalked** 158:5
   159:23
**chance** 104:14
   124:21
**change** 110:14
   125:20 146:20
   169:6
**changed** 12:16
   40:13 68:12 105:5
   105:14 109:11
   112:11 135:14
**changing** 125:14
**channel** 146:22,25
   147:4,5
**characters** 15:20
**charge** 15:14 74:14
   84:10
**charged** 112:9
**Charles** 152:24
   153:3
**Chase** 58:9 59:10
   83:14,17,18
   118:19
**check** 7:12,16
   59:21,22 60:2
   72:13 95:16 96:17
   102:10,10 109:5,6
   110:11 112:21
   115:14,15,17,22
   115:23 116:7,14
   118:8 121:24
   122:16,16,21,21
   122:22 123:18,18
   123:19,24 137:2,3
   168:15
**checking** 114:22
**checkmark** 37:7
**checks** 10:15 12:10
   35:6 36:25 37:2,5
   37:8,10 52:21
   59:14 89:24 93:13
   96:25 110:14
   114:23 115:2,6,12

**122:8** 139:15,19
   152:14 168:14
**chime** 43:9
**Circle** 122:17
**cite** 30:11
**Citi** 83:9,9
**citing** 26:20
**city** 10:8 13:11,13
**claim** 45:19
**clean** 6:24 8:8 15:5
**cleaning** 69:18
**clear** 15:3 54:10
   99:9 105:4
**clearer** 50:24
**clearly** 6:20
**click** 119:19
**close** 90:12
**club** 159:22,25
   160:6
**clue** 85:11 92:6
   125:5 141:24
**code** 68:12
**collect** 111:2
**collected** 111:24
   154:21 161:9
**College** 10:3
**color** 148:3
**Comcast** 23:6
**come** 17:15 23:6
   27:25 28:4 50:7
   53:13 65:16 68:16
   70:3,9,9 91:12
   107:2 113:20
   116:3 119:20
**comes** 29:10 120:16
   131:8
**comfortable** 45:13
**coming** 53:22 159:5
**comments** 105:3
**common** 16:19
   25:6,12
**communicate** 47:4
   47:16 90:24
**communicated**
   91:4
**communicating**
   33:20 40:22 55:14

**91:6** 98:10
**communication**
   50:18 73:16 79:11
**community** 22:19
   22:20 23:5,6
**commute** 148:21
**companies** 22:9
   24:14 34:13,14
   38:14 39:5 43:16
   43:24 50:7,22
   89:19 93:16
   126:20 132:6
   161:7 162:11
**company** 10:22,25
   11:4,19 15:9 17:7
   18:20 22:16 32:15
   39:19,22,24 40:3
   40:4,5,25 48:17
   49:5 53:13 80:7
   81:15 84:6 85:5,6
   88:23 95:12 96:10
   98:25 123:25
   132:5 147:16,17
   147:23 149:5
   160:10
**compare** 143:19
**complete** 167:7
**completely** 59:2
**compromised**
   45:16
**computer** 12:6
**condition** 8:17
**conduits** 23:8
**Conference** 114:9
**confident** 46:2
**confidential** 28:16
   50:4
**confidentiality**
   28:18 29:2,2,9,12
   49:25 51:7
**confused** 134:9
**connecting** 130:24
**consent** 4:11 29:10
**consider** 164:2
**considered** 108:8
**consistently** 164:16
**consultant** 84:17

**consulting** 138:15
   138:18
**contact** 55:8
**content** 44:18
**context** 44:19 45:14
**continue** 109:10
**continued** 88:7
   158:21
**contract** 24:24
**contractor** 11:19
**contractors** 11:20
**contracts** 34:23
   94:2
**control** 58:14 59:11
   59:13 75:3 129:8
**convoluted** 112:23
**Cool** 78:9
**cool,'** 79:2
**copies** 94:2
**Coppler** 3:7 6:7
**copy** 109:22
**corner** 75:25 76:20
   110:6 116:7
**Corp** 18:18 38:18
   38:23
**corporation** 18:14
**correct** 38:24 47:22
   99:15 102:18
   113:8 122:19
   148:24 149:18,24
   159:20 167:7,9
**correctly** 152:19
**couch** 68:3
**counsel** 4:20 42:17
   162:11
**country** 159:22,25
   160:6
**couple** 8:5 14:20
   32:24 53:18 71:11
   102:4 126:12
   155:13 164:15
**court** 1:2 6:21,23
   27:9 47:18 52:8
   123:3 130:23
   131:3 165:21,24
   166:7
**courtesy** 47:7

**cover** 24:8
**covered** 153:15
**covering** 149:21,22
**cracked** 138:20
**create** 141:13
**created** 158:4
**credit** 82:20 83:6,8
   83:18 102:17
   115:2,11 137:18
   168:14
**curiosity** 80:2
**current** 126:17
   129:13,18 132:2
**currently** 39:12
   58:11,14
**customers** 23:10,12
   24:16 25:7 105:19
   136:20,20,24
   137:19
**cut** 23:7,9 24:9,25
   96:24
**cutting** 24:7

**D**

**D** 4:2 88:4 168:2
**D.C** 3:5
**dad** 14:23 21:9
   54:14,17,23 62:12
   80:10 98:20,21
   105:8 151:16
**dad's** 21:6 55:7
   61:14,15 65:22
   68:2 116:10 158:7
**Dag** 61:18 89:3
   107:19
**Danyo** 1:24 2:6 4:3
   19:24 170:4,18
**data** 12:6 16:9,25
   20:8 28:19 99:7,7
   135:25 136:4
**date** 81:4 99:25
   102:22 109:18
   115:4,19 116:21
   122:6 123:14
   126:11 139:7
   144:18 169:3
**dated** 99:24 100:7

168:10
**day** 20:7 32:21 66:3
66:4,5,14 68:20
83:21 90:5 144:10
150:8 164:9,20
167:14 169:23
170:15
**days** 37:24 65:23
66:9 150:6 164:17
**DDC** 160:8
**dead** 161:25
**deal** 26:3 50:12
57:12 63:18,21
84:19 105:19
**death** 38:4 105:7
106:16 163:8
**debit** 79:3 83:9
**debited** 136:21
**deceased** 14:10,11
**decide** 37:18,20
**decided** 34:3 74:4
147:20
**decision** 25:5 34:7
37:17,25 73:14
**decision-makers**
98:19
**decisions** 97:4,9
**deducted** 119:15
**deem** 50:8
**Defendants** 1:8
**delete** 79:18
**demanded** 164:12
**demanding** 163:19
**dementia** 8:17
**dental** 138:22
**Department** 3:4
162:20
**deposit** 26:4 30:24
30:25 95:20 96:7
139:18 151:5,15
153:5
**deposited** 139:14
142:4,6
**deposition** 1:11 2:5
4:9,11,15,16 7:4
7:13 9:5 41:19,22
43:3,20,22 44:15

44:17,18 47:8
50:6,16 75:11
166:11 167:6
**deposits** 148:6
**Desbrosses** 13:18
13:20 14:7 15:8
**Describe** 104:16
**description** 12:16
**desk** 113:20,24,25
163:19
**detail** 18:10 124:22
**device** 7:13
**dialogue** 28:20
**died** 15:22 25:19
38:6 54:14,17
62:12,13 65:19
98:21 106:9
108:14 109:9
**different** 10:24
**difficult** 86:16
**difficulty** 7:9,10
**Direct** 36:12
118:23
**directly** 57:14
**disability** 153:21
**disagreed** 81:25
**disappear** 32:23
**disappeared** 16:2
**disclosing** 45:13
**disclosures** 45:23
**disconnected** 107:5
**discovered** 23:4
**discovery** 75:8
**discrepancy** 143:17
**discussing** 30:17
**disrespect** 15:4
**DISTRICT** 1:2,2
**divided** 107:16
**divides** 112:19
**Division** 3:4
**divorce** 65:18
**divorced** 64:13,15
65:7,11
**doctor** 104:20,21
107:20 111:9
112:20
**doctors** 104:24

112:15
**document** 75:10,15
75:16,20 81:2,6
102:19 109:16
114:25 117:17
122:4 123:12
144:16 168:8,11
168:12,14,18,20
168:24
**documents** 7:23
9:20 45:2,3 94:3
**dog** 165:12
**doing** 10:14 12:10
12:11,21 13:3
18:22 20:5,11
27:7 31:19 47:5
57:14 66:11
111:17 112:12
140:11 159:12
**dollars** 124:17
128:13 129:15
133:13
**door** 42:12 68:9
163:3 164:11,12
**doubt** 129:3
**download** 32:18
95:5
**Dr** 109:2 110:4,19
112:15,19,20,22
**drive** 104:14
**driveway** 164:19
164:25
**dropped** 10:3
**drug** 10:13
**drugs** 8:21
**due** 96:11,11
126:17,20,24
127:2,13 128:16
129:21 130:3,9,18
132:6,10,14 133:3
133:19 134:2
141:15,18,21
143:13 145:6
149:2,11,19 151:6
151:21 153:8
154:11 155:20
156:12,13 157:19

158:4
**dues** 159:23
**duly** 4:3 88:5
**dumped** 90:9
103:15

**E**

**E** 3:2,2 4:2 88:4
168:2,6 170:2
**e-mail** 32:20 37:22
38:5 72:2 76:14
76:25 77:2,3
78:20 80:7 81:7,8
81:9,11 97:15
110:3,9 116:18,23
168:16
**e-mailing** 72:6
**e-mails** 33:21 55:15
**earlier** 18:19 73:8
148:16 155:21
**easier** 89:2
**easily** 23:9
**education** 16:22
**educational** 9:23
**eight** 66:8
**either** 51:3 69:3
77:14,15 80:8,16
85:13 99:4 114:15
117:20 145:15
153:20 161:9
**electric** 74:19 77:15
78:14 112:18
119:9,18 120:5
139:20 140:3,14
142:8,11 149:10
149:15
**electrical** 77:18
157:13
**electrics** 97:2
**electronic** 4:10,16
7:13
**Electronics** 157:10
**elevator** 115:24
**Elza** 3:15 5:14 6:3
7:20 32:18 35:11
130:22 135:18
**embarrass** 27:8

**employee** 84:17
**employees** 41:12
**encompasses** 26:14
**ended** 12:4 24:24
33:3 147:19
**English** 94:22
**enter** 12:6 20:23
22:13 35:6 36:5
37:4 90:3 94:15
95:8 96:7 140:10
140:16 141:5
**entered** 15:11
20:18 94:25 95:22
132:4 140:13
146:3
**entering** 16:9 20:8
21:12
**entities** 42:7,8,13
**entitled** 170:8
**entity** 45:21 132:11
**entries** 95:24,25
133:11 145:15
148:19 159:12
**entry** 16:25 128:6,8
133:25 134:5
146:17 148:5,25
**envelopes** 164:2
**errands** 16:11
**ERRATA** 169:1
**Escalade** 148:2
**ESQ** 3:6,7,11
**estate** 86:22 87:3,5
156:20 158:25
159:2,5
**estimate** 21:20,23
**estimating** 21:22
**et** 1:7 169:2
**Europe** 65:13
**evened** 24:19
**eventually** 13:15
23:10 68:11
**everybody** 13:10
22:24 55:21 118:6
**exact** 121:22
**exactly** 12:19 13:9
121:20 134:21
**EXAMINATION**

4:5 88:7 162:18
**examined** 4:4 88:5
**example** 93:22
**Excel** 124:22
**excuse** 9:12 39:10
    45:6 47:23 111:22
    159:3
**exhibit** 75:7 81:2
    99:23 102:19
    109:16,20 114:25
    115:17,21 116:18
    122:4 123:12
    126:9 139:4
    144:10,16,21
    160:16,17 168:8,9
    168:11,12,14,15
    168:16,18,20,21
    168:22,24
**exist** 11:2
**existence** 96:12
**exists** 143:17
**exorbitant** 23:11
**expected** 8:3 47:10
**expense** 33:9 74:8
    86:8 138:13
    147:11 150:5
**expenses** 21:12
    53:7,11 82:2
    116:20,24 117:6
    117:19 119:6,8,12
    142:14 143:3,5,6
    143:12 144:21
    168:17
**explain** 126:21
    129:17
**explained** 43:14
    144:5
**extent** 166:10

─────────────
**F**
─────────────
**F** 4:2 88:4 170:2
**facing** 104:15
**fact** 42:6,10
**fairly** 69:14
**fall** 90:4
**Falls** 23:4,19,24
    40:16 100:11

127:14
**familiar** 100:18
    101:20
**family** 62:7 78:4
**far** 18:13 40:18
    48:18,21 62:20
    65:14 82:6 127:12
    135:11
**fast** 60:12
**father** 107:15
**father's** 110:12
**FCU1596** 123:13
    123:16 168:20
**FCU1703** 122:5,10
    168:19
**February** 147:12
    170:15
**federal** 50:2 87:4
    102:17 115:2,11
    168:14
**fee** 138:12
**fees** 144:22
**fell** 138:20
**felt** 163:18 164:5
**female** 164:6
**figure** 34:20 36:25
    40:21 95:18 97:18
    119:21 126:3
    134:22 138:8
**figured** 24:22
**file** 16:14,15,15
    28:5 33:8 109:22
    125:4 132:9
    134:18 143:20
    160:13
**filed** 55:18 84:25
**files** 25:24 31:6,8
    31:15 32:14,18
    35:2,25 36:3
    124:22 129:8
    143:20 146:4,7,11
**filings** 40:10
**finance** 15:14
**finances** 104:9
    125:3
**financial** 50:4,13
**financials** 17:16

18:17 161:12
**find** 11:23 109:20
    160:13 161:18
**fine** 14:19 26:16
    46:5 51:10 56:8
    62:16 80:22 92:21
    105:2,4 107:11
    117:25 144:7
    166:14
**finish** 6:17 58:18
    63:25
**Finn** 14:10
**fired** 17:10
**FIRM** 3:9
**first** 4:2 7:14 10:9
    14:12 29:11 63:17
    97:19 100:9 103:4
    108:14 116:2
    123:18,21 124:14
    130:2,7 133:15
    134:4,16 142:12
    143:25 144:20
**FirstEnergy** 76:14
    77:10
**Fitbit** 60:6
**five** 13:25 14:7 25:7
    54:19 69:21 133:4
    133:7,13 161:20
**five-minute** 46:18
**fix** 116:4
**fixes** 67:20
**flake** 74:4
**flip** 76:19
**floor** 105:18 114:6
    114:8
**flying** 122:9
**folks** 22:20,22
**follow** 73:25
    106:21,23
**followed** 36:6,19
    140:25 158:20
**following** 16:19
**follows** 4:4 88:6
**foot** 104:21 111:9
    112:20
**forgot** 19:23 56:6
    56:17 57:21

**form** 27:5 49:2
    57:7
**formal** 16:22
**format** 135:25
**forth** 118:10
**forward** 4:16 12:22
    47:4,20
**forwarded** 79:7
**found** 11:23
**foundation** 86:10
    100:25 101:12,15
**four** 54:13,21 66:12
    66:17 69:20
**four-year** 66:24
**FoxRocks2** 80:3
**freaking** 68:11
    80:16
**Freehold** 12:9 14:5
    15:18 20:5 61:16
    61:18 147:16
**Friday** 16:12
**front** 7:24 75:16,16
    75:17 109:23
**frustrating** 80:20
**full** 122:17 148:9
**funding** 120:7
**funds** 52:16 85:12
    85:23 137:8,22
**funeral** 55:8
**further** 88:5 165:10
    170:10

─────────────
**G**
─────────────
**G** 4:2 88:4
**gal** 16:12
**game** 114:3
**Gandolfo** 1:11 2:5
    4:1,6,20 5:1,13
    6:1,9 7:1 8:1 9:1
    10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1 27:1
    28:1,9 29:1 30:1
    31:1 32:1 33:1

34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1,22 47:1,21
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
116:19 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:4,11
168:4,16 169:4,21

**garage** 69:21
**garbage** 53:15 70:6
  119:9 149:16
**garbled** 6:13
**gas** 74:20 77:15,17
  77:19,22,23 79:2
  80:7 118:7,7,8
  119:9,19 147:21
**general** 30:10
  37:12 96:21
  124:24
**Generally** 131:25
**German** 21:3
**getting** 21:25 24:13
  25:4 60:12 70:17
  72:7 82:7 132:22
**gift** 96:3
**girl** 126:5
**girlfriend** 138:5
**give** 16:22 44:24
  45:8 57:23 58:2
  73:3 80:6 99:17
  109:19 117:6,18
  143:10 165:11
**given** 161:2 167:9
**giving** 43:7
**glass** 164:12
**Glen** 17:14,15,18
  17:19 20:16
  146:16
**go** 5:4,21,23,24
  9:23 11:22 12:20
  16:13 21:4 26:11
  27:8 29:5 32:22
  32:25 37:4,5,6
  43:20 44:2 46:23
  46:24 47:3,6,12
  47:20 49:2 54:4,6
  64:3 66:5 70:6,7,9
  70:10,24 72:10,10
  72:12,13 76:4
  78:19 80:23 83:21
  95:24 97:12 98:7
  100:15,17 102:8
  109:21 115:21
  119:18 123:15
  126:21 130:3,17

132:25 135:22
  136:17 137:15
  143:3 153:12,12
  160:14 164:19
  166:5
**goes** 37:3 75:12
  86:7 137:3,10,25
**going** 4:16 20:24
  24:24 32:8,24
  33:23 35:21,25
  40:7 43:15 44:11
  44:23 47:17 56:3
  64:20 66:6,8 70:4
  72:8 73:23,24
  75:6,9,10 81:7
  88:25 89:19 90:22
  108:12 109:21
  121:10 123:17
  126:13 138:10
  143:9 150:10
  160:12,16 161:17
  163:5 164:11
  166:10
**good** 4:6 20:2 45:23
  56:9 58:20 84:3
  90:14 131:12
  165:17,18
**gotten** 125:13
**Gracenote** 146:18
**grand** 22:11,15,21
  25:14 26:3,6
  31:10 34:16 35:2
  38:15 39:8 52:12
  88:20,23 89:21
  90:7 92:14 97:24
  115:13 125:2,9,23
  129:14 132:2,12
  133:2,13 135:9,12
  135:23 139:11
  141:9 143:12,14
  143:14,15,20
  148:12 149:21
  150:8 157:5,17
  159:5
**grandson** 151:17
**grass** 105:10
**great** 12:7,23 17:5

20:14 95:21
  131:25 144:19
**Grigoryan** 3:15
  5:14,21 130:25
  131:2,5,10,14,17
**Grill** 112:19,19,22
**Grill's** 112:20
**ground** 6:10 23:8
**Group** 31:5
**guess** 31:23 38:3
  81:22 93:20
  117:18 120:2
  126:16 129:11
  134:4 157:12
  158:5
**guest** 69:22,24
**guide** 146:19 147:2
  147:5
**guy** 14:11,14 15:13
  15:13 74:14 84:20
  116:4 162:25
**guys** 19:15 24:12
  33:7 47:15 71:18
  153:14
**GV** 115:12

### H

**H** 168:6
**hair** 104:19,23
  105:22 107:21
  108:20 111:10
**half** 10:2 163:8
**Hammarskjold**
  61:18,19,19 89:5
  107:19
**hammering** 163:21
**Hanamirian** 3:9,11
  4:18 5:3,6,6,7,11
  5:12,18,23 6:2,5
  9:11 11:14 26:10
  26:19,25 27:10,23
  28:2,6,10,14,23
  29:4,7,20,25 30:5
  30:8,15 41:18,25
  42:5,21,23 43:4,7
  43:17,22 44:5,8
  44:11,16 45:4,7

45:11 46:6,9,15
  46:23 47:14 48:25
  49:10,15,19,23
  50:10,14,23 51:6
  57:7 58:12,16,23
  59:2,9 60:16
  63:25 64:3 75:19
  76:7,10 85:25
  86:9 87:11 100:24
  101:4,7,11,17
  130:25 131:16,19
  152:23 153:2
  162:17,18 165:9
  165:14,18,25
  166:4,13,16,18
**hand** 11:21 170:15
**handle** 7:8
**handlebars** 164:21
**happen** 13:6 42:24
  42:25 86:18
  156:16
**happened** 16:3
  33:19,23 120:24
  130:19 162:24
**happens** 12:2
  124:19 130:10
**happy** 6:16
**harassed** 163:17
  164:9 165:2
**harassing** 27:7
**hard** 40:21 59:5
**Hartford** 153:8,20
**Havighorst** 21:2
  90:10,17
**head** 111:3,16
**heads** 6:22
**health** 153:17
**hear** 6:12 33:22
  54:16 86:21 101:6
  101:9 131:2 139:2
**hearing** 56:5 84:24
  85:4
**heart** 15:22 43:19
  60:8
**held** 52:17
**help** 80:8 135:18
  136:18 138:5

**helped** 138:8
**helping** 105:25
**helps** 105:19
**hereunto** 170:14
**hey** 72:2 88:9
**hi** 72:11 110:9
  113:15 131:2,5
**High** 9:25
**highlight** 156:17
**highlighted** 133:25
  144:21 156:18
**Hilde** 61:5 62:2,5
  62:18 63:6,8,20
  63:22,23 64:19
  65:7,12 70:21
  75:5,5 81:20,23
  81:25 82:12,13,13
  82:17,18 132:17
  132:23 133:4
  155:24
**Hilde's** 64:8 81:8
  81:12 132:19
  155:25
**hired** 11:6,18 90:7
**hit** 15:15 106:18
**HJH** 132:15 155:18
  155:19,20 156:15
**Hodge** 84:22
**hold** 7:8 34:6
  166:10
**holding** 85:5
**home** 10:12 22:22
  69:3 127:18
**honestly** 56:17
  62:14 94:14
**Horizon** 153:17
**hours** 8:22 164:24
**house** 52:24 53:7
  53:11 60:22,24
  62:17 64:11 69:7
  69:16,22,23,24
  70:18 72:24 73:5
  74:8 81:15,17
  82:12 86:22 120:5
  122:18 126:2
  138:20,21 149:10
  150:2 157:13

158:12 164:10,13
164:17,20,24
**house's** 149:14,22
**household** 142:14
142:15,15,16,16
142:19,23,24,24
142:25
**Hov** 127:7,7 152:20
155:9,11,15
**Hovbilt** 25:24,25
38:25 95:13
103:10,18,19,21
103:24 104:4,6
107:24 108:4
128:13 133:11,12
133:17,19,21
141:23 150:6,7,9
153:8,23 154:5
**Hovbilt-TD** 133:12
**Hovnanian** 1:7
3:10 4:9 11:3
12:8 14:9,20 21:6
22:17 25:15 31:5
54:23 64:24 98:20
109:8 116:8,12,19
126:20 148:6,11
149:10 151:15
154:13 163:24
168:17 169:2
**Hovnanian's**
100:18
**HOVPROD** 76:2
100:17
**HovSat** 26:7 31:8
31:10 38:15 39:8
52:12 53:18,19,23
73:18 79:3 88:20
88:22 89:6,10,14
89:17,20,21,22
90:7,20,23 91:20
92:9,15,17 93:7
93:16,22 94:8,9
95:12 97:25 98:6
98:11,19 100:10
100:21 102:16
103:19,21,24
108:6 109:14

110:11 115:6
120:14 122:13,17
123:18 125:2,24
140:8 142:8 145:9
149:2,22 150:9
151:8 154:18
155:5,6,8,11,19
157:18 159:14
161:6,10
**HovSat's** 89:9
**Howell** 156:19
**Huh** 103:8
**human** 80:23
**hundred** 37:17
129:15
**hung** 161:25
**husband** 60:6

**I**

**ID** 159:22
**idea** 16:7 27:23
141:20 150:22
151:3,25
**identification** 81:4
99:25 102:21
109:18 115:3,18
116:21 122:6
123:14 126:10
139:6 144:18
**identify** 86:4 164:7
**image** 32:13
**impede** 8:22
**implant** 138:24
**important** 37:23
**improper** 46:8
**inappropriate** 42:9
**Inaudible** 158:25
**included** 113:3
**including** 58:9
**inclusive** 113:7
**income** 18:6 20:19
87:4 136:6,15
160:23
**increased** 135:4,5
**indication** 106:8
**individual** 118:17
**individuals** 28:15

**information** 7:17
28:16 42:13 43:8
44:24 45:16 46:16
50:4 51:12 116:14
161:22
**inquiry** 42:14
**inside** 70:5 104:15
163:7
**inspection** 116:2
**installed** 11:22
**instance** 81:24
108:3
**instances** 107:2
**instruct** 58:13,17
**instructed** 31:2
158:22
**instructing** 29:21
49:11 50:21
**instruction** 91:10
110:13
**instructions** 6:25
73:4 74:2 96:21
98:7 106:12,21,24
166:9
**insurance** 123:25
124:3,9,13 129:25
142:15,25 153:9
153:10,16,17
**insurances** 153:14
**interested** 170:12
**internal** 42:3
**international** 56:13
148:6,12
**interruptions** 7:5
**intertwined** 125:4
**intimidated** 164:5
**invoice** 81:17
**invoices** 11:21
96:15
**involved** 13:3 53:5
64:9 90:8 97:14
**involvement** 53:10
**IRS** 70:20,24 71:18
71:22 72:3 162:20
**ISP** 141:21
**issue** 7:6 30:16,17
44:4,6,12 163:23

163:23
**issued** 43:24 44:21
**issues** 116:17
**items** 7:24

**J**

**J** 139:20
**January** 1:13 2:2
78:20 167:6 169:3
**JC** 140:2
**JCP&L** 140:14
**JCPL** 77:18 78:14
80:4 149:10
**Jennifer** 126:6
**Jerry** 105:15
111:14 112:9
140:20 141:4
**Jerry's** 163:6,7
**Jersey** 1:2 3:11
14:4 18:25 19:16
77:9 115:15
154:25
**jmh@hanamiria...**
3:12
**Joann** 106:3 107:22
112:10 140:22,24
**job** 1:25 10:5,6
11:13,22 12:12,15
12:17 16:4,6
81:22 94:20
105:25 106:2
169:5
**jobs** 11:10
**Joe** 165:20 166:5
**jog** 150:18
**John** 3:11 5:5,9,11
7:20 9:16,17
26:22 27:22 59:8
79:23 84:20 101:9
130:21 162:15
**John's** 7:10
**joined** 105:16
**joint** 99:23 100:6
168:9
**Joseph** 1:24 2:6 4:3
29:15 30:18 170:4
170:18

163:23
**JP** 58:9 59:10
**JP&L** 118:17
**judge** 43:3,20 44:3
**jump** 131:9 132:25
**jumping** 155:17
**June** 116:20,24
120:3 168:17
**JUSTICE** 3:4

**K**

**K** 4:2 88:4
**Karen** 1:11 2:5
5:12 9:12,13 28:9
29:18 30:20 43:14
51:15 60:19 88:9
113:15 116:18
130:20,21 131:22
136:9 144:13
148:20 166:20
167:4,11 168:4,16
169:4,21
**Karen's** 131:5
**keep** 11:10 12:17
25:24 31:6,8,11
35:20,24 36:2
134:19 145:18
**keeps** 31:14 123:17
**kept** 13:10 36:4
55:15 120:18
137:7 159:12
163:21
**Kevin** 67:18,22
118:7,7,8,12,13
138:17,17 152:15
**keys** 68:9,10
**KG** 118:19
**kicked** 7:7,7
**kid** 72:16,21,22
151:19
**kid's** 138:21
**kids** 61:5 62:2
63:15 65:15 70:21
**kind** 12:21 24:19
24:20 30:21 37:11
63:4 75:12 76:24
84:8,25 94:17
105:20 106:2,4

110:6,16 120:22
122:9 143:9
147:25 148:18
**kitchenette** 114:10
**knew** 39:17
**knock** 8:20 163:3
**know** 5:15 6:11,13
6:14,15 8:4 10:14
12:10 13:2,9,13
16:2,3,13,17 17:9
17:10,11 19:6,6
19:23,25 20:6,8
21:2,10,22 23:5
23:25 25:4,22
26:10 28:2 31:14
31:20,22 32:6,17
32:23,23 33:3,23
34:8,19 36:8,8,9
36:13,16,17,18,21
37:12 39:9,11,14
40:9,10,11,12,13
40:17,18,20 41:9
41:14,15,16 42:9
47:5,17 48:9,21
49:3,4,6,6,20,24
50:15 51:13 52:19
54:22,23 55:4,17
55:19,21,23,25
56:4,6,7,10,24
57:3,5,19 62:4,5,8
62:11,14,14,16,21
63:3,5,5,6 64:14
64:23,25 65:14,18
65:24,25,25 68:8
68:14,15,18 69:19
70:7 73:10 74:4
75:2,18,23 78:8
78:17 79:9,12
80:12,19 82:8,15
82:16,20,23 83:2
83:10,12,17,21
84:6,7,10,13,19
84:20,21,22,24,25
85:3,3,8,10,12,16
85:18,20,24 86:18
86:23,25 87:2,6,7
90:3 91:23,25,25

92:13,13,16 95:13
95:14 96:3,9
97:24 98:11,14,18
98:23 99:12,16,18
99:21 101:24
102:2 103:22,25
104:3,6 105:11
106:6 107:18,18
108:2,3,10 110:5
111:3,4,19 112:12
112:23 114:20,21
114:24 117:21,22
118:2,9,11 119:20
120:10,12,14,16
120:18 121:20,21
125:2,7 127:2,5,6
127:11,24 128:10
128:12,17,19,21
128:22,23,24
129:6,14,23
130:19 132:17,18
132:22 133:11,14
133:15 134:13,20
134:24,24 135:2,4
135:7,15 136:7,8
136:11,13,25
137:10,16,19
138:7,13 139:25
140:16 141:15,18
142:2,7,9,19,22
143:5,8,16,25
144:4,6 145:12
146:10,24,25
148:11 150:8,13
150:15,22,23,24
150:25 151:6,11
151:22,25 152:9
152:11,12,16
153:5,10,13,19,25
154:12,23 155:3,6
155:10,12,25
156:3 160:3 161:4
161:16,17,19
162:2,7,8,10,13
163:4 164:17
165:3
**knowledge** 26:24

88:18
**known** 129:2
**KSG** 81:2,5 99:23
100:3 102:19,23
109:16,22 114:25
115:7,17,21,21
116:18,23 122:4,7
123:12,15 126:9
126:14 139:4,8
144:16,19 150:5
160:15 168:7
**KSG@jet.IO** 78:21
**KSG@jet.IOcom...**
32:16
**KUNOFKSY** 59:8
**Kunofsky** 3:6 4:5,7
4:13,19 5:9,16,25
6:3,6 26:16,22
27:2,21,24 28:4,8
28:13,21,24 29:5
29:14,23 30:3,7
30:14,18 41:23
42:4,20,22 43:2,6
43:12,18 44:2,7
44:10,14 45:2,5
45:10 46:3,7,14
46:17,21 47:9
49:13,17,22,25
50:12,20 51:5,14
58:22 60:14,18
64:4 75:21 76:9
76:12 86:6 87:9
87:12 88:8 101:5
101:9,14,19 113:9
113:12,14 130:21
131:4,7,11,21
144:12 162:15
165:11,16 166:2,5
166:8,15,17,20

_____

**L**

**L** 4:2 78:25 88:4
**labeled** 156:2
**lack** 86:10 101:12
101:15
**ladies'** 47:6
**lady** 111:11 163:20

**lags** 7:5
**laid** 13:10
**landlines** 149:7
**landscaper** 149:20
**landscaping** 142:16
142:24 149:23
**Lane** 157:4
**laptop** 5:20
**largest** 138:12
**late** 59:24 60:3
**LAW** 3:9
**lawn** 81:15 122:17
**lawsuit** 55:18 56:4
**lawyer** 4:23,25
21:7 38:13 41:14
49:4 85:8,9,10
94:21 162:7,9
**lay** 6:9
**laying** 12:3
**layoffs** 13:6
**learn** 12:5,15
**learned** 138:3
**learning** 20:23
**leave** 21:16
**left** 17:9,23 20:16
22:13 24:20 25:2
25:8 35:18 90:9
93:9 103:15
111:15 124:8
129:9 141:5
164:23
**legal** 45:22 138:12
**legally** 72:23
**let's** 22:5 25:23
43:2,3 46:17
55:17 60:14,15
76:19,24 80:23,24
83:25 84:3 100:15
100:16 104:9
108:14 113:9
116:22 123:15
130:18 132:8,25
132:25 144:9,19
154:9 160:15
**letting** 26:11
**liabilities** 128:6
129:13,18 132:2

**liability** 128:13,20
141:18 162:21
**lie** 110:16
**life** 123:21,25 124:2
124:9,12 153:15
**line** 100:9 107:5
123:23 143:13
**lines** 23:7,12
**lining** 134:2
**list** 116:19,24 117:3
117:6 119:12
146:22 168:17
**listed** 103:4 139:22
**listen** 73:25
**litigation** 44:19
**little** 15:25 19:25
60:23 69:16 84:4
88:13 101:10
114:9 116:13
120:6 132:25
140:18 148:7
151:19
**live** 62:3 72:24
**lived** 61:4
**living** 65:12,13
**loan** 41:25 51:9
94:3 96:2 120:13
120:17 121:10
122:2 141:23
152:3,9
**loans** 141:14 146:2
152:2
**lock** 70:11
**locked** 70:8
**log** 76:22 78:25
95:15 119:18
161:20,21
**log-in** 18:4 135:15
135:21
**logged** 58:4
**long** 11:10 17:21
38:13 99:21
120:20 164:24
**long-term** 141:17
**longer** 47:10 64:20
**look** 16:14 26:2
75:24 76:5 77:7

80:24 100:3
102:23 103:3
116:22 122:7
124:20,22 131:25
132:8 138:11
144:9,19 160:15
**looked** 105:11,11
105:12
**looking** 44:14
75:22 78:23 79:5
115:9 129:13
135:23 144:6
160:9 163:21
**looks** 120:5 153:4,9
**loss** 139:5,10
160:21 168:23
**losses** 124:25
**lost** 23:9 30:21
105:15,18,25
**lot** 11:23 21:9 23:7
23:9 24:8 25:9
34:18 69:4,18
70:19 74:16 95:23
95:25 99:3 103:3
104:15,17 107:12
116:3 120:23,25
126:17 143:11
148:19 156:21
**lots** 101:23,24
159:4
**low** 117:4
**lower** 75:24 76:20
**LP** 18:14,19 19:4
38:21
**lucky** 12:4
**lumped** 118:18
**lunch** 84:3 87:10
87:13

**M**

**M** 3:7
**mail** 70:5,6,17,20
70:20,21,22,23,24
71:3,8,17,24 72:9
164:10,18
**main** 3:10 68:9
104:18 112:6

120:5 125:17
**maintain** 28:18
**maintenance** 36:19
**making** 37:16 46:6
74:13 95:21 97:4
**mall** 26:5 30:24
61:21,24 89:2,5
89:11,15 98:16
104:11 105:5
106:10 107:14,25
108:9 112:4
113:19 126:25
127:3 129:21
132:11 139:4,9,14
139:23 140:5
141:9 142:3,23
143:6,12,13,15,20
145:10 148:12
149:22 151:8,22
154:11,15,18,22
156:23 157:20
158:6 161:5,14
168:22
**Mall's** 104:10
125:3 143:16
160:21
**management** 89:14
106:10
**Manhattan** 13:8
19:8
**manual** 95:9
**manually** 95:7
119:19
**manufacturer** 10:7
**Marco** 14:14,15
**marked** 36:21
75:10 81:3 99:24
100:16 102:21
109:17 115:3,18
116:20 122:5
123:13 126:10
139:6 144:17
**marriage** 170:11
**married** 10:9 110:5
**matched** 143:22
**matter** 4:8 5:13
29:22 44:20

162:20,21 170:8
170:12,13
**Mazel** 11:14
**McGilvery** 163:2
**mean** 5:19 16:21
22:3,4 24:18
26:19 28:11,14
34:18 44:8 45:17
47:2,3,3 55:3,14
63:14 67:24 69:10
70:13 72:16 74:5
74:10 80:10 94:23
97:24 100:24
101:13 105:10
116:6 127:6
129:24 134:8
145:7 163:18
**meaning** 80:3
**means** 4:10,17
48:22 85:4
**meant** 98:11 99:12
**Media** 146:18
**medical** 84:6
138:19
**medications** 8:12
**meet** 72:13 93:10
**member** 159:22
**membership** 81:16
82:10
**memo** 123:23
**memories** 155:15
**memory** 8:13,18
**mention** 64:22
**mentioned** 24:4
63:14 107:20
**menu** 37:6
**message** 79:21
**met** 65:3 162:7
**meters** 112:6
**Miles** 152:24 153:3
**million** 128:13
133:13
**mind** 65:6 102:13
107:2 150:19
**mine** 90:14 124:11
**mingling** 73:9
**minimum** 24:9

**minute** 9:11 60:9
60:14
**minutes** 47:9
131:11,12
**Mirela** 110:10
**missed** 66:7 94:18
101:14 134:15
**mistake** 157:21
158:2
**mistakes** 11:23
156:15
**mitzvah** 11:13
**mode** 79:17
**mom** 54:17 65:19
**money** 22:21 23:11
24:21 37:14 59:20
73:11,19 111:24
116:3 117:5,21
120:8,13,16 121:2
121:3,9,24 126:17
128:3,7 132:11,23
134:25 137:2,3,15
137:15 142:6
147:10 148:13,14
150:9 151:7
153:24 155:8,11
**month** 23:11 24:11
25:8 33:8 36:24
37:11 99:19 111:5
111:6,8 117:10
118:24 120:2,8
124:17 146:20
164:16
**monthly** 119:24
**months** 65:22 66:2
68:20 112:17
138:9
**Moorestown** 3:11
**Morgan** 49:9 52:17
58:9 59:10 81:3,6
126:7 168:8
**morning** 4:6 9:18
**Morrison** 67:19,22
118:13
**mortgage** 142:17
142:23
**mother** 62:13

**moved** 12:5,8 13:7
13:11,13,15 14:2
15:17 18:23 19:7
19:8,15 40:14
44:15 62:4,5,5,7,8
67:3 134:25
147:15 154:21
**mute** 6:4 130:24

**N**

**N** 3:2 4:2,2 88:4,4
168:2 170:2
**name** 4:6 14:12,12
14:13 17:15,19
21:3,3 52:17
56:18 57:4,5,24
58:2 77:5,20 78:3
80:9 90:15 91:17
93:10 96:6 110:12
110:14,19 112:16
116:11,14 124:4
125:20 126:6
132:19 135:14
149:8 154:14
163:2
**named** 17:14
162:25
**names** 14:18
125:14 146:14
**National** 77:9
**Navesink** 53:8,11
60:23 62:3 76:17
81:18 159:22
**necessary** 34:20
50:9
**need** 6:15 8:7 21:20
27:22 30:5,11
34:7 43:9 47:11
47:14 57:18 59:19
80:16 91:12
117:10 136:17
147:8 148:9
161:23 166:10
**needed** 15:15 25:5
36:17 96:25 117:5
117:21 118:19
122:23 135:19

147:19,19 148:14
155:8 159:13
**needs** 5:19 29:5
**negative** 127:24
128:16,20
**Neither** 140:24
**net** 160:22
**never** 23:25 31:13
56:15,15 58:4
65:3 67:6 68:10
100:8 102:13
106:6 110:16
133:16,16 145:14
158:18 164:8
**new** 1:2 2:7 3:11
77:9 105:22
115:15 154:25
170:5
**NG** 77:6
**nice** 69:11,14
105:10,12,13
**night** 65:23
**Nina** 3:10 15:3,3
24:4 25:3 31:4
33:24 38:10 40:24
41:3 52:21 54:9
63:14 64:20 65:5
65:6 70:20 72:12
76:13,21 78:17
79:13,21,24 80:18
85:16 91:2,18
92:22 96:21 97:4
97:13 106:14,16
108:25 109:2
116:19,23 119:12
121:9 123:8,10
126:5,5 138:23,23
138:23 147:19
149:14 158:13,15
158:23 159:18
165:7 168:17
**Nina's** 77:2,3
**NJNATFAS** 77:4,5
**nodding** 6:21
**non-argumentati...**
27:6
**non-suggestive**

27:6
**nonresponsive** 38:8
**normal** 111:8
**normally** 67:7
124:16
**Norway** 62:5,7,9
65:13,14
**Notary** 2:7 4:3
167:16 169:25
170:5
**noted** 166:21
**notice** 66:4 67:2
**noticed** 32:21
**notices** 164:20
**NRR** 149:11,25
**number** 7:10 81:3
95:4 109:17 111:4
122:5,16 123:13
126:22 168:8,12
168:18,20
**numbers** 75:25
102:20 119:24
127:6 168:11
**NY** 10:21 18:11
48:17
**NY.com** 19:4

_____

**O**

**O** 4:2,2 88:4,4
170:2
**o'clock** 67:9
**oath** 47:21,25
60:20 88:10
113:16 131:23
144:14 167:6
**object** 57:7 86:9
100:24 101:4,12
**objection** 4:15
26:12 27:3,4 46:5
46:9 48:25 49:10
57:12 101:6,10
**objections** 166:9
**obligation** 28:18,21
29:9 51:7
**obtained** 4:10
**obviously** 37:10
**occasionally** 65:21

**occurred** 55:22
86:19 103:22
151:7,12 155:7
**offhand** 53:21
160:4
**office** 3:5 12:8 14:4
36:16,18 61:14,15
61:16 65:22 66:20
66:25 67:8,11,16
67:25 68:2 70:25
71:6 88:15 104:12
112:11,12 113:18
113:22 114:2,4,4
114:5,13,15,15
115:16 127:12
140:22,24 149:6,7
156:22 163:7,7
**officers** 48:23
**offices** 13:14
104:14
**oh** 9:14 17:18 32:22
39:7 41:7 48:5
56:6 64:2 115:13
136:7
**okay** 4:19,25 5:8,18
7:3,20,23 8:2,12
8:16,20 9:4,7,10
9:15,20,22 10:4
10:11,20 11:3,6
12:13,15 13:5,24
14:6,16,25 15:2,7
15:17 16:8,16,21
17:4,7,17,20,24
18:8,19 19:12,15
20:15,21,25 21:8
21:11,15,18,21,25
22:11,15,21 23:3
23:13,16,24 24:2
24:5,17 25:19,19
25:21,23 27:24
29:14,14 30:7
31:5,11,14,17
32:7,10,13 33:2,5
33:16,25 34:17,22
35:7,12 36:7,15
36:23 37:16 38:2
38:7,11 39:9,14

39:21,25 40:12,18
41:16 42:20 43:6
44:7 45:10 46:23
47:20 48:3,8,13
48:15,16,20,22
49:8,22 50:20
51:5,14,25 52:6
52:15,22 53:5,14
53:17,22 54:4,8
54:10 55:5,7,10
55:13,17,24 56:5
56:11,22 57:3,11
57:23 58:5,8,25
59:4,13,17,19,23
60:5,9,10,16,23
61:2,4,6,8,11,15
61:17 62:2,6,19
62:22,25 63:13,16
63:19 64:14,17
65:2,4,9,15,15,18
65:21 66:2,13,16
66:22,24 67:24
68:4,13,17,23
69:2,6,13,15,22
69:25 70:3,15
71:2,11,16 72:5,8
72:15,20,22 73:3
73:17,21 74:7,8
75:3,6,21 76:3,10
76:12,19 77:4,13
77:16,18,20 78:7
78:19 79:4,10,13
79:17,20,23 80:2
80:6,15,22 81:10
81:14,24 82:4,9
82:15,25 83:8,13
83:20,22,23 84:3
84:10,13,16 85:8
85:16,23 87:3,8
87:12 88:12,17,19
88:25 89:9,13,25
90:16,18,21,24
91:3,6,9,19,24
92:2,4,20,24 93:4
93:6,12,15,21
94:7,12 95:2,5,11
95:23 96:8,12,17

97:8,11,17 98:3,9
98:14,18,21,24
99:3,12,20 100:2
100:9,13 101:19
102:2,6,11,16,23
102:25 103:12
104:3,8,13,22
105:20,24 106:4,7
106:12,15,20,23
107:2,4,6,11,12
107:17,24 108:3,8
108:16,18 109:3,9
110:3,6,18,25
111:13,20 112:3,5
112:6,14 113:2,9
113:11,18,21,23
114:3,7,11,14,18
114:21 115:5,14
115:20,20 116:6
116:16 117:2,7,11
117:16,18,23,25
118:12,23 119:5
119:11,16 120:4,7
120:11,20 121:5,7
121:16 122:7,12
122:14,15,20,25
123:5,8,8,15
124:2,6,19 125:6
125:8,16,20,22
126:12,15 127:4,7
127:13,16,23
128:5,12,15,19,22
128:22,24 129:10
129:12,20 130:4
130:11,21,22
131:7,10,16 132:8
132:14,20,25
133:2,18,24
134:12,23 135:3,8
135:16,22 136:5
136:12,14,16
137:2,5,6,11,17
137:18,20,23
138:2,6,11,15,19
139:2,8,13,16,22
140:9,12,16,20,23
141:3,7,12,14

142:18,22 143:9
143:19,24 144:3,7
145:14,23 146:13
146:17 147:7,9,11
147:15 148:5,15
148:18,23,25
149:4,16,19,25
150:4,12,14,23
151:4,11,14
152:11,13,17,22
153:2,7,18 154:3
154:9,16,19,22,25
155:4,9,13,17,18
155:23 156:5,9,12
156:15,19,24
157:3,7,9,16
158:8,15,24
159:17 160:5,8,24
161:11 162:2,10
162:14,23 163:12
163:16 165:8,14
166:15
**old** 22:19,20,22
72:17
**older** 69:20
**Omnibox** 99:4
136:3,3
**Omnisat** 99:23
100:6 168:9
**Omniverse** 99:5
103:20
**once** 9:18 55:11
61:7,8 68:24
120:15 162:8
**one-way** 74:12
**ones** 146:8 155:4
156:17,17
**online** 118:5 161:16
**open** 42:12 57:5,13
164:12 165:7
166:11
**opened** 134:10,16
137:13
**operated** 98:15
**operating** 24:21
31:21 32:4,11
105:7 121:3

**operations** 42:3
104:10
**opportunity** 45:8
**opposite** 132:10
**Optimum** 146:25
**order** 27:25 28:5
29:6 50:8 137:2,3
142:10
**organize** 84:2
**original** 62:18
63:20
**originally** 31:3
33:13 37:22
125:15 139:17
**outcome** 170:13
**outside** 11:20 22:8
93:23 114:2
164:18
**overcharging**
11:24
**overheard** 63:8
**overlapping** 42:6
42:10 58:19
**owed** 128:7,9
**owes** 29:8 143:15
**owned** 11:3 25:14
39:15,17,24 40:2
49:5
**owner** 49:7 161:24
161:24
**owners** 48:23
**owns** 25:15,16 39:9
39:11 84:6

**P**

**P** 3:2,2
**P&L** 135:23 138:16
142:13
**P&L's** 139:9
**P.C** 3:9
**p.m** 87:13 88:3
166:21
**Pachava** 51:16,20
51:22 52:15,20
53:20,23 61:3
73:7 75:5,11
83:17,25 85:14

119:5,13,15 120:8
120:13 121:4
122:23 125:11
149:11,12,13
156:5,7 157:22
158:4,19 159:16
159:19
**page** 75:9,12,25
76:13,19 100:15
100:20 103:2,4
115:10,11,22
122:10 128:6
129:12 130:17
132:8 133:2 135:9
135:23 144:20
148:25 150:4
155:10,18,18
156:9,10 157:9
159:21 160:9,15
168:3,7
**PAGE/LINE** 169:6
**pages** 103:3 122:11
**paid** 15:11 37:15
53:11,15,17 54:3
59:18 82:2,7,10
83:13 86:24 91:13
96:25 107:24
111:11 121:21
122:23 125:25
127:2 133:7
134:25 137:19
138:17 140:2,5,7
140:25 142:8
144:25 149:15
151:7 156:20
157:4,6,8,16
158:13,17,18,18
160:6
**papers** 164:2 165:6
**parent** 85:5
**parents'** 82:23
**parking** 104:15,17
120:23,24
**part** 8:7 75:7,10
94:20 101:15
113:3 154:20
**parties** 170:11

**party** 27:18 43:5
45:15 100:25
**pass** 116:2
**passed** 81:20 158:9
**passing** 108:16
**password** 57:24
58:3 76:22 78:9
78:11,13,15 80:4
146:13
**patent** 84:8
**patient** 7:6
**pay** 24:22 34:6 37:5
37:7,13,19,19,19
52:23 53:23 54:8
73:12,17,18,20
74:7,17 75:4 79:2
80:20 86:7 89:18
89:23 91:8 96:24
112:2 114:14
116:3,5 117:10
118:4,12,12,19,21
126:4 130:8
132:12 136:24,25
137:2 138:24
147:21 149:7,14
158:11 159:13
160:2
**payable** 10:15
118:16
**payables** 129:18
**paying** 10:15 12:10
16:9,25 23:11
33:7 34:21 37:11
60:3 73:4 109:4
111:15 116:15
119:11 122:17
132:5 142:23
143:5,6 148:12
149:2 150:9
153:23 157:11
**payment** 81:10
121:12,14 123:9
127:2 153:9
**payments** 53:24
54:5 74:17,17
83:5 103:21
109:10,12 153:10

159:4
**payroll** 58:9 59:17
59:20 60:3 152:14
153:13 155:2
**pays** 111:7,9,10,10
**pdf** 124:24 135:24
**peek** 115:5
**penalties** 34:24
**penalty** 24:22,25
**pending** 166:8
**people** 12:4,14 13:3
13:11,12,23,25
14:7,8 48:4 68:9
72:2,11 80:23
103:4 116:3 137:6
152:15
**percentage** 112:9
**perfect** 94:18
156:18
**period** 66:25
161:12
**periodically** 163:2
**permission** 42:16
**person** 59:6,6 74:5
164:6
**personal** 26:23
**persons** 29:8
**pet** 78:3
**Petcu** 109:2 111:7,9
**Petcu's** 110:4,19
112:16
**Peter** 17:18,18
20:16 35:18 64:23
64:23,25 65:3
84:21 146:15
**phone** 5:22,24,24
7:12 9:13,19 34:8
34:19 44:9 97:2,2
123:7 149:4,5,5
**phones** 149:6
**pick** 70:5 71:9 72:8
164:10,17
**picked** 71:7
**pickup** 149:17
**picture** 106:17
**pieces** 88:16
**place** 127:9,12

130:7 152:19 156:11
**Plains** 12:7,23 17:5 20:14
**Plaintiff** 1:5
**playing** 114:3
**please** 5:16 6:11 7:8,11 29:16,19 29:23 30:3,18,20 57:18 60:11 103:4 148:8
**PNC** 42:2,3
**podiatrist** 107:21
**point** 22:24 24:15 34:15 39:14 44:22 48:11 74:13,14 84:3 92:9,11 107:9 121:18,21 152:11 154:6 156:6 158:8,9 159:18
**pointed** 136:9
**pointing** 104:22
**pool** 69:22
**pop** 102:23 131:17
**popped** 32:19
**possibility** 129:5 156:8
**possible** 123:10 130:5
**possibly** 44:12 85:7
**Post** 3:5
**posting** 126:25
**predetermined** 43:23
**prepare** 9:4,8
**present** 3:13 4:21 4:23,25
**Presumably** 143:4
**pretended** 80:9
**pretty** 21:19 40:21 74:20 121:8,13
**previous** 163:6
**previously** 4:10 48:16 88:4 159:7
**printed** 117:11
**printer** 37:8

**printout** 75:19,20 135:24
**printouts** 124:20
**prior** 75:11
**Priority** 153:8
**private** 40:3
**privilege** 27:3 28:25 29:24 30:4 30:6,12,13 49:14 49:18,20 50:2,13
**privileges** 29:3
**probably** 55:15,25 63:8 78:13 79:8 79:22 108:15,17 132:16,19 134:21 154:20 155:8 158:13
**problem** 77:13 161:18
**proceed** 47:15
**proceeded** 163:25
**proceeding** 44:25
**proceedings** 170:7 170:9
**process** 86:16
**produced** 75:8
**production** 115:10
**profit** 124:25 139:5 139:9 160:21 168:23
**profits** 160:22 161:5
**program** 117:14
**promised** 147:16
**pronouncing** 90:12
**property** 72:9 76:17 88:16 157:2 157:3,4
**protective** 27:25 28:5 29:6 50:8
**prove** 125:19
**proverbial** 37:17
**providing** 22:22 119:2
**public** 2:7 4:3 40:4 40:5 167:16 169:25 170:5

**publicly** 39:18,23 49:5
**pull** 100:2 159:14
**pull-down** 37:6
**purpose** 26:25 86:3 166:12
**put** 18:5 26:6 36:23 37:8 50:5 59:19 70:5 71:25 89:19 92:3 93:10 95:14 99:6 100:3 115:7 115:8 121:3 130:5 132:6,16 133:16 133:20 136:2,20 137:20 139:25 142:10 145:11 146:2 151:10 152:3,8,9 156:11 161:6
**putting** 16:25 35:4 128:3

**Q**
**quarter** 155:2
**quash** 43:10 44:15 44:17 45:9
**question** 6:11,12,17 6:18 21:15 26:18 27:5,15 29:16,17 29:19,22 30:19,21 46:8 48:4,7 52:9 56:3 57:11 58:18 63:20 64:5 73:23 92:8 134:4
**questioning** 86:5
**questions** 8:2,6,23 16:24 27:13,17 38:9 43:15 46:4 48:23 51:2 74:11 126:12 162:16 165:13,17
**quick** 80:25,25 115:5
**QuickBook** 25:24 31:8 32:14 35:2
**QuickBooks** 17:2,8 18:2 20:23 22:13

26:4 31:6,11,15 33:8 35:4,15,17 35:20,25 36:24 92:14 93:20,23 95:3,6,22,23 99:4 114:19 117:12 118:4,4 121:25 124:21 125:4 129:8 134:18 135:6,9,13 144:17 144:23,25 145:5,8 146:4,7,11 160:8 168:24
**QuickBooks-Zar...** 33:9
**quickly** 156:16
**Quinn** 14:10
**quit** 17:10
**quite** 39:19
**Quraishi** 43:21 44:3

**R**
**R** 3:2 4:2 88:4 170:2
**raise** 27:2,4
**ran** 16:11 121:2 148:13
**Rankin** 162:3
**rate** 60:8
**re-ask** 29:16
**reach** 29:7 108:22
**reached** 107:6
**read** 30:22 46:20 162:2 167:5
**ready** 83:20 160:18
**real** 86:22 87:3,4 156:20 158:25 159:2,5
**realize** 48:5
**realized** 23:10
**really** 12:12 13:9 15:10 21:24 25:3 52:19 53:21 54:15 54:16,20 55:2,9 60:12 62:14 65:24 80:24 84:19 86:15

93:8 95:21 97:25 107:3 110:15 126:23 130:10 133:16 164:5
**reason** 8:9 44:16 72:10 78:24 112:10 119:18 125:17 169:6
**rec** 138:4
**receivable** 127:24
**receivables** 127:21
**received** 7:18 52:16 99:3,14 124:23
**recess** 46:19 60:17 87:13 113:13 131:20 144:11 165:15
**recognize** 95:18
**reconcile** 95:3 137:24
**reconciled** 143:22
**reconnecting** 131:6
**reconnects** 131:18
**record** 5:10 6:24 7:11 8:8 15:5 20:2 30:22 46:20 47:13,19 50:6 56:9 58:20 93:24 105:3 130:9 166:6 167:8,9 170:9
**recorded** 136:15 137:21 151:5
**records** 36:5 93:17 93:18 94:9 122:2 122:13
**recs** 94:11,17,22 137:14
**reference** 41:19
**references** 107:13
**reflecting** 114:25 144:16 168:14,24
**refused** 164:13
**regards** 30:23
**regular** 104:20
**rehabilitation** 10:13
**reimbursing**

148:20
reinspected 115:25
related 73:4 85:25
  86:22 125:9,9
  142:14 170:10
relating 43:15 53:7
relationship 41:21
  50:19 88:19
remember 13:9,15
  14:12,13,17 18:17
  25:22 53:21 55:12
  62:10,10,15 65:20
  71:20 82:5,22
  84:24 85:4 116:11
  117:20,24 120:14
  121:19 127:10
  132:21 135:2
  152:19 153:16,20
  153:22 158:4
remembered 94:15
Remote 1:11 2:5
remotely 4:11
rent 26:4 30:23
  107:24 108:4,7,12
  109:4 110:10,14
  110:25 111:4,25
  112:21 113:4,6,7
  114:14 139:14
  154:20
repaid 120:17
  121:10,18
repair 36:18,19
repay 120:21
Repeat 52:8
rephrase 57:11
  111:23
replies 33:21,22
report 15:15
reported 1:23
  15:13 151:21
  170:7
reporter 2:6 6:21
  6:23 47:18 52:8
  123:3 130:23
  131:3 165:21,24
  166:7 170:4
reports 35:7 36:2

represent 4:7 50:18
  151:23,24
representations
  27:17
represented 4:12
represents 126:22
reread 30:19
residence 114:16
resolved 44:4 86:25
respect 42:12 54:24
response 72:7
responsibility
  45:18,20,22,23,25
  46:11
responsible 112:3
rest 69:2
result 45:16
retired 111:11
revenue 136:2,4
reverb 6:4
review 9:20
rid 24:19 70:6
  146:21 147:8
right 7:24 8:5
  10:16 11:15 13:17
  15:6 16:24 17:2
  17:12 18:15 20:17
  22:7 23:2 28:7
  29:23 30:14,23
  32:4 34:10 36:11
  38:14,17,22 43:21
  46:14,18,22,25
  47:7,12 54:14,14
  61:20 65:11 70:23
  74:16 75:7 76:10
  76:24,25 77:8,25
  78:15,21,22 80:12
  80:23 81:5 83:5,7
  86:14 88:10 89:6
  90:13 92:9 94:9
  102:17 109:19
  110:24 111:17
  113:16 118:2
  122:15 123:15
  124:19 126:16
  127:20 130:17
  131:6 132:8 134:2

135:20,22 136:19
  136:23 139:24
  140:2 144:9,14,20
  145:4 147:6 150:4
  151:19 152:6,13
  154:9 155:21,22
  156:7 157:19
  159:2,6,9,11
  160:14,20 162:14
  165:21,24 166:16
right-hand 75:25
  76:20 110:6 116:7
  118:3
ringing 150:20
  151:3
Rite 51:2,3
River 76:17
Road 23:20 76:17
  100:10
Roberts 157:10
role 11:16 40:12,18
  40:25 41:8 42:11
  64:8 84:13 85:17
  89:10,17 90:2,19
  91:15 93:6,8
  98:24 104:3
roles 42:7,11
Rolling 156:16
room 5:14 7:21,21
  47:6 114:9
roughly 83:13
routinely 37:11
rule 26:20 44:14
rules 6:10 30:9,11
  50:3
run 7:4 35:6
running 24:21
runs 59:21
_____
          S
S 3:2 168:6
safe 155:14
salon 104:19,23
  105:22 107:21
  108:20 111:10
sat 164:25
saw 55:2 67:6 96:5

128:6 132:18
  136:11,11 151:9
  152:7
saying 43:23 47:15
  89:2,20 94:7
says 33:8,9 37:5
  77:24 100:9 110:7
  115:15 121:17
  123:23 130:24
  132:14 133:11,12
  145:5,19,20 147:4
  148:20 154:17
  155:2,19 156:12
  156:21 159:22
  163:23
scan 82:13
scared 163:8
school 9:24 10:2
  54:23 73:2
scope 26:12 28:12
  30:11 42:14
screen 76:5,6 77:7
  100:3 125:19
  131:5 136:9
screens 143:10
scrolling 146:22
se 93:8
second 16:22 58:17
  77:8 80:6 99:17
  109:19 114:6,8
  143:11 150:16,18
  155:17 160:12,15
  166:3
Secondly 144:4
secure 72:9
Security 157:11
see 54:15 60:2 68:4
  68:5,19 75:15,22
  76:5 92:8 95:23
  97:23 98:4 100:16
  107:9 115:20
  123:19 130:11
  133:4,24 135:14
  142:14 143:4,13
  145:19 146:23,24
  147:8 149:25
  150:5 154:9

seek 50:7
seen 78:11 100:8
  101:23 102:4,9
  107:12
segregated 42:8
selection 146:23
semiretired 105:16
send 35:7,10 71:2
  76:13 81:22 82:16
  82:18 117:2 126:4
  126:5
sending 71:20
senior 22:18 23:3
  23:14,18 100:12
  118:25 119:2
  127:15,18 136:14
sense 16:19 25:6,9
  25:12 28:11 30:10
  69:18 84:17
  116:22
sent 7:17 33:21
  35:9,11 55:15
  78:24 79:6 81:7
  82:23 103:21,23
  116:23 117:8
  119:12 124:23
  135:24
sentence 80:15
separate 18:12
  44:21 92:11 98:6
  98:15 104:19
  134:5,11,17
  137:12 139:10
  141:8,10,11
September 141:6
seriously 163:18
serve 50:10,14
served 164:3 165:3
  165:4,5
service 54:22 55:8
  99:7 135:25 136:4
Session 88:2
set 53:25 74:22,24
  74:24 89:7 92:16
  93:7 112:5 125:18
  134:16 137:12
  170:14

**setting** 27:14 53:5
**sewer** 112:17 128:7
  128:8,10
**Shafto** 23:20,21
  100:10
**Shant** 1:7 4:9 14:22
  14:23,24,25 15:23
  15:25 31:3 33:13
  34:2 37:22 38:5,7
  39:18,21 53:6
  54:6,11,15 55:8
  55:20 56:5,19
  57:12 58:6 59:12
  61:7,8 63:6,9
  64:18,22 65:4,7
  65:12,16,21 66:17
  66:25 67:10 68:15
  69:3 70:17 71:7
  71:17,20 72:2
  73:3,21 74:7 75:3
  78:2,5,16 79:9,21
  80:16,17 81:25
  82:20 83:11 86:21
  91:5,7 93:14
  97:15,20 98:8,24
  99:11 100:18,20
  106:13,18 107:7
  108:23 110:10,16
  113:18 114:12,14
  114:21 123:8
  124:12 128:24
  129:2 133:23
  136:2 147:18
  163:20,24 165:6
  169:2
**Shant's** 14:23
  40:12 68:4 70:23
  71:2 81:16 82:9
  84:13 91:15 93:6
  101:20 102:14
  104:3 110:23
  114:4 124:4,10
  138:20 162:6,21
**Shantus** 77:24
**share** 7:17 35:2,21
  160:17
**shareholder** 128:16

128:17 156:13
**she'll** 5:24 112:17
**sheet** 124:25 126:9
  126:14 133:3
  143:14,16 168:21
  169:1
**sheets** 132:3 139:5
  139:9 168:22
**shit** 17:14
**Shop** 51:2,3
**short** 92:7 113:2,10
  131:8
**shortchanged**
  124:15
**Shorthand** 2:6
  170:4
**show** 75:6,9 109:21
  121:24 126:13
  136:10 155:14
**showed** 22:12
**shower** 114:11
**showing** 81:5
  143:15
**shown** 32:13
  114:18
**shows** 133:3 155:18
  156:10 157:11
  160:22
**shut** 19:2,4 22:6
  23:12
**shutting** 24:3
**sick** 54:15
**side** 52:25 53:3
  104:23,24 118:3
  165:19
**sign** 54:24 56:12
  93:13 101:23
  102:4 140:6
**signature** 96:17
  100:18,21 101:21
  101:25 102:3,14
  103:17
**signed** 52:21 102:9
  167:13
**signing** 100:20
**silly** 48:3,10
**single** 51:9

**sir** 102:15 113:17
**sit** 164:18,23
**sitting** 46:12
**six** 13:25 14:7
  54:19 118:3
**sleep** 66:25
**slept** 61:14 65:22
**small** 69:11 120:6
  148:10
**software** 12:23
**sold** 14:2
**somebody** 45:8
  48:11 63:7 83:11
  97:12 105:16
**son** 10:9 70:14,15
  72:14
**son's** 69:20 138:5
**sorry** 9:14 10:23
  14:18 16:24 19:21
  20:3 21:15 23:23
  36:14 41:6 52:9
  55:3 56:10,23
  58:21 60:5 64:2,3
  64:7 73:22 74:10
  77:23 86:13,15
  101:3,5 104:25,25
  111:23 114:3
  117:24 122:9
  129:18 139:2
  141:17 149:13,21
**sort** 15:12 153:21
**sound** 73:23 83:6
**sounded** 74:10
**space** 108:12
  113:18 114:15
**SPDE** 130:12
  145:20
**speak** 9:7,17
**specific** 166:11
**specificity** 86:4
**Speedus** 10:17,19
  11:7,17 12:20,22
  18:6,11,11,18,19
  19:4,18 20:4 22:3
  22:6,8 38:18,18
  38:23 39:9,11,15
  39:17 41:6,8,12

41:14,16,21,23
  44:22 45:3,20
  48:17,17 49:8
  51:20 52:2,12,18
  53:2,6 58:8 78:2,2
  85:2,23 86:17
  95:12 108:6
  123:23 124:3
  130:3,3,9,12,15
  145:6,8,10,15
  146:7,11 147:23
  149:2,8
**Speedus's** 42:17
  51:16 130:8 149:3
  160:11
**SpeedusNY.com**
  38:21
**spit** 37:8
**split** 92:11 93:17
  145:6
**spoke** 9:13,13,16
  110:16
**spoken** 33:17
**spreadsheet** 157:10
**Sprint** 149:2,3
**stairs** 163:8 164:4
**Stanley** 49:9 52:17
  81:3,6 126:7
  168:8
**Staples** 22:3 36:16
**start** 12:21 20:22
  66:9 76:24 97:4
  141:7
**started** 4:13 12:3
  22:12,17 55:23
  63:17 91:17 97:6
  99:22 164:10
**starting** 11:16
  137:13
**starts** 75:9
**state** 2:7 7:11 29:24
  30:6 116:5 154:25
  170:5
**statement** 132:19
  151:10 152:7
  160:21
**statements** 94:25

95:7 121:23 139:5
  139:10 168:23
**States** 1:2,4 4:8,8
  6:8 46:10 55:20
  169:2
**stating** 30:4
**stay** 12:5 17:21
  119:21
**stayed** 10:8,12
  61:13
**stays** 35:5 71:4
  125:21
**steps** 66:8
**Steve** 13:22 14:10
  15:12,22
**stood** 163:19
**stop** 32:4 43:2,19
  46:10 64:12 97:19
**stopped** 31:20
  32:11 33:20 40:5
  40:6 54:7,11
  55:14 56:5 98:10
  140:11 143:5,6
**stopping** 84:3
**storage** 127:9,11,16
  152:18
**Store** 127:7,8
  152:20 155:10,11
  155:15
**straight** 112:25
  137:3
**streamline** 148:18
**street** 3:10 13:14,18
  19:13,14 74:12
  127:10
**stuff** 15:15 16:9,25
  17:16 18:22 21:9
  34:19 35:3 36:23
  55:4 82:16 94:22
  95:6 97:3,7
  101:23,24 102:5,8
  125:8 130:6
**subpoena** 26:14
  28:12 30:16 42:19
  43:10,13 51:13
**subpoenas** 43:24
  44:21

**subscribed** 167:13
 169:22
**subscription** 136:5
**subscriptions**
 159:23
**substances** 8:21
**sued** 55:20
**suggesting** 27:11
**suit** 36:6,19 158:20
**suite** 107:16
**suited** 8:10
**Suites** 107:13
**summer** 163:11
**supplied** 23:17
**supplies** 36:17
**supposed** 68:16
 74:9 92:18 103:14
 112:10 119:14,20
 126:3,3,4 140:4
 144:2 151:22,23
**supposedly** 76:22
**sure** 6:20 7:15 8:7
 15:5 20:2 21:19
 21:24 38:11,14
 39:19 42:22 47:11
 54:10 56:9 70:7,7
 72:9 74:20 76:7
 87:11 90:4 94:18
 95:21 116:13
 121:8,13 134:2
 143:21 165:13
 166:7
**survived** 139:3
**swear** 67:3
**switch** 17:7 84:2
 88:12
**switched** 109:14
**switching** 16:23,23
**sworn** 4:3 88:5
 169:22
**system** 12:6 157:12
 157:14
**systems** 34:19

—————— T ——————
**T** 168:6 170:2,2
**take** 4:11 6:16,18

 34:25 45:17,18
 46:11,17 47:12
 56:18 60:9,10,14
 60:15 64:20 83:21
 83:22,25 91:9
 94:24 95:7 103:14
 110:20 112:17
 113:9 111:5
 120:21 124:7
 129:8 131:7
 150:16,18 160:12
**taken** 2:5 8:20
 46:19 60:17
 113:13 122:11
 131:20 144:11
 145:25 165:15
 167:5
**takes** 112:20
**talk** 24:2 25:23
 33:23 34:4 37:21
 40:20 55:3,6
 60:22,24 63:9
 91:7 104:9
**talked** 16:24 54:20
 84:5 104:8 135:25
 148:15 152:15
 155:20 158:24
 159:7 162:11
**talking** 34:2 44:9
 54:7,11 56:19
 61:17 64:18 66:17
 74:18 76:16 81:17
 83:5,24 86:21
 89:22 104:10
**taped** 164:20
**task** 90:5
**tax** 3:4 157:2 162:8
 162:21
**taxes** 84:25 86:22
 87:4,5 155:2
 156:20 157:4
 158:25 159:2,5
**TCB** 20:9
**TD** 115:17,22
 133:19 134:16
 137:4 168:15
**tear** 147:20

**techie** 14:14
**technical** 7:6,9
**technically** 24:18
 74:3
**technician** 67:15,17
**techs** 11:21
**Telegram** 78:24
 79:6,11,13,15
**telephone** 36:9,10
 37:19 44:13 107:5
 142:16,24
**tell** 9:22 11:16 21:4
 33:14 57:12 59:19
 63:6,10 65:4 69:9
 83:20 92:24 96:2
 99:5 102:8 105:6
 106:7 107:14
 121:9,14 125:8
 134:20 156:16
 160:5,17
**telling** 7:14 45:12
 158:11
**temp** 13:14
**temporarily** 17:14
**ten** 105:6 150:6
**tenant** 105:18,23
 142:10 163:6
**tenants** 105:14
 107:22 108:8,11
 108:19,22 110:14
 112:3 139:22
**tendency** 60:7
**Terminal** 19:9,10
 19:11
**terms** 121:12,14
**testified** 4:4 88:5
**testify** 8:10,14 9:2
 26:23 28:15,22
 29:10,11 42:2
**testimony** 26:13,14
 45:4,7 167:5,8
**text** 33:21 78:24
 79:6,18,21
**texts** 79:24
**TFS** 127:13,13
**Thank** 5:25 51:14
 58:22 59:8 61:20

 76:11 103:20
 127:20 165:20,22
 165:23 166:17,19
 166:20
**Thanks** 60:16
 113:12 131:19
**thing** 12:23 18:11
 29:3 46:25 48:6
 61:22 84:8 90:3
 92:10,15 98:6
 105:16 112:13
 129:25 130:14
 137:7 139:12,13
 142:3 145:16
 152:8
**things** 24:9 36:20
 48:9,10 67:3
 92:12 98:7 134:2
 153:15
**think** 12:7,25 13:8
 13:14 14:12 15:19
 18:14,16 25:20
 26:13 27:10 40:2
 41:9 45:18 46:7
 53:15,16,19 54:18
 59:12 62:23 63:17
 73:6 74:20 77:9
 77:25 78:3,8,9
 80:17 85:18,19
 88:16 91:21
 103:10 107:15
 109:2 114:17
 116:10 117:8
 120:12,22 121:3,6
 121:19 124:4,11
 124:17 127:14,22
 130:23 131:12,14
 132:13 133:20
 135:17 137:12
 141:5 146:12
 147:18 148:9
 150:16 154:7,13
 156:4 158:3
 160:11 162:6,25
 163:13 166:2
**third** 27:18 43:5
 45:15 115:14

 154:25
**third-party** 30:15
 46:15
**thought** 84:23
 106:25 150:21
 155:23 164:11
**thousand** 37:18
 129:15
**threatened** 163:18
 164:5
**three** 13:22 33:18
 54:12,13,21 66:6
 66:9,12,16,24
 112:17 122:11
 153:10,15 154:10
**throw** 96:10 163:25
**Thursday** 1:13
**tie** 51:8
**tied** 143:21
**time** 11:11,17 34:12
 44:13 48:11 62:23
 64:10,17 65:23,23
 66:2 67:7 69:2,4
 71:7,16 73:11
 99:14 105:14
 106:15 116:2
 120:13 123:2
 131:10 161:6,12
 161:21 163:10
 166:21
**times** 53:19 66:6
 111:8 143:11
**Tinton** 23:4,19,24
 40:16 100:11
 127:14
**tired** 72:6
**title** 12:12
**titles** 84:22
**today** 6:24 8:3,10
 8:23 162:12
**today's** 4:9
**told** 20:22 26:5,9
 29:25 30:25 33:11
 33:12 53:23 57:9
 80:20 82:9,18
 92:19,22 94:13
 99:6 122:20

123:10 124:7
130:2 136:2
138:23 144:5
148:14 159:25
**tolls** 147:21
**Tom** 13:22 14:9
15:12,14,23 17:9
17:15
**tooth** 138:21
**top** 111:3
**topic** 84:4
**totally** 42:9 105:4
**touched** 31:13
**tov** 11:14
**Township** 156:19
**trace** 63:4
**track** 120:19
134:20 145:18
**traded** 39:19
**train** 30:21
**training** 16:18
144:5
**transaction** 51:8,10
53:2,3 96:22
**transcript** 167:5,7
170:8
**transfer** 86:2,3,5
86:18 93:21 94:8
94:14 95:11,20,20
95:25 96:5,10,13
121:24 151:12
154:17 155:19
**transferred** 41:24
85:13,23 86:17
155:11 161:9
**transferring**
129:14
**transfers** 51:15,19
52:2,13 53:6 58:5
93:16,18,19 99:4
121:25 146:2
150:10 154:10
155:5,7 158:25
**translating** 94:21
**transmission** 6:13
**trash** 37:20
**travel** 147:11

148:20
**traveling** 61:10,11
69:3,5 118:9
147:14
**Treasury** 162:20
**treated** 134:6
**Trial** 3:4
**Tribeca** 13:16
19:10
**tried** 54:6 161:20
161:20,22
**trigger** 155:15
**trimmings** 10:7
**trouble** 27:16 90:15
125:19
**true** 161:11 167:7,9
170:9
**trust** 25:16,18 39:7
39:8 41:5,19,24
51:16,17 52:16
60:25 61:2,3
62:17,20 63:2,6
63:11 64:8 82:2,7
82:10 83:25 86:2
86:3,8 88:13,14
89:8 90:2,25
91:10,11,15,17,19
92:16,18 97:20,25
110:25 121:2
125:9,11,15 126:2
133:8 134:3,17
137:13 138:4,4
140:8 142:9
144:22 155:24
156:2,4,6,7
158:19 159:19
161:3,3
**trusted** 57:20
**trustee** 41:4 62:18
63:20,23 64:10,12
64:20,23 132:15
132:23 155:18,19
155:20 156:6,15
158:16 159:18
**trusts** 25:17 28:7
51:21 117:19
**try** 7:8 55:17 95:18

97:15 116:4,13
135:18 137:14
**trying** 15:3 24:8
27:14 32:18 55:15
125:19 134:19
**turn** 161:9
**turned** 68:25 164:4
**turning** 5:4
**turns** 24:22
**TV** 23:17 36:12
118:23 146:19
**twice** 55:12
**two** 10:12 17:22
25:17 28:7 31:22
37:24 48:24 70:17
92:11 97:6 98:5,6
103:4 119:24
131:11,12 133:10
137:21 138:9
141:8 142:12
143:10 152:18
164:24
**two-minute** 60:15
113:10 165:11
**typed** 117:13
**typo** 77:11

_____
**U**
_____
**U.S** 3:4 65:12
**ultimately** 86:7
**Um-hum** 130:13
133:6
**um-hum's** 6:22
**umbrella** 85:3
160:11
**Un-un** 96:16
**un-un's** 6:22
**undeposited** 137:8
137:21
**underlying** 51:11
**underneath** 136:6
**understand** 6:11,21
6:24 7:18 27:15
28:19 44:12,17
47:21,24 53:9
60:19 88:9 89:21
112:24 113:15

131:22 144:13
**understanding**
41:20 65:10 91:14
91:16
**Union** 102:17 115:2
115:11 168:14
**United** 1:2,4 4:7,8
6:8 46:10 55:20
169:2
**unlocked** 70:10
**Unum** 123:21,21
124:14 130:2
153:15
**upset** 60:7 164:23
**upstairs** 70:7
163:17
**USAPROD** 109:17
110:7 168:13
**use** 26:3 32:24
79:15 92:17,18
96:20 113:20
**user** 57:23 58:2
76:22 77:4,20
135:14 146:14
**uses** 78:16
**usually** 67:16
106:22
**utilities** 76:23
112:4 113:3,7
119:14
**utility** 75:4

_____
**V**
_____
**v** 1:24 2:6 4:3
149:10 169:2
170:4,18
**vacate** 14:3
**Vahak** 14:23 21:6
22:17 25:15,19
38:6 70:9,12
72:14,17,23 80:10
98:20 106:9
108:14 109:8
147:18 151:15
153:4 154:10,13
158:6,9
**Vahak's** 38:4 105:7

106:16 108:16
114:4,13
**venture** 99:23
100:6 168:9
**verifying** 53:6
**Verizon** 23:6 36:9
74:19 115:12
118:17
**versions** 124:24
**versus** 4:8 156:17
**video** 6:13 59:5,7
**videotaping** 105:2
**view** 22:11,15,21
25:14 26:3,7
31:10 34:16 35:2
38:15 39:8 52:12
74:14 88:20,23
89:21 90:7 92:14
97:25 115:13
125:2,10,24
129:14 132:2,12
133:2 135:9,12,23
139:11 141:9
143:12,14,15,20
149:21 150:8
157:5,17 159:5
**View's** 143:14
**village** 22:19,24
23:5 24:16 26:5
30:24 61:21,24
89:2,5,11,15
98:16 104:10,11
106:10 107:13,25
108:9 112:4
113:19 125:3
129:21 132:11
139:4,9,14,23
140:5 141:9 142:3
142:22 143:6,12
143:15,16,20
145:10 148:12
149:22 151:8,21
154:11,14,15,22
156:23 160:20
161:5,14 168:22
**violate** 30:12
**violating** 30:10

**virtually** 7:4
**vis-a-vis** 45:20,21
**visit** 70:4 72:11
**visited** 162:19
**volume** 5:4
**VS** 31:5
**VSH** 120:13 125:11
  137:13 138:4
**VSHPHH** 25:18
  51:17,25 52:2,4,7
  88:13,13 89:25
  90:18,25 91:10
  92:10 93:7 96:18
  97:5,19 125:12
  134:3,5,15,17
  144:22 161:3

**W**

**wait** 9:11,12 57:16
  58:16,23 127:23
  166:2
**waiting** 50:16
**want** 5:9 12:21
  15:5 31:23 34:5,6
  34:7 37:7 41:20
  45:17,19 46:4
  51:9,10 54:10
  60:9 110:20
  116:17 124:20
  162:16 164:25
**wanted** 43:10 47:10
  57:3,13 97:11
  110:23 117:22
  137:14 144:8
  160:6
**washed** 121:6,8
**Washington** 3:5
**wasn't** 13:2 17:13
  18:5,6,6,9 19:3,7
  20:19,20,24 22:25
  24:18 61:11 72:25
  74:6 83:2 92:17
  95:21 110:15
  113:22 115:25
  124:7 125:18
  127:12 163:4
**watch** 60:2,7

**water** 112:17
  115:15
**way** 21:12 27:6
  36:4 53:25 96:7
  112:5,25 140:13
  145:9 149:9
  157:20 170:12
**we'll** 7:8 21:4 61:21
  70:15 84:2 95:24
  131:7,8 133:24
**we're** 4:9 7:3 15:2
  43:5 47:5 56:19
  80:22,23 81:7
  83:5 89:21 99:9
  105:2 150:4
  165:17,18
**we've** 4:10 14:20
  61:17 76:11 83:24
  104:10 107:12
  144:21
**wear** 147:20
**week** 50:6,16 60:3
  66:6,9 118:9
**weeks** 32:25 164:15
**weird** 73:24
**welcome** 131:22
  166:18
**went** 9:25 10:13,23
  14:3 15:7 16:13
  16:15 20:7 40:3
  47:2 54:22 61:12
  137:7 163:5,6
  164:4,9,17
**weren't** 23:8 24:7
  24:24 34:19 86:23
**WHEREOF**
  170:14
**wife** 110:4,20
**William** 162:2
**willing** 12:15 46:11
  50:5
**windows** 70:10
**wire** 95:20
**Wireless** 10:22,24
**witness** 5:13 35:10
  49:11 58:21,25
  59:4 64:2 101:3

113:11 123:6
  152:25 165:23
  166:19 168:3
  169:4 170:14
**witnesses** 8:6
**woman** 164:6
**wondering** 24:12
  150:15
**wood** 8:20
**word** 79:2 89:20
  110:20,23 117:17
**words** 6:23 121:22
**work** 10:13 12:22
  20:7 38:14,25
  39:3,6 68:10
  88:20 103:10
**worked** 10:7,17,22
  15:14 38:12 50:25
  120:22 152:18
**working** 17:6 19:3
  22:9 25:7 28:17
  34:16
**works** 12:7 39:20
  50:25 75:23
**world** 38:12
**worried** 92:4,5
**worry** 33:11 57:9
  57:19,20
**worth** 119:6,8
**wouldn't** 15:10
  68:6 80:7 93:24
  97:16 152:8,9
  161:21 163:3
**Wow** 67:13
**write** 36:25 37:4
  59:14 89:24 96:24
  116:11 122:20,21
**writing** 10:15 12:10
  36:25
**written** 52:3,4
  114:23 115:6
**wrong** 79:8 92:7
  106:25 156:11
**wrote** 53:18 78:25
  109:6 116:7
  122:22
**Wyckoff** 157:4

**X**

**x** 1:3,9 168:2,6

**Y**

**year** 10:2 11:12,13
  17:22 21:19 53:20
  62:11 111:2,18,21
  136:17 157:15
  160:22,25,25
  163:12,12,13
**years** 10:10,12
  12:18 17:22 33:18
  54:12,19 56:2
  66:12,17 71:12
  73:8 91:5 97:6
  98:5 105:6 133:4
  133:7 142:12
  161:20
**yesterday** 124:23
**York** 2:8 170:6

**Z**

**Zargis** 31:12,13,15
  31:18,20 39:3
  42:4 44:22 45:5
  84:5,6,11,14,20
  84:23 85:2,9,9,13
  85:17,20,24 86:17
  93:22 94:6 129:15
  130:18 135:3
  145:5,9,17 146:7
  146:11,15 151:5,6
  151:7 154:11
  155:5,5,6
**Zoom** 2:6

**0**

**007** 109:22
**08** 12:9 15:18,19
  105:9
**08057** 3:11

**1**

**1** 61:18 78:25 89:3
  107:13,19 128:6
**1,105** 111:10
**1/20/2020** 145:5

**1/30/14** 156:10
**10** 114:25 115:7
  155:10 168:14
**10/22/2018** 159:17
  159:21
**10:08** 2:2
**102** 168:11
**103** 159:21
**109** 168:12
**11** 10:10 116:18,23
  168:16
**11/1/2017** 99:24
  100:7 168:10
**114** 160:9 168:14
**115** 168:15
**116** 168:16
**118-page** 144:20
**1192** 1:25 169:5
**11th** 145:19
**12** 107:13 122:4,7
  132:9 168:18
**12.42** 124:16
**12/28/15** 156:20
**12:11** 87:13
**12:39** 88:3
**122** 168:18
**123** 168:20
**125** 100:17,20
**126** 168:21
**12th** 170:15
**13** 11:12 123:12,15
  168:20
**1348** 102:20 103:2
  168:11
**1383** 102:20 103:3
  168:11
**139** 168:22
**14** 126:9,14 168:21
**140** 124:17
**1415** 115:12
**143** 156:21
**144** 168:24
**15** 139:4,8 160:15
  168:22
**15,000** 134:3
**150** 118:8
**150,000** 41:24

86:17
**1500** 119:25
**1597** 123:16
**15th** 160:9
**16** 144:16,19 150:5
168:24
**160** 124:17
**1600** 111:15 119:25
**1668** 123:16
**1669** 123:16
**1670** 123:17
**1671** 123:17
**16th** 78:20
**1769** 122:10
**18-cv-15099** 1:6
**19** 75:11 76:8
163:14
**1990** 31:24

**2**

**2** 81:2,5 148:25
168:8
**2,000** 133:4
**2,795** 111:9
**2:52** 166:21
**20** 169:23
**20-minute** 87:10
**2000** 13:8 32:2
**20044** 3:5
**2010** 21:24 32:5,10
**2011** 21:14,16,21
21:24 35:16,16
40:6 129:11 141:7
142:13 155:2
161:12
**2012** 129:12 142:13
150:17
**2013** 83:4,16 143:3
**2014** 81:8
**2015** 25:19 32:7,9
32:11 33:15 54:17
83:4,10,16 98:22
109:3,7 130:19
**2016** 157:9 158:9
**2017** 85:24 86:18
160:22
**2018** 122:16

**2019** 78:20 133:3
138:16 160:9
**202)353-9187** 3:6
**2020** 116:20,24
161:13 168:17
**2021** 1:13 2:2 167:6
167:14 169:3
170:15
**206** 115:22
**213,000** 130:19
**22** 160:16
**2204** 115:15
**227** 3:5
**23** 12:18
**2300** 118:23
**23rd** 13:14
**24** 8:22 72:19
**24th** 116:20,24
168:17
**25** 72:18
**2500** 23:18 100:10
**2504** 156:21
**2600** 150:8
**27** 133:2
**27,000** 156:20
**28** 1:13 2:2 135:24
167:6 169:3
**2nd** 19:13

**3**

**3,000** 24:11
**3/16/2012** 151:4
**3/19/2012** 151:14
**3/19/2020** 148:5
**3/28/12** 152:14
**30** 13:12 44:15
**30(b)(1)** 26:17
**3152** 122:16
**35** 155:18,18
**3644** 123:18
**3706** 75:12 76:19
**3707** 75:12 76:4,13
**38** 156:9
**39** 25:8
**39,000** 138:15
**3M** 84:8

**4**

**4** 168:4
**4/18/2016** 157:23
**40** 3:10 13:10,12
**400** 143:13
**49,980** 148:11
**49800** 148:6

**5**

**5** 99:23 100:3 168:9
**5,000** 138:19,24
150:5,7
**5/12/2012** 155:10
**5/20** 159:12
**50** 13:11,12 19:13
148:12
**500** 146:20
**520** 53:8,11 60:23
62:3 76:17 81:18
149:10,25
**52nd** 19:13
**5326** 81:3,6 168:8
**572** 157:3

**6**

**6** 102:19,23 129:13
150:4 168:11
**600** 148:6
**67** 157:9
**68** 122:10

**7**

**7** 109:16,24 168:12
**7:30** 67:9,11
**70** 33:8
**70,000-ish** 111:18
**700** 111:12
**700,000** 99:14
**728** 109:17 110:7
168:13
**74,000** 160:22,23
**75** 111:18
**75,000** 111:21
138:12
**78,000** 83:13,16

**8**

**8** 67:9,11 130:18
**8,000** 155:20
**81** 168:8
**813** 159:22
**897** 119:5
**898** 119:8

**9**

**9** 13:20 14:7 15:8
115:17,21,21
168:15
**9,000** 99:19
**900** 111:10 119:25
120:8
**93** 72:18
**97** 11:8,16
**99** 168:9