**Plaintiff Exhibit 101**

| Form 668 (Y)(c) (Rev. February 2004) | 11883 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | | Serial Number 952455913 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer SHANT HOVNANIAN

Residence 1 DAG HAMMARSKJOLD PLAZA
FREEHOLD, NJ 07728-5221

[Recording office stamp (upside down):]
TOTAL PAID $25.00
FEES
COUNTY RECORDING $25.00
Total Pages: 1
PAGE: 4178
BOOK: OR-9029
11:32:41 AM
Aug 06, 2013
RECORDED ON
2013088265
INSTRUMENT NUMBER
MONMOUTH COUNTY, NJ
M CLAIRE FRENCH, CTY CLK

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX- | 12/22/2003 | 01/21/2014 | |
| 1040 | 12/31/2002 | XXX-XX- | 10/22/2008 | 11/21/2018 | |
| 1040 | 12/31/2002 | XXX-XX- | 02/13/2013 | 03/15/2023 | 8294653.63 |

Place of Filing
Office of the County Clerk
Monmouth
FREEHOLD, NJ 07728

Total $ 8294653.63

This notice was prepared and signed at DETROIT, MI , on this, the 30th day of July , 2013.

Signature _[signed]_ for M. MACGILLIVRAY

Title REVENUE OFFICER (732) 761-3338

22-03-3930

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| | 11883 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | | Serial Number 949755313 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer SHANT HOVNANIAN

Residence  1 DAG HAMMARSKJOLD PLAZA
FREEHOLD, NJ 07728-5221

Recording info (rotated): TOTAL PAID $25.00; FEES COUNTY RECORDING $25.00; Total Pages: 1; PAGE=7330; BOOK=OR-9026; 11:15:55 AM; JUL 23, 2013; RECORDED ON; 2013082178; INSTRUMENT NUMBER; MONMOUTH COUNTY,NJ; M. CLAIRE FRENCH,CTY CLK

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX- | 03/13/2006 | 04/12/2016 | |
| 1040 | 12/31/2004 | XXX-XX- | 02/13/2013 | 03/15/2023 | 2308019.26 |
| 1040 | 12/31/2007 | XXX-XX- | 11/24/2008 | 12/24/2018 | |
| 1040 | 12/31/2007 | XXX-XX- | 03/29/2010 | 04/28/2020 | 13928.50 |

Place of Filing
Office of the County Clerk
Monmouth
FREEHOLD, NJ 07728

Total $ 2321947.76

This notice was prepared and signed at _____DETROIT, MI_____, on this,

the __16th__ day of __July__, __2013__.

Signature for M. MACGILLIVRAY

Title REVENUE OFFICER (732) 761-3338

22-03-3930

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11883 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | Serial Number 998520614 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

For Optional Use by Recording Office (rotated text):
```
2014036185
INSTRUMENT NUMBER
MONMOUTH COUNTY, NJ
M CLAIRE FRENCH, CTY CLK
RECORDED ON
May 13, 2014
10:24:46 AM
BOOK:OR-9065
PAGE:3194
Total Pages: 1
COUNTY RECORDING   $25.00
FEES
TOTAL PAID   $25.00
```

Name of Taxpayer  SHANT HOVNANIAN

Residence  1 DAG HAMMARSKJOLD PLAZA
FREEHOLD, NJ 07728-5221

004W9N

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | XXX-XX- | 11/22/2004 | 12/22/2014 | |
| 1040 | 12/31/2003 | XXX-XX- | 10/22/2008 | 11/21/2018 | |
| 1040 | 12/31/2003 | XXX-XX- | 02/13/2013 | 03/15/2023 | 655089.99 |

Place of Filing    Office of the County Clerk
Monmouth
FREEHOLD, NJ 07728

Total  $  655089.99

This notice was prepared and signed at  DETROIT, MI , on this,

the  06th  day of  May , 2014 .

Signature  for M. MACGILLIVRAY

Title  REVENUE OFFICER
(732) 761-3338

22-03-3930

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X