New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100242479

```
Status Report For:        HOVSAT, INC.
Report Date:              6/3/2021
Confirmation Number:      211542338047
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:       0100242479
Business Type:            DOMESTIC PROFIT CORPORATION
Status:                   REVOKED FOR NOT FILING ANNUAL REPORT FOR 2
                          CONSECUTIVE YEARS
Original Filing Date:     11/19/1984
Stock Amount:             2500
Home Jurisdiction:        NJ
Status Change Date:       NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start      06-16-2012
Date:
DOR Suspension End        N/A
Date:
Tax Suspension Start      N/A
Date:
Tax Suspension End        N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:      NOVEMBER
Last Annual Report        02/08/2010
Filed:
Year:                     2009
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                    ARTHUR HAVIGHORST
Agent/SOP Address:        1 DAG HAMMARSKJOLK BLVD ,FREEHOLD,NJ,07728
Address Status:           DELIVERABLE
Main Business Address:    DAG HAMMARSKJOLD BLVD., SUITE
                          12,FREEHOLD,NJ,07728
Principal Business        DAG HAMMARSKJOLD BLVD.,
Address:                  SUITE12,FREEHOLD,NJ,07728
```

**ASSOCIATED NAMES**

Plaintiff Exhibit 107

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0100242479

```
        Associated Name:            GRAND VIEW CABLE
        Type:                       FC
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
        Title:                      PRESIDENT
        Name:                       HOVNANIAN,VAHAK
        Address:                    1 DAG HAMMARSKJOLD BLVD ,FREEHOLD,NJ 07728
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/dor/businessRecords/ and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
        Original Filing             1984
        (Certificate)Date:
```

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2003 |
| CHANGE OF AGENT AND OFFICE | 1996 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2012 |
| ALTERNATE NAME FILING | 1991 |

Note:
Copies of some of the charter documents above, particularly those filed before August

New Jersey Business Gateway<br>
Business Entity Information and Records Service<br>
Business Id : 0100242479

1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/dor/businessRecords/ periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

EXPERTREQ-000503

**FILED**

DEC 27 1990

**CERTIFICATE OF REGISTRATION OF**
**CORPORATE ALTERNATIVE NAME FOR HOVSAT, INC.**

JOAN HABERLE
Secretary of State

C671333

Secretary of State
State of New Jersey
Trenton, New Jersey

    The undersigned, a New Jersey corporation certifies as follows:

    1. The name of the corporation is Hovsat, Inc. It was incorporated in New Jersey on November 19, 1984.

    2. The alternate name under which the corporation will transact business is Grand View Cable.

    3. The character or nature of the business to be conducted using the alternate name is as follows: a cable television purveyor.

    4. The corporation intends to use this alternate name in the State of New Jersey.

    5. The corporation has not previously used this name in the State in violation of the Alternate Name statute.

    IN WITNESS WHEREOF, the undersigned executes this certificate.

Dated: December 13, 1990

HOVSAT, INC.

By: _____
Shant S. Hovnanian
Executive Vice President

0100242479

EXPERTREQ-000504

# NJ DIVISION OF COMMERCIAL RECORDING

## AGENT CERTIFICATE OF CHANGE
## REGISTERED NAME OR ADDRESS, OR BOTH

**PAID**

This form may be used by domestic and foreign, profit and non-profit corporations and limited partnerships to change an agent name or address or both. If a P.O. box is used for registered address, the street address must be included. **Return this form with a $10 check made out to the Secretary of State.** Write the corporate/limited partnership number on the top left of your check.

**CORPORATION/LIMITED PARTNERSHIP NAME AND NUMBER**
HOVSAT, INC.    0100-2424-79

**STATE OF ORIGINAL FILING**
NJ

### IMPORTANT-INCLUDE INFORMATION ON BOTH THE PRIOR & NEW AGENT

**PRIOR AGENT NAME**
DAN REISS

**96208277**

**PRIOR AGENT ADDRESS**
HOVBILT INC SUITE 12
DAG HAMMARSKJOLD BLVD    FREEHOLD    NJ    07728
STREET    CITY    STATE    ZIP

**NEW AGENT NAME**
Arthur P. Havighorst II, Esq.

**NEW AGENT ADDRESS**
Suite 12, Freehold, New Jersey 07728    N.J.
STREET    CITY    STATE    ZIP

The corporation states that the address of its new registered office and the address of its new registered agent are identical. Further, the changes designated on this form were authorized by resolution duly adopted by its board of directors or members.

**AUTHORIZED SIGNATURE & TITLE** [signature]    DATE 11-5-96
CHAIRMAN OF BOARD, PRES., V.P., REG. AGT. OR GEN. PARTNER

Change form must be signed with title and date provided.

**MARK *TYPE OF CHANGE**
[XX] 1. Change of Agent Name
[ ] 2. Change of Agent Address
[ ] 3. Change of Both

**MAIL TO:** State of New Jersey
Division of Commercial Recording
P.O. Box 10246
Newark, N.J. 07193-0246
**REMIT $10.00**

**FOR OFFICIAL USE ONLY**

### IMPORTANT NOTICE
Failure to notify the Secretary of State of a change in the registered agent name or registered office address will result in the penalty set forth by law.

EXPERTREQ-000505