# Affinity Federal Credit Union

## Addendum to Business Membership Application to Add and/or Remove Authorized Representative/s

Attach the following:
1) Revised Operating Agreement or applicable document providing those authorized to conduct business
2) Revised Affinity Certified Resolution for Depository Authorization
3) Copy of one valid form of ID (Driver's License, Military/County/DMV ID Card, or Passport) for each new authorized signer.

| | | |
|---|---|---|
| Membership Number: | 2090 | Date: 03/27/2012 |
| Business Name: | HOVSAT INC | |
| Business Address: | 1 DAG HAMMARSKJOLD BLVD | FREEHOLD, NJ 07728-5221 |
| Mailing Address (if different): | | |

I / We, KAREN GANDOLFO         ANTRANIK SARKES                                the

☐ Sole Proprietor    ☐ Limited Liability Company Manager/s    ☐ Partners
☐ Corporate Owner/s    ☐ Authorized Officer/s    ☐ Club Principal/s

of the above named business, request and certify the following:

☒ **ADD NEW AUTHORIZED REPRESENTATIVE/S**

I/We certify that the individuals listed below are current representatives of said business and under our resolution are authorized to conduct business with Affinity. This addendum will remain in effect until the undersigned informs Affinity to remove or change the authorized representative/s via a revised Operating Agreement or applicable document providing those authorized to conduct business. The authorized representatives' authority to conduct business on the above named Business Membership will cease to exist upon Affinity learning of the death of the owner/s. I/we also certify the title and signature specimen set by the name of each authorized signer is true.

**Representative 1:**
- Name: KAREN GANDOLFO
- Title: Authorized Representative
- Percentage of Ownership: 0
- State: NY
- Zip Code: 11234

**Representative 2:**
- Name: ANTRANIK SARKES
- Title: Authorized Representative
- Percentage of Ownership: (enter 0, if zero)
- City: Howell
- State: NJ
- Zip Code: 07731

**Representative 3:**
- Name: ARTHUR HAVIGHORST
- Title: Authorized Rep
- Percentage of Ownership: 0
- State: NJ
- Zip Code: 07920

Affinity Federal Credit Union                     Page 1 of 2

**Plaintiff Exhibit 110**

Affinity FCU 001351

# Request to Add and/or Remove Authorized Representative/s, continued

Membership Number: 712090  
Business Name: HOVSAT INC  
Date: 03/27/2012

## [X] REMOVE FORMER AUTHORIZED REPRESENTATIVE/S

I/We certify that the individuals listed below are no longer representatives of said organization and no longer have the authority to transact business for same. Therefore, I/we hereby request Affinity remove the following person(s) as authorized representative/s on this business membership.

1. **Name:** Arthur Havighorst — **Former Title:** Vice President
2. Name: _____ — Former Title: _____
3. Name: _____ — Former Title: _____
4. Name: _____ — Former Title: _____
5. Name: _____ — Former Title: _____

## OWNER/S, PARTNER/S, PRINCIPAL/S AND/OR OFFICER/S SIGNATURE/S

*Signature/s below must be witnessed and sealed by a Notary Public.* An Affinity employee can only notarize those signatures he/she witnesses. Therefore, if the Owner/s, Partner/s, Officer/s or Principal/s signing below cannot be present when initiating this addendum, his/her/their signature/s must be witnessed and sealed by a Notary Public before returning this form to Affinity.

In witness thereof, I have hereunto set my hand and seal this 24 day of May, 2 2012  
Signed, sealed, and delivered in the presence of

Notary Public — SEAL — State of New Jersey, Robin M. Cannon, My Commission Expires 10/20/2014  
X Robin Cannon — Notary Public  
Commission Expires: 10/20/14

X [signature] — Owner/Partner/Officer/Principal — Date

In witness thereof, I have hereunto set my hand and seal this ___ day of ___, 2 ___  
Signed, sealed, and delivered in the presence of  
— SEAL —  
X _____ Notary Public — Commission Expires: _____  
X _____ Owner/Partner/Officer/Principal — Date

In witness thereof, I have hereunto set my hand and seal this ___ day of ___, 2 ___  
Signed, sealed, and delivered in the presence of  
— SEAL —  
X _____ Notary Public — Commission Expires: _____  
X _____ Owner/Partner/Officer/Principal — Date

Affinity FCU 001352