```
Page: 1 Document Name: untitled

INOLES        2516        CURRENT BMF N/C VSHP      LOC CODE   2222        LUC 201608

CURRENT BMF NAMELINE
VSHPHH TR
SHANT S HOVNANIAN TTEE
1 DAG HAMMARSKJOLD BLVD STE 1
FREEHOLD               NJ 07728-5222 014
                                                  FILING REQUIREMENTS
FISCAL YEAR MONTH 12                              1041-1
PRIOR FISCAL YEAR MONTH 00
EMPLOYMENT CODE     527 POL ORG CD 0
ESTABLISHMENT YEAR/MONTH 201602
BOD CODE SB BOD CLIENT CODE V
```

**Plaintiff Exhibit 116**

Date: 9/13/2017 Time: 5:57:15 PM

USAPROD-000411

```
Page: 1 Document Name: untitled

BMFOLI      2516              BMF ACCOUNT SUMMARY    NM CTRL:VSHP
                                                              UP-CYC:36
ENT UPDT CY:201608 ACCT FRZ:
                   ACCT INFO:

                     MF ASSESSED    RET  MF MF ACT IDRS FREEZE
MFT  TXPD PLAN         MOD BAL      PST STAT CYC   SC   CODES   TAX MODULE CODES




                  REQUESTED MODULE DOES NOT EXIST ON MASTERFILE.
TOTAL ASSESSED BALANCE:                     (INCLUDING ACCRUALS)
ADDITIONAL ACCOUNT SCREENS AVAILABLE:    RETENTION REGISTER (V) AVAILABLE:
PRIOR AUDIT HISTORY (Z) AVAILABLE: N   LAST PERIOD SATISFIED (L) AVAILABLE:
EXEMPT ORGANIZATION (O) AVAILABLE: N      FEDERAL TAX DEPOSIT (F) AVAILABLE:
            PAGE 001 OF 001           BMFPG 001
```

Date: 9/13/2017 Time: 5:57:21 PM