From: "karen gandolfo" <ksg@jet.io>
To: apvma@optonline.net
Date: 02/01/2017 12:46:14 PM
Subject: Hovnanian rent check

hi Mirela,
From now on Shant would like the rent checks made out to HovSat Inc instead of his fathers name.
thanks
Karen

**Plaintiff Exhibit 117**

USAPROD-000728