ARI D. KUNOFSKY
JOSHUA D. ZIMBERG
Trial Attorneys, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
Tel. (202) 353-9187
Fax (202) 514-6866
Ari.D.Kunofsky@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      No.: 18-cv-15099-ZNQ-LHG
                                     )
SHANT HOVNANIAN, *et al.*,           )
                                     )
            Defendants.              )

**CERTIFICATE OF SERVICE**

        I certify that on May 13, 2022, I electronically filed the United States' *Motion for Partial Summary Judgment as to the VSHPHH Trust and for a Rule 54(b) Certification* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Date:  May 13, 2022,

                              */s/ Ari D. Kunofsky*
                              ARI D. KUNOFSKY
                              Trial Attorney

1