IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    Plaintiff.

v.

SHANT HOVNANIAN, et al.

    Defendants.

---

Civil Action No.: 18-15099 (ZNQ)(LHG)

## DEFENDANT VSHPHH TRUST'S
## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendant the VSHPHH Trust, by and through its counsel, John M. Hanamirian of the Hanamirian Law Firm, P.C., shall move before the United States District Court, for the District of New Jersey on the motion day set for June 6, 2022, or thereafter as the matter may be heard, for an order granting Defendant VSHPHH Trust's Motion for Summary Judgment. Please take further notice that any responses to this Motion must be filed by May 23, 2022.

Defendant VSHPHH Trust's Memorandum of Law in Support of its Motion for Summary Judgment is attached hereto and incorporated herein. A proposed Order is also attached hereto.

Dated: 5/13/22

                                              John M. Hanamirian, Esquire
                                              HANAMIRIAN LAW FIRM, P.C.
                                              40 E. Main Street
                                              Moorestown, New Jersey 08057
                                              (856) 793-9092 – t
                                              (856) 793-9121 – f
                                              jmh@hanamirian.com
                                              *Attorney for Defendant VSHPHH Trust*