IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    Plaintiff.

v.

SHANT HOVNANIAN, et al.

    Defendants.

Civil Action No.: 18-15099 (ZNQ)(LHG)

---

## [PROPOSED] ORDER

AND NOW, this \_\_\_\_ day of _____, 2022, upon consideration of the Defendant VSHPHH Trust Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED in its entirety.

_____
U.S.D.J.