IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------

UNITED STATES OF AMERICA,   :
　　　　　　　　　　　　　　:
　　　　Plaintiff.　　　　　　:　　Civil Action No.: 18-15099 (AET)(ZNQ)
　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
SHANT HOVNANIAN, et al.　　　:
　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　:
-----------------------------------------------------

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on the 13th day of May 2022, I filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all Parties of Record.

Date:　May 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN M. HANAMIRIAN, ESQ.

1