# EXHIBIT "D"

Jessica Hollobaugh

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

HOVNANIAN, et al.,

       Defendants.

     Deposition of JESSICA HOLLOBAUGH, taken
via Zoom, wherein all parties and participants
appeared remotely, beginning at 10:07 a.m., reported
stenographically by Lisa Forlano, Certified Court
Reporter, Certified Realtime Reporter, Registered
Merit Reporter and Notary Public, on Wednesday,
December 1, 2021.

     ZANARAS REPORTING AND VIDEO
    REGISTERED PROFESSIONAL REPORTERS
    1845 WALNUT STREET, SUITE 938
      PHILADELPHIA, PA 19103
        2112 BAY AVENUE
      OCEAN CITY, NJ 08226
   (215) 790-7858  1-877-GO-DEPOS

---

**Page 2**

1  A P P E A R A N C E S :
2
    ARI D. KUNOFSKY, ESQUIRE
3    JOSHUA D. ZIMBERG, ESQUIRE
    US DEPARTMENT OF JUSTICE - TAX DIVISION
4    P.O. BOX 227
    WASHINGTON, D.C. 20044
5    Ari.D.Kunofsky@usdoj.gov
    joshua.D.Zimberg@usdoj.gov
6    (202) 353-9187
    ATTORNEYS FOR UNITED STATES OF AMERICA
7
8
9    HANAMIRIAN LAW FIRM, P.C.
    BY:  JOHN M. HANAMIRIAN, ESQUIRE
10   40 EAST MAIN STREET
    MOORESTOWN, NEW JERSEY  08057
11   (856) 793-9092
    jmh@hanamirian.com
12   ATTORNEYS FOR THE PACHAVA ASSET TRUST
    AND THE VSHPHH TRUST
13
14   ALSO PRESENT:
15   ELZA GRIGORYAN, LAW CLERK WITH HANAMIRIAN
    LAW FIRM, P.C.
16
17   RANDALL M. PAULIKENS
18
19
20
21
22
23
24
25

---

**Page 3**

1
2
3       I N D E X
4
5  WITNESS            PAGE
6  JESSICA L. HOLLOBAUGH
7   By Mr. Hanamirian     4, 83
8   By Mr. Kunofsky      77
9
10      E X H I B I T S
11  Hollobaugh-1  Expert Response Report
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 4**

1    JESSICA L. HOLLOBAUGH, having been duly
2   sworn, was examined and testified as follows:
3  BY MR. HANAMIRIAN:
4   Q   Good morning, Jessica.  How are you?
5   A   Good morning.  I'm good.  How are you?
6   Q   I'm doing well.  So today's testimony
7  is about, obviously, the United States of America v.
8  Hovnanian matter, and specifically the report that
9  you prepared in that context and then any of the
10  facts and circumstances surrounding your engagement.
11    So do you have copies of your report
12  and then also Randall's responsive report?
13   A   I do.  So I have them in two places.  I
14  have one printed and then I have a PDF up on my
15  screen, the ones that you e-mailed the other day.
16   Q   Okay.  So then whichever is easiest for
17  you, obviously, to access.  We were going to have
18  somebody do it, a tech, but they are the only two
19  documents in the case, so it seemed kind of silly.
20    I guess as much as I hate to do these
21  things, let's go through some of your background.
22    What's your experience and history, or
23  what's your educational background?
24   A   So I have a BS in Accounting from
25  Richard Stockton College; graduated in 2003.

---

Jessica Hollobaugh

**Page 5**

1    Q    And then any advanced education beyond
2  that, either formally or through -- are you a CPA?
3    A    Yes.  I was just going to say, outside
4  other licenses and certifications, there's no
5  college experience, but I'm a Certified Public
6  Accountant.
7    Q    Okay.  Do you have any other
8  certifications, like fraud examiner or anything like
9  that?
10   A    Yes, I'm a CFE, Certified Fraud
11 Examiner, and also an ABV.
12   Q    And what's that one?
13   A    Accredited in Business Valuation.
14   Q    And then what's -- I mean, how long
15 have you been with the firm?
16   A    I have been with them since 2003; so my
17 entire career.
18   Q    And then what's your -- what are your
19 practice areas?
20   A    Currently, entirely forensic and
21 litigation support work; so white-collar criminal
22 defense, shareholder disputes.  Kind of anything
23 that goes through litigation.
24   Q    That's what I do.  So where are --
25 what's the forensic piece, from your standpoint, I

**Page 6**

1  mean, starting with just in the criminal side?  Have
2  you done forensics in the criminal cases?
3    A    Yes, I have.
4    Q    And what's your engagement like for
5  those types of cases?  What are you typically
6  engaged to do?
7    A    They're all different.  It depends on
8  the individual engagement.  A lot of them are
9  tracing analyses or determination of loss
10 calculations, rebuttal of Government loss
11 calculations.  Those types of things.
12   Q    In the context of tax loss, for
13 instance, that type of thing?
14   A    Not only tax loss, but other types of
15 losses as well.
16   Q    And how did you derive that expertise?
17 Do you have any kind of unique experience or did it
18 just kind of evolve into it?
19   A    I just evolved.  I started with them as
20 a general practitioner, doing, you know, financial
21 statements, tax returns, trust returns, general
22 consulting.  And about, I guess, halfway through my
23 career, just transferred into the litigation aspect.
24   Q    And, then, how many people within your
25 office at Withum do forensics or that overlay of

**Page 7**

1  practice area that you're describing?
2    A    So we have -- you're going to test my
3  memory now.  I think we're around 40 at the current
4  time.
5    Q    In that office or overall?
6    A    Overall through Withum, we're kind of
7  remote largely, but spaced in three offices.
8    Q    So that's kind of a collaborative body
9  of people for these cases?
10   A    Correct.
11   Q    And then internally, so just
12 hypothetically and not necessarily in this instance,
13 but hypothetically, what's the procedure for you to
14 become engaged?  Of course, by counsel or by client
15 or by whomever.  And then what's the next step?  Are
16 you internally?  Do you form a team?  How does a
17 typical forensic engagement proceed, once you've
18 engaged a client?
19   A    Generally we get the referral; it comes
20 in from an attorney.  We have an initial call either
21 with the client, or without, depending on how the
22 attorney wants to handle it, and we get engaged, and
23 then from there, we determine, you know, who from
24 within our firm would be best to be on the team.
25   Q    And in this case, when were you

**Page 8**

1  engaged?  It's not a trick.
2    A    I don't know offhand.
3    Q    Like just instead of specific dates, in
4  the process of the case, Complaint filed, motion
5  practice, that kind of thing, do you recall,
6  roughly, where you came into it?
7    A    I don't.  I'm sorry.
8    Q    I mean, did you come in in the context
9  of preparing the expert report in the spring of this
10 year and that's it, or were you in before?
11   A    I was not in before the Complaint, no.
12   Q    You were not in before.  Okay.
13        Did you consult along the process for
14 any of the depositions or any of the events that
15 took place?
16   A    I don't recall.  I may have been around
17 for some of the later depositions, but I don't
18 recall entirely.
19   Q    Did you draft any -- did you help in
20 the process of preparing questioning for any
21 witnesses or in written form for Interrogatories or
22 things like that?
23   A    No, I did not.
24   Q    You reviewed -- I want to go through
25 the report, but I want to go through it -- I think

Jessica Hollobaugh

Page 9

1   what might be easiest, rather than going back and
2   forth, is to go through Randall's report, since he
3   block quotes you, and says, okay, this is where I
4   agree or this is where I might disagree.  So that's
5   obviously -- you have that document in front of you
6   in a few formats.  Let me know if you're ready to
7   talk about it.
8       A    Yep, I got it ready.
9       Q    I mean, I start with what I think is
10  relevant, page 2, the bottom, beginning with
11  Background.
12      A    Okay.
13      Q    And then within this series of
14  definitions and series of identifiers for people,
15  and all that's fine.  And then we get to page 4.  I
16  don't think that there are issues with that.  On
17  page 4, at the bottom with the first full paragraph
18  that is not part of a quote, so it begins with the
19  words, We note that while Nina (daughter).
20           You see that paragraph?
21      A    Yes.
22      Q    Have you reviewed Randall's report?
23      A    Yes, I have.
24      Q    Randall seems to suggest that the facts
25  underlying Karen's tenure as a bookkeeper and Nina's

Page 10

1   tenure as a trustee suggests what he would identify
2   as may create a misleading picture of the individual
3   and the entities.
4           Do you agree with that
5   characterization?
6       A    I'm sorry, which sentence are you on?
7       Q    It is the bottom of page 4, beginning
8   with the words, "Therefore, citation of aspects of
9   their testimony to prove a point."  And then
10  continues onto the top of page 5 with the words,
11  "Given their lack of total knowledge."
12      A    May create a misleading picture of the
13  interactions of the individual.
14           I do not believe that we created a
15  misleading picture, no.
16      Q    So what did you think of Karen
17  Gandolfo, professionally?  What did you think of her
18  work or her skill set?
19      A    As far as her expertise?
20      Q    Yes.
21      A    I thought she was a basic bookkeeper
22  with very limited knowledge.
23      Q    And then what about her processes?  I
24  understand that she maintained a single QuickBooks
25  account, and then essentially entered a lot of the

Page 11

1   transactions associated with the trusts that are the
2   subject of this case in other entities' bookkeeping.
3   Did you find that as well?
4       A    I'm sorry, the question was rather long
5   and I kind of lost you.
6       Q    So if it was XYZ corporation that she
7   was maintaining books for, she also, within XYZ
8   corporation books or QuickBooks, maintained or
9   identified transactions relative to the trusts.  Did
10  you see that overlay?
11      A    Again, I'm not sure I'm following your
12  question.  I saw the books that she maintained for
13  the combined HovSat of the VSHPHH Trust, yes.
14      Q    And what did you think of that process
15  of maintaining them together like that?
16      A    I didn't think it was proper to
17  co-mingle the accounts.
18      Q    What would typically happen if somebody
19  did that during the course of a year?  Would you do
20  adjusting entities at year end to clear them out?
21  What would happen?
22      A    So is your question, if there is a
23  co-mingled bank account, how should they be broken
24  out?
25      Q    Or co-mingled entries for two or three

Page 12

1   different entries in a single QuickBooks file.
2       A    In this particular instance, it's
3   actually two different entities are using one bank
4   account.  So that's abnormal to begin with.  Each
5   entity should have their individual bank accounts.
6   So it's really not common to have a QuickBooks file
7   that has two entities using one bank account.
8       Q    Why do you think she did that?  Do you
9   know?
10      A    I can't speculate as to why she did it,
11  no.
12      Q    Do you think that she was capable?
13           MR. KUNOFSKY:  Objection, vague.  You
14      can answer.
15           Go ahead.
16           THE WITNESS:  I don't know anything of
17      her, other than the reports that were
18      generated and her testimony.
19  BY MR. HANAMIRIAN:
20      Q    You read her deposition testimony?
21      A    Yes, I did.
22      Q    Did you have an opinion about that?
23           MR. KUNOFSKY:  Objection, vague.
24      You can answer.
25           THE WITNESS:  With respect to what?

Jessica Hollobaugh

Page 13

1  BY MR. HANAMIRIAN:
2      Q    With respect to her skill set.
3      A    I didn't necessarily draw an opinion
4  with respect to her skill set, no.
5      Q    Appended to your report are a series of
6  printouts from what appears to be the QuickBooks
7  records for whatever company.  So obviously -- and
8  you identified those documents as documents that you
9  reviewed in order to prepare your report, correct?
10     A    I think you might be confused.  The
11 reports that are attached to my report are
12 transaction reports that my firm created.  They're
13 not Karen's reports.
14     Q    How were they generated?
15     A    They were generated by my staff, based
16 on review of bank statements, other financial
17 records, non-financial records.
18     Q    But none of the QuickBooks reports are
19 for the entities that we're talking about?  Did you
20 guys go through and reconstruct entirely?
21     A    Correct.  Yes.
22     Q    And so somebody concluded what, were
23 the existing books unreliable?
24     A    The existing books were -- Karen
25 testified that they were only an entry of the checks

Page 14

1  that she needed to enter in order to generate a
2  check.  So they were incomplete.
3      Q    Okay.  And so it wasn't even a general
4  ledger, then, right?  It was just straight out
5  disbursements?
6      A    I think she had some deposits and
7  transfers in there, but not all of them.  She didn't
8  perform bank reconciliations or reconcile them.
9      Q    She didn't reconcile at all?
10     A    Not to my recollection.
11     Q    I know you're with a larger firm
12 obviously, but do you ever deal with any small
13 business?  Small meaning, say, five or $3 million or
14 less in gross revenue?
15     A    Yes.
16     Q    Any family-owned businesses?
17     A    Yes.
18     Q    In general, do you find that they are a
19 little less formal than companies of a larger size
20 or companies that are owned by strangers, so to
21 speak, or individuals who are not related?
22     A    Sure.
23     Q    Did you read the testimony of Hilde
24 Jenssen, who was Shant Hovnanian ex-wife?  Did you
25 read the deposition transcript?

Page 15

1      A    Yes, I did.
2      Q    Who worked with you on this process?
3      A    It was largely two other individuals
4  within my group.
5      Q    Who are they?
6      A    Linda Cooke.  She is a senior
7  accountant.  And Sandy Altavilla, who is a more
8  junior accountant.
9      Q    What were their relative roles?
10     A    Sandy assisted with the original
11 reconstruction of the records, based on the
12 documents that were provided with the bank
13 statements.  And then Linda assisted me in doing the
14 analysis of those documents.
15     Q    Do you know how much time was spent in
16 the total engagement to date?
17     A    I would say it's probably about 450
18 hours.
19     Q    And then did you write the actual
20 report, did you write each portion of the report,
21 drafts and whatever else, or was it a collaborative
22 effort?
23     A    It would have been collaborative.
24 Generally one of my staff would take a first stab at
25 getting the facts outlined and then I review and

Page 16

1  adjust and finalize it.
2      Q    Did that happen here?
3      A    Yes.
4      Q    Do you have an internal review process
5  after it's prepared?
6      A    Yes, we do.
7      Q    What's that process?
8      A    One of my other partners, that don't
9  really have much to do with the case, just take an
10 overall review of it.
11     Q    So they can look at it without any kind
12 of preconceived notion and say, okay, this makes
13 sense or this doesn't make sense?
14     A    Correct.
15     Q    Does that process also exist for
16 liability purposes internally that you have a review
17 procedure for expert reports, or is it just
18 something that you just do as good practice?
19     A    Yeah, I don't think so.  We just do it
20 as good practice, to my knowledge.
21     Q    And did that partner -- who reviewed
22 this report?
23     A    Tom Hoberman.
24     Q    And what's Tom's background?
25     A    He is the director of our forensic and

Jessica Hollobaugh

Page 17

1  valuation services group.
2      Q      Did he have any changes to the report
3  from the draft?
4      A      None other than minor, you know, adjust
5  this sentence, it makes it sound clearer.  No
6  substantive adjustments.
7      Q      Was there any debate internally about
8  what should or should not be included as fact or
9  conclusions in the report?
10     A      No, there was not.
11     Q      Everybody went with your draft, so to
12  speak?  Everybody was okay with your draft?
13     A      Correct.
14     Q      Did you -- in the context of Randall's
15  report, had you been engaged to respond to that at
16  any level?
17     A      No, I was not.  I reviewed it.
18     Q      Have you requested anything additional
19  as a result of -- any additional documents or any
20  additional information as a result of what Randall's
21  report identified?
22     A      No, I haven't.
23     Q      Back to Randall's report itself and the
24  differentiation.
25          On page 6 of that report, again,

Page 18

1  Randall's report, under the bolded heading with this
2  forensic analysis, Randall begins by saying,
3  beginning on page 13, This provides a detailed
4  discussion of her actions and steps taken for
5  purposes of determining the sources and uses of cash
6  within each entry.
7          But then Randall says -- suggests that
8  you don't discuss the steps that you performed to
9  determine whether the beginning assets and
10  liabilities were properly carried forward from the
11  prior period.
12          Do you have any response to that?
13     A      I think with respect to the Pachava
14  Trust, we did indicate that we looked at the tax
15  returns.  With respect to the VSHPHH Trust, there
16  were no tax returns or financial statements, other
17  than the ones that we pointed to with Karen Gandolfo
18  earlier.
19     Q      Okay.  So in that instance, you didn't
20  have the ability to tie it back?
21     A      Correct, there was no records.
22     Q      So what do you do?
23     A      For what?
24     Q      What do you do when you don't have
25  anywhere to tie it back?

Page 19

1      A      For which entity are you asking?
2      Q      Any.
3      A      You can look for other evidence of
4  loans in documentation, outside of financial
5  statements and tax returns.
6      Q      Okay.  Did that exist here?
7      A      It did not.
8      Q      So what did you do?
9      A      I looked for the evidence of loans, but
10  I didn't see any that existed.
11     Q      So we weren't able to verify those
12  beginning balances as we would normally, right?
13     A      I'm not sure what beginning balances --
14  which entity you're talking about.  I'd have to look
15  at them individually.
16     Q      Okay.  Did it matter at any entity
17  level what the beginning balances were?
18     A      I don't believe so, no.
19     Q      Why not?
20     A      Because my analysis was a source and
21  use of cash within the bank accounts.
22     Q      I'm trying to figure out in the context
23  of this case what forensic analysis is necessary,
24  and so I don't want to go on a narrative, but I'm
25  trying to give you background so that, potentially,

Page 20

1  doing it this way, Jessica, we can cut the time of
2  this.  So bear with me.  And if it's not a method
3  that you're comfortable with, I'll do it
4  traditionally and ask questions and not listen to
5  answers and just ask the next question, like most
6  people do, but I don't want to do that.  I'd rather
7  get to it.
8          So in the context of this you
9  reconstruct and create a general ledger, right?
10  Effectively, a general ledger of your own for -- you
11  know what I mean, a general ledger for this purpose.
12  What did that reveal to you?
13     A      Well, I created transaction reports of
14  the sources and uses of cash.  They're a little
15  different than what you would call a general ledger.
16     Q      So in the context of that same
17  question, what did that reveal to you, the finished
18  product?
19     A      With respect to -- so what are my
20  opinions; is that what you're asking me?
21     Q      Yes.  About the in and out.
22     A      So with respect to Speedus and Zargis,
23  it revealed that those accounts, regardless of the
24  account being in an entity name, were being used
25  primarily for personal purposes for Shant.

Jessica Hollobaugh

Page 21

1    Q      And then what was wrong with that?
2    A      In what regard?
3    Q      Any regard.  Was there anything wrong
4  with that?
5    A      I can't draw a legal conclusion as to
6  whether something is wrong with that, no.
7    Q      Was there an accounting wrong with
8  that?
9    A      Well, generally, if you have a bank
10  account in an entity's name, that entity is filing
11  tax returns.  And the entities in this case weren't
12  filing tax returns.  That's where you would
13  determine if there's anything wrong with it.
14    Q      Okay.  But if they were, does it
15  matter?  Did it matter to your analysis?
16    A      My analysis was to determine what the
17  sources and uses of funds within that bank account
18  were.
19    Q      And there are literally hundreds of
20  pages of sources and uses of funds in the
21  transaction report?
22    A      Correct.
23    Q      Does that reveal anything?  Other than
24  Shant potentially having personal expenses
25  identified as going through the business, is there

Page 22

1  anything to that?
2    A      It revealed the transaction.
3    MR. KUNOFSKY:  I was just going to
4  object to the extent it calls for a legal
5  conclusion, but you can answer.
6    MR. HANAMIRIAN:  Thanks, Ari.
7    THE WITNESS:  The transactions lowering
8  through those accounts were personal in
9  nature, and they included payments of expenses
10  related to 529 Navesink Road and the River
11  Road properties, which were transferred to a
12  trust.
13  BY MR. HANAMIRIAN:
14    Q      And so it identifies that Shant or
15  somebody is paying expenses on behalf of the trust
16  and they're reflected in the books of a company.
17  Does that matter?
18    A      I guess I don't understand what you're
19  asking.  Does it matter in what regard?
20    Q      In what I understand as a typical or
21  what can be a forensic analysis, as you're looking
22  for what we would identify legally as the -- the
23  legal term as bad stuff, right?  Is there any bad
24  stuff in there?
25    MR. KUNOFSKY:  Objection.  Calls for a

Page 23

1  legal conclusion, but you can answer.
2  BY MR. HANAMIRIAN:
3    Q      Well, it's bad accounting stuff, so
4  that's why I asked you.  Are there indicators that
5  there was fraud?
6    A      Well, again, I just mentioned that
7  there is no -- there was no tax returns filed.  So
8  if these bank accounts are legitimate bank accounts
9  then they should have had tax returns filed.
10    Q      The transactions themselves -- again,
11  there are hundreds of pages of transactions.  Is
12  there fraud in there?
13    MR. KUNOFSKY:  Objection.  That calls
14  for a legal conclusion.
15    THE WITNESS:  As a forensic accountant,
16  I can't opine whether there's fraud or not
17  fraud.
18  BY MR. HANAMIRIAN:
19    Q      No, but you can opine upon whether
20  there are indicias of fraud, yeah?
21    A      I can, correct.
22    Q      Did you identify indicias of fraud?
23    A      I think with respect to totality of our
24  analysis, we identified that there were payments
25  relative to the trusts that were being paid through

Page 24

1  these two bank accounts.  That plays into our
2  analysis of the trusts that are later in the report.
3    Q      And how does it play in?
4    A      It shows that the trust did not pay
5  certain expenses.
6    Q      And?
7    A      And that they were instead paid
8  personally.
9    Q      And the consequence of that is?
10    MR. KUNOFSKY:  Objection, calls for a
11  legal conclusion.
12    You can answer.
13    THE WITNESS:  I don't understand, from
14  an accounting perspective, what you're asking.
15  BY MR. HANAMIRIAN:
16    Q      Well, is there a consequence associated
17  with somebody paying, personally, expenses on behalf
18  of the trust?
19    A      It was an analysis that we were asked
20  to perform.  Whether there are consequences seems to
21  be the legal issue that's at issue in this case.
22    Q      From an accounting standpoint, does it
23  matter?  I mean, it's an expert report in the
24  context of that, and there's a tremendous amount of
25  build-up and there's a tremendous amount of

Jessica Hollobaugh

Page 25

1  documentation supporting that these transactions
2  were paid personally on behalf of the trust.  Why?
3  Why does that matter?
4         MR. KUNOFSKY:  Objection, calls for a
5     legal conclusion and, potentially, my work
6     product, but you can answer.
7         THE WITNESS:  It's my understanding
8     legally that there is a potential issue of
9     alter ego, and I was asked to review these
10    accounts to determine where the funding for
11    certain expenses was coming from.  So that's
12    the analysis that I performed.
13 BY MR. HANAMIRIAN:
14    Q     What's your understanding of what alter
15 ego means?  I mean, you identified it.  That's why
16 I'm asking.
17    A     I mean it's a legal term.  I've had
18 several cases that have involved it.
19    Q     Go ahead.
20    A     In general terms, it's when an entity
21 or an individual is one and the same with another
22 entity or individual.
23    Q     And does that appear here?
24    A     Again, I didn't opine upon alter ego.
25 I performed a forensic accounting analysis to assist

Page 26

1  counsel in their legal arguments.
2     Q     Do you think that your analysis
3  supports an alter ego theory?
4     A     Again, I think that's a legal
5  conclusion.
6     Q     Well, in the context of preparing it,
7  and you're engaged to prepare it, and counsel
8  confers with you and say it's an alter ego thing,
9  aren't you then looking for specific items to
10 demonstrate alter ego?
11    A     No, I wasn't asked to demonstrate alter
12 ego.  That's just my understanding of what the issue
13 in the case is.
14    Q     Do you think that there's anything
15 wrong with an alter ego entity?
16    A     In what regard?
17    Q     Well, the claims underlying the case,
18 and the characterization -- I know it's
19 objectionable, but the claims, yes, it's alter ego,
20 but do you know from whom to whom alter ego runs in
21 this case?  Is it Speedus to Shant, is it Shant to a
22 trust, is it Nina to a trust, is it Karen to a
23 trust?  Who is the alter ego in this case?
24    A     Again, I think those are the legal
25 conclusions and the legal issues I wasn't asked to

Page 27

1  opine upon.
2     Q     Okay.  But in the context of performing
3  the analysis you had to, did you break it down and
4  say, okay, this is what we need to look at in order
5  to do X or Y or Z?
6     A     No, I was asked to analyze the sources
7  and uses of funds within each account exactly as I
8  set forth in the report.
9     Q     Do you think that the report goes
10 beyond that?
11    A     I don't understand your question.
12    Q     Well, you do identify facts and
13 conclusions of law in the report, so I'm asking you
14 about them.  And you're saying, well, I wasn't
15 engaged to do that, but they're in there.  Is there
16 a reason?
17    A     I don't ever opine upon alter ego.
18    Q     Just in general, I'm just saying that
19 there are findings of fact and legal conclusions
20 within the report.  I'm saying you weren't engaged
21 for that.  Why are they there?
22         MR. KUNOFSKY:  Objection.  The question
23    is misleading in it presumes that there's
24    findings or conclusions as a defined term.  Or
25    as a technical term.  And to some extent

Page 28

1  vague.  But you can answer.
2         THE WITNESS:  Can you repeat the
3     question, please?
4  BY MR. HANAMIRIAN:
5     Q     Yeah.  I mean, within the report, and
6  I'll try and accommodate what Ari is saying.  There
7  are statements of fact.  How's that?  Or conclusions
8  or statements of fact and conclusions of law.  We
9  can go through them specifically, if that helps.
10    A     That would be helpful.
11    Q     Okay.  Staying on the same page, 7 of
12 Randall's report, under the bolded heading,
13 Inconsistencies between Complaint and Withum's
14 findings.  The paragraph begins, In the Complaint,
15 paragraph 38.
16         Do you see that?
17    A     Yes, I do.
18    Q     And then about the third sentence in
19 that same paragraph, beginning with the words, Later
20 in paragraph 40, the United States claims that
21 because Adelphia Water are now the owners of the
22 corporate assets, including the 572 Wyckoff Mills
23 Road property.
24         Did you presuppose that fact based upon
25 this corporate charter revocation?

Jessica Hollobaugh

Page 29

1    A    There's nothing about Adelphia Water in
2  my report.
3    Q    What about the 572 Wyckoff Mills Road
4  property; anything?
5    A    Not to my recollection, no.
6    Q    Let me ask you just broadly again, in
7  the context of the preparation of the report, did
8  you have questions along the way?  Did anybody
9  prepare a list of questions and open items for the
10 report that says, okay, well, we can't conclude this
11 engagement unless we know this, unless we know that?
12   A    There was never a list, a written list
13 of questions, no.
14   Q    I mean, unless focused on the verbiage,
15 were there any questions?
16   A    Of course there would have been
17 questions, yes.
18   Q    And so again, if there is a privilege
19 or any kind of associated confidentiality with Ari
20 don't answer, but did you communicate with Ari
21 and/or anybody at the United States Department of
22 Justice about any of those questions along the way?
23   A    Yes, I did.
24        MR. KUNOFSKY:  You can answer that
25   question.

Page 30

1  BY MR. HANAMIRIAN:
2    Q    Page 8, Randall identifies, under the
3  bolded heading, Speedus.  He quotes here, analysis
4  here, he begins the process of quoting the summary
5  analysis from your report.  This paragraph, rather
6  than read it all, which is just torture for
7  everyone, me included, these items, can you just
8  review the items that are block quoted in there
9  under the -- where you've identified on that page 8
10 and from your report?  You may just want to review
11 again.  Take a minute.
12   A    Okay.
13   Q    And then at the bottom of it in bold,
14 it says, Accordingly, it's your opinion that the
15 Speedus accounts, your bank accounts were comprised
16 of personal deposits, including little, if any,
17 ongoing business income and were used by Shant to
18 fund personal expenses, at $201,204 satisfaction of
19 a tax lien against the Village Mall in 2015 and a
20 $319,349 tax lien against 520 NRR in 2017.
21        That opinion, again, going back to, I
22 mean it respectfully, what was the point of that,
23 identifying that Shant paid personal -- they're all
24 personal expenses through this entity.  Why does
25 that matter?

Page 31

1    A    Because there were transactions between
2  the bank accounts of Speedus and the bank accounts
3  of the trusts, which we were analyzing the trusts.
4  So in order to analyze the trust, they needed to
5  look at the analysis of Speedus to determine what
6  the sources and uses of funds in that account were.
7    Q    Okay.  And that showed what?
8    A    Just what it says here, that the bank
9  accounts were utilized by Shant as personal bank
10 accounts and were utilized to fund the expenses of
11 the trust.
12   Q    And in the context of performing
13 forensic analysis where you're going through and
14 you're examining the numbered dead body, it's a dead
15 body of numbers.  Again, why does that matter?  So
16 he pays personal expenses through this Speedus
17 account at Morgan.  And again, I mean respectfully,
18 just like I told my kids, what I say instead of how
19 I say it.  But so what?  He pays it through Speedus,
20 so what?  Does it matter for a forensic analysis?
21 Does it matter for the conclusions that you might
22 reach in the report?
23   A    Yes, it mattered.
24   Q    Why?
25   A    Because we analyzed the Pachava Trust,

Page 32

1  and like I just mentioned, there were transactions
2  where Speedus was paying expenses of the Pachava
3  Trust.  So we needed to understand if that was
4  Speedus paying the expenses or whether it was Shant.
5    Q    And what did you find out?
6    A    That the Speedus account was funded by
7  Shant as an individual and was utilized to pay those
8  expenses.
9    Q    And do you have any thoughts as to why
10 that might have been?
11   A    I can't tell you what his thoughts were
12 at the time, no.
13   Q    No, what your thoughts are as to why,
14 in a forensic analysis, you're going through again
15 looking at the dead body, why do you think that that
16 took place the way it did?  Why do you think he used
17 the Speedus account?
18   A    That would be complete speculation.  I
19 don't know.
20   Q    That's all right.  Speculation is all
21 right.  And the expert context is fine.
22   A    Maybe he didn't have another personal
23 account.  I don't know.
24   Q    Did you see any other activity, any
25 other payments out, other than trust transactions

Jessica Hollobaugh

Page 33

1  through the Speedus accounts?
2       A    Yes.
3       Q    Were they also personal expenses of
4  Shant?
5       A    Yes, they all appeared to be.
6       Q    Were there any business transactions,
7  if you know?
8       A    I would have to look back through the
9  details.  I don't recall there being any.
10      Q    When you identified business versus
11 personal transactions without the benefit of the
12 payor, without the account holder, how did you
13 discern which ones were personal and which ones were
14 business?
15      A    So based on the testimony, there was no
16 ongoing business operations, so expenses, many of
17 the expenses were things such as meals and travel.
18      Q    And were those -- okay.  That would be
19 the testimony, I guess, of -- obviously, this is why
20 attorneys -- this is a transcript that somebody will
21 pull and post.  It would be the testimony of the
22 persons who already provided testimony in this case,
23 so it would be Karen, Nina and whomever else, right?
24      A    That was some of the basis, yes.
25      Q    And again, the meals and travel and

Page 34

1  those kinds of things that you say were related,
2  were these identified as trust expenses?
3       A    No, they were not.
4       Q    Do you know if Shant had any other --
5  any other bank or bank equivalent investment,
6  whatever accounts at the Morgans of the world or the
7  Wells Fargos of the world?  You know what I'm
8  saying?  I don't want to be that finite, but do you
9  know he had any other accounts from which he could
10 pay expenses?
11      A    Outside of the accounts outlined in my
12 report, I'm not aware of any others.
13      Q    And the accounts outlined in your
14 report are the ones that you reviewed?
15      A    Correct.
16      Q    Did you have complete statements for
17 all of those for the periods that you analyzed?
18      A    I believe we did.  If we didn't, we
19 would have footnoted it.  I'm fairly certain we had
20 complete statements for those periods, yes.
21      Q    And then moving to -- first off, we're
22 50 minutes in.  And do you want to check the dog or
23 do you need a break?  What do you want to do?
24      A    No, he's being quiet, so I'm good.
25      Q    On page 9 of Randall's report we have

Page 35

1  the Zargis, the paragraph beginning with the title,
2  the bold title, Zargis, and then there's a dash, and
3  then it begins on page 27 of the Withum, we reprint
4  for ease of reading.  And again, this is a block
5  quote from your report.  Can you take a minute and
6  just go through that page?  It runs to the end of
7  that page 9.
8       A    Okay.
9       Q    Again, there's an identification here
10 that Shant is the only signatory, that there's no
11 business activity conducted by Zargis, and that
12 expenses on behalf of the trust, it appears, were
13 paid through this Zargis account as well, correct?
14      A    Correct.
15      Q    And so you say in the conclusion in
16 bold at the bottom, Accordingly, it's my opinion
17 that Shant used the Zargis bank account as a
18 clearing account for funds of other entities,
19 including, but not limited to, monies transferred in
20 from Speedus New York bank accounts for the payment
21 of a real estate tax lien on 520 NRR.
22           What is the basis for your opinion and
23 that conclusion?
24      A    My basis is the sources and use of cash
25 analysis that were performed.

Page 36

1       Q    And what do you consider a clearing
2  account?
3       A    When funds come in and then go out; so
4  it's essentially the account isn't income or
5  expenses, it's just being used as a flow-through.
6       Q    A conduit?
7       A    Yes.  You can use that term.
8       Q    Is there any significance to that?
9       A    Again, this is similar to our
10 conclusion with respect to Speedus, when we analyzed
11 the Pachava assets and the VSHPHH assets.  There
12 were certain real estate taxes which were being
13 funded through the Zargis bank account and we needed
14 to determine the ultimate source.
15      Q    And the ultimate source of the funds in
16 this instance for Zargis was who or whom?
17      A    Well, it flowed through Zargis from
18 Speedus, which was the personal funds of Shant.
19      Q    And do you have any sense as to why
20 that took place?
21      A    Again, that would be speculation.
22      Q    I understand, but what's -- so money
23 went through Speedus and Zargis and then out and
24 paid to a municipality.  As a forensics person, does
25 that raise any red flags with you?

Jessica Hollobaugh

Page 37

1     A     It was part of my analysis of the
2  Pachava and VSHPHH Trust.
3     Q     Understood.  But does it raise any red
4  flags for you, as far as the transactions
5  themselves, does it matter?
6     A     Generally business accounts aren't
7  utilized to fund personal expenses.  But as we've
8  talked about before, there's no tax returns that
9  were filed.
10    Q     When would that matter?  When would it
11 matter if you used the business account to fund
12 personal expenses?
13    A     If you deducted those personal expenses
14 on a business tax return.
15    Q     And so then if you don't do that,
16 what's the consequence otherwise?
17    A     I think that's a legal question.
18    Q     Well, and I very much respect you,
19 obviously, and so I want to make sure that I don't
20 say things in the wrong manner, because it's not my
21 style.  But in this instance, we're saying that your
22 conclusion is that it's your opinion, which is an
23 expert opinion, they used the account as a clearing
24 account for funds; what's the point of that?  What's
25 that conclusion intended to support?

Page 38

1     A     It's intended to support --
2        MR. KUNOFSKY:  Objection.  Sorry,
3     objection to the extent it calls for her to
4     opine on, to provide work product or a legal
5     conclusion, but you can answer to the extent
6     you're talking about in the accounting
7     context.
8        MR. HANAMIRIAN:  Yeah, I mean if you
9     want me to --
10       MR. ZIMBERG:  Go ahead.
11       MR. HANAMIRIAN:  The reason I say what
12    I'm saying and not argumentatively, but when
13    we say it's my opinion that he used the --
14    Shant used the Zargis bank account as a
15    clearing account, the opinion, assumedly
16    matters for some reason.
17       THE WITNESS:  That opinion is used to
18    support my other opinions with respect to my
19    analysis of the Pachava and VSHPHH Trust.
20 BY MR. HANAMIRIAN:
21    Q     Which are what -- take the sequence,
22 then.  So from the prior Speedus analysis and
23 dialogue we just had, and the Zargis analysis and
24 dialogue that we just had, how do those two plug in
25 to your subsequent opinions, as you describe?

Page 39

1     A     Sure.  The real estate taxes for both
2  the Pachava and VSHPHH Trust were paid through those
3  entities, which we concluded were controlled and
4  funded by personal funds of Shant.  So, in essence,
5  when we see the real estate taxes being paid, that
6  contributes to our conclusion that Shant carried the
7  burden of ownership of those entities by funding the
8  real estate taxes.
9     Q     The entities being the trusts?
10    A     Correct.
11    Q     Okay.  And that supports just that?  It
12 just supports that he used these monies to pay
13 expenses on behalf of the trusts through these two
14 companies?
15    A     And I should probably reword, it's the
16 properties versus the entities, but yes.
17    Q     Tell me what you mean.
18    A     He funded the expenses of the
19 properties.
20    Q     Not the trusts.  I'm just trying to
21 assure that the flow of funds is accurate.
22       How did things go back and forth in
23 both the Speedus and/or the Zargis accounts, monies
24 came in from -- do you know the source of the monies
25 that came in?

Page 40

1     A     Yeah, they're all in schedules
2  throughout the reports, yes.
3     Q     And then that sourcing is derived from
4  what, the bank statements?
5     A     The bank statements and the review of
6  other financial and non-financial documents.
7     Q     Okay.  And what supports that the
8  monies came from Shant personally?  What
9  documentation supports that?
10    A     It would depend on each individual
11 transaction.  You'd have to look at them all
12 individually.
13    Q     We'll stay on pages 8 and 9, where in 8
14 we're talking about the tax lien against Village
15 Mall for the 319-and-change thousand, that
16 transaction.
17    A     Give me one second.  I'm just trying to
18 find it in my report here.
19    Q     Take your time.  It's not speed-driven.
20 Thank you, though.
21    A     On January 19, 2017, 319,000 was paid
22 out of the Zargis bank account for the Middletown
23 Township taxes.  That was funded from two transfers
24 from the Speedus account just two days earlier of
25 140,000 and 200,000.

Jessica Hollobaugh

Page 41

1    Q    And so it looks like that the property
2  tax was paid through the entity.  Do you have any
3  sense of why that might have been?
4    A    I do not, no.
5    Q    Did it concern you, professionally,
6  obviously?
7    A    It was part of my analysis.
8    Q    Did it raise any question in your mind?
9  Like, maybe I can make it easier.  I'm asking now,
10  why did he do that?  You say, okay, why would you do
11  that, as you're looking through?
12    A    Right, it raised the question of why
13  taxes relative to an asset that's been put in trust
14  aren't being paid out of the trust.
15    Q    And what did you think in your mind was
16  the reason?  Did you think that there was any
17  reason?
18    A    Again, I think it would be speculation
19  to try to understand the reason why Shant handled
20  his finances that way.
21    Q    Understood.  But in the forensic expert
22  analysis, which is what we've identified with the
23  scope of the engagement, there is speculation
24  associated with forensic analysis, yes?
25    A    No.  Our analysis is performed to avoid

Page 42

1  speculation, utilize financial, non-financial
2  documents, as to not speculate.
3    Q    Do you have to make assumptions?
4    A    Sometimes, yes.
5    Q    Did you make assumptions in this
6  instance?
7    A    With respect to this payment, no.
8    Q    And why not?
9    A    Because I could clearly trace where the
10  funds were coming from.
11    Q    And that was from Speedus?
12    A    Speedus, which was funded with Shant's
13  divorce proceeds.
14    Q    What do you mean by "divorce proceeds"?
15    A    Funds that he received subject to his
16  divorce.
17    Q    What do you mean?  Again, can you be
18  more specific about that?
19    A    It was money that went into the Speedus
20  account, which was indicated to be money from --
21  relative to his divorce from Hilde for their
22  settlement.
23    Q    Was that on the bank statements?
24    A    The classification of it as divorce
25  proceeds?

Page 43

1    Q    Yes.
2    A    No, it was not.
3    Q    And so how did you come to that
4  conclusion, or how did you come to that assumption,
5  or whatever you want to call it?
6    A    The funds came in from Sparebanken,
7  S-P-A-R-E-B-A-N-K-E-N, one word, Rogaland,
8  R-O-G-A-L-A-N-D, and were notated with the term
9  Hilde Nedrehangen Jenssen.
10    Q    Okay.  So that there were monies -- it
11  seems like they were paid by Hilde to the Speedus
12  account?  They were wired into the Speedus account?
13    A    Correct.
14    Q    It indicates wire?
15    A    Correct.
16    Q    And then you reached -- you in some way
17  said that they were funds from his divorce.  But do
18  we know that?
19    A    Hilde testified as such.
20    Q    What did she say, do you recall?
21    A    I don't recall exactly, no.
22    Q    Do you recall -- if it helps, do you
23  recall her saying that she owed Shant money?
24    A    I don't recall that, no.
25    Q    Moving on to page 10 of Randall's

Page 44

1  responsive report under the bolded heading Pachava
2  and 529 Navesink River Road, Randall identifies that
3  an asset here in this litigation for which there is
4  a claim as this 520 Navesink River Road property.
5        What do you know about that property?
6    A    In what regard?
7    Q    Well, what's -- have you -- who owns
8  that property?
9        MR. KUNOFSKY:  Objection, calls for a
10  legal conclusion.
11        You can answer.
12        THE WITNESS:  Currently it's titled to
13  the Pachava Trust.
14  BY MR. HANAMIRIAN:
15    Q    And Randall's characterization of your
16  report, in summary form, without reading it, is that
17  essentially the theory, is that Shant potentially
18  co-mingled trust assets or trust monies to such an
19  extent that somehow the trust itself is invalid; is
20  that accurate?  Or is that an accurate description
21  of what Randall says?  And I know all the associated
22  hearsay issues associated with that question.  I get
23  it.
24        MR. KUNOFSKY:  I'm going to object.
25        It's just compound and --

Jessica Hollobaugh

1   MR. HANAMIRIAN:  The whole list.  Pull
2   out the trial handbook and --
3   MR. KUNOFSKY:  The whole list.  That's
4   how you preserve them.  It's compound.  I
5   believe it's improper for one expert to --
6   well, I'll object to the question as compound.
7   Can you rephrase it to do one report?  At
8   least start off with one report.
9   MR. HANAMIRIAN:  No, if you go to the
10  word "improper," I'm going to withdraw it.
11  Not because of you, but I want to withdraw it
12  to ensure it's not characterized at all like
13  that.
14  BY MR. HANAMIRIAN:
15  Q   What I'm trying to do, sentence
16  number 2, under the heading identified as Pachava
17  and 529 Navesink Road, beginning with the words,
18  "All of the Withum report."  I was trying to provide
19  a synopsis of that.
20  A   I'm not following where you are.
21  Q   Page 10, and then the bolded heading,
22  Pachava and 520 Navesink River Road, second sentence
23  in that paragraph beginning with the words, All of
24  the Withum report.  Take a second and then you tell
25  me what it says, rather than me trying --

1   A   What was your question with respect to
2   that paragraph?
3   Q   Is that an accurate statement of
4   what -- your report, the characterization of your
5   report?  That sentence and the last sentence in that
6   same paragraph together.
7   A   No, I don't think so.
8   Q   And then, if you can, tell me why not.
9   A   Our conclusions are fairly clear.  I'm
10  looking at them, and it says that our report was
11  organized to indicate that Shant obtained the
12  benefit by living at 520 Navesink River Road without
13  the payment of fair market rent and also carried the
14  burden of ownership by funding the taxes and other
15  expenses at the property.
16  The sentence in here -- what we're
17  suggesting and co-mingling aren't terms that we
18  utilize.
19  Q   The 520 Navesink Road property, do you
20  know who owned that property before the trust?
21  MR. KUNOFSKY:  Objection to the extent
22  it calls for a legal conclusion, but you can
23  answer.
24  BY MR. HANAMIRIAN:
25  Q   Did you review any documents that

1   reflect the ownership of that property prior to the
2   transfer into the Pachava Trust?
3   A   Yes.  The title was transferred from
4   Shant's mother.
5   Q   To?
6   A   The Pachava Trust.
7   Q   Okay.  And was there any identification
8   as to the reason for that transfer?
9   A   I guess I'm not following your
10  question.
11  Q   Was it a gift?  Did somebody pay?
12  A   It was a one dollar transfer into the
13  trust.
14  Q   Would you call that a gift?
15  A   Yes.
16  Q   And then do you have any experience in
17  dealing with gift tax issues?
18  A   Yes.
19  Q   And in that if somebody transfers real
20  property into a trust, what's the consequence of a
21  transfer like that?
22  A   There's a gift tax return that's to be
23  filed by the person transferring the asset.
24  Q   And we presuppose the value is greater
25  than the exclusion amount for any particular gift,

1   or series of gifts?
2   A   Correct.
3   Q   And then there's a triggering of a
4   Federal gift tax return?
5   A   Correct.
6   Q   Do you know if a gift tax return was
7   filed in this instance?
8   A   It's my understanding that one was not
9   filed.
10  Q   From your experience, what happens if
11  you don't file a gift tax return; you've made a gift
12  in excess of the annual gift tax exclusion amount?
13  Not the exclusion amount, the gift tax.
14  A   There could be an audit and assessment
15  of tax.
16  Q   Is there any other consequence?
17  A   From the tax standpoint, an accounting
18  standpoint, I think that's it.
19  Q   And then what happens?  Are there
20  penalties and interest associated with that?
21  A   Yes, there would be.
22  MR. KUNOFSKY:  I'm going to object to
23  this line of questioning and that question to
24  the extent it calls for a legal analysis what
25  the IRS can and can't do.  But her

Jessica Hollobaugh

Page 49

1    understanding is what -- so long as it's
2    understood that she's testifying as to what
3    she understands.
4           MR. HANAMIRIAN:  Okay.
5           MR. KUNOFSKY:  I don't want this to be
6    some sort of a waiver issue.
7           MR. HANAMIRIAN:  And I don't rely on
8    the testimony for the statement of the law,
9    either.  I just want to get an understanding
10    of what her knowledge is with respect to that
11    type of activity; that's all.
12  BY MR. HANAMIRIAN:
13    Q     And so in that same paragraph, Randall
14  goes further, and in the next paragraph, which is
15  the second full paragraph, beginning with the words,
16  "For ease of comparison," he then block quotes you
17  again, and then again at the bottom of page 10
18  running into page 11 and 12.
19           Can you take a moment and review that
20  quoted language?
21    A     Okay.
22    Q     And then at the bottom of page 11 and
23  running into 12, you conclude, Accordingly, it's my
24  opinion that Shant obtained a benefit by living at
25  520 NRR without the payment of fair market rent and

Page 50

1    carried the burden of ownership of 520 NRR by
2    funding the real estate taxes and other expenses of
3    the property through other bank accounts he
4    utilized.
5           I can't say or tell, but is that an
6    accounting/expert conclusion?
7           MR. KUNOFSKY:  Objection, calls for a
8    legal conclusion.
9           MR. HANAMIRIAN:  I hear you.  It's the
10    "it's my opinion that Shant obtained a benefit
11    by living," appears to me that that is -- I
12    want to understand what the accounting or
13    forensic conclusion is.
14           THE WITNESS:  I believe it is.  He
15    obtained an economic benefit by living in the
16    property without paying rent.
17  BY MR. HANAMIRIAN:
18    Q     Isn't economic benefit an accounting
19  term?
20    A     Well, economic benefit, so yes, I would
21  say it is.
22    Q     Is that what you meant when you wrote
23  it?
24    A     Right.  We're talking about the
25  non-payment of rent, so yes.

Page 51

1    Q     So he got what you would identify as an
2  economic benefit by not paying rent on the house?
3    A     Correct.
4    Q     We're saying in the conclusions are
5  that Hasmig, H-A-S-M-I-G, is her legal name, if she
6  transferred the property to trust, did you consider
7  whether this was a gift to the trust?  We identified
8  that it was transferred for a dollar and we said it
9  was potentially a gift, right?
10    A     Yes, it was a gift to the trust; yes.
11    Q     And so then why would he pay rent
12  thereafter?
13    A     Why would Shant pay rent?
14    Q     Why would anybody pay rent?
15    A     The trust is entitled to receive fair
16  market value rent for its assets.
17    Q     Did you see the two trust -- the trust
18  document, the Pachava asset trust?
19    A     Yes, I did.
20    Q     And did it reflect who the
21  beneficiaries of the trusts were?
22    A     Yes, it did.
23    Q     Do you recall who they were?
24    A     Which trusts are you speaking about,
25  the Pachava?

Page 52

1    Q     Yes.
2    A     Shant's three children.
3    Q     And were the children living in the
4  house?
5    A     Yes, they were.
6    Q     And so when you talk about a fair -- an
7  economic benefit for Shant, are you parsing out the
8  children?  If there is a gift -- what I'm asking
9  you, if there is a gift to the trust by the
10  grandmother and the children live in the house, do
11  they need to pay rent?
12    A     Children never need to pay rent.  It's
13  the responsibility of the parents.
14    Q     For who?  So the children live there,
15  do they need to pay rent?
16    A     No, I just said the children never pay
17  rent, whether there's a trust or not a trust.
18    Q     So it would be the parents who would
19  have to pay rent for their use?
20    A     The parents pay rent for the family's
21  use, correct.
22    Q     Would they have to pay for the
23  children, if the children got the house via gift?
24    A     Yes, they would.
25    Q     What?

Jessica Hollobaugh

Page 53

1    A    Because it's the parents'
2 responsibilities to pay rent for children.
3    Q    If I asked the question, Ari would
4 object. I'm saying: Why is it their
5 responsibility?
6         MR. KUNOFSKY: Objection. It calls for
7    a legal conclusion. You can answer as to the
8    economic or accounting basis for that.
9         THE WITNESS: The trust is to be
10    administered for the benefit of its
11    beneficiaries. So that home could have been
12    rented at fair market value, 100 percent fair
13    market value to a third party.
14 BY MR. HANAMIRIAN:
15    Q    Okay. But instead the children lived
16 there with their parents. And so when you say it's
17 your opinion that Shant obtained a benefit by living
18 there, do you mean just Shant, or do you mean the
19 whole family?
20    A    Shant was the one that was paying
21 living expenses for the family; so Shant.
22    Q    So by paying expenses for the family,
23 he obtained a benefit? I think what I'm pointing
24 to, again the bottom at page 11 and into 12, where
25 you say, it's your opinion that Shant obtained a

Page 54

1 benefit by living at 520 NRR without the benefit of
2 fair market rent and carried the burden of ownership
3 of 520 NRR by funding the real estate taxes and
4 other expense of the property through other bank
5 accounts he utilized.
6         That page, is it that Shant obtained
7 that benefit or did everybody obtain that benefit?
8    A    Shant obtained that benefit. The
9 children would have had a household, regardless of
10 whether that trust was created or not.
11    Q    What do you mean? How do we know that?
12    A    Shant, as a parent, would have
13 maintained a household for his children.
14    Q    I'm just trying to understand, because
15 again it goes back to the notion that it's a gift
16 and that he paid the expenses, but that the gift --
17 I don't think -- I don't think there's an issue
18 surrounding what the trust document says, and so we
19 can leave it at that. You've identified that the
20 beneficiaries are the children. So again, they
21 receive a gift, yes?
22    A    Correct.
23    Q    And then we talked about you would then
24 -- process wise a gift tax return would be filed to
25 demonstrate the gift. So it goes to the trust, the

Page 55

1 gifted trust is a gift to the beneficiaries,
2 correct, for tax purposes?
3    A    A gift to the trust; and then the
4 beneficiaries are the ones that are supposed to
5 benefit from the asset that's held in the trust,
6 correct.
7    Q    And then in this instance, do you
8 believe that the children benefited from the asset
9 that was the subject of the gift to the Pachava
10 Trust?
11    A    I do not. I think the children would
12 have had a household to live in whether there was a
13 gift to them or not.
14    Q    I don't want to argue or be perceived
15 as arguing; I'm not. Let's take an example and say
16 if the grandmother, in this instance, Paris, had
17 made a gift to the trust of a car, and the children
18 used the car, would your response be the same? Did
19 the parents have an obligation to pay for the car?
20    A    I don't think a car is the same as
21 shelter for a child.
22    Q    For tax reporting purposes, as an
23 accountant and a forensic person, do you distinguish
24 between the nature of the gift and, say, well,
25 parents don't have to provide a car, but they do

Page 56

1 need to provide a house, so we're not going to file
2 a return?
3    A    Well, there's a difference here in that
4 situation that you just gave me, the car is being
5 used only by the children. It's not being used by
6 it parents.
7    Q    What if the parents use it, too?
8    A    Do the parents have another car or they
9 don't know how to purchase their own car because
10 they're using their children's?
11    Q    The parents have 13 other cars. For
12 reporting purposes, does it matter?
13    A    I think in that situation that you just
14 talked about, the children are the ones receiving a
15 primary benefit of the car.
16    Q    And so that asset, in your mind, is
17 distinguishable than a home, a house?
18    A    Yes, I think they're completely
19 different assets, correct.
20    Q    And for reporting purposes, you would
21 go through an analysis of distinguishing the asset
22 or the gift made, you would look and see whether we
23 need to file a gift tax return and you say, well,
24 wait a minute, what asset was contributed, and they
25 say it was a real estate. They say, okay. Do you

Jessica Hollobaugh

Page 57

1  then start drilling down like we are now and say how
2  many other houses?  How old are the children?  Do
3  they need to live there?  Do we do that analysis in
4  the reporting context as well?
5      A     Are you talking about a gift tax return
6  or for the administration of the trust?
7      Q     Either.  I think the administration of
8  the trust is outside the scope, which is why I
9  didn't do it, but for gift tax purposes.
10     A     For gift tax purposes, it's the value
11 of the asset.
12     Q     And so it's not differentiated for gift
13 tax purposes?
14     A     No, I don't believe so.
15     Q     Where does your -- again, I don't want
16 to belabor it, professionally.  Where do you come --
17 where is the -- that distinction, where is it
18 derived from that you're looking at the underlying
19 asset and it's use and that type of thing?  It's a
20 basis or a part of the basis for your formation of
21 your opinion so that's why I'm pushing so much to
22 understand.  It's not a challenge to you, it's an
23 understanding.  I'm just trying to understand why we
24 go through that analysis for this purpose, but for
25 gift tax return purposes, asset is the asset and we

Page 58

1  report it, but in this instance we say, oh, well,
2  no, it's different because their parents are
3  required to provide a home.
4      A     There's no differences in the gift tax
5  reporting.  I thought we just talked about that.
6  The difference is how the asset is handled and held
7  for the benefit of the beneficiaries.
8      Q     Okay.  And in the context of that, you
9  provided and you reviewed Randall's pages of pulled
10 quotes from your report that we identified.  And in
11 those quotes you talk about Shant having paid all
12 the expenses for the property.  Would he then be
13 just meeting his parental obligation under that
14 theory of the gift?  Is he required to pay the gift
15 taxes for the kids so he could provide shelter?
16     A     I'm confused with your question.  He's
17 not required to pay the gift taxes.  The gift taxes
18 are paid by the mother on the filing of the gift tax
19 return.
20     Q     I apologize.  I misspoke.  Real estate
21 taxes.
22     A     I think there's a difference between
23 the cost of ownership and what fair market rent is.
24     Q     What do you identify as the cost of
25 ownership?

Page 59

1      A     The cost of owning a home, real estate
2  taxes, homeowner's insurance, things along that
3  nature.
4      Q     In a scenario, if the trust has no
5  other liquid asset, the renter has no liquid assets,
6  where would you have expected the money for these
7  expenses to come from?
8      A     If there was fair market value rent
9  being paid, there would be liquid assets in order to
10 pay those expenses.
11     Q     Okay.  And so in this scenario, he paid
12 what, $500,000 or more in real property taxes and
13 Hilde, I believe, testified that they paid all of
14 the utilities and things associated with the
15 property.  Does that equate to you or exceed fair
16 market value rent?
17     A     I feel like that was a loaded question.
18 I'm not sure where you're getting the numbers from,
19 so can you just kind of simplify that?
20     Q     That's what I was trying to do.  On
21 page 11, in that -- in the middle of the page
22 under -- in Randall's report, "We reprint Withum's
23 conclusion from page 36 below."  At which point
24 Randall identifies or quotes you in the third bullet
25 point, sub-bullet points 1, 2 and 3 of these real

Page 60

1  estate taxes, expenses and other items for this 520
2  property.
3              Did the payment of those -- are they
4  obligated to pay those expenses, as parents?
5      A     As parents, they provide a shelter to
6  their children.  So I guess your question is
7  confusing me because these expenses are the expenses
8  of the trust.
9      Q     Well, yeah.  I mean, and that's where
10 I'm trying to get to.  I want to understand.  We're
11 saying the gift to trust is not a gift that the
12 children and the whole family is responsible for
13 fair rental value of the property because the
14 parents are obligated to pay and provide shelter for
15 their children.  Are they similarly obligated to pay
16 these expenses that we've just identified in
17 Randall's rebuttal report quoting your report?
18         MR. KUNOFSKY:  Objection again to the
19     extent it calls for a legal conclusion, but
20     you can answer.
21         THE WITNESS:  The parents are the one
22     that choose where to live.  They can choose
23     whether to live in the asset that was gifted
24     into the trust or choose to live in another
25     asset.  In all situations, it's the parents

Jessica Hollobaugh

Page 61

1    that pay the expenses of shelter, which are
2    these expenses that you're relating to down
3    below, which are the real estate taxes and
4    utilities of the house.
5  BY MR. HANAMIRIAN:
6        Q    So it's a parent's obligation -- those
7    expenses are similarly the parent's obligation?
8        A    They're expenses that a parent would
9    generally pay for the upkeep of a home that their
10   child lived in, yes.
11       Q    And again, so that your conclusion, it
12   doesn't matter who owns the house, the parents have
13   the obligation regardless; is that accurate?  Again,
14   it's not a trick.  I just want to understand.
15       A    I'm trying to understand your question
16   and get to what you're asking me, and I'm having a
17   difficult time.
18       Q    If the parents -- the logic extreme is
19   that the parents have the gift to the trust from
20   grandmom comes in for the benefit of the children.
21   We say, okay, well, that doesn't matter for purposes
22   of fair market value rental payment, right?
23   Because, as you said, the parents have that
24   obligation to provide shelter for the children.  So
25   they still need to pay rent for the four of them

Page 62

1  living in the house or whatever it is, right?
2        A    The children should be the ones
3  receiving the benefit of the asset that's being held
4  in trust.
5        Q    And do you think that they did in this
6  instance?
7        A    I do not.  And we've gone through this
8  before.  Because I think the children would have
9  still had a place to live, had this trust not been
10 created and the house not been gifted into the
11 trust.
12       Q    So then say that the children are 18,
13 21, 25, 30 and they're all living in the house with
14 their parents; same analysis?
15       A    You're saying the children are all of
16 legal age?
17       Q    Yes.
18       A    I think it would depend on how the
19 trust instrument reads and what the requirements
20 were.
21       Q    In this instance, you reviewed the
22 trust document.  Do you recall what it says about
23 those obligations, if they exist?
24       A    I do not, no.
25       Q    Are there any assumptions with respect

Page 63

1  to the document or the trust terms in your report?
2        A    I don't believe so, no.
3            MR. HANAMIRIAN:  Ari, do you want to
4    take five, 10 minutes' break.
5            MR. KUNOFSKY:  That's fine.
6            (Brief recess.)
7  BY MR. HANAMIRIAN:
8        Q    We're back on the record.  It's 11:52
9  a.m. Eastern Standard Time.  I'm going through --
10 thumbing through Randall's report just to see --
11 let's go to page 17.  And then there's a bolded
12 heading there, Conclusion of Shant and 520 NRR and
13 Pachava.  That's after the runover paragraph.  I'm
14 on that page.
15           You see where I am?
16       A    Yes, I do.
17       Q    And the first paragraph of the sentence
18 begins, "Without repeating the last section," and
19 then Randall proceeds to say, The Withum report
20 leaves out a great deal of analysis (rent analysis,
21 gift exclusion, children's use of their trust
22 property, et cetera).
23           Do you agree with that statement?
24       A    No, I don't.
25       Q    Do you feel that you considered all the

Page 64

1  facts surrounding?
2        A    Yes, I do.
3        Q    And then the next paragraph heading in
4  bold again, same page, 17, same report, VSHPHH Trust
5  and the Village Mall, in bold, and Randall
6  identifies and quotes you again in that first
7  paragraph.  The paragraph begins with the words,
8  Beginning on page 37, and then your quoted language
9  is immediately thereafter beginning the words,
10 Although the title of the Village Mall.
11           Can you take a moment and just read
12 that paragraph that's quoted from your report?
13       A    Okay.
14       Q    In that paragraph, in the second
15 sentence, beginning with, Furthermore, Shant related
16 entities benefited from usage of the second floor
17 office space without the payment of rent and the
18 cash flow generated by the Village Mall was
19 primarily used for the direct and/or indirect
20 benefit of Shant.
21           What do you mean there?  What benefit
22 did Shant or related entities obtain from the use or
23 whatever of this second floor space?
24       A    So the first part of the sentence is
25 just what you said, the use of the second floor

Jessica Hollobaugh

Page 65

1  office space without any payment of rent.  That's
2  where Gandolfo sat.  And then the second half of the
3  sentence deals with the cash flow generated by the
4  Village Mall property that was co-mingled with
5  HovSat used for other things.
6      Q     So where Karen Gandolfo sat, did Karen
7  work for the trust?
8      A     Karen testified she worked for Speedus.
9      Q     And so did she do work for the trusts?
10     A     She collected the rents and paid the
11  expenses relative to the Village Mall, along with
12  all of the other accounting functions that she was
13  performing.
14     Q     So that second floor space where she
15  sat is what we're talking about; is that accurate?
16     A     Correct.
17     Q     And so some portion of that space was
18  used for trust accounting and some portion was used
19  for these other entities, as you state, correct?
20     A     Correct.
21     Q     Moving to the next paragraph, which is
22  boldly entitled -- bold, entitled, Village Mall.
23  What's your understanding of this property and the
24  history of this property in this case?
25     A     It was owned by Shant's -- I'm not sure

Page 66

1  if it was both of his parents, or just his father,
2  and the deed was transferred to the VSHPHH Trust in
3  January of 2015.
4      Q     Okay.  And in the context of Randall's
5  report, he states that -- there's a cash flow from
6  page 41 of your report that identifies the gross net
7  or the gross sources and uses of monies in and out
8  for Village Mall.
9          Do you see that portion of the report
10  reproduced in Randall's report?
11     A     Correct.
12     Q     Okay.  At the bottom of the grid, which
13  is the cash flow analysis, from page 41 of your
14  report, there are net figures for each of the years.
15  And for 2015 through September of 2020, it appears
16  and in each instance, or in certain instances, there
17  are net positives and there are net negatives,
18  correct?
19     A     Correct.
20     Q     And do you feel comfortable that you've
21  captured all of the transactions associated with the
22  Village Mall property?
23     A     Yes, I do.
24     Q     Did you see any consequence
25  associated with the negative net income figures that

Page 67

1  are reflected for 2016 and 2019 on that grid?
2      A     When you say negative consequence, what
3  do you mean?
4      Q     Negative net income.  Do you find that
5  there's any issue associated with that?  What
6  generated those negative figures, if you know?
7      A     Well, in 2016 -- the real estate taxes
8  for both '15 and '16 were funded, so the cash flow
9  for '16 suffered, but the cash flow for '15 was
10  higher because of that.
11     Q     Okay.  And do you see any trending, as
12  far as what the net would be each year without the
13  real estate tax piece?
14     A     I'm sorry, I'm not following your
15  question.
16     Q     It looks like there's net income in the
17  years where taxes were not paid, right, that the net
18  income is a positive figure in the year that real
19  property taxes or the bulk of property taxes were
20  not paid?
21     A     No, there's net income in the years the
22  taxes were paid as well.
23     Q     And the real property taxes in the
24  sources and uses analysis that you did here, the
25  real estate tax amounts were taken from where?

Page 68

1      A     The bank statements.
2      Q     The bank statements for Speedus and
3  Zargis, or the bank statements for Village Mall, if
4  you know, if you recall?
5      A     It would be from the -- the bank
6  statement for HovSat and then the subsequent bank
7  statement for the VSHPHH Trust, and then likely also
8  additional review of non-financial transactions as
9  well, e-mails and those kind of things.
10     Q     Let's go to page 21 of Randall's
11  report, which addresses what he identifies as your
12  final conclusion.  Are you there with me on that
13  bolded heading, Withum's final conclusion?  And the
14  first paragraph begins with the words, On page 49,
15  Withum states the following?
16     A     Yes, I'm there.
17     Q     It quotes you as saying, Based on the
18  assumptions analyses and discussions presented
19  within this report, it is my opinion, within a
20  reasonable degree of professional certainty -- now,
21  the reasonable degree of professional certainty
22  standard comes from where, do you know?  Is that
23  within your profession?
24     A     It is within our profession, yes.
25     Q     What does it mean to you?

Jessica Hollobaugh

Page 69

1     A     It means that we've followed the code
2  of conduct and it's within professional certain,
3  so we've demonstrated competent -- we have
4  sufficient relevant evidence to make our
5  conclusions.
6     Q     AICPA standards, FASB standards?
7     A     AICPA.
8     Q     Your conclusion, with a reasonable
9  degree of professional certainty, is that in the
10  first instance that the Speedus New York bank
11  accounts were comprised of personal deposits,
12  included little, if any, ongoing business income or
13  were used by Shant to fund personal expenses,
14  $201,204 satisfaction with tax lien against Village
15  Mall in 2015 and the $319,349 tax lien against 520
16  NRR in 2017.
17        And that's -- when you say that's your
18  opinion, what do you mean?  The reason I ask the
19  difference is, I'm asking the difference between
20  what is a statement of fact that you've concluded as
21  a result of the forensic analysis and your opinion,
22  and so in understanding the difference between the
23  two, if there is.
24        So is it your opinion that those things
25  are true, or are they, based upon your forensic

Page 70

1  analysis, reveals that they are true as a matter of
2  fact?
3     A     It's an opinion based on my forensic
4  analysis.
5     Q     And the same question, if I may, for
6  the quoted language on page 22 -- it's in italics --
7  nearest the top of the page, beginning with the
8  words, Shant used the Zargis bank account as a
9  clearing account for funds of other entities.
10        And it proceeds from there.
11        Same answer as far as whether that's a
12  statement of fact or an opinion?
13     A     Yes, same answer.
14        MR. KUNOFSKY:  For this question and
15     the prior question, I'm going to object to the
16     extent the distinction between fact and
17     opinion is a legal one.  And you can answer to
18     your understanding of what you're doing here.
19     Sorry.  Go ahead.
20  BY MR. HANAMIRIAN:
21     Q     All of this can be caveated with that.
22        But when we say -- when you say in your
23  profession that "it is my opinion within a
24  reasonable degree of professional certainty," are
25  you opining or are you stating fact?

Page 71

1     A     I'm opining based on my analysis of the
2  facts.
3     Q     So is the truth of the underlying facts
4  subsumed within your analysis and then further
5  subsumed within your opinion?
6     A     I'm sorry, I don't understand your
7  question.
8     Q     Picture the US and the Soviet Union
9  meeting in space and the two come to connect the two
10  units, right, the two spaceships; are the underlying
11  facts connected to your opinion and form the basis
12  for your opinion under the standard of this
13  reasonable degree of professional certainty?
14     A     Yes.  I think what you're asking me is
15  what I just said.  This is my opinion based on an
16  analysis of the underlying facts, the data that's
17  been presented in the case.
18     Q     And it presupposes that those facts are
19  accurate or true, not that they're not, I'm just
20  asking, that it presupposes?
21     A     Yes.
22     Q     Similarly on that same page, 22, two
23  paragraphs down, again in italics, the second
24  sentence of that quoted language starts with the
25  word "Additional," and then proceeds to, Although

Page 72

1  Shant was not a known signatory on the Pachava
2  Morgan Stanley account, he maintained the ability to
3  direct the movement of funds and payment of
4  expenses, regardless of whether there was -- I'll
5  start it again.
6        So that sentence that I'm referencing
7  is now, Additionally, although Shant was not a known
8  signatory on the Pachava Morgan Stanley account he
9  maintained the ability to direct the movement of
10  funds and payment of expenses, regardless of whether
11  there was another trustee.
12        Is that an accounting opinion or a
13  forensics opinion; or what is that?
14     A     That's our opinion based on a review of
15  the underlying bank statements and the non-financial
16  documents that we've reviewed.
17     Q     And which ones said that he, quote,
18  unquote, he maintained the ability to direct the
19  movement of funds and payment of expenses,
20  regardless of whether there was another trustee?
21        Do you recall from where that's
22  derived?
23     A     Yeah, that was our opinion based on a
24  review of the movement of funds in and out of the
25  Pachava Morgan Stanley account, along with a review

Jessica Hollobaugh

Page 73

1  of e-mails that were subpoenaed from Morgan Stanley
2  outlining who was directing the movement of the
3  funds.
4      Q     And that was -- that conclusion is
5  within the scope of your engagement?
6      A     Yes, it is.
7      Q     Why?
8      A     Because it was a review of financial
9  records to determine why these funds were being used
10 for certain expenses.
11     Q     How do we know that Shant maintained
12 the ability to direct the movement of those funds?
13     A     That's my opinion based on my review of
14 the funds moving, along with my review of the
15 non-financial documents between Shant and whoever
16 else, and the Morgan Stanley representatives.
17     Q     Do you have any opinion about why he
18 was not a non-signatory on the Pachava Morgan
19 Stanley account?
20     A     Do I have an opinion on why he wasn't?
21     Q     Yes.
22     A     I don't have an opinion.  I can
23 speculate because he was not the trustee.
24     Q     Do you know when that Pachava Morgan
25 Stanley account came into existence?

Page 74

1      A     During 2013.
2      Q     So when you say that -- what I'm stuck
3  on is the ability to direct the movement of funds.
4  Did he move monies out of the trust?
5      A     Yes, he did.
6      Q     Out of the trust account or -- he did?
7      A     Yes.
8      Q     Okay.  How did he do that?
9      A     So at one point Morgan Stanley e-mailed
10 Hilde and Shant asking if real estate taxes could be
11 paid out of the Morgan Stanley account and Shant
12 responded and said, no, but transfer 9,000 to HovSat
13 and $750 to Vahak.  And those funds were
14 subsequently moved out.
15     Q     Was Hilde then acting as a trustee, do
16 you know?
17     A     That was during her tenure as trustee,
18 correct.
19     Q     And so Morgan Stanley sent the e-mail
20 to both of them?
21     A     Correct.
22     Q     On the next page, page 23, again,
23 towards the middle of the page, the paragraph that
24 I'm referencing begins with the words -- Randall's
25 words -- "We are of the opinion that," and then he

Page 75

1  quotes language from your report immediately
2  thereafter beginning with the words, "Although the
3  title of the Village Mall."
4           Will you just take a moment and read
5  that paragraph?
6      A     Okay.
7      Q     What corporate procedures consistent
8  with the property transferred to and held in a trust
9  were not followed here?
10     A     So there were no gift tax returns filed
11 to report the transfer of the property.  There was
12 no independent bank account established to deposit
13 rental revenues associated with the activity of the
14 property.  He co-mingled the bank account with
15 finances of related entities.
16     Q     Which bank account?
17     A     HovSat.
18     Q     Okay.  So in the forensic world, the
19 co-mingling, in this instance, is that troubling?
20     A     Yes, it is.
21     Q     Why?
22     A     Because a trust should have its own
23 bank account.
24     Q     Okay.  For what purpose?
25     A     To be able to maintain ledgers of the

Page 76

1  revenues, the expenses, what amounts are available
2  to the beneficiaries.
3      Q     Were there books and records for -- I
4  mean, I'm assuming when you say what amounts are
5  available for the beneficiaries, that the house was
6  not income-producing; is that correct?
7      A     This is the VSHPHH Trust that we're
8  talking about.
9      Q     I understand.  You're saying the 520
10 Navesink property was not income-producing, right?
11     A     It should have been, once it got
12 transferred into a trust, yes.
13     Q     Assuming that it was, I mean, they were
14 living there as a residence, correct?
15     A     They were living there as residents,
16 yes.
17     Q     And so the income-producing portion of
18 this would relate to the business property, the mall
19 property, primarily?
20     A     This conclusion I think is specific
21 to -- yeah, it's specific to the Village Mall
22 property, yes.
23     Q     And did anybody maintain books and
24 records for the Village Mall property?
25     A     Not accurate books and records that

Jessica Hollobaugh

Page 77

1 would be able to determine on a monthly or weekly
2 basis what the sources and use of cash in those
3 accounts were.
4     Q     You did read Nina Hovnanian's
5 deposition testimony and Karen Gandolfo's deposition
6 testimony, correct?
7     A     Yes, I did.
8     Q     Do you recall what they said about the
9 monthly expenses and revenue related to the Village
10 Mall property?
11     A     Not offhand, no.
12         MR. HANAMIRIAN:  Let me take another
13     five minutes.  Let me talk to Randall and let
14     me see if I have any other questions.
15         MR. KUNOFSKY:  Okay.
16         (Brief recess.)
17         MR. HANAMIRIAN:  12:24 p.m.; back on
18     the record.  We have no further questions on
19     this side.
20         MR. KUNOFSKY:  I have just a few
21     questions.
22 BY MR. KUNOFSKY:
23     Q     At one point you mentioned -- by the
24 way, this is Ari Kunofsky on behalf of the United
25 States.

Page 78

1         At one point you mentioned alter egos.
2 When you use -- when I use the term alter ego or
3 nominee, in a legal sense, those are two separate
4 legal concepts with different analyses.  When you
5 use the term "alter ego" in your analysis today,
6 when talking during this deposition, were you
7 drawing a distinction between alter ego or nominee,
8 or were you kind of just using it in a lay sense?
9     A     No, I was not.  It's just a layperson
10 term.
11     Q     Okay.  Kind of along the same lines,
12 you drew distinction between the property versus
13 payments to the trust.  Did you draw -- well, was
14 520 Navesink the only property, other than cash in
15 the Pachava Trust?
16     A     Yes, it was.
17     Q     The Village Mall was in the VSHPHH
18 Trust and that was its only assets?
19     A     It's not the only asset.  There was
20 cash as well.
21     Q     And was there a -- is it normal for
22 personal accounts to be held in an individual's
23 name?  I'm moving on to the next topic.
24     A     Yes.
25     Q     Is it normal for personal bank accounts

Page 79

1 to be held in an individual's name?
2     A     Yes.
3     Q     And would it be normal for a banker to
4 reach out to a non-trustee from movement into or out
5 of a trust account?
6     A     No, it wouldn't.
7     Q     And in the -- when you were discussing
8 the movement of funds between Pachava and the other
9 entities, you said -- I want to make sure I have
10 this list right.  You reviewed the deposition
11 transcripts of Morgan Stanley, the other deposition
12 transcripts, e-mails received from Morgan Stanley
13 and others, the flow of the funds themselves.  Did
14 you also review the phone logs provided by Morgan
15 Stanley?
16     A     Yes, we did.
17     Q     And those were the documents you looked
18 at, generally speaking?
19     A     Generally speaking, there was probably
20 other documents as well, but those are the main
21 ones.
22     Q     And then we discussed the date of
23 transfers of the property from the parents to the
24 trust.  Using parents, meaning Shant's parents,
25 generally, was the date on the deed the same as the

Page 80

1 date that it was recorded in the local recording
2 offices?
3     A     No, it was not.  There was a delay in
4 the recording.
5     Q     Is that something normal or that you
6 would expect to see, or is that a potential for a
7 red flag?
8     A     So you would expect to see a very small
9 delay, but the delays here were larger, so that that
10 was a red flag.
11     Q     Okay.  When discussing the divorce
12 proceeds, you said you relied on the deposition of
13 Hilde Jenssen, in part, but you couldn't remember
14 exactly what Hilde testified to today.  Did you
15 review her testimony before reaching that
16 conclusion?
17     A     Yes, I did.
18     Q     Same for Nina's testimony, you couldn't
19 remember it today, but did you review it and you
20 had -- to the extent you used it in your opinion,
21 you had reviewed it at the time you were drawing
22 those opinions, and today you're just having a
23 moment?
24     A     Yes.
25     Q     Is part of the forensic tools you used,

Jessica Hollobaugh

Page 81

1  looking at economic benefit to track, to figure out
2  who is the owner, who is benefiting from
3  transactions; that is part of your everyday toolkit
4  as a forensic accountant?
5      A     Yes, absolutely.  We've been engaged in
6  several nominee-type engagements when you're trying
7  to determine who the ultimate beneficial owner is,
8  yes.
9      Q     And then Shant was living at the house
10 before 2008 -- sorry, in 2008 he and his family
11 moved into the house.  The property was in the mom's
12 name, correct, his mom's name?
13     A     Correct.
14     Q     So there were no beneficiary -- there
15 was no -- before the transfer, Shant was -- the
16 property was not titled in the trust, it was not
17 benefiting trustees, correct?
18     A     Correct.
19     Q     Was there any evidence of rent paid to
20 mom?
21     A     No, there wasn't.
22     Q     Do trusts like the Pachava Trust that
23 pulled real property for like a residence for the
24 beneficiaries or children, do the parents normally
25 pay and report rent?

Page 82

1      A     Yes, in my experience, there has been
2  fair market value rent lease agreements.
3      Q     There was some discussion about facts
4  versus opinions.  I just want to make sure I have
5  this right.  You looked at facts like transfers --
6  when you say "facts," you're talking about transfers
7  were made on a particular date but things like your
8  characterization of that transfer as personal or the
9  account being used as personal, is that what you
10 mean when you say conclusions or opinions?
11     A     Yes, it is.  We used the underlying
12 documentation, such as a bank statement, and then we
13 draw conclusions and opinions based on those.
14     Q     And that's part of the conclusions that
15 you're asked to draw as a forensic accountant,
16 correct?
17     A     Correct.
18          MR. KUNOFSKY:  Can you guys give me 10
19 seconds to confer with Josh?
20          MR. HANAMIRIAN:  Of course.
21          MR. KUNOFSKY:  I think we're good.
22          MR. HANAMIRIAN:  Just two pieces of
23 followup from your followup.
24          Rather than objecting as you went
25 along, Ari, because it interrupts the flow, I

Page 83

1      just want to preserve an objection with
2  respect to the use of the word "normal" or
3  "normally."
4  BY MR. HANAMIRIAN:
5      Q     And then beyond that, I'd like to
6  understand what red flags mean to you, and
7  particularly in this context of this case.  What
8  other red flags did you see in this case?
9      A     I think the majority of them would be
10 listed in the body of my report, but there were
11 things such as a personal -- I'm sorry, a business
12 account being used for personal transactions.  There
13 were things such as non-trustees directing the
14 movement of funds.
15     Q     On that one, besides the e-mail to
16 Hilde and Shant from Morgan Stanley, are you talking
17 about any other movement of monies?
18     A     There was also instances where Hilde
19 paid expenses that she couldn't verify what they
20 were for, largely significant credit card payments
21 of Shant.
22     Q     Did she pay them through the trust?
23     A     Yes, she did.  The non-filing of any
24 tax returns for the trust or any of the entities.
25 When I say the back transaction reports trust file,

Page 84

1  but for the VSHPHH Trust and any of the other
2  entities reviewed, the non-filing of gift tax
3  returns.
4      Q     Do you know --
5      A     The lack of documentation of any
6  alleged loans or any alleged gifts.
7      Q     Were there loans on the books?
8      A     There were no books.
9      Q     Were there loans on the other side of
10 the transaction?  So if there was a loan from
11 Speedus or Zargis or whoever, did it appear on their
12 books?
13     A     They didn't have books, either.
14     Q     When we say "books," we're talking
15 about QuickBooks records or general?
16     A     Correct.  Co-mingling of funds.
17     Q     Okay.  And that's a red flag why?
18     A     Because when you have a trust bank
19 account you should have an income-producing asset.
20 You should have a bank account that enables you to
21 deposit the revenues and pay the expenses out of
22 that trust to keep it separate to protect the trust
23 asset.
24     Q     And so the co-mingling would be with
25 the trust or where the monies were co-mingled?  We

Jessica Hollobaugh

Page 85

1  don't allege that the monies were co-mingled into
2  the trust accounts, right?  But rather they might
3  have been co-mingling in the context of the Speedus
4  or Zargis accounts; is that correct?
5      A    I was referring to the VSHPHH revenue
6  and expense co-mingling in the HovSat bank accounts.
7      Q    Okay.  Was there any tax or other
8  reporting for those trust assets, the mall property,
9  do you know?  Were the income expenses reported for
10  tax purposes?
11     A    For the VSHPHH Trust.
12     Q    Well, for the assets that were held by
13  the trust.  Village Mall and whatever.
14         Do you know?
15         MR. KUNOFSKY:  Objection to the extent
16     it calls for a legal conclusion as to whether
17     somebody has an obligation to file returns,
18     but you can answer.
19  BY MR. HANAMIRIAN:
20     Q    Did you see any tax returns for Speedus
21  or Zargis?
22     A    No, I did not.
23     Q    Did you see any form of any kind of
24  Village Mall entity?
25     A    No, I did not.

Page 86

1      Q    Did you ask for them?
2      A    I asked if they existed, yes.
3      Q    And you were told no?
4      A    I was told to assume they did not
5  exist.
6          MR. HANAMIRIAN:  Okay.  That's all I
7      have.
8          MR. KUNOFSKY:  We'd like to read and
9      sign.
10         COURT REPORTER:  Mr. Kunofsky, would
11     you like a copy of the transcript?
12         MR. KUNOFSKY:  Yes, absolutely.  If you
13     can send them as PDFs or ASCII, that's fine.
14         MR. HANAMIRIAN:  They do file share.
15         MR. KUNOFSKY:  That's fine.
16         (The deposition was concluded at
17     12:40 p.m.)
18
19
20
21
22
23
24
25

Page 87

1
2         C E R T I F I C A T I O N
3
4      I, LISA FORLANO, a Certified Realtime
5  Reporter, Certified Court Reporter and Notary
6  Public, do hereby certify that I reported the
7  deposition in the above-captioned matter, that
8  the said witness was duly sworn by me; that
9  the foregoing is a true and correct transcript
10  of the STENOGRAPHIC notes of testimony taken
11  by me in the above-captioned matter.
12      I further certify that I am not an
13  attorney or counsel for any of the parties,
14  not a relative or employee of any attorney or
15  counsel connected with the action, nor
16  financially interested in the action.
17
18      LISA FORLANO, CRR, CCR #XI01143
19
20  DATED:  December 9, 2021
21
22
23
24
25

Jessica Hollobaugh

**Exhibits**

**HOLLOBAUGH-1** 3:11

**$**

**$201,204** 30:18 69:14

**$3** 14:13

**$319,349** 30:20 69:15

**$500,000** 59:12

**$750** 74:13

**1**

**1** 59:25

**10** 43:25 45:21 49:17 63:4 82:18

**100** 53:12

**11** 49:18,22 53:24 59:21

**11:52** 63:8

**12** 49:18,23 53:24

**12:24** 77:17

**12:40** 86:17

**13** 18:3 56:11

**140,000** 40:25

**15** 67:8,9

**16** 67:8,9

**17** 63:11 64:4

**18** 62:12

**19** 40:21

**2**

**2** 9:10 45:16 59:25

**200,000** 40:25

**2003** 4:25 5:16

**2008** 81:10

**2013** 74:1

**2015** 30:19 66:3,15 69:15

**2016** 67:1,7

**2017** 30:20 40:21 69:16

**2019** 67:1

**2020** 66:15

**21** 62:13 68:10

**22** 70:6 71:22

**23** 74:22

**25** 62:13

**27** 35:3

**3**

**3** 59:25

**30** 62:13

**319,000** 40:21

**319-and-change** 40:15

**36** 59:23

**37** 64:8

**38** 28:15

**4**

**4** 9:15,17 10:7

**40** 7:3 28:20

**41** 66:6,13

**450** 15:17

**49** 68:14

**5**

**5** 10:10

**50** 34:22

**520** 30:20 35:21 44:4 45:22 46:12, 19 49:25 50:1 54:1, 3 60:1 63:12 69:15 76:9 78:14

**529** 22:10 44:2 45:17

**572** 28:22 29:3

**6**

**6** 17:25

**7**

**7** 28:11

**8**

**8** 30:2,9 40:13

**9**

**9** 34:25 35:7 40:13

**9,000** 74:12

**A**

**a.m.** 63:9

**ability** 18:20 72:2, 9,18 73:12 74:3

**able** 19:11 75:25 77:1

**abnormal** 12:4

**about** 4:7 6:22 9:7 10:23 12:22 13:19 15:17 17:7 19:14 20:21 27:14 28:18 29:1,3,22 37:8 38:6 40:14 42:18 44:5 50:24 51:24 52:6 54:23 56:14 57:5 58:5,11 62:22 65:15 73:17 76:8 77:8 82:3,6 83:17 84:15

**absolutely** 81:5 86:12

**ABV** 5:11

**access** 4:17

**accommodate** 28:6

**Accordingly** 30:14 35:16 49:23

**account** 10:25 11:23 12:4,7 20:24 21:10,17 27:7 31:6, 17 32:6,17,23 33:12 35:13,17,18 36:2,4,13 37:11,23, 24 38:14,15 40:22, 24 42:20 43:12 70:8,9 72:2,8,25 73:19,25 74:6,11 75:12,14,16,23 79:5 82:9 83:12 84:19,20

**accountant** 5:6 15:7,8 23:15 55:23 81:4 82:15

**accounting** 4:24 21:7 23:3 24:14,22 25:25 38:6 48:17 50:12,18 53:8 65:12,18 72:12

**accounting/expert** 50:6

**accounts** 11:17 12:5 19:21 20:23 22:8 23:8 24:1 25:10 30:15 31:2,9, 10 33:1 34:6,9,11, 13 35:20 37:6 39:23 50:3 54:5 69:11 77:3 78:22, 25 85:2,4,6

**Accredited** 5:13

**accurate** 39:21 44:20 46:3 61:13 65:15 71:19 76:25

**acting** 74:15

**actions** 18:4

**activity** 32:24 35:11 49:11 75:13

**actual** 15:19

**actually** 12:3

**additional** 17:18, 19,20 68:8 71:25

**Additionally** 72:7

**addresses** 68:11

**Adelphia** 28:21 29:1

**adjust** 16:1 17:4

**adjusting** 11:20

**adjustments** 17:6

**administered** 53:10

Jessica Hollobaugh

**administration**
57:6,7

**advanced** 5:1

**after** 16:5 63:13

**again** 11:11 17:25
23:6,10 25:24 26:4,
24 29:6,18 30:11,
21 31:15,17 32:14
33:25 35:4,9 36:9,
21 41:18 42:17
49:17 53:24 54:15,
20 57:15 60:18
61:11,13 64:4,6
71:23 72:5 74:22

**against** 30:19,20
40:14 69:14,15

**age** 62:16

**agree** 9:4 10:4
63:23

**agreements** 82:2

**ahead** 12:15 25:19
38:10 70:19

**AICPA** 69:6,7

**all** 6:7 9:15 14:7,9
30:6,23 32:20 33:5
34:17 40:1,11
44:21 45:12,18,23
49:11 58:11 59:13
60:25 62:13,15
63:25 65:12 66:21
70:21 86:6

**allege** 85:1

**alleged** 84:6

**along** 8:13 29:8,22
59:2 65:11 72:25
73:14 78:11 82:25

**already** 33:22

**also** 4:12 5:11 11:7

16:15 33:3 46:13
68:7 79:14 83:18

**Altavilla** 15:7

**alter** 25:9,14,24
26:3,8,10,11,15,19,
20,23 27:17 78:1,2,
5,7

**although** 64:10
71:25 72:7 75:2

**am** 63:15

**America** 4:7

**amount** 24:24,25
47:25 48:12,13

**amounts** 67:25
76:1,4

**an** 5:11 7:20 12:22
13:3,25 16:4,9
20:24 21:7,10
24:14,19,22,23
25:20,21 26:3,8,15
32:7 35:9 37:22
41:13 44:3,18,20
46:3 48:14,17 49:9
50:5,15,18 51:1
52:6 54:17 55:15,
19,22 56:21 57:22
70:3,12 71:15
72:12 73:20,22
78:22 79:1 83:1
84:19 85:17

**analyses** 6:9 68:18
78:4

**analysis** 15:14
18:2 19:20,23
21:15,16 22:21
23:24 24:2,19
25:12,25 26:2 27:3
30:3,5 31:5,13,20
32:14 35:25 37:1
38:19,22,23 41:7,
22,24,25 48:24

56:21 57:3,24
62:14 63:20 66:13
67:24 69:21 70:1,4
71:1,4,16 78:5

**analyze** 27:6 31:4

**analyzed** 31:25
34:17 36:10

**analyzing** 31:3

**and** 4:2,8,9,10,12,
14,22 5:1,4,11,12,
14,18,20 6:4,16,22,
24 7:11,12,15,22,
25 8:10 9:1,3,13,
14,15,25 10:3,9,23,
25 11:5,14 12:18
13:7,20,22 14:3,6
15:7,13,19,21,25
16:1,12,21,24,25
17:23 18:4,5,9
19:5,20,24 20:2,4,
5,9,14,21,22 21:1,
11,17,19,20 22:9,
10,14,16 24:3,6,7,
9,24,25 25:5,9,21,
23 26:7,8,18,25
27:3,7,12,14,19,25
28:5,6,8,13,18
29:9,18 30:10,13,
17,19 31:2,6,7,10,
12,13,17 32:1,5,7,
9,21 33:13,17,18,
21,23,25 34:13,21,
22 35:2,4,5,11,15,
22,24 36:1,3,11,13,
15,19,23 37:2,15,
18,19 38:12,19,22,
23 39:2,3,11,15,22
40:3,5,6,7,13,25
41:1,15 42:8,11
43:3,8,16 44:2,15,
21,25 45:2,17,21,
22,24 46:5,8,10,13,
14,17 47:7,16,19,

24 48:3,14,19,20,
23,25 49:7,13,14,
17,18,19,22,25
50:2 51:8,11,20
52:3,6,10 53:16,24
54:2,3,16,18,23
55:3,7,15,17,23,24
56:16,20,22,23,24
57:1,12,19,25 58:6,
8,9,10,23 59:11,12,
14,25 60:1,9,12,14
61:3,11,16 62:5,7,
10,13,19 63:11,12,
17,18 64:3,5,6,8,
11,17 65:2,9,10,17,
18,23 66:2,4,7,15,
16,17,20 67:1,8,11,
23,24 68:2,6,7,9,
13,18 69:2,15,17,
21,22 70:5,10,14,
16,17 71:4,8,9,11,
18,25 72:3,10,15,
17,19,24 73:4,15,
16 74:10,11,12,13,
19,25 75:4,8 76:3,
17,23,25 77:2,5,9,
13 78:18,21 79:3,7,
8,13,17,22 80:19,
22 81:9,10,25
82:12,13,14 83:5,6,
16 84:1,17,21,24
85:6,13 86:3,8

**and/or** 29:21 39:23
64:19

**annual** 48:12

**another** 25:21
32:22 56:8 60:24
72:11,20 77:12

**answer** 12:14,24
22:5 23:1 24:12
25:6 28:1 29:20,24
38:5 44:11 46:23
53:7 60:20 70:11,

13,17 85:18

**answers** 20:5

**any** 4:9 5:1,7 6:17
8:14,19,20 14:12,
16 16:11 17:2,7,16,
19 18:12 19:2,10,
16 21:3 22:23
29:15,19,22 30:16
32:9,24 33:6,9
34:4,5,9,12 36:8,
19,25 37:3 41:2,8,
16 46:25 47:7,16,
25 48:16 62:25
65:1 66:24 67:5,11
69:12 73:17 77:14
81:19 83:17,23,24
84:1,5,6 85:7,20,23

**anybody** 29:8,21
51:14 76:23

**anything** 5:8,22
12:16 17:18 21:3,
13,23 22:1 26:14
29:4

**anywhere** 18:25

**apologize** 58:20

**appear** 25:23
84:11

**appeared** 33:5

**appears** 13:6
35:12 50:11 66:15

**Appended** 13:5

**are** 4:4,5,18 5:2,18,
24 6:5,8 7:15 9:16
10:6 11:1 12:3
13:5,11,18 14:18,
20,21 15:5 19:1
20:19 21:19 23:4,8,
11,20 24:2,20
26:24 27:19,21
28:7,21 30:8 32:13

Jessica Hollobaugh

34:14 38:21 45:20 46:9 48:19 51:4,24 52:7 54:20 55:4 56:14 57:1,2,5 58:2,18 60:3,7,14, 15,21 61:1,3,7 62:12,15,25 66:14, 17 67:1 68:12 69:25 70:1,24,25 71:10,18 74:25 76:1,4 78:3 79:20 83:16

**area** 7:1

**areas** 5:19

**aren't** 26:9 37:6 41:14 46:17

**argue** 55:14

**arguing** 55:15

**argumentatively** 38:12

**arguments** 26:1

**Ari** 22:6 28:6 29:19,20 53:3 63:3 77:24 82:25

**around** 7:3 8:16

**as** 4:2,20 6:15,19 9:25 10:1,2,19 11:3 12:10 13:8 16:18, 20 17:8,19,20 19:12 21:5,25 22:20,21,22,23 23:15 27:7,24,25 31:9 32:7,9,13 33:17 34:2 35:13, 17 36:5,19,24 37:4, 7,23 38:14,25 41:11 42:2,24 43:19 44:4 45:6,16 47:8 49:1,2 51:1 53:7 54:12 55:15, 20,22 57:4 58:24

60:4,5 61:23 65:19 67:11,12,22 68:8, 11,17 69:20 70:1,8, 11 74:15,17 76:14, 15 78:20 79:20,25 81:4 82:8,9,12,15, 24 83:11,13 85:16 86:13

**ASCII** 86:13

**ask** 20:4,5 29:6 69:18 86:1

**asked** 23:4 24:19 25:9 26:11,25 27:6 53:3 82:15 86:2

**asking** 19:1 20:20 22:19 24:14 25:16 27:13 41:9 52:8 61:16 69:19 71:14, 20 74:10

**aspect** 6:23

**aspects** 10:8

**assessment** 48:14

**asset** 41:13 44:3 47:23 51:18 55:5,8 56:16,21,24 57:11, 19,25 58:6 59:5 60:23,25 62:3 78:19 84:19,23

**assets** 18:9 28:22 36:11 44:18 51:16 56:19 59:5,9 78:18 85:8,12

**assist** 25:25

**assisted** 15:10,13

**associated** 11:1 24:16 29:19 41:24 44:21,22 48:20 59:14 66:21,25 67:5 75:13

**assume** 86:4

**assumedly** 38:15

**assuming** 76:4,13

**assumption** 43:4

**assumptions** 42:3, 5 62:25 68:18

**assure** 39:21

**at** 6:25 7:3 9:17 11:20 14:9 15:24 16:11 17:15 18:14 19:15,16 24:21 27:4 29:21 30:13, 18 31:5,17 32:12, 15 34:6 35:16 40:11 45:7,12 46:10,12,15 49:17, 22,24 53:12,24 54:1,19 57:18 59:23 66:12 74:9 77:23 78:1 79:18 80:21 81:1,9 82:5 86:16

**attached** 13:11

**attorney** 7:20,22

**attorneys** 33:20

**audit** 48:14

**available** 76:1,5

**avoid** 41:25

**aware** 34:12

---

### B

**back** 9:1 17:23 18:20,25 30:21 33:8 39:22 54:15 63:8 77:17 83:25

**background** 4:21, 23 9:11 16:24

19:25

**bad** 22:23 23:3

**balances** 19:12,13, 17

**bank** 11:23 12:3,5, 7 13:16 14:8 15:12 19:21 21:9,17 23:8 24:1 30:15 31:2,8,9 34:5 35:17,20 36:13 38:14 40:4,5, 22 42:23 50:3 54:4 68:1,2,3,5,6 69:10 70:8 72:15 75:12, 14,16,23 78:25 82:12 84:18,20 85:6

**banker** 79:3

**based** 13:15 15:11 28:24 33:15 68:17 69:25 70:3 71:1,15 72:14,23 73:13 82:13

**basic** 10:21

**basis** 33:24 35:22, 24 53:8 57:20 71:11 77:2

**be** 7:24 9:1 11:23 13:6,10 17:8 22:21 24:21 28:10 32:18 33:5,18,21,23 34:8 36:21 41:18 42:17, 20 47:22 48:14,21 49:5 52:18 53:9 54:24 55:14,18 58:12 59:9 62:2 67:12 68:5 70:21 74:10 75:25 77:1 78:22 79:1,3 83:9 84:24

**bear** 20:2

**because** 19:20 28:21 31:1,25 37:20 42:9 45:11 53:1 54:14 56:9 58:2 60:7,13 61:23 62:8 67:10 73:8,23 75:22 82:25 84:18

**become** 7:14

**been** 4:1 5:15,16 8:16 15:23 17:15 29:16 32:10 41:3, 13 53:11 62:9,10 71:17 76:11 81:5 82:1 85:3

**before** 8:10,11,12 37:8 46:20 62:8 80:15 81:10,15

**begin** 12:4

**beginning** 9:10 10:7 18:3,9 19:12, 13,17 28:19 35:1 45:17,23 49:15 64:8,9,15 70:7 75:2

**begins** 9:18 18:2 28:14 30:4 35:3 63:18 64:7 68:14 74:24

**behalf** 22:15 24:17 25:2 35:12 39:13 77:24

**being** 20:24 23:25 33:9 34:24 36:5,12 39:5,9 41:14 56:4,5 59:9 62:3 73:9 82:9 83:12

**belabor** 57:16

**believe** 10:14 19:18 34:18 45:5 50:14 55:8 57:14 59:13 63:2

Jessica Hollobaugh

**below** 59:23 61:3

**beneficial** 81:7

**beneficiaries**
51:21 53:11 54:20
55:1,4 58:7 76:2,5
81:24

**beneficiary** 81:14

**benefit** 33:11
46:12 49:24 50:10,
15,18,20 51:2 52:7
53:10,17,23 54:1,7,
8 55:5 56:15 58:7
61:20 62:3 64:20,
21 81:1

**benefited** 55:8
64:16

**benefiting** 81:2,17

**besides** 83:15

**best** 7:24

**between** 28:13
31:1 55:24 58:22
69:19,22 70:16
73:15 78:7,12 79:8

**beyond** 5:1 27:10
83:5

**block** 9:3 30:8 35:4
49:16

**body** 7:8 31:14,15
32:15 83:10

**bold** 30:13 35:2,16
64:4,5 65:22

**bolded** 18:1 28:12
30:3 44:1 45:21
63:11 68:13

**boldly** 65:22

**bookkeeper** 9:25
10:21

**bookkeeping** 11:2

**books** 11:7,8,12
13:23,24 22:16
76:3,23,25 84:7,8,
12,13,14

**both** 39:1,23 66:1
67:8 74:20

**bottom** 9:10,17
10:7 30:13 35:16
49:17,22 53:24
66:12

**break** 27:3 34:23
63:4

**brief** 63:6 77:16

**broadly** 29:6

**broken** 11:23

**BS** 4:24

**build-up** 24:25

**bulk** 67:19

**bullet** 59:24

**burden** 39:7 46:14
50:1 54:2

**business** 5:13
14:13 21:25 30:17
33:6,10,14,16
35:11 37:6,11,14
69:12 76:18 83:11

**businesses** 14:16

**but** 4:18 5:5 6:14
7:7,13 8:17,25
13:18 14:7,12 18:7
19:9,24 20:6 21:14
22:5 23:1,19 25:6
26:19,20 27:2,15
28:1 29:20 31:19
34:8 35:19 36:22
37:3,7,21 38:5,12
39:16 41:21 43:17

45:11 46:22 48:25
50:5 53:15 54:16
55:25 57:9,24 58:1
60:19 67:9 70:22
74:12 79:20 80:9,
13,19 82:7 83:10
84:1 85:2,18

**by** 4:3 7:14,15
12:19 13:1,15
14:20 18:2 22:13
23:2,18 24:15
25:13 28:4 30:1,17
31:9 32:6 35:11
38:20 39:4,7 42:14
43:11 44:14 45:14
46:12,14,24 47:23
49:12,24 50:1,11,
15,17 51:2 52:9
53:14,17,22 54:1,3
56:5 58:18 61:5
63:7 64:18 65:3,25
69:13 70:20 77:22,
23 79:14 83:4
85:12,19

---

## C

**calculations** 6:10,
11

**call** 7:20 20:15 43:5
47:14

**calls** 22:4,25 23:13
24:10 25:4 38:3
44:9 46:22 48:24
50:7 53:6 60:19
85:16

**came** 8:6 39:24,25
40:8 43:6 73:25

**can** 12:14,24 16:11
19:3 20:1 22:5,21
23:1,19,21 24:12
25:6 28:1,2,9 29:24

30:7 35:5 36:7 38:5
41:9 42:17 44:11
45:7 46:8,22 48:25
49:19 53:7 54:19
59:19 60:20,22
64:11 70:17,21
73:22 82:18 85:18
86:13

**can't** 12:10 21:5
23:16 29:10 32:11
48:25 50:5

**capable** 12:12

**captured** 66:21

**car** 55:17,18,19,20,
25 56:4,8,9,15

**card** 83:20

**career** 5:17 6:23

**carried** 18:10 39:6
46:13 50:1 54:2

**cars** 56:11

**case** 4:19 7:25 8:4
11:2 16:9 19:23
21:11 24:21 26:13,
17,21,23 33:22
65:24 71:17 83:7,8

**cases** 6:2,5 7:9
25:18

**cash** 18:5 19:21
20:14 35:24 64:18
65:3 66:5,13 67:8,9
77:2 78:14,20

**caveated** 70:21

**certain** 24:5 25:11
34:19 36:12 66:16
73:10

**certainty** 68:20,21
69:2,9 70:24 71:13

**certifications** 5:4,

8

**Certified** 5:5,10

**cetera** 63:22

**CFE** 5:10

**challenge** 57:22

**changes** 17:2

**characterization**
10:5 26:18 44:15
46:4 82:8

**characterized**
45:12

**charter** 28:25

**check** 14:2 34:22

**checks** 13:25

**child** 55:21 61:10

**children** 52:2,3,8,
10,12,14,16,23
53:2,15 54:9,13,20
55:8,11,17 56:5,14
57:2 60:6,12,15
61:20,24 62:2,8,12,
15 81:24

**children's** 56:10
63:21

**choose** 60:22,24

**circumstances**
4:10

**citation** 10:8

**claim** 44:4

**claims** 26:17,19
28:20

**classification**
42:24

**clear** 11:20 46:9

**clearer** 17:5

Jessica Hollobaugh

clearing 35:18 36:1 37:23 38:15 70:9

clearly 42:9

client 7:14,18,21

co-mingle 11:17

co-mingled 11:23, 25 44:18 65:4 75:14 84:25 85:1

co-mingling 46:17 75:19 84:16,24 85:3,6

code 69:1

collaborative 7:8 15:21,23

collected 65:10

college 4:25 5:5

combined 11:13

come 8:8 36:3 43:3,4 57:16 59:7 71:9

comes 7:19 61:20 68:22

comfortable 20:3 66:20

coming 25:11 42:10

common 12:6

communicate 29:20

companies 14:19, 20 39:14

company 13:7 22:16

comparison 49:16

competent 69:3

Complaint 8:4,11 28:13,14

complete 32:18 34:16,20

completely 56:18

compound 44:25 45:4,6

comprised 30:15 69:11

concepts 78:4

concern 41:5

conclude 29:10 49:23

concluded 13:22 39:3 69:20 86:16

conclusion 21:5 22:5 23:1,14 24:11 25:5 26:5 35:15,23 36:10 37:22,25 38:5 39:6 43:4 44:10 46:22 50:6,8, 13 53:7 59:23 60:19 61:11 63:12 68:12,13 69:8 73:4 76:20 80:16 85:16

conclusions 17:9 26:25 27:13,19,24 28:7,8 31:21 46:9 51:4 69:5 82:10,13, 14

conduct 69:2

conducted 35:11

conduit 36:6

confer 82:19

confers 26:8

confidentiality 29:19

confused 13:10 58:16

confusing 60:7

connect 71:9

connected 71:11

consequence 24:9, 16 37:16 47:20 48:16 66:24 67:2

consequences 24:20

consider 36:1 51:6

considered 63:25

consistent 75:7

consult 8:13

consulting 6:22

context 4:9 6:12 8:8 17:14 19:22 20:8,16 24:24 26:6 27:2 29:7 31:12 32:21 38:7 57:4 58:8 66:4 83:7 85:3

continues 10:10

contributed 56:24

contributes 39:6

controlled 39:3

Cooke 15:6

copies 4:11

copy 86:11

corporate 28:22, 25 75:7

corporation 11:6, 8

correct 7:10 13:9, 21 16:14 17:13 18:21 21:22 23:21 34:15 35:13,14

39:10 43:13,15 48:2,5 51:3 52:21 54:22 55:2,6 56:19 65:16,19,20 66:11, 18,19 74:18,21 76:6,14 77:6 81:12, 13,17,18 82:16,17 84:16 85:4

cost 58:23,24 59:1

could 34:9 42:9 48:14 53:11 58:15 74:10

couldn't 80:13,18 83:19

counsel 7:14 26:1, 7

course 7:14 11:19 29:16 82:20

COURT 86:10

CPA 5:2

create 10:2,12 20:9

created 10:14 13:12 20:13 54:10 62:10

credit 83:20

criminal 5:21 6:1, 2

current 7:3

Currently 5:20 44:12

cut 20:1

_____

**D**
_____

dash 35:2

data 71:16

date 15:16 79:22,

25 80:1 82:7

dates 8:3

daughter 9:19

day 4:15

days 40:24

dead 31:14 32:15

deal 14:12 63:20

dealing 47:17

deals 65:3

debate 17:7

deducted 37:13

deed 66:2 79:25

defense 5:22

defined 27:24

definitions 9:14

degree 68:20,21 69:9 70:24 71:13

delay 80:3,9

delays 80:9

demonstrate 26:10,11 54:25

demonstrated 69:3

Department 29:21

depend 40:10 62:18

depending 7:21

depends 6:7

deposit 75:12 84:21

deposition 12:20 14:25 77:5 78:6 79:10,11 80:12 86:16

Jessica Hollobaugh

**depositions** 8:14, 17

**deposits** 14:6 30:16 69:11

**derive** 6:16

**derived** 40:3 57:18 72:22

**describe** 38:25

**describing** 7:1

**description** 44:20

**detailed** 18:3

**details** 33:9

**determination** 6:9

**determine** 7:23 18:9 21:13,16 25:10 31:5 36:14 73:9 77:1 81:7

**determining** 18:5

**dialogue** 38:23,24

**did** 6:16,17 8:8,13, 19,23 10:16,17 11:3,9,14,19 12:8, 10,21,22 13:19 14:23,24 15:1,19, 20 16:2,21 17:2,14 18:14 19:6,7,8,16 20:12,17 21:15 23:22 24:4 27:3 28:24 29:7,8,20,23 32:5,16,24 33:12 34:16,18 39:22 41:5,8,10,15,16 42:5 43:3,4,20 46:25 47:11 51:6, 17,19,20,22 54:7 55:18 60:3 62:5 64:22 65:6,9 66:24 67:24 74:4,5,6,8 76:23 77:4,7 78:13

79:13,16 80:14,17, 19 83:8,22,23 84:11 85:20,22,23, 25 86:1,4

**didn't** 11:16 13:3 14:7,9 18:19 19:10 25:24 32:22 34:18 57:9 84:13

**difference** 56:3 58:6,22 69:19,22

**differences** 58:4

**different** 6:7 12:1, 3 20:15 56:19 58:2 78:4

**differentiated** 57:12

**differentiation** 17:24

**difficult** 61:17

**direct** 64:19 72:3, 9,18 73:12 74:3

**directing** 73:2 83:13

**director** 16:25

**disagree** 9:4

**disbursements** 14:5

**discern** 33:13

**discuss** 18:8

**discussed** 79:22

**discussing** 79:7 80:11

**discussion** 18:4 82:3

**discussions** 68:18

**disputes** 5:22

**distinction** 57:17 70:16 78:7,12

**distinguish** 55:23

**distinguishable** 56:17

**distinguishing** 56:21

**divorce** 42:13,14, 16,21,24 43:17 80:11

**do** 4:11,13,18,20 5:7,24 6:6,17,25 7:16 8:5 10:4,14 11:19 12:8,12 14:12,18 15:15 16:4,6,9,18,19 18:12,22,24 19:8 20:3,6 26:2,14,20 27:5,9,12,15 28:16, 17 32:9,15,16 34:4, 8,22,23 36:1,19 37:15 38:24 39:24 41:2,4,10 42:3,14, 17 43:17,20,22 44:5 45:7,15 46:19 47:16 48:6,25 51:23 52:10,15 53:18 54:11 55:7, 11,23,25 56:8,25 57:2,3,9,16 58:24 59:20 62:5,7,22,24 63:3,16,23,25 64:2, 21 65:9 66:9,20,23 67:3,4,11 68:22 69:18 72:21 73:11, 17,20,24 74:8,15 77:8 81:22,24 84:4 85:9,14 86:14

**document** 9:5 51:18 54:18 62:22 63:1

**distinction** (see above)

**documentation** 19:4 25:1 40:9 82:12 84:5

**documents** 4:19 13:8 15:12,14 17:19 40:6 42:2 46:25 72:16 73:15 79:17,20

**does** 7:16 16:15 21:14,23 22:17,19 24:3,22 25:3,23 30:24 31:15,20,21 36:24 37:3,5 56:12 57:15 59:15 68:25

**doesn't** 16:13 61:12,21

**dog** 34:22

**doing** 4:6 6:20 15:13 20:1 70:18

**dollar** 47:12 51:8

**don't** 8:2,7,16,17 9:16 12:16 16:8,19 18:8,24 19:18,24 20:6 22:18 24:13 27:11,17 29:20 32:19,23 33:9 34:8 37:15,19 43:21,24 46:7 48:11 49:5,7 54:17 55:14,20,25 56:9 57:14,15 63:2, 24 71:6 73:22 85:1

**done** 6:2

**down** 27:3 57:1 61:2 71:23

**draft** 8:19 17:3,11, 12

**drafts** 15:21

**draw** 13:3 21:5 78:13 82:13,15

**drawing** 78:7 80:21

**drew** 78:12

**drilling** 57:1

**duly** 4:1

**during** 11:19 74:1, 17 78:6

---

### E

**e-mail** 74:19 83:15

**e-mailed** 4:15 74:9

**e-mails** 68:9 73:1 79:12

**each** 12:4 15:20 18:6 27:7 40:10 66:14,16 67:12

**earlier** 18:18 40:24

**ease** 35:4 49:16

**easier** 41:9

**easiest** 4:16 9:1

**Eastern** 63:9

**economic** 50:15, 18,20 51:2 52:7 53:8 81:1

**education** 5:1

**educational** 4:23

**Effectively** 20:10

**effort** 15:22

**ego** 25:9,15,24 26:3,8,10,12,15,19, 20,23 27:17 78:2,5, 7

**egos** 78:1

**either** 5:2 7:20 49:9 57:7 84:13

Jessica Hollobaugh

**else** 15:21 33:23 73:16

**enables** 84:20

**end** 11:20 35:6

**engaged** 6:6 7:14, 18,22 8:1 17:15 26:7 27:15,20 81:5

**engagement** 4:10 6:4,8 7:17 15:16 29:11 41:23 73:5

**engagements** 81:6

**ensure** 45:12

**enter** 14:1

**entered** 10:25

**entire** 5:17

**entirely** 5:20 8:18 13:20

**entities** 10:3 11:20 12:3,7 13:19 21:11 35:18 39:3,7,9,16 64:16,22 65:19 70:9 75:15 79:9 83:24 84:2

**entities'** 11:2

**entitled** 51:15 65:22

**entity** 12:5 19:1,14, 16 20:24 21:10 25:20,22 26:15 30:24 41:2 85:24

**entity's** 21:10

**entries** 11:25 12:1

**entry** 13:25 18:6

**equate** 59:15

**equivalent** 34:5

**essence** 39:4

**essentially** 10:25 36:4 44:17

**established** 75:12

**estate** 35:21 36:12 39:1,5,8 50:2 54:3 56:25 58:20 59:1 60:1 61:3 67:7,13, 25 74:10

**et** 63:22

**even** 14:3

**events** 8:14

**ever** 14:12 27:17

**everybody** 17:11, 12 54:7

**everyday** 81:3

**everyone** 30:7

**evidence** 19:3,9 69:4 81:19

**evolve** 6:18

**evolved** 6:19

**ex-wife** 14:24

**exactly** 27:7 43:21 80:14

**examined** 4:2

**examiner** 5:8,11

**examining** 31:14

**example** 55:15

**exceed** 59:15

**excess** 48:12

**exclusion** 47:25 48:12,13 63:21

**exist** 16:15 19:6 62:23 86:5

**existed** 19:10 86:2

**existence** 73:25

**existing** 13:23,24

**expect** 80:6,8

**expected** 59:6

**expense** 50:2 54:4 85:6

**expenses** 21:24 22:9,15 24:5,17 25:11 30:18,24 31:10,16 32:2,4,8 33:3,16,17 34:2,10 35:12 36:5 37:7,12, 13 39:13,18 46:15 53:21,22 54:16 58:12 59:7,10 60:1, 4,7,16 61:1,2,7,8 65:11 69:13 72:4, 10,19 73:10 76:1 77:9 83:19 84:21 85:9

**experience** 4:22 5:5 6:17 47:16 48:10 82:1

**expert** 8:9 16:17 24:23 32:21 37:23 41:21 45:5

**expertise** 6:16 10:19

**extent** 22:4 27:25 38:3,5 44:19 46:21 48:24 60:19 70:16 80:20 85:15

**extreme** 61:18

---

## F

**fact** 17:8 27:19 28:7,8,24 69:20 70:2,12,16,25

**facts** 4:10 9:24 15:25 27:12 64:1 71:2,3,11,16,18 82:3,5,6

**fair** 46:13 49:25 51:15 52:6 53:12 54:2 58:23 59:8,15 60:13 61:22 82:2

**fairly** 34:19 46:9

**family** 53:19,21,22 60:12 81:10

**family's** 52:20

**family-owned** 14:16

**far** 10:19 37:4 67:12 70:11

**Fargos** 34:7

**FASB** 69:6

**father** 66:1

**Federal** 48:4

**feel** 59:17 63:25 66:20

**few** 9:6 77:20

**figure** 19:22 67:18 81:1

**figures** 66:14,25 67:6

**file** 12:1,6 48:11 56:1,23 83:25 85:17 86:14

**filed** 8:4 23:7,9 37:9 47:23 48:7,9 54:24 75:10

**filing** 21:10,12 58:18

**final** 68:12,13

**finalize** 16:1

**finances** 41:20 75:15

**financial** 6:20 13:16 18:16 19:4 40:6 42:1 73:8

**find** 11:3 14:18 32:5 40:18 67:4

**findings** 27:19,24 28:14

**fine** 9:15 32:21 63:5 86:13,15

**finished** 20:17

**finite** 34:8

**firm** 5:15 7:24 13:12 14:11

**first** 9:17 15:24 34:21 63:17 64:6, 24 68:14 69:10

**five** 14:13 63:4 77:13

**flag** 80:7,10 84:17

**flags** 36:25 37:4 83:6,8

**floor** 64:16,23,25 65:14

**flow** 39:21 64:18 65:3 66:5,13 67:8,9 79:13 82:25

**flow-through** 36:5

**flowed** 36:17

**focused** 29:14

**followed** 69:1 75:9

**following** 11:11 45:20 47:9 67:14 68:15

Jessica Hollobaugh

**follows** 4:2

**followup** 82:23

**footnoted** 34:19

**for** 4:16 6:4,12 7:9,
13 8:13,17,20,21
9:14 11:7,12,25
13:7,19 16:15,17
18:4,23 19:1,3,9
20:10,11,25 22:4,
22,25 23:14 24:10
25:4,10 26:9 27:21
29:9 30:6 31:20,21
34:16,17,20 35:4,
18,20,22 36:16
37:4,24 38:3,16
39:1 40:15,22
42:21 44:3,9 45:5
46:22 47:8,25
48:24 49:8,16 50:7
51:8,16 52:7,14,19,
20,22 53:2,6,8,10,
21,22 54:13 55:2,
19,21,22 56:11,20
57:6,9,10,12,20,24
58:7,12,15 59:6
60:1,12,14,19 61:9,
20,21,24,25 64:19
65:5,7,8,9,18,19
66:8,14,15 67:1,8,9
68:2,3,6,7 70:5,9,
14 71:12 73:10
75:24 76:3,5,24
78:21,25 79:3 80:6,
7,18 81:23 83:12,
20,24 84:1 85:8,9,
11,12,16,20 86:1

**forensic** 5:20,25
7:17 16:25 18:2
19:23 22:21 23:15
25:25 31:13,20
32:14 41:21,24
50:13 55:23 69:21,
25 70:3 75:18

80:25 81:4 82:15

**forensics** 6:2,25
36:24 72:13

**form** 7:16 8:21
44:16 71:11 85:23

**formal** 14:19

**formally** 5:2

**formation** 57:20

**formats** 9:6

**forth** 9:2 27:8
39:22

**forward** 18:10

**four** 61:25

**fraud** 5:8,10 23:5,
12,16,17,20,22

**from** 4:24 5:25
7:20,23 13:6 17:3
18:10 24:13,22
25:11 26:20 30:5,
10 34:9 35:5,20
36:17 38:22 39:24
40:3,8,23,24 42:10,
11,20,21 43:6,17
47:3 48:10,17 55:5,
8 57:18 58:10 59:7,
18,23 61:19 64:12,
16,22 66:5,13
67:25 68:5,22
70:10 72:21 73:1
75:1 79:4,12,23
81:2 82:23 83:16
84:10

**front** 9:5

**full** 9:17 49:15

**functions** 65:12

**fund** 30:18 31:10
37:7,11 69:13

**funded** 32:6 36:13
39:4,18 40:23
42:12 67:8

**funding** 25:10 39:7
46:14 50:2 54:3

**funds** 21:17,20
27:7 31:6 35:18
36:3,15,18 37:24
39:4,21 42:10,15
43:6,17 70:9 72:3,
10,19,24 73:3,9,12,
14 74:3,13 79:8,13
83:14 84:16

**further** 49:14 71:4
77:18

**Furthermore**
64:15

## G

**Gandolfo** 10:17
18:17 65:2,6

**Gandolfo's** 77:5

**gave** 56:4

**general** 6:20,21
14:3,18 20:9,10,11,
15 25:20 27:18
84:15

**generally** 7:19
15:24 21:9 37:6
61:9 79:18,19,25

**generate** 14:1

**generated** 12:18
13:14,15 64:18
65:3 67:6

**get** 7:19,22 9:15
20:7 44:22 49:9
60:10 61:16

**getting** 15:25

59:18

**gift** 47:11,14,17,22,
25 48:4,6,11,12,13
51:7,9,10 52:8,9,23
54:15,16,21,24,25
55:1,3,9,13,17,24
56:22,23 57:5,9,10,
12,25 58:4,14,17,
18 60:11 61:19
63:21 75:10 84:2

**gifted** 55:1 60:23
62:10

**gifts** 48:1 84:6

**give** 19:25 40:17
82:18

**Given** 10:11

**go** 4:21 8:24,25 9:2
12:15 13:20 19:24
25:19 28:9 35:6
36:3 38:10 39:22
45:9 56:21 57:24
63:11 68:10 70:19

**goes** 5:23 27:9
49:14 54:15,25

**going** 4:17 5:3 7:2
9:1 21:25 22:3
30:21 31:13 32:14
44:24 45:10 48:22
56:1 63:9 70:15

**gone** 62:7

**good** 4:4,5 16:18,
20 34:24 82:21

**got** 9:8 51:1 52:23
76:11

**Government** 6:10

**graduated** 4:25

**grandmom** 61:20

**grandmother**

52:10 55:16

**great** 63:20

**greater** 47:24

**grid** 66:12 67:1

**gross** 14:14 66:6,7

**group** 15:4 17:1

**guess** 4:20 6:22
22:18 33:19 47:9
60:6

**guys** 13:20 82:18

## H

**H-A-S-M-I-G**
51:5

**had** 14:6 17:15
23:9 25:17 27:3
34:4,9,19 38:23,24
54:9 55:12,16 62:9
80:20,21

**half** 65:2

**halfway** 6:22

**HANAMIRIAN**
4:3 12:19 13:1
22:6,13 23:2,18
24:15 25:13 28:4
30:1 38:8,11,20
44:14 45:1,9,14
46:24 49:4,7,12
50:9,17 53:14 61:5
63:3,7 70:20 77:12,
17 82:20,22 83:4
85:19 86:6,14

**handbook** 45:2

**handle** 7:22

**handled** 41:19
58:6

Jessica Hollobaugh

**happen** 11:18,21
16:2

**happens** 48:10,19

**has** 12:7 59:4,5
82:1 85:17

**Hasmig** 51:5

**hate** 4:20

**have** 4:11,13,14,17,
24 5:7,15,16 6:1,3,
17 7:2,20 8:16 9:5,
22,23 12:5,6,22
15:23 16:4,9,16
17:2,18 18:12,20,
24 19:14 21:9 23:9
25:18 29:8,16 32:9,
10,22 33:8 34:16,
19,25 36:19 40:11
41:2,3 42:3 44:7
47:16 52:19,22
53:11 54:9,12
55:12,19,25 56:8,
11 59:6 61:12,19,
23 62:8 69:3 73:17,
20,22 75:22 76:11
77:14,18,20 79:9
82:4 84:13,18,19,
20 85:3 86:7

**haven't** 17:22

**having** 4:1 21:24
58:11 61:16 80:22

**he** 9:2 10:1 16:25
17:2 30:3,4 31:16,
19 32:16,22 34:9
38:13 39:12,18
41:10 42:15 49:16
50:3,14 51:1,11
53:23 54:5,16
58:12,14,15 59:11
66:5 68:11 72:2,8,
17,18 73:17,20,23
74:4,5,6,8,25 75:14
81:10

**he's** 34:24 58:16

**heading** 18:1
28:12 30:3 44:1
45:16,21 63:12
64:3 68:13

**hear** 50:9

**hearsay** 44:22

**held** 55:5 58:6 62:3
75:8 78:22 79:1
85:12

**help** 8:19

**helpful** 28:10

**helps** 28:9 43:22

**her** 10:17,18,19,23
12:17,18,20 13:2,4
18:4 38:3 43:23
48:25 49:10 51:5
74:17 80:15

**here** 16:2 19:6
25:23 30:3,4 31:8
39:9 40:18 44:3
46:16 56:3 67:24
70:18 75:9 80:9

**higher** 67:10

**Hilde** 14:23 42:21
43:9,11,19 59:13
74:10,15 80:13,14
83:16,18

**his** 32:11 41:20
42:15,21 43:17
54:13 58:13 66:1
81:10,12

**history** 4:22 65:24

**Hoberman** 16:23

**holder** 33:12

**HOLLOBAUGH**
4:1

**home** 53:11 56:17
58:3 59:1 61:9

**homeowner's**
59:2

**hours** 15:18

**house** 51:2 52:4,10,
23 56:1,17 61:4,12
62:1,10,13 76:5
81:9,11

**household** 54:9,13
55:12

**houses** 57:2

**Hovnanian** 4:8
14:24

**Hovnanian's** 77:4

**Hovsat** 11:13 65:5
68:6 74:12 75:17
85:6

**how** 4:4,5 5:14
6:16,24 7:16,21
11:23 13:14 15:15
24:3 31:18 33:12
38:24 39:22 43:3,4
45:4 54:11 56:9
57:1,2 58:6 62:18
73:11 74:8

**How's** 28:7

**hundreds** 21:19
23:11

**hypothetically**
7:12,13

---

**I**

**I'D** 19:14 20:6 83:5

**I'LL** 20:3 28:6
45:6 72:4

**I'M** 4:5,6 5:5,10

8:7 10:6 11:4,11
19:13,22,24 25:16
27:13,18,20 34:7,
12,19,24 38:12
39:20 40:17 41:9
44:24 45:10,20
46:9 47:9 48:22
52:8 53:4,23 54:14
55:15 57:21,23
58:16 59:18 60:10
61:15,16 63:9,13
65:25 67:14 68:16
69:19 70:15 71:1,6,
19 72:6 74:2,24
76:4 78:23 83:11

**I'VE** 25:17

**identification** 35:9
47:7

**identified** 11:9
13:8 17:21 21:25
23:24 25:15 30:9
33:10 34:2 41:22
45:16 51:7 54:19
58:10 60:16

**identifiers** 9:14

**identifies** 22:14
30:2 44:2 59:24
64:6 66:6 68:11

**identify** 10:1 22:22
23:22 27:12 51:1
58:24

**identifying** 30:23

**if** 9:6 11:6,18,22
20:2 21:9,13,14
23:8 28:9 29:18
30:16 32:3 33:7
34:4,18 37:11,13,
15 38:8 43:22 45:9
46:8 47:19 48:6,10
51:5 52:8,9,23 53:3
55:16 56:7 59:4,8
61:18 62:23 66:1

67:6 68:3,4 69:12,
23 70:5 74:10
77:14 84:10 86:2,
12

**immediately** 64:9
75:1

**improper** 45:5,10

**in** 4:9,13,19,24,25
5:13 6:1,2,12 7:5,7,
12,20,25 8:3,8,9,
10,11,12,19,21 9:5,
6 11:2 12:1,2 13:9
14:1,7,14,18 15:13,
15 17:9,14 18:19
19:4,22 20:8,16,21,
24 21:2,10,11,20
22:8,16,19,20,24
23:12 24:2,3,21,23
25:20 26:1,6,13,16,
20,23 27:2,4,8,13,
15,18,23 28:14,18,
20 29:1,6 30:8,13,
19,20 31:4,6,12,22
32:14 33:22 34:11,
13,22 35:15,19
36:3,15 37:20,21
38:6,24 39:4,22,24,
25 40:1,13,18 41:8,
13 42:5,12 43:6,
16 44:3,6,16 45:23
46:5,16 47:16,19
48:7,12 49:13,14
50:15 51:4 52:3,10
55:5,7,12,16 56:3,
13,16 57:3 58:1,4,
8,10 59:4,9,11,12,
21,22,24 60:16,23,
24,25 61:10,20
62:1,4,5,13,21 63:1
64:3,5,6,14 65:24
66:2,4,7,10,16
67:7,16,18,21,23
69:9,15,16,22 70:6,
22 71:9,17,23

Jessica Hollobaugh

72:24 75:8,18,19
77:2 78:3,5,8,14,
17,22 79:1,7 80:1,
3,13,20 81:5,10,11,
16 82:1 83:7,8,10
85:3,6

**included** 17:8 22:9
30:7 69:12

**including** 28:22
30:16 35:19

**income** 30:17 36:4
66:25 67:4,16,18,
21 69:12 85:9

**income-producing**
76:6,10,17 84:19

**incomplete** 14:2

**Inconsistencies**
28:13

**independent**
75:12

**indicate** 18:14
46:11

**indicated** 42:20

**indicates** 43:14

**indicators** 23:4

**indicias** 23:20,22

**indirect** 64:19

**individual** 6:8
10:2,13 12:5 25:21,
22 32:7 40:10

**individual's** 78:22
79:1

**individually** 19:15
40:12

**individuals** 14:21
15:3

**information** 17:20

**initial** 7:20

**instance** 6:13 7:12
12:2 18:19 36:16
37:21 42:6 48:7
55:7,16 58:1 62:6,
21 66:16 69:10
75:19

**instances** 66:16
83:18

**instead** 8:3 24:7
31:18 53:15

**instrument** 62:19

**insurance** 59:2

**intended** 37:25
38:1

**interactions** 10:13

**interest** 48:20

**internal** 16:4

**internally** 7:11,16
16:16 17:7

**Interrogatories**
8:21

**interrupts** 82:25

**into** 6:18,23 8:6
24:1 42:19 43:12
47:2,12,20 49:18,
23 53:24 60:24
62:10 73:25 76:12
79:4 81:11 85:1

**invalid** 44:19

**investment** 34:5

**involved** 25:18

**IRS** 48:25

**is** 4:7,16 9:2,3,4,9,
18 10:7 11:22 15:6,
7 16:17,25 19:23
20:20 21:6,10,25

22:15,23 23:7,11
24:9,16 25:8,21
26:13,21,22,23
27:4,15,23 28:6
29:18 30:6 32:20,
21 33:19,20 35:4,
10,22,24 36:8,9
37:22 38:17 39:21
40:3 41:22,23,25
44:3,16,17,19,20
46:3 47:24 48:16
49:1,10,14 50:5,11,
13,14,21,22 51:5,
15 52:8,9 53:4,9
54:6 55:1,20 56:4,
16 57:8,17,25 58:6,
14,23 60:6,11,12
61:13,18 62:1 64:9,
24 65:15,21 66:13
67:18 68:19,22,24
69:9,19,20,23,24
70:17,23 71:3,14,
15 72:7,12,13 73:4,
6 74:3 75:19,20
76:6,7,20 77:24
78:21,25 80:5,6,25
81:2,3,7 82:9,11
85:4

**isn't** 36:4 50:18

**issue** 24:21 25:8
26:12 49:6 54:17
67:5

**issues** 9:16 26:25
44:22 47:17

**it** 4:18,19 6:7,17,18
7:19,22 8:6,10,25
9:7,8,18 10:7 11:6,
16 12:10 14:3,4
15:3,21,23 16:1,10,
11,17,19 17:5,17
18:20,25 19:7,16
20:1,3,7,23 21:13,
14,15 22:2,4,14,19

24:3,4,19,22 25:15,
18 26:6,7,21,22
27:3,23 30:6,13,14,
22 31:8,19,20,21,
23 32:4,16 33:21,
23 34:19 35:3,6,12
36:17 37:1,3,5,10
38:3 39:11 40:10,
18 41:1,5,7,8,9,12,
18 42:19,24 43:2,5,
10,14,22 44:16,23
45:7,10,11,25
46:10,22 47:11,12
48:18,24 50:14,21,
23 51:8,10,20,22
52:18 53:4,6 54:6,
15,19,25 56:6,7,12,
25 57:9,16,17 58:1
60:19 61:11 62:1,
18,22 65:25 66:1,
15 67:16 68:5,17,
19,24,25 69:1,24
70:10,23 71:18,20
72:5 73:6,8 75:20
76:11,13 78:8,16,
21,25 79:3,6 80:1,
3,19,20,21 81:16
82:11,25 84:11,22
85:16

**it's** 8:1 12:2,6
15:17 16:5 20:2
23:3 24:23 25:7,17,
20 26:8,18,19
30:14 31:14 35:16
36:4,5 37:20,22
38:1,13 39:15
40:19 44:12,25
45:4,5,12 48:8
49:1,23 50:9,10
52:12 53:1,16,25
54:15 56:5 57:10,
12,19,22 58:2
60:25 61:6,14 63:8
69:2 70:3,6 76:21
78:9,19

**italics** 70:6 71:23

**items** 26:9 29:9
30:7,8 60:1

**its** 51:16 53:10
75:22 78:18

**itself** 17:23 44:19

---

**J**

**January** 40:21
66:3

**Jenssen** 14:24 43:9
80:13

**Jessica** 4:1,4 20:1

**Josh** 82:19

**junior** 15:8

**just** 5:3 6:1,18,19,
23 7:11 8:3 14:4
16:9,17,18,19 20:5
22:3 23:6 26:12
27:18 29:6 30:6,7,
10 31:8,18 32:1
35:6 36:5 38:23,24
39:11,12,20 40:17,
24 44:25 49:9
52:16 53:18 54:14
56:4,13 57:23 58:5,
13 59:19 60:16
61:14 63:10 64:11,
25 66:1 71:15,19
75:4 77:20 78:8,9
80:22 82:4,22 83:1

**Justice** 29:22

---

**K**

**Karen** 10:16 13:24
18:17 26:22 33:23
65:6,8 77:5

Jessica Hollobaugh

**Karen's** 9:25 13:13

**keep** 84:22

**kids** 31:18 58:15

**kind** 4:19 5:22 6:17,18 7:6,8 8:5 11:5 16:11 29:19 59:19 68:9 78:8,11 85:23

**kinds** 34:1

**know** 6:20 7:23 8:2 9:6 12:9,16 14:11 15:15 17:4 20:11 26:18,20 29:11 32:19,23 33:7 34:4, 7,9 39:24 43:18 44:5,21 46:20 48:6 54:11 56:9 67:6 68:4,22 73:11,24 74:16 84:4 85:9,14

**knowledge** 10:11, 22 16:20 49:10

**known** 72:1,7

**Kunofsky** 12:13, 23 22:3,25 23:13 24:10 25:4 27:22 29:24 38:2 44:9,24 45:3 46:21 48:22 49:5 50:7 53:6 60:18 63:5 70:14 77:15,20,22,24 82:18,21 85:15 86:8,10,12,15

---

**L**

**lack** 10:11 84:5

**language** 49:20 64:8 70:6 71:24 75:1

**largely** 7:7 15:3 83:20

**larger** 14:11,19 80:9

**last** 46:5 63:18

**later** 8:17 24:2 28:19

**law** 27:13 28:8 49:8

**lay** 78:8

**layperson** 78:9

**lease** 82:2

**least** 45:8

**leave** 54:19

**leaves** 63:20

**ledger** 14:4 20:9, 10,11,15

**ledgers** 75:25

**legal** 21:5 22:4,23 23:1,14 24:11,21 25:5,17 26:1,4,24, 25 27:19 37:17 38:4 44:10 46:22 48:24 50:8 51:5 53:7 60:19 62:16 70:17 78:3,4 85:16

**legally** 22:22 25:8

**legitimate** 23:8

**less** 14:14,19

**let** 9:6 29:6 77:12, 13

**let's** 4:21 55:15 63:11 68:10

**level** 17:16 19:17

**liabilities** 18:10

**liability** 16:16

**licenses** 5:4

**lien** 30:19,20 35:21 40:14 69:14,15

**like** 5:8 6:4 8:3,22 11:15 20:5 31:18 32:1 41:1,9 43:11 45:12 47:21 57:1 59:17 67:16 81:22, 23 82:5,7 83:5 86:8,11

**likely** 68:7

**limited** 10:22 35:19

**Linda** 15:6,13

**line** 48:23

**lines** 78:11

**liquid** 59:5,9

**list** 29:9,12 45:1,3 79:10

**listed** 83:10

**listen** 20:4

**literally** 21:19

**litigation** 5:21,23 6:23 44:3

**little** 14:19 20:14 30:16 69:12

**live** 52:10,14 55:12 57:3 60:22,23,24 62:9

**lived** 53:15 61:10

**living** 46:12 49:24 50:11,15 52:3 53:17,21 54:1 62:1, 13 76:14,15 81:9

**loaded** 59:17

**loan** 84:10

**loans** 19:4,9 84:6,7, 9

**local** 80:1

**logic** 61:18

**logs** 79:14

**long** 5:14 11:4 49:1

**look** 16:11 19:3,14 27:4 31:5 33:8 40:11 56:22

**looked** 18:14 19:9 79:17 82:5

**looking** 22:21 26:9 32:15 41:11 46:10 57:18 81:1

**looks** 41:1 67:16

**loss** 6:9,10,12,14

**losses** 6:15

**lost** 11:5

**lot** 6:8 10:25

**lowering** 22:7

---

**M**

**made** 48:11 55:17 56:22 82:7

**main** 79:20

**maintain** 75:25 76:23

**maintained** 10:24 11:8,12 54:13 72:2, 9,18 73:11

**maintaining** 11:7, 15

**majority** 83:9

**make** 16:13 37:19 41:9 42:3,5 69:4

79:9 82:4

**makes** 16:12 17:5

**mall** 30:19 40:15 64:5,10,18 65:4,11, 22 66:8,22 68:3 69:15 75:3 76:18, 21,24 77:10 78:17 85:8,13,24

**manner** 37:20

**many** 6:24 33:16 57:2

**market** 46:13 49:25 51:16 53:12, 13 54:2 58:23 59:8, 16 61:22 82:2

**matter** 4:8 19:16 21:15 22:17,19 24:23 25:3 30:25 31:15,20,21 37:5, 10,11 56:12 61:12, 21 70:1

**mattered** 31:23

**matters** 38:16

**may** 8:16 10:2,12 30:10 70:5

**maybe** 32:22 41:9

**me** 9:6 15:13 20:2, 20 29:6 30:7 38:9 39:17 40:17 45:25 46:8 50:11 56:4 60:7 61:16 68:12 71:14 77:12,13,14 82:18

**meals** 33:17,25

**mean** 5:14 6:1 8:8 9:9 20:11 24:23 25:15,17 28:5 29:14 30:22 31:17 38:8 39:17 42:14,

Jessica Hollobaugh

17 53:18 54:11 60:9 64:21 67:3 68:25 69:18 76:4, 13 82:10 83:6

**meaning** 14:13 79:24

**means** 25:15 69:1

**meant** 50:22

**meeting** 58:13 71:9

**memory** 7:3

**mentioned** 23:6 32:1 77:23 78:1

**method** 20:2

**middle** 59:21 74:23

**Middletown** 40:22

**might** 9:1,4 13:10 31:21 32:10 41:3 85:2

**million** 14:13

**Mills** 28:22 29:3

**mind** 41:8,15 56:16

**minor** 17:4

**minute** 30:11 35:5 56:24

**minutes** 34:22 77:13

**minutes'** 63:4

**misleading** 10:2, 12,15 27:23

**misspoke** 58:20

**mom** 81:20

**mom's** 81:11,12

**moment** 49:19

64:11 75:4 80:23

**money** 36:22 42:19,20 43:23 59:6

**monies** 35:19 39:12,23,24 40:8 43:10 44:18 66:7 74:4 83:17 84:25 85:1

**monthly** 77:1,9

**more** 15:7 42:18 59:12

**Morgan** 31:17 72:2,8,25 73:1,16, 18,24 74:9,11,19 79:11,12,14 83:16

**Morgans** 34:6

**morning** 4:4,5

**most** 20:5

**mother** 47:4 58:18

**motion** 8:4

**move** 74:4

**moved** 74:14 81:11

**movement** 72:3,9, 19,24 73:2,12 74:3 79:4,8 83:14,17

**moving** 34:21 43:25 65:21 73:14 78:23

**Mr** 4:3 12:13,19,23 13:1 22:3,6,13,25 23:2,13,18 24:10, 15 25:4,13 27:22 28:4 29:24 30:1 38:2,8,10,11,20 44:9,14,24 45:1,3, 9,14 46:21,24 48:22 49:4,5,7,12

50:7,9,17 53:6,14 60:18 61:5 63:3,5,7 70:14,20 77:12,15, 17,20,22 82:18,20, 21,22 83:4 85:15, 19 86:6,8,10,12,14, 15

**much** 4:20 15:15 16:9 37:18 57:21

**municipality** 36:24

**my** 4:14 5:16 6:22 7:2 13:11,12,15 14:10 15:4,24 16:8, 20 19:20 20:19 21:16 25:5,7 26:12 29:2,5 31:18 34:11 35:16,24 37:1,20 38:13,18 40:18 41:7 48:8 49:23 50:10 68:19 70:3, 23 71:1,15 73:13, 14 82:1 83:10

_____

### N

**name** 20:24 21:10 51:5 78:23 79:1 81:12

**narrative** 19:24

**nature** 22:9 55:24 59:3

**Navesink** 22:10 44:2,4 45:17,22 46:12,19 76:10 78:14

**nearest** 70:7

**necessarily** 7:12 13:3

**necessary** 19:23

**Nedrehangen** 43:9

**need** 27:4 34:23 52:11,12,15 56:1, 23 57:3 61:25

**needed** 14:1 31:4 32:3 36:13

**negative** 66:25 67:2,4,6

**negatives** 66:17

**net** 66:6,14,17,25 67:4,12,16,17,21

**never** 29:12 52:12, 16

**New** 35:20 69:10

**next** 7:15 20:5 49:14 64:3 65:21 74:22 78:23

**Nina** 9:19 26:22 33:23 77:4

**Nina's** 9:25 80:18

**no** 5:4 8:11,23 10:15 12:11 13:4 17:5,10,17,22 18:16,21 19:18 21:6 23:7,19 26:11 27:6 29:5,13 32:12, 13 33:15 34:3,24 35:10 37:8 41:4,25 42:7 43:2,21,24 45:9 46:7 52:16 57:14 58:2,4 59:4,5 62:24 63:2,24 67:21 74:12 75:10, 12 77:11,18 78:9 79:6 80:3 81:14,15, 21 84:8 85:22,25 86:3

**nominee** 78:3,7

**nominee-type** 81:6

**non-filing** 83:23 84:2

**non-financial** 13:17 40:6 42:1 68:8 72:15 73:15

**non-payment** 50:25

**non-signatory** 73:18

**non-trustee** 79:4

**non-trustees** 83:13

**none** 13:18 17:4

**normal** 78:21,25 79:3 80:5 83:2

**normally** 19:12 81:24 83:3

**not** 6:14 7:12 8:1, 11,12,23 9:18 10:14 11:11 12:6 13:13 14:7,10,21 17:8,10,17 19:7,13, 19 20:2,4 23:16 24:4 29:5 34:3,12 35:19 37:20 38:12 39:20 40:19 41:4 42:2,8 43:2 45:11, 12,20 46:8 47:9 48:8,13 51:2 52:17 54:10 55:11,13,15 56:1,5 57:12,22 58:17 59:18 60:11 61:14 62:7,9,10,24 65:25 67:14,17,20 71:19 72:1,7 73:18, 23 75:9 76:6,10,25 77:11 78:9,19 80:3 81:16 85:22,25 86:4

Jessica Hollobaugh

notated 43:8

note 9:19

nothing 29:1

notion 16:12 54:15

now 7:3 28:21 41:9
57:1 68:20 72:7

NRR 30:20 35:21
49:25 50:1 54:1,3
63:12 69:16

number 45:16

numbered 31:14

numbers 31:15
59:18

—————————

**O**

object 22:4 44:24
45:6 48:22 53:4
70:15

objecting 82:24

objection 12:13,23
22:25 23:13 24:10
25:4 27:22 38:2,3
44:9 46:21 50:7
53:6 60:18 83:1
85:15

objectionable
26:19

obligated 60:4,14,
15

obligation 55:19
58:13 61:6,7,13,24
85:17

obligations 62:23

obtain 54:7 64:22

obtained 46:11
49:24 50:10,15

53:17,23,25 54:6,8

obviously 4:7,17
9:5 13:7 14:12
33:19 37:19 41:6

of 4:7,9,11,19,21
5:22 6:5,8,9,10,11,
12,13,14,17,18,25
7:6,8,9,14 8:3,4,5,
9,14,17,20 9:5,13,
14,18 10:2,7,8,10,
11,12,13,16,17,25
11:2,5,13,14,15,19
12:16 13:5,16,18,
25 14:7,19,23
15:11,14,20,24
16:8,10,12,25
17:14,19,20,25
18:4,5 19:3,4,9,21,
23 20:1,8,10,13,14,
16,23 21:17,19,20
22:9,15,16 23:11,
20,22,23 24:2,9,18,
24,25 25:2,8,14
26:6,12 27:2,7,13,
19 28:7,8,11,21
29:7,9,13,16,19,21,
22 30:4,13,16,18,
22 31:2,3,5,6,10,
12,15,18 32:2 33:3,
11,16,19,21,24
34:1,6,7,11,12,17,
25 35:3,4,6,12,18,
21,24 36:15,18
37:1,24 38:19 39:4,
7,13,18,21,24 40:5,
22,24 41:3,7,12,14,
23 42:24 43:25
44:15,21 45:11,18,
19,23 46:3,4,13,14
47:1,20 48:1,3,12,
15,23 49:6,8,10,11,
16,17,22,25 50:1,2,
25 51:21 52:13
53:10 54:1,2,3,4,9

55:9,17,24 56:15,
21 57:6,7,11,19,20
58:7,8,9,14,18,23,
24 59:1,13,19,21,
25 60:3,8,13 61:1,
4,9,20,22,25 62:3,
15 63:12,17,20,21
64:10,16,17,20,23,
24,25 65:1,2,12,17,
23,24 66:1,3,4,6,7,
9,12,13,14,15,21,
24 67:10,19 68:8,9,
10,20,21 69:2,9,11,
20,21 70:1,7,9,12,
18,21,24 71:1,3,12,
13,16,24 72:3,4,9,
10,14,19,20,24
73:1,2,5,8,12,13,14
74:3,4,6,11,20,23,
25 75:3,11,13,15,
25 76:17 77:2,24
78:8,11 79:5,8,11,
13,22,23 80:12,25
81:3,19 82:8,14,20,
22 83:2,7,9,10,14,
17,21,23,24 84:1,2,
5,9,16,21 85:3,23
86:11

off 34:21 45:8

offhand 8:2 77:11

office 6:25 7:5
64:17 65:1

offices 7:7 80:2

oh 58:1

okay 4:16 5:7 8:12
9:3,12 14:3 16:12
17:12 18:19 19:6,
16 21:14 27:2,4
28:11 29:10 30:12
31:7 33:18 35:8
39:11 40:7 41:10
43:10 47:7 49:4,21

53:15 56:25 58:8
59:11 61:21 64:13
66:4,12 67:11 74:8
75:6,18,24 77:15
78:11 80:11 84:17
85:7 86:6

old 57:2

on 4:14 6:7 7:21,24
9:16 10:6 13:16
15:2,11 17:25 18:3
19:24 22:15 24:17
25:2 28:11 29:14
30:9 33:15 34:25
35:3,12,21 37:14
38:4 39:13 40:10,
13,21 42:23 43:25
49:7 51:2 58:18
59:20 62:18 63:8,
14 64:8 67:1 68:12,
14,17 70:3,6 71:1,
15,22 72:1,8,14,23
73:13,18,20 74:3,
22 77:1,17,18,24
78:23 79:25 80:12
82:7,13 83:15 84:7,
9,11

once 7:17 76:11

one 4:14 5:12 12:3,
7 15:24 16:8 25:21
40:17 43:7 45:5,7,8
47:12 48:8 53:20
60:21 70:17 74:9
77:23 78:1 83:15

ones 4:15 18:17
33:13 34:14 55:4
56:14 62:2 72:17
79:21

ongoing 30:17
33:16 69:12

only 4:18 6:14
13:25 35:10 56:5
78:14,18,19

onto 10:10

open 29:9

operations 33:16

opine 23:16,19
25:24 27:1,17 38:4

opining 70:25 71:1

opinion 12:22 13:3
30:14,21 35:16,22
37:22,23 38:13,15,
17 49:24 50:10
53:17,25 57:21
68:19 69:18,21,24
70:3,12,17,23 71:5,
11,12,15 72:12,13,
14,23 73:13,17,20,
22 74:25 80:20

opinions 20:20
38:18,25 80:22
82:4,10,13

or 4:22 5:2,8 6:9,
17,25 7:5,14,15,21
8:10,14,21 9:4
10:18 11:8,25 14:8,
13,20,21 15:21
16:13,17 17:8,19
18:16 22:14,20
23:16 25:21,22
27:5,24 28:7,8
29:19 32:4 34:5,6,
22 36:4,16 38:4
43:4,5 44:18,20
48:1 50:5,12 52:17
53:8,18 54:7,10
55:13,14 56:8,22
57:6,20 59:12,15,
24 60:24 62:1 63:1
64:22 66:1,7,16
67:19 68:3 69:12,
25 70:12,25 71:19
72:12,13 74:6 77:1
78:2,7,8 79:4 80:5,
6 81:24 82:8,10

Jessica Hollobaugh

83:2,24 84:6,11,15, 25 85:4,7,21 86:13

**order**  13:9 14:1 27:4 31:4 59:9

**organized**  46:11

**original**  15:10

**other**  4:15 5:4,7 6:14 11:2 12:17 13:16 15:3 16:8 17:4 18:16 19:3 21:23 32:24,25 34:4,5,9 35:18 38:18 40:6 46:14 48:16 50:2,3 54:4 56:11 57:2 59:5 60:1 65:5,12,19 70:9 77:14 78:14 79:8,11,20 83:8,17 84:1,9 85:7

**others**  34:12 79:13

**otherwise**  37:16

**our**  7:24 16:25 23:23 24:1 36:9 39:6 41:25 46:9,10 68:24 69:4 72:14, 23

**out**  11:20,24 14:4 19:22 20:21 32:5, 25 36:3,23 40:22 41:14 45:2 52:7 63:20 66:7 72:24 74:4,6,11,14 79:4 81:1 84:21

**outlined**  15:25 34:11,13

**outlining**  73:2

**outside**  5:3 19:4 34:11 57:8

**overall**  7:5,6 16:10

**overlay**  6:25 11:10

**owed**  43:23

**own**  20:10 56:9 75:22

**owned**  14:20 46:20 65:25

**owner**  81:2,7

**owners**  28:21

**ownership**  39:7 46:14 47:1 50:1 54:2 58:23,25

**owning**  59:1

**owns**  44:7 61:12

---

**P**

**p.m.**  77:17 86:17

**Pachava**  18:13 31:25 32:2 36:11 37:2 38:19 39:2 44:1,13 45:16,22 47:2,6 51:18,25 55:9 63:13 72:1,8, 25 73:18,24 78:15 79:8 81:22

**page**  9:10,15,17 10:7,10 17:25 18:3 28:11 30:2,9 34:25 35:3,6,7 43:25 45:21 49:17,18,22 53:24 54:6 59:21, 23 63:11,14 64:4,8 66:6,13 68:10,14 70:6,7 71:22 74:22, 23

**pages**  21:20 23:11 40:13 58:9

**paid**  23:25 24:7 25:2 30:23 35:13

36:24 39:2,5 40:21 41:2,14 43:11 54:16 58:11,18 59:9,11,13 65:10 67:17,20,22 74:11 81:19 83:19

**paragraph**  9:17, 20 28:14,15,19,20 30:5 35:1 45:23 46:2,6 49:13,14,15 63:13,17 64:3,7,12, 14 65:21 68:14 74:23 75:5

**paragraphs**  71:23

**parent**  54:12 61:8

**parent's**  61:6,7

**parental**  58:13

**parents**  52:13,18, 20 53:16 55:19,25 56:6,7,8,11 58:2 60:4,5,14,21,25 61:12,18,19,23 62:14 66:1 79:23, 24 81:24

**parents'**  53:1

**Paris**  55:16

**parsing**  52:7

**part**  9:18 37:1 41:7 57:20 64:24 80:13, 25 81:3 82:14

**particular**  12:2 47:25 82:7

**particularly**  83:7

**partner**  16:21

**partners**  16:8

**party**  53:13

**pay**  24:4 32:7 34:10 39:12 47:11

51:11,13,14 52:11, 12,15,16,19,20,22 53:2 55:19 58:14, 17 59:10 60:4,14, 15 61:1,9,25 81:25 83:22 84:21

**paying**  22:15 24:17 32:2,4 50:16 51:2 53:20,22

**payment**  35:20 42:7 46:13 49:25 60:3 61:22 64:17 65:1 72:3,10,19

**payments**  22:9 23:24 32:25 78:13 83:20

**payor**  33:12

**pays**  31:16,19

**PDF**  4:14

**PDFS**  86:13

**penalties**  48:20

**people**  6:24 7:9 9:14 20:6

**perceived**  55:14

**percent**  53:12

**perform**  14:8 24:20

**performed**  18:8 25:12,25 35:25 41:25

**performing**  27:2 31:12 65:13

**period**  18:11

**periods**  34:17,20

**person**  36:24 47:23 55:23

**personal**  20:25

21:24 22:8 30:16, 18,23,24 31:9,16 32:22 33:3,11,13 36:18 37:7,12,13 39:4 69:11,13 78:22,25 82:8,9 83:11,12

**personally**  24:8,17 25:2 40:8

**persons**  33:22

**perspective**  24:14

**phone**  79:14

**picture**  10:2,12,15 71:8

**piece**  5:25 67:13

**pieces**  82:22

**place**  8:15 32:16 36:20 62:9

**places**  4:13

**play**  24:3

**plays**  24:1

**please**  28:3

**plug**  38:24

**point**  10:9 30:22 37:24 59:23,25 74:9 77:23 78:1

**pointed**  18:17

**pointing**  53:23

**points**  59:25

**portion**  15:20 65:17,18 66:9 76:17

**positive**  67:18

**positives**  66:17

**post**  33:21

Jessica Hollobaugh

potential  25:8 80:6

potentially  19:25 21:24 25:5 44:17 51:9

practice  5:19 7:1 8:5 16:18,20

practitioner  6:20

preconceived  16:12

preparation  29:7

prepare  13:9 26:7 29:9

prepared  4:9 16:5

preparing  8:9,20 26:6

presented  68:18 71:17

preserve  45:4 83:1

presumes  27:23

presuppose  28:24 47:24

presupposes  71:18,20

primarily  20:25 64:19 76:19

primary  56:15

printed  4:14

printouts  13:6

prior  18:11 38:22 47:1 70:15

privilege  29:18

probably  15:17 39:15 79:19

procedure  7:13 16:17

procedures  75:7

proceed  7:17

proceeds  42:13,14, 25 63:19 70:10 71:25 80:12

process  8:4,13,20 11:14 15:2 16:4,7, 15 30:4 54:24

processes  10:23

product  20:18 25:6 38:4

profession  68:23, 24 70:23

professional  68:20,21 69:2,9 70:24 71:13

professionally  10:17 41:5 57:16

proper  11:16

properly  18:10

properties  22:11 39:16,19

property  28:23 29:4 41:1 44:4,5,8 46:15,19,20 47:1, 20 50:3,16 51:6 54:4 58:12 59:12, 15 60:2,13 63:22 65:4,23,24 66:22 67:19,23 75:8,11, 14 76:10,18,19,22, 24 77:10 78:12,14 79:23 81:11,16,23 85:8

protect  84:22

prove  10:9

provide  38:4 45:18 55:25 56:1 58:3,15

60:5,14 61:24

provided  15:12 33:22 58:9 79:14

provides  18:3

Public  5:5

pull  33:21 45:1

pulled  58:9 81:23

purchase  56:9

purpose  20:11 57:24 75:24

purposes  16:16 18:5 20:25 55:2,22 56:12,20 57:9,10, 13,25 61:21 85:10

pushing  57:21

put  41:13

## Q

question  11:4,12, 22 20:5,17 27:11, 22 28:3 29:25 37:17 41:8,12 44:22 45:6 46:1 47:10 48:23 53:3 58:16 59:17 60:6 61:15 67:15 70:5, 14,15 71:7

questioning  8:20 48:23

questions  20:4 29:8,9,13,15,17,22 77:14,18,21

Quickbooks  10:24 11:8 12:1,6 13:6,18 84:15

quiet  34:24

quote  9:18 35:5 72:17

quoted  30:8 49:20 64:8,12 70:6 71:24

quotes  9:3 30:3 49:16 58:10,11 59:24 64:6 68:17 75:1

quoting  30:4 60:17

## R

R-O-G-A-L-A-N-D  43:8

raise  36:25 37:3 41:8

raised  41:12

Randall  9:24 18:2, 7 30:2 44:2,21 49:13 59:24 63:19 64:5 77:13

Randall's  4:12 9:2,22 17:14,20,23 18:1 28:12 34:25 43:25 44:15 58:9 59:22 60:17 63:10 66:4,10 68:10 74:24

rather  9:1 11:4 20:6 30:5 45:25 82:24 85:2

reach  31:22 79:4

reached  43:16

reaching  80:15

read  12:20 14:23, 25 30:6 64:11 75:4 77:4 86:8

reading  35:4 44:16

reads  62:19

ready  9:6,8

real  35:21 36:12 39:1,5,8 47:19 50:2 54:3 56:25 58:20 59:1,12,25 61:3 67:7,13,18,23,25 74:10 81:23

really  12:6 16:9

reason  27:16 38:11,16 41:16,17, 19 47:8 69:18

reasonable  68:20, 21 69:8 70:24 71:13

rebuttal  6:10 60:17

recall  8:5,16,18 33:9 43:20,21,22, 23,24 51:23 62:22 68:4 72:21 77:8

receive  51:15 54:21

received  42:15 79:12

receiving  56:14 62:3

recess  63:6 77:16

recollection  14:10 29:5

reconcile  14:8,9

reconciliations  14:8

reconstruct  13:20 20:9

reconstruction  15:11

Jessica Hollobaugh

**record** 63:8 77:18

**recorded** 80:1

**recording** 80:1,4

**records** 13:7,17 15:11 18:21 73:9 76:3,24,25 84:15

**red** 36:25 37:3 80:7,10 83:6,8 84:17

**referencing** 72:6 74:24

**referral** 7:19

**referring** 85:5

**reflect** 47:1 51:20

**reflected** 22:16 67:1

**regard** 21:2,3 22:19 26:16 44:6

**regardless** 20:23 54:9 61:13 72:4,10, 20

**relate** 76:18

**related** 14:21 22:10 34:1 64:15, 22 75:15 77:9

**relating** 61:2

**relative** 11:9 15:9 23:25 41:13 42:21 65:11

**relevant** 9:10 69:4

**relied** 80:12

**rely** 49:7

**remember** 80:13, 19

**remote** 7:7

**rent** 46:13 49:25 50:16,25 51:2,11, 13,14,16 52:11,12, 15,17,19,20 53:2 54:2 58:23 59:8,16 61:25 63:20 64:17 65:1 81:19,25 82:2

**rental** 60:13 61:22 75:13

**rented** 53:12

**renter** 59:5

**rents** 65:10

**repeat** 28:2

**repeating** 63:18

**rephrase** 45:7

**report** 4:8,11,12 8:9,25 9:2,22 13:5, 9,11 15:20 16:22 17:2,9,15,21,23,25 18:1 21:21 24:2,23 27:8,9,13,20 28:5, 12 29:2,7,10 30:5, 10 31:22 34:12,14, 25 35:5 40:18 44:1, 16 45:7,8,18,24 46:4,5,10 58:1,10 59:22 60:17 63:1, 10,19 64:4,12 66:5, 6,9,10,14 68:11,19 75:1,11 81:25 83:10

**reported** 85:9

**REPORTER** 86:10

**reporting** 55:22 56:12,20 57:4 58:5 85:8

**reports** 12:17 13:11,12,13,18 16:17 20:13 40:2

83:25

**representatives** 73:16

**reprint** 35:3 59:22

**reproduced** 66:10

**requested** 17:18

**required** 58:3,14, 17

**requirements** 62:19

**residence** 76:14 81:23

**residents** 76:15

**respect** 12:25 13:2, 4 18:13,15 20:19, 22 23:23 36:10 37:18 38:18 42:7 46:1 49:10 62:25 83:2

**respectfully** 30:22 31:17

**respond** 17:15

**responded** 74:12

**response** 18:12 55:18

**responsibilities** 53:2

**responsibility** 52:13 53:5

**responsible** 60:12

**responsive** 4:12 44:1

**result** 17:19,20 69:21

**return** 37:14 47:22 48:4,6,11 54:24 56:2,23 57:5,25

58:19

**returns** 6:21 18:15,16 19:5 21:11,12 23:7,9 37:8 75:10 83:24 84:3 85:17,20

**reveal** 20:12,17 21:23

**revealed** 20:23 22:2

**reveals** 70:1

**revenue** 14:14 77:9 85:5

**revenues** 75:13 76:1 84:21

**review** 13:16 15:25 16:4,10,16 25:9 30:8,10 40:5 46:25 49:19 68:8 72:14, 24,25 73:8,13,14 79:14 80:15,19

**reviewed** 8:24 9:22 13:9 16:21 17:17 34:14 58:9 62:21 72:16 79:10 80:21 84:2

**revocation** 28:25

**reword** 39:15

**Richard** 4:25

**right** 14:4 19:12 20:9 22:23 32:20, 21 33:23 41:12 50:24 51:9 61:22 62:1 67:17 71:10 76:10 79:10 82:5 85:2

**River** 22:10 44:2,4 45:22 46:12

**Road** 22:10,11 28:23 29:3 44:2,4 45:17,22 46:12,19

**Rogaland** 43:7

**roles** 15:9

**roughly** 8:6

**running** 49:18,23

**runover** 63:13

**runs** 26:20 35:6

--- **S** ---

**S-P-A-R-E-B-A-N-K-E-N** 43:7

**said** 43:17 51:8 52:16 61:23 64:25 71:15 72:17 74:12 77:8 79:9 80:12

**same** 20:16 25:21 28:11,19 46:6 49:13 55:18,20 62:14 64:4 70:5,11, 13 71:22 78:11 79:25 80:18

**Sandy** 15:7,10

**sat** 65:2,6,15

**satisfaction** 30:18 69:14

**saw** 11:12

**say** 5:3 14:13 15:17 16:12 26:8 27:4 31:18,19 34:1 35:15 37:20 38:11, 13 41:10 43:20 50:5,21 53:16,25 55:15,24 56:23,25 57:1 58:1 61:21 62:12 63:19 67:2 69:17 70:22 74:2

Jessica Hollobaugh

76:4 82:6,10 83:25
84:14

**saying** 18:2 27:14,
18,20 28:6 34:8
37:21 38:12 43:23
51:4 53:4 60:11
62:15 68:17 76:9

**says** 9:3 18:7 29:10
30:14 31:8 44:21
45:25 46:10 54:18
62:22

**scenario** 59:4,11

**schedules** 40:1

**scope** 41:23 57:8
73:5

**screen** 4:15

**second** 40:17
45:22,24 49:15
64:14,16,23,25
65:2,14 71:23

**seconds** 82:19

**section** 63:18

**see** 9:20 11:10
19:10 28:16 32:24
39:5 51:17 56:22
63:10,15 66:9,24
67:11 77:14 80:6,8
83:8 85:20,23

**seemed** 4:19

**seems** 9:24 24:20
43:11

**send** 86:13

**senior** 15:6

**sense** 16:13 36:19
41:3 78:3,8

**sent** 74:19

**sentence** 10:6 17:5
28:18 45:15,22

46:5,16 63:17
64:15,24 65:3
71:24 72:6

**separate** 78:3
84:22

**September** 66:15

**sequence** 38:21

**series** 9:13,14 13:5
48:1

**services** 17:1

**set** 10:18 13:2,4
27:8

**settlement** 42:22

**several** 25:18 81:6

**Shant** 14:24 20:25
21:24 22:14 26:21
30:17,23 31:9 32:4,
7 33:4 34:4 35:10,
17 36:18 38:14
39:4,6 40:8 41:19
43:23 44:17 46:11
49:24 50:10 51:13
52:7 53:17,18,20,
21,25 54:6,8,12
58:11 63:12 64:15,
20,22 69:13 70:8
72:1,7 73:11,15
74:10,11 81:9,15
83:16,21

**Shant's** 42:12 47:4
52:2 65:25 79:24

**share** 86:14

**shareholder** 5:22

**she** 10:21,24 11:6,
7,12 12:8,10,12
14:1,6,7,9 15:6
43:20,23 49:3 51:5
65:8,9,10,12,14
83:19,22,23

**she's** 49:2

**shelter** 55:21 58:15
60:5,14 61:1,24

**should** 11:23 12:5
17:8 23:9 39:15
62:2 75:22 76:11
84:19,20

**showed** 31:7

**shows** 24:4

**side** 6:1 77:19 84:9

**sign** 86:9

**signatory** 35:10
72:1,8

**significance** 36:8

**significant** 83:20

**silly** 4:19

**similar** 36:9

**similarly** 60:15
61:7 71:22

**simplify** 59:19

**since** 5:16 9:2

**single** 10:24 12:1

**situation** 56:4,13

**situations** 60:25

**size** 14:19

**skill** 10:18 13:2,4

**small** 14:12,13
80:8

**so** 4:6,11,13,16,19,
24 5:16,21,24 7:2,
8,11 9:4,18 10:16
11:6,22 12:4,6
13:7,22 14:2,3,20
16:11,19 17:11
18:19,22 19:8,11,
18,24,25 20:2,8,16,

19,22 22:14 23:3,7
25:11 27:13 29:18
31:4,15,19,20 32:3
33:15,16,23 34:24
35:15 36:3,22
37:15,19 38:22
39:4 41:1 43:3,10
46:7 49:1,13 50:20,
25 51:1,11 52:6,14,
18 53:11,16,21,22
54:18,20,25 56:1,
16 57:12,14,21
58:15 59:11,19
60:6 61:6,11,24
62:12 63:2 64:24
65:6,9,14,17 67:8
69:3,22,24 71:3
72:6 74:2,9,19
75:10,18 76:17
80:8,9 81:14 84:10,
24

**some** 4:21 8:17
14:6 27:25 33:24
38:16 43:16 49:6
65:17,18 82:3

**somebody** 4:18
11:18 13:22 22:15
24:17 33:20 47:11,
19 85:17

**somehow** 44:19

**something** 16:18
21:6 80:5

**Sometimes** 42:4

**sorry** 8:7 10:6 11:4
38:2 67:14 70:19
71:6 81:10 83:11

**sort** 49:6

**sound** 17:5

**source** 19:20
36:14,15 39:24

19,22 22:14 23:3,7

**sources** 18:5 20:14
21:17,20 27:6 31:6
35:24 66:7 67:24
77:2

**sourcing** 40:3

**Soviet** 71:8

**space** 64:17,23
65:1,14,17 71:9

**spaced** 7:7

**spaceships** 71:10

**Sparebanken** 43:6

**speak** 14:21 17:12

**speaking** 51:24
79:18,19

**specific** 8:3 26:9
42:18 76:20,21

**specifically** 4:8
28:9

**speculate** 12:10
42:2 73:23

**speculation** 32:18,
20 36:21 41:18,23
42:1

**speed-driven**
40:19

**Speedus** 20:22
26:21 30:3,15 31:2,
5,16,19 32:2,4,6,17
33:1 35:20 36:10,
18,23 38:22 39:23
40:24 42:11,12,19
43:11,12 65:8 68:2
69:10 84:11 85:3,
20

**spent** 15:15

**spring** 8:9

**stab** 15:24

Jessica Hollobaugh

**staff** 13:15 15:24

**standard** 63:9 68:22 71:12

**standards** 69:6

**standpoint** 5:25 24:22 48:17,18

**Stanley** 72:2,8,25 73:1,16,19,25 74:9, 11,19 79:11,12,15 83:16

**start** 9:9 45:8 57:1 72:5

**started** 6:19

**starting** 6:1

**starts** 71:24

**state** 65:19

**statement** 46:3 49:8 63:23 68:6,7 69:20 70:12 82:12

**statements** 6:21 13:16 15:13 18:16 19:5 28:7,8 34:16, 20 40:4,5 42:23 68:1,2,3 72:15

**states** 4:7 28:20 29:21 66:5 68:15 77:25

**stating** 70:25

**stay** 40:13

**Staying** 28:11

**step** 7:15

**steps** 18:4,8

**still** 61:25 62:9

**Stockton** 4:25

**straight** 14:4

**strangers** 14:20

**stuck** 74:2

**stuff** 22:23,24 23:3

**style** 37:21

**sub-bullet** 59:25

**subject** 11:2 42:15 55:9

**subpoenaed** 73:1

**subsequent** 38:25 68:6

**subsequently** 74:14

**substantive** 17:6

**subsumed** 71:4,5

**such** 33:17 43:19 44:18 82:12 83:11, 13

**suffered** 67:9

**sufficient** 69:4

**suggest** 9:24

**suggesting** 46:17

**suggests** 10:1 18:7

**summary** 30:4 44:16

**support** 5:21 37:25 38:1,18

**supporting** 25:1

**supports** 26:3 39:11,12 40:7,9

**supposed** 55:4

**sure** 11:11 14:22 19:13 37:19 39:1 59:18 65:25 79:9 82:4

**surrounding** 4:10 54:18 64:1

**sworn** 4:2

**synopsis** 45:19

---

**T**

**take** 15:24 16:9 30:11 35:5 38:21 40:19 45:24 49:19 55:15 63:4 64:11 75:4 77:12

**taken** 18:4 67:25

**talk** 9:7 52:6 58:11 77:13

**talked** 37:8 54:23 56:14 58:5

**talking** 13:19 19:14 38:6 40:14 50:24 57:5 65:15 76:8 78:6 82:6 83:16 84:14

**tax** 6:12,14,21 18:14,16 19:5 21:11,12 23:7,9 30:19,20 35:21 37:8,14 40:14 41:2 47:17,22 48:4,6,11, 12,13,15,17 54:24 55:2,22 56:23 57:5, 9,10,13,25 58:4,18 67:13,25 69:14,15 75:10 83:24 84:2 85:7,10,20

**taxes** 36:12 39:1,5, 8 40:23 41:13 46:14 50:2 54:3 58:15,17,21 59:2, 12 60:1 61:3 67:7, 17,19,22,23 74:10

**team** 7:16,24

**tech** 4:18

**technical** 27:25

**tell** 32:11 39:17 45:24 46:8 50:5

**tenure** 9:25 10:1 74:17

**term** 22:23 25:17 27:24,25 36:7 43:8 50:19 78:2,5,10

**terms** 25:20 46:17 63:1

**test** 7:2

**testified** 4:2 13:25 43:19 59:13 65:8 80:14

**testifying** 49:2

**testimony** 4:6 10:9 12:18,20 14:23 33:15,19,21,22 49:8 77:5,6 80:15, 18

**than** 9:1 12:17 14:19 17:4 18:17 20:15 21:23 30:6 32:25 45:25 47:25 56:17 78:14 82:24

**Thank** 40:20

**Thanks** 22:6

**that** 4:8,9,15 5:2,9, 12,23 6:13,16,25 7:1,5 8:5,14,22 9:5, 16,18,19,20,24 10:4,14,24 11:1,3, 6,10,12,14,15,19 12:7,8,12,17,22 13:8,11,12,19,25 14:1,18,20 15:12 16:2,7,8,15,16,18,

21 17:15,25 18:7,8, 12,14,17,19 19:6, 10,25 20:3,6,12,16, 17,20,23 21:1,4,6, 8,10,17,23 22:1,14, 17 23:4,6,13,24,25 24:1,2,4,7,9,19,24 25:1,3,8,12,18,23 26:2,14 27:9,10,15, 18,21,23 28:7,9,10, 16,19,20,24 29:10, 11,24 30:8,9,14,21, 22,23,25 31:6,7,8, 15,21 32:3,6,10,15, 18 33:18,20,24 34:1,8,14,17 35:6, 7,10,11,17,23,25 36:7,8,20,21,25 37:8,10,15,19,21, 22,24,25 38:13,17, 24 39:5,6,11,12,21, 25 40:3,7,9,15,23 41:1,3,10,11,16,20 42:11,15,18,19,23 43:3,4,10,17,18,23, 24 44:2,5,8,16,17, 19,20,22 45:13,19, 23 46:2,3,5,10,11, 17,20,25 47:1,8,14, 19,21 48:8,20,23 49:2,10,13,19,24 50:5,10,11,22 51:5, 8 53:8,11,17,20,25 54:6,7,8,10,11,15, 16,19 55:4,8,9 56:3,4,13,16 57:3, 17,18,19,24 58:5,8, 10,13 59:2,13,15, 17,19,21 60:11,16, 22,23 61:1,2,8,9, 11,13,19,21,23 62:5,12 63:14,23, 25 64:6,12,14 65:4, 12,14,15,17 66:5,6, 9,20,25 67:1,4,5,

Jessica Hollobaugh

10,17,18,24 68:12,
22 69:1,9,10,20,24
70:1,21,23 71:18,
19,20,22,24 72:6,
12,13,16,17,23
73:1,4,11,24 74:2,
8,17,23,25 75:5,19
76:5,6,7,13,25
78:18 80:1,5,6,9,15
81:3,22 82:8,9,14
83:5,15,19 84:20,
22 85:1,4,12

**that's** 5:24 7:8
8:10 9:4,15 12:4
21:12 23:4 24:21
25:11,15 26:4,12
32:20 37:17 41:13
45:3 47:22 48:18
49:11 55:5 57:21
59:20 60:9 62:3
63:5,13 64:12 65:1
69:17 70:11 71:16
72:14,21 73:13
82:14 84:17 86:6,
13,15

**the** 4:7,8,9,15,18,19
5:15,25 6:1,2,8,12,
23 7:3,13,15,19,21,
24 8:4,8,9,11,13,
14,17,20,25 9:10,
17,18,24 10:2,3,7,
8,10,12,13,25 11:1,
4,9,12,13,17,19
12:16,17,25 13:6,
10,18,19,23,24,25
14:23,25 15:10,11,
12,13,16,19,20,25
16:9,25 17:2,3,9,
14,23 18:1,5,8,9,
10,13,14,15,17,20
19:9,17,21,22 20:1,
5,8,14,16,17,21,23
21:11,16,20,25
22:2,4,7,10,15,16,

22 23:10,15,25
24:2,4,9,13,18,21,
23 25:2,7,10,12,21
26:6,12,13,17,18,
19,23,24,25 27:2,3,
6,8,9,13,20,22
28:2,5,11,12,14,18,
19,20,21,22 29:3,7,
8,9,14,21,22 30:2,
4,8,9,13,14,19,22
31:2,3,4,5,6,8,10,
11,12,14,21,22,25
32:2,4,6,12,15,16,
17,21 33:1,8,11,12,
15,17,19,21,24,25
34:6,7,11,13,14,17,
22 35:1,2,3,6,10,
12,15,16,17,20,22,
24 36:4,11,13,14,
15,18 37:1,4,11,16,
20,23,24 38:3,5,6,
11,13,14,15,17,19,
21,22,23 39:1,2,5,
6,7,9,13,15,16,18,
20,21,23,24 40:2,4,
5,7,14,15,22,24
41:1,2,12,14,16,19,
21,22,23 42:9,19,
23,24 43:6,8,11,12
44:1,12,13,17,19,
21 45:1,2,3,6,9,16,
17,18,21,23,24
46:4,5,11,13,14,15,
16,19,20,21 47:1,2,
3,6,8,12,20,23,24,
25 48:12,13,17,24,
25 49:8,14,15,17,
22,25 50:1,2,3,9,
12,14,15,24 51:2,4,
6,7,10,15,17,18,20,
21,25 52:3,7,9,10,
13,14,16,18,20,22,
23 53:1,3,7,9,10,
15,18,20,21,22,24
54:1,2,3,4,8,15,16,

18,19,20,25 55:1,3,
4,5,8,9,11,16,17,
18,19,20,24 56:4,5,
7,8,11,14,15,21,22
57:2,4,6,7,8,10,11,
17,18,20,25 58:4,6,
7,8,12,14,15,17,18,
23,24 59:1,4,5,6,
14,18,21,24 60:3,7,
8,11,12,13,18,21,
23,24,25 61:1,3,4,
7,9,12,13,18,19,20,
23,24,25 62:1,2,3,
8,10,12,13,15,18,
19,21 63:1,8,13,17,
18,19,25 64:3,5,7,
9,10,14,16,17,18,
19,22,24,25 65:2,3,
7,9,10,11,12,21,23
66:2,4,6,7,9,12,13,
14,21,25 67:7,8,9,
12,16,17,18,19,21,
23,24 68:1,2,3,5,6,
7,13,14,15,17,21
69:1,9,10,15,18,19,
21,22 70:5,6,7,8,
15,16 71:1,3,8,9,
10,11,12,16,17,23,
24 72:1,2,3,4,9,15,
18,24 73:2,5,12,14,
16,18,23 74:3,4,6,
11,19,22,23,24,25
75:2,3,8,11,13,14,
18,25 76:1,2,5,7,9,
17,18,21,24 77:2,8,
9,18,23,24 78:2,5,
11,12,13,14,15,17,
19,23 79:7,8,10,11,
13,14,17,20,22,23,
25 80:1,4,9,11,12,
20,21,25 81:2,7,9,
11,15,16,22,23,24
82:8,11,14,25 83:2,
9,10,13,15,22,23,
24,25 84:1,2,5,7,9,

10,21,22,24,25
85:1,2,3,5,6,8,9,11,
12,13,15 86:11,16

**their** 10:9,11 12:5
15:9 26:1 42:21
52:19 53:4,16 56:9,
10 58:2 60:6,15
61:9 62:14 63:21
84:11

**them** 4:13 5:16 6:8,
19 11:15,20 14:7,8
19:15 27:14 28:9
40:11 45:4 46:10
55:13 61:25 74:20
83:9,22 86:1,13

**themselves** 23:10
37:5 79:13

**then** 4:9,12,14,16
5:1,14,18 6:24
7:11,15,23 9:13,15
10:9,23,25 14:4
15:13,19,25 18:7
21:1 23:9 26:9
28:18 30:13 34:21
35:2,3 36:3,23
37:15 38:22 40:3
43:16 45:21,24
46:8 47:16 48:3,19
49:16,17,22 51:11
54:23 55:3,7 57:1
58:12 62:12 63:11,
19 64:3,8 65:2
68:6,7 71:4,25
74:15,25 79:22
81:9 82:12 83:5

**theory** 26:3 44:17
58:14

**there** 7:23 9:16
11:22 14:7 17:7,10
18:15,21 21:3,7,19,
25 22:23,24 23:4,5,
7,11,12,20,24

24:16,20 25:8
27:15,19,21 28:6
29:12,15,16,18
30:8 31:1 32:1
33:6,9,15 36:8,11
41:16,23 43:10
44:3 47:7 48:14,16,
19,21 52:8,9,14
53:16,18 55:12
57:3 59:8,9 62:25
63:12 64:21 66:14,
16,17 68:12,16
69:23 70:10 72:4,
11,20 75:10,11
76:3,14,15 78:19,
21 79:19 80:3
81:14,19,21 82:1,3
83:10,12,18 84:7,8,
9,10 85:7

**there's** 5:4 21:13
23:16 24:24,25
26:14 27:23 29:1
35:2,9,10 37:8
47:22 48:3 52:17
54:17 56:3 58:4,22
63:11 66:5 67:5,16,
21

**thereafter** 51:12
64:9 75:2

**Therefore** 10:8

**these** 4:20 7:9 23:8
24:1 25:1,9 30:7
34:2 39:12,13 59:6,
25 60:7,16 61:2
65:19 73:9

**they** 4:18 11:23
13:14,15,25 14:2,
18 15:5 16:11
21:14 22:9 23:9
24:7 27:21 31:4
33:3,5 34:3 37:23
43:11,12,17 51:23
52:5,11,15,22,24

Jessica Hollobaugh

54:20 55:25 56:8,
24,25 57:3 59:13
60:3,5,15,22 61:25
62:5,23 69:25 70:1
76:13,15 77:8
83:19 84:13 85:2
86:2,4,14

**they're** 6:7 13:12
20:14 22:16 27:15
30:23 40:1 56:10,
18 61:8 62:13
71:19

**thing** 6:13 8:5 26:8
57:19

**things** 4:21 6:11
8:22 33:17 34:1
37:20 39:22 59:2,
14 65:5 68:9 69:24
82:7 83:11,13

**think** 7:3 8:25 9:9,
16 10:16,17 11:14,
16 12:8,12 13:10
14:6 16:19 18:13
23:23 26:2,4,14,24
27:9 32:15,16
37:17 41:15,16,18
46:7 48:18 53:23
54:17 55:11,20
56:13,18 57:7
58:22 62:5,8,18
71:14 76:20 82:21
83:9

**third** 28:18 53:13
59:24

**this** 7:12,25 8:9
9:3,4,13 11:2 12:2
15:2 16:12,13,22
17:5 18:1,3 19:23
20:1,2,8,11 21:11
24:21 26:21,23
27:4 28:25 29:10,
11 30:5,24 31:16

33:19,20,22 35:4,
13 36:9,16 37:21
42:5,7 44:3,4 48:7,
23 49:5 51:7 55:7,
16 57:24 58:1
59:11 60:1 62:5,7,
9,21 64:23 65:23,
24 68:19 70:14,21
71:12,15 75:19
76:7,18,20 77:19,
24 78:6 79:10 82:5
83:7,8

**those** 6:5,11 13:8
15:14 19:11 20:23
22:8 26:24 29:22
32:7 33:18 34:1,17,
20 37:13 38:24
39:2,7 58:11 59:10
60:3,4 61:6 62:23
67:6 68:9 69:24
71:18 73:12 74:13
77:2 78:3 79:17,20
80:22 82:13 85:8

**though** 40:20

**thought** 10:21 58:5

**thoughts** 32:9,11,
13

**thousand** 40:15

**three** 7:7 11:25
52:2

**through** 4:21 5:2,
23 6:22 7:6 8:24,25
9:2 13:20 21:25
22:8 23:25 28:9
30:24 31:13,16,19
32:14 33:1,8 35:6,
13 36:13,17,23
39:2,13 41:2,11
50:3 54:4 56:21
57:24 62:7 63:9,10
66:15 83:22

**throughout** 40:2

**thumbing** 63:10

**tie** 18:20,25

**time** 7:4 15:15 20:1
32:12 40:19 61:17
63:9 80:21

**title** 35:1,2 47:3
64:10 75:3

**titled** 44:12 81:16

**to** 4:17,20 5:3 6:6
7:2,13,22,24 8:24,
25 9:2,6,15,24 10:9
11:9,16,20 12:4,6,
10,25 13:2,4,5,6,9,
11 14:1,10,20
15:16 16:9,20 17:2,
11,15,23 18:8,12,
13,15,17,20,25
19:11,14,22,24,25
20:4,6,7,12,17,19,
22 21:5,15,16 22:1,
3,4,10,11 23:23,25
24:20 25:9,10,25
26:7,9,11,20,21,22,
25 27:3,4,5,6,15,25
29:5 30:10,17,21
31:4,5,10 32:3,7,9,
13 33:5,8 34:8,21,
22,23 35:6,19 36:8,
9,10,14,19,24 37:7,
11,19,25 38:1,3,4,
5,9,17,18,25 39:6,
12,20 40:11,17
41:13,19,25 42:2,3,
7,15,20,21 43:3,4,
5,11,25 44:12,18,
24 45:5,6,7,9,10,
11,12,15,18 46:1,
11,21 47:1,5,8,22
48:22,23 49:2,5,9,
10 50:11,12 51:6,7,
10,15 52:9,11,12,

15,19,22 53:2,7,9,
13,24 54:14,15,24,
25 55:1,3,4,9,12,
13,14,17,19,25
56:1,9,23 57:3,16,
17 59:7,9,15,20
60:4,5,10,11,14,15,
18,22,23,24 61:2,
14,15,16,19,24,25
62:9 63:1,3,10,11,
19 65:11,21 66:2
68:10,25 69:4,13
70:15,17 71:9,11,
25 72:2,9,18 73:9,
12 74:3,12,13,20
75:8,11,12,25 76:2,
18,21 77:1,9,13
78:13,22,23 79:1,3,
4,9,23 80:6,8,14,20
81:1,7,19 82:4,15,
19 83:1,2,5,6,15
84:20,22 85:5,15,
16,17 86:4,8

**today** 78:5 80:14,
19,22

**today's** 4:6

**together** 11:15
46:6

**told** 31:18 86:3,4

**Tom** 16:23

**Tom's** 16:24

**too** 56:7

**took** 8:15 32:16
36:20

**toolkit** 81:3

**tools** 80:25

**top** 10:10 70:7

**topic** 78:23

**torture** 30:6

**total** 10:11 15:16

**totality** 23:23

**towards** 74:23

**Township** 40:23

**trace** 42:9

**tracing** 6:9

**track** 81:1

**traditionally** 20:4

**transaction** 13:12
20:13 21:21 22:2
40:11,16 83:25
84:10

**transactions** 11:1,
9 22:7 23:10,11
25:1 31:1 32:1,25
33:6,11 37:4 66:21
68:8 81:3 83:12

**transcript** 14:25
33:20 86:11

**transcripts** 79:11,
12

**transfer** 47:2,8,12,
21 74:12 75:11
81:15 82:8

**transferred** 6:23
22:11 35:19 47:3
51:6,8 66:2 75:8
76:12

**transferring** 47:23

**transfers** 14:7
40:23 47:19 79:23
82:5,6

**travel** 33:17,25

**tremendous**
24:24,25

Jessica Hollobaugh

**trending** 67:11

**trial** 45:2

**trick** 8:1 61:14

**triggering** 48:3

**troubling** 75:19

**true** 69:25 70:1 71:19

**trust** 6:21 11:13 18:14,15 22:12,15 24:4,18 25:2 26:22, 23 31:4,11,25 32:3, 25 34:2 35:12 37:2 38:19 39:2 41:13, 14 44:13,18,19 46:20 47:2,6,13,20 51:6,7,10,15,17,18 52:9,17 53:9 54:10, 18,25 55:1,3,5,10, 17 57:6,8 59:4 60:8,11,24 61:19 62:4,9,11,19,22 63:1,21 64:4 65:7, 18 66:2 68:7 74:4,6 75:8,22 76:7,12 78:13,15,18 79:5, 24 81:16,22 83:22, 24,25 84:1,18,22, 25 85:2,8,11,13

**trustee** 10:1 72:11, 20 73:23 74:15,17

**trustees** 81:17

**trusts** 11:1,9 23:25 24:2 31:3 39:9,13, 20 51:21,24 65:9 81:22

**truth** 71:3

**try** 28:6 41:19

**trying** 19:22,25 39:20 40:17 45:15, 18,25 54:14 57:23

59:20 60:10 61:15 81:6

**two** 4:13,18 11:25 12:3,7 15:3 24:1 38:24 39:13 40:23, 24 51:17 69:23 71:9,10,22 78:3 82:22

**type** 6:13 49:11 57:19

**types** 6:5,11,14

**typical** 7:17 22:20

**typically** 6:5 11:18

---

**U**

**ultimate** 36:14,15 81:7

**under** 18:1 28:12 30:2,9 44:1 45:16 58:13 59:22 71:12

**underlying** 9:25 26:17 57:18 71:3, 10,16 72:15 82:11

**understand** 10:24 22:18,20 24:13 27:11 32:3 36:22 41:19 50:12 54:14 57:22,23 60:10 61:14,15 71:6 76:9 83:6

**understanding** 25:7,14 26:12 48:8 49:1,9 57:23 65:23 69:22 70:18

**understands** 49:3

**understood** 37:3 41:21 49:2

**Union** 71:8

**unique** 6:17

**United** 4:7 28:20 29:21 77:24

**units** 71:10

**unless** 29:11,14

**unquote** 72:18

**unreliable** 13:23

**up** 4:14

**upkeep** 61:9

**upon** 23:19 25:24 27:1,17 28:24 69:25

**US** 71:8

**usage** 64:16

**use** 19:21 35:24 36:7 52:19,21 56:7 57:19 63:21 64:22, 25 77:2 78:2,5 83:2

**used** 20:24 30:17 32:16 35:17 36:5 37:11,23 38:13,14, 17 39:12 55:18 56:5 64:19 65:5,18 69:13 70:8 73:9 80:20,25 82:9,11 83:12

**uses** 18:5 20:14 21:17,20 27:7 31:6 66:7 67:24

**using** 12:3,7 56:10 78:8 79:24

**utilities** 59:14 61:4

**utilize** 42:1 46:18

**utilized** 31:9,10 32:7 37:7 50:4 54:5

---

**V**

**vague** 12:13,23 28:1

**Vahak** 74:13

**valuation** 5:13 17:1

**value** 47:24 51:16 53:12,13 57:10 59:8,16 60:13 61:22 82:2

**verbiage** 29:14

**verify** 19:11 83:19

**versus** 33:10 39:16 78:12 82:4

**very** 10:22 37:18 80:8

**via** 52:23

**Village** 30:19 40:14 64:5,10,18 65:4,11,22 66:8,22 68:3 69:14 75:3 76:21,24 77:9 78:17 85:13,24

**VSHPHH** 11:13 18:15 36:11 37:2 38:19 39:2 64:4 66:2 68:7 76:7 78:17 84:1 85:5,11

---

**W**

**wait** 56:24

**waiver** 49:6

**want** 8:24,25 19:24 20:6 30:10 34:8,22, 23 37:19 38:9 43:5 45:11 49:5,9 50:12

55:14 57:15 60:10 61:14 63:3 79:9 82:4 83:1

**wants** 7:22

**was** 4:2 5:3 8:11 10:21 11:4,6,7,16 12:12 14:4,24 15:3, 15,21 17:7,10,12, 17 18:21 19:20 21:1,3,7,16 22:3 23:5,7 24:19 25:9, 11 27:6 29:12 30:22 32:2,3,4,6,7 33:15,24 36:16,18 37:1 40:21,23 41:2, 7,15,16 42:11,12, 19,20,23 43:2 45:15,18 46:1,10 47:3,7,11,12 48:6,8 51:7,8,9,10 53:20 54:10 55:9,12 56:24,25 59:8,17, 20 60:23 64:18 65:4,12,17,18,25 66:1,2 67:9 72:1,4, 7,11,20,23 73:2,4, 8,18,23 74:15,17 75:11 76:5,10,13 78:9,13,16,17,18, 19,21 79:19,25 80:1,3,10 81:9,11, 15,16,19 82:3 83:18 84:10 85:5,7 86:4,16

**wasn't** 14:3 26:11, 25 27:14 73:20 81:21

**Water** 28:21 29:1

**way** 20:1 29:8,22 32:16 41:20 43:16 77:24

**we** 4:17 7:2,19,20,

Jessica Hollobaugh

22,23 9:15,19
10:14 16:6,19
18:14,17 19:11,12
20:1 22:22 23:24
24:19 27:4 28:8
29:10,11 31:3,25
32:3 34:18,19,25
35:3 36:10,13
38:13,23,24 39:3,5
43:18 46:17 47:24
51:7,8 54:11,18,23
56:22 57:1,3,23,25
58:1,5,10 59:22
61:21 69:3 70:22
73:11 74:25 77:18
79:16,22 82:11,12
84:14,25

**We'd** 86:8

**We'll** 40:13

**we're** 7:3,6 13:19
34:21 37:21 40:14
46:16 50:24 51:4
56:1 60:10 63:8
65:15 76:7 82:21
84:14

**we've** 37:7 41:22
60:16 62:7 69:1,3
72:16 81:5

**weekly** 77:1

**well** 4:6 6:15 11:3
20:13 21:9 23:3,6
24:16 26:6,17
27:12,14 29:10
35:13 36:17 37:18
44:7 45:6 50:20
55:24 56:3,23 57:4
58:1 60:9 61:21
67:7,22 68:9 78:13,
20 79:20 85:12

**Wells** 34:7

**went** 17:11 36:23
42:19 82:24

**were** 4:17 7:25
8:10,12 12:17
13:14,15,22,24,25
14:2 15:9,12 18:10,
16 19:17 20:24
21:14,18 22:8,11
23:24,25 24:7,19
25:2 29:15 30:15,
17 31:1,3,6,9,10
32:1,11 33:3,6,13,
17,18 34:1,2,3
35:12,25 36:12
37:9 39:2,3 42:10
43:8,10,11,12,17
51:21,23 52:3,5
62:20 67:8,17,19,
22,25 69:11,13
73:1,9 74:13 75:9,
10 76:3,13,15 77:3
78:6,8 79:7,17
80:9,21 81:14 82:7
83:10,13,20 84:7,8,
9,25 85:1,9,12 86:3

**weren't** 19:11
21:11 27:20

**what** 5:18,24 6:5
9:1,9 10:1,16,17,23
11:14,18,21 12:25
13:6,22 15:9 17:8,
20 18:22,23,24
17,18,13,17,23
20:11,12,15,17,19,
20 21:1,2,16 22:18,
19,20,21,22 24:14
25:14 26:12,16
27:4 28:6 29:3
30:22 31:5,7,8,18,
19,20 32:5,11,13
34:7,23 35:22 36:1
38:11,21 39:17
40:4,7,8 41:15,22
42:14,17 43:20
44:5,6,21 45:15,25
46:1,4,16 48:10,19,

24 49:1,2,10 50:12,
22 51:1 52:8,25
53:23 54:11,18
56:7,24 58:23,24
59:12,20 61:16
62:19,22 64:21,25
65:15 67:2,5,12
68:11,25 69:18,20
70:18 71:14,15
72:13 74:2 75:7,24
76:1,4 77:2,8 80:14
82:9 83:6,7,19

**what's** 4:22,23
5:12,14,18,25 6:4
7:13,15 16:7,24
25:14 36:22 37:16,
24 44:7 47:20
65:23

**whatever** 13:7
15:21 34:6 43:5
62:1 64:23 85:13

**when** 7:25 18:24
25:20 33:10 36:3,
10 37:10 38:12
39:5 50:22 52:6
53:16 67:2 69:17
70:22 73:24 74:2
76:4 78:2,4,6 79:7
80:11 81:6 82:6,10
83:25 84:14,18

**where** 5:24 8:6 9:3,
4 21:12 25:10 30:9
31:13 32:2 40:13
42:9 45:20 53:24
57:15,16,17 59:6,
18 60:9,22 63:15
65:2,6,14 67:17,25
68:22 72:21 83:18
84:25

**whether** 18:9 21:6
23:16,19 24:20
32:4 51:7 52:17
54:10 55:12 56:22

60:23 70:11 72:4,
10,20 85:16

**which** 10:6 19:1,14
22:11 30:6 31:3
33:13 34:9 36:12,
18 37:22 38:21
39:3 41:22 42:12,
20 44:3 49:14
51:24 57:8 59:23
61:1,3 65:21 66:12
68:11 72:17 75:16

**whichever** 4:16

**while** 9:19

**white-collar** 5:21

**who** 7:23 14:21,24
15:2,5,7 16:21
26:23 33:22 36:16
44:7 46:20 51:20,
23 52:14,18 61:12
73:2 81:2,7

**whoever** 73:15
84:11

**whole** 45:1,3 53:19
60:12

**whom** 26:20 36:16

**whomever** 7:15
33:23

**why** 12:8,10 19:19
23:4 25:2,3,15
27:21 30:24 31:15,
24 32:9,13,15,16
33:19 36:19 41:3,
10,12,19 42:8 46:8
51:11,13,14 53:4
57:8,21,23 73:7,9,
17,20 75:21 84:17

**will** 33:20 75:4

**wire** 43:14

**wired** 43:12

**wise** 54:24

**with** 5:15,16 6:1,19
7:21 9:9,10,16,17,
18 10:4,8,10,22
11:1 12:4,25 13:2,4
14:11,12 15:2,10,
12 16:9 17:11,12
18:1,13,15,17 20:2,
3,19,22 21:1,4,6,7,
13 23:23 24:17
25:21 26:8,15
28:19 29:19,20
35:1 36:10,25
38:18 41:22,24
42:7,12 43:8 44:22
45:8,17,23 46:1
47:17 48:20 49:10,
15 53:16 58:16
59:14 62:13,25
63:23 64:7,15 65:3,
4,11 66:21,25 67:5
68:12,14 69:8,14
70:7,21 71:24
72:25 73:14 74:24
75:2,8,13,14 78:4
82:19 83:1 84:24

**withdraw** 45:10,
11

**within** 6:24 7:24
9:13 11:7 15:4 18:6
19:21 21:17 27:7,
20 28:5 68:19,23,
24 69:2 70:23 71:4,
5 73:5

**without** 7:21 16:11
33:11,12 44:16
46:12 49:25 50:16
54:1 63:18 64:17
65:1 67:12

**Withum** 6:25 7:6
35:3 45:18,24
63:19 68:15

Jessica Hollobaugh

**Withum's** 28:13 59:22 68:13

**WITNESS** 12:16, 25 22:7 23:15 24:13 25:7 28:2 38:17 44:12 50:14 53:9 60:21

**witnesses** 8:21

**word** 43:7 45:10 71:25 83:2

**words** 9:19 10:8,10 28:19 45:17,23 49:15 64:7,9 68:14 70:8 74:24,25 75:2

**work** 5:21 10:18 25:5 38:4 65:7,9

**worked** 15:2 65:8

**world** 34:6,7 75:18

**would** 7:24 10:1 11:18,19,21 15:17, 23,24 19:12 20:15 21:12 22:22 28:10 29:16 32:18 33:8, 18,21,23 34:19 36:21 37:10 40:10 41:10,18 47:14 48:21 50:20 51:1, 11,13,14 52:18,22, 24 53:3 54:9,12,23, 24 55:11,18 56:20, 22 58:12 59:6,9 61:8 62:8,18 67:12 68:5 76:18 77:1 79:3 80:6,8 83:9 84:24 86:10

**wouldn't** 79:6

**write** 15:19,20

**written** 8:21 29:12

**wrong** 21:1,3,6,7, 13 26:15 37:20

**wrote** 50:22

**Wyckoff** 28:22 29:3

## X

**XYZ** 11:6,7

## Y

**yeah** 16:19 23:20 28:5 38:8 40:1 60:9 72:23 76:21

**year** 8:10 11:19,20 67:12,18

**years** 66:14 67:17, 21

**Yep** 9:8

**yes** 5:3,10 6:3 9:21, 23 10:20 11:13 12:21 13:21 14:15, 17 15:1 16:3,6 20:21 26:19 28:17 29:17,23 31:23 33:2,5,24 34:20 36:7 39:16 40:2 41:24 42:4 43:1 47:3,15,18 48:21 50:20,25 51:10,19, 22 52:1,5,24 54:21 56:18 61:10 62:17 63:16 64:2 66:23 68:16,24 70:13 71:14,21 73:6,21 74:5,7 75:20 76:12, 16,22 77:7 78:16, 24 79:2,16 80:17, 24 81:5,8 82:1,11 83:23 86:2,12

**York** 35:20 69:10

**you** 4:4,5,9,11,15, 17 5:2,7,15 6:2,5, 16,17,20 7:13,16, 23,25 8:5,6,8,10, 12,13,19,24 9:3,5, 20,22 10:4,6,16,17 11:3,5,10,14,19 12:8,12,13,20,22, 24 13:8,10,19 14:12,18,23,24 15:2,15,19,20 16:4, 16,18 17:4,14,15, 18 18:8,12,19,22, 24 19:1,3,8,25 20:8,10,12,15,17 21:9,12 22:5 23:1, 4,19,22 24:12 25:6, 15 26:2,8,9,14,20 27:3,9,12,13,20 28:1,2,16,24 29:6, 8,20,24 30:7,10 31:21 32:5,9,11,15, 16,24 33:7,10,12 34:1,4,7,8,14,16, 17,22,23 35:5,15 36:1,7,19,25 37:4, 11,13,15,18 38:5,8, 25 39:17,24 40:20 41:2,5,10,15,16 42:3,5,14,17 43:3, 4,5,16,20,22 44:5, 7,11 45:4,7,9,11, 20,24 46:8,19,22, 25 47:14,16 48:6, 11 49:16,19,23 50:9,22 51:1,6,17, 23,24 52:6,7,9 53:7,16,18,25 54:11,23 55:7,23 56:4,13,20,22,23, 25 57:5,16,22 58:8, 9,11,24 59:6,15,19, 24 60:20 61:23 62:5,21,22 63:3,15, 23,25 64:6,11,21,

25 65:19 66:9,20, 24 67:2,3,4,6,11,24 68:4,12,17,22,25 69:17,18 70:17,22, 25 72:21 73:17,24 74:2,16 75:4 76:4 77:4,8,23 78:1,2,4, 6,8,12,13 79:7,9, 10,14,17 80:5,7,8, 12,13,14,18,19,20, 21,25 82:5,6,9,10, 18,24 83:6,8,16 84:4,18,19,20 85:9, 14,18,20,23 86:1,3, 11,12

**You'd** 40:11

**you're** 7:1,2 9:6 14:11 19:14 20:3, 20 22:18,21 24:14 26:7 27:14 31:13, 14 32:14 38:6 41:11 57:18 59:18 61:2,16 62:15 70:18 71:14 76:9 80:22 81:6 82:6,15

**you've** 7:17 30:9 48:11 54:19 66:20 69:20

**your** 4:10,11,21,22, 23 5:18,25 6:4,24 11:11,22 13:5,9 17:11,12 20:10 21:15 25:14 26:2 27:11 30:5,10,14, 15 32:13 34:13 35:5,22 37:21,22 38:25 40:19 41:8, 15 44:15 46:1,4 47:9 48:10 53:17, 25 55:18 56:16 57:15,20,21 58:10, 16 60:6,17 61:11, 15 63:1 64:8,12

65:23 66:6,13 67:14 68:11,23 69:8,17,21,24,25 70:18,22 71:4,5,6, 11,12 73:5 75:1 78:5 80:20 81:3 82:7,23

## Z

**Zargis** 20:22 35:1, 2,11,13,17 36:13, 16,17,23 38:14,23 39:23 40:22 68:3 70:8 84:11 85:4,21

**ZIMBERG** 38:10