# EXHIBIT "AA"

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA,


         Plaintiff,

                           CASE NO.:

v.                       18-cv-15099

SHANT HOVNANIAN, PETER HOVNANIAN,
in his capacity as trustee for
the Pachava Asset Trust, NINA
HOVNANIAN, both in her individual
capacity and as trustee for the
VSHPHH Trust, ADELPHIA WATER COMPANY,
INC., MTAG SERVICES, LLC, ULYSSES ASSET
SUB II, LLC, and TOWNSHIP OF HOWELL,

         Defendants.



Videotaped Remote Deposition of

HILDE JENSSEN

Thursday, April 15, 2021

2:06 p.m. Central European Summer Time




Reported by:

Greta H. Duckett, CCR, RPR, CRR, CVR-S, RVR-M-S

Job No.: 2002

Page 2

```
 1
 2
 3
 4
 5                    April 15, 2021
 6         2:06 p.m. Central European Summer Time
 7
 8            Videotaped remote deposition of
 9     HILDE JENSSEN, before Greta H. Duckett, CCR,
10     RPR, CRR, CVR-S, RVR-M-S.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 A P P E A R A N C E S
 2
 3     FOR THE PLAINTIFF:
 4
 5              Ari D. Kunofsky, Esq.
 6              ari.d.kunofsky@usdoj.gov
 7              Catriona Coppler, Esq.
 8              catriona.m.coppler@usdoj.gov
 9              U.S. DEPARTMENT OF JUSTICE
10              P.O. Box 227
11              Washington, D.C.  20044
12              (202)353-9187
13
14     FOR THE DEFENDANTS:
15
16              John Hanamirian, Esq.
17              jmh@hanamirian.com
18              HANAMIRIAN LAW FIRM
19              40 Main Street
20              Moorestown, New Jersey  08057
21              (856)793-9092
22
23     ALSO PRESENT:
24
25              Elza Grigoryan
```

Page 4

```
 1                      I N D E X
 2
 3                 EXAMINATION INDEX
 4
 5     HILDE JENSSEN
 6          BY MR. KUNOFSKY              8
 7          BY MR. HANAMIRIAN           84
 8          BY MR. KUNOFSKY             85
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                  EXHIBIT INDEX
 2
 3     EXHIBIT D-1  4/13/2021 Permission to      8
              examine Hilde Jenssen
 4
 5     MORGAN STANLEY
 6     EXHIBIT 4   5/9/2014 email, Subject:     32
              Chubb payment $856.34;
 7            Bates Morgan
              Stanley-00011004 to
 8            Morgan Stanley-00011005
 9     EXHIBIT 37  1/30/2014 email, Subject:    31
              Tax collection LOA; Bates
10            Morgan Stanley-00010412
              to Morgan
11            Stanley-00010415
12     EXHIBIT 38  5/2/2014 email, Subject:     32
              Wire request; Bates
13            Morgan Stanley-00011261
              to Morgan
14            Stanley-00011262
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1              THE VIDEOGRAPHER:  We are now
 2    on the record.  Today's date is
 3    April 15th, 2021, and the local
 4    time to our witness today is
 5    2:06 p.m.
 6              This is the video deposition
 7    of Hilde Jenssen in the matter of
 8    United States of America versus
 9    Shant Hovnanian, et al., filed in
10    the United States District Court,
11    District of New Jersey.  The case
12    number is 18-15099.
13              The deposition is taking
14    place via web videoconference, with
15    all participants attending remotely
16    due to the COVID-19 pandemic.  My
17    name is Robert Velasco.  I am the
18    videographer representing
19    TransPerfect Legal Solutions.
20              Would counsel on the
21    conference please identify
22    yourselves and state who you
23    represent, and also if you would
24    stipulate to the witness being
25    sworn in remotely, beginning with
```

Page 7

```
 1    the noticing attorney.
 2              MR. KUNOFSKY:  My name is Ari
 3    Kunofsky.  I represent the United
 4    States of America in this matter.
 5              I stipulate to her being
 6    sworn in remotely and that this
 7    deposition is being done in
 8    accordance with all applicable
 9    rules.
10              Cat?
11              MS. COPPLER:  Good morning.
12    My name is Catriona Coppler, also
13    on behalf of the United States.
14    And I stipulate, as well.
15              MR. HANAMIRIAN:  This is John
16    Hanamirian.  I represent the
17    deponent, nonparty witness.
18              And I stipulate with respect
19    to the form of the deposition.
20              THE VIDEOGRAPHER:  Thank you.
21    Our court reporter today is Greta
22    Duckett, representing TransPerfect
23    Legal Solutions.  At this moment,
24    our court reporter will now
25    administer the oath.
```

Page 8

```
 1              HILDE JENSSEN,
 2         the witness, having first been duly
 3    sworn to speak the truth, the whole truth and
 4    nothing but the truth, testified as follows:
 5              EXAMINATION
 6    BY MR. KUNOFSKY:
 7         Q.   Good morning, Ms. Jenssen.  My name
 8    is Ari Kunofsky.  I'm with the Department of
 9    Justice, Tax Division.  We're here today in the
10    civil action of United States versus Shant
11    Hovnanian.
12              MR. KUNOFSKY:  Before I go
13         and talk about the nature of this
14         deposition, are there any
15         objections for this record, taking
16         it under electronic means, the oath
17         that was just administered, et
18         cetera?
19              MR. HANAMIRIAN:  No
20         objection.
21              (Exhibit D-1 was marked for
22         identification.)
23    BY MR. KUNOFSKY:
24         Q.   All right.  The first thing I'm
25    going to show you today -- this is a weird way
```

Page 9

```
 1    to start the deposition, but I think it makes
 2    sense.  I'm going to mark as D-1 an exhibit and
 3    put it up on the screen for you to see.  This
 4    is a letter sent to me by the Danish Ministry
 5    of Justice.
 6         Can you see it all right?
 7         A.   I can.  I can see the top part of
 8    it.
 9         Q.   Okay.  And you received this letter
10    before this deposition?
11         A.   Yes, I did.
12         Q.   Okay.  And it says that this is a
13    deposition where you have agreed to voluntarily
14    appear?
15              MR. HANAMIRIAN:  Let's just
16         go with the letter says what it
17         says, right?
18    BY MR. KUNOFSKY:
19         Q.   You've read the letter and you
20    understand it?
21         A.   I do.
22         Q.   Okay.  That works.  All right.
23         Basic ground rules.  If you don't
24    understand a question, just let me know.  If
25    you can't hear the question because it's
```

3 (Pages 6 to 9)

Page 10

1   garbled or I mumble, let me know.  If you need
2   a break, let me know.  I'm happy to take one at
3   the next good stopping point, but I may ask you
4   to finish a question.  Be sure to answer
5   clearly.  We have a court reporter; make sure
6   she can understand.  No nodding of the head
7   because we want to make sure we have a clear
8   record -- written record.  So no "uh-uh" or
9   "uh-huh."  "Yeses" or "noes" would be
10  preferred.
11          Do you understand all that?
12      A.   I do.
13      Q.   Okay.  Are there any documents or
14  other items in front of you?
15      A.   No.
16      Q.   Okay.  And then I have just a
17  couple standard questions I ask all my
18  witnesses.  Is there any reason that you're
19  aware of that you're not suited or fit to
20  testify today?
21      A.   No.
22      Q.   All right.  Any medications or
23  drugs that might affect your ability to
24  remember things or testify?
25      A.   No.

Page 11

1      Q.   Okay.  Any other condition?  Okay.
2   Did you review any documents to prepare for
3   this deposition?
4      A.   Outside the documents that were
5   given to me for the deposition, no.
6      Q.   Okay.  Okay.
7          MR. HANAMIRIAN:  I mean, in
8      that regard, she was provided with
9      the responses to discovery in the
10     case.  And so she was provided
11     discovery responses on both sides
12     of the litigation, and then she was
13     provided -- to the extent that
14     there were additional -- I don't
15     think that there were.  I think
16     that everything that was provided
17     during the course of depositions
18     had already been provided in
19     discovery, right, either from third
20     parties our from parties, right?
21     So that's the extent of which she's
22     reviewed, right?
23          MR. KUNOFSKY:  Okay.
24  BY MR. KUNOFSKY:
25      Q.   Is what Mr. Hanamirian said

Page 12

1   correct?
2      A.   Yes, it is.
3      Q.   Okay.  What did you do with all of
4   those documents?  What did you look at?
5      A.   Excuse me.  What did I look at?
6      Q.   Yes.
7      A.   I looked at the depositions that
8   were given before me, and I looked at the
9   exhibits in connection with those depositions.
10  And then last night, I was sent some
11  documents -- exhibits to be used in this
12  deposition, which I reviewed as well.
13      Q.   Okay.  Just getting some basic
14  background here.  Where were you born?
15      A.   I was born in Stavanger, Norway.
16      Q.   Okay.  Can you spell "Stavanger"
17  for us?
18      A.   S-T-A-V-A-N-G-E-R.
19      Q.   Okay.  And tell us your educational
20  background.
21          MR. HANAMIRIAN:  Ari, are you
22      done on the instruction side from
23      your piece?
24          MR. KUNOFSKY:  Yes.
25          MR. HANAMIRIAN:  Okay.  Can I

Page 13

1   do a few things, too, on my end as
2   far as instructions?  What I want
3   to do first is put up in the chat
4   my mobile phone number for her in
5   case she needs to reach out to me
6   and say that she goes off the
7   record or whatever else.  Is that
8   okay?
9          MR. KUNOFSKY:  That's fine.
10         MR. HANAMIRIAN:  There is
11     that.  Hilde, can you see that in
12     the chat?
13         THE WITNESS:  I can.  Yes, I
14     can.  Thank you.  Whoops.  It
15     disappeared, John.  Where did it
16     go?  215?
17         MR. HANAMRIAN:  (215)
18     660-0000.
19         And then beyond that, of
20     course, as Ari described, we're
21     here pursuant to a grant of
22     authority or grant of permission
23     from the Danish government.  But
24     clearly -- and Ari and I have gone
25     back and forth on this issue, that

Page 14

1    you are here voluntarily, that
2    you're not compelled to answer any
3    of the questions that are presented
4    to you.  And if you don't feel
5    comfortable, if you do not want to
6    answer, again, just stop, call me.
7    We'll discuss it, and then we'll
8    respond to Ari and Cat.
9         The dialogue between us as
10   far as the scope of the deposition
11   was the subject of some back and
12   forth, as I forwarded to you an
13   email yesterday.  At some point in
14   time, if we have an issue, I'd like
15   to have that -- and, Ari, I sent it
16   to you, a scan of the email
17   dialogue.  If we have an issue with
18   respect to scope, I'd like to enter
19   it as D-1.  But we don't need to do
20   that at this juncture.
21        MR. KUNOFSKY:  Okay.
22        MR. HANAMIRIAN:  Thank you.
23        MR. KUNOFSKY:  No problem.
24   BY MR. KUNOFSKY:
25        Q.   Okay.  I think you were about to

Page 15

1    get into your educational background.  Tell me
2    your educational background.
3         A.   So I attended a school in Norway
4    through high school.  And then moved to New
5    York City, where I attended college at the
6    Fordham University at Lincoln Center.  And
7    after college, I worked a couple of years and
8    then joined Columbia Business School for an
9    MBA, which I completed in 1999.
10        Q.   Okay.  And what did you do
11   afterwards?
12        A.   So afterwards, I worked at various
13   firms on Wall Street.
14        Q.   Okay.  Living in New York?
15        A.   Living in New York.  Correct.
16        Q.   And then eventually, you met Shant
17   Hovnanian in New York.  How did you guys meet?
18        A.   We met through a colleague of mine
19   at Goldman Sachs.
20        Q.   At that point, you were working at
21   Goldman Sachs?
22        A.   Correct.
23        Q.   Who is Shant?  Tell me about him.
24        A.   Shant is my ex-husband.
25        Q.   And at the time you met him, what

Page 16

1    sort of business was he in?
2         A.   He was an entrepreneur at the time
3    that I met him.
4         Q.   And about when did you meet him?
5         A.   In October of 2001.
6         Q.   Okay.  And when did y'all get
7    married?
8         A.   In October of 2002.
9         Q.   And did you continue to live in New
10   York after that point?
11        A.   I did, yes.
12        Q.   Okay.  And you guys had children
13   together?
14        A.   We did.
15        Q.   Okay.  Eventually, you decided to
16   move out of New York City and move to New
17   Jersey.  Tell me about that.
18        A.   We moved to New Jersey in the
19   summer of 2008.
20        Q.   Okay.  And where did you move to in
21   New Jersey?
22        A.   We moved to Red Bank in New Jersey.
23   It's a small town in New Jersey.
24        Q.   Okay.  And, specifically, you moved
25   to 520 Navesink?

Page 17

1         A.   Correct.
2         Q.   Okay.  That house was built in
3    2006-2007.  How was that house built?  How was
4    that decision made?
5         A.   The decision was made between Shant
6    and I to move to this house.  The house was
7    intended to be a family home.
8         Q.   Your and Shant's family home,
9    correct?
10        A.   Correct.
11        Q.   Okay.  And how was the building of
12   the house funded?
13        A.   It was funded by, I think, Shant's
14   family and his parents, specifically.
15        Q.   And the land came from Shant's
16   parents?  They live next door, so your in-laws
17   lived next door?
18        A.   Correct.
19        Q.   Who made the decisions on building
20   the house:  how big it was going to be, decor,
21   style, what tiles were going to be in the
22   kitchen?  Who made those decisions?
23        A.   So starting with the structure of
24   the house, I know there was a lot of
25   discussions between Shant's parents.  It was

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 18

1    the house next to theirs, so they had a big
2    input on how big it was supposed to be.  And
3    the -- all the interiors, I took care of in
4    terms of ordering the tiles and deciding where
5    things should go.
6        Q.    Was it just kind of superficial, or
7    were you deciding, like, how many bedrooms to
8    have in this house?
9        A.    I was part of those discussions,
10   yes, to decide of how big the bedrooms would
11   be.
12       Q.    And, again, I mean that more kind
13   of globally, but what was Shant's role during
14   this process?
15       A.    Shant participated in the
16   discussions with his parents and myself and, of
17   course, the contractors involved.
18       Q.    Okay.  And who were the contractors
19   involved in building the house?
20       A.    The family business had its own
21   in-house contractor -- or I guess he would be
22   responsible for finding the right people for
23   the right projects, and they also had an
24   architect working with the family business who
25   was involved.

Page 19

1        Q.    And in 2008 -- so these workers and
2    contractors, they were all found through
3    Shant's family's business?
4        A.    Yes.
5        Q.    Okay.  And I believe you said you
6    moved in in --
7        A.    In 2008, summer of 2008.
8        Q.    And how long did you live there?
9        A.    We lived there until September of
10   2013.
11       Q.    And when you say "we," you mean,
12   you, Shant, and your children?
13       A.    That's correct.
14       Q.    And that was Shant's home during
15   that time?
16       A.    Yes.  That was our family home
17   during that time.
18       Q.    Okay.  Did y'all have to pay --
19   from '08 to 2011, how was the house funded?
20   Did you guys pay rent?  Was it just considered
21   your house?  What was the kind of situation
22   there?
23       A.    When -- could you clarify what you
24   mean by "expenses"?
25       Q.    Let's start with -- let me back up

Page 20

1    a bit.  There was no mortgage for the house at
2    that time, correct?
3        A.    No.  That's correct.
4        Q.    Okay.  And legal title to the house
5    was still in the name of Shant's parents,
6    correct?
7        A.    Yes.  I believe it was in his
8    mother's name.
9        Q.    Okay.  Did you have to pay rent to
10   Shant's mother?
11       A.    No, we did not.
12       Q.    Okay.  And utility bills, how were
13   those being paid?
14       A.    From my remember, I think it was
15   through the Pachava Trust.
16       Q.    Okay.  And what about for real
17   estate taxes?  How were those being paid?
18       A.    That, I don't know, actually -- if
19   that was coming from the family side or the
20   Trust.  Just to clarify -- excuse me -- this is
21   the time before 2011; is that correct?
22       Q.    Yes.
23       A.    Okay.
24       Q.    Why was the house left in the
25   mother's name from '08 to 2011?

Page 21

1        A.    That, I don't know.
2        Q.    Okay.  So even though it was in the
3    mother's name, you considered it your house and
4    home, correct?  Like, if there was a problem,
5    you would fix it?
6        A.    Yes.
7        Q.    Or Shant would fix it.  So if there
8    was a leak, it was on you, not -- you wouldn't
9    call his mom as the landlord to fix it, for
10   example?
11       A.    No.  That would be our -- because
12   we lived in the house, we would be responsible
13   for fixing anything connected to the house.
14       Q.    Okay.  So you mentioned the Pachava
15   Trust.  That was originally called the Shant
16   Hovnanian Asset Trust?
17       A.    That's correct.
18       Q.    Okay.  And you were the original
19   trustee of that trust.  What was your role?
20   How did that trust work?
21       A.    My role was a trustee of the Shant
22   Hovnanian Trust.
23       Q.    What was in the trust?  The trust
24   was formed in '08.  What happened with the --
25   what happened?  How was the trust -- what was

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 22

1    its purpose -- let me back up.  Sorry.  Give me
2    one second, please.
3              (Brief pause.)
4    BY MR. KUNOFSKY:
5        Q.   Sorry.  Okay.  Let me start again.
6              The trust was formed in '08.  Shant
7    was the grantor; you were the trustee, correct?
8        A.   Correct.
9        Q.   Okay.  What was the purpose of the
10   trust?
11       A.   The purpose of the trust was to, in
12   the future, provide for a way to transfer
13   assets down to our children in an efficient
14   way.
15       Q.   When you were trustee, how did the
16   trust keep its records?
17       A.   The trust kept its records
18   through -- now, in the beginning, it was
19   through UBS, and then our financial team moved
20   from UBS to Morgan Stanley.  And from what I
21   recall from UBS, it was statements on a monthly
22   basis.  And beyond that, there was nothing
23   official, obviously, other than tax records,
24   connected to the trust.  And after the team
25   moved to Morgan Stanley in 2000 -- I think it

Page 23

1    was 2013, then the monthly statements would be
2    sent to the 1 Dag Hammarskjold office, and I
3    would get them from there.
4        Q.   Okay.  Why were they sent there and
5    not the house?
6        A.   I don't know, actually, why they
7    were sent there.
8        Q.   What was Shant's role with the
9    trust?
10       A.   Well, he was the father of the
11   children, so technically, he had no -- he had
12   no role -- official role in the trust.  But we
13   were two parents that were concerned about
14   keeping our house in good shape.
15       Q.   Okay.  So he had -- okay.  So he
16   had a say in how you guys kept your house?
17       A.   He had a say in terms of directing
18   which leaks or which repairs needed to be
19   prioritized from a building perspective.
20       Q.   Was there areas of the home
21   ownership that were -- other than -- what about
22   choosing --
23       A.   I'm sorry, Ari.  I'm sorry.  You're
24   breaking up.  I can hear piecemeal of what you
25   just said.  Sorry.

Page 24

1        Q.   Sorry.  Let me try again.  What
2    about how bills would be paid; did he have a
3    say in which bills got paid and which bills did
4    not?
5        A.   He wouldn't have a say.  I mean,
6    the bills that were due were due.  So in that
7    sense, they had to be paid.  So I'm not sure if
8    I understand what you mean.  We didn't have the
9    choice of prioritizing.
10       Q.   So sometimes we can see bills are
11   being paid from Pachava.  Sometimes they're
12   being paid from Speedus or other Shant
13   entities.  How did y'all decide which entity to
14   pay from?
15            MR. HANAMIRIAN:  Excuse me.
16       I think we just -- can we just go
17       piece by piece or expense by
18       expense?  It's going to be
19       difficult to know which ones you're
20       referring to.  If you have a
21       general answer, Hilde, go ahead.
22       But if not . . .
23       A.   I think generally there were
24   several accounts, as you pointed out, that
25   Shant had a signatory role in.  Correct.

Page 25

1        Q.   Okay.  And so, for example, some of
2    the utility bills were paid with a -- a credit
3    or debit card that he had control over.  How
4    did how did you decide that month that Shant
5    was going to pay with a credit card versus you
6    pay it out of the Pachava account?
7        A.   From what I recall --
8            MR. HANAMIRIAN:  Is the
9       premise for that correct?  Did
10      Shant pay bills with a credit card
11      from an account?  Is that correct?
12      Is the underlying premise of the
13      question correct?  Did he pay bills
14      with a credit card from an account
15      on occasion?
16       A.   On occasion, yes.  But utility
17   bills, as you're asking, I believe,
18   specifically, were on automated pay, and they
19   went to a certain account.  They were on auto
20   pay.
21       Q.   Okay.  When he decided to pay bills
22   from a credit card, how was that decision made
23   between the two of you?
24       A.   I don't recall exactly having
25   discussions about which credit cards to use in

7 (Pages 22 to 25)

Page 26

1    which situation.
2        Q.   Okay.  Did you just -- was it just
3    you were treating the bills like a married
4    couple that owned a house, and it was just when
5    something needed to be paid, you would say,
6    Hey, Shant, can you cover this bill this month?
7        A.   That is generally how it worked,
8    correct.
9        Q.   Okay.  What were Shant's parents'
10   role with the Shant Hovnanian Trust?
11       A.   The parents' role in terms of Shant
12   Hovnanian Trust.
13       Q.   Or the parts of the trust.
14       A.   Okay.  So after 2011, by then, the
15   house was gifted into the trust, so that was
16   the role.
17       Q.   Okay.  So they didn't make any
18   further contribution?
19       A.   Not to my knowledge.  No.
20       Q.   Okay.  Did they put any money when
21   they first -- did they put any money into the
22   trust or give it to you directly when they
23   gifted the property -- the house into the trust
24   to fund the expenses of the trust?
25       A.   No.  Not to my knowledge.  No.

Page 27

1        Q.   So what was the plan to pay for the
2    expenses for the house going forward once it
3    was in the trust?
4        A.   That was the responsibility of
5    Shant and I to do.
6        Q.   Okay.
7        A.   As parents of the beneficiaries.
8            (Technical discussion.)
9    BY MR. KUNOFSKY:
10       Q.   Why did the parents put the house
11   into the trust rather than just leave it in the
12   mom's name?
13       A.   I think they wanted to -- the kids
14   to enjoy the house and making sure that it was
15   for the kids.
16       Q.   Okay.  At the time they gifted the
17   house, were you aware that Shant was involved
18   in tax litigation?
19       A.   No, I was not -- not litigation,
20   no.
21       Q.   Or an audit?
22       A.   I believe he had mentioned that the
23   IRS was looking into some income that he had
24   earlier, but at that point, I'm not aware of
25   any litigation, no.

Page 28

1        Q.   Do you know if his parents were
2    aware of that litigation?
3        A.   That, I don't know.
4        Q.   Okay.  Is there any -- so you had
5    been living in the house at that point for
6    about three years.  Why did they decide at that
7    time was the right time to make the transfer?
8        A.   That, I don't know.  That would be
9    speculation on my part.
10       Q.   Okay.  In 2011, you changed the
11   name from the Shant Hovnanian Trust to the
12   Pachava Trust.
13       A.   Pachava, yes.
14       Q.   I keep on doing that.  I'm sorry.
15   Why did you change the name?
16       A.   I don't really know why the name
17   was changed other than I remember Shant really
18   liking the name.  It was his idea.  And it's
19   the first two letters of our three kids, the
20   beneficiaries of the trust.
21       Q.   I spent months looking through an
22   Armenian dictionary trying to figure out what
23   that meant, looking forwards, backwards, and
24   then I realized, Oh, it's the kids.  Is the
25   Shant trust the same as the Pachava Trust,

Page 29

1    other than the name?
2        A.   To my knowledge, it is, yes.  I
3    think the only difference was the house was
4    gifted in.
5        Q.   Okay.  Do you know of any second
6    trust -- I'm just going to call it "trust" from
7    now on so I don't continue to butcher the name.
8    Do you know of any second trust created by the
9    parents regarding the house -- Shant's parents
10   regarding the house?
11       A.   Not to my knowledge, no.
12       Q.   You mentioned that there was
13   originally a bank account opened with UBS.  Was
14   that opened at the time you started the trust
15   or was it beforehand and you converted it in?
16   What happened there?
17       A.   I don't recall specifically when
18   that was opened.
19       Q.   Okay.  Why UBS?
20       A.   This is where our financial advisor
21   was.
22       Q.   Okay.  How did you -- and what's
23   the name of your financial advisor?
24       A.   Her name is Mona Andrikiin,
25   A-N-D-R-I-K-I-I-N.

8  (Pages 26 to 29)

Page 30

1      Q.   And how did you pick her?
2      A.   She is a family friend of the
3  Hovnanian family, and I got to know her through
4  Shant.
5      Q.   Okay.  And then she moved to Morgan
6  Stanley, and so you moved the account with her?
7      A.   That is correct.
8      Q.   During your time as trustee,
9  we can see that there are transfers from the
10 Pachava Trust to, for example, HOVSAT that
11 Shant authorized.  Why were there transfers
12 being made to HOVSAT?
13     A.   I don't know specifically why they
14 were made to HOVSAT.
15     Q.   Were you aware of them at the time?
16     A.   Yes, I was.
17     Q.   Okay.  What was HOVSAT or is
18 HOVSAT?
19     A.   To my knowledge, it was one of
20 Shant's companies, but it was an account.
21     Q.   Okay.  Do you know what the
22 HOVSAT -- what HOVSAT -- the company did?
23     A.   I don't know specifically, no.
24     Q.   Okay.  In 2014, Shant authorized
25 the sale of stock to pay for debts that were

Page 31

1  coming due at the Pachava Trust.  Do you know
2  why he was authorizing the sale of stock?
3      A.   No, I don't know that.
4      Q.   Were you informed that he was
5  selling the stock?
6      A.   I am not sure if I was informed
7  after the fact.
8      Q.   Okay.
9      A.   I don't recall specifically.
10     Q.   Okay.  When you made a transfer to
11 HOVSAT or sold an asset of the trust to pay its
12 debts, why did you let him do that?
13     A.   Are you referring to a specific
14 transaction?
15     Q.   Yeah.  Right here.  I can show you.
16 I'm just putting up the exhibits before I share
17 so it will be a little faster.
18          MR. HANAMIRIAN:  Which
19       exhibit is that?
20          MR. KUNOFSKY:  It should be
21 Exhibit 37.
22          (Morgan Stanley Exhibit 37
23           was marked for
24           identification.)
25          MR. KUNOFSKY:  38, and Morgan

Page 32

1  Stanley 4.
2          (Morgan Stanley Exhibit 38
3           was marked for
4           identification.)
5          (Morgan Stanley Exhibit 4 was
6           marked for identification.)
7  BY MR. KUNOFSKY:
8      Q.   So the first one I'm going to show
9  you is Exhibit 38.  I'm going to mark this.
10          Actually, right now, we'll start
11 with 37.  So here is one where -- in Exhibit 37
12 Shant has transferred $9,000 to HOVSAT at
13 Affinity Federal Credit Union.  I can start at
14 the bottom and go all the way through if you
15 need me to.  Do you need me to show you all of
16 this?
17     A.   No.  That's okay.
18     Q.   Okay.  So how was he able to move
19 $9,000 out of the account?
20     A.   So this is in 2014.  We were living
21 in Norway.
22     Q.   Okay.
23     A.   And if you can scroll down, I just
24 want to see -- sorry.  I don't recall
25 specifically.  Right.  So this was regarding

Page 33

1  the tax due for the trust.  I recall this
2  email -- not this particularly that you have,
3  but the one below coming from Jennifer to me.
4  That one, I recognize.  And if you can scroll
5  up.
6      Q.   Keep on.
7      A.   Then I don't know why I'm not
8  included in that email.
9      Q.   Okay.  So in these emails -- so
10 just to make the record clear, we've got an
11 email from Jennifer McLaughlin.  She worked for
12 Mona, correct?
13     A.   That is correct.
14     Q.   Okay.  So she says, Can I pay the
15 taxes?  And Shant says, Not yet, but can you
16 transfer 9,000 to HOVSAT.
17          And then she does.  She copies you
18 up here.  That's your email,
19 hildehov@gmail.com, correct?
20     A.   That's correct.  I recognize this
21 email.
22     Q.   Okay.  So when you saw $9,000 going
23 to HOVSAT, as opposed to paying the taxes, what
24 happened next?
25     A.   I don't specifically recall, as it

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 34

1    relates to the $9,000.
2        Q.   Okay.  If Shant was a -- I guess,
3    Shant was not the trustee, why was he moving
4    money from the trust?
5        A.   I don't know why he moved money
6    from the trust directly.  Normally, what would
7    happen is I authorized Jennifer to make a
8    transfer.
9        Q.   Okay.  Did -- was this just a --
10   you both were married and he just took care of
11   this, as you know, a husband, or was it --
12   and, you know, owners of the house?  I mean,
13   how was this -- how was he able to access these
14   funds and make these decisions?
15       A.   I don't know how he was able to get
16   a transfer without me being on the email.
17   That, I can't speak to.  But I can speak to
18   living in Norway and having discussions about
19   repairs needing to be made, and therefore, I
20   assumed that the 9,000 was in connection with
21   house repairs.
22       Q.   Okay.  Was he -- was Shant living
23   in Norway with you in 2014?
24       A.   Yes, partially, but he traveled
25   most of the time.

Page 35

1        Q.   Okay.  And would Shant be paid for
2    house repairs out of the HOVSAT bank account
3    and then be reimbursed?  Would he say, Hey, we
4    did X on the house.  Can you reimburse me for
5    that expense?
6            (Simultaneous speakers.)
7    BY MR. KUNOFSKY:
8        Q.   Go ahead.
9        A.   I don't know specifically how
10   this -- how he transacted these 9,000.
11       Q.   What about more generally?
12       A.   And, specifically, what do you
13   mean?  The process?
14       Q.   Yeah.  I mean, would he just take
15   care of a repair for the house and say, Hey,
16   Hilde, I need you to -- I spent 5,000 or 9,000
17   or whatever the amount is.  I need you to come
18   back and cover that for me?
19       A.   I think that was generally the way
20   it worked.  And sometimes the Pachava paid --
21   paid specifically, so it would just go to one
22   of the family or his accounts and be paid
23   directly from there.
24       Q.   Okay.  Let's look at Exhibit 4.
25   And here is what I've called -- what I'm

Page 36

1    marking as Morgan Stanley 4.  And this is an
2    email from Jennifer to you and Shant saying
3    that -- where, below, Shant has authorized the
4    sale of SITO stock.  And Jennifer confirms she
5    sold shares of SITO stock at 37 cents.  How
6    was -- why was Shant selling the stock and how
7    was he authorized to do it?
8        A.   I don't know why he sold this
9    specifically without including me.
10       Q.   Okay.  As somebody who is not the
11   trustee, should Shant have been able to do
12   this?
13       A.   I can't comment on what he should
14   or should not be able to do.  I don't think --
15   it certainly wasn't the protocol.
16       Q.   Okay.
17       A.   But -- sorry.  Go ahead.
18       Q.   As -- I'm trying to think of the
19   right way to ask this question.  Did you know
20   that he was doing things like this at the time?
21   Did it --
22       A.   Well, I was sent this email.  I was
23   aware that the shares were sold, and I don't
24   recall the specific situation.  But we -- I was
25   in Norway, and it seems to be a matter of

Page 37

1    urgency here, 30 minutes, she needed -- all she
2    had, and it could be that I was just simply out
3    of touch.
4        Q.   Okay.  Did Morgan Stanley ask you
5    after the fact to authorize transactions like
6    these where Shant had made a decision for the
7    trust?
8        A.   The protocol would be that Jen
9    needed a confirmation from me, yes.
10       Q.   Okay.  Did -- were there
11   transactions where she didn't get confirmation
12   from you?
13       A.   You mean post-fact?
14       Q.   Yes.
15       A.   Or before?  Post fact.  Not that
16   I'm aware of.
17       Q.   Okay.  And -- okay -- did -- all
18   right.  Here is one where you asked Jennifer
19   directly in 2014 to transfer all available cash
20   to HOVSAT from Pachava.  Why did you do that?
21       A.   I don't recall specifically other
22   than a general comment would be in 2014, there
23   were a lot of repairs on the house.
24       Q.   Okay.  Was -- again, HOVSAT, was it
25   a -- it wasn't a repair company, general

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 38

1    contractor, or anything like that, correct?
2        A.   Not to my knowledge.  I don't know
3    specifically the purpose of the company.
4        Q.   Okay.  So did it make you nervous
5    to transfer out all available cash?  That seems
6    like a -- I mean, the house has ongoing
7    expenses and repairs.  Why transfer out all of
8    the cash?
9        A.   I could certainly conclude that we
10   were running low on liquidity.  Correct.
11       Q.   Okay.  Was there ever an instance
12   where there was a transaction that Shant
13   authorized that you then -- for the trust --
14   that you disagreed with?
15       A.   Not to my knowledge, no.  I don't
16   recall having a dispute over a specific
17   expense.  I generally trusted his judgment in
18   terms of what needed to be done in connection
19   with the house.
20       Q.   Close these tabs.  I've got to open
21   up Excel.
22            When the -- okay.  There were
23   deposits in 2014 and 2015 from a bank called
24   SpareBank, SpareBank?
25       A.   That's correct.

Page 39

1        Q.   Am I even close on the
2    pronunciation?
3        A.   Yes.
4        Q.   Oh, good.  About $140,000 in total.
5    Why were those transfers made?
6        A.   So in 2014, we had a lot of repairs
7    on the house.  So the bulk of it went to taxes
8    and repairs from what I recall.  And also
9    partially in 2015.
10       Q.   Okay.  What was the source of the
11   funds coming out of the SpareBank account?  Was
12   it your money?  Was it Shant's money?  What was
13   the source for that 140,000?
14       A.   That was my account.  I've had it
15   pretty much all my life, and it is my money.
16   And Shant did not have access.
17       Q.   Okay.  That works.  Did Shant have
18   his -- when you guys got married, did Shant
19   have his own bank accounts and you had your own
20   bank accounts?
21       A.   Correct.
22       Q.   And what were Shant's bank
23   accounts?
24       A.   I remember he had a Chase, and I
25   think he might have had a Bank of America

Page 40

1    account.
2        Q.   Okay.
3        A.   That I'm aware of as well.
4        Q.   Okay.  We have -- so I'm going to
5    show you a spreadsheet that I have marked
6    Morgan Stanley 01.  I'm going to turn it into a
7    table right now so I can search it.  This is
8    the download of all the data from the bank
9    statements from Morgan Stanley.  We have a lot
10   of payments going to Bank of America VI/MC
11   online.  Do you know if those were paying -- do
12   you know what these payments are for?
13       A.   No, not specifically, no.
14       Q.   And I can zoom in if you need me to
15   make it bigger.
16       A.   That's okay.  I can kind of see it
17   from here.  But no, I am not aware of the
18   specifics around these transactions, no.
19       Q.   Did you have any credit card at --
20   or account with Bank of America at the time?
21       A.   No, I did not.
22       Q.   But Shant had -- you think Shant
23   had a Bank of America account?
24       A.   Yes.  Whether it was his or his
25   family account, I'm not sure.

Page 41

1        Q.   Okay.  And did -- are you aware of
2    anybody else who would have had a Bank of
3    America account that would have been paid out
4    of the Pachava account?
5        A.   No.
6        Q.   Okay.  There were several payments
7    to a Chase account.  It looks like it was
8    either autopay or E-pay.  Do you know what
9    those payments were for?
10            MR. HANAMIRIAN:  Excuse me
11       just one second.  Hilde, were you
12       trustee during this time period?
13       This 2015, March?  Were you the
14       trustee?
15            THE WITNESS:  Yes.  I was
16       until April.  Correct.  Yes.
17   BY MR. KUNOFSKY:
18       Q.   And these are payments made during
19   that time period when you were trustee?
20       A.   Correct.
21       Q.   So what were these Chase --
22       A.   Now -- okay.  So this is after my
23   time.  So we're in June now or August.
24       Q.   There are -- I searched by the
25   names, so some of them are going to be after

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 42

```
 1    and some of them are going to be before your
 2    time. So here they are going into 2015. Do
 3    you know what these Chase payments were for?
 4         A.   No, I do not know the specifics
 5    around them. No.
 6         Q.   Okay. Did you have a Chase credit
 7    card or did Shant?
 8         A.   I did, but my account was separate.
 9         Q.   Okay. Did Shant --
10         A.   Yeah.
11              (Simultaneous speakers.)
12         A.   No. He -- I believe he had one as
13    well. Yes.
14         Q.   Is there anybody else who could
15    have had access to the account -- let me ask
16    this: You said earlier that you guys had set
17    up autopays. Could you have gone online and
18    just simply set it up or set up with your
19    credit card to have it draw from these
20    accounts? Could you have set that up on your
21    own?
22              (Simultaneous speakers.)
23         A.   I did set up a number of autopays
24    for the utilities into different accounts. I'm
25    not aware of anyone else having access to them.
```

Page 43

```
 1    But I don't know specifically who had access to
 2    Chase specifically.
 3         Q.   Okay. What about to the Pachava
 4    account? Could Shant have gone in, logged in
 5    either on his own account or under your name,
 6    and set up these accounts to be paid?
 7         A.   That would be speculation. I don't
 8    know if that's possible. I'm not aware that he
 9    knew my password into the different accounts.
10         Q.   Okay.
11         A.   Sorry. So but, again, some of
12    these are after my tenure as the trustee. So I
13    don't -- I can't speak for those.
14         Q.   Right. But for example, here
15    there's a $12,000 payment made in March of 2015
16    to Chase. Doesn't ring any bells or give you
17    any --
18         A.   It doesn't, no.
19         Q.   Okay. Going back to the Bank of
20    America, do you know why those payments were
21    being made to the Bank of America Mastercard/
22    Visa?
23         A.   No, I do not.
24         Q.   Okay. That's Chase. Payment made
25    in March of 2015 to CitiCard online for $3,600.
```

Page 44

```
 1    Do you know why that payment was being made?
 2         A.   No, I am not aware of that either.
 3         Q.   Do you know who has -- who had
 4    access to a CitiCard at that time?
 5         A.   I had a CitiCard, but I don't -- I
 6    didn't see anything from my records receiving
 7    any cash on any of my banks, so I don't know
 8    what this specifically is about.
 9         Q.   Okay. Did Shant have a CitiCard?
10         A.   I don't know, actually.
11         Q.   Okay. And then we've got several
12    payments made 2015, 2014, 2013. Sorry, I just
13    messed that up a little bit. Let me zoom out
14    just a tad. For UBS card service online
15    payment, do you know who had access to UBS
16    credit cards?
17         A.   I'm not aware of anyone other than
18    Shant having access to that.
19         Q.   Okay. Would you have -- do you
20    remember authorizing payments to this UBS
21    credit card?
22         A.   Do I remember specifically these?
23    I don't, but I -- I must have.
24         Q.   Okay. Although that's -- do you
25    know what the payments -- I mean, these are
```

Page 45

```
 1    pretty significant amounts. We've got -- I'm
 2    just adding them up real quick. Sorry. We
 3    have 83 -- I'm sorry -- $90,000 worth of UBS
 4    payments. Do you know why $90,000 was paid on
 5    this credit card?
 6         A.   We are looking at 2013 through '15.
 7    I don't know specifically why the 90,000 were
 8    charged on the UBS card and what they
 9    specifically went for. All I can say is 2014
10    specifically, we had a lot of repairs in
11    connection with the house.
12         Q.   Okay. Other than Shant, are you
13    aware of anybody else who had access to a UBS
14    credit card that would have been paid out of
15    the Pachava account?
16         A.   I'm not.
17         Q.   Okay. So in 2013, you said you
18    moved to Norway with the family.
19         A.   Correct.
20         Q.   Who was living in the house -- the
21    520 Navesink house at that time?
22         A.   Before we moved?
23         Q.   Yes. Let's start with that.
24         A.   So it was Shant and I and the kids.
25    And Vahak was, I recall, at a boarding school.
```

12  (Pages 42 to 45)

Page 46

```
 1    This is his -- Shant's son.  So he was there
 2    part-time.  And then we leave, and Vahak would
 3    stop by, maybe spend some time at the house
 4    during his breaks, and that would be it, to my
 5    knowledge.
 6        Q.   Okay.  Why not sell the house,
 7    then?  Let me back up.  When you moved to
 8    Norway, was it meant to be permanent?  Was it
 9    just a one-year rotation?  What was the -- tell
10    me the story.
11        A.   So we moved to Norway.  I had
12    received an offer which was very attractive to
13    join a fund management company in Norway in my
14    hometown.  And it was a good opportunity for
15    the kids to also reconnect with my parents,
16    their grandparents.  And the plan originally
17    was really to see, you know, how -- how things
18    went, really, with an open mind.  But I was
19    intent on spending several years building up my
20    career at this particular firm.
21        Q.   Okay.  So I guess -- I don't know
22    much about the world of finance.  I guess the
23    clients in New York don't move to Norway, or
24    some of them did?  I'm just curious now, more
25    than anything.
```

Page 47

```
 1        A.   Well, so the fund that I joined was
 2    actually the largest independent fund house in
 3    the Nordics, and I was employed as a senior
 4    portfolio manager.  So we had big pension funds
 5    and big clients around here in Europe, as well
 6    as the Nordics.
 7        Q.   Got it.  So you're moving -- it's a
 8    little uncertain, but you said you moved in
 9    October of 2013?
10        A.   I think it was September, end of
11    September, 2013.
12        Q.   Okay.  What was -- when you moved,
13    what did Shant do from that point forward?
14        A.   Shant was with me and with the kids
15    in the beginning of our time, and he -- as a
16    U.S. citizen, he was not able to get any work
17    in Norway.  It is very difficult to get work
18    permit in Norway.  So he was there to support
19    me and help cover with the kids.
20        Q.   Okay.  So if you were planning to
21    stay there for several years, why not sell the
22    house?  Why keep it?
23        A.   We had several discussions about
24    that, and I was of the opinion we should sell
25    the house, and we discussed it.  Shant
```

Page 48

```
 1    disagreed.  He wanted to try to keep it for our
 2    kids to enjoy later.  And we discussed it and
 3    agreed that we would try to keep the lights on
 4    for as long as we could.
 5        Q.   Okay.  And then at one point in the
 6    summer of 2014, you attempted to get a HELOC on
 7    the house, home equity line of credit?  Or, I'm
 8    sorry, a loan.
 9        A.   Yes.  I was curious to see what
10    terms could be offered by Morgan Stanley to get
11    some liquidity.  We didn't need it at the time,
12    but I was curious to see what the terms were.
13        Q.   Okay.  If they had given you
14    favorable terms, what would you have done with
15    that money?
16        A.   That's a speculation now what I
17    should or could have done.  But I think the
18    general sense was that we would help pay for
19    some of the bills in connection with the house.
20    That was the primary objective.  And then
21    potentially invest the rest.
22        Q.   And up until this point, the funds
23    used to pay for the house were -- where were
24    they primarily coming from?
25        A.   Before 2014, primarily they were
```

Page 49

```
 1    coming from Shant's side.  And after 2014 to
 2    '15, it was primarily my source.
 3        Q.   Okay.  When you say that they were
 4    primarily from Shant before 2014, I think
 5    our -- I think my financial records ended in
 6    roughly 2013.  How was he funding the house
 7    before 2013?
 8            MR. HANAMIRIAN:  Excuse me,
 9        Ari.  She said "Shant's side."
10        A.   Shant's side, yes, to be clear, the
11    family business.
12        Q.   Okay.  So what was being done to --
13    what was the source -- can you give me more
14    specificity on "that side" and what family
15    businesses were and used?
16        A.   I don't know the specifics of which
17    account was funding what, as we kept separate
18    accounts.
19        Q.   So you would just see -- so did you
20    know if that was part of -- why were these
21    companies putting money into a trust, then?
22    Why was this -- the family business -- I guess,
23    do you know which family businesses were paying
24    for it?
25        A.   Not specifically, no.
```

13  (Pages 46 to 49)

Page 50

1    Q.   Okay.  Do you know why these family
2 businesses were -- can you give me the -- can
3 you speak generally as opposed to specifics as
4 to which family businesses?  For example, it
5 was mostly Speedus?
6    A.   I don't recall seeing Speedus.  But
7 I might be wrong.  So I really don't -- don't
8 recall.
9    Q.   And why were the funds -- why were
10 these companies funding the trust?  Was it
11 compensation to Shant or was it just general
12 generosity?  Do you know?
13    A.   I don't know specifically why the
14 family businesses funded this.  I don't.
15    Q.   Okay.  And earlier you said that
16 when the -- I know you've said that those are
17 Shant's side of -- kind of your side, his side.
18 But earlier, you said the expectation when the
19 house was put into the trust, it was to be on
20 you and Shant to fund its, for lack of a better
21 term, operation going forward, correct?
22    A.   Yes.
23    Q.   And was Shant still working for his
24 family businesses during that time?
25    A.   He was still involved, to my

Page 51

1 knowledge, yes.
2    Q.   And so the funding there was -- can
3 you say whether it was compensation for Shant?
4 Shant's work?
5    A.   I don't know the specifics around
6 that.
7    Q.   Okay.  Do you know if anyone else
8 was -- who else was involved -- do you know who
9 else was involved in the family businesses at
10 that time?
11    A.   It was his father and his mother.
12 His parents were involved.  And, of course,
13 there was a small -- there was a small staff
14 from what I know, as well.
15    Q.   Okay.  Going back to the loan, you
16 obviously didn't take out the loan in the end.
17    A.   No.
18    Q.   Why not?
19    A.   I don't recall.  I don't think the
20 terms were as sweet as I was hoping for.
21    Q.   Okay.  And then -- is that a
22 technical opinion?
23        (Simultaneous speakers.)
24    A.   We didn't really need the liquidity
25 at the time.  And I don't recall the specifics

Page 52

1 about it, but there was nothing concrete that
2 we had in mind to invest in, so we ended up not
3 doing it.
4    Q.   Okay.  Why the shift from 2013 to
5 2014 where you started funding the trust?
6    A.   Well, the shift was obviously
7 because I started making money.  That's part of
8 why I joined this firm to begin with.  And the
9 other part was Shant spent quite a bit of time
10 with his sick parents.  At that point, they
11 were both quite ill, and therefore, he
12 traveled, spent his time between Armenia and
13 the U.S. and Norway.
14    Q.   And is -- where were his parents
15 living in this 2014-2015 time period?
16    A.   I think they were living in Armenia
17 at the time.
18    Q.   What was he doing back in the U.S.,
19 then?
20    A.   I think he traveled with his father
21 to get treatment -- or his mother.  I don't
22 know which one and when.  But I do know he
23 traveled with them to receive treatment.
24    Q.   Okay.  So he was -- that was part
25 of helping his parents, not some business

Page 53

1 dealing?
2    A.   Not to my knowledge, no.
3    Q.   Okay.  Because it's part of --
4 where would he stay when he traveled to the
5 U.S.?  Let me back up.  Where were his parents
6 getting treatment?
7    A.   Well, I don't know specifically.  I
8 just know somewhere around the city, I'm
9 assuming.
10    Q.   New York City, right?
11    A.   Yes.  Sorry.
12    Q.   It's okay.  Everybody who lives in
13 New York for more than three years does that.
14 Where was Shant living when he -- where was
15 Shant staying when he would come back to the
16 U.S.
17    A.   He would stay at the house, at
18 Navesink River Road.
19    Q.   Okay.
20        MR. HANAMIRIAN:  I'm sorry.
21 Is this during the time that his
22 parents were ill?
23        THE WITNESS:  Yes, it is.
24 Well, I'm answering to that.
25 Sorry.

14  (Pages 50 to 53)

Page 54

```
 1              MR. HANAMIRIAN:  I just -- I
 2      lost track.
 3      BY MR. KUNOFSKY:
 4          Q.    And that's the -- when were his
 5      parents ill, just to kind of complete that
 6      circle?
 7          A.    I think in 2013, '14, of course,
 8      '15 was declining years.
 9          Q.    And his father passed away in 2015,
10      his mother in 2017?
11          A.    I believe 2016 she passed away.
12          Q.    Sorry.  Okay.  Did -- was there any
13      limits on Shant's ability to use the house when
14      he was in America?
15          A.    Not to my knowledge, no.
16          Q.    And you were the trustee during
17      that time?
18          A.    Yes.
19          Q.    When did you-all -- you-all got
20      divorced in -- sorry.  Shant and you were
21      divorced at the end of April 2015?
22          A.    That's correct.  It was -- the
23      divorce was effective in May of 2015.
24          Q.    Okay.  And then did you resign as
25      trustee as part of that divorce?
```

Page 55

```
 1          A.    Yes, I did.
 2          Q.    Okay.  All right.  Do you mind if
 3      we take a five-minute coffee break?  I'll be
 4      back in five.
 5          A.    Great.
 6              THE VIDEOGRAPHER:  Off the
 7      record.  3:20 p.m.
 8              (Recess from 3:20 p.m. to
 9              3:31 p.m.)
10              THE VIDEOGRAPHER:  We are
11      back on the record.  The time is
12      3:31 p.m.
13      BY MR. KUNOFSKY:
14          Q.    Ms. Hovnanian, you're still
15      voluntarily appearing, and you're still under
16      oath.  You understand this, correct?
17          A.    Correct.
18          Q.    So we were talking about the
19      divorce.  You resigned as part of the divorce.
20      How did you resign?  What steps were taken to
21      formalize that?
22          A.    So Shant and I discussed who should
23      be the next trustee.  And we both agreed Peter
24      Hovnanian was a good choice.  And I decided
25      to -- in connection with appointing Peter, to
```

Page 56

```
 1      step down as a trustee.
 2          Q.    Okay.  When was Peter appointed?
 3          A.    I don't know because I didn't
 4      appoint him.
 5          Q.    What do you mean when you say that?
 6          A.    So meaning I didn't have direct
 7      contact with Peter about his appointment as
 8      trustee.
 9          Q.    I see.  So you and Shant made a
10      decision, and then Shant was left to go and
11      execute that decision?
12          A.    Correct.
13          Q.    Okay.  Did you ever give a formal
14      letter of resignation?
15          A.    Yes, I did.
16          Q.    Who did you give it to?
17          A.    Sorry, Ari.  You were freezing for
18      a moment.  Did you say anything?
19          Q.    Who did you give the letter of
20      resignation to?
21          A.    I gave it to Shant.
22          Q.    Okay.  Why Shant?  Why not just
23      give it directly to Peter?
24          A.    I don't know, actually.  It was
25      part of the divorce, so there was a lot of
```

Page 57

```
 1      things going on.  And I know that this is
 2      Shant's cousin, so it was natural for him to
 3      take the next step with Peter.
 4          Q.    Okay.  Did you inform Morgan
 5      Stanley that you were resigning?
 6          A.    Not directly, no.
 7          Q.    Because the only record we have of
 8      the resignation is around the time of the
 9      divorce, Shant sent an email to Morgan Stanley
10      saying, There's no need to contact Hilde
11      anymore.
12              When was the last time you talked
13      with the Morgan Stanley folks in your capacity
14      as trustee?
15          A.    In my capacity, that must have been
16      earlier in the spring of 2015.
17          Q.    Okay.  And I ask that because you
18      said Mona was a friend, so obviously you were
19      in contact with her, possibly even on her email
20      account or your email accounts, about Easter or
21      other stuff, but not as a trustee.  So --
22          A.    Correct.
23          Q.    Okay.  So the last time you acted
24      as trustee with Morgan Stanley was spring of
25      2015.  What about in any other role?  Did you
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 58

1    ever -- with anyone else, did you ever act as
2    trustee for the trust again after the end of
3    April 2015?
4        A.   I'm sorry.  I didn't understand the
5    question.  Could you clarify, please.
6        Q.   My prior question was with regards
7    to Morgan Stanley.  Outside of Morgan Stanley
8    after you resigned, did you ever perform any
9    duties as a trustee or former trustee?
10        A.   No, I did not.  Not to my
11    knowledge, no.
12        Q.   Okay.  Do you know when Peter
13    Hovnanian was actually appointed as trustee?
14        A.   I don't know.
15        Q.   Okay.  And then do you know who
16    acted as trustee from the time you resigned,
17    April 29th, 2015, to Peter's appointment?
18        A.   I don't know.
19        Q.   Did you talk with Shant after you
20    resigned as trustee about the house and how
21    bills were getting paid?
22        A.   Not specifically about how bills
23    were being paid, but more generally how is it
24    going at the house, that sort of thing.
25        Q.   After the divorce, did he stay in

Page 59

1    Norway, or did he immediately come home?  What
2    happened?
3        A.   He left for the United States.
4        Q.   Okay.  Do you know where he lived
5    after that?
6        A.   To my knowledge, he was -- while in
7    the U.S., he would stay at the house.  Other
8    than that, I'm not aware of his whereabouts.
9        Q.   Okay.  Do you know how long he
10    stayed at the house?  Like, through any
11    particular time period?
12        A.   Well, the kids moved to the States
13    in August of 2015.  So Shant was living at the
14    house with the kids from that time.
15        Q.   Okay.  And then can you tell from
16    your contact with Shant or the children how
17    bills were being paid for the house, how the
18    house was being maintained, anything like that?
19        A.   I did not have any contact with him
20    about specific bills for the house at that
21    point.  No.
22        Q.   Did it seem like the house was
23    being maintained, though?
24        A.   Yes, from my recollection, it
25    seemed okay.  There were some things that could

Page 60

1    be improved, but generally okay.
2        Q.   Did Peter ever contact you when
3    he -- in his role as trustee to kind of get up
4    to speed or to get any information from you?
5        A.   No, he did not.
6        Q.   Do you know if Shant or his
7    children stopped living at the house?
8        A.   Do I know if they stopped living at
9    the house?  Excuse me.  What specifically do
10    you mean?
11        Q.   Did the children ever stop living
12    at 520 Navesink?
13        A.   Yes.  They moved back to
14    Scandinavia to live with me in 2018.
15        Q.   Do you know when in 2018?
16        A.   It was in the summer at some
17    point -- August, I believe.
18        Q.   Okay.  And do you know if Shant
19    stopped living at the house at that point?
20        A.   I don't know.
21        Q.   Do you know -- all right.  So we
22    can see payments made around the time of the
23    divorce.  Sorry.  Before we go to that, would
24    Shant have been living with his children from
25    2015 to 2018, before the kids moved to

Page 61

1    Scandinavia, at the house?
2        A.   Yes.  To my knowledge, he lived
3    there with them as a parent.  Yes.
4        Q.   And how long -- how often did you
5    talk with Shant and your children during that
6    time?
7        A.   Oh, it was probably -- well, I
8    talked to the kids quite frequently.  With
9    Shant, perhaps, you know, a couple of times a
10    month or so.
11        Q.   Okay.  Did he ever give any
12    indication that he was living anywhere but the
13    house?  For example, 1 Dag Hammarskjold?
14        A.   No, he did not.
15        Q.   So there were -- we can see two
16    divorce payments made in spring of 2015.  On
17    March 20th, there was $272,000 transferred from
18    SpareBank and 4/28/2015, another 64,000.  Were
19    those payments made as part of the divorce?
20        MR. HANAMIRIAN:  Hold on one
21    second.
22        THE WITNESS:  Yes, they were.
23        MR. HANAMIRIAN:  To where?
24    Transferred to the trust?
25        MR. KUNOFSKY:  They were

16  (Pages 58 to 61)

Page 62

1    transferred to Speedus.
2        MR. HANAMIRIAN:  Transferred
3    to Speedus.
4        MR. KUNOFSKY:  To the Morgan
5    Stanley account at Speedus.  Sorry.
6    That was backwards.  The Speedus
7    account at Morgan Stanley.
8        MR. HANAMIRIAN:  Okay.  So
9    they came from which bank?
10       MR. KUNOFSKY:  SpareBanken.
11       MR. HANAMIRIAN:  Okay.
12       MR. KUNOFSKY:  I think.
13   Sorry.  I apologize for butchering
14   this, the pronunciations.
15   BY MR. KUNOFSKY:
16       Q.    Okay.  So were these payments made
17   as --
18       MR. HANAMIRIAN:  I just want
19   to caution her.  She's not here to
20   testify about Speedus or their
21   divorce settlement or anything of
22   that nature, right?  This is not --
23   this is not trust topic stuff.
24       MR. KUNOFSKY:  Within that
25   same week -- within days of

Page 63

1    certain -- these transfers, some
2    funds were transferred to the
3    Pachava Morgan Stanley account.  So
4    I think --
5        MR. HANAMIRIAN:  By Hilde or
6    by someone else?
7        MR. KUNOFSKY:  By Shant.
8        MR. HANAMIRIAN:  Okay.
9    That's what I'm saying.  She was
10   part of the divorce settlement
11   payment portion of the transaction,
12   but is out of the trust at this
13   point.
14       MR. KUNOFSKY:  Okay.
15   BY MR. KUNOFSKY:
16       Q.    Were these payments -- were the 272
17   and the 64,000, using rough numbers, were those
18   payments made as part of the divorce?
19       A.    Yes, they were.
20       Q.    Were they -- they were -- what were
21   the payments for?
22       A.    Well, the payments were as part of
23   our agreement, divorce agreement, in part to
24   the fact that it was -- it seemed to be a fair
25   sum for me to compensate Shant for all the

Page 64

1    years that he has supported me financially.
2        Q.    Okay.  And Shant deposited those
3    funds in the Speedus bank account at Morgan
4    Stanley, as we've discussed.  Do you know why
5    he used that account?
6        MR. HANAMIRIAN:  I really am
7    going to object here, Ari.  I don't
8    think that divorce matters and
9    transfers like this -- unless it
10   ties in to the trust somehow.
11   These are highly sensitive, highly
12   confidential dialogues.  Family
13   court matters are sealed, just as a
14   matter of course.  So unless you
15   can tie this to her role as the
16   trustee --
17       MR. KUNOFSKY:  At least
18   $30,000 of those $300,000 went into
19   the Pachava Trust.
20       MR. HANAMIRIAN:  But not from
21   her.
22       MR. KUNOFSKY:  While she was
23   still trustee.
24       MR. HANAMIRIAN:  I'm saying
25   to you, not from her.  So it's

Page 65

1    simultaneous.  She resigned --
2    she's testifying as a result of the
3    divorce, or as a part and parcel of
4    the divorce, she resigned.  She
5    made settlement payments as a part
6    and parcel of the divorce as well.
7    So they're simultaneous events.
8    And so she's no longer trustee;
9    otherwise, you don't make
10   settlement payments.  The whole
11   agreement had to have been
12   resolved.  And so I'm just
13   concerned about the confidential
14   nature of divorce actions.  Right?
15       MR. KUNOFSKY:  The payments
16   were made while she was still
17   trustee.  I get that she was acting
18   in a different capacity.  Some of
19   the funds went back into the
20   Pachava account -- Pachava account.
21   I'm sorry.
22   BY MR. KUNOFSKY:
23       Q.    To the extent you feel comfortable
24   saying this, can you say what Shant
25   Hovnanian -- divorced from the divorce

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 66

```
 1   payments, what was the Speedus account at
 2   Morgan Stanley?
 3            MR. HANAMIRIAN:  I'm going to
 4   instruct her not to answer.  I
 5   don't see --
 6            (Simultaneous speakers.)
 7            MR. KUNOFSKY:  -- instructing
 8   her not to answer that question.
 9            MR. HANAMIRIAN:  Yeah.
10            MR. KUNOFSKY:  No.  In what
11   capacity, John, are you asking her
12   not to answer that question?  As
13   trustee of the -- Pachava Trust
14   counsel or as her counsel?
15            MR. HANAMIRIAN:  For both.
16            MR. KUNOFSKY:  Okay.  So
17   simply the question of what is the
18   Speed -- what's her understanding
19   of the Speedus account at Morgan
20   Stanley, you're instructing her not
21   to answer just that generic
22   question?
23            MR. HANAMIRIAN:  What's the
24   nature of the Speedus account at
25   Morgan Stanley.  Yeah, I'm
```

Page 67

```
 1   instructing her not to answer that
 2   question.
 3   BY MR. KUNOFSKY:
 4        Q.   Nina Hovnanian eventually took over
 5   the operations of the trust.  Did she ever
 6   contact you about the trust?
 7        A.   She did.
 8        Q.   Okay.  When did she contact you?
 9        A.   I think it was in the fall of last
10   year or maybe it was a little earlier.  A few
11   months ago, and it was in connection with this
12   deposition.
13        Q.   Okay.  What did she say?
14        A.   She was asking me if I had the
15   original trust agreement, and I responded I did
16   not.
17        Q.   Okay.  Did she ask anything else or
18   say anything else about the litigation?
19        A.   Yes.
20        Q.   What happened?
21        A.   She instructed me that she had
22   retained John Hanamirian and his firm as legal
23   representative and informed me that he might
24   be -- or they might be reaching out to me in
25   that regard.
```

Page 68

```
 1        Q.   Meaning John?
 2        A.   Yes.
 3        Q.   Okay.  And for what it's worth, I'm
 4   going to show you what I've previously marked
 5   as Exhibit 4 -- as Pachava Exhibit 4.  Sorry.
 6   One second.  Can you see the trust agreement or
 7   the first page of the trust agreement?
 8        A.   I can.  That's okay.
 9        Q.   Is this the original trust
10   agreement?
11        A.   Yes, it looks to be the original
12   one.
13        Q.   Okay.  And then -- and that's page
14   HOVPROD 1463.  And then is that your signature
15   on page HOVPROD 1486?
16        A.   Yes, it is.
17        Q.   And above that is Shant's
18   signature?
19        A.   Yes.
20        Q.   And is this the October 11, 2011,
21   amendment to the trust where the name of the
22   trust was changed?
23        A.   It looks to be it, yes.
24        Q.   And that's at page HOVPROD 1489.
25   And is that your signature at page HOVPROD
```

Page 69

```
 1   1490?
 2        A.   It is.
 3        Q.   Okay.  Are you aware of any other
 4   amendments to the Pachava Trust?
 5        A.   No, I'm not, not to the Pachava
 6   one.
 7        Q.   Were there amendments to other
 8   trusts?
 9        A.   I'm not aware of any other trusts,
10   other than what I've seen through the documents
11   for this case.
12        Q.   Okay.  So the only trust involved
13   with this litigation is the one we just saw in
14   that -- in Exhibit 4?
15        A.   So the only trust I was involved in
16   was -- are the exhibits that you just showed.
17        Q.   Okay.  When was the last time --
18   before you talked with Nina about the
19   deposition, had you talked with her beforehand
20   about the trust?
21        A.   I don't think so, no.
22        Q.   Okay.  Nina said during her
23   deposition that she didn't have -- basically,
24   didn't have a good relationship with you and
25   couldn't get information from you.  If she had
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 70

1  called and asked you questions to prepare
2  herself for her deposition, would you have told
3  her what you know?
4      A.   Yes.
5      Q.   Okay.  In 2014, the trust -- the
6  trust -- sorry.  The house accrued real estate
7  taxes over time that weren't paid and were paid
8  after they were -- they weren't paid when they
9  were due.  They were paid afterwards.  Why
10  wasn't the trust paying the taxes as they came
11  due?
12      A.   What I remember, there was some
13  cash crunch that we had, some difficulty in the
14  end in 2014, specifically with respect to -- to
15  having liquidity enough to fund the taxes.  And
16  that was the biggest expense.  And other than
17  that, I can't explain why other particular
18  payments were late other than that.
19      Q.   Cash flow?
20      A.   Yes.
21      Q.   That was -- that was around the
22  time you switched jobs?
23      A.   In 2013?  '14?
24      Q.   '14 -- '13/'14.
25      A.   Well, '13 is when I joined the

Page 71

1  Norwegian company.
2      Q.   Okay.  How did it benefit the -- at
3  one point, you said the trust was meant to
4  benefit the children.  How did it benefit the
5  kids to keep the house after you moved to
6  Norway?
7      A.   Well, from what I remember, there
8  was a sense of a dream there to be able to
9  maintain a home in the United States, and that
10  was what drove that decision.
11      Q.   And how did it benefit the kids to
12  let -- Shant didn't have to pay rent or
13  anything while living at the house, correct?
14      A.   Not to my knowledge.  Not while I
15  was trustee, for sure.
16      Q.   How did it benefit the kids to let
17  Shant live there rent free?
18      A.   I don't know.
19      Q.   Okay.  Earlier, pre-2013 -- before
20  you started financing the -- funding the trust,
21  you said that Shant's family businesses funded
22  the trust.  Can you name those family
23  businesses or list those family businesses that
24  were funding the trust?
25      A.   I'm aware of -- I think, HOVSAT was

Page 72

1  one of them.  I think there was an entity
2  called HOVBILT, and Hovnanian International, as
3  well.
4          MR. HANAMIRIAN:  If I might,
5      Ari, if you go back and check your
6      record at some point, her testimony
7      was that it was Shant's side of the
8      ledger that was funding the trust
9      during that time period.  You,
10      then, began to ask questions about
11      family businesses.  It wasn't her
12      testimony.  So if you ask her
13      whether --
14  BY MR. KUNOFSKY:
15      Q.   When you say, in John's words,
16  Shant's side of the ledger was funding before
17  2013, what do you mean?
18      A.   That his side of the family were
19  funding it.
20      Q.   Okay.  And does that mean funds
21  were coming in from these three companies that
22  you listed or something else?
23      A.   I don't know if that was an
24  exhaustive list of sources.  But I'm aware that
25  they existed.

Page 73

1      Q.   Okay.  Do you know what Shant's
2  role with each of those companies was?
3      A.   No, I don't.  Not specifically, no.
4      Q.   All right.  Do you know what HOVSAT
5  did to earn the money that funded the trust?
6      A.   No, I don't know the specific
7  company function, no.
8      Q.   Okay.  The same question for
9  HOVBILT?
10      A.   No.  That would be speculation from
11  the name, building, Hovnanian buildings.  My
12  guess is as good as yours.
13      Q.   And Hovnanian International?
14      A.   I think the same.  It's -- again,
15  it's part of Shant's family business.
16      Q.   Okay.  Is Speedus -- do you
17  consider that part of Shant's family business?
18      A.   Speedus was more Shant's -- Shant's
19  work.
20      Q.   Do you know what that business did,
21  Speedus?
22          MR. HANAMIRIAN:  Hold on one
23      second.  Didn't we just do --
24      you're asking from a different
25      direction, I understand, but it's

Page 74

```
 1          the same line of questioning,
 2       right, that we just objected to and
 3       said not to answer, right?  You
 4       just asked that, and now we're
 5       going through it from the back door
 6       as far as recapping her testimony
 7       in the context of what family
 8       businesses funded the -- right?
 9          MR. KUNOFSKY:  I'm trying to
10       figure out what's on Shant's side
11       of the ledger that funded the
12       house.
13          MR. HANAMIRIAN:  Okay.
14   BY MR. KUNOFSKY:
15       Q.   So can you tell me about Speedus?
16       A.   Speedus was, in its day, a public
17   company, publicly listed.  I'm aware they did
18   telecommunications technology-related services,
19   and then it was delisted back in 2002, I
20   believe.
21       Q.   2012?
22       A.   I'm sorry?
23       Q.   It was delisted in 2012?  Does
24   that -- you said 2002.
25       A.   I thought it was taken off the
```

Page 75

```
 1   exchange in 2002, but I might be wrong.  I
 2   think it was -- it was put on the OTC, which is
 3   sort of a subset of the market, in 2002.  And
 4   then I think it went private, correct, later --
 5   at a later stage.
 6       Q.   Got it.  So it went to
 7   over-the-counter the year you got married, and
 8   just before you moved to Norway, it went
 9   private?
10       A.   From what I remember.
11       Q.   Okay.  And then do you know if
12   Speedus was still heading operations from that
13   point forward?
14       A.   I'm not sure if they had live
15   operations, no, at that point.
16       Q.   Did -- was Speedus on Shant's side
17   of the ledger to fund the trust before 2014?
18       A.   I don't recall, actually.
19       Q.   Okay.
20          MR. KUNOFSKY:  Do you mind if
21       we take another five-minute break?
22          MR. HANAMIRIAN:  How are you
23       doing?  Are you close to --
24          MR. KUNOFSKY:  I just want to
25       talk with Cat real quick.
```

Page 76

```
 1          THE VIDEOGRAPHER:  Off record
 2       at 4:00 p.m.
 3          (Recess from 4:00 p.m. to
 4          4:04 p.m.)
 5          THE VIDEOGRAPHER:  We are
 6       back on the record.  The time is
 7       4:04 p.m.
 8   BY MR. KUNOFSKY:
 9       Q.   Hilde, you understand you're still
10   under oath and are appearing voluntarily for
11   this, correct?
12       A.   I do.
13       Q.   Okay.  Two short follow-up
14   questions.  What's your understanding of the
15   interaction or relationship between the Pachava
16   Trust and the VSHPHH trust?
17       A.   I don't know the specific
18   relationship other than they're both connected
19   to the Hovnanian family.
20       Q.   Do you know why they set up the
21   separate trust as opposed to just using the
22   Pachava Trust?
23       A.   I do not.  I'm not familiar with
24   the other trust.
25       Q.   Okay.  And then did you and Shant
```

Page 77

```
 1   discuss the status of his tax court litigation
 2   and the audit as it was ongoing?  Tell me that
 3   story.  How did you learn about the tax court
 4   matters or the tax liability matters?
 5       A.   I remember Shant told me maybe
 6   about 2010 or so -- there about, 2011 -- that
 7   there was -- the IRS was looking into some
 8   income he had had in previous years.
 9       Q.   Did he tell you about the
10   litigation or the trials that he was having?
11   Did you know about them just living around him?
12       A.   Not at that point.  I think that
13   was later that he mentioned that there was
14   potential litigation.
15       Q.   Did you know he went to trial in
16   tax court litigation?  Did he mention any
17   of that stuff to you?
18       A.   He mentioned he probably had to go
19   to trial, but he was not concerned about the
20   trial.  I don't know about him appearing at the
21   trial.
22       Q.   Okay.  He ultimately lost that
23   litigation.  Did he tell you about that?
24       A.   He did not.
25       Q.   Was that -- I hate to ask a
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 78

1   personal question, but was that part of the
2   relationship that you guys just didn't talk
3   about finance or business in each of your, to
4   use John's term, side of the ledger during the
5   marriage?  Or was this just -- how did it not
6   come up?
7       A.   I have a question, actually.  When
8   was the litigation?
9       Q.   The -- sorry.  Give me one second.
10  The tax court case, I believe the first one
11  started in 2007, and I think the --
12      A.   But the actual trial that he lost,
13  when was that?
14      Q.   In the third circuit -- was over,
15  and he had taken up the appeal in 2012.  I'm
16  just pulling the opinion to see when that
17  occurred.  So it was completed by, I believe,
18  2013.  I don't have the exact dates memorized
19  in my head right now.
20      A.   Okay.  Okay.  No, he did not
21  mention he lost it, actually.  I thought it was
22  ongoing.
23      Q.   No.  He -- yeah.  I'm looking at
24  the -- did he ever mention the term "ROVAKAT"?
25      A.   Yeah.  The name is familiar.  I

Page 79

1   don't know specifically what it is.
2       Q.   That was -- he had taken it up on
3   appeal in 2012 and lost by August of 2013.  So
4   he never mentioned that ongoing litigation.
5   Was that -- again, is that just he wouldn't
6   have discussed that with you because that's
7   just not how your marriage with him worked?  Or
8   is that, you know -- would you have expected
9   him to discuss that with you?
10      A.   I don't recall specifically talking
11  to him about having lost the litigation.  I
12  know there was an ongoing case.  But I don't
13  know more specifics.  He -- he did not discuss
14  it directly with me, for sure.
15      Q.   Okay.  So when you were talking
16  about the motivation of putting the property
17  into trust or changing the name of the trust,
18  that -- is there any reason, other than the
19  IRS, that could have led to those -- of the IRS
20  litigation that could have led to those
21  decisions?
22          MR. HANAMIRIAN:  Wait, what?
23  She didn't testify that way.
24          MR. KUNOFSKY:  I'm asking,
25  what are the reasons other than --

Page 80

1           MR. HANAMIRIAN:  She said he
2   liked the name, because it was the
3   letters of his children's names --
4   the name of the trust, right?
5           MR. KUNOFSKY:  John, please
6   stop coaching.
7           (Simultaneous speakers.)
8           MR. HANAMIRIAN:  -- the
9   conclusion with respect to your
10  case.  We're not doing that.
11          MR. KUNOFSKY:  John, please.
12          MR. HANAMIRIAN:  Yes.  I'm
13  not coaching, Ari, and I resent
14  and -- strongly the inference.  How
15  is that?  You're not allowed to
16  just say stuff.
17  BY MR. KUNOFSKY:
18      Q.   Hilde, other than -- could there
19  have been other reasons for the -- example, the
20  ongoing tax court litigation --
21          MR. HANAMIRIAN:  Ari, I'm
22  going to instruct her not to answer
23  anything further in this regard.
24          MR. KUNOFSKY:  How?
25          MR. HANAMIRIAN:  Because of

Page 81

1   the manner in which it's presented.
2   We've had long discussions about
3   what this would be, and this is
4   entirely inconsistent.
5           MR. KUNOFSKY:  Sorry.
6   BY MR. KUNOFSKY:
7       Q.   Hilde --
8           MR. HANAMIRIAN:  She
9   testified and provided you with an
10  answer.  You're suggesting an
11  answer.  That's coaching, sir.
12          MR. KUNOFSKY:  Leading, not
13  coaching.
14          MR. HANAMIRIAN:  I don't
15  know.
16          MR. KUNOFSKY:  Well, okay.
17          MR. HANAMIRIAN:  We have
18  parameters for this deposition,
19  right?
20          MR. KUNOFSKY:  Okay.  We do
21  have parameters.  Now, if Hilde
22  does not feel comfortable answering
23  this question, she doesn't have to
24  answer it.
25  ///

21 (Pages 78 to 81)

BY MR. KUNOFSKY:
      Q.   Other than -- when did Shant first
mention that he wanted to change the name of
the trust?
      A.   I have to think about that.  It was
probably around the time that we actually did
it.  I don't think it was -- I don't remember
the specific timeline on that.
      Q.   Okay.  Did he ever mention it
before in the three years that the trust was
established?
      A.   I don't recall.
      Q.   If -- was Shant the kind of guy
that would suddenly wake up one day and say,
let's change the name of a trust for no reason
other than I like it?
            MR. HANAMIRIAN:  You can
            understand, even just generally,
            what's wrong with that question,
            right?  "The kind of guy"?  What
            does that even mean?  The kind of
            guy who changes a trust name?
            Okay, you can answer whether he was
            the kind of guy who just wakes up
            and changes a trust name.

            MR. KUNOFSKY:  John, will you
            stop coaching?
            MR. HANAMIRIAN:  I'm just
            clarifying the question.  "Kind of
            guy who changes a trust name" seems
            a little bit odd to me.  But all
            right.
BY MR. KUNOFSKY:
      Q.   Hilde, as -- can you please just
answer that question?  It's --
      A.   I'm thinking back over the
situation 10 years ago, trying to remember
specifically what happened, and I find that
very difficult.
      Q.   Understood.
            MR. HANAMIRIAN:  Is there
            anything more?
            MR. KUNOFSKY:  I'm waiting to
            see if she answers.  I can't tell
            if she's frozen or not.
            MR. HANAMIRIAN:  I thought
            she was done.
      A.   I did answer, I thought.
      Q.   Okay.  So your answer is --
      A.   I don't recall.  It was 10 years

ago.  I don't remember the specifics.
      Q.   I'm sorry.  That sounded like a
lead-up more than an answer.  Okay.  And then
you stayed still, so I couldn't tell if you
were frozen for a second.  That's where we are
right now.  Never had anyone freeze in an
in-person deposition.
            MR. KUNOFSKY:  John, do you
            have any questions you'd like to
            ask Hilde at this time?
            MR. HANAMIRIAN:  Just one or
            two, if I can.  Are you done?
            MR. KUNOFSKY:  I think I'm
            done.  I might have redirect.
            MR. HANAMIRIAN:  Okay.
            EXAMINATION
BY MR. HANAMIRIAN:
      Q.   So, Hilde, is this the first time
you've spoken with anybody from the Department
of Justice regarding this litigation?  Either
spoken or --
      A.   No.
      Q.   -- spoken or communicated via any
means?  What's the history there?  Have you
communicated with the Department of Justice

before on this?
      A.   Yes, I have.  And the history is we
had a call -- Ari and Catriona and myself --
about generally the timeline and the story.
And then prior to that, I was contacted by Ari
on email to see if we can set up a call.
      Q.   Do you know how long the call with
them took, the first call that you described?
      A.   I think roughly an hour.
      Q.   Okay.  Were there any questions
that were provided to you in advance, or they
just asked questions as they spoke?
      A.   There was no questions provided in
advance from what I remember.
      Q.   And was the subject matter and the
scope much similar to what was asked today?
      A.   Yes, perhaps more emphasis on the
family part and the history than the role as a
trustee specifically.
      Q.   Okay.
            MR. HANAMIRIAN:  I don't have
            anything else.
            EXAMINATION
BY MR. KUNOFSKY:
      Q.   During my call with you, did you

Page 86

1    say it was Shant who funded the -- you said it
2    was Shant who funded the construction of the
3    house, correct?
4        A.   Well, Shant's side, yes.  Yes.
5        Q.   During our call, though, you said
6    it was Shant?
7        A.   That, I don't recall -- if I just
8    said "Shant" or "Shant's side."  I meant to say
9    his side of the funding.  So not me, in other
10   words.
11       Q.   Okay.  One second.  I'm just -- I'm
12   just checking with Cat to see if she has any
13   questions.  All right.  If this were -- okay.
14   John, do you have anything else?
15           MR. HANAMIRIAN:  No.
16           MR. KUNOFSKY:  Okay.  Thank
17   you so much for your time.
18           MR. HANAMIRIAN:  Thank you,
19   all.
20           THE VIDEOGRAPHER:  We're off
21   the record.  The time is 4:18 p.m.
22           (The deposition of HILDE
23           JENSSEN concluded at
24           4:18 p.m. Central European
25           Summer Time.)

Page 87

1            REPORTER'S CERTIFICATE
2        I, Greta H. Duckett, Certified Court
3    Reporter, Registered Professional Reporter, and
4    Certified Realtime Reporter, hereby certify
5    that on Thursday, April 15, 2021, I reported
6    the remote deposition of HILDE JENSSEN, who was
7    first duly sworn or affirmed to speak the truth
8    in the matter of the foregoing cause, and that
9    the pages herein contain a true and accurate
10   transcription of the examination of said
11   witness by counsel for the parties set out
12   herein.
13       I further certify that I am neither of
14   kin nor of counsel to any of the parties to
15   said cause, nor in any manner interested in the
16   results thereof.
17       This 28th day of April, 2021.
18
19
20   _____
     GRETA H. DUCKETT, RPR, CRR, CVR-S, RVR-M-S
21   ACCR-12, GCCR-2891, MCCR-1945, TNLCR-671
22
23
24
25

Page 88

1            *** ERRATA SHEET ***
2    CASE: United States v. Shant Hovnanian, et al.
3    DATE: April 15, 2021
4    WITNESS: Hilde Jenssen
5    JOB NO.: 2002
6    PAGE/LINE    CHANGE    REASON
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20
21   _____
             Hilde Jenssen
22
     Subscribed and sworn to before me
23
     this ____ day of _____, 20__.
24   _____
25           Notary Public

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

**A**

A-N-D-R-I-K-I-I... 29:25
ability 10:23 54:13
able 32:18 34:13,15 36:11,14 47:16 71:8
access 34:13 39:16 42:15,25 43:1 44:4,15,18 45:13
account 25:6,11,14 25:19 29:13 30:6 30:20 32:19 35:2 39:11,14 40:1,20 40:23,25 41:3,4,7 42:8,15 43:4,5 45:15 49:17 57:20 62:5,7 63:3 64:3,5 65:20,20 66:1,19 66:24
accounts 24:24 35:22 39:19,20,23 42:20,24 43:6,9 49:18 57:20
ACCR-12 87:21
accrued 70:6
accurate 87:9
act 58:1
acted 57:23 58:16
acting 65:17
action 8:10
actions 65:14
actual 78:12
adding 45:2
additional 11:14
ADELPHIA 1:10
administer 7:25
administered 8:17
advance 85:11,14
advisor 29:20,23
affect 10:23
Affinity 32:13
affirmed 87:7
ago 67:11 83:12 84:1
agreed 9:13 48:3

55:23
agreement 63:23 63:23 65:11 67:15 68:6,7,10
ahead 24:21 35:8 36:17
al 6:9 88:2
allowed 80:15
amendment 68:21
amendments 69:4 69:7
America 1:4 6:8 7:4 39:25 40:10 40:20,23 41:3 43:20,21 54:14
amount 35:17
amounts 45:1
Andrikiin 29:24
answer 10:4 14:2,6 24:21 66:4,8,12 66:21 67:1 74:3 80:22 81:10,11,24 82:23 83:10,23,24 84:3
answering 53:24 81:22
answers 83:19
anybody 41:2 42:14 45:13 84:19
anymore 57:11
apologize 62:13
appeal 78:15 79:3
appear 9:14
appearing 55:15 76:10 77:20
applicable 7:8
appoint 56:4
appointed 56:2 58:13
appointing 55:25
appointment 56:7 58:17
April 1:17 2:5 6:3 41:16 54:21 58:3 58:17 87:5,17 88:3
architect 18:24

areas 23:20
Ari 3:5 7:2 8:8 12:21 13:20,24 14:8,15 23:23 49:9 56:17 64:7 72:5 80:13,21 85:3,5
ari.d.kunofsky@... 3:6
Armenia 52:12,16
Armenian 28:22
asked 37:18 70:1 74:4 85:12,16
asking 25:17 66:11 67:14 73:24 79:24
asset 1:8,10 21:16 31:11
assets 22:13
assumed 34:20
assuming 53:9
attempted 48:6
attended 15:3,5
attending 6:15
attorney 7:1
attractive 46:12
audit 27:21 77:2
August 41:23 59:13 60:17 79:3
authority 13:22
authorize 37:5
authorized 30:11 30:24 34:7 36:3,7 38:13
authorizing 31:2 44:20
auto 25:19
automated 25:18
autopay 41:8
autopays 42:17,23
available 37:19 38:5
aware 10:19 27:17 27:24 28:2 30:15 36:23 37:16 40:3 40:17 41:1 42:25 43:8 44:2,17 45:13 59:8 69:3,9

71:25 72:24 74:17

**B**

back 13:25 14:11 19:25 22:1 35:18 43:19 46:7 51:15 52:18 53:5,15 55:4,11 60:13 65:19 72:5 74:5 74:19 76:6 83:11
background 12:14 12:20 15:1,2
backwards 28:23 62:6
bank 16:22 29:13 35:2 38:23 39:19 39:20,22,25 40:8 40:10,20,23 41:2 43:19,21 62:9 64:3
banks 44:7
basic 9:23 12:13
basically 69:23
basis 22:22
Bates 5:7,9,12
bedrooms 18:7,10
began 72:10
beginning 6:25 22:18 47:15
behalf 7:13
believe 19:5 20:7 25:17 27:22 42:12 54:11 60:17 74:20 78:10,17
bells 43:16
beneficiaries 27:7 28:20
benefit 71:2,4,4,11 71:16
better 50:20
beyond 13:19 22:22
big 17:20 18:1,2,10 47:4,5
bigger 40:15
biggest 70:16
bill 26:6
bills 20:12 24:2,3,3

24:6,10 25:2,10 25:13,17,21 26:3 48:19 58:21,22 59:17,20
bit 20:1 44:13 52:9 83:6
boarding 45:25
born 12:14,15
bottom 32:14
Box 3:10
break 10:2 55:3 75:21
breaking 23:24
breaks 46:4
Brief 22:3
building 17:11,19 18:19 23:19 46:19 73:11
buildings 73:11
built 17:2,3
bulk 39:7
business 15:8 16:1 18:20,24 19:3 49:11,22 52:25 73:15,17,20 78:3
businesses 49:15,23 50:2,4,14,24 51:9 71:21,23,23 72:11 74:8
butcher 29:7
butchering 62:13

**C**

C 3:1
call 14:6 21:9 29:6 85:3,6,7,8,25 86:5
called 21:15 35:25 38:23 70:1 72:2
capacity 1:8,9 57:13,15 65:18 66:11
card 25:3,5,10,14 25:22 40:19 42:7 42:19 44:14,21 45:5,8,14
cards 25:25 44:16
care 18:3 34:10

35:15
career 46:20
case 1:6 6:11 11:10
13:5 69:11 78:10
79:12 80:10 88:2
cash 37:19 38:5,8
44:7 70:13,19
Cat 7:10 14:8 75:25
86:12
Catriona 3:7 7:12
85:3
catriona.m.coppl...
3:8
cause 87:8,15
caution 62:19
CCR 1:24 2:9
Center 15:6
Central 1:18 2:6
86:24
cents 36:5
certain 25:19 63:1
certainly 36:15
38:9
CERTIFICATE
87:1
Certified 87:2,4
certify 87:4,13
cetera 8:18
change 28:15 82:3
82:15 88:6
changed 28:10,17
68:22
changes 82:22,25
83:5
changing 79:17
charged 45:8
Chase 39:24 41:7
41:21 42:3,6 43:2
43:16,24
chat 13:3,12
check 72:5
checking 86:12
children 16:12
19:12 22:13 23:11
59:16 60:7,11,24
61:5 71:4
children's 80:3

choice 24:9 55:24
choosing 23:22
Chubb 5:6
circle 54:6
circuit 78:14
CitiCard 43:25
44:4,5,9
citizen 47:16
city 15:5 16:16 53:8
53:10
civil 8:10
clarify 19:23 20:20
58:5
clarifying 83:4
clear 10:7 33:10
49:10
clearly 10:5 13:24
clients 46:23 47:5
close 38:20 39:1
75:23
coaching 80:6,13
81:11,13 83:2
coffee 55:3
colleague 15:18
collection 5:9
college 15:5,7
Columbia 15:8
come 35:17 53:15
59:1 78:6
comfortable 14:5
65:23 81:22
coming 20:19 31:1
33:3 39:11 48:24
49:1 72:21
comment 36:13
37:22
communicated
84:23,25
companies 30:20
49:21 50:10 72:21
73:2
company 1:10
30:22 37:25 38:3
46:13 71:1 73:7
74:17
compelled 14:2
compensate 63:25

compensation
50:11 51:3
complete 54:5
completed 15:9
78:17
concerned 23:13
65:13 77:19
conclude 38:9
concluded 86:23
conclusion 80:9
concrete 52:1
condition 11:1
conference 6:21
confidential 64:12
65:13
confirmation 37:9
37:11
confirms 36:4
connected 21:13
22:24 76:18
connection 12:9
34:20 38:18 45:11
48:19 55:25 67:11
consider 73:17
considered 19:20
21:3
construction 86:2
contact 56:7 57:10
57:19 59:16,19
60:2 67:6,8
contacted 85:5
contain 87:9
context 74:7
continue 16:9 29:7
contractor 18:21
38:1
contractors 18:17
18:18 19:2
contribution 26:18
control 25:3
converted 29:15
copies 33:17
Coppler 3:7 7:11
7:12
correct 12:1 15:15
15:22 17:1,9,10
17:18 19:13 20:2

20:3,6,21 21:4,17
22:7,8 24:25 25:9
25:11,13 26:8
30:7 33:12,13,19
33:20 38:1,10,25
39:21 41:16,20
45:19 50:21 54:22
55:16,17 56:12
57:22 71:13 75:4
76:11 86:3
counsel 6:20 66:14
66:14 87:11,14
couple 10:17 15:7
26:4 61:9
course 11:17 13:20
18:17 51:12 54:7
64:14
court 1:1 6:10 7:21
7:24 10:5 64:13
77:1,3,16 78:10
80:20 87:2
cousin 57:2
cover 26:6 35:18
47:19
COVID-19 6:16
created 29:8
credit 25:2,5,10,14
25:22,25 32:13
40:19 42:6,19
44:16,21 45:5,14
48:7
CRR 1:24 2:10
87:20
crunch 70:13
curious 46:24 48:9
48:12
CVR-S 1:24 2:10
87:20

_____

**D**
D 3:5 4:1
D-1 5:3 8:21 9:2
14:19
D.C 3:11
Dag 23:2 61:13
Danish 9:4 13:23
data 40:8

date 6:2 88:3
dates 78:18
day 74:16 82:14
87:17 88:23
days 62:25
dealing 53:1
debit 25:3
debts 30:25 31:12
decide 18:10 24:13
25:4 28:6
decided 16:15
25:21 55:24
deciding 18:4,7
decision 17:4,5
25:22 37:6 56:10
56:11 71:10
decisions 17:19,22
34:14 79:21
declining 54:8
decor 17:20
Defendants 1:12
3:14
delisted 74:19,23
Department 3:9
8:8 84:19,25
deponent 7:17
deposited 64:2
deposition 1:15 2:8
6:6,13 7:7,19 8:14
9:1,10,13 11:3,5
12:12 14:10 67:12
69:19,23 70:2
81:18 84:7 86:22
87:6
depositions 11:17
12:7,9
deposits 38:23
described 13:20
85:8
dialogue 14:9,17
dialogues 64:12
dictionary 28:22
difference 29:3
different 42:24
43:9 65:18 73:24
difficult 24:19
47:17 83:14

**difficulty** 70:13
**direct** 56:6
**directing** 23:17
**direction** 73:25
**directly** 26:22 34:6
  35:23 37:19 56:23
  57:6 79:14
**disagreed** 38:14
  48:1
**disappeared** 13:15
**discovery** 11:9,11
  11:19
**discuss** 14:7 77:1
  79:9,13
**discussed** 47:25
  48:2 55:22 64:4
  79:6
**discussion** 27:8
**discussions** 17:25
  18:9,16 25:25
  34:18 47:23 81:2
**dispute** 38:16
**District** 1:1,2 6:10
  6:11
**Division** 8:9
**divorce** 54:23,25
  55:19,19 56:25
  57:9 58:25 60:23
  61:16,19 62:21
  63:10,18,23 64:8
  65:3,4,6,14,25
**divorced** 54:20,21
  65:25
**documents** 10:13
  11:2,4 12:4,11
  69:10
**doing** 28:14 36:20
  52:3,18 75:23
  80:10
**door** 17:16,17 74:5
**download** 40:8
**draw** 42:19
**dream** 71:8
**drove** 71:10
**drugs** 10:23
**Duckett** 1:24 2:9
  7:22 87:2,20

**due** 6:16 24:6,6
  31:1 33:1 70:9,11
**duly** 8:2 87:7
**duties** 58:9

**E**

**E** 3:1,1 4:1
**E-pay** 41:8
**earlier** 27:24 42:16
  50:15,18 57:16
  67:10 71:19
**earn** 73:5
**Easter** 57:20
**educational** 12:19
  15:1,2
**effective** 54:23
**efficient** 22:13
**either** 11:19 41:8
  43:5 44:2 84:20
**electronic** 8:16
**Elza** 3:25
**email** 5:6,9,12
  14:13,16 33:2,8
  33:11,18,21 34:16
  36:2,22 57:9,19
  57:20 85:6
**emails** 33:9
**emphasis** 85:17
**employed** 47:3
**ended** 49:5 52:2
**enjoy** 27:14 48:2
**enter** 14:18
**entirely** 81:4
**entities** 24:13
**entity** 24:13 72:1
**entrepreneur** 16:2
**equity** 48:7
**ERRATA** 88:1
**Esq** 3:5,7,16
**established** 82:11
**estate** 20:17 70:6
**et** 6:9 8:17 88:2
**Europe** 47:5
**European** 1:18 2:6
  86:24
**events** 65:7
**eventually** 15:16

  16:15 67:4
**Everybody** 53:12
**ex-husband** 15:24
**exact** 78:18
**exactly** 25:24
**examination** 4:3
  8:5 84:16 85:23
  87:10
**examine** 5:3
**example** 21:10 25:1
  30:10 43:14 50:4
  61:13 80:19
**Excel** 38:21
**exchange** 75:1
**excuse** 12:5 20:20
  24:15 41:10 49:8
  60:9
**execute** 56:11
**exhaustive** 72:24
**exhibit** 5:1,3,6,9,12
  8:21 9:2 31:19,21
  31:22 32:2,5,9,11
  35:24 68:5,5
  69:14
**exhibits** 12:9,11
  31:16 69:16
**existed** 72:25
**expectation** 50:18
**expected** 79:8
**expense** 24:17,18
  35:5 38:17 70:16
**expenses** 19:24
  26:24 27:2 38:7
**explain** 70:17
**extent** 11:13,21
  65:23

**F**

**fact** 31:7 37:5,15
  63:24
**fair** 63:24
**fall** 67:9
**familiar** 76:23
  78:25
**family** 17:7,8,14
  18:20,24 19:16
  20:19 30:2,3

  35:22 40:25 45:18
  49:11,14,22,23
  50:1,4,14,24 51:9
  64:12 71:21,22,23
  72:11,18 73:15,17
  74:7 76:19 85:18
**family's** 19:3
**far** 13:2 14:10 74:6
**faster** 31:17
**father** 23:10 51:11
  52:20 54:9
**favorable** 48:14
**Federal** 32:13
**feel** 14:4 65:23
  81:22
**figure** 28:22 74:10
**filed** 6:9
**finance** 46:22 78:3
**financial** 22:19
  29:20,23 49:5
**financially** 64:1
**financing** 71:20
**find** 83:13
**finding** 18:22
**fine** 13:9
**finish** 10:4
**firm** 3:18 46:20
  52:8 67:22
**firms** 15:13
**first** 8:2,24 13:3
  26:21 28:19 32:8
  68:7 78:10 82:2
  84:18 85:8 87:7
**fit** 10:19
**five** 55:4
**five-minute** 55:3
  75:21
**fix** 21:5,7,9
**fixing** 21:13
**flow** 70:19
**folks** 57:13
**follow-up** 76:13
**follows** 8:4
**Fordham** 15:6
**foregoing** 87:8
**form** 7:19
**formal** 56:13

**formalize** 55:21
**formed** 21:24 22:6
**former** 58:9
**forth** 13:25 14:12
**forward** 27:2 47:13
  50:21 75:13
**forwarded** 14:12
**forwards** 28:23
**found** 19:2
**free** 71:17
**freeze** 84:6
**freezing** 56:17
**frequently** 61:8
**friend** 30:2 57:18
**front** 10:14
**frozen** 83:20 84:5
**function** 73:7
**fund** 26:24 46:13
  47:1,2 50:20
  70:15 75:17
**funded** 17:12,13
  19:19 50:14 71:21
  73:5 74:8,11 86:1
  86:2
**funding** 49:6,17
  50:10 51:2 52:5
  71:20,24 72:8,16
  72:19 86:9
**funds** 34:14 39:11
  47:4 48:22 50:9
  63:2 64:3 65:19
  72:20
**further** 26:18 80:23
  87:13
**future** 22:12

**G**

**garbled** 10:1
**GCCR-2891** 87:21
**general** 24:21
  37:22,25 48:18
  50:11
**generally** 24:23
  26:7 35:11,19
  38:17 50:3 58:23
  60:1 82:18 85:4
**generic** 66:21

generosity 50:12
getting 12:13 53:6
  58:21
gifted 26:15,23
  27:16 29:4
give 22:1 26:22
  43:16 49:13 50:2
  56:13,16,19,23
  61:11 78:9
given 11:5 12:8
  48:13
globally 18:13
go 8:12 9:16 13:16
  18:5 24:16,21
  32:14 35:8,21
  36:17 56:10 60:23
  72:5 77:18
goes 13:6
going 8:25 9:2
  17:20,21 24:18
  25:5 27:2 29:6
  32:8,9 33:22 40:4
  40:6,10 41:25
  42:1,2 43:19
  50:21 51:15 57:1
  58:24 64:7 66:3
  68:4 74:5 80:22
Goldman 15:19,21
good 7:11 8:7 10:3
  23:14 39:4 46:14
  55:24 69:24 73:12
government 13:23
grandparents
  46:16
grant 13:21,22
grantor 22:7
Great 55:5
Greta 1:24 2:9 7:21
  87:2,20
Grigoryan 3:25
ground 9:23
guess 18:21 34:2
  46:21,22 49:22
  73:12
guy 82:13,20,22,24
  83:5
guys 15:17 16:12

19:20 23:16 39:18
  42:16 78:2

H

H 1:24 2:9 87:2,20
Hammarskjold
  23:2 61:13
Hanamirian 3:16
  3:18 4:7 7:15,16
  8:19 9:15 11:7,25
  12:21,25 13:10
  14:22 24:15 25:8
  31:18 41:10 49:8
  53:20 54:1 61:20
  61:23 62:2,8,11
  62:18 63:5,8 64:6
  64:20,24 66:3,9
  66:15,23 67:22
  72:4 73:22 74:13
  75:22 79:22 80:1
  80:8,12,21,25
  81:8,14,17 82:17
  83:3,16,21 84:11
  84:15,17 85:21
  86:15,18
HANAMRIAN
  13:17
happen 34:7
happened 21:24,25
  29:16 33:24 59:2
  67:20 83:13
happy 10:2
hate 77:25
head 10:6 78:19
heading 75:12
hear 9:25 23:24
HELOC 48:6
help 47:19 48:18
helping 52:25
Hey 26:6 35:3,15
high 15:4
highly 64:11,11
Hilde 1:16 2:9 4:5
  5:3 6:7 8:1 13:11
  24:21 35:16 41:11
  57:10 63:5 76:9
  80:18 81:7,21

83:9 84:10,18
  86:22 87:6 88:4
  88:21
hildehov@gmail....
  33:19
history 84:24 85:2
  85:18
Hold 61:20 73:22
home 17:7,8 19:14
  19:16 21:4 23:20
  48:7 59:1 71:9
hometown 46:14
hoping 51:20
hour 85:9
house 17:2,3,6,6,12
  17:20,24 18:1,8
  18:19 19:19,21
  20:1,4,24 21:3,12
  21:13 23:5,14,16
  26:4,15,23 27:2
  27:10,14,17 28:5
  29:3,9,10 34:12
  34:21 35:2,4,15
  37:23 38:6,19
  39:7 45:11,20,21
  46:3,6 47:2,22,25
  48:7,19,23 49:6
  50:19 53:17 54:13
  58:20,24 59:7,10
  59:14,17,18,20,22
  60:7,9,19 61:1,13
  70:6 71:5,13
  74:12 86:3
HOVBILT 72:2
  73:9
Hovnanian 1:7,7,9
  6:9 8:11 15:17
  21:16,22 26:10,12
  28:11 30:3 55:14
  55:24 58:13 65:25
  67:4 72:2 73:11
  73:13 76:19 88:2
HOVPROD 68:14
  68:15,24,25
HOVSAT 30:10,12
  30:14,17,18,22,22
  31:11 32:12 33:16

33:23 35:2 37:20
  37:24 71:25 73:4
HOWELL 1:11
husband 34:11

I

idea 28:18
identification 8:22
  31:24 32:4,6
identify 6:21
II 1:11
ill 52:11 53:22 54:5
immediately 59:1
improved 60:1
in-house 18:21
in-laws 17:16
in-person 84:7
included 33:8
including 36:9
income 27:23 77:8
inconsistent 81:4
independent 47:2
INDEX 4:3 5:1
indication 61:12
individual 1:9
inference 80:14
inform 57:4
information 60:4
  69:25
informed 31:4,6
  67:23
input 18:2
instance 38:11
instruct 66:4 80:22
instructed 67:21
instructing 66:7,20
  67:1
instruction 12:22
instructions 13:2
intended 17:7
intent 46:19
interaction 76:15
interested 87:15
interiors 18:3
International 72:2
  73:13
invest 48:21 52:2

involved 18:17,19
  18:25 27:17 50:25
  51:8,9,12 69:12
  69:15
IRS 27:23 77:7
  79:19,19
issue 13:25 14:14
  14:17
items 10:14

J

Jen 37:8
Jennifer 33:3,11
  34:7 36:2,4 37:18
Jenssen 1:16 2:9
  4:5 5:3 6:7 8:1,7
  86:23 87:6 88:4
  88:21
Jersey 1:2 3:20
  6:11 16:17,18,21
  16:22,23
jmh@hanamiria...
  3:17
Job 1:25 88:5
jobs 70:22
John 3:16 7:15
  13:15 66:11 67:22
  68:1 80:5,11 83:1
  84:8 86:14
John's 72:15 78:4
join 46:13
joined 15:8 47:1
  52:8 70:25
judgment 38:17
juncture 14:20
June 41:23
Justice 3:9 8:9 9:5
  84:20,25

K

keep 22:16 28:14
  33:6 47:22 48:1,3
  71:5
keeping 23:14
kept 22:17 23:16
  49:17
kids 27:13,15 28:19

28:24 45:24 46:15
47:14,19 48:2
59:12,14 60:25
61:8 71:5,11,16
**kin** 87:14
**kind** 18:6,12 19:21
40:16 50:17 54:5
60:3 82:13,20,21
82:24 83:4
**kitchen** 17:22
**knew** 43:9
**know** 9:24 10:1,2
17:24 20:18 21:1
23:6 24:19 28:1,3
28:8,16 29:5,8
30:3,13,21,23
31:1,3 33:7 34:5
34:11,12,15 35:9
36:8,19 38:2
40:11,12 41:8
42:3,4 43:1,8,20
44:1,3,7,10,15,25
45:4,7 46:17,21
49:16,20,23 50:1
50:12,13,16 51:5
51:7,8,14 52:22
52:22 53:7,8 56:3
56:24 57:1 58:12
58:14,15,18 59:4
59:9 60:6,8,15,18
60:20,21 61:9
64:4 70:3 71:18
72:23 73:1,4,6,20
75:11 76:17,20
77:11,15,20 79:1
79:8,12,13 81:15
85:7
**knowledge** 26:19
26:25 29:2,11
30:19 38:2,15
46:5 51:1 53:2
54:15 58:11 59:6
61:2 71:14
**Kunofsky** 3:5 4:6,8
7:2,3 8:6,8,12,23
9:18 11:23,24
12:24 13:9 14:21

14:23,24 22:4
27:9 31:20,25
32:7 35:7 41:17
54:3 55:13 61:25
62:4,10,12,15,24
63:7,14,15 64:17
64:22 65:15,22
66:7,10,16 67:3
72:14 74:9,14
75:20,24 76:8
79:24 80:5,11,17
80:24 81:5,6,12
81:16,20 82:1
83:1,8,18 84:8,13
85:24 86:16

**L**

**lack** 50:20
**land** 17:15
**landlord** 21:9
**largest** 47:2
**late** 70:18
**LAW** 3:18
**lead-up** 84:3
**Leading** 81:12
**leak** 21:8
**leaks** 23:18
**learn** 77:3
**leave** 27:11 46:2
**led** 79:19,20
**ledger** 72:8,16
74:11 75:17 78:4
**left** 20:24 56:10
59:3
**legal** 6:19 7:23 20:4
67:22
**let's** 9:15 19:25
35:24 45:23 82:15
**letter** 9:4,9,16,19
56:14,19
**letters** 28:19 80:3
**liability** 77:4
**life** 39:15
**lights** 48:3
**liked** 80:2
**liking** 28:18
**limits** 54:13

**Lincoln** 15:6
**line** 48:7 74:1
**liquidity** 38:10
48:11 51:24 70:15
**list** 71:23 72:24
**listed** 72:22 74:17
**litigation** 11:12
27:18,19,25 28:2
67:18 69:13 77:1
77:10,14,16,23
78:8 79:4,11,20
80:20 84:20
**little** 31:17 44:13
47:8 67:10 83:6
**live** 16:9 17:16 19:8
60:14 71:17 75:14
**lived** 17:17 19:9
21:12 59:4 61:2
**lives** 53:12
**living** 15:14,15
28:5 32:20 34:18
34:22 45:20 52:15
52:16 53:14 59:13
60:7,8,11,19,24
61:12 71:13 77:11
**LLC** 1:10,11
**LOA** 5:9
**loan** 48:8 51:15,16
**local** 6:3
**logged** 43:4
**long** 19:8 48:4 59:9
61:4 81:2 85:7
**longer** 65:8
**look** 12:4,5 35:24
**looked** 12:7,8
**looking** 27:23
28:21,23 45:6
77:7 78:23
**looks** 41:7 68:11,23
**lost** 54:2 77:22
78:12,21 79:3,13
**lot** 17:24 37:23
39:6 40:9 45:10
56:25
**low** 38:10

**M**

**Main** 3:19
**maintain** 71:9
**maintained** 59:18
59:23
**making** 27:14 52:7
**management** 46:13
**manager** 47:4
**manner** 81:1 87:15
**March** 41:13 43:15
43:25 61:17
**mark** 9:2 32:9
**marked** 8:21 31:23
32:3,6 40:5 68:4
**market** 75:3
**marking** 36:1
**marriage** 78:5 79:7
**married** 16:7 26:3
34:10 39:18 75:7
**Mastercard/** 43:21
**matter** 6:7 7:4
36:25 64:14 85:15
87:8
**matters** 64:8,13
77:4,4
**MBA** 15:9
**MCCR-1945** 87:21
**McLaughlin** 33:11
**mean** 11:7 18:12
19:11,24 24:5,8
34:12 35:13,14
37:13 38:6 44:25
56:5 60:10 72:17
72:20 82:21
**meaning** 56:6 68:1
**means** 8:16 84:24
**meant** 28:23 46:8
71:3 86:8
**medications** 10:22
**meet** 15:17 16:4
**memorized** 78:18
**mention** 77:16
78:21,24 82:3,9
**mentioned** 21:14
27:22 29:12 77:13
77:18 79:4
**messed** 44:13
**met** 15:16,18,25

16:3
**mind** 46:18 52:2
55:2 75:20
**mine** 15:18
**Ministry** 9:4
**minutes** 37:1
**mobile** 13:4
**mom** 21:9
**mom's** 27:12
**moment** 7:23 56:18
**Mona** 29:24 33:12
57:18
**money** 26:20,21
34:4,5 39:12,12
39:15 48:15 49:21
52:7 73:5
**month** 25:4 26:6
61:10
**monthly** 22:21 23:1
**months** 28:21
67:11
**Moorestown** 3:20
**Morgan** 5:5,7,8,10
5:10,13,13 22:20
22:25 30:5 31:22
31:25 32:2,5 36:1
37:4 40:6,9 48:10
57:4,9,13,24 58:7
58:7 62:4,7 63:3
64:3 66:2,19,25
**morning** 7:11 8:7
**mortgage** 20:1
**mother** 20:10 51:11
52:21 54:10
**mother's** 20:8,25
21:3
**motivation** 79:16
**move** 16:16,16,20
17:6 32:18 46:23
**moved** 15:4 16:18
16:22,24 19:6
22:19,25 30:5,6
34:5 45:18,22
46:7,11 47:8,12
59:12 60:13,25
71:5 75:8
**moving** 34:3 47:7

**MTAG** 1:10
**mumble** 10:1

**N**

**N** 3:1 4:1
**name** 6:17 7:2,12
8:7 20:5,8,25 21:3
27:12 28:11,15,16
28:18 29:1,7,23
29:24 43:5 68:21
71:22 73:11 78:25
79:17 80:2,4 82:3
82:15,22,25 83:5
**names** 41:25 80:3
**natural** 57:2
**nature** 8:13 62:22
65:14 66:24
**Navesink** 16:25
45:21 53:18 60:12
**need** 10:1 14:19
32:15,15 35:16,17
40:14 48:11 51:24
57:10
**needed** 23:18 26:5
37:1,9 38:18
**needing** 34:19
**needs** 13:5
**neither** 87:13
**nervous** 38:4
**never** 79:4 84:6
**New** 1:2 3:20 6:11
15:4,14,15,17
16:9,16,16,18,21
16:22,23 46:23
53:10,13
**night** 12:10
**Nina** 1:8 67:4 69:18
69:22
**nodding** 10:6
**noes** 10:9
**nonparty** 7:17
**Nordics** 47:3,6
**Normally** 34:6
**Norway** 12:15 15:3
32:21 34:18,23
36:25 45:18 46:8
46:11,13,23 47:17

47:18 52:13 59:1
71:6 75:8
**Norwegian** 71:1
**Notary** 88:25
**noticing** 7:1
**number** 6:12 13:4
42:23
**numbers** 63:17

**O**

**oath** 7:25 8:16
55:16 76:10
**object** 64:7
**objected** 74:2
**objection** 8:20
**objections** 8:15
**objective** 48:20
**obviously** 22:23
51:16 52:6 57:18
**occasion** 25:15,16
**occurred** 78:17
**October** 16:5,8
47:9 68:20
**odd** 83:6
**offer** 46:12
**offered** 48:10
**office** 23:2
**official** 22:23 23:12
**Oh** 28:24 39:4 61:7
**okay** 9:9,12,22
10:13,16 11:1,1,6
11:6,23 12:3,13
12:16,19,25 13:8
14:21,25 15:10,14
16:6,12,15,20,24
17:2,11 18:18
19:5,18 20:4,9,12
20:16,23 21:2,14
21:18 22:5,9 23:4
23:15,15 25:1,21
26:2,9,14,17,20
27:6,16 28:4,10
29:5,19,22 30:5,8
30:17,21,24 31:8
31:10 32:17,18,22
33:9,14,22 34:2,9
34:22 35:1,24

36:10,16 37:4,10
37:17,17,24 38:4
38:11,22 39:10,17
40:2,4,16 41:1,6
41:22 42:6,9 43:3
43:10,19,24 44:9
44:11,19,24 45:12
45:17 46:6,21
47:12,20 48:5,13
49:3,12 50:1,15
51:7,15,21 52:4
52:24 53:3,12,19
54:12,24 55:2
56:2,13,22 57:4
57:17,23 58:12,15
59:4,9,15,25 60:1
60:18 61:11 62:8
62:11,16 63:8,14
64:2 66:16 67:8
67:13,17 68:3,8
68:13 69:3,12,17
69:22 70:5 71:2
71:19 72:20 73:1
73:8,16 74:13
75:11,19 76:13,25
77:22 78:20,20
79:15 81:16,20
82:9,23 83:24
84:3,15 85:10,20
86:11,13,16
**once** 27:2
**one-year** 46:9
**ones** 24:19
**ongoing** 38:6 77:2
78:22 79:4,12
80:20
**online** 40:11 42:17
43:25 44:14
**open** 38:20 46:18
**opened** 29:13,14,18
**operation** 50:21
**operations** 67:5
75:12,15
**opinion** 47:24
51:22 78:16
**opportunity** 46:14
**opposed** 33:23 50:3

76:21
**ordering** 18:4
**original** 21:18
67:15 68:9,11
**originally** 21:15
29:13 46:16
**OTC** 75:2
**Outside** 11:4 58:7
**over-the-counter**
75:7
**owned** 26:4
**owners** 34:12
**ownership** 23:21

**P**

**P** 3:1,1
**p.m** 1:18 2:6 6:5
55:7,8,9,12 76:2,3
76:4,7 86:21,24
**P.O** 3:10
**Pachava** 1:8 20:15
21:14 24:11 25:6
28:12,13,25 30:10
31:1 35:20 37:20
41:4 43:3 45:15
63:3 64:19 65:20
65:20 66:13 68:5
69:4,5 76:15,22
**page** 68:7,13,15,24
68:25
**PAGE/LINE** 88:6
**pages** 87:9
**paid** 20:13,17 24:2
24:3,7,11,12 25:2
26:5 35:1,20,21
35:22 41:3 43:6
45:4,14 58:21,23
59:17 70:7,7,8,9
**pandemic** 6:16
**parameters** 81:18
81:21
**parcel** 65:3,6
**parent** 61:3
**parents** 17:14,16
17:25 18:16 20:5
23:13 27:7,10
28:1 29:9,9 46:15

51:12 52:10,14,25
53:5,22 54:5
**parents'** 26:9,11
**part** 9:7 18:9 28:9
49:20 52:7,9,24
53:3 54:25 55:19
56:25 61:19 63:10
63:18,22,23 65:3
65:5 73:15,17
78:1 85:18
**part-time** 46:2
**partially** 34:24
39:9
**participants** 6:15
**participated** 18:15
**particular** 46:20
59:11 70:17
**particularly** 33:2
**parties** 11:20,20
87:11,14
**parts** 26:13
**passed** 54:9,11
**password** 43:9
**pause** 22:3
**pay** 19:18,20 20:9
24:14 25:5,6,10
25:13,18,20,21
27:1 30:25 31:11
33:14 48:18,23
71:12
**paying** 33:23 40:11
49:23 70:10
**payment** 5:6 43:15
43:24 44:1,15
63:11
**payments** 40:10,12
41:6,9,18 42:3
43:20 44:12,20,25
45:4 60:22 61:16
61:19 62:16 63:16
63:18,21,22 65:5
65:10,15 66:1
70:18
**pension** 47:4
**people** 18:22
**perform** 58:8
**period** 41:12,19

52:15 59:11 72:9
**permanent** 46:8
**permission** 5:3
  13:22
**permit** 47:18
**personal** 78:1
**perspective** 23:19
**Peter** 1:7 55:23,25
  56:2,7,23 57:3
  58:12 60:2
**Peter's** 58:17
**phone** 13:4
**pick** 30:1
**piece** 12:23 24:17
  24:17
**piecemeal** 23:24
**place** 6:14
**Plaintiff** 1:5 3:3
**plan** 27:1 46:16
**planning** 47:20
**please** 6:21 22:2
  58:5 80:5,11 83:9
**point** 10:3 14:13
  15:20 16:10 27:24
  28:5 47:13 48:5
  48:22 52:10 59:21
  60:17,19 63:13
  71:3 72:6 75:13
  75:15 77:12
**pointed** 24:24
**portfolio** 47:4
**portion** 63:11
**possible** 43:8
**possibly** 57:19
**Post** 37:15
**post-fact** 37:13
**potential** 77:14
**potentially** 48:21
**pre-2013** 71:19
**preferred** 10:10
**premise** 25:9,12
**prepare** 11:2 70:1
**PRESENT** 3:23
**presented** 14:3
  81:1
**pretty** 39:15 45:1
**previous** 77:8

**previously** 68:4
**primarily** 48:24,25
  49:2,4
**primary** 48:20
**prior** 58:6 85:5
**prioritized** 23:19
**prioritizing** 24:9
**private** 75:4,9
**probably** 61:7
  77:18 82:6
**problem** 14:23 21:4
**process** 18:14
  35:13
**Professional** 87:3
**projects** 18:23
**pronunciation** 39:2
**pronunciations**
  62:14
**property** 26:23
  79:16
**protocol** 36:15 37:8
**provide** 22:12
**provided** 11:8,10
  11:13,16,18 81:9
  85:11,13
**public** 74:16 88:25
**publicly** 74:17
**pulling** 78:16
**purpose** 22:1,9,11
  38:3
**pursuant** 13:21
**put** 9:3 13:3 26:20
  26:21 27:10 50:19
  75:2
**putting** 31:16 49:21
  79:16

        **Q**

**question** 9:24,25
  10:4 25:13 36:19
  58:5,6 66:8,12,17
  66:22 67:2 73:8
  78:1,7 81:23
  82:19 83:4,10
**questioning** 74:1
**questions** 10:17
  14:3 70:1 72:10

76:14 84:9 85:10
  85:12,13 86:13
**quick** 45:2 75:25
**quite** 52:9,11 61:8

        **R**

**R** 3:1
**reach** 13:5
**reaching** 67:24
**read** 9:19
**real** 20:16 45:2
  70:6 75:25
**realized** 28:24
**really** 28:16,17
  46:17,18 50:7
  51:24 64:6
**Realtime** 87:4
**reason** 10:18 79:18
  82:15 88:6
**reasons** 79:25
  80:19
**recall** 22:21 25:7
  25:24 29:17 31:9
  32:24 33:1,25
  36:24 37:21 38:16
  39:8 45:25 50:6,8
  51:19,25 75:18
  79:10 82:12 83:25
  86:7
**recapping** 74:6
**receive** 52:23
**received** 9:9 46:12
**receiving** 44:6
**Recess** 55:8 76:3
**recognize** 33:4,20
**recollection** 59:24
**reconnect** 46:15
**record** 6:2 8:15
  10:8,8 13:7 33:10
  55:7,11 57:7 72:6
  76:1,6 86:21
**records** 22:16,17
  22:23 44:6 49:5
**Red** 16:22
**redirect** 84:14
**referring** 24:20
  31:13

**regard** 11:8 67:25
  80:23
**regarding** 29:9,10
  32:25 84:20
**regards** 58:6
**Registered** 87:3
**reimburse** 35:4
**reimbursed** 35:3
**relates** 34:1
**relationship** 69:24
  76:15,18 78:2
**remember** 10:24
  20:14 28:17 39:24
  44:20,22 70:12
  71:7 75:10 77:5
  82:7 83:12 84:1
  85:14
**remote** 1:15 2:8
  87:6
**remotely** 6:15,25
  7:6
**rent** 19:20 20:9
  71:12,17
**repair** 35:15 37:25
**repairs** 23:18 34:19
  34:21 35:2 37:23
  38:7 39:6,8 45:10
**reported** 1:23 87:5
**reporter** 7:21,24
  10:5 87:3,3,4
**REPORTER'S**
  87:1
**represent** 6:23 7:3
  7:16
**representative**
  67:23
**representing** 6:18
  7:22
**request** 5:12
**resent** 80:13
**resign** 54:24 55:20
**resignation** 56:14
  56:20 57:8
**resigned** 55:19 58:8
  58:16,20 65:1,4
**resigning** 57:5
**resolved** 65:12

**respect** 7:18 14:18
  70:14 80:9
**respond** 14:8
**responded** 67:15
**responses** 11:9,11
**responsibility** 27:4
**responsible** 18:22
  21:12
**rest** 48:21
**result** 65:2
**results** 87:16
**retained** 67:22
**review** 11:2
**reviewed** 11:22
  12:12
**right** 8:24 9:6,17,22
  10:22 11:19,20,22
  18:22,23 28:7
  31:15 32:10,25
  36:19 37:18 40:7
  43:14 53:10 55:2
  60:21 62:22 65:14
  73:4 74:2,3,8
  78:19 80:4 81:19
  82:20 83:7 84:6
  86:13
**ring** 43:16
**River** 53:18
**Road** 53:18
**Robert** 6:17
**role** 18:13 21:19,21
  23:8,12,12 24:25
  26:10,11,16 57:25
  60:3 64:15 73:2
  85:18
**rotation** 46:9
**rough** 63:17
**roughly** 49:6 85:9
**ROVAKAT** 78:24
**RPR** 1:24 2:10
  87:20
**rules** 7:9 9:23
**running** 38:10
**RVR-M-S** 1:24
  2:10 87:20

        **S**

**S** 3:1
**S-T-A-V-A-N-G-...**
  12:18
**Sachs** 15:19,21
**sale** 30:25 31:2
  36:4
**saw** 33:22 69:13
**saying** 36:2 57:10
  63:9 64:24 65:24
**says** 9:12,16,17
  33:14,15
**scan** 14:16
**Scandinavia** 60:14
  61:1
**school** 15:3,4,8
  45:25
**scope** 14:10,18
  85:16
**screen** 9:3
**scroll** 32:23 33:4
**sealed** 64:13
**search** 40:7
**searched** 41:24
**second** 22:2 29:5,8
  41:11 61:21 68:6
  73:23 78:9 84:5
  86:11
**see** 9:3,6,7 13:11
  24:10 30:9 32:24
  40:16 44:6 46:17
  48:9,12 49:19
  56:9 60:22 61:15
  66:5 68:6 78:16
  83:19 85:6 86:12
**seeing** 50:6
**seen** 69:10
**sell** 46:6 47:21,24
**selling** 31:5 36:6
**senior** 47:3
**sense** 9:2 24:7
  48:18 71:8
**sensitive** 64:11
**sent** 9:4 12:10
  14:15 23:2,4,7
  36:22 57:9
**separate** 42:8 49:17
  76:21

**September** 19:9
  47:10,11
**service** 44:14
**services** 1:10 74:18
**set** 42:16,18,18,20
  42:23 43:6 76:20
  85:6 87:11
**settlement** 62:21
  63:10 65:5,10
**Shant** 1:7 6:9 8:10
  15:16,23,24 17:5
  18:15 19:12 21:7
  21:15,21 22:6
  24:12,25 25:4,10
  26:6,10,11 27:5
  27:17 28:11,17,25
  30:4,11,24 32:12
  33:15 34:2,3,22
  35:1 36:2,3,6,11
  37:6 38:12 39:16
  39:17,18 40:22,22
  42:7,9 43:4 44:9
  44:18 45:12,24
  47:13,14,25 49:4
  50:11,20,23 51:3
  52:9 53:14,15
  54:20 55:22 56:9
  56:10,21,22 57:9
  58:19 59:13,16
  60:6,18,24 61:5,9
  63:7,25 64:2
  65:24 71:12,17
  76:25 77:5 82:2
  82:13 86:1,2,6,8
  88:2
**Shant's** 17:8,13,15
  17:25 18:13 19:3
  19:14 20:5,10
  23:8 26:9 29:9
  30:20 39:12,22
  46:1 49:1,9,10
  50:17 51:4 54:13
  57:2 68:17 71:21
  72:7,16 73:1,15
  73:17,18,18 74:10
  75:16 86:4,8
**shape** 23:14

**share** 31:16
**shares** 36:5,23
**SHEET** 88:1
**shift** 52:4,6
**short** 76:13
**show** 8:25 31:15
  32:8,15 40:5 68:4
**showed** 69:16
**sick** 52:10
**side** 12:22 20:19
  49:1,9,10,14
  50:17,17,17 72:7
  72:16,18 74:10
  75:16 78:4 86:4,8
  86:9
**sides** 11:11
**signatory** 24:25
**signature** 68:14,18
  68:25
**significant** 45:1
**similar** 85:16
**simply** 37:2 42:18
  66:17
**simultaneous** 35:6
  42:11,22 51:23
  65:1,7 66:6 80:7
**sir** 81:11
**SITO** 36:4,5
**situation** 19:21
  26:1 36:24 83:12
**small** 16:23 51:13
  51:13
**sold** 31:11 36:5,8
  36:23
**Solutions** 6:19 7:23
**somebody** 36:10
**son** 46:1
**sorry** 22:1,5 23:23
  23:23,25 24:1
  28:14 32:24 36:17
  43:11 44:12 45:2
  45:3 48:8 53:11
  53:20,25 54:12,20
  56:17 58:4 60:23
  62:5,13 65:21
  68:5 70:6 74:22
  78:9 81:5 84:2

**sort** 16:1 58:24
  75:3
**sounded** 84:2
**source** 39:10,13
  49:2,13
**sources** 72:24
**SpareBank** 38:24
  38:24 39:11 61:18
**SpareBanken**
  62:10
**speak** 8:3 34:17,17
  43:13 50:3 87:7
**speakers** 35:6
  42:11,22 51:23
  66:6 80:7
**specific** 31:13
  36:24 38:16 59:20
  73:6 76:17 82:8
**specifically** 16:24
  17:14 25:18 29:17
  30:13,23 31:9
  32:25 33:25 35:9
  35:12,21 36:9
  37:21 38:3 40:13
  43:1,2 44:8,22
  45:7,9,10 49:25
  50:13 53:7 58:22
  60:9 70:14 73:3
  79:1,10 83:13
  85:19
**specificity** 49:14
**specifics** 40:18 42:4
  49:16 50:3 51:5
  51:25 79:13 84:1
**speculation** 28:9
  43:7 48:16 73:10
**speed** 60:4 66:18
**Speedus** 24:12 50:5
  50:6 62:1,3,5,6,20
  64:3 66:1,19,24
  73:16,18,21 74:15
  74:16 75:12,16
**spell** 12:16
**spend** 46:3
**spending** 46:19
**spent** 28:21 35:16
  52:9,12

**spoke** 85:12
**spoken** 84:19,21,23
**spreadsheet** 40:5
**spring** 57:16,24
  61:16
**staff** 51:13
**stage** 75:5
**standard** 10:17
**Stanley** 5:5 22:20
  22:25 30:6 31:22
  32:1,2,5 36:1 37:4
  40:6,9 48:10 57:5
  57:9,13,24 58:7,7
  62:5,7 63:3 64:4
  66:2,20,25
**Stanley-00010412**
  5:10
**Stanley-00010415**
  5:11
**Stanley-00011004**
  5:7
**Stanley-00011005**
  5:8
**Stanley-00011261**
  5:13
**Stanley-00011262**
  5:14
**start** 9:1 19:25 22:5
  32:10,13 45:23
**started** 29:14 52:5
  52:7 71:20 78:11
**starting** 17:23
**state** 6:22
**statements** 22:21
  23:1 40:9
**States** 1:1,4 6:8,10
  7:4,13 8:10 59:3
  59:12 71:9 88:2
**status** 77:1
**Stavanger** 12:15,16
**stay** 47:21 53:4,17
  58:25 59:7
**stayed** 59:10 84:4
**staying** 53:15
**step** 56:1 57:3
**steps** 55:20
**stipulate** 6:24 7:5

7:14,18
**stock** 30:25 31:2,5
  36:4,5,6
**stop** 14:6 46:3
  60:11 80:6 83:2
**stopped** 60:7,8,19
**stopping** 10:3
**story** 46:10 77:3
  85:4
**Street** 3:19 15:13
**strongly** 80:14
**structure** 17:23
**stuff** 57:21 62:23
  77:17 80:16
**style** 17:21
**SUB** 1:11
**subject** 5:6,9,12
  14:11 85:15
**Subscribed** 88:22
**subset** 75:3
**suddenly** 82:14
**suggesting** 81:10
**suited** 10:19
**sum** 63:25
**summer** 1:18 2:6
  16:19 19:7 48:6
  60:16 86:25
**superficial** 18:6
**support** 47:18
**supported** 64:1
**supposed** 18:2
**sure** 10:4,5,7 24:7
  27:14 31:6 40:25
  71:15 75:14 79:14
**sweet** 51:20
**switched** 70:22
**sworn** 6:25 7:6 8:3
  87:7 88:22

**T**

**table** 40:7
**tabs** 38:20
**tad** 44:14
**take** 10:2 35:14
  51:16 55:3 57:3
  75:21
**taken** 55:20 74:25

78:15 79:2
**talk** 8:13 58:19
  61:5 75:25 78:2
**talked** 57:12 61:8
  69:18,19
**talking** 55:18 79:10
  79:15
**tax** 5:9 8:9 22:23
  27:18 33:1 77:1,3
  77:4,16 78:10
  80:20
**taxes** 20:17 33:15
  33:23 39:7 70:7
  70:10,15
**team** 22:19,24
**technical** 27:8
  51:22
**technically** 23:11
**technology-related**
  74:18
**telecommunicati...**
  74:18
**tell** 12:19 15:1,23
  16:17 46:9 59:15
  74:15 77:2,9,23
  83:19 84:4
**tenure** 43:12
**term** 50:21 78:4,24
**terms** 18:4 23:17
  26:11 38:18 48:10
  48:12,14 51:20
**testified** 8:4 81:9
**testify** 10:20,24
  62:20 79:23
**testifying** 65:2
**testimony** 72:6,12
  74:6
**Thank** 7:20 13:14
  14:22 86:16,18
**theirs** 18:1
**thereof** 87:16
**thing** 8:24 58:24
**things** 10:24 13:1
  18:5 36:20 46:17
  57:1 59:25
**think** 9:1 11:15,15
  14:25 17:13 20:14

22:25 24:16,23
  27:13 29:3 35:19
  36:14,18 39:25
  40:22 47:10 48:17
  49:4,5 51:19
  52:16,20 54:7
  62:12 63:4 64:8
  67:9 69:21 71:25
  72:1 73:14 75:2,4
  77:12 78:11 82:5
  82:7 84:13 85:9
**thinking** 83:11
**third** 11:19 78:14
**thought** 74:25
  78:21 83:21,23
**three** 28:6,19 53:13
  72:21 82:10
**Thursday** 1:17
  87:5
**tie** 64:15
**ties** 64:10
**tiles** 17:21 18:4
**time** 1:18 2:6 6:4
  14:14 15:25 16:2
  19:15,17 20:2,21
  27:16 28:7,7
  29:14 30:8,15
  34:25 36:20 40:20
  41:12,19,23 42:2
  44:4 45:21 46:3
  47:15 48:11 50:24
  51:10,25 52:9,12
  52:15,17 53:21
  54:17 55:11 57:8
  57:12,23 58:16
  59:11,14 60:22
  61:6 69:17 70:7
  70:22 72:9 76:6
  82:6 84:10,18
  86:17,21,25
**timeline** 82:8 85:4
**times** 61:9
**title** 20:4
**TNLCR-671** 87:21
**today** 6:4 7:21 8:9
  8:25 10:20 85:16
**Today's** 6:2

**told** 70:2 77:5
**top** 9:7
**topic** 62:23
**total** 39:4
**touch** 37:3
**town** 16:23
**TOWNSHIP** 1:11
**track** 54:2
**transacted** 35:10
**transaction** 31:14
  38:12 63:11
**transactions** 37:5
  37:11 40:18
**transcription** 87:10
**transfer** 22:12 28:7
  31:10 33:16 34:8
  34:16 37:19 38:5
  38:7
**transferred** 32:12
  61:17,24 62:1,2
  63:2
**transfers** 30:9,11
  39:5 63:1 64:9
**TransPerfect** 6:19
  7:22
**traveled** 34:24
  52:12,20,23 53:4
**treating** 26:3
**treatment** 52:21,23
  53:6
**trial** 77:15,19,20,21
  78:12
**trials** 77:10
**true** 87:9
**trust** 1:8,10 20:15
  20:20 21:15,16,19
  21:20,22,23,23,25
  22:6,10,11,16,17
  22:24 23:9,12
  26:10,12,13,15,22
  26:23,24 27:3,11
  28:11,12,20,25,25
  29:6,6,8,14 30:10
  31:1,11 33:1 34:4
  34:6 37:7 38:13
  49:21 50:10,19
  52:5 58:2 61:24

62:23 63:12 64:10
  64:19 66:13 67:5
  67:6,15 68:6,7,9
  68:21,22 69:4,12
  69:15,20 70:5,6
  70:10 71:3,20,22
  71:24 72:8 73:5
  75:17 76:16,16,21
  76:22,24 79:17,17
  80:4 82:4,10,15
  82:22,25 83:5
**trusted** 38:17
**trustee** 1:8,9 21:19
  21:21 22:7,15
  30:8 34:3 36:11
  41:12,14,19 43:12
  54:16,25 55:23
  56:1,8 57:14,21
  57:24 58:2,9,9,13
  58:16,20 60:3
  64:16,23 65:8,17
  66:13 71:15 85:19
**trusts** 69:8,9
**truth** 8:3,3,4 87:7
**try** 24:1 48:1,3
**trying** 28:22 36:18
  74:9 83:12
**turn** 40:6
**two** 23:13 25:23
  28:19 61:15 76:13
  84:12

**U**

**U.S** 3:9 47:16 52:13
  52:18 53:5,16
  59:7
**UBS** 22:19,20,21
  29:13,19 44:14,15
  44:20 45:3,8,13
**uh-huh** 10:9
**uh-uh** 10:8
**ultimately** 77:22
**ULYSSES** 1:10
**uncertain** 47:8
**underlying** 25:12
**understand** 9:20,24
  10:6,11 24:8

55:16 58:4 73:25
76:9 82:18
**understanding**
66:18 76:14
**Understood** 83:15
**Union** 32:13
**United** 1:1,4 6:8,10
7:3,13 8:10 59:3
71:9 88:2
**University** 15:6
**urgency** 37:1
**use** 25:25 54:13
78:4
**utilities** 42:24
**utility** 20:12 25:2
25:16

**V**

**v** 1:6 88:2
**Vahak** 45:25 46:2
**various** 15:12
**Velasco** 6:17
**versus** 6:8 8:10
25:5
**VI/MC** 40:10
**video** 6:6
**videoconference**
6:14
**videographer** 6:1
6:18 7:20 55:6,10
76:1,5 86:20
**Videotaped** 1:15
2:8
**Visa** 43:22
**voluntarily** 9:13
14:1 55:15 76:10
**VSHPHH** 1:10
76:16

**W**

**Wait** 79:22
**waiting** 83:18
**wake** 82:14
**wakes** 82:24
**Wall** 15:13
**want** 10:7 13:2
14:5 32:24 62:18

75:24
**wanted** 27:13 48:1
82:3
**Washington** 3:11
**wasn't** 36:15 37:25
70:10 72:11
**WATER** 1:10
**way** 8:25 22:12,14
32:14 35:19 36:19
79:23
**we'll** 14:7,7 32:10
**we're** 8:9 13:20
41:23 74:4 80:10
86:20
**we've** 33:10 44:11
45:1 64:4 81:2
**web** 6:14
**week** 62:25
**weird** 8:25
**went** 25:19 39:7
45:9 46:18 64:18
65:19 75:4,6,8
77:15
**weren't** 70:7,8
**whereabouts** 59:8
**Whoops** 13:14
**Wire** 5:12
**witness** 6:4,24 7:17
8:2 13:13 41:15
53:23 61:22 87:11
88:4
**witnesses** 10:18
**words** 72:15 86:10
**work** 21:20 47:16
47:17 51:4 73:19
**worked** 15:7,12
26:7 33:11 35:20
79:7
**workers** 19:1
**working** 15:20
18:24 50:23
**works** 9:22 39:17
**world** 46:22
**worth** 45:3 68:3
**wouldn't** 21:8 24:5
79:5
**written** 10:8

**wrong** 50:7 75:1
82:19

**X**

**X** 4:1 35:4

**Y**

**y'all** 16:6 19:18
24:13
**yeah** 31:15 35:14
42:10 66:9,25
78:23,25
**year** 67:10 75:7
**years** 15:7 28:6
46:19 47:21 53:13
54:8 64:1 77:8
82:10 83:12,25
**Yeses** 10:9
**yesterday** 14:13
**York** 15:5,14,15,17
16:10,16 46:23
53:10,13
**you-all** 54:19,19

**Z**

**zoom** 40:14 44:13

**0**

**01** 40:6
**08** 19:19 20:25
21:24 22:6
**08057** 3:20

**1**

**1** 23:2 61:13
**1/30/2014** 5:9
**10** 83:12,25
**11** 68:20
**12,000** 43:15
**13** 70:25
**13/'14** 70:24
**14** 54:7 70:23,24
**140,000** 39:4,13
**1463** 68:14
**1486** 68:15
**1489** 68:24
**1490** 69:1
**15** 1:17 2:5 45:6

49:2 54:8 87:5
88:3
**15th** 6:3
**18-15099** 6:12
**18-cv-15099** 1:6
**1999** 15:9

**2**

**2:06** 1:18 2:6 6:5
**20** 88:23
**2000** 22:25
**2001** 16:5
**2002** 1:25 16:8
74:19,24 75:1,3
88:5
**20044** 3:11
**2006-2007** 17:3
**2007** 78:11
**2008** 16:19 19:1,7,7
**2010** 77:6
**2011** 19:19 20:21
20:25 26:14 28:10
68:20 77:6
**2012** 74:21,23
78:15 79:3
**2013** 19:10 23:1
44:12 45:6,17
47:9,11 49:6,7
52:4 54:7 70:23
72:17 78:18 79:3
**2014** 30:24 32:20
34:23 37:19,22
38:23 39:6 44:12
45:9 48:6,25 49:1
49:4 52:5 70:5,14
75:17
**2014-2015** 52:15
**2015** 38:23 39:9
41:13 42:2 43:15
43:25 44:12 54:9
54:21,23 57:16,25
58:3,17 59:13
60:25 61:16
**2016** 54:11
**2017** 54:10
**2018** 60:14,15,25
**202)353-9187** 3:12

**2021** 1:17 2:5 6:3
87:5,17 88:3
**20th** 61:17
**215** 13:16,17
**227** 3:10
**272** 63:16
**272,000** 61:17
**28th** 87:17
**29th** 58:17

**3**

**3,600** 43:25
**3:20** 55:7,8
**3:31** 55:9,12
**30** 37:1
**30,000** 64:18
**300,000** 64:18
**31** 5:9
**32** 5:6,12
**37** 5:9 31:21,22
32:11,11 36:5
**38** 5:12 31:25 32:2
32:9

**4**

**4** 5:6 32:1,5 35:24
36:1 68:5,5 69:14
**4/13/2021** 5:3
**4/28/2015** 61:18
**4:00** 76:2,3
**4:04** 76:4,7
**4:18** 86:21,24
**40** 3:19

**5**

**5,000** 35:16
**5/2/2014** 5:12
**5/9/2014** 5:6
**520** 16:25 45:21
60:12

**6**

**64,000** 61:18 63:17
**660-0000** 13:18

**7**

**8**

**8** 4:6 5:3
**83** 45:3
**84** 4:7
**85** 4:8
**856)793-9092** 3:21
**856.34** 5:6

**9**

**9,000** 32:12,19
    33:16,22 34:1,20
    35:10,16
**90,000** 45:3,4,7