IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-15099-ZNQ-LHG ) |
| SHANT HOVNANIAN, *et al.*, | ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF SERVICE**

    I certify that on June 7, 2022, I electronically filed the United States' *Response to Defendant VSHPHH Trust's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Date: June 7, 2022

                                               /s/ Ari D. Kunofsky
                                               ARI D. KUNOFSKY
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice