IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHANT HOVNANIAN, *et al.*,<br><br>　　　　Defendants. | No. 3:18-cv-15099-ZNQ-LHG |

## CERTIFICATE OF SERVICE

　　I certify that on June 17, 2022, I electronically filed the United States' *Reply Brief in Support of its Motion for Partial Summary Judgment as to the VSHPHH Trust* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Date: June 17, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Ari D. Kunofsky
　　　　　　　　　　　　　　　　　　　　ARI D. KUNOFSKY
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

1