# EXHIBIT "A"

JUL 29 2015

103-DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)

*Prepared by:*

Vahak S. Hovnanian

IND. TO IND. OR CORP. - Plain Language

# DEED



30144G

This Deed is made on January 1, 2105

**BETWEEN**

**Vahak S. Hovnanian and Hasmig Hovnanian, a/k/a Paris H. Hovnanian, his wife**

referred to as the Grantor,

whose address is: 1 Dag Hammarskjold Blvd, Freehold N.J. 07728

**AND**

**VSHPHH TRUST**

referred to as the Grantee.

whose address is: 1 Dag Hammarskjold Blvd, Freehold N.J. 07728
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of $1.00.

The Grantor acknowledges receipt of $1.00 consideration.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of Howell Township.

Block No.   143       Lot No.    25.04

**Property.** The property consists of the land and all the buildings and structures on the land in the Township of Howell, County of Monmouth and State of New Jersey. The legal description is:

(See Description Attached)

CHRISTINE GIORDANO HANLON
COUNTY CLERK
MONMOUTH COUNTY, NJ
INSTRUMENT NUMBER
2015069789
RECORDED ON
Jul 31, 2015
9:45:15 AM
BOOK:OR-9124
PAGE:7336
Total Pages: 4

REALTY TRANSFER FEES $2.00
COUNTY RECORDING FEES $70.00
TOTAL PAID $72.00

## DESCRIPTION

All that certain tract and parcel of land and premises hereinafter particularly described, situate in the Township of Howell in the County of Monmouth and State of New Jersey as follows:

BEGINNING at the point of intersection of the southerly sideline of Dag Hammarskjold Boulevard and the easterly sideline of Wyckoff Mills Road at the most northerly intersection of Dag Hammarskjold Boulevard with Wyckoff Mills Road, said point being 30.00 feet measured at right angles from the centerline of Wyckoff Mills Road; running thence

1. North 83 degrees 45 minutes 22 seconds East and running along the southerly sideline of Dag Hammarskjold Boulevard a distance of 45.00 feet, to a point of curvature; thence

2. Southeasterly, along a curve bearing to the right with a radius of 160.00 feet and continuing along the westerly sideline of Dag Hammarskjold Boulevard an arc distance of 502.65 feet to a point of tangency; thence

3. South 83 degrees 45 minutes 22 seconds West and continuing along the Northerly sideline of Dag Hammarskjold Boulevard a distance of 45.00 feet to a point in the easterly sideline of Wyckoff Mills Road; thence

4. North 06 degrees 14 minutes 38 seconds West and running along the easterly sideline of Wyckoff Mills Road a distance of 320.00 feet to the point and place of BEGINNING.

BEING known and designated a New Lot 25D as shown on Subdivision Map Lot 25 & 26, Block 143, filed in the Monmouth County Clerk's Office as Map No. 100-21.

ALSO known as Lot 25.04 in Block 143 on the current tax map of the Township of Howell, Monmouth County, New Jersey.

COMMONLY known as: Village Mall, Dag Hammarskjold Boulevard.

GIT/REP-3
(5-12)

# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

**Names(s)**
Vahak And Paris Hovnanian

**Current Resident Address:**
**Street:** 1 Dag Hammarskjold Blvd Freehold NJ

**City, Town, Post Office** Freehold  **State** NJ  **Zip Code** 07728

### PROPERTY INFORMATION (Brief Property Description)

**Block(s):** 143   **Lot(s):** 25.04   **Qualifier:**

**Street Address:** 1 Dag Hammarskjold BLVD

**City, Town, Post Office** Freehold   **State** NJ   **Zip Code** 07728

**Seller's Percentage of Ownership:** 100%
**Consideration:** $1
**Closing Date:** January 1, 2015

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-residents)

1. [✓] I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. [✓] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).
   [ ] No non-like kind property received.

8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

9. [ ] The property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. [ ] The deed being recorded is a deed dated prior to the effective date of P.L. 2004, c. 55 (August 1, 2004), and was previously unrecorded.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

**Date:** January 1, 2015
**Signature** (Seller) Please indicate if Power of Attorney or Attorney in Fact

**Date:** January 1, 2015
**Signature** (Seller) Please indicate if Power of Attorney or Attorney in Fact

*Not Certified Copy*

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

A. Gregorians  /s/ _____
                Vahak S. Hovnanian

A. Gregorians  /s/ _____
                Hasmig Hovnanian a/k/a Paris H. Hovnanian

STATE OF NEW JERSEY, COUNTY OF MONMOUTH SS:

I CERTIFY that on 1/1/2015, Vahak S. Hovnanian and Hasmig Hovnanian, a/k/a Paris H. Hovnanian, personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person);

a) is named in and personally signed this Deed;
b) signed, sealed and delivered this Deed as his or her act and deed; and
c) made this Deed for $ 1.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

W. R. Rankin (Seal)
Notary Public

Attorney at Law, State of NJ
in good Standing

Please Record and Return to: William Read Rankin
1 DAG Hammarskjold Blvd
Freehold N.J. 07728

*Not Certified Copy*