IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.

SHANT HOVNANIAN, et al.

           Defendants.

Civil Action No.: 18-15099 (AET)(ZNQ)

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2022, I filed the foregoing Memorandum of Law in Further Support of Defendant VSHPHH Trust's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all Parties of Record.

Date: June 17, 2022

                                                      JOHN M. HANAMIRIAN, ESQ.