UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SHANT S. HOVNANIAN,** *et al.*,<br><br>Defendant. | Civil Action No. 18-15099 (ZNQ) (LHG)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon separate Motions for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure by Plaintiff the United States of America (the "Government") (ECF No. 122; ECF No. 123), Defendant Pachava Asset Trust (ECF No. 124), and VSHPHH Trust (ECF No. 125); and the Court having considered the papers submitted herein; for the reasons set forth in the accompanying Opinion and good cause shown,

    **IT IS** on this **27th** day of **December 2022,**

    **ORDERED** that the Government's Motion for Partial Summary Judgment (ECF No. 122) is hereby **GRANTED**; and it is further

    **ORDERED** that the Government's Motion for Partial Summary Judgment (ECF No. 123) is hereby **GRANTED**; and it is further

    **ORDERED** that the Government's Motion for Order of Sale of the Village Mall Property (ECF No. 123) is hereby **GRANTED**; and it is further

    **ORDERED** that the Government's Motion for Entry of Judgment Under Rule 54(b) (ECF No. 123) is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Pachava Asset Trust's Motion for Summary Judgment (ECF No. 124) is hereby **DENIED**; and it is further

**ORDERED** that Defendant VSHPHH Trust's Motion for Summary Judgment (ECF No. 125) is hereby **DENIED**; and it is further

**ORDERED** that the Government's Motion for Order of Sale of the 572 Wyckoff Mills Property (ECF No. 121) is hereby **GRANTED**; and it is further

**ORDERED** that the Government's Motion for Entry of Judgment Under Rule 54(b) (ECF No. 121) is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**