IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff. | : Civil Action No.: 18-15099 (ZNQ)(LHG) |
| | : Honorable Zahid N. Quraishi |
| v. | : |
| | : **NOTICE OF APPEAL TO THE** |
| SHANT HOVNANIAN, et al. | : **UNITED STATES COURT OF** |
| | : **APPEALS FOR THE** |
| Defendants. | : **THIRD CIRCUIT** |

---

Notice is hereby given that the Defendants, the Pachava Asset Trust and the VSHPHH Trust ("Defendants"), appeal to the United States Court of Appeals for the Third Circuit from an Order of the United States District Court, District of New Jersey, denying (1) Defendant Pachava Asset Trust's Motion for Summary Judgment and (2) Defendant VSHPHH Trust's Motion for Summary Judgment; and granting (1) Plaintiff's Motion for Partial Summary Judgment against Pachava Asset Trust; (2) Plaintiff's Motion for Partial Summary Judgment against VSHPHH Trust; (3) Plaintiff's Motion for Order of Sale of the Village Mall Property; (4) Plaintiff's Motion for Order of Sale of the 572 Wyckoff Mills Property; and (5) Plaintiff's Rule 54(b) Motions, entered in this action on December 27, 2022.

Dated: 2/21/23

John M. Hanamirian, Esquire
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
(856) 793-9121 – f
jmh@hanamirian.com
*Attorney for Defendants*
*Pachava Asset Trust and VSHPHH Trust*